SHARON L. HIGHTOWER, ESQ. – S.B.N. 129874
NATHANIEL R. LUCEY, ESQ. - SBN 260796
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA  95112
Telephone:  (408) 286-0880
Facsimile:   (408) 286-0337
shightower@ericksenarbuthnot.com

ATTORNEYS FOR DEFENDANT
VESTAGEN PROTECTIVE TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STRATEGIC PARTNERS, INC.<br><br>Plaintiff,<br>v.<br><br>VESTAGEN PROTECTIVE TECHNOLOGIES, INC.<br><br>Defendant. | Case No.: 2:16-CV-5900-RGK (PLA)<br><br>DECLARATION OF NATHANIEL R. LUCEY REGARDING VESTAGEN PROTECTIVE TECHNOLOGIES, INC'S MOTION IN LIMINE NOS. 2 - 5 |
|---|---|
| VESTAGEN PROTECTIVE TECHNOLOGIES, INC.<br><br>Counter-Claimant,<br>v.<br><br>STRATEGIC PARTNERS, INC.<br><br>Counter-Defendant. | Complaint Filed: August 8, 2016<br>Counterclaims Filed: September 19, 2016<br>Trial Date: September 5, 2017<br><br>District Judge: Hon. R. Gary Klausner<br>Magistrate Judge: Hon. Paul L. Abrams |

I, Nathaniel R. Lucey, do hereby declare that:

1.     I am an attorney licensed to practice before all the Courts in the State of California and admitted to practice before the United State District Court, Central District of California. I am a partner in the firm of Ericksen Arbuthnot, attorneys of record for

DEFENDANT VESTAGEN PROTECTIVE TECHNOLOGIES, INC.

2. I have personal knowledge of the facts in this case and would competently testify thereto if called upon to do so.

**MOTION IN LIMINE NO. 2: EXCLUSION OF NAD DECISIONS**

3. On July 20, 2017, I visited the National Advertising Division's website. Attached hereto as Exhibit A is a true and correct copy of the website's home page as cited in Motion in Limine #2

4. Attached hereto as Exhibit B is a true and correct copy of the financial documents produced by Plaintiff Strategic in response to discovery requests, cited in Motion in Limine #3.

5. Attached hereto as Exhibit C is a true and correct copy of the report of David J. Weiner dated July 5, 2017 cited in Motion in Limine #3.

6. Attached hereto as Exhibit D is a true and correct copy of the report of David J. Weiner dated July 19, 2017 cited in Motion in Limine #3.

7. Attached hereto as Exhibit E is a true and correct copy of the Expert Report of Steve Roth, pages 1-3 cited in Motion in Limine #4.

8. Attached hereto as Exhibit F is a true and correct copy of the email chain between counsel regarding the actual author of the survey and report as cited in Motion in Limine #4.

9. Attached hereto as Exhibit G is a true and correct copy of the Expert Rebuttal Report of Dr. Bruce Isaacson cited in Motion in Limine #4.

10. Attached hereto as Exhibit H is a true and correct copy of the Survey Research Report: SPI v. Vestagen Lawsuit cited in Motion in Limine #4.

11. Attached hereto as Exhibit I is a true and correct copy of the Stimulus, part of the report of Steve Roth, as identified in Motion in Limine #4.

12. Attached hereto as Exhibit J is a true and correct copy of the survey questions cited in Motion in Limine #5.

13. Attached hereto as Exhibit K is a true and correct copy of the Expert Report of John A. Mitchell, Ph. D.

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct. Executed this 21ᵗʰ day of July, 2017.

_____
Nathaniel R. Lucey

CASE NAME: STRATEGIC v. VESTAGEN
ACTION NO: 2:16-CV-5900-RGK (PLA)

**PROOF OF SERVICE**

I declare that I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within cause; my business address is 152 No. Third Street, Suite 700, San Jose, CA 95112.

I served the attached: *DECLARATION OF NATHANIEL R. LUCEY REGARDING VESTAGEN PROTECTIVE TECHNOLOGIES, INC'S MOTION IN LIMINE NOS. 2 - 5* on the interested parties in said cause, using the following method:

/XX/ **(BY MAIL)** I placed each sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Jose, California, following ordinary business practices. I am readily familiar with the practice of ERICKSEN ARBUTHNOT for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/ / **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted below.

/ / **(BY FEDERAL EXPRESS)** The foregoing document was placed in a sealed envelope provided by Federal Express/UPS, designated as overnight (delivery by next business day) with delivery fees paid or provided for and addressed as stated below. I deposited such envelope in the Federal Express/UPS collection box at 152 North Third Street, San Jose, California.

/ / **(BY FACSIMILE)** I caused the said document to be transmitted by facsimile machine to the facsimile number indicated after the address(es) noted below. Such transmission was verified as complete and without error.

/ / **(BY ELECTRONIC SERVICE)** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below. OR: The above-described document(s) will be delivered electronically through the Court's electronic filing system.

| | |
|---|---|
| **PLAINTIFF COUNSEL:**<br>Mona Z. Hanna, Esq<br>Taylor C. Foss, Esq.<br>Taylor C. Foss<br>**MICHELMAN & ROBINSON, LLP**<br>17901 Von Karman Avenue, Suite 1000<br>Irvine, CA 92614<br>T: (714) 557- 7990<br>F: (714) 557-7991<br><br>David C. Lee, Esq.<br>**MICHELMAN & ROBINSON, LLP**<br>One Post Street, Suite 2500<br>San Francisco, CA 94104<br>T: (415) 882-7770<br>F: (415) 882-1570 | Seth E. Darmstadter (pro hac vice)<br>**MICHELMAN & ROBINSON, LLP**<br>200 South Eacker Drive, Suite 2900<br>Chicago, IL 60606<br>F: (312) 638- 5672<br><br>**ATTORNEYS FOR DEFENDANT/<br>COUNTER-CLAIMANT**<br>Vince M. Verde<br>Sean Paisan<br>**OGLETREE, DEAKINS, NASH, SMOAK &<br>STEWART, P.C.**<br>Park Tower, Suite 1500<br>695 Town Center Drive<br>Costa Mesa, CA 92626 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 21, 2017, at San Jose, California.

_____
JENNIFER L. SHARPE