MONA Z. HANNA (SBN 131439)
mhanna@mrllp.com
JENNIFER A. MAURI (SBN 276522)
jmauri@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone:(714) 557-7990
Facsimile: (714) 557-7991

SETH E. DARMSTADTER (admitted *pro hac vice*)
sdarmstadter@mrllp.com
**MICHELMAN & ROBINSON, LLP**
200 South Wacker Drive, Suite 2900
Chicago, IL 60606
Telephone:(312) 638-5671
Facsimile: (312) 638-5672

Attorneys for Plaintiff and Counterclaim Defendant
STRATEGIC PARTNERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STRATEGIC PARTNERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VESTAGEN PROTECTIVE TECHNOLOGIES, INC., <br><br> Defendant. <br> VESTAGEN PROTECTIVE TECHNOLOGIES, INC., <br><br> Counterclaim Plaintiff, <br><br> vs. <br> STRATEGIC PARTNERS, INC., <br><br> Counterclaim Defendant. | Case No.: 2:16-CV-5900-RGK <br><br> Judge: Hon. R. Gary Klausner <br><br> **PLAINTIFF AND COUNTERCLAIM DEFENDANT STRATEGIC PARTNERS, INC.'S REQUEST TO LODGE ORIGINAL DEPOSITION TRANSCRIPTS AT TRIAL** <br><br><br><br> Trial Date: September 5, 2017 <br> Complaint Filed: August 8, 2016 <br> Counterclaims Filed: September 19, 2016 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE BE ADVISED that Plaintiff and Counterclaim Defendant Strategic Partners, Inc. ("SPI") lodge the following original deposition transcripts for Trial beginning on Tuesday, September 5, 2017 in Courtroom 850 of the above-entitled Court before the Honorable R. Gary Klausner:

1. Deposition of Rhonda Batke, taken July 18, 2017;
2. Deposition of Marc Lessem, taken July 12, 2017;
3. Deposition of Wendell Mobley, taken July 20, 2017.

We also lodge the certified transcript of the deposition of Diane Raines, August 10, 2017. The original transcript will be provided on Tuesday, September 5, 2017 as it is currently unavailable.

DATED: September 1, 2017

**MICHELMAN & ROBINSON, LLP**

By: */s/ Jennifer A. Mauri*
   Mona Z. Hanna
   Seth E. Darmstadter
   Jennifer A. Mauri
   Attorneys for Plaintiff and
   Counterclaim Defendant
   STRATEGIC PARTNERS, INC.

1

**PLAINTIFF AND COUNTERCLAIM DEFENDANT STRATEGIC PARTNERS, INC. REQUEST TO LODGE ORIGINAL DEPOSITION TRANSCRIPTS AT TRIAL**

4827-7668-5902