VINCE M. VERDE (SBN 202472)
vince.verde@ogletreedeakins.com
SEAN PAISAN (SBN 227727)
sean.paisan@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:  714-800-7900
Facsimile:  714-754-1298

SHARON HIGHTOWER (SBN 129874)
shightower@ericksenarbuthnot.com
**ERICKSEN ARBUTHNOT**
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone: 408- 86-0880
Facsimile:  408-286-0337

Attorneys for Defendant/Counter-Claimant Vestagen Protective Technologies, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VESTAGEN PROTECTIVE TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 2:16-CV-5900-RGK (PLA) <br><br> **DEFENDANT/COUNTER-CLAIMANT VESTAGEN PROTECTIVE TECHNOLOGIES, INC.'S** *OBJECTIONS* **TO PLAINTIFF/ COUNTERCLAIM DEFENDANT'S DESIGNATION OF DEPOSITION TESTIMONY AND SUPPLEMENTAL DESIGNATION OF DEPOSITION TESTIMONY** |
| VESTAGEN PROTECTIVE TECHNOLOGIES, INC., <br><br> Counter-Claimant, <br><br> vs. <br><br> STRATEGIC PARTNERS, INC. <br><br> Counter-Defendant. | Complaint Filed:       August 8, 2016 <br> Counterclaims Filed: September 19, 2016 <br> Trial Date:              September 5, 2017 <br><br> District Judge:     Hon. R. Gary Klausner <br> Magistrate Judge: Hon. Paul L. Abrams |

Case No. 2:16-CV-5900-RGK (PLA)

31080270_1.docx

DEFENDANT/COUNTER-CLAIMANT VESTAGEN PROTECTIVE TECHNOLOGIES, INC.'S OBJECTIONS
TO PLAINTIFF/COUNTERCLAIM DEFENDANTS DESIGNATION OF DEPOSITION TESTIMONY AND
SUPPLEMENTAL DESIGNATION OF DEPOSITION TESTIMONY

Vestagen Protective Technologies, Inc. ("Vestagen"), by and through undersigned counsel, hereby submit their objection to the deposition and videotape designations which Strategic Partners, Inc. ("SPI") has indicated it intends to reach and/or show to the jury.

**General Objection re All Deposition Excerpts Listed by SPI:** Vestagen reassert any objections it made in any portion of the deposition identified by SPI has offered. In addition, Vestagen objects on the grounds that the designations were improper in that the deponents do not meet the requirements of Rule 32. Specifically, the identified deponents are not (1) at the time of deposition, a party's officer, director, or managing agent; (2) unavailable for live testimony; and/or (3) no exceptional circumstances exist for the need to designate the depositions.

DATED: September 1, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Vince M. Verde*
    Vince M. Verde
    Sean Paisan

Attorneys for Counter-Claimant Vestagen Protective Technologies, Inc.

31080270_1.docx

1    Case No. 2:16-CV-5900-RGK (PLA)

DEFENDANT/COUNTER-CLAIMANT VESTAGEN PROTECTIVE TECHNOLOGIES, INC.'S OBJECTION TO PLAINTIFF/COUNTERCLAIM DEFENDANT' DESIGNATION OF DEPOSITION TESTIMONY AND SUPPLEMENTAL DESIGNATION OF DEPOSITION TESTIMONY

DEFENDANT/COUNTER-CLAIMANT VESTAGEN PROTECTIVE TECHNOLOGIES, INC.'S OBJECTION TO PLAINTIFF/COUNTERCLAIM DEFENDANT'S SECOND AMENDED DISPUTED JURY INSTRUCTIONS AND POINTS AND AUTHORITIES IN SUPPORT OF SAME

31080270_1.docx

# PROOF OF SERVICE
*Strategic Partners, Inc. vs. Vestagen Protective Technologies, Inc.*
Case No. 2:16-CV-5900-RGK (PLA)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is Park Tower, Suite 1500, 695 Town Center Drive, Costa Mesa, CA 92626.

On September 1, 2017, I served the following document(s):

**DEFENDANT/COUNTER-CLAIMANT VESTAGEN PROTECTIVE TECHNOLOGIES, INC.'S *OBJECTIONS* TO PLAINTIFF/ COUNTERCLAIM DEFENDANT'S DESIGNATION OF DEPOSITION TESTIMONY AND SUPPLEMENTAL DESIGNATION OF DEPOSITION TESTIMONY**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached service list.

☒ with the Clerk of the United States District Court of Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 1, 2017, at Costa Mesa, CA.

Lisa Sles
Type or Print Name                                 Signature

31080270_1.docx

# SERVICE LIST

| | |
|---|---|
| Mona Z. Hanna, Esq.<br>David C. Lee, Esq.<br>Taylor C. Foss, Esq.<br>MICHELMAN & ROBINSON, LLP<br>17901 Von Karman Ave., Suite 1000<br>Irvine, CA 92614<br><br>Tel:   714.557.7990<br>Fax:  714.557.7991<br>E-Mail:   mhanna@mrllp.com<br>              dlee@mrllp.com<br>              tfoss@mrllp.com | Attorneys for<br>PLAINTIFF/COUNTER-<br>DEFENDANT STRATEGIC<br>PARTNERS, INC. |
| Lisa P. Gruen, Esq.<br>Dale A. Arakawa, Esq.<br>Aubree H. Mackey, Esq.<br>ERICKSEN ARBUTHNOT<br>835 Wilshire Blvd., Suite 500<br>Los Angeles, CA 90017<br><br>Tel:   213.489.4411<br>Fax:  213.489.4332<br>E-Mail:   lgruen@ericksenarbuthnot.com<br>              darakawa@ericksenarbuthnot.com<br>              amackey@ericksenarbuthnot.com | Attorneys for<br>DEFENDANT/COUNTER-<br>CLAIMANT VESTAGEN<br>PROTECTIVE<br>TECHNOLOGIES, INC. |
| Sharon Hightower, Esq.<br>ERICKSEN ARBUTHNOT<br>152 North Third Street, Suite 700<br>San Jose, CA  5112<br><br>Tel: 408-286-0880<br>Fax: 408-286-0337 | Attorneys for<br>DEFENDANT/COUNTER-<br>CLAIMANT VESTAGEN<br>PROTECTIVE<br>TECHNOLOGIES, INC. |