MONA Z. HANNA (SBN 131439)
mhanna@mrllp.com
JENNIFER A. MAURI (SBN 276522)
jmauri@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone:(714) 557-7990
Facsimile: (714) 557-7991

SETH E. DARMSTADTER (admitted *pro hac vice*)
sdarmstadter@mrllp.com
**MICHELMAN & ROBINSON, LLP**
200 South Wacker Drive, Suite 2900
Chicago, IL 60606
Telephone:(312) 638-5671
Facsimile: (312) 638-5672

Attorneys for Plaintiff and Counterclaim Defendant
STRATEGIC PARTNERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STRATEGIC PARTNERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VESTAGEN PROTECTIVE TECHNOLOGIES, INC., <br><br> Defendant. <br> VESTAGEN PROTECTIVE TECHNOLOGIES, INC., <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> STRATEGIC PARTNERS, INC., <br><br> Counterclaim Defendant. | Case No.: 2:16-CV-5900-RGK <br><br> Judge: Hon. R. Gary Klausner <br><br> **PLAINTIFF AND COUNTERCLAIM DEFENDANT STRATEGIC PARTNERS, INC DESIGNATION OF DEPOSITION TESTIMONY** <br><br><br> Complaint Filed: August 8, 2016 <br> Counterclaims Filed: September 19, 2016 <br> Trial Date: September 5, 2017 |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLAINTIFF AND COUNTERCLAIM DEFENDANT** Strategic Partners, Inc. ("SPI") hereby designate the following portions of the deposition of testimony of JD Spangler, Dawn Clarke, William Bold, Marc Lessem and Amber Mitchell:

**DESIGNATION OF DEPOSITION TESTIMONY FROM THE DEPOSITION OF JD SPANGLER**

*Page-Line*

1) 8:7-9
2) 18:22-19:5
3) 34:14-25
4) 35:2-7
5) 37:3-12
6) 38:2-11
7) 50:19-22
8) 54:24-55:14
9) 63:25-64:15
10) 64:22-66:18
11) 68:24-69:4
12) 77:14-78:10

**DESIGNATION OF DEPOSITION TESTIMONY FROM THE DEPOSITION OF DAWN CLARKE**

*Page-Line*

1) 7:22-7:24
2) 21:6-21:16
3) 25:3-25:24

| | | |
|---|---|---|
| 1 | 4) | 34:14-35:19 |
| 2 | 5) | 38:2-38:15 |
| 3 | 6) | 39:9-39:22 |
| 4 | 7) | 41:21-42:6 |
| 5 | 8) | 44:10-45:6 |
| 6 | 9) | 68:12-69:10 |
| 7 | 10) | 71:12-18 |
| 8 | 11) | 74:19-75:13 |
| 9 | 12) | 80:23-81:25 |
| 10 | 13) | 82:19-84:4 |
| 11 | 14) | 85:21-89:6 |
| 12 | 15) | 89:22-91:14 |
| 13 | 16) | 92:13-92:25 |
| 14 | 17) | 99:10-101:3 |
| 15 | 18) | 102:11-102:14 |
| 16 | 19) | 104:7-104:18 |
| 17 | 20) | 112:12-112:18 |
| 18 | 21) | 115:3-115:21 |
| 19 | 22) | 116:15-117:12 |
| 20 | 23) | 119:18-120:4 |
| 21 | 24) | 128:22-129:4 |
| 22 | 25) | 154:10-155:21 |
| 23 | 26) | 168:14-168:24 |
| 24 | 27) | 169:18-25 |
| 25 | 28) | 170:24-25 |
| 26 | 29) | 171:15-173:25 |
| 27 | 30) | 175:6-177:1 |
| 28 | 31) | 177:20-178:14 |

**PLAINTIFF AND COUNTERCLAIM DEFENDANT STRATEGIC PARTNERS, INC DESIGNATION OF DEPOSITION TESTIMONY**

| | | |
|---|---|---|
| 1 | 32) | 179:19-180:15 |
| 2 | 33) | 196:3-196:8 |
| 3 | 34) | 209:13-210:6 |

## DESIGNATION OF DEPOSITION TESTIMONY FROM THE DEPOSITION OF WILLIAM BOLD

*Page-Line*

1) 9:4-6
2) 28:7-9
3) 29:4-6
4) 84:14-15
5) 86:23-87:8
6) 120:5-121:15
7) 134:20-135:2
8) 138:3-13
9) 144:9-146:5
10) 139:4-10
11) 146:11-147:10
12) 185:18-23
13) 186:13-187:24
14) 196:21-197:17
15) 214:14-215:1
16) 215:2-17
17) 223:6-11

**DESIGNATION OF DEPOSITION TESTIMONY FROM THE DEPOSITION OF**

**<u>MARC LESSEM</u>**

*Page-Line*

1) 8:17-19
2) 12:13-17
3) 31:10-13
4) 32:25-34:11
5) 68:13-69:13
6) 70:10-71:6
7) 72:3-73:11
8) 74:6-75:21
9) 81:11-18
10) 83:20-84:13
11) 84:18-85:11
12) 91:12-15
13) 130:11-20
14) 147:20-148:11
15) 148:20-149:5
16) 150:20-152:4
17) 155:23-156:7
18) 156:2-7
19) 193:3-20
20) 264:5-8

**DESIGNATION OF DEPOSITION TESTIMONY FROM THE DEPOSITION OF**

**<u>AMBER MITCHELL</u>**

*Page-Line*

1) 23:13-24
2) 26:2-4
3) 27:18 – 28:13
4) 30:17-19
5) 31:6-23
6) 33:8-14
7) 34:16 – 35:4
8) 35:20 – 36:4
9) 36:9 – 37:7
10) 38:14-24
11) 42:18 – 43:4
12) 44:24-45:4
13) 45:16 – 50:15
14) 52:20 – 53:7
15) 54:15-22
16) 59:2 – 60:18
17) 80:8-15
18) 84:1-14
19) 93:9 – 95:5
20) 97:21 – 98:17
21) 99:9-11
22) 121:8 – 124:2
23) 125:5 – 127:10
24) 128:8 – 129:13
25) 132:14 – 133:3

**PLAINTIFF AND COUNTERCLAIM DEFENDANT STRATEGIC PARTNERS, INC DESIGNATION OF DEPOSITION TESTIMONY**

| | | |
|---|---|---|
| 1 | 26) | 134:24 – 135:20 |
| 2 | 27) | 137:4-12 |
| 3 | 28) | 137:22 – 138:15 |
| 4 | 29) | 140:4 – 141:1 |
| 5 | 30) | 143:16-22 |
| 6 | 31) | 145:23 – 146:16 |
| 7 | 32) | 149:14 – 150:18 |
| 8 | 33) | 153:7-11 |
| 9 | 34) | 165:17 – 166:6 |

**MICHELMAN & ROBINSON, LLP**

DATED: August 31, 2017

By: */s/ Mona Z. Hanna*
Mona Z. Hanna
Seth E. Darmstadter
Jennifer A. Mauri
Attorneys for Plaintiff and
Counterclaim Defendant STRATEGIC PARTNERS, INC.