MONA Z. HANNA (SBN 131439)
mhanna@mrllp.com
JENNIFER A. MAURI (SBN 276522)
jmauri@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone:(714) 557-7990
Facsimile: (714) 557-7991

SETH E. DARMSTADTER (admitted *pro hac vice*)
sdarmstadter@mrllp.com
**MICHELMAN & ROBINSON, LLP**
200 South Wacker Drive, Suite 2900
Chicago, IL 60606
Telephone:(312) 638-5671
Facsimile: (312) 638-5672

Attorneys for Plaintiff and Counterclaim Defendant
STRATEGIC PARTNERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STRATEGIC PARTNERS, INC., | Case No.: 2:16-CV-5900-RGK |
| | Judge: Hon. R. Gary Klausner |
| Plaintiff, | **PLAINTIFF AND COUNTERCLAIM DEFENDANT STRATEGIC PARTNERS, INC SUPPLEMENTAL DESIGNATION OF DEPOSITION TESTIMONY** |
| vs. | |
| VESTAGEN PROTECTIVE TECHNOLOGIES, INC., | |
| Defendant. | |
| VESTAGEN PROTECTIVE TECHNOLOGIES, INC., | Complaint Filed: August 8, 2016 |
| | Counterclaims Filed: September 19, 2016 |
| Counterclaim Plaintiff, | Trial Date: September 5, 2017 |
| vs. | |
| STRATEGIC PARTNERS, INC., | |
| Counterclaim Defendant. | |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLAINTIFF AND COUNTERCLAIM DEFENDANT** Strategic Partners, Inc. ("SPI") hereby supplements the designation of deposition testimony by adding Uncas Benjamin Favret, III and Diane Raines:

**DESIGNATION OF DEPOSITION TESTIMONY FROM THE DEPOSITION OF UNCAS BENJAMIN FAVRET, III**

*Page-Line*

1) 11:25-12:1
2) 57:3-7
3) 62:5-10
4) 64:14-24
5) 72:9-14
6) 73:20-74:1
7) 78:17-79:4
8) 80:21-25
9) 90:4-15
10) 93:3-6
11) 101:10-15
12) 112:15-18
13) 135:6-11
14) 138:24-139:5
15) 154:16-25
16) 155:7-156:4
17) 158:12-159:25
18) 170:17-171:2
19) 178:16-20
20) 185:25-186:9

| | | |
|---|---|---|
| 1 | 21) | 194:17-25 |
| 2 | 22) | 222:11-223:7 |
| 3 | 23) | 225:12-18 |
| 4 | 24) | 236:9-238:10 |
| 5 | 25) | 240:22-241:7 |
| 6 | 26) | 244:15-245:9 |
| 7 | 27) | 246:12-247:12 |
| 8 | 28) | 256:16-257:10 |

## DESIGNATION OF DEPOSITION TESTIMONY FROM THE DEPOSITION OF DIANE RAINES:

*Page-Line*

| | | |
|---|---|---|
| 12 | 1) | 8:16-21 |
| 13 | 2) | 14:9-15:16 |
| 14 | 3) | 30:20-31:5 |
| 15 | 4) | 35:6-35:18 |
| 16 | 5) | 36:14-36:25 |
| 17 | 6) | 47:24-48:7 |
| 18 | 7) | 50:11-51:22 |
| 19 | 8) | 54:10-18 |
| 20 | 9) | 55:11-56:2 |
| 21 | 10) | 62:10-18 |
| 22 | 11) | 63:20-64:6 |
| 23 | 12) | 74:20-75:12 |
| 24 | 13) | 76:16-77:1 |
| 25 | 14) | 84:23-85:7 |
| 26 | 15) | 88:23-89:10 |
| 27 | 16) | 94:21-96:1 |
| 28 | 17) | 107:18-108:14 |

| | | |
|---|---|---|
| 1 | 18) | 112:5-15 |
| 2 | 19) | 113:24-114:7 |
| 3 | 20) | 114:8-19 |
| 4 | 21) | 115:10-116:4 |
| 5 | 22) | 117:4-19 |
| 6 | 23) | 118:8-119:2 |
| 7 | 24) | 120:6-14 |
| 8 | 25) | 120:23-121:7 |
| 9 | 26) | 121:19-122:2 |
| 10 | 27) | 122:3-14 |
| 11 | 28) | 122:10-123:22 |
| 12 | 29) | 123:25-124:13 |
| 13 | 30) | 124:14-125:10 |
| 14 | 31) | 128:20-25 |
| 15 | 32) | 143:4-144:4 |
| 16 | 33) | 143:17-144:4 |
| 17 | 34) | 154:25-155:6 |
| 18 | 35) | 156:5-14 |
| 19 | 36) | 158:10-160:1 |
| 20 | 37) | 160:2-161:1 |

DATED: September 1, 2017

**MICHELMAN & ROBINSON, LLP**

By: */s/ Mona Z. Hanna*
Mona Z. Hanna
Seth E. Darmstadter
Jennifer A. Mauri
Attorneys for Plaintiff and
Counterclaim Defendant STRATEGIC PARTNERS, INC.

3
**PLAINTIFF AND COUNTERCLAIM DEFENDANT STRATEGIC PARTNERS, INC SUPPLEMENTAL DESIGNATION OF DEPOSITION TESTIMONY**