SHARON L. HIGHTOWER, ESQ. – S.B.N. 129874
NATHANIEL R. LUCEY, ESQ. - SBN 260796
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA  95112
Telephone:  (408) 286-0880
Facsimile:  (408) 286-0337
shightower@ericksenarbuthnot.com

ATTORNEYS FOR DEFENDANT
VESTAGEN PROTECTIVE TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC.<br><br>Plaintiff,<br>v.<br><br>VESTAGEN PROTECTIVE TECHNOLOGIES, INC.<br><br>Defendant. | Case No.: 2:16-CV-5900-RGK (PLA)<br><br>DEFENDANT VESTAGEN PROTECTIVE TECHNOLOGIES, INC. NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPTS |
| VESTAGEN PROTECTIVE TECHNOLOGIES, INC.<br><br>Counter-Claimant,<br>v.<br><br>STRATEGIC PARTNERS, INC.<br><br>Counter-Defendant. | Complaint Filed: August 8, 2016<br>Counterclaims Filed: September 19, 2016<br>Trial Date: September 5, 2017<br><br>District Judge: Hon. R. Gary Klausner<br>Magistrate Judge: Hon. Paul L. Abrams |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE BE ADVISED that defendant Vestagen Protective Technologies, Inc., hereby lodge the following original deposition transcripts for Trial continued to Tuesday, September 12, 2017 in Courtroom 850 of the above entitled Court before the Honorable R. Gary Klausner:

1. Renata Ritcheson, taken June 26, 2017
2. Dawn Clark, taken July 11, 2017
3. Wendell Mobley, taken July 20, 2017
4. Amber Mitchell, taken July 2017
5. William Bold, taken July 20, 2017
6. Michael Singer, taken July 27, 2017
7. J.D. Spangler, taken July 28, 2017
8. Benjamin Favret, taken July 31, 2017
9. Renata Ritcheson, Vol. II continued and taken August 2, 2017
10. Amber Mitchell, Vol. II, continued and taken on August 3, 2017
11. Robert Pierpoint, taken August 4, 2017
11. John Mitchell, taken August 8, 2017
12. Diane Raines, taken August 10, 2017
13. Bruce Strombom, taken August 21, 2017
14. Steve Roth, taken August 25, 2017
15. Bruce Isaacson, taken August 29, 2017

DATED: September 1, 2017                ERICKSEN ARBUTHNOT


                                        /S/ Sharon L. Hightower, Esq.
                                        SHARON L. HIGHTOWER, ESQ.

CASE NAME: STRATEGIC v. VESTAGEN
ACTION NO: 2:16-CV-5900-RGK (PLA)

**PROOF OF SERVICE**

I declare that I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within cause; my business address is 152 No. Third Street, Suite 700, San Jose, CA 95112.

I served the attached: *DEFENDANT VESTAGEN PROTECTIVE TECHNOLOGIES, INC. NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPTS* on the interested parties in said cause, using the following method:

/XX/ **(BY MAIL)** I placed each sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Jose, California, following ordinary business practices. I am readily familiar with the practice of ERICKSEN ARBUTHNOT for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/ / **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted below.

/ / **(BY FEDERAL EXPRESS)** The foregoing document was placed in a sealed envelope provided by Federal Express/UPS, designated as overnight (delivery by next business day) with delivery fees paid or provided for and addressed as stated below. I deposited such envelope in the Federal Express/UPS collection box at 152 North Third Street, San Jose, California.

/ / **(BY FACSIMILE)** I caused the said document to be transmitted by facsimile machine to the facsimile number indicated after the address(es) noted below. Such transmission was verified as complete and without error.

/ xx / **(BY ELECTRONIC SERVICE)** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below. OR: The above-described document(s) will be delivered electronically through the Court's electronic filing system.

**PLAINTIFF COUNSEL:**
Mona Z. Hanna, Esq
Taylor C. Foss, Esq.
Taylor C. Foss
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
T: (714) 557- 7990
F: (714) 557-7991

David C. Lee, Esq.
**MICHELMAN & ROBINSON, LLP**
One Post Street, Suite 2500
San Francisco, CA 94104
T: (415) 882-7770
F: (415) 882-1570

Seth E. Darmstadter (pro hac vice)
**MICHELMAN & ROBINSON, LLP**
200 South Wacker Drive, Suite 2900
Chicago, IL 60606
F: (312) 638- 5672

**ATTORNEYS FOR DEFENDANT/ COUNTER-CLAIMANT**
Vince M. Verde
Sean Paisan
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA 92626

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 6, 2017, at San Jose, California.

JENNIFER L. SHARPE

2:16-CV-05900-RGK (PLA)    - 3 -    DEFENDANT VESTAGEN PROTECTIVE TECHNOLOGIES, INC. NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPTS