VINCE M. VERDE (SBN 202472)
vince.verde@ogletreedeakins.com
SEAN PAISAN (SBN 227727)
sean.paisan@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714-800-7900
Facsimile:    714-754-1298

Attorneys for Counter-Claimant
Vestagen Protective Technologies, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC., <br><br>          Plaintiff, <br><br>     vs. <br><br>VESTAGEN PROTECTIVE TECHNOLOGIES, INC., <br><br>          Defendant. | Case No. 2:16-CV-5900-RGK (PLA) <br><br> **COUNTER-CLAIMANT VESTAGEN PROTECTIVE TECHNOLOGIES, INC.'S FURTHER SUPPLEMENTAL DESIGNATION OF DEPOSITION TESTIMONY** <br><br>Complaint Filed:        August 8, 2016 <br>Counterclaims Filed:  September 19, 2016 <br>Trial Date:                 September 19, 2017 <br><br>District Judge:       Hon. R. Gary Klausner <br>Magistrate Judge:  Hon. Paul L. Abrams |
| VESTAGEN PROTECTIVE TECHNOLOGIES, INC., <br><br>          Counter-Claimant, <br><br>     vs. <br><br>STRATEGIC PARTNERS, INC. <br><br>          Counter-Defendant. | |

1

COUNTER-CLAIMANT VESTAGEN PROTECTIVE TECHNOLOGIES, INC.'S
FURTHER SUPPLEMENTAL DESIGNATION OF DEPOSITION TESTIMONY

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Counter Claimant Vestagen Protective Technologies, Inc. ("Vestagen") hereby Designates the following portions of the deposition of testimony of Vickie Nellor:

Page-Line

9:25-10:2

13:17-24

16:4-11

24:3-9

25:3-16

26:10-19

30:11-31:4

33:3-8

34:2-18

83:5-12

84:15-85:9

85:14-17

85:19-22

86:7-19

87:10-16

88:15-18

88:21-22

88:24-89:19

89:23-90:6

113:8-12

127:12-15

134:13-16

DATED:  September 18, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Vince M. Verde*
Vince M. Verde
Sean Paisan

Attorneys for Counter-Claimant
Vestagen Protective Technologies, Inc.