# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 16-05900-RGK (PLAx) |
| Title: | STRATEGIC PARTNERS, INC. v. VESTAGEN PROTECTIVE TECHNOLOGIES, INC. |
| Date | September 19, 2017 |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Sharon L. Williams | Sandra MacNeil/Cindy Nirenberg |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Mona Hanna; Seth Darmstadter | Sharon Hightower; Vince Verde; Sean Paisan |

\_\_\_ Day Court Trial    1st Day Jury Trial

\_\_\_ One day trial:    X Begun (1st day);    X Held & Continued;    \_\_\_ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.

X  Opening statements made by    Plaintiff and Defendants

X  Witnesses called, sworn and testified.    X Exhibits Identified    X Exhibits admitted.

\_\_\_ Plaintiff(s) rest.    \_\_\_ Defendant(s) rest.

\_\_\_ Closing arguments made by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).    \_\_\_ Court instructs jury.

\_\_\_ Bailiff(s) sworn.    \_\_\_ Jury retires to deliberate.    \_\_\_ Jury resumes deliberations.

\_\_\_ Jury Verdict in favor of    \_\_\_ plaintiff(s)    \_\_\_ defendant(s) is read and filed.

\_\_\_ Jury polled.    \_\_\_ Polling waived.

\_\_\_ Filed Witness & Exhibit Lists    \_\_\_ Filed jury notes.    \_\_\_ Filed jury instructions.

\_\_\_ Judgment by Court for    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).

\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).

\_\_\_ Case submitted.    \_\_\_ Briefs to be filed by

\_\_\_ Motion to dismiss by \_\_\_ is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.

\_\_\_ Motion for mistrial by \_\_\_ is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.

\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_ is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.

\_\_\_ Settlement reached and placed on the record.

\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

X  Case continued to    September 20, 2017 at 8:30 a.m.    for further trial/further jury deliberation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

OTHER: The tentative rulings on motions in limine given at the pretrial conference are adopted by the Court.

|  | 4 | : | 41 |
|---|---|---|---|
| Initials of Deputy Clerk | slw | | |