MONA Z. HANNA (SBN 131439)
mhanna@mrllp.com
JENNIFER A. MAURI (SBN 276522)
jmauri@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone: (714) 557-7990
Facsimile: (714) 557-7991

SETH E. DARMSTADTER (admitted *pro hac vice*)
sdarmstadter@mrllp.com
**MICHELMAN & ROBINSON, LLP**
200 South Wacker Drive, Suite 2900
Chicago, IL 60606
Telephone: (312) 638-5671
Facsimile: (312) 638-5672

Attorneys for Plaintiff and Counterclaim Defendant
STRATEGIC PARTNERS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| STRATEGIC PARTNERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VESTAGEN PROTECTIVE TECHNOLOGIES, INC., <br><br> Defendant. <br> VESTAGEN PROTECTIVE TECHNOLOGIES, INC., <br><br> Counterclaim Plaintiff, <br><br> vs. <br> STRATEGIC PARTNERS, INC., <br><br> Counterclaim Defendant. | Case No.: 2:16-CV-5900-RGK <br> Judge: Hon. R. Gary Klausner <br><br> **PLAINTIFF AND COUNTERCLAIM DEFENDANT STRATEGIC PARTNERS, INC.'S RESPONSE TO DEFENDANT AND COUNTER-CLAIMANT VESTAGEN PROTECTIVE TECHNOLOGIES, INC.'S OBJECTIONS TO DESIGNATION OF DEPOSITION TESTIMONY** <br><br> Trial Date: September 19, 2017 <br> Complaint Filed: August 8, 2016 <br> Counterclaims Filed: September 19, 2016 |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLAINTIFF AND COUNTERCLAIM DEFENDANT** Strategic Partners, Inc. ("SPI") submits its *Reply* to Defendant and Counterclaimant Vestagen Protective Technologies, Inc.'s ("Vestagen") objections to designation of deposition testimony of J.D. Spangler, Marc Lessem, Diane Raines, Dawn Clarke and Amber Mitchell.

**I.  The Deposition Designations of J.D. Spangler, Marc Lessem, and Diane Raines**

Vestagen's counsel has waived its objections to the deposition designations of J.D. Spangler, Marc Lessem, and Diane Raines. These depositions were played for the jury on September 19, 2017, without objection by Vestagen's counsel.

**II.  The Deposition Designations Of Dawn Clarke and Amber Mitchell**

SPI's counsel hereby withdraws its deposition designations for Dawn Clarke and Amber Mitchell.

DATED: September 20, 2017

**MICHELMAN & ROBINSON, LLP**

By: */s/ Jennifer A. Mauri*
Mona Z. Hanna
Seth E. Darmstadter
Jennifer A. Mauri
Attorneys for Plaintiff and
Counterclaim Defendant
STRATEGIC PARTNERS, INC.