# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| Case No. | CV 16-05900-RGK (PLAx) | Date | September 20, 2017 |
|---|---|---|---|
| Title: | STRATEGIC PARTNERS, INC. v. VESTAGEN PROTECTIVE TECHNOLOGIES, INC. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Sandra MacNeil/Cindy Nirenberg |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Mona Hanna; Seth Darmstadter | Sharon Hightower; Vince Verde; Sean Paisan |

_____ Day Court Trial          2nd          Day Jury Trial

_____ One day trial:  _____ Begun (1ˢᵗ day);  X  Held & Continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by          Plaintiff and Defendants _____

  X   Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.

_____ Plaintiff(s) rest.                _____ Defendant(s) rest.

_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.

_____ Bailiff(s) sworn.                _____ Jury retires to deliberate.   _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)   _____ defendant(s) is read and filed.

_____ Jury polled.                     _____ Polling waived.

_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.

_____ Judgment by Court for      _____ _____ plaintiff(s)   _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).

_____ Case submitted.      _____ Briefs to be filed by _____

_____ Motion to dismiss by _____  is  _____ granted.  _____ denied.  _____ submitted.

_____ Motion for mistrial by _____  is  _____ granted.  _____ denied.  _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____  is  _____ granted.  _____ denied.  _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

  X   Case continued to   September 21, 2017 at 8:30 a.m. _____ for further trial/further jury deliberation.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

OTHER:

|  |  |  |
|---|---|---|
| 5 | : | 00 |

Initials of Deputy Clerk   slw