JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 16-05900-RGK (PLAx) |
| Title: | STRATEGIC PARTNERS, INC. v. VESTAGEN PROTECTIVE TECHNOLOGIES, INC. |
| Date | September 22, 2017 |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Sharon L. Williams | Sandra MacNeil/Cindy Nirenberg |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Mona Hanna; Seth Darmstadter | Sharon Hightower; Vince Verde; Sean Paisan |

\_\_\_ Day Court Trial  4th Day Jury Trial

\_\_\_ One day trial: \_\_\_ Begun (1st day); X Held & Continued; \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by
X Witnesses called, sworn and testified. X Exhibits Identified X Exhibits admitted.
X Plaintiff(s) rest. X Defendant(s) rest.
X Closing arguments made by X plaintiff(s) X defendant(s). X Court instructs jury.
X Bailiff(s) sworn. X Jury retires to deliberate. \_\_\_ Jury resumes deliberations.
X Jury Verdict in favor of \_\_\_ plaintiff(s) X defendant(s) is read and filed.
X Jury polled. \_\_\_ Polling waived.
X Filed Witness & Exhibit Lists X Filed jury notes. X Filed jury instructions.
\_\_\_ Judgment by Court for \_\_\_ plaintiff(s) \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by \_\_\_ plaintiff(s) \_\_\_ defendant(s).
\_\_\_ Case submitted. \_\_\_ Briefs to be filed by
\_\_\_ Motion to dismiss by \_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Motion for mistrial by \_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
X Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_ Case continued to \_\_\_ for further trial/further jury deliberation.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

OTHER: Court dismisses defendant Vestagen's counterclaims.  Counsel stipulate to the submission of the transcript at exhibits 355, 356, 357 and 1027 in place of the video deposition. Counterclaimant's motion to admit exhibit 572 into evidence was taken under submission.  The motion is moot due to the Court's ruling on counterclaims.  The exhibits entered into evidence by counterclaimant will not be submitted to the jury due to the Court's ruling on the counterclaims.  Counsel for plaintiff withdraws the exhibits admitted at 577.1 through 577.6

|  | 4 | : | 30 |
|---|---|---|---|
| Initials of Deputy Clerk | slw | | |