1   MONA Z. HANNA (SBN 131439)
    mhanna@mrllp.com
2   JENNIFER A. MAURI (SBN 276522)
    jmauri@mrllp.com
3   **MICHELMAN & ROBINSON, LLP**
    17901 Von Karman Avenue, Suite 1000
4   Irvine, CA 92614
    Telephone:(714) 557-7990
5   Facsimile: (714) 557-7991

6   SETH E. DARMSTADTER (admitted pro hac vice)
    sdarmstadter@mrllp.com
7   **MICHELMAN & ROBINSON, LLP**
    200 South Wacker Drive, Suite 2900
8   Chicago, IL 60606
    Telephone:(312) 638-5671
9   Facsimile: (312) 638-5672

10  Attorneys for Plaintiff and Counterclaim Defendant
    STRATEGIC PARTNERS, INC.
11
    VINCE M. VERDE (SBN 202472)
12  vince.verde@ogletreedeakins.com
    SEAN PAISAN (SBN 227727)
13  sean.paisan@ogletreedeakins.com
    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
14  Park Tower, Suite 1500
    695 Town Center Drive
15  Costa Mesa, CA  92626
    Telephone:  714-800-7900
16  Facsimile:  714-754-1298

17  SHARON HIGHTOWER (SBN 129874)
    shightower@ericksenarbuthnot.com
18  **ERICKSEN ARBUTHNOT**
    152 North Third Street, Suite 700
19  San Jose, California  95112
    Telephone:  408- 286-0880
20  Facsimile:  408-286-0337

21  Attorneys for Defendant/Counter-Claimant
    Vestagen Protective Technologies, Inc.
22
23
24
25
26
27
28

<table>
<tr><td>FILED</td></tr>
<tr><td>CLERK, U.S. DISTRICT COURT</td></tr>
<tr><td>09/22/2017</td></tr>
<tr><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>BY: SW DEPUTY</td></tr>
</table>

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VESTAGEN PROTECTIVE TECHNOLOGIES, INC., <br><br> Defendant. <br> ———————————————— <br> VESTAGEN PROTECTIVE TECHNOLOGIES, INC., <br><br> Counter-Claimant, <br><br> vs. <br><br> STRATEGIC PARTNERS, INC. <br><br> Counter-Defendant. | Case No. 2:16-CV-5900-RGK (PLA) <br> **THIRD AMENDED JOINT TRIAL EXHIBIT LIST** <br><br> Complaint Filed:    August 8, 2016 <br> Counterclaims Filed: September 19, 2016 <br> Trial Date:        September 5, 2017 <br><br> District Judge:    Hon. R. Gary Klausner <br> Magistrate Judge: Hon. Paul L. Abrams |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rules of Civil Procedure, Rule 26(a)(3)(A), Local Rule 16-6 and the Order for Jury Trial, Plaintiff /Counter-Defendant, Strategic Partners, Inc. and Defendant/Counter-Claimant, Vestagen Protective Technologies, Inc. (collectively "Parties") jointly submit the attached lists of exhibits that the parties may introduce at trial. The parties reserve the right to add or delete exhibits or otherwise modify this list.   The parties have been unable to agree as to the authenticity, foundation or admissibility of the proposed exhibits. The parties do not waive any objections they may have under F.R.Civ.P. 26(a)(3)(B), or any other grounds for objections to the exhibits listed by the other party.

Additionally, the parties have submitted pending motions in limine.   See Motions in Limine (ECF Nos. 67-78, 82-85).   The parties reserve the right to

supplement their exhibit and witness lists following these rulings.  Specifically Vestagen's Motion in Limine No. 2 (ECF No. 82) seeks to exclude findings and decisions of the National Advertising Board and reference thereto.  Those exhibits are marked with an asterisk (*) and the parties reserve the right to add or delete these exhibits based on the ruling of this motion.

The parties also specifically object to exhibits that were not identified pursuant to F.R.Civ.P. 26(a)(3)(c).

