| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | July 31, 2014, "Could a New Fabric be the Answer to the HAI Fight?" webpage screen shot dated 7/28/17, http://www.beckershospitalreview.com/quality/could-a-new-fabric-be-the-answer-to-the-hai-fight.html | | |
| 318 | | Robbins, L., Printout from Firstcoastnews.com, July 9, 2014, "New hospital garments could minimize infection", http://www.firstcoastnews.com/news/local/new-hospital-garments-could-minimize-infection/415836628 | | |
| 319 | | Vestagen Research Summary (SPI0003380-SP000384) | | |
| 320 | | Vestagen Corporate Website, Printout dated 8/16/2017, http://vestagen.com/# | | |
| 321 | | Vestagen News & Events Website, Printout dated 8/16/2017, http://vestagen.com/VESTAGEN-NEWS-EVENTS | | |
| 322 | | Vestagen Product News, "Fluid Repelling Scrubs Helping Nurses Stop the Spread of Deadly Bacteria in Hospitals" Webpage Printout dated 8/16/2017, http://vestagen.com/product | | |

| | Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** | |
| | | -newsfluid-repelling-scrubs-helping-nurses-stop-the-spread-of-deadly-bacteria-in-hospitals/ | | | |
| 323 | | DFWHC Foundation Blog, "DFWHC teams with Vestagen to promote ground-breaking scrubs and lab coats" webpage printout dated 8/18/2017, https://dfwhcfoundation.org/dfwhc-teams-vestagen-promote-ground-breaking-scrubs-lab-coats/ | | | |
| 324 | | Vestagen Corporate News, "Northwell Becomes New York's First Major Health System to Implement Vestagen's VESTEX® Protective Attire" webpage printout dated 8/19/2016, http://vestagen.com/corporate-newsnorthwell-becomes-new-yorks-first-major-health-system-to-implement-vestagens-vestex-protective-attire/, SP0003865-SP0003866 | | | |
| 325 | | Vestagen Corporate News webpage printout dated 8/18/2017, http://vestagen.com/category/corporate-news/ | | | |
| 326 | | 2/8/2017 Screenshot of "About Vestagen" webpage, http://web.archive.org/web/20160420134302/http://vestagen.com/ | | | |

| Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 327 | | Press release dated March 9, 2015, "Vestex Now Available in Operating Room Scrubs", http://vestagen.com/wp-content/uploads/2015/11/5_Vestagen-OR-launch-030915.pdf | 09/19/2017 | 09/19/2017 |
| 328 | | Email dated October 22, 2014 between Ben Favret and J.D. Spangler, et al. (VEST_SPI-516530-VEST_SPI-516531) | | |
| 329 | | "Vestex vs. Certainty" Powerpoint (VEST_SPI-516925-516933) | | |
| 330 | | Brevard-Online.com Article printout dated June 8, 2016, "Local company helps with Ebola relief efforts in Africa", http://brevard-online.com/local-company-helps-ebola-relief-efforts-africa/ | | |
| 331 | | Vestex Basics Unisex 1 Pocket Scrub Top webpage screenshot dated June 8, 2016, http://www.buyvestex.com/mens/tops/myguardian-vestex-unisex-1-pocket-scrub-top.html | | |
| 332 | | Vestagen.com Corporate Site as of March 14, 2016, | 09/19/2017 | 09/19/2017 |

| | | Strategic Partners, Inc. Exhibit List | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | https://web.archive.org/web/20160314215951/http:/vestagen.com.80/ | | |
| 333 | | Food & Drug Administration, "Frequently Asked Questions About Combination Products" webpage, dated August 28, 2017 https://www.fda.gov/CombinationProducts/AboutCombinationProducts/ucm101496.htm | | |
| 334 | | Vestex Protects Homepage as of March 9, 2016, http://web.archive.org/web/20160309131339/http://www.buyvestex.com/ | | |
| 335 | | 2017 ANCC National Magnet Conference, "Vestagen Protective Technologies, Inc." webpage dated August 30, 2017, http://events.jspargo.com/ancc17/public/eBooth.aspx?IndexInList=3&FromPage=Exhibitors.aspx&ParentBoothID=&ListByBooth=true&BoothID=491365 | 09/19/2017 | 09/19/2017 |
| 336 | | FDA Medical Devices Databases, Establishment Registration and Device Listing webpage dated August 31, 2017, https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfRL/rl.cfm?lid=546253&lpcd= | 09/19/2017 | 09/19/2017 |

| | Strategic Partners, Inc. Exhibit List | | | | |
|---|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | FXO | | |
| 337 | | FDA Establishment Registration webpage dated August 31, 2017, https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfRL/rl.cfm?rid=183083 | | |
| 338 | | Images from Strategic Partners, Inc. Catalogs and Online Banners | | |
| 339 | | February 3, 2012 letter from Ben Favret to Jeff Swarz (Highly Confidential – VEST_SPI-127119-VEST_SPI-127145) | | |
| 340 | | September 28, 2011 letter from Ben Favret to Dr. Vidmantas Petraitis, MD (Highly Confidential – VEST_SPI-135519-VEST_SPI-135539) | | |
| 341 | | January 11, 2012 letter from Ben Favret to Michael Parks (Highly Confidential – VEST_SPI-037332-VEST_SPI-037350_ | | |
| 342 | | October 2010 Strategic Partners – HAI (SP0000684-0000709) | | |
| 343 | | Strategic Partners, Inc.'s Antimicrobial Visual Powerpoint | | |

| | | Strategic Partners, Inc. Exhibit List | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 344 | | Certainty Scrub Sample | 09/19/2017 | 09/19/2017 |
| 345 | | Vestex My Guardian Scrub Sample | 09/19/2017 | 09/19/2017 |
| 346 | | Vestex Signature Stretch Scrub Sample | 09/19/2017 | 09/19/2017 |
| 347 | | Strategic Partners, Inc.'s Rule 26(A) Supplemental Expert Disclosures (David Weiner's Supplemental Expert Report) | 09/20/2017 | |
| 348 | | Sales by Garment Type | | |
| 349 | | Steve Roth's Rebuttal Expert Report re: SPI Advertising Claims | | |
| 350 | | Vestagen Protective Technologies Rule 26(A) Expert Disclosures as to Counter-claim (Expert Report of Bruce G. Silverman re: SPI Advertising) | | |
| 351 | | Steve Roth's Rebuttal Expert Report re: Vestagen and the National Advertising Division | | |
| 352 | | Printout of PR News wire July 7, 2015 article, "Increase in Healthcare Worker Adoption of VESTEX Protective Attire Addresses Healthcare Uniform Contamination Concerns", | | |

