| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 729. | | 12/12/2016 Email from Kay Heitzman to Renata Ritcheson Re:  FW: Technical Features Strategy Doc, First Draft – Confidential SP0001224-0001231 | | |
| 730. | | 12/13/2016 Email from Kay Heitzman to Renata Ritcheson Re: Antimicrobial questions SP0001386-0001396 | | |
| 731. | | 12/13/2016 Email from Kay Heitzman, Renata Ritcheson and others Re:  FW: Certainty hangtags SP0001760 | | |
| 732. | | 12/13/2016 Email from Kay Heitzman to Renata Ritcheson Re: Use of term Fluid Barrier SP0002259 | | |
| 733. | | 12/13/2016 Email from Kay Heitzman to Renata Ritcheson Re:  FW: Antimicrobial Meeting Notes 4/15/14 SP0001240-1241 | | |
| 734. | | 12/13/2016 Email from Wendell Mobley to Renata Ritcheson Re: Vestagen SP0001164-0001183 | | |
| 735. | | 12/13/2016 Email from Kay Heitzman to Renata Ritcheson Re:  FW: Silvadur – SPI Partnership SP0001399-0001400 | | |

| | | Vestagen – Defendant/Counter Claimant's Exhibit List | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 736. | | 12/13/2016 Email from Kay Heitzman and Renata Ritcheson Re:  FW: Help SP0001757-0001759 | | |
| 737. | | 12/13/2016 Email from Kay Heitzman to Renata Ritcheson Re: Employee note about URA from Mike SP0002852-0002853 | | |
| 738. | | 12/16/2016 Email from David Silverman to Renata Ritcheson Re:  FW: Vestagen at Cedars-Sinai Medical Center SP0001599-0001601 | | |
| 739. | | 12/16/2016 Email from David Silverma to Renata Ritcheson Re: Vestagen Signs Licensing & Distribution Agreement with Allheart SP0001881-1882 | | |
| 740. | | 12/16/2016 Email from Kay Heitzman to Renata Ritcheson Re: more related to Certainty SP0001404-0001494 | | |
| 741. | | 12/16/2016 Email from Kay Heitzman to Renata Ritcheson Re: Certainty Docs SP0001761-0001789 | | |

Case No. 2:16-CV-5900-RGK (PLA)

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|------|-----------|-------------|-----------|----------|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 742. | | 12/16/2016 Email from David Silverman to Renata Ritcheson Re:  FW: Vestagen is trying to discredit us SP0001250-0001251 | | |
| 743. | | 12/16/2016 Email from David Silverman to Renata Ritcheson Re:   FW: Competitive piece re: Vestagen SP0002046-0002048 | | |
| 744. | | 12/31/2016 Email from Kay Heitzman to Renata Ritcheson Re:  Yesterday's meeting (CONFIDENTIAL) SP0002262-0002264 | | |
| 745. | | 01/17/2017 Email from Dawn Clarke to Bill Bold Re: Brian Crawford/Dawn Clarke – Vestagen VEST_SPI-004426-0004427 | | |
| 746. | | 02/01/2017 Email from Renata Ritcheson to Terrell Cunningham at FDA Re: Sample size SP0002892 | | |
| 747. | | 02/15/2017 & 02/18/2017 Email from Renata Ritcheson to Joe Schlesinger re Competitive piece Re: Vestagen SP002047-0002048 | | |
| 748. | | 04/11/2017 Letter from Kevin Tapalaga to First Records Retrieval | | |

| | Vestagen – Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 749. | | 06/16/2017 Know our Technologies:  Frequently Asked Questions-Ritcheson Depo Exhibit 3 | 09/21/2017 | 749.5 09/21/2017 |
| 750. | | Vestagen FDA Registration VEST_SPI-000241-000243 | | |
| 751. | | EPA Registration of Vestex's antimicrobial agent (Aegis) VEST_SPI-001363 (and re-registration – SP0000809-SP0000902 | | |
| 752. | | Strategic Partners, Talking Points SP0003076-SP0003080 | | |
| 753. | | SPI Organizational Charts SP0002944-0002961, SP0002882 | | |
| 754. | | 3/18/2016 Email from Renata Ritcheson to Mike Alexander, Joe Schlesinger, Wendell Mobley Re: Vestagen marketing piece, SP0000978-000979 | | |
| 755. | | Code Happy Men's Bliss with Certainty® scrub top, black | | |
| 756. | | Code Happy Men's Bliss with Certainty Plus® scrub top, black | | |
| 757. | | Cherokee Woman's scrub top, black | | |
| 758. | | Certainty and Certainty Plus scrub products | | |
| 759. | | Vestex Scrub Products | | |
| 760. | | Merriam-webster.com /dictionary/antimicrobial webpage | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|------|------|------|------|------|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 761. | | 07/05/2017 Assessment of Bacterial Cell Viability on Garments Carrying Certainty® and Certainty Plus® Antibacterial Finishes by Skip Palenik | | |
| 762. | | 07/05/2017 Expert Report of Bruce Silverman – Counter-Claimant Report | | |
| 763. | | 07/05/2017 Expert Report of Bruce Silverman – Defendant Report | | |
| 764. | | 07/19/2017 Expert Report of Bruce Strombom | 09/20/2017 | |
| 765. | | 07/19/2017 Expert Report of Bruce Isaacson | | |
| 766. | | 11/21/2016 Defendant Vestagen Protective Technologies, Inc's First Set of Interrogatories and Requests for Production of Documents to Plaintiff Strategic Partners, Inc. | | |
| 767. | | Strategic Partner's Inc.'s Responses to First Set of Interrogatories | | |
| 768. | | 12/19/2016 Plaintiff Strategic Partners, Inc's Responses to Vestagen Protective Technologies, Inc.'s First Set Request for Production of Documents | | |

