REDACTED



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC., <br><br> Plaintiff(s), <br> -vs- <br><br> VESTAGEN PROTECTIVE TECHNOLOGIES, INC., <br><br> Defendant(s). | CASE NO: CV 16-05900-RGK (PLAx) <br><br> VERDICT |

1. Do you find that plaintiff Strategic Partners, Inc. proved there was false advertising by defendant Vestagen Protective Technologies, Inc.?

    _____ YES         \_\_\_X\_\_\_ NO

If you answered "Yes" to question 1, please proceed to question 2. If you answered "No" to question 1, please sign and date the verdict and inform the bailiff that you are ready to return to Court.

2. In finding that there was false advertising by defendant Vestagen Protective Technologies, Inc., we, the jury, award damages to plaintiff Strategic Partners, Inc. in the amount of

$ _____ disgorgement

-OR-

$ _____ lost profits

$ _____ TOTAL

Dated this 22 day of September, 2017 at Los Angeles, California.

S     **REDACTED**