# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STRATEGIC PARTNERS, INC. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 16-05900-RGK (PLAx) |
| v. | |
| VESTAGEN PROTECTIVE TECHNOLOGIES, INC. | JUDGMENT ON THE VERDICT FOR DEFENDANT(S) |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable R. GARY KLAUSNER, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

STRATEGIC PARTNERS, INC.

take nothing; that the action be dismissed on the merits; and that the defendant(s):

VESTAGEN PROTECTIVE TECHNOLOGIES, INC.

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: 9/22/17

By _____
Deputy Clerk

At: Los Angeles, CA

cc: Counsel of record

CV-44 (11/96)      JUDGMENT ON THE VERDICT FOR DEFENDANT(S)