# TRIAL EXHIBIT 103

Exh. 103 - 1

# INTERNAL MEMORANDUM

| | |
|---|---|
| TO: | VESTAGEN EMPLOYEES |
| FROM: | DR. AMBER MITCHELL, VP REGULATORY AFFAIRS |
| SUBJECT: | PARAMETERS FOR VESTEX® CLAIM |
| DATE: | MARCH 19, 2014 |
| CC: | U. BEN FAVRET, III |

Vestex® fabric is treated with an EPA-registered pesticide (organosilane-based quaternary ammonium) which has antimicrobial properties. Under EPA's guidance in the Treated Articles Exemption (FIFRA. 40 CFR 125.25(a)), claims for Vestex® fabric must be limited to instances were only claims are made regarding the product's antimicrobial properties as they relate to the protection of the article (fabric) itself. Claims cannot be made for "*control of specific microorganisms*" or that the fabric acts as a "disinfectant", an "antibacterial", or "prevents the spread of allergens". These claims imply specific public health claims against human pathogens and as such the treated articles exemption would not apply.

Therefore, it is required that the claim is limited to the following until further evidence is provided. Under such time, the claim will be reviewed by Regulatory Affairs and subsequent action taken.

> "Vestex® reduces 99.99% of MRSA (Methicillin Resistant *Staphylococcus aureus*) on the treated fabric when compared to untreated fabric."

References supporting this claim must be kept on file and they include:

Bearman G, et al. A Crossover Trial of Antimicrobial Scrubs to Reduce Methicillin-Resistant *Staphylococcus aureus* Burden on Healthcare Worker Apparel. ICHE March 2012, vol. 33, no. 3

Bearman G. et al. Cross-Over Trial to Determine the Efficacy of Antimicrobial Surgical Scrubs. Abstract #520. SHEA 2011 Annual Scientific Meeting





Δπ EXHIBIT 105
Deponent mitchell
Date 8/3/17 Rptr SB
WWW.DEPOBOOK.COM

HIGHLY CONFIDENTIAL

VEST_SPI-479343