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 1 | | WITHDRAWN | | |
| 2 | Ritcheson Exh. 2 | June 21, 2016 Email From Robert Monticello to Renata Ritcheson (Confidential SP0003081-SP0003082) | | |
| 3 | Ritcheson Exh. 3 | Certainty Frequently Asked Questions as of June 6, 2017 | | |
| 4 | Clarke Exh. 1 | Notice of 30(b)(6) Deposition | | |
| 5 | | WITHDRAWN | | |
| 6 | Clarke Exh. 3 | Article entitled Vestex Protects (Confidential VEST SPI-003270) | | |
| 7 | Clarke Exh. 4 & Bold Exh. 4 & Favret Exh. 4 | 3XDRY, UpGrade Silver Finish and NanoSphere Distribution and Trademark License Agreement (Highly Confidential – | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| | | Attorneys Eyes Only VEST/SPI-000756-VEST/SPI-000772) | | |
| 8 | Clarke Exh. 5 & Lessem Exh. 17 & Spangler Exh. 5 & Raines Exh. 505 | What is Vestex? (Confidential VEST SPI-003291) | | |
| 9 | Clarke Exh. 6 & Tapalaga Exh. 14 | Compilation of emails dated 11/27/2011 from Ben Favret and Kevin Tapalaga et al. regarding Vestagen NDA, , with attached NDA (VEST SPI-005141-VEST SPI-005146) | | |
| 10 | Clarke Exh. 7 | Email from Dawn Clarke to Lurlie Mixson dated October 30, 2013 (Highly Confidential VEST SPI-068923-VEST SPI-068925) | | |
| 11 | Clarke Exh. 8 & Lessem Exh.24 | Email from Dawn Clark to Lorrie Anderson and Vestagen Employees dated October 28, 2013 (Highly Confidential VEST SPI-068969-VEST-068970) | | |
| 12 | Clarke | Email from Dawn Clarke to | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | Exh. 9 & Lessem Exh.22 | Marc Lessem dated November 17, 2015 (High Confidential VEST SPI-404118) | | |
| 13 | Clarke Exh. 10 & Lessem Exh.21 | Email from Dawn Clarke to Marc Lessem dated December 4, 2015 (High Confidential VEST SPI-301475-VEST SPI-301476) | | |
| 14 | Clarke Exh. 11 & Lessem Exh.23 | Email from Dawn Clarke to Marc Lessem dated November 15, 2015 (High Confidential VEST SPI-404208-VEST SPI-404209) | | |
| 15 | Clarke Exh. 12 & Lessem Exh.27 | Vestex is Antimicrobial, Figure 1 from the Complaint | | |
| 16 | Clarke Exh. 13 & Lessem Exh. 34 & Bold Exh. 34 | July 13, 2016 NAD Decision Vestagen Technical Textiles, Inc. (Highly confidential VEST SPI-004233-VEST SPI-004254) | | |
| 17 | Lessem Exh. 14 | Vestagen Objections to Strategic Partners, Inc.'s Amended Notice of Taking | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | 30(b)(6) Deposition | | |
| 18 | Lessem Exh. 15 | Letter dated September 14, 2016, to Martin Zwerling from Steven Steinborn (Hogan Lovells) (Confidential VEST SPI-003184-VEST SPI-003189) | | |
| 19 | Lessem Exh. 16 & Bold Exh. 16 | "Vestagen is Antimicrobial" website, Hcawf.buyvestex.com as of August 19, 2016/ (SP0003868) | | |
| 20 | Lessem Exh. 18 | Email dated 05/25/2016 from Marc Lessem to Zev Radziwill – Subject Website Review for NAD (Confidential – VEST SPI-003391-VEST SPI-003394) | | |
| 21 | Lessem Exh. 19 | Email dated July 14, 2016 from Karla Bakersmith (Scrubs Beyond) to Mike Singer (Confidential – SPI0003162-SPI0003163) | | |
| 22 | Lessem Exh. 20 | Email dated July 26, 2015 from Marc Lessem to Ben Favret (Highly Confidential VEST SPI-228637-VEST SPI-228666) | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 23 | Lessem Exh.25 | Proposed 510K Claims based on Vestex Research (Confidential VES SPI-003194-VEST SPI-003195) | | |
| 24 | Lessem Exh.26 | Vestex Claims Script (Confidential VEST SPI-003252-VEST SPI-003254) | 09/19/2017<br><br>24-2<br>09/19/2017 | 09/19/2017<br><br>24-2<br>09/19/2017 |
| 25 | Lessem Exh.28 | Email dated April 15, 2016 from Marc Lessem to Amber Mitchell and others (Confidential VEST_SPI-003362-VEST_SPI-003363) | | |
| 26 | Lessem Exh.29 | Email dated April 15, 2016 from Marc Lessem to Amber Mitchell and others (Confidential VEST_SPI-003382-VEST_SPI-003384) | | |
| 27 | Lessem Exh.30 | Email dated November 23, 2015 from Marc Lessem to Stewart Davis (Highly Confidential VEST_SPI-218824-VEST_SPI-218827) | | |
| 28 | Lessem Exh.31 | Email dated September 25, 2015, from Marc Lessem to Robyn Cullins and Edmund McGarey (Highly Confidential VEST SPI-224223-VEST SPI-224224) | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 29 | Lessem Exh.32 & Bold Exh. 32 | Letter dated March 14, 2016, to Bill Bold from NAD (SP0000982-SP0000986) | | |
| 30 | Lessem Exh.33 & Bold Exh. 33 | Letter Dated March 29, 2016, to Andrea Levine with the NAD from Vestagen (ConfidentialVEST SPI-003337-VEST SPI-003340) | | |
| 31 | Lessem Exh.35 & Bold Exh. 35 | Letter Dated July 14, 2016 to Martin Zwerling from Antonio Pruna (Confidential VEST SPI-003345) | | |
| 32 | Lessem Exh.36 | Email dated July 14, 2016 from Tony Pruna to Martin Zwerling (Confidential VEST SPI-003380- VEST_SPI-3381) | | |
| 33 | Lessem Exh.37 | Letter dated August 19, 2016, to Steven Steinborn (Hogan Levells) from Martin Zwerling (NAD) (SP0003862- SP0003864) | | |
| 34 | Batke Exh. A | Amended Deposition Notice | | |
| 35 | Batke Exh. B; Mobley | Compilation of Emails from Wendell Mobley to Rhonda Batke Re Jackson Memorial | | |

| | | Strategic Partners, Inc. Exhibit List | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | Exh. A | – July 15 & 16, 2014 (SP0000579 - SP0000582) | | |
| 36 | Batke Exh. C; Mobley Exh. B | Compilation of Emails from Rhonda Batke to Wendell Mobley Re Jacksonville Baptist Follow Up – July 16, 2014 (SP0000568-SP0000572) | | |
| 37 | Batke Exh. D; Mobley Exh. C | Compilation of Emails from Rhonda Batke to Wendell Mobley Re Jacksonville Baptist Gift Store Urgent – July 16, 2014 (Confidential SP0000558-SP0000559) | | |
| 38 | Mobley Exh. D | Subpoena to Wendell Mobley to Appear and Testify at a Hearing or Trial in a Civil Action | | |
| 39 | Bold. Exh. 38 | Confirmation of Notice of Deposition of Bill Bold | | |
| 40 | Bold Exh. 39 | Compilation of Emails from Bold to Lessem Re AHA TAKE AIM eblast #1 December 17, 2015 (Highly Confidential VEST_SPI-301043-VEST_SPI-301045) | | |

Case No. 2:16-CV-5900-RGK (PLA)