Case No. 2:16-CV-5900-RGK (PLA)
THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| | | Strategic Partners, Inc. Exhibit List | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| | | http://www.prnewswire.com/news-releases/increase-in-healthcare-worker-adoption-of-vestex-protective-attire-addresses-healthcare-uniform-contamination-concerns-300109366.html | | |
| 353 | | Certainty Technologies webpage dated September 2, 2017, http://certaintytechnologies.com/ | | |
| 354 | | Vestagen Protective Technologies Rule 26(A) Expert Disclosures as to Defense (Report by Bruce G. Silverman re: NAD Compliance by Vestagen | | |
| 355 | | Video Depo Mark Leesem | 09/19/2017 | 09/19/2017 |
| 356 | | Video Depo JD Spangler | 09/19/2017 | 09/19/2017 |
| 357 | | Video Depo Diane Raines | 09/19/2017 | 09/19/2017 |
| Vestagen - Defendant/Counter Claimant's Exhibit List | | | | |
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 500. | | Press Release – University of South Florida's Division of Infectious Disease Commits to Safety with Advance in Textile Technology SP0000327-0000328 | | |
| 501. | | Undated notes  Re: Antimicrobial Garments SP0002937-0002940 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 502. | | Test Report Example (Using Certainty Fabrics) SP0002182-2184 | | |
| 503. | | Test Report Example (Using Certainty Fabrics) SP0002306 | 503.1 09/21/2017 | |
| 504. | | Test Report Example (Using Certainty Fabrics) SP0002307 | 504.1 09/21/2017 | |
| 505. | | Test Report Example (Using Certainty Fabrics) SP0002606-0002610 | | |
| 506. | Clarke Exh. 3 | Vestex Protects VEST SPI-003270 | | |
| 507. | Clarke Exh. 4 & Bold Exh. 4 | 3XDRY Upgrade Silver Finish and Nanosphere Distribution and Trademark License Agreement VEST/SPI-000756-000772 | | |
| 508. | Clarke Exh. 5 & Lessem Exh. 17 | What is Vestex? SPI-003291 | | |
| 509. | | Complaint - Vestex is Antimicrobial Reduces 99.98% of the Bacterial in a Hospital Setting | | |
| 510. | Lessem Exh. 16 & Bold Exh. 16 | Vestex webpage "Vestex is Antimicrobial" SP0003868 | | |
| 511. | Lessem Exh. 25 | Proposed 510K Claims based on Vestex Research VEST_SPI-003194-003195 | | |
| 512. | Lessem Exh. 26 | Vestex Claims Script VEST_SPI-003252-003254 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 513. | | Raoul Groß, et al., *Pilot study on the microbial contamination of conventional vs. silver-impregnated uniforms worn by ambulance personnel during one week of emergency medical service,* GMS, Krankenhaushygiene Interdisziplinär 2010, Vol. 5(2) VEST  SPI-000244-000251 | | |
| 514. | | Vestex ICAAC Poster VEST_SPI-001001 | | |
| 515. | | Marisha Burden, MD, et al., *Bacterial Contamination of Healthcare Workers' Uniforms: A Randomized Controlled Trial of Antimicrobial Scrubs, Journal of Hospital Medicine,* Vol. 8, No 7, July 2013 VEST_SPI-000072-000077 | | |
| 516. | | Mallory A. Boutin, MPH, et al., *A Randomized Crossover Trial to Decrease Bacterial Contamination on Hospital Scrubs, Infection Control and Hospital Epidemiology,* Vol. 35, No. 11 (November 2014), pp. 1411-1413 VEST_SPI-000068-000071 | | |
| 517. | | Certainty & Certainty Plus Marketing materials SP0000435-0000458 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|------|-----------|-------------|-----------|-----------|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 518. | | Opportunities/Challenges SP0000755-0000757 | | |
| 519. | | Creative Brief – Certainty/Certainty Plus SP0000933-0000949 | | |
| 520. | Singer Exh. 20 Pierpoint Exh. 382 | Technical Features Antmicribial & Antimicrobial Plus Fluid Resistant Barrier – Mike Singer SP0001225-0001231 | 09/22/2017 | 09/22/2017  520.5 |
| 521. | | Certainty/Certainty Plus Product Introduction + Marketing Plan SP0001387-0001396 | | |
| 522. | | Headlines for Certainty site SP0001405-0001470 | | |
| 523. | | Letter Product Release from Mike Singer to Dear Valued Partner SP0001472 | | |
| 524. | | Notes from Meeting with Mike on his URA presentation SP0001507-0001524 | | |
| 525. | | Strategic Partners Bearman Study Analysis SP0002089-0002090 | | |
| 526. | | 01/12/2009 Email from Marty Morawski to Wendell Mobley Re: Infection Issues SP0000162-0000163 | | |
| 527. | | 12/22/2009 Email from Mike Singer to Susan Nunez, Scott Sigman Re: anti-microbial developer SP0003369-0003370 | 09/20/2017  527-1  527-2 | 09/20/2017  527-1  527-2 |

| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
|------|-------------------|-------------|-----------------|---------------|
| | | **Vestagen – Defendant/Counter Claimant's Exhibit List** | | |
| 528. | | 09/10/2010 Email from Dene Nichols to Wendell Mobley Re: Questions SP0000305-0000306 | | |
| 529. | | 09/13/2010 Vestex Press Release Emergency and ICU SP0000318 | | |
| 530. | | 9/17/2010 Email from Bonnie Kibbe to Wendell Mobley Re: HAI Question SP0000301-0000302 | | |
| 531. | | 09/20/2010 Email from Wendell Mobley to Marty Morawski Re: CDC Infection Control Practices Advisory Committee SP0000325-0000326 | | |
| 532. | | 09/23/2010 Letter from L.E.K. Consulting to BAML Capital Partners SP0000662-0000670 | | |
| 533. | | 10/2010 Strategic Partners – HAI SP0000684-0000709 | 09/21/2017 | 533.1; 533.5; 533.8; 533.20 533.16; 533.17 09/21/2017 |
| 534. | | 10/27/2010 Email from Wendell Mobley to Marty Morawski, Renata Ritceson, Mike Singer Re: HAI Study SP0000671-0000673 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 535. | | 01/23/2011 PowerPoint Vestagen Strategic Partners, Inc. Partnership Discussion SP0000459-0000476 | | |
| 536. | | 01/25/2011 Handwritten Notes SP0000636-0000645 | | |
| 537. | | 01/31/2011 Email from Ben Favret to Mike Singer Re:  Vestagen Follow Up VEST_SPI 005661-005664 | | |
| 538. | | 02/03/2011 Email from Bob Pierpoint to Ben Favret, Mike Singer and Kevin Tapalaga Re:  Vestagen VEST_SPI-006341-006343 | | |
| 539. | | 02/10/2011 Email from Kevin Tapalaga to Ben Favret and Mike Singer VEST_SPI-006322 | | |
| 540. | | 02/11/2011 Email from James Karides to Kevin Tapalage, Ben Favret, Mike Singer and Paul Schilpp Re:  Strategic Partners & Vestagen VEST_SPI-003866-003870 | | |
| 541. | | 02/12/2011 Email from Mike Singer to Ben Favret Re:  Strategic Partners & Vestagen SP0002927-0002931 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|------|-----------|-------------|----------|---------|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 542. | | 02/13/2011 Email from Mike Singer and Kevin Tapalaga Re: Strategic Partners & Vestagen SP0002927-0002934 | | |
| 543. | | 02/17/2011 Email from Mike Singer to Kevin Tapalaga Re: Meeting in Chatsworth with Ben, Jim and Brian SP0002910-0002912 | | |
| 544. | | 03/10/2011 PowerPoint Strategic Partners & Vestagen Technical Textiles the Road Map Forward SP0000510-0000542 | 09/20/2017 | 09/20/2017 |
| 545. | | 03/10/2011 Strategic Partners/Vestagen Agenda SP0000635 | 09/20/2017 | 09/20/2017 |
| 546. | | 05/03/2011 Email from Mike Singer to Marty Morawski Re: Vestagen Strategic Partners Update SP0002913 | | |
| 547. | | 8/31/2011 Email from Wendy Mobley to Marty Morawaski Re: HAIs & Uniforms Study published today by APIC SP00000381-0000382 | | |
| 548. | | 09/14/2011 Letter from Ben Favret to Mike Singer SP0000483-0000509 | 09/20/2017 | 09/20/2017 |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|------|------|------|------|------|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 549. | | 09/19/2011 Email from Wendell Mobley to Mike Singer Re: OSHA man cometh for nursing homes SP0000680-0000683 | | |
| 550. | | 9/26/2011 Memo directed to Lisa Tomlinson and the Association for Professionals in Infection Control and Epidemiology, Inc. (APIC) SP0000415-0000416 | | |
| 551. | | 09/27/2011 Email from Marty Morawski to Mike Singer Re: Microbes & Scrubs SP0002831-0002834 | 09/22/2017 | 09/22/2017 |
| 552. | | 09/30/2011 Email from Wendell Mobley to Ben Favret Re: Quick Question VEST_SPI-004534 | | |
| 553. | | 10/03/2011 Email from Ben Favret to Wendell Mobley Re:  Quick Question SP0000658-0000660 | 09/20/2017 553-1; 553-2 | 09/20/2017 553-1; 553-2 |
| 554. | | 10/03/2011 Email from Ben Favret to Wendell Mobley Re:  Quick Question SP00002728-0002730 | | |
| 555. | | 10/04/2011 Email from Cheryl Clark to Wendell Mobley re Question about today's story SP0000431-0000434 | | |

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 556. | | 10/04/2011 Email from Wendell Mobley to Ben Favret Re: Quick Question VEST_SPI-004540-004544 | | |
| 557. | | 10/04/2011 Email from Wendell Mobley to Ben Favret Re: Quick Question – 2 VEST_SPI-004535-004539 | | |
| 558. | | 10/06/2011 Email from Ben Favret to Wendell Mobley Re: Quick Question VEST_SPI-005291-005295 | | |
| 559. | | 10/06/2011 Email from Ben Favret to Wendell Mobley Re:  Quick Response SP0000653-0000655 | | |
| 560. | | 10/06/2011 Email from SPI to Ben Favret Re: Questions Antimicrobial Fabrics SP0000656-0000657 | | |
| 561. | | 10/06/2011 Questions and responses by Ben Favret SP0000649-0000652 | | |
| 562. | | 10/11/2011 Email from Ben Favret to Kevin Tapalaga Re:  re-connect | | |
| 563. | | 10/12/2011 Email from Lorrie Anderson to Wendell Mobley Re:  Dinner ACEP SP0000713-0000715 | | |
| 564. | | 10/12/2011 Email from Ben Favret to Kevin Tapalaga Re:  re-connect | | |