Case No. 2:16-CV-5900-RGK (PLA)

| Vestagen - Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 769. | | 01/05/2017 Defendant/Counter-Claimant Vestagen Protective Technologies, Inc.'s Second Set of Requests or Production of Documents to Plaintiff/Counter-Defendant Strategic Partners, Inc. | | |
| 770. | | 03/31/2017 Plaintiff Strategic Partners, Inc's Second Amended Responses to Vestagen Protective Technologies, Inc.'s First Set Request for Production of Documents | | |
| 771. | | 03/31/2017 Plaintiff Strategic Partners, Inc's First Amended Responses to Vestagen Protective Technologies, Inc.'s First Set of Interrogatories | | |
| 772. | | 04/25/17 Plaintiff Strategic Partners, Inc.'s Amended Responses to Vestagen Protective Technologies, Inc.'s Second Set Request for Production of Documents | | |
| 773. | | 05/05/2017 Vestagen Protective Technologies, Inc.'s Second Set of Interrogatories to Strategic Partners, Inc. | | |

| Vestagen - Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 774. | | 05/05/2017 Vestagen Protective Technologies, Inc.'s Third Set of Requests for Production of Documents to Strategic Partners. Inc. | | |
| 775. | | 05/08/2017 Defendant Vestagen Protective Technologies, Inc.'s Third Set of Interrogatories to Plaintiff Strategic Partners, Inc. | | |
| 776. | | 05/08/2017 Defendant Vestagen Protective Technologies, Inc.'s Fourth Set of Requests for Production of Documents to Plaintiff Strategic Partners, Inc. | | |
| 777. | | 05/08/2017 Defendant Vestagen Protective Technologies, Inc.'s First Set of Requests for Admissions to Plaintiff Strategic Partners, Inc. | | |
| 778. | | 06/05/2017 Plaintiff Strategic Partners, Inc's Responses to Vestagen Protective Technologies, Inc.'s Second Set of Interrogatories | | |
| 779. | | 06/06/2017 Plaintiff Strategic Partners, Inc's Responses to Vestagen Protective Technologies, Inc.'s third Request for Production of Documents | | |

| | Vestagen – Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 780. | | 06/07/2017 Plaintiff Strategic Partners, Inc's Responses to Vestagen Protective Technologies, Inc.'s Third Set of Interrogatories | | |
| 781. | | 06/07/2017 Plaintiff Strategic Partners, Inc's Responses to Vestagen Protective Technologies, Inc.'s Fourth Set of Requests for Production of Documents | | |
| 782. | | 06/07/2017 Plaintiff Strategic Partners, Inc's Responses to Vestagen Protective Technologies, Inc.'s First Set of Requests for Admissions | | |
| 783. | | *Strategic Partners, Inc. v. Vestagen Protective Technologies, Inc.* USDC, Central District of California, Case No.: 2:16-cv-05900-RGK-PLA – Plaintiff Strategic Partners, Inc.'s Complaint for False Advertising; Unfair Business Practices; Untrue and Misleading Advertising | | |

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| | Vestagen – Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 784. | | *Strategic Partners, Inc. v. Vestagen Protective Technologies, Inc.* USDC, Central District of California, Case No.: 2:16-cv-05900-RGK-PLA – Defendant Vestagen Protective Technologies, Inc.'s Answer to Plaintiff's Complaint; Affirmative Defenses and Counterclaims | | |
| 785. | | Documents from custodian of records from Walmart.com | | |
| 786. | | Documents from custodian of records from Allheart | | |
| 787. | Favret Exh. 73 | buyvestex.com/womens/tops/ signature-stretch-unisex-3-pocket-scrub-top.html webpage | | |
| 788. | Favret Exh. 74 | buyvestex.com/womens/tops/ signature-stretch-unisex-3-pocket-scrub-top.html webpage | | |
| 789. | Favret Exh. 75 | Term Sheet for an Amendment and Restatement of the Technology Agreement VEST_SPI-187195-187207 | | |
| 790. | Favret Exh. 76 | Technology Agreement VEST_SPI-189481-189503 | | |
| 791. | Favret Exh. 77 | Pyroshell Commercialization Development Agreement VEST_SPI-376700-376704 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 792. | Favret Exh. 78 | Microban Compound sale Agreement VEST_SPI-520518-520521 | | |
| 793. | Favret Exh. 79 | buyvestex.com/womens/tops/ signature-stretch-unisex-3-pocket-scrub-to  p.html "What You Wear Matters" webpage | | |
| 794. | Favret Exh. 80 | vestagen.com/vestagen-all/#footnote-1 html webpage | | |
| 795. | Favret Exh. 81 | buyvestex.com/faq html webpage | | |
| 796. | Favret Exh. 82 | buyvestex.com/faq "References" html webpage | | |
| 797. | Favret Exh. 83 | Cherokeeuniforms.com html webpage | | |
| 798. | Nellor Exh. 355 | Certainty, Certainty Plus - Know Our Technologies, Frequently Asked Questions – Pages 53-58 | | |
| 799. | Bold Exh. 41 | Presentation Script VEST_SPI-430622-430628 | | |
| 800. | Bold Exh. 42 | A Vital Component to Achieving Strategic Initiatives: Vestex VEST_SPI430629-430682 | | |
| 801. | Bold Exh. 46 | 11/10/20105 Vestagen Supporting Roles and Responsibilities VEST_SPI321036-321039 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 802. | Bold Exh. 51 | Vestagen Sales Pipeline | | |
| 803. | | Bruce Isaacson Curriculum Vitae | | |
| 804. | | Bruce Isaacson's File to be Identified After His Deposition | | |
| 805. | | Skip Palenik Curriculum Vitae | | |
| 806. | | Skip Palenik's File Identified at his Deposition Produced on Thumb Drive Palenik Depo Exhibit 803 | | |
| 807. | | Bruce Silverman Curriculum Vitae | | |
| 808. | | Bruce Silverman's File Identified at his Deposition Produced on Thumb Drive Silverman Depo Exhibit 604 | | |
| 809. | | Bruce Strombom Curriculum Vitae | | |
| 810. | | Bruce Strombom's File Identified at his Deposition Strombom Depo Exhibit 952 | | |
| 811. | | Shari Seidman Diamond, Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, National Research Council, (2011). | | |
| 812. | | Strategic Partners, Inc. Financial Spreadsheets SP0003416 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 813. | | Vestagen Financial Spreadsheets VEST_SPI-003500-003515 VEST_SPI-649172-650480 | | |
| 814. | | Document titled "What will Vestex Repel" VEST_SPI-650481-650482 | | |
| 815. | | Walmart.com screen shot VEST_SPI-650491-650498 | | |
| 816. | | Allheart.com screen shot VEST_SPI-650483-650490 | | |
| 817. | | Typical Microbiological Test Methods Silvadur SP0001466-001470 | 09/21/2017 817.2 | |
| 818. | | Certainty Efficacy Testing SP0002962-002966 | | |
| 819. | Bold Exh. 55 | Vestagen Financial Model Summary pages 1-50 | | |
| 820. | | 04/19/2004 Email from Beverly McCullough to CustomerCare Re: Fabric selections and research SP0003368 | | |
| 821. | | 04/27/2004 Email from Scott Lovingood to BMCCULLOUGH@ msn.com; cc: Mike Singer Re: SP003327-003328 | | |
| 822. | | 07/23/2004 Email from Christine L. Burke to Mike Singer Re: Request for business contact SP0003437-0003455 | | |