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 41 | Bold Exh. 40 | Email dated December 9, 2015 from Ben Favret to Bill Bold re Presentation and Script (Highly Confidential VEST_SPI-430621) | | |
| 42 | Bold Exh. 41 | Presentation Handout (Highly Confidential VEST_SPI-430622-VEST_SPI-430628) | | |
| 43 | Bold Exh. 42 | A Vital Component to Achieving Strategic Initiatives (Highly Confidential VEST_SPI-430629-VEST_SPI-430682) | | |
| 44 | Bold Exh. 43 | Email dated December 18, 2015 from Jim Beyer to Marc Lessem re HAC Hospital Medicare Penalties (Highly Confidential VEST_SPI-216787 – VEST_SPI-216788) | | |
| 45 | Bold Exh. 44 | Vestagen Strategic Sales Roadmap (Highly Confidential VEST_SPI-490377-VEST_SPI-490378) | | |
| 46 | Bold Exh. 45 | Email dated December 8, 2015 from Marc Lessem to Bill Bold re Vestagen Roles and Responsibilities | | |

| | | Strategic Partners, Inc. Exhibit List | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | (Highly Confidential VEST_SPI-321035) | | |
| 47 | Bold Exh. 46 | Vestagen Supporting Roles & Responsibilities (Highly Confidential VEST_SPI-321036 – VEST_SPI-321039) | | |
| 48 | Bold Exh. 47 | Email dated December 16, 2015 from Bill Bold to Marc Lessem re Vestagen.com and other sites (Highly Confidential VEST_SPI-301141 – VEST_SPI-301144) | | |
| 49 | Bold Exh 48 | Vestagen Terminology Guidelines dated April 1, 2016 VEST_SPI-002195-002199 | | |
| 50 | Bold Exh 49 | Vestex Claims Script April 1, 2016 VEST_SPI-002345 | | |
| 51 | Bold Exh 50 | Vestagen Technical Textiles Monthly Unit Sales, Revenues, and Gross Profits | | |
| 52 | Bold Exh 51 | Vestagen Sales Pipeline | | |
| 53 | Bold Exh 52 | Email dated January 17, 2017 from Dawn Clark to Bill Bold VEST_SPI-004426 – VEST_SPI-004427 | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 54 | Bold Exh 53 | Email dated November 23, 2015 from Tony Pruna to Bill Bold re Option Holders VEST_SPI-365237 | | |
| 55 | Bold Exh 54 | Vestagen Technical Textiles, Inc. Capitalization Table, October 31, 2015 | | |
| 56 | Bold Exh 55 | Vestagen Financial Model Summary 2016-2020 | | |
| 57 | Spangler Exh 65 | Strategic Partners, Inc.'s Depo Subpoena to JD Spangler | | |
| 58 | Spangler Exh 66 | Email dated August 26, 2014 from JD Spangler to Kristi Gooden re HeathLeaders Story on Baptist (VEST_SPI-620566 – VEST_SPI-620568 | | |
| 59 | Spangler Exh 67 | Page 9 of Complaint filed August 8, 2016 | | |
| 60 | Favret Exh 71 | Amended Notice of Deposition of Ben Favret | | |
| 61 | Favret Exh 72 | *Strategic Partners, Inc. v. Vestagen Protective Technologies, Inc.* USDC, Central District of California, Case No.: 2:16-cv-05900-RGK-PLA – Plaintiff Strategic Partners, | | |

| | | Strategic Partners, Inc. Exhibit List | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| | | Inc.'s Complaint for False Advertising; Unfair Business Practices; Untrue and Misleading Advertising | | |
| 62 | Favret Exh 73 | Vestex Signature Stretch Unisex 3 Pocket Scrub Top webpage dated 7/31/2017, buyvestex.com/womens/tops/ signature-stretch-unisex-3-pocket-scrub-top.html | | |
| 63 | Favret Exh 74 | Vestex Signature Stretch Webpage Screen Shot dated 7/31/2017, buyvestex.com/womens/tops/ signature-stretch-unisex-3-pocket-scrub-top.html | | |
| 64 | Favret Exh 75 | Term Sheet for an Amendment and Restatement of the Technology Agreement – Confidential (VEST_SPI-187195 – VEST_SPI-187207) | | |
| 65 | Favret Exh 76 | Technology Agreement between Vestagen Technical Textiles and 3XDRY (Highly Confidential VEST_SPI-189481 – VEST_SPI-189503) | | |
| 66 | Favret Exh 77 | Pyroshell Commercialization | | |

| | | Strategic Partners, Inc. Exhibit List | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | Development Agreement (Highly Confidential VEST_SPI-376700 – VEST_SPI-376704) | | |
| 67 | Favret Exh 78 | Sales Agreement between Vestagen and Microban (Highly Confidential – VEST_SPI-520518- VEST_520521) | | |
| 68 | Favret Exh 79 | Vestex Signature Stretch Screen Shot What You Wear Matters dated 7/31/2017, buyvestex.com/womens/tops/ signature-stretch-unisex-3-pocket-scrub-top.html "What You Wear Matters" | | |
| 69 | Favret Exh 80 | Vestagen Screen Shot – About Vestagen webpage dated 7/31/2017, vestagen.com/vestagen-all/#footnote-1 html | | |
| 70 | Favret Exh 81 | Vestex Screen Shot re Antimicrobial and/or Fluid Repellant Fabrics webpage dated 7/31/2017, buyvestex.com/faq html webpage | | |
| 71 | Favret Exh 82 | Vestex Screen Shot re References webpage dated 7/31/2017, buyvestex.com/faq | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 72 | Favret Exh 83 | Cherokee Uniforms Certainty and Certainty Plus webpage dated 7/31/2017, Cherokeeuniforms.com | | |
| 73 | Favret Exh 84 & Raines Exh 515 | Email dated October 20, 2015 from Diane Raines to Dale Pfost re Proposal for Testing (Highly Confidential VEST_SPI-222551) | 09/19/2017 | 09/19/2017 |
| 74 | Favret Exh 85 & Raines Exh 514 | Email dated December 21, 2015 from Diane Raines to Brian Crawford re Update (Highly Confidential VEST_SPI-216772) | 09/19/2017 | 09/19/2017 |
| 75 | Favret Exh 86 | Email dated April 20, 2015 from Lurlie Mixson to Diane Raines re VESTEX New Product Development (Highly Confidential VEST_SPI-395887 – VEST_SPI-395888) | | |
| 76 | Favret Exh 87 | Email dated April 8, 2015 from Lurlie Mixson to Dr. Amber Mitchell re Blog Comment (Highly Confidential VEST_SPI-396383 – VEST_SPI-396385) | | |
| 77 | Nellor Exh 350 | Vestagen Protective Technologies, Inc.'s Second | | |