| Vestagen - Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 565. | | 10/14/2011 Email from Wendell Mobley to Ben Favret Re: Dinner at ACEP VEST_SPI-004599-004602 | | |
| 566. | | 10/15/2011 Wendell Mobley's comments regarding his attendance at the American College of Emergency Physicians Scientific Assembly SP0000733-000736 | | |
| 567. | | 10/17/2011 Email from Ben Favret to Wendell Mobley Re: ACEP Follow Up and Article VEST_SPI-005192-005235 | | |
| 568. | | 10/18/2011 Email from Mike Singer to Wendell Mobley Re: Observations on Vestagen at ACEP Conference SP0002791-0002794 | | |
| 569. | | 10/19/2011 Email from Ben Favret to Mike Singer, Wendell Mobley and Marty Morawski Re:  OSHA SP0001306-0001307 | | |
| 570. | | 10/19/2011 Email from Ben Favret to Mike Singer, Wendell Mobley and Marty Morawski Re:  OSHA VEST_SPI-005183-005184 | | |

| | Vestagen – Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 571. | | 10/29/2011 Email from Wendell Mobley to Mike Singer, Marty Morwarski Re: Observations on Vestagen at ACEP Conference SP0001308-0001311 | | |
| 572. | Tapalaga Exh. 22<br><br>Singer Exh. 981 | 11/16/2011 Confidentiality Agreement directed to Strategic Partners, Inc. SP0002878-0002881 | 09/22/2017 | |
| 573. | Tapalaga Exh. 12<br><br>Singer Exh. 980 | 11/16/2011 Email from Ben Favret to Mike Singer Re:  Vestagen NDA | 09/20/2017 | |
| 574. | | 11/22/2011 Email from George Shepherd to Kevin Tapalaga Re:  Vestagen NDA | 09/22/2017<br><br>574.2<br><br>09/22/2017 | |
| 575. | | 11/25/2011 Email from Ben Favret to Wendell Mobley Re: ASTM Ballot Comment Resolution VEST_SPI-006066 | | |
| 576. | | 11/27/2011 Email from Ben Favret to Kevin Tapalaga and George Shepherd Re:  Vestagen NDA VEST_SPI-000640-000641 | | |

| Vestagen - Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 577. | Clarke Exh. 6 | 11/27/2011 Email from Ben Favret to Kevin Tapalaga and George Shepherd Re:  Vestegen NDA VEST_SPI-005141-005146 | 09/20/2017 | 09/20/2017 577-1 through 577-6 |
| 578. | | 12/01/2011 Email from Mike Singer to Ben Favret Re: Vestagen Information Request List VEST_SPI-004565-004566 | 09/22/2017 578.1 | 09/22/2017 578.1 |
| 579. | | 12/01/2011 Email from Ben Favret to Mike Singer Re: Vestagen Information Request List VEST_SPI-004781-005140 | | |
| 580. | | 12/02/2011 Email from Jane Moore to Ben Favret, Brian Crawford and Lynn Owen Re:  Information Request List | | |
| 581. | | 12/02/2011 Email from Ben Favret to Kevin Tapalaga Re:  Information Request List | | |
| 582. | | 12/06/2011 Email from Ben Favret to Mike Singer and Kevin Tapalaga Re:  Information Request List | | |
| 583. | | 12/09/2011 Email from Kevin Tapalaga to Ben Favret and Mike Singer Re:  Information Request List | | |