| | Vestagen – Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 823. | | 08/03/2007 Email from Ron Cunningham to Scott Sigman, Wei Qiao Re: Aegis meeting/update SP0003164-0003176 | | |
| 824. | | 08/13/2007 Email from Marty Morawski to Mike Singer Re: The Ultimate Scrub SP0003334-0003335 | | |
| 825. | | 02/19/2008Email from Randy Wall to Mike Singer Re: Bioshield SP0003520-0003522 | | |
| 826. | | 05/27/2008 Email from Marty Morawski to Mike Singer Re: meidzip POV SP0003470-0003472 | 09/20/2017 | |
| 827. | | 07/11/2008 Email from Joshua Pniewski to Mike Singer Re: Bioshield Testing SP0003523-003524 | 09/20/2017 | |
| 828. | | 01/08/2009 Email from Scott Sigman to Mike Singer Re: Infections vs. Scrubs SP0003323-003325 | 09/20/2017 | |
| 829. | | 04/17/2009 Email from Ron Cunningham to Paula Gallemore Re: new phone number for UltraSafe Uniforms SP0003196-003198 | 09/20/2017 | |

| | Vestagen – Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 830. | | 06/03/2009 Email from Scott Sigman to Mike Singer, Marty Morawski Re: antimicrobial protection for textiles SP0003336-003367 | 09/20/2017 | |
| 831. | | 09/13/2009 Email from Mike Singer to bommer, John Van Sickle, lobel, mccormack, Richard Wenz Re: Weekly Update- Pre-Board Meeting SP0003434 | | |
| 832. | | 12/01/2009 Email from Scott Sigman to Mike Singer Re: Nanotechnology in the textile industry SP0003329 | | |
| 833. | | 12/22/2009 Email from Marty Morawski to Mike Singer, Bob Pierpoint Re: anti-micro developer SP0003199-003200 | | |
| 834. | | 03/09/2010 Email from Eric Bommer to Mike Singer, John Van Sickle Re: Opportunity SP0003330-0003333 | | |
| 835. | | 07/07/2010 Email from Jeff Glattstein to Mike Singer Re: MediThreads SP0003459 | | |
| 836. | | 07/12/2010 Email from Wendell Mobley to Bonnie Barnes, Marty Morawski, Mike Singer, Stuart Berman Re: Scrubs and Infections SP0003465-0003467 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|------|-----------|-------------|------------|------------|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 837. | | 09/01/2010 Email from Anthony Podell to Mike Singer Re: Anti Microbial SP0003468-003469 | | |
| 838. | | 09/17/2010 Email from Marty Morawski to Mike Singer, Bob Pierpoint Re: Medical Uniform Category SP0000003561-0003577 | | |
| 839. | | 09/29/2010 Email from Mike Singer to Marty Morawski Re Germ Patrol SP0003525-0003545 | | |
| 840. | | 10/04/2010 Email from Larry Brandt to Mike Singer Re: MRSA SP0003578-0003580 | | |
| 841. | | 10/11/2010 Email from Kevin Tapalaga to Mike Singer Re: Antimicrobial Linen SP0003546-0003560 | | |
| 842. | | 01/29/2011 Email from Favret to Singer Re: Vestagen Follow up VEST-SPI-003886 - 003888 | | |
| 843. | | 02/01/2011 Email from Ben Favret to Mike Singer Re: Vestagen Summary VEST-SPI-005647-005652 | | |
| 844. | | 02/03/2011 Email from Mike Singer to Kevin Tapalaga Re: Vestagen  VEST-SPI-006345 - 006346 | | |