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| | | Strategic Partners, Inc. Exhibit List | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| | & Singer Exh 60 | Amended Notice of 30(b)(6) Deposition of Strategic Partners, Inc. | | |
| 78 | Nellor Exh 351 | Vestagen Protective Technologies, Inc.'s Amended Notice of Deposition of Vickie Nellor, Individually and as 30(b)(6) Witness for Topic Numbers 4 and 5 | | |
| 79 | Nellor Exh 352 | Email dated June 10, 2013 from Vickie Nellor to Mike Singer re Call with Brian Crawford from Vestagen (Highly Confidential VEST_SPI-003685) | | |
| 80 | Nellor Exh 353 | Email dated June 11, 2013 from Brian Crawford to Vickie Nellor re Call with Brian Crawford from Vestagen (Highly Confidential VEST_SPI-004047) | | |
| 81 | Nellor Exh 354 | Email dated June 11, 2013 from Brian Crawford to Dawn Clark re Vestagen and Strategic Partners Call VEST_SPI-006358 | | |
| 82 | Nellor Exh 355 | Certainty and Certainty Plus, Know Our Technologies Frequently Asked Questions | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 83 | Singer Exh 61 | Vestagen Protective Technologies, Inc.'s Fourth Amended Notice of Deposition of Michael Singer, Individually and as 30(b)(6) Witness for Topic Numbers 1-3, 10-12, 14-19, 25, 27, 29 and 31 | | |
| 84 | Singer Exh 62 | Technical Features Antimicrobial & Antimicrobial Plus Fluid Resistant Barrier – Mike Singer SP0001225-0001229 | | |
| 85 | Raines Exh 500 | Strategic Partners, Inc.'s Notice of Amended Deposition Subpoenas | | |
| 86 | Raines Exh 501 | Email dated February 14, 2013 from Brian Crawford to Marianne Hillegass re Vestex Scrubs (Highly Confidential VEST_SPI-054611 – VEST_SPI-054612) | | |
| 87 | Raines Exh 502 | Vestex Letter of Agreement dated September 27, 2013 to Mr. John Wilbanks, Executive Vice President and COO at Baptist Health (Highly Confidential VEST_SPI-050544 – VEST_SPI-050546) | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 88 | Raines Exh 503 | Vestex Screen Shot VESTEX is Antimicrobial as of August 19, 2016 SP0003867 – SP0003872 | | |
| 89 | Raines Exh 504 | Vestex Advertisement (Confidential – VEST_SPI-002142 - VEST_SPI-002143) | | |
| 90 | Raines Exh 507 | Vestagen.com, "Baptist Health's investment in new staff uniforms provides safety layer" press release (SP0000560-SP0000562) | | |
| 91 | Raines Exh 508 | Baptist Health Announcing Vestex dated March 25, 2015 re Vestex Products (SP0001221) | 09/19/2017 | 09/19/2017 |
| 92 | Raines Exh 509 | Email dated June 24, 2014 to Stephanie Kraus from Wendell Mobley re Vestagen Press Release (SP0000964 – SP0000965) | | |
| 93 | Raines Exh 510 | Resident Community News Group, Inc. Article, "New hospital garments safer, more comfortable" (SP0003902-SP0003904) | | |
| 94 | Raines Exh 511 | Memo to Baptist Health Staff dated November 6, 2013 from John Wilbanks, | 09/19/2017 | 09/19/2017 |

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | FACHE, COO re Innovation in staff and patient protection (Highly Confidential VEST_SPI-007925 – VEST_SPI-007926) | | |
| 95 | Raines Exh 512 | Baptist Health News Release dated November 5, 2015 (Highly Confidential – VEST_SPI-595486- VEST_SPI-595487) | | |
| 96 | Raines Exh 513 | Email dated January 7, 2015 from Brian Crawford to Diane Raines re Cherokee Rep (Highly Confidential – VEST_SPI-285876 – VEST_SPI-085877) | | |
| 97 | Raines Exh 516 | Email dated August 26, 2015 from Dale Pfost to Diane Raines re Nurse in ER Urgent (Highly Confidential VEST_SPI-225693) | | |
| 98 | Raines Exh 517 | Email dated July 15, 2015 from Diane Raines to Brian Crawford re Vestex – employee issue (Highly Confidential VEST_SPI-229029) | | |
| 99 | Amber Mitchell | Email dated August 4, 2016 from Amber Mitchell to | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | Exh. 100 | Marc Lessem re Claims References (Confidential VEST_SPI-002247) | | |
| 100 | Amber Mitchell Exh. 101 | Vestex Claims Matrix (Confidential VEST_SPI-002248- VEST_SPI-002250) | | |
| 101 | Amber Mitchell Exh. 102 | Vestagen: Interview & Press Briefing Guide (Highly Confidential VEST_SPI-153311-VEST_SPI-153318) | | |
| 102 | Amber Mitchell Exh. 103 | Email dated September 27, 2014 from Amber Mitchell to JD Spangler (Highly Confidential VEST_SPI-592637) | | |
| 103 | Amber Mitchell Exh. 105 | Internal Memorandum dated March 19, 2014 from Dr. Amber Mitchell to Vestagen employees re Parameters for Vestex Claim (Highly Confidential VEST_SPI-479343) | 09/19/2017 | 09/19/2017 |
| 104 | Amber Mitchell Exh. 106 | Email dated August 6, 2014 from Amber Mitchell to Bill Borwegen and Brian Crawford (Highly Confidential VEST SPI-259151-VEST SPI-259152) | | |