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 584. | | 12/09/2011 Email from Kevin Tapalaga to Ben Favret and Mike Singer Re:  Vestagen Information Request List | | |
| 585. | | 12/09/2011 Email from Ben Favret to Mike Singer, Kevin Tapalaga Re: Information Request List VEST_SPI-130607-130878 | | |
| 586. | | 01/19/2012 Email from Marty Morawski to Wendell Mobley Re: Research & Antimicrobial Scrubs + Vestagen  SP0001300-0001301 | | |
| 587. | | 01/19/2012 Email from Marty Morawski to Wendell Mobley SP0001312 | | |
| 588. | | 02/01/2012 Email from Ben Favret to Wendell Mobley Re: Important New Study SP0001302-0001303 | | |
| 589. | | 02/02/2012 Email from Ben Favret to Kevin Tapalaga Re:  Important New Study | | |
| 590. | | 02/22/2012 Email from Ben Favret to Mike Singer Re:  Vestagen Update | | |
| 591. | Clarke Exh. 2 & Bold Exh. 2 | 03/2012 A Crossover Trial of Antimicrobial Scrubs to Reduce Methicillin-Resistant Staphylococcus aureus Burden on Healthcare Worker Apparel VEST/SPI-000503-000510 | 09/21/2017 | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 592. | | 03/08/2012 Email from Ben Favret to Wendell Mobley re Jacksonville Healthcare Innovation SP0001296 | | |
| 593. | | 04/02/2012 Email from Wendell Mobley to Marty Morawski Re: Ben Favret + Vestagen SP0001297-0001298 | | |
| 594. | | 7/2/2012 Press Release – Vestagen Announces completion of First Clinical Trial of Vestex SP0000319 | | |
| 595. | | 02/22/2013 Email from Ben Favret to Mike Singer re Open POs Above 500 pieces VEST_SPI-006248-006250 | | |
| 596. | | 02/22/2013 Email from Ben Favret to Mike Singer Re: Open POs Above 500 pieces VEST_SPI-006254-006295 | | |
| 597. | | 08/27/2013 Email from Wayne Krause to Mike Singer Re: Vestagen funding SP0000905-0000909 | | |
| 598. | Clarke Exh. 8 & Lessem Exh. 24 | 10/28/2013 Email from Dawn Clark to Lorrie Anderson and Vestagen employees Re: 2 elevator speech samples VEST_SPI068969-068970 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 599. | Clarke Exh. 7 | 10/30/13 Email from Dawn Clarke to Lurlie Mixson Re:  HELPPPPPPPPPPP VEST_SPI-068923-068925 | | |
| 600. | | 12/11/2013 Email from Mike Singer to David Layton, David Burgstahler, Durkin@avistacap.com and Fredy Gantner Re:  CONFIDENTIAL SP0000919-0000921 | | |
| 601. | | 12/11/2013 Email from David Layton to Mike Singer, David Burgstahler, Fredy Gantner Re: CONFIDENTIAL SP0001327-0001328 | | |
| 602. | | 01/28/2014 Email from Wendell Mobley to Brian Crawford Re: Great to see you again! SP0001104-0001105 | | |
| 603. | | 01/31/2014 Email from Brian Crawford to Wendell Mobley SP0001101-0001114 | | |
| 604. | | 02/05/2014 Email from Wendell Mobley to Mike Singer Re: Vestagen obtains worldwide rights from Schoeller Technologies SP0001115-0001116 | | |
| 605. | | 02/28/2014 Email from Wendell Mobley to Joe Schlesinger Re: Bearman-Schlesinger-Burger 2 SP0001126-0001130 | 09/21/2017 | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 606. | | 03/04/2014 Email from Renata Ritcheson to Mike Singer Re: Vestagen and Bearman Study SP0001095-0001097 | | |
| 607. | | 03/06/2014 Email from Mike Singer to Jose Schlesinger Re:  Vestagen Product Information SP0000477-0000478 | | |
| 608. | | 03/14/2014 Email from Wendell Mobley to Mike Singer, Stephanie Kraus, Jose Schlesinger, Kay Heitzman and Renata Ritcheson Re:  AONE Update 3-13-14 SP0001854-001855 | | |
| 609. | | 03/26/2014 Email from Wendell Mobley to Renata Ritcheson Re:  FW: Study – Bacterial Contamination of Healthcare Worker Uniform: A Randomized Controlled Trial of Antimicrobial Scrubs SP0002587-0002588 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|------|------------|-------------|------------|----------|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 610. | | 03/26/2014 Email from Wendell Mobley to Renata Ritcheson Re: FW: Study – Bacterial Contamination of Healthcare Worker Uniform: A Randomized Controlled Trial of Antimicrobial Scrubs SP0001119-0001120 | | |
| 611. | | 04/08/2014 Email from Wendell Mobley to Stephanie Kraus, Kay Heitzman and Renata Ritcheson Re: Vestagen's Keep the Coat campaign SP0002551-0002552 | | |
| 612. | | 04/09/2014 Email from Stephanie Kraus to Wendell Mobley, Renata Ritcheson and Kay Heitzman Re: Vestagen's Keep the Coat Campaign SP0001123-0001125 | | |
| 613. | | 05/02/2014 Email from Mike Singer to Renata Ritcheson, Bob Pierpoint, Sallian Song, Kay Heitzman, Vickie Nellor, Stephanie Kraus, Joe Schlesinger and Susan Nunez Re: Schoeller also provides a silver antimicrobial product SP0000904 | | |

| | Vestagen – Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 614. | | 05/07/2014 PR Newswire report that Vestagen entered into a licensing and distribution agreement with allheart.com SP0000481-0000482 | | |
| 615. | | 05/08/2014 Email from Wendell Mobley to Mike Singer, Bob Pierpoint, Stephanie Kraus, Jose Schlesinger, Jimmy Berger, Kay Heitzman, Renata Ritcheson and David Silverman Re: Vestagen Signs, Licensing & Distribution Agreement with Allheart SP0000737-0000738 | | |
| 616. | | 05/21/2014 Email from Renata Ritcheson to Stephanie Kraus and Kay Heitzman Re: Certainty claims SP0000912 | | |
| 617. | | 06/04/2014 Email from Renata Ritcheson to Mike Singer Re: Vestagen and Bearman Study SP0001095-0001997 | | |
| 618. | | 06/10/2014 Email from Ben Favret to Mike Singer Re: Minnesota: First State to Ban Ingredient in Antibacterial Soaps VEST_SPI-006090-006092 | 09/21/2017 | 09/22/2017 |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 619. | | 06/24/2014 Email from Wendell Mobley to Kay Heitzman and Stephanie Kraus Re: Vestagen SP0000961-963 | | |
| 620. | | 07/02/2014 Email from Wendell Mobley to Kay Heitzman and Renata Ritcheson Re: APIC 2014 briefing – attached SP0000950-0000958 | | |
| 621. | | 07/16/2014 Email from Wendell Mobley to Rhonda Batke  Re: Jackson Memorial SP0000563-0000567 | | |
| 622. | Mobley Exh. B | 07/16/2014 Email from Rhonda Batke to Wendell Mobley Re: Jacksonville Baptist follow-up SP0000568-000578 | | |
| 623. | Batke Exh. B & Mobley Exh. A | 07/16/2014 Email from Wendell Mobley to Rhonda Batke Re: Jackson Memorial SP0000579-0000582 | | |
| 624. | Singer Exh. 984 | 07/22/2014 A Case Study: Baptist Health  SP0000583-0000590 | | |

Case No. 2:16-CV-5900-RGK (PLA)