| Vestagen - Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 845. | | 02/09/2011 Email from Ben Favret to Mike Singer Re: Health Care Workers at risk VEST-SPI-005624 - 005625 | | |
| 846. | | 02/09/2011 Email from Ben Favret to Mike Singer Re: cancellation of flight VEST-SPI-005626 – 005627 | | |
| 847. | | 02/10/2011 Email from Ben Favret to Mike Singer and Kevin Tapalaga Re: BAML VEST-SPI-005619 | | |
| 848. | | 02/11/2011 Email from Ben Favret to Kevin Tapalaga, Mike Singer, Phil Schilpp Re: Strategic Partners & Vestagen VEST-SPI-003875 - 003884 | | |
| 849. | | 02/13/2011 Email from Ben Favret to Mike Singer Re: Strategic Partners & Vestagen VEST-SPI-005603 - 005608 | | |
| 850. | | 02/17/2011 Email from Mike Singer to Brian Crawford and Marta Andrea Re: Meeting in Chatsworth with Ben, Jim and Brian VEST-SPI-003842 - 003843 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 851. | | 02/18/2011 Email from Mike Singer to David Nash Re: Virtual introduction between Dr. Nash and Mike Singer VEST-SPI-003834 – 003835 | | |
| 852. | | 02/19/2011 Email from Ben Favret to Mike Singer Re: Strategic Partners & Vestagen VEST-SPI-003804 - 003829 | | |
| 853. | | 02/22/2011 Email from Ben Favret to Mike Singer Re: Media is our GREATEST ally VEST-SPI-003772 – 003773 | | |
| 854. | | 03/02/2011 Email from Ben Favret to Mike Singer Re: Touching Base VEST-SPI-005573 - 005574 | | |
| 855. | | 03/15/2011 Email from Mike Singer to Ben   Re: Meeting Follow up VEST-SPI-004655 - 004656 | | |
| 856. | | 03/15/2011 Email from Ben Favret to Mike Singer & Bob Pierpoint Re: Cost of infections VEST-SPI-005541 - 005567 | | |

| | Vestagen – Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 857. | | 03/15/2011 Email Ben Favret to Mike Singer Re: Meeting Follow up VEST-SPI-005568 | | |
| 858. | | 05/03/2011 Email from Ben Favret to Mike Singer  Re: Vestagen VEST-SPI-005517 – 005518 | | |
| 859. | | 05/03/2011 Email from Ben Favret to Mike Singer  Re: Vestagen Strategic Partners Update VEST-SPI-005519 - 005532 | | |
| 860. | | 05/05/2011 Email from Ben Favret to mike Singer  Re: "Your Doctor's Outfit Can Make You Sick" VEST-SPI-005515 | | |
| 861. | | 05/11/2011 Email from Ben Favret to Mike Singer  Re: The case for a New Health Care Practitioner Hygienic Dress Code VEST-SPI-005493 - 005513 | | |
| 862. | | 07/06/2011 Email from Ben Favret to Mike Singer  Re: OSHA VEST-SPI-005469 - 005484 | | |
| 863. | | 07/25/2011 Email from Mike Singer to Ben Favret Re: Next week VEST-SPI-004650 004651 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 864. | | 08/04/2011 Email from Ben Favret to Mike Singer  Re: Dinner Plans VEST-SPI-005462 – 005463 | | |
| 865. | | 09/04/2011 Email from Mike Singer to Ben Favret Re: Problem & Solution VEST-SPI-004648 - 0004649 | | |
| 866. | | 09/06/2011 Email from Ben Favret to Mike Singer  Re: Vital Information VEST-SPI-002101 - 002138 | | |
| 867. | | 09/06/2011 Email from Ben Favret to Mike Singer Re: Vital Information VEST-SPI-005401 - 005453 | | |
| 868. | | 09/13/2011 Email from Favret to Singer re "White Coat of the Future" VEST-SPI-004646 - 004647 | | |
| 869. | | 09/14/2011 Email from Ben Favret to Mike Singer Re: Strategic Partners and Vestagen VEST-SPI-005371 - 005399 | | |
| 870. | | 09/16/2011 Email from Ben Favret to Mike Singer  Re: Strategic Partners & Vestagen VEST-SPI-005321 - 005322 | | |

Case No. 2:16-CV-5900-RGK (PLA)

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| | Vestagen – Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 871. | | 09/16/2011 Email from Ben Favret to Mike Singer  Re: IT IS HAPPENING!  The OSHA man cometh, for nursing homes VEST-SPI-005323 - 005370 | | |
| 872. | | 10/04/2011 Email from Ben Favret to Wendell  Re: Quick question SP0002797 - 0002799 | | |
| 873. | | 10/06/2011 Email from Ben Favret to Wendell Mobley Re: Follow up SP0002803 - 0002830 | | |
| 874. | | 10/10/2011 Email from Ben Favret to Wendell Mobley Re: ACEP VEST-SPI-005242 – 005244 | | |
| 875. | | 10/17/2011 Email from Wendell Mobley to Mike Singer Re: Observations on Vestagen at ACEP Conference SP0002723 - 0002725 | | |
| 876. | Bold Exh. 50 | 05/01/2011 to 10/31/2011 Vestagen Monthly Unit Sales, Revenue, and Gross Profit | | |
| 877. | Singer Exh. 982 | 10/31/2011 Email from Kevin Tapalaga to Mike Singer  SP0004329-0004333 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 878. | | 11/01/2011 Email from Mike Singer to Ben Favret Re: CDA VEST-SPI-004584 - 004585 | | |
| 879. | | 11/01/2011 Email from Mike Singer to Ben Favret Re: UNISYNC GROUP LTD VEST-SPI-004580 – 004583 | | |
| 880. | | 11/16/2011 Email from Mike Singer to Ben Favret Re: Vestagen NDA VEST-SPI-004569 - 004573 | | |
| 881. | | 11/16/2011 Email from Ben Favret to Mike Singer  Re: Vestagen NDA VEST-SPI-005147 - 005156 | | |
| 882. | | 12/09/2011 Email from Mike Singer to Ben Favret Re: Call Today VEST-SPI-004563 – 004564 | | |
| 883. | | 12/20/2011 Email from Ben Favret to Mike Singer  Re: Follow up VEST-SPI-004755 – 004764 | | |
| 884. | | 12/22/2011 Email from Ben Favret to Mike Singer, Kevin Tapalaga Re: Vestagen Information Request List VEST-SPI-004767 - 004768 | | |