Case No. 2:16-CV-5900-RGK (PLA)
THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 105 | Amber Mitchell Exh. 109 | "Vestex Protects" Advertisement (Confidential VEST_SPI-003270- VEST_SPI-003314) | | |
| 106 | Amber Mitchell Exh. 113 | Email dated July 30, 2014 from Amber Mitchell to Ben Favret, JD Spangler, Lurlie Mixson (Highly Confidential VEST_SPI-472356-VEST_SPI-472357) | | |
| 107 | Amber Mitchell Exh. 114 | Email dated April 15, 2015 from Amber Mitchell to Lurlie Mixson (Highly Confidential VEST_SPI-396008-VEST_SPI-396009) | | |
| 108 | Amber Mitchell Exh. 115 | Email dated May 22, 2015 from Amber Mitchell to Dale Pfost and Stewart B. Davis (Highly Confidential VEST_SPI-232048-VEST_SPI-232050) | | |
| 109 | Amber Mitchell Exh. 116 | Email dated July 8, 2015 from Amber Mitchell to Dale Pfost et al. (Highly Confidential VEST_SPI-229523) | | |
| 110 | Amber Mitchell | Email dated July 10, 2015 from Amber Mitchell to | | |

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
|  | Exh. 117 | Stewart Davis, Dawn Clarke, Dale Pfost (Highly Confidential VEST_SPI-393267) |  |  |
| 111 | Amber Mitchell Exh. 118 | Email dated July 31, 2015 from Amber Mitchell to Lurlie Mixson (Highly Confidential VEST_SPI-228089-VEST_SPI-228091) |  |  |
| 112 | Amber Mitchell Exh. 119 | Email dated August 27, 2015 from Amber Mitchell to Stewart Davis and Dawn Clarke (Highly Confidential VEST_SPI-392236) |  |  |
| 113 | Amber Mitchell Exh. 120 | Email dated October 21, 2015 from Amber Mitchell to Dale Pfost, et al. (Highly Confidential VEST_SPI-384072-VEST_SPI-384073) |  |  |
| 114 | Amber Mitchell Exh. 111 | Vestex Screen Shot VESTEX is Antimicrobial as of August 19, 2016 SP0003867 – SP0003872 |  |  |
| 115 | Amber Mitchell Exh. 112 | Email Dated April 15, 2016 from Marc Lessem to Amber Mitchell and Others (Confidential VEST_SPI-003382-VEST_SPI- |  |  |

| | | Strategic Partners, Inc. Exhibit List | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | 003384) | | |
| 116 | Favret Exh. 70 | Vestagen Protective Technologies, Inc.'s Identification of Trade Secrets Pursuant to California Code of Civil Procedure 2019.210 | | |
| 117 | Ritcheson Exh. 356 | April 7, 2014 Email From Renata Ritcheson to Wendell Mobley, Stephanie Kraus, Kay Heitzman Re Vestagen's Keep the Coat Campaign | | |
| 118 | Ritcheson Exh. 357 | April 9, 2014 Email from Stephanie Kraus to Wendell Mobley, Renata Ritcheson, Kay Heitzman Re Vestagen's Keep the Coat Campaign | | |
| 119 | Ritcheson Exh. 358 | April 26, 2016 Email From Renata Ritcheson to Wendell Mobley Re Vestagen Vestex Claim and Why its Misleading | | |
| 200 | | John Mitchell's Curriculum Vitae | | |
| 201 | | Expert Report of John Mitchell | 09/20/2017 | |
| 202 | | John Mitchell's File to be Identified At His Deposition | | |
| 203 | | Steve Roth's Curriculum | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | Vitae | | |
| 204 | | Expert Report of Steve Roth | 09/20/2017 | |
| 205 | | Steve Roth's File to be Identified After His Deposition | | |
| 206 | | Survey: SPI vs. Vestagen Lawsuit (Confidential) | 09/19/2017 | 09/19/2017 |
| 207 | | Survey Research Report: SPI v. Vestagen Lawsuit (Confidential) | 09/19/2017 | 09/19/2017 |
| 208 | | Survey Research Data Set | | |
| 209 | | David Weiner's Curriculum Vitae | | |
| 210 | | Expert Report of David Weiner | 09/20/2017 | |
| 211 | | David Weiner's File to be Identified After His Deposition | 09/20/2017 | |
| 212 | Pierpoint Exh. 383 | Strategic Partners Inc. Certainty Plus P&L Statement, 2015 to end of May 2017 (SP0003416) | | |
| 213 | | SPI Excel File, "Customer ID/Invoices" (SP0002891) | | |
| 214 | | SPI Excel File, "Certainty Plus Averages.xls" (SP0004757) | | |
| 215 | | SPI Excel Spreadsheet, "Sales by Garment Type.xls" (SP0004758) | | |

Case No. 2:16-CV-5900-RGK (PLA)