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| Vestagen - Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 625. | | 07/30/2014 Email from Wendell Mobley to Renata Ritcheson, Kay Heitzman, Stephanie Kraus Re: Vestagen is sponsoring Nurse continuing education courses SP0001242 | | |
| 626. | | 08/13/2014 Email to Karel Williams and Mike Singer Re:  Help SP0001757-0001759 | | |
| 627. | | 08/19/2014 Email from Wendell Mobley to Renata Ritcheson Re: Vestagen - OSHA SP0002153 | | |
| 628. | | 08/21/2014 Email from Wendell Mobley to Renata Ritcheson and Mike Singer Re: Vestagen – OSHA SP0002152 | | |
| 629. | | 09/02/2014 Email from Renata Ritcheson to Mike SingerWendell Mobley, Joe Schlesinger Re: Vestagen follow up SP0001610-0001611 | | |
| 630. | | 09/09/2014 Email from Wendell Mobley to Mike Singer, Stephanie Kraus, Joe Schlesinger, Kay Heitzman and Renata Ritcheson Re:  Vestagen Follow Up SP0000935-0000936 | 09/21/2017 | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 631. | | 09/09/2014 OSHA/ASTM/AORN Briefing-Conclusions & Recommendations SP0000937-0000949 | 09/21/2017 631.1; 631.5; 631.10; 631.13 | |
| 632. | | 09/11/2014 Email from Renata Ritcheson to Wendell Mobley Re: FW: Some articles for sales re: Antimicrobial scrubs SP0001612 | | |
| 633. | | 09/15/2014 Confidential Test Report – Test Report Example (Using Certainty Fabrics): Staphylococcus aureus and Klebseilla pneumonia SP0001577-0001581 | | |
| 634. | | 10/08/2014 Email from Renata Ritcheson to Stephanie Kraus, Kay Heitzman and Wendell Mobley Re: Vestagen Technical Overview – Presentation from Vestagen SP0001686-0001706 | 09/21/2017 | 09/21/2017 |
| 635. | | 10/21/2014 Email from SPI to Kay Heitzman Re: Certainty Intro Letter SP0001473-0001486 | | |
| 636. | | 10/24/2014 Email from Renata Ritcheson to Kay Heitzman Re: Certainty Questions SP0002653-0002659 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 637. | | 10/24/2014 Email from Wendell Mobley to Kay Heitzman and Renata Ritcheson Re: Certainty answer for Mike Alexander SP0002652 | | |
| 638. | | 10/24/2014 Email from Kay Heitzman to Mike Alexander, Sallian Song Re: Certainty Questions SP0000777-0000778 | | |
| 639. | | 11/06/2014 Email from Bob Pierpoint to Mike Singer, Wendell Mobley Re: Fluid Barrier Test outcome SP0000804-0000807 | | |
| 640. | | 11/06/2014 Email from Renata Ritcheson to Wendell Mobley SP0000808-0000902 | | |
| 641. | | 11/07/2014 Email from Mike Singer to Wendell Mobley re Fluid Barrier Test outcome SP0002126-0002132 | | |
| 642. | | 11/17/2014 Certainty and Certainty Plus Sales Force Questionnaire SP0002159-0002162 | | |
| 643. | | 11/24/2014 Email from Kay Heitzman to Stephanie Kraus, Wendell Mobley, Renata Ritcheson Re: Test Results for Certainty SP0001847-0001852 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 644. | | 12/01/2014 Email Renata Ritcheson to Shirly Yao Re: FW: Looking for test results for Certainty SP0001832-0001836 | | |
| 645. | | 12/01/2014 Confidential Test Report – Escherichia Coli (ATCC 25922) SP0002307 | | |
| 646. | | 12/02/2014 Email from Renata Ritcheson to Stephanie Kraus, Kay Heitzman, David Silverman and Wendell Mobley Re: Code Happy fabric testing at 99.9%+ SP0001837-0001842 | | |
| 647. | | 12/02/2014 Email from Renata Ritcheson to Wendell Mobley Re: Breathability Recommendation SP0001826 -0001828 | | |
| 648. | | 12/02/2014 Email from Wendell Mobley to Ben Favret; Re: Breathability Recommendation VEST_SPI-006005-006006 | 09/21/2017 | |
| 649. | | 12/03/2014 Email from Ben Favret to Rinn Cloud and Wendell Mobley Re: Breathability Recommendation SP0001263-0001268 | | |

| | Vestagen - Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 650. | | 12/09/2014 Email from Kay Heitzman to Renata Ritcheson and Wendell Mobley Re: FW: Language in the proposed ASTM Standard for Antibacterial Activity SP0002603-0002604 | | |
| 651. | | 12/10/2014 Email from David Silverman to Renata Ritcheson Re: Edelman time slot for 12/16 SP0002579-0002582 | | |
| 652. | | 01/19/2015 Email from Ben Favret to Wendell Mobley Re: Discussion of Other SPI Objections VEST_SPI-005935-005936 | | |
| 653. | | 01/25/2015 Certainty and Certainty Plus: Key Messages and Q&A SP0001583-0001588 | | |
| 654. | | 01/27/2015 Certainty and Certainty Plus Key Messages and Q&A SP0001775-0001781 | | |
| 655. | | 01/29/2015 Email, from Zach Jennings to Renata Ritcheson Re: ASTM Meeting SP0001352-0001353 | 09/21/2017 | |
| 656. | | 01/29/2015 Email from mhardwick@resinnovalabs.com to Wendell Mobley Re: Fabric Challenge Paper SP0002125 | | |

| | Vestagen – Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 657. | | 01/30/2015 Email from Wendell Mobley Re: Certainty Sales Materials SP0002078-0002111 | | |
| 658. | | 02/01/2015 Email from Kay Heitzman to Wendell Mobley, Renata Ritcheson Re: Impressive video by Vestagen SP0002112-0002113 | | |
| 659. | | 02/19/2015 Email from Kay Heitzman to Wendell Mobley and Renata Ritcheson Re: all heart website with vestex product SP0002114 | 09/21/2017 | |
| 660. | | 02/19/2015 Email from Renata Ritcheson to Wendell Mobley Re:  Competitive Strategy Idea SP0001602-0001604 | 09/21/2017 | 09/21/2017 |
| 661. | | 02/20/2015 Email from Zach Jennings to Wendell Mobley Re: Competitive Strategy Idea SP0002156-0002157 | | |
| 662. | | 02/21/2015 Email string between Zach Jennings to Renata Ritcheson Re: Competitive Strategy Idea SP0001606-0001608 | | |