| | Vestagen - Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 885. | | 01/03/2012 Email from Ben Favret to Mike Singer  Re: Why the "Lost Cost" solution not an option. VEST-SPI-004748 - 004749 | | |
| 886. | | 01/09/2012 Email from Ben Favret to Mike Singer  Re: James Karides – Vestagen Follow up VEST-SPI-004747 - | | |
| 887. | | 01/10/2012 Email from Mike Singer to Ben Favret Re:  James Karides – Vestagen Follow up VEST-SPI-004546 – 004547 | | |
| 888. | | 01/20/2012 Email from Ben Favret to Mike Singer Re: Important Vestex Update VEST-SPI-004732 - 004746 | | |
| 889. | | 01/30/2012 Email from Ben Favre to Mike Singer and Lionnel Bourgouin Re: Our conference call this Monday VEST-SPI-004684 - 004731 | | |
| 890. | | 02/22/2012 Email from Ben Favret to Mike Singer  Re: Strategic Partners – Vestagen Deal VEST-SPI-006296 - 006299 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|------|------|------|------|------|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 891. | | 03/01/2012 Email from Ben Favret to Mike Singer Re:  Vestagen Update VEST-SPI-004676 - 004677 | | |
| 892. | | 12/26/2012 Email from Ben Favret to Mike Singer  Re: - Happy New Year and Vestagen Update VEST-SPI-006314 – 006315 | | |
| 893. | | 02/21/2013 Email from Ben Favret to Mike Singer  Re: Happy New Year and Vestagen Update VEST-SPI-006300 - 006302 | | |
| 894. | | 02/22/2013 Email from Ben Favret to Mike Singer Re: Vestagen Update VEST-SPI-005744 - 005836 | | |
| 895. | | 02/22/2013 Email from Ben Favret to Mike Singer Re: Open POs Above 500 Pieces VEST-SPI-006130 – 006134 | | |
| 896. | | 02/22/2013 Email from Ben Favret to Mike Singer Re: Open POs Above 500 Pieces VEST-SPI-006145 - 006150 | | |
| 897. | | 03/04/2013 Email from Ben Favret to Mike Singer  Re: Call tomorrow VEST-SPI-006112 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|------|------|------|------|------|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 898. | Nellor Exh. 352 | 06/10/2013 Email from Vickie Nellor to Mike Singer, Brian Crawford, Ben Favret, Bob Pierpoint Re: Call with Brian Crawford from Vestagen VEST_SPI-003685 | | |
| 899. | Nellor Exh. 353 | 06/10/2013 Email from Crawford to Vickie Nellor, Mike Singer, Ben Favret, Bob Pierpoint, Dawn Clarke Re: Call with Brian Crawford from Vestagen VEST_SPI-004047 | | |
| 900. | Nellor Exh. 354 | 06/11/2013 Appointment Invite from Crawford to Vickie Nellor, Mike Singer, Ben Favret, Bob Pierpoint, Dawn Clarke Re: Vestagen and strategic Partners Call VEST_SPI-006358 | | |
| 901. | Bold Exh. 52 | 01/28/2014 Meeting Invite from Dawn Clarke to Bill Bold Re: Brian Crawford/Dawn Clarke – Vestagen VEST_SPI004426-004427 | | |
| 902. | | 01/31/2014 Email from Brian Crawford, Stephanie Kraus, Mike Singer from Wendell Mobley Re: Great to See You Again! SP0003916-0003919 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 903. | | 04/08/2014 Email from Ben Favret to Mike Singer Re: Keep the Coat VEST-SPI-006102 - 006103 | | |
| 904. | Batke Exh. D, Mobley Exh. C | 07/16/2014 Email from Rhonda Batke to Wendell Mobley Re: Jacksonville Baptist Gift Store URGENT SP0000558-0000559 | | |
| 905. | | 08/19/2014 Email from Ben Favret to Mike Singer Re: Vestagen Follow Up VEST-SPI-006085 - 006089 | | |
| 906. | | 09/02/2014 Email from Ben Favret to Mike Singer Re:  Vestagen Follow Up VEST-SPI-006083 - 006084 | | |
| 907. | | 09/03/2014 Email from Mike Singer to Ben Favret Re:  Vestagen Follow Up VEST-SPI-006073 - 006075 | | |
| 908. | | 02/11/2015 Email from Karel Williams to Wendell Mobley Re: Dow SPI Press Release SP0003928-3930 | | |
| 909. | | 03/12/2015 Email Wendell Mobley to Karel Williams Re: Dow/SPI News Release & Dow Interview with Mike Singer SP0003931-0003935 | | |

| Vestagen - Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 910. | | 03/13/2015 Email from Wendell Mobley to Karel Williams Re: Perspective – Importance of Compliance SP0004135 | | |
| 911. | Favret Exh. 87 | 04/08/2015 Email from Lurlie Mixson to Amber Mitchell, Chris Olinski Re: Blog comment VEST_SPI-396383-396385 | | |
| 912. | Favret Exh. 86 | 04/20/2015 Email from Lurlie Mixson to Diane Raines Re: Vestex New Product Development VEST_SPI-395887-395888 | | |
| 913. | | 05/04/2015 Email from Wendell Mobley to Karel Williams  Re: FYI, antimicrobial fabric claims may draw EPA fine SP0004136-0004138 | | |
| 914. | Bold Exh. 44 | 07/21/2015 Vestagen Strategic Sales Roadmap VEST_SPI-490377-490378 | | |
| 915. | | 10/16/2015 Email from Alyssa Engelman to Bob Pierpoint Re Baird Information Request Discussion SP0004334-0004339 | | |
| 916. | Favret Exh. 84 | 10/20/2015 Email from Diane Raines to Dale Pfost Re: proposal for testing VEST_SPI-222551 | | |
| 917. | Bold Exh. 54 | 10/31/2015 Vestagen Capitalization Table pages 1-9 | | |

| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
|------|-------------------|-------------|-----------------|---------------|
| 918. | Bold Exh. 53 | 11/23/2015 Email from Tony Pruna to Bill Bold Re: Option holders VEST_SPI-365237 | | |
| 919. | Bold Exh. 45 | 12/08/2015 Email from Marc Lessem to Bill Bold, Jim Beyer Re: Roles and Responsibilities VEST_SPI-321035 | | |
| 920. | Bold Exh. 40 | 12/09/2015 Email from Ben Favret to Boll Bold, Jim Beyer Re: BD Presentation and Script VEST_SPI-430621 | | |
| 921. | Bold Exh. 47 | 12/16/2015 Email from Bill Bold to Marc Lessem Re: Vestagen.com and other sites VEST_SPI301141-301144 | | |
| 922. | Bold Exh. 39 | 12/17/2015 Email from Bill Bold to Marc Lessem Re: AHA TAKE AIM eblast #1 VEST_SPI-301043-301045 | | |
| 923. | Bold Exh. 43 | 12/18/2015 Email from Jim Beyer to Marc Lessem Re: HAC Hospital Medicare Penalties – Nationwide VEST_SPI-216787216788 | | |
| 924. | Favret Exh. 85 | 12/21/2015 Email from Diane Raines to Brian Crawford Re: Update VEST_SPI-216772 | | |
| 925. | Bold Exh. 48 | 04/01/2016 Vestagen Terminology Guidelines VEST_SPI-002195-0021990 | | |

**Vestagen - Defendant/Counter Claimant's Exhibit List**

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 926. | Bold Exh. 49 | 04/01/2016 Vestex Claims Script VEST_SPI-002345 | | |
| 927. | | 05/18/2016 Email from Rhonda Batke to Wendell Mobley Re: Cherokee information (Vestagen) SP0001222-001223 | | |
| 928. | Spangler Exh. 66 | 08/26/2014 Email from JD Spangler to Kristi Gooden Re: HealthLeaders story on Baptist VEST_SPI-620566-620568 | | |
| 929. | Spangler Exh. 67 | Vestex is Antimicrobial – Page 9 of Complaint | | |
| 930. | Pierpoint Exh. 381 | Strategic Partners, Inc. Organization Charts | | |
| 931. | Pierpoint Exh. 383 | Certainty Plus P&L Statement 2015 to end of May 2017 | | |
| 932. | Pierpoint Exh. 384 | 12/22/2009 Email from Marty Morawski to Mike Singer, Bob Pierpoint Re: anti-micro developer SP0003463-003464 | | |
| 933. | Pierpoint Exh. 385 | 03/15/2011 Email from Ben Favret to Mike Singer, Bob Pierpoint Re: Cost of Infections VEST_SPI-005541-005567 | | |
| 934. | Pierpoint Exh. 386 | 10/28/2013 Email from Roberta Hughes to Wendell Mobley Re: Vestagen Key Appointments SP0001321-0001323 | | |

| Vestagen - Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 935. | Ritcheson Exh. 355 | Notice of Taking Continued Deposition of Renata Ritcheson | | |
| 936. | Ritcheson Exh. 356 | 04/08/2014 Email from Renata Ritcheson to Wendell Mobley Re: Vestagen's Keep the Coat campaign SP0001121-1122 | | |
| 937. | Ritcheson Exh. 357 | 04/09/2014 Email from Stephanie Kraus to Wendell Mobley Re: Vestagen's Keep the Coat campaign SP0001123-1125 | | |
| 938. | Ritcheson Exh. 358 | 02/26/2016 Email from Renata Ritcheson to Wendell Mobley Re: Vestagen Vestex claim and why it is misleading SP0001170 | | |
| 939. | Ritcheson Exh. 359 | 03/04/2016 Email from Renata Ritcheson to Bob Pierpoint Re: Vestagen – competing on the same claims – NAD approval | | |
| 940. | Ritcheson Exh. 360 | 03/14/2016 Letter from NAD to Renata Ritcheson Re: Advertising for Vestex Fabric | | |
| 941. | Ritcheson Exh. 361 | 07/12/2016 Email from Renata Ritcheson to Kevin Stein, Debbie Singer Re: NAD Press Release | | |

| | Vestagen – Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 942. | Ritcheson Exh. 362 | 07/26/2016 Email from Renata Ritcheson to Kay Heitzman Re: NAD Press Release re: Vestagen – DO NOT DISTRIBUTE | | |
| 943. | Ritcheson Exh. 363 | 12/16/2016 Email from Kay Heitzman to Renata Ritcheson Re: Certainty docs SP0001547-0001595 | | |
| 944. | Ritcheson Exh. 364 | 01/30/2015 Email from Wendell Mobley to Mike Singer, Bob Pierpoint Re: Certainty Sales Materials update SP0002078-0002111 | | |
| 945. | Ritcheson Exh. 365 | 12/16/2016 Email from Kay Heitzman to Renata Ritcheson Re: CERTAINTY DOCS SP0001761-0001789 | | |
| 946. | Ritcheson Exh. 366 | 12/12/2016 Email from Kay Heitzman to Renata Ritcheson Re: Technical Features Strategy Doc SP0001224-0001231, 0001377-0001382 | | |
| 947. | Ritcheson Exh. 367 | October 2010 Strategic Partners – HAI SP0000684-000709 | | |
| 948. | Ritcheson Exh. 368 | 07/22/2014 A Case Study: Baptist Health SP0000583-000590 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 949. | Raines Exh. 501 | 02/14/2013 Email from Brian Crawford to Marianne Hillegass, Diane Raines Re: Vestex Scrubs VEST_SPI-054611-054612 | | |
| 950. | Raines Exh. 502 | 09/27/2013 Letter of Agreement from Ben Favret to John Wilbanks of Baptist Health  VEST_SPI-050544-050546 | | |
| 951. | Raines Exh. 503 | www.buyvestex.com as of 08/19/2016 SP0003867-0003872 | | |
| 952. | Raines Exh. 504 | Vestex materials VEST_SPI-002142-002143 | | |
| 953. | Raines Exh. 505 | What is Vestex? VEST_SPI-003291 | | |
| 954. | Raines Exh. 506 | Article - A Crossover Trial of Antimicrobial Scrubs to Reduce Methicilihi- Resistant Staphylococcus aureus Burden on Healthcare Worker Apparel VEST/SPI-000503-000510 | | |
| 955. | Raines Exh. 507 | Baptist Health's investment in new staff uniforms provides safety layer SP0000560-000562 | | |
| 956. | Raines Exh. 508 | 03/25/2015 Letter from John Wilbanks & Diane Raines to To Whom It May Concern SP0001221 | | |

| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| | **Vestagen - Defendant/Counter Claimant's Exhibit List** | | | |
| 957. | Raines Exh. 509 | 06/24/2014 Email from Wendell Mobley to Stephanie Kraus, Kay Heitzman Re: Vestagen SP0000964-000965 | | |
| 958. | Raines Exh. 510 | Community News Group article New hospital garments safer, more comfortable SP0003902-0003904 | | |
| 959. | Raines Exh. 511 | 11/06/2013 Letter from John Wilbanks, Diane Raines Re: Innovation in staff and patient protection VEST_SPI-007925-007926 | | |
| 960. | Raines Exh. 512 | 11/05/2014 Press Release – Baptist Health's new patient garments provide greater dignity, protection  VEST_SPI-595486-595487 | | |
| 961. | Raines Exh. 513 | 01/07/2015 Email from Brian Crawford to Diane Raines, Lurlie Mixson Re: Cherokee Rep VEST_SPI-285876-285877 | | |
| 962. | Raines Exh. 514 | 12/21/2015 Email from Daine Raines to Brian Crawford Re: Update VEST_SPI-216772 | | |
| 963. | Raines Exh. 515 | 10/20/2015 Email from Diane Raines to Dale Pfost Re: proposal for testing VEST_SPI-222551 | | |

| | Vestagen – Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 964. | Raines Exh. 516 | 08/26/2015 Email from Dale Pfost to Diane Raines Re: Nurse in ER Urgent VEST_SPI-225693 | | |
| 965. | Raines Exh. 517 | 07/15/2015 Email from Diane Raines to Brian Crawford Re: Vestex – employee issue VEST_SPI-229029 | | |
| 966. | Palenik Exh. 801 | Testimony and Depositions of Samuel "Skip" James Palenik since 1998 | | |
| 967. | Palenik Exh. 802 | Subpoena to Testify at a Deposition in a Civil Matter to Skip Palenik | | |
| 968. | Palenik Exh. 804 | Product Information for Dow Silvadur | | |
| 969. | Palenik Exh. 805 | Expert Report of John A. Mitchell Rebuttal to Report of Samuel Palenik | | |
| 970. | Palenik Exh. 806 | Article Antibacterial Activity and Mechanism of Action of the Silver Ion in Staphylococcus aureus and Escherichia colis | | |
| 971. | Palenik Exh. 807 | Plaintiff and Counter defendant Evidence in Support of Its Opposition to Motion for Partial Summary Judgment | | |
| 972. | Palenik Exh. 808 | MT17-0158 Testing of garments for immediacy of bacteria lethality | | |

Case No. 2:16-CV-5900-RGK (PLA)

THIRD AMENDED JOINT TRIAL EXHIBIT LIST

| Vestagen - Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 973. | Palenik Exh. 809 | Assessment of Bacterial Cell Viability on Garments Carrying Certainty® and Certainty Plus® Antibacterial Finishes by Skip Palenik | | |
| 974. | Palenik Exh. 810 | 06/16/2017 Email from Sean Paisan to Skip Palenik Re: Revised Engagement Letter for Strategic Partners v. Vestagen Protective Technologies | | |
| 975. | Silverman Exh. 601 | 06/08/2017 TASA Group Confirmation and Agreement | | |
| 976. | Silverman Exh. 602 | 05/25/2017 TASA Group Confirmation and Agreement | | |
| 977. | Silverman Exh. 603 | Silverman Expert File for Deposition | | |
| 978. | Silverman Exh. 605 | Bruce Silverman Curriculum Vitae | | |
| 979. | Silverman Exh. 606 | Bruce Silverman Curriculum Vitae | | |
| 980. | Silverman Exh. 608 | Bruce Silverman Curriculum Vitae | | |
| 981. | Silverman Exh. 609 | Vestagen's Disclosure of Expert Witness Information | | |
| 982. | Silverman Exh. 610 | Google search "added protection for you, your family, patients and colleagues" | | |

| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | **Vestagen – Defendant/Counter Claimant's Exhibit List** | | |
| 983. | Silverman Exh. 611 | Certainty Technologies – We Decided to Show Nasty Liquids and Microbes Who's Boss | | |
| 984. | Strombom Exh. 951 | 05/24/2017 Letter from Bruce Strombom to Aubree Mackey | | |
| 985. | Strombom Exh. 953 | Portions of David Weiner rough deposition transcript | | |
| 986. | Strombom Exh. 954 | Bruce A. Strombom Curriculum Vitae | | |
| 987. | Strombom Exh. 956 | 07/19/2017 Letter from David Weiner to Seth Darmstadter Re: Strategic Partners, Inc. v. Vestagen Protective Technologies, Inc. | | |
| 988. | Strombom Exh. 957 | Expert Report of Bruce A. Strombom | | |
| 989. | Strombom Exh. 958 | Rebuttal Report of Bruce A. Strombom | 09/21/2017 | |
| 990. | Strombom Exh. 959 | 07/05/2017 Letter from David Weiner to Robert Estrin Re: Strategic Partners, Inc. v. Vestagen Protective Technologies, Inc. | | |
| 991. | Strombom Exh. 960 | Vestagen Comparison of Actual Revenue against Forecast Plans | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 992. | Strombom Exh. 961 | Portion of Litigation Services Handbook – The Role of the Financial Expert – Fourth Edition | | |
| 993. | Favret Exh. 328 | 10/22/2014 Email from Ben Favret to JD Spangler, Richard Pope Jeany Pfaff, Linda Bloom, Steven Sevran Re: Allheart VEST_SPI-516530-516531 | | |
| 994. | Favret Exh. 333 | 02/22/2013 Email from Ben Favret to Mike Singer Re: Open POs Above 500 Pieces VEST_SPI-006118-006124 | | |
| 995. | Favret Exh. 339 | Vestex v. Certainty Presentation VEST_SPI-516925-516933 | | |
| 996. | Favret Exh. 356 | 09/16/2014 News Release – *New Vestagen Patient Garments Aim to Minimize Pathogen Transmission Inside Hospitals* SP0003906-0003907 | | |
| 997. | Favret Exh. 358 | 06/24/2014 News Release - *First Large Hospital System Converts to Vestagen's New Vestex® Protected Attire Designed to Help Fight Pathogen Transmission* SP0003910-0003911 | | |
| 998. | Favret Exh. 393 | 12/11/2009 Article – US Firm develops textile technology to help combat HAIs | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 999. | Favret Exh. 399 | 01/24/2012 News Release – Simple Scrubs become Active Barrier Protection VEST_SPI-036771-036772 | | |
| 1000. | Mitchell Exh. 102 | Vestagen Interview & Press Briefing Guide VEST_SPI-153311-153318 | | |
| 1001. | Mitchell Exh. 104 | 09/26/2014 The Florida Times-Union article – New uniforms, gowns used at Bapyist Beach add extra level of protection for employees, patients | | |
| 1002. | Mitchell Exh. 105 | 03/19/2014 Internal Memorandum from Amber Mitchell to Vestagen Employees VEST_SPI-479343 | | |
| 1003. | Mitchell Exh. 111 | Vestex is Antimicrobial buyvestex.com webpage SP0003867-0003872 | | |
| 1004. | Tapalaga Exh. 3 | 02/03/2011 Email from Bob Pierpoint to Ben Favret, Mike Singer, Kevin Tapalaga Re: Vestagen | | |
| 1005. | Tapalagal Exh. 12 | 11/16/2011 Email from Ben Favret to Mike Singer Re: Vestagen NDA | | |
| 1006. | Tapalaga Exh. 14 | 11/27/2011 Email from Ben Favret to Kevin Tapalaga, George B. Shepherd, Jr. Re: Vestagen NDA | | |

| | Vestagen – Defendant/Counter Claimant's Exhibit List | | | |
|---|---|---|---|---|
| **Exh.** | **Previously Marked** | **Description** | **Date Identified** | **Date Admitted** |
| 1007. | SPI Opp. To Vestagen MSJ | Declaration of Robert A. Monicello | | |
| 1008. | SPI Opp. To Vestagen MSJ | Declaration of Renata Ritcheson | 1008.1 09/21/2017 | |
| 1009. | SPI Opp. To Vestagen MSJ | Declaration of Jason R. Garay | | |
| 1010. | SPI Opp. To Vestagen MSJ | Declaration of Frattarelli | | |
| 1011. | | 12/01/2014 Email from Ben Favret to Wendell Mobley Re: F23 Ballot Dealine Reminder SP0004102-4104 | | |
| 1012. | | 10/31/2011 Email from Ben Favret to Mike Singer Re: Vestagen Mutual Confidentiality Agreement VEST_SPI-005173-005181 | | |
| 1013. | | 11/23/2011 Email from Ben Favret to Kevin Tapalaga Re: Vestagen NDA VEST_SPI-133067-133068 | | |

| Vestagen – Defendant/Counter Claimant's Exhibit List | | | | |
|---|---|---|---|---|
| Exh. | Previously Marked | Description | Date Identified | Date Admitted |
| 1014. | | 12/09/2011 Email from Shawn Somers to Mike Singer, Ben Favret Re" Call Today VEST_SPI-004560-004562 | | |
| 1015. | | 11/16/2011 Email from Kevin Tapalaga to Ben Favret, Mike Singer Re: Vestagen NDA VEST_SPI-004567-004568 | | |
| 1016. | | 12/09/2011 Email from Kevin Tapalaga to Ben Favret, Mike Singer Re: Vestagen Information Request List VEST_SPI-004556-004557 | | |
| 1017. | | Internet pages from First Uniform – Cherokee Infinity Collection Drawstring Pants | 09/21/2017 | |
| 1027 | | Video Deposition Testimony Diane Raines | 09/21/2017 | 09/21/2017 |

DATED:  September 22, 2017          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ Vince M. Verde
     Vince M. Verde
     Sean Paisan

Attorneys for Defendant/Counter-Claimant Vestagen Protective Technologies, Inc.

DATED:  September 22, 2017          ERICKSEN ARBUTHNOT


                                    By:  /s/ Sharon L. Hightower
                                         Sharon L. Hightower


                                    Attorneys for Defendants
                                    Vestagen Protective Technologies, Inc.

DATED:  September 22, 2017          MICHELSON & ROBINSON, LLP


                                    By:  /s/ Seth E. Darmstadter
                                         Mona Z. Hanna
                                         Seth E. Darmstadter
                                         Jennifer A. Mauri

                                    Attorneys for Plaintiff and Counter-Defendant
                                    Strategic Partners, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 2:16-CV-5900-RGK (PLA)

CERTIFICATE OF SERVICE

Final Third
Amended JOINT