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 216 | | L.E.K. Consulting, "Strategic Partners Market Assessment Final Presentation," June 1, 2010 (SP0004786-SP0004801) | | |
| 217 | | L.E.K. Consulting, "SPI U.S. Growth Plan, Summary Board Readout," October 1, 2014 (SP0004773-SP0004785) | | |
| 218 | | L.E.K. Consulting, "Strategic Partners Medical Uniform Assessment: Final Presentation," November 24, 2015  (SP0004759-SP0004772) | | |
| 219 | | | | |
| 220 | | SPI Excel Spreadsheet, "Competitive Landscape" (SP0002682)) | | |
| 221 | | Vestagen Technical Textiles, LLC Excel Spreadsheet, Statement of Cash Flows, April 2011 (Attorneys' Eyes Only – VEST_SPI-003500) | | |
| 222 | | Vestagen Technical Textiles, LLC Excel Spreadsheet, Statement of Cash Flows, April 2010 (Attorneys' Eyes Only – VEST_SPI-003501) | | |

Case No. 2:16-CV-5900-RGK (PLA)
THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| | | Strategic Partners, Inc. Exhibit List | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 223 | | Vestagen Technical Textiles, LLC Excel Spreadsheet, Profit & Loss, May - October 2011 (Attorneys' Eyes Only – VEST_SPI-003502) | | |
| 224 | | Vestagen Technical Textiles, LLC Excel Spreadsheet, Profit & Loss, October 2009 – October 2011 (Attorneys' Eyes Only – VEST_SPI-003503) | | |
| 225 | | Vestagen Technical Textiles, LLC Excel Spreadsheet, Budget vs. Actuals: Fiscal Year Ending April 30, 2011 – FY11 P&L May 2010 – April 2011 (Attorneys' Eyes Only – VEST_SPI-003504) | | |
| 226 | | Vestagen Technical Textiles, LLC Excel Spreadsheet, Budget vs. Actuals: FY 2012 – FY12 P&L May – October 2011 (Attorneys' Eyes Only – VEST_SPI-003505) | | |
| 227 | | Vestagen Technical Textiles, LLC Excel Spreadsheet, Statement of Cash Flows, November 2010 – October 2011 | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | (Attorneys' Eyes Only – VEST_SPI-003506) | | |
| 228 | | Vestagen Technical Textiles, LLC Excel Spreadsheet, Profit and Loss Summary, January 2010 – February 2017 (Attorneys' Eyes Only – VEST_SPI-003507) | | |
| 229 | | Vestagen Technical Textiles, LLC Excel Spreadsheet, Assets and Liabilities, April 30, 2010 – April 30, 2017 (Attorneys' Eyes Only – VEST_SPI-003508) | | |
| 230 | | Vestagen Technical Textiles, LLC Excel Spreadsheet, Assets and Liabilities, April 30, 2010 – April 30, 2017 (Attorneys' Eyes Only – VEST_SPI-003509) | | |
| 231 | | Vestagen Technical Textiles, LLC Excel Spreadsheet, Assets and Liabilities, Annual and Projected Assumptions (Attorneys' Eyes Only – VEST_SPI-003510) | | |
| 232 | | Vestagen Technical Textiles, LLC Excel | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | Spreadsheet, Assumptions, Balance Sheet, et al. 2013-2017 (Attorneys' Eyes Only – VEST_SPI-003511) | | |
| 233 | | Vestagen Technical Textiles, LLC Excel Spreadsheet, 2014 Long Range Plan, Financial Summary, Accrual Basis (Attorneys' Eyes Only – VEST_SPI-003512) | | |
| 234 | | | | |
| 235 | | Vestagen Technical Textiles, LLC Excel Spreadsheet, 2015 Long Range Plan, Financial Summary, Accrual Basis (Attorneys' Eyes Only – VEST_SPI-003514) | | |
| 236 | | Vestagen Protective Technologies Excel Spreadsheet, 2017 Budget Summary (Attorneys' Eyes Only – VEST_SPI-003515) | | |
| 237 | | WITHDRAWN | | |
| 238 | | Article Fabric Challenge Assays | 09/21/2017 | |
| 239 | | WITHDRAWN | | |
| 240 | | WITHDRAWN | | |
| 241 | | WITHDRAWN | | |
| 242 | | | | |

Case No. 2:16-CV-5900-RGK (PLA)

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 243 | | Vestex Frequently Asked Questions, April 2016 (Confidential – VEST_SPI-002148- VEST_SPI-002151) | 09/19/2017 | 09/19/2017 |
| 244 | | Compilation of emails dated August 4, 2016 from Amber Mitchell to Marc Lessem (Confidential – VEST_SPI-002247) | 09/21/2017 | 09/21/2017 |
| 245 | | | | |
| 246 | | Vextex.com Printout, "Vestex Active Barrier Medical Apparel" (Confidential – VEST_SPI-003123- VEST_SPI-003138) | 09/19/2017 | 09/19/2017 |
| 247 | | | | |
| 248 | | Screenshot of Vestagen.com on September 12, 2016, "About Vestagen" (Confidential – VEST_SPI-003320- VEST_SPI-003327) | 09/19/2017 | 09/19/2017 |
| 249 | | Screenshot of Vestex.com on September 12, 2016, "VESTEX is Fluid Repellent" (Confidential – VEST_SPI-003328- VEST_SPI-003330) | 09/19/2017 | 09/19/2017 |
| 250 | | Screenshot of Vestex.com | | |