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| | Vestagen – Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 663. | | 03/05/2015 Email from Cal Jones to Wendell Mobley Re:  FW: ASTM WK38455 2-24-15 Revision for your review SP0001503-0001505 | | |
| 664. | | 03/07/2015 Email from Zach Jennings to Renata Ritcheson, Wendell Mobley and David Silverman Re:  New FAQ from Vestex about antimicrobial action SP0002050-0002052 | | |
| 665. | | 03/11/2015 Email from Jeff Stull to Wendell Mobley and Ben Favret Re: Proposed Standard Specification for Labeling Work Clothing as Fluid Repellant and Antibacterial 022415 rev2 SP0002165-0002167 | | |
| 666. | | 03/13/2015 Email from Renata Ritcheson to intlperpro@aol.com and Ben Favret, Jeff Re: Potential rewrite of point 1.1.3 in the proposed standard VEST_SPI-005869 | | |
| 667. | | 03/20/2015 Memorandum to Wendell Mobley from the Edelman Team - Re: AONE Competitive Blunting Recommendations SP0000767-0000769 | | |

| | Vestagen – Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 668. | | 05/05/2015 Email from SPI to the executive director of the Uniform Retailers Association SP0002267-0002269 | | |
| 669. | Singer Exh. 983 | 05/05/2015 Letter from SPI to Uniform Retailers Association SP001548-0001549 | 09/22/2017 | |
| 670. | | 05/18/2015 Email from Renata Ritcheson to Zach Jennings and Wendell Mobley Re: Required EPA Disclaimer language for Certainty SP0001733-0001736 | | |
| 671. | | 05/18/2015 Email from Renata Ritcheson to Kay Heitzman, Zach Jennings Re: Required EPA Disclaimer languages for Certainty SP0001737-0001740 | | |
| 672. | | 05/27/2015 Email from Melissa Garvin to Kay Heitzman Re: Certainty Sales Materials update SP0002232-0002235 | | |
| 673. | | 06/22/2015 Email from Chrissi Fernandez to Wendell Mobley Re: ASTM Work Item Terminated SP0001724 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 674. | Lessem Exh. 20 | 07/26/2015 Email from Marc Lessem to Ben Favret Re: Survey Drafts VEST_SPI-228637, 228657-228666 | | |
| 675. | | 09/09/2015 Email from Renata Ritcheson to Terrell Cunningham Re: Vestagen in the news SP0002899-0002900 | | |
| 676. | | 09/11/2015 Email from Terrell Cunningham to Renata Ritcheson Re: Vestagen in the news SP0001247-0001249 | | |
| 677. | Lessem Exh. 31 | 09/25/2015 Email from Marc Lessem to Robyn Collins, Edmund McGarey Re: DRAFT Prospective Customer Letter VEST_SPI-224223-224224 | | |
| 678. | | 10/16/2015 Email from Renata Ritcheson to Terrell Cunningham at FDA Re: Vestagen in the news SP0002904-0002906 | | |
| 679. | Clarke Exh. 11 & Lessem Exh. 23 | 11/15/2015 Email from Dawn Clarke to Marc Lessem Re: Final Proofread – New Vestagen.com VEST_SPI-404208-404209 | | |
| 680. | Clarke Exh. 9 & Lessem Exh. 22 | 11/17/2015 Email from Dawn Clarke to Marc Lessem Re: Vestex Protects Contract Form VEST_SPI-404118 | | |

| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
|------|-------------------|-------------|-----------------|---------------|
| **Vestagen – Defendant/Counter Claimant's Exhibit List** |||||
| 681. | Lessem Exh. 30 | 11/23/2015 Email from Marc Lessem to Stewart Davis Re: NPR story about medical clothing VEST_SPI-218824-218827 | | |
| 682. | Clarke Exh. 10 & Lessem Exh. 21 | 12/04/2015 Email from Dawn Clarke to Marc Lessem Re: Website review VEST_SPI-301475-301476 | | |
| 683. | | 12/16/2015 Email from Renata Ritcheson to Wendell Mobley Re: Vestagen Interesting activities on their part SP0001262 | | |
| 684. | | 02/10/2016 Email from Renata Ritcheson to Terrell Cunningham Re: A few questions…. SP0002901-0002902 | | |
| 685. | | 02/25/2016 Email from Renata Ritcheson to Wendell Mobley Re: Vestagen's "Take Aim" program  SP0001166 | | |
| 686. | | * 03/04/2016 Email from Renata Ritcheson to Bo Pierpoint and Wendell Mobley Re: filing NAD complaint  SP000967 | | |
| 687. | | * 03/14/2016 Letter from Advertising Self-Regulatory Counsil, NAD to Renata Ritcheson Re: Vestagen SP0000981 | | |