| \multicolumn{6}{c}{**Strategic Partners, Inc. Exhibit List**} | | | | | |
|------|------------|-------------|------------|------------|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
|  |  | on September 14, 2016, "Vestex Active Barrier Medical Apparel" (Confidential – VEST_SPI-003331- VEST_SPI-003335) |  |  |
| 251 |  | Baptist Health and Vestagen Advertisement (Highly Confidential – VEST_SPI-211671- VEST_SPI-211673) |  |  |
| 252 |  | URA 2014 Scrub Surveys Report (Highly Confidential – VEST_SPI-259362-VEST_SPI-259395) |  |  |
| 253 |  | Email dated March 16, 2015 from Vestagen Technical Textiles to Dawn Clarke (Highly Confidential – VEST_SPI-397482-VEST_SPI-397485) |  |  |
| 254 |  |  |  |  |
| 255 |  |  |  |  |
| 256 |  | Vestagen Press Release dated September 16, 2014, "New Vestagen Patient Garments Aim to Minimize Pathogen Transmission Inside Hospitals" (SP0003906-SP0003907) |  |  |
| 257 |  | Safety Online Article dated |  |  |

| | | **Strategic Partners, Inc. Exhibit List** | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| | | July 10, 2014, "Baptist Health's Investment In New Staff Uniforms Provides Safety Layer" (SP0003908-SP0003909) | | |
| 258 | | Vestagen Press Release dated June 24, 2014, "First Large Hospital System Converts to Vestagen's New Vestex Protected Attire Designed to Help Fight Pathogen Transmission" (SP0003910-SP0003911) | | |
| 259 | | Miami Herald article dated June 24, 2014, "Baptist Health Becomes World's First Health System to Adopt Protective Uniforms Featuring Specialized Fluid-Repelling, Antimicrobial Textile Technology" (SP0000481-SP0000482) | | |
| 260 | | | | |
| 261 | | News-Leader article dated July 9, 2016, "Baptist Health adopts new garments to fight infection" (SP0000563) | | |
| 262 | | Certainty and Certainty Plus Frequently Asked Questions (Confidential – SP0000454- | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | SP0000456) | | |
| 263 | | Dow/Silvadur Powerpoint Presentation (SP0001424-SP0001470) | | |
| 264 | | Certainty Technologies Presentation (Confidential – SP0001571-SP0001576) | | |
| 265 | | Certainty Technology Information Handout (Confidential – SP0001814-SP0001816) | | |
| 266 | | September 15, 2014 Confidential Test Report (Confidential – SP0002306) | | |
| 267 | | December 1, 2014 Confidential Test Report (Confidential – SP0002307) | | |
| 268 | | Screenshots of Certainty Website Homepage (SP0002845-SP0002849) | | |
| 269 | | Compilation of emails dated June 21, 2016 between Robert Monticello and Renata Ritcheson (Confidential – SP0003081-SP0003084) | 09/21/2017 | 09/21/2017 |
| 270 | | Odor Data Shared with SPI, Silvadur/Dow Presentation | | |

| | Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | (Confidential – SP0003954-SP0003962) | | |
| 271 | | Compilation of emails dated June 22, 2016 between Giancarlo Beevis and Renata Ritcheson (SP0004341-4343) | | |
| 272 | | Computer Screenshot from July 9, 2017 capturing the "How it Works" page from the SILVADUR website | 09/21/2017 | 09/21/2017 |
| 273 | | Screenshot from July 9, 2017 capturing the "Technological Innovation" page from the SILVADUR website | 09/21/2017 | 09/21/2017 |
| 274 | | Screenshot from July 9, 2017 capturing the "SILVADUR Outperforms Competitive Alternatives" page from SILVADUR Website | | |
| 275 | | Screenshot from July 9, 2017 capturing the "Frequently Asked Questions" page from the SILVADUR website | | |
| 276 | | Screenshot from July 9, 2017 capturing the SILVADUR 900 Antimicrobial Technical Data Sheet from SILVADUR website | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 277 | | Screenshot from July 9, 2017 capturing the SILVADUR 930 Antimicrobial Technical Data Sheet from the SILVADUR Website | | |
| 278 | | | | |
| 279 | | July 4, 2017 letter from Jason R. Garay to Renata Ritcheson | | |
| 280 | | SPI NAD Complaint (SP0003615-SP0003624) | | |
| 281 | | Letter dated March 14, 2016 from the NAD to Renata Ritcheson (SP0000981-SP0000986) | | |
| 282 | | | | |
| 283 | | Vestagen Advertiser's Response Letter dated July 14, 2016 to the NAD (Confidential – VEST_SPI-003343) | 09/21/2017 | |
| 284 | | Letter dated March 14, 2016 from Amy Levine to Bill Bold (Confidential – VEST_SPI-003348-VEST_SPI-003351) | | |
| 285 | | | | |
| 286 | | ASRC Press Release dated July 26, 2016, "NAD Recommends Vestigen | | |

| | | Strategic Partners, Inc. Exhibit List | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| | | Discontinue Claims that Company's 'Vestex' Hospital Scrubs Protect Patients, Medical Personnel from Dangerous Contaminants" (VEST_SPI-004452-VEST_SPI-004454) | | |
| 287 | | | | |
| 288 | | Letter dated March 10, 2016 from Renata Ritcheson to NAD (Confidential – VEST_SPI-003352-VEST_SPI-003361) | | |
| 289 | | Letter dated April 12, 2016 from Renata Ritcheson to Martin Zwerling (Confidential – SP0003841-SP0003856)) | | |
| 290 | | Letter dated August 18, 2016 from Mona Hanna to Martin Zwerling (SP0003863-SP0003864) | | |
| 291 | | September 3, 2014 Press Release, "Vestagen Technical Textiles Named 2014 Florida Companies to Watch Winner" http://vestagen.com/wp-content/uploads/2015/11/9_Vestagen-Named-2014-FL-Comp-Watch-Winner- | | |

| | | **Strategic Partners, Inc. Exhibit List** | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| | | 090314.pdf | | |
| 292 | | Printout of Vestagen Technical Textiles "Technologies" webpage dated 5/5/17, http://vestagen.dev.digitaledison.com/?pagejd=932 | 09/19/2017 | 09/19/2017 |
| 293 | | December 7, 2009 press release, "Orlando Company Develops New Technology Designed to Help Combat Hospital-Acquired Infections" (VEST_SPI-034010-VEST_SPI-034011) | 09/19/2017 | 09/19/2017 |
| 294 | | May 7, 2014 Press Release, "Vestagen Signs Licensing and Distribution Agreements for its Vestex-Protected Fabrics with Medical Superstore Allheart.com" http://vestagen.com/wp-content/uploads/2015/11/11_Vestagen_allheart_Licensing-Agreement-050714.pdf | 09/20/2017 | NO |
| 295 | | | | |
| 296 | | Term Sheet for Agreement between Vestagen and Schoeller Technologies AG (Highly Confidential – VEST_SPI-153027-VEST_SPI-153038) | | |