| | Vestagen – Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 688. | Lessem Exh. 32 & Bold Exh. 32 | * 03/14/2016 Letter from NAD to Bill Bold Re: Advertising for Vestex Fabric  SP0000982-0000986 | | |
| 689. | | * 03/18/2016 Email from Renata Ritcheson to Joe Schlesinger Re:  Vestagen marketing piece SP0000968-0000992 | | |
| 690. | | * 03/21/2016 Email from Wendell Mobley to Renata Ritcheson Re: update on Vestagen complaint SP0000990-0000991 | | |
| 691. | | 03/29/2016 Email from Renata Ritcheson to Terrell Cunningham Re: A few questions SP0002907-0002909 | | |
| 692. | Lessem Exh. 33 | 03/29/2016 Letter from Bill Bold to Andrea C. Levine VEST_SPI-003337-003340 | | |
| 693. | | 03/31/2016 Email from Debbie Singer to Wendell Mobley Re: Certainty on Careismascrubs SP0001356 | | |
| 694. | | 04/2016 Vestex FAQs SP0000779-0000782 | | |
| 695. | Lessem Exh. 28 | * 04/15/2016 Email from Marc Lessem to Amber Mitchell, Bill Bold, Tony Pruna Re: NAD Response VEST_SPI-003362-003363 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|------|------|------|------|------|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 696. | Lessem Exh. 29 | * 04/15/2016 Email from Marc Lessem to Amber Mitchell, Bill Bold, Tony Pruna Re: NAD Response VEST_SPI-003382-003384 | | |
| 697. | | 05/18/2016 Email from Kyle Weiner to Joe Schlesinger, Rhonda Batke, Wendell Mobley, Renata Ritcteson, Kay Heitzman Re: (Vestagen) SP0002697-0002700 | | |
| 698. | | 05/23/2016 Email from Renata Ritcheson to Josh Batz Re: Vestagen Story Clarification SP001879-0001880 | | |
| 699. | Lessem Exh. 18 | * 05/25/2016 Email from Marc Lessem to Zev Radziwill Re: Website review of NAD VEST_SPI-003391-003394 | | |
| 700. | | 06/21/2016 Email from Renata Ritcheson to Robert Monticello Re: Silvadur Mode of Action question SP0003081-0003084 | | |
| 701. | | 06/24/2016 Email from Mike Singer to Karla Bakersmith Re: Test Results – Fluid Barrier SP0001193-0001194 | | |
| 702. | | 06/27/2016 Email from Renata Ritcheson to Mike Singer Re: Test Results – Fluid Barrier SP0002717-0002718 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 703. | | * 07/12/2016 Email from Renata Ritcheson to Kevin Stein, Debbie Singer Re: NAD Press Release SP0001002 | | |
| 704. | Lessem Exh. 34 & Bold Exh. 34 | * 07/13/2016 NAD Decision VEST_SPI-004233-004254 | | |
| 705. | Lessem Exh. 19 | 07/14/2016 Email from Karla Bakersmith to Mike Singer Re: Vestagen SP0003162-0003163 | | |
| 706. | Lessem Exh. 35 & Bold Exh. 35 | * 07/14/2016 Letter from Antonio Pruna to Martin Zwerling VEST_SPI-003345 | | |
| 707. | Lessem Exh. 36 | * 07/14/2016 Email from Tony Pruna to Martin Zwerling  Re: Advertiser's Statement VEST_SPI-003380-003381 | | |
| 708. | | * 07/21/2016 Email from Linda Bean to Bill Bold and Renata Ritcheson Re: NAD Vestagen 7.26.16 SP0002169-0002173 | | |
| 709. | | * 07/22/2016 Email from Renata Ritcheson to Linda Bean Re: NAD Vestagen SP0002553-0002554 | | |

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| | Vestagen - Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 710. | | * 07/26/2016 Email from Renata Ritcheson to Kay Heitzman, Kevin Stein, Wendell Mobley, Jeff Kemhadjian re NAD Press Release Re: Vestagen - DO NOT DISTRIBUTE SP0001003-0001006 | | |
| 711. | | * 07/27/2016 Email from Renata Ritcheson to Terrell Cunningham Re: Interesting article SP0002903 | | |
| 712. | | * 07/27/2016 Email from Wendel Mobley to Wall Street Journal, American Health Association, Baptist Health, Beckers Healthcare Re: News Release SP0000994-999 | | |
| 713. | | * 07/27/2016 Email from Renata Ritcheson to Terrell Cunningham Re: Interesting article SP0002311 | | |
| 714. | | * 07/27/2016 Email from Wendell Mobley to Deborah Gage Re: New Mountain Capital partners with Strategic Partners, Inc. SP0000999-0001001 | | |
| 715. | | * 07/29/2016 Email from Cindy Hamilton to Wendell Mobley Re: Following up SP0001742-0001745 | | |

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 716. | | * 08/02/2016 Email from Mike Alexander to Jim Case Re: NAD Vestagen and Baptist SP0002690-0002691 | | |
| 717. | | 08/03/2016 Email from Renata Ritcheson to Linda Bean Re: Follow up Re: Baptist – copy of email SPI received SP0001746-0001748 | | |
| 718. | | 08/16/2016 Email from Renata Ritcheson to David Silverman Re: Another Vestagen PR Release SP0001161 | | |
| 719. | Lessem Exh. 37 | * 08/19/2016 Letter from ASRC to Steven Steinborn Re: Advertising for Vestagen  SP0003862-0003864 | | |
| 720. | | 08/22/2016 Email from Shirly Yao to Chrissi Fernandez, Vickie Nellor and Renata Ritcheson Re:  Fwd: Report/HBHF/ Strategic Partners Asia Ltd/ (5216) 214-1374 SP0002315-2327 | | |
| 721. | Lessem Exh. 15 | * 09/14/2016 Letter from Steven Steinborn of Hogan Lovells to AD Re: Vestagen Advertising VEST_SPI-003184-003189 | | |

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 722. | | 09/14/2016 Email from Marc Buxton to Joe Schlesinger Re: Competitive Landscape SP0002680-0002681 | | |
| 723. | | 09/28/2016 Email from Mike Singer to David Silverman Re: Vestagen SP0001011 | | |
| 724. | | 09/28/2016 Email from Mike Singer to David Silverman Re: Vestagen SP0001090-0001091 | | |
| 725. | | 10/21/2016 Email from Josh Batz to Renata Ritcheson Re: Life Threads SP0001015-0001016 | | |
| 726. | | * 10/31/2016 NAD Decision VEST_SPI-003403-003411 | | |
| 727. | Ritcheson Exh. 1 | 12/12/2016 Email from Mike Singer to Renata Ritcheson Re: Vestagen Lawsuit update SP0002589-2590 | | |
| 728. | | 12/12/2016 Email from Kay Heitzman to Renata Ritcheson Re:  FW: Vestex Antimicrobial uniforms: Baptist Memorial Hospital Florida PART II SP0001280-0001281 | | |

Case No. 2:16-CV-5900-RGK (PLA)

THIRD AMENDED JOINT TRIAL EXHIBIT LIST