Case No. 2:16-CV-5900-RGK (PLA)

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| \multicolumn{6}{c}{**Strategic Partners, Inc. Exhibit List**} |
|---|

| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 297 | | | | |
| 298 | | CNNMoney.com Printout, June 4, 2010 Article (Highly Confidential – VEST_SPI-4189-VEST_SPI-4190) | | |
| 299 | | February 7, 2012 Vestagen Press Release, "Simple Scrubs become Active Barrier Protection -- Performance Confirmed: Reduction in Superbug on New Technology Uniforms" (Highly Confidential – VEST_SPI-036771-VEST_SPI-036772) | 09/19/2017 | 09/19/2017 |
| 300 | | PRnewswire.com Printout, August 27, 2013 article, "Vestagen Completes $8.25 Million Financing To Launch Its Vestex(R) Protective Healthcare Uniforms And Medical Scrubs", http://www.prnewswire.com/news-releases/vestagen-completes-825-million-financing-to-launch-its-vestexr-protective-healthcare-uniforms-and-medical-scrubs-221298131.html | | |
| 301 | | February 4, 2014 Vestagen Press Release, "Vestagen | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | Obtains Worldwide Rights To Schoeller Technologies Underlying Key Properties Of Its Vestex® Protective Healthcare Uniforms" (Highly Confidential – VEST_SPI-274371-VEST_SPI-274372) | | |
| 302 | | February 24, 2015 AHA Solutions Press Release, "The American Hospital Association Exclusively Endorses Vestex® Active Barrier Apparel from Vestagen Technical Textiles, Inc." webpage screen shot dated 7/28/17, http://www.adventls.com/news/41-press-release/340-the-american-hospital-association-exclusively-endorses-vestex-active-barrier-apparel-from-vestagen-technical-textiles-inc | | |
| 303 | | Printout of July 7, 2015 article, "Increase in Healthcare Worker Adoption of VESTEX Protective Attire Addresses Healthcare Uniform Contamination Concerns" http://vestagen.com/wp-content/uploads/2015/11/3_VESTEX-New-Adopters- | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | 070615.pdf | | |
| 304 | | Certainty Plus Nanotex Presentation (Attorneys' Eyes Only – SP0002289-SP00002301) | | |
| 305 | | Email dated July 7, 2010 between Jeff Glattstein and Mike Singer (SP0003459) | | |
| 306 | | Compilation of emails dated September 17, 2010 between Pamela Goldschmidt and Marty Morawski (SP0003561-SP0003577) | | |
| 307 | | Email dated April 15, 2010 from Michael Greathouse to Marta Andrea (SP0003485-SP0003487) | | |
| 308 | | MedShare Press Release, "Vestagen Donation to MedShare Offers New Protection for Health Care Workers and Patients in West Africa" (Highly Confidential – VEST_SPI-255509-VEST_SPI-255510) | | |
| 309 | | AHA Website Screenshot as of March 2, 2016, "AHA Endorsement: Vestex Active Barrier Apparel", | | |

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
|------|------|------|------|------|
| \multicolumn{5}{c}{**Strategic Partners, Inc. Exhibit List**} ||||| |
| | | https://web.archive.org/web/20160315172059/http://www.aha-solutions.org:80/partners/vestagen.shtml | | |
| 310 | | Printout of March 6, 2000 Pesticide Registration (Pr) Notice 2000 - 1* Notice To Manufacturers, Formulators, Producers And Registrants Of Pesticide Products, https://www.epa.gov/sites/production/files/2014-04/documents/pr2000-1.pdf | 09/19/2017 | NO |
| 311 | | | | |
| 312 | | Beckershospitalreview.com March 1, 2016 Article Printout, "CDC: 10 most important public health problems and concerns" webpage screen shot dated 8/18/17, http://www.beckershospitalreview.com/population-health/cdc-10-most-important-public-health-problems-and-concerns.html | | |
| 313 | | CDC.gov Newsroom, March 3, 2016 Press Release, "Superbugs threaten hospital patients", https://www.cdc.gov/media/ | | |

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | releases/2016/p0303-superbugs.html | | |
| 314 | | Email compilation dated November 24, 2015 from Dawn Clarke to Marc Lessem (Highly Confidential – VEST_SPI-301916-VEST_SPI-301917) | | |
| 315 | | DeBaun, B., Printout from Advanced Healthcare Network for Nurses, "Healthcare Worker Attire – Protection from the Unexpected" webpage screen shot dated 7/28/17, http://nursing.advanceweb.com/Features/Articles/Healthcare-Worker-Attire.aspx | | |
| 316 | | Mitchell, A. and B. Borwegen, April 2015 Surgical Products Magazine Printout, "The Transformation of Healthcare Attire and its Role in Protecting Providers and Patients" webpage screen shot dated 7/28/17, https://www.surgicalproductsmag.com/blog/2015/04/transformation-healthcare-attire-and-its-role-protecting-providers-and-patients | | |
| 317 | | Punke, H., Printout from Beckershospitalreview.com, | | |