# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STRATEGIC PARTNERS, INC.,<br><br>        Plaintiff,<br><br>  vs.<br>VESTAGEN PROTECTIVE<br>TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No.:  2:16-CV-5900-RGK<br>Judge:  Hon. R. Gary Klausner<br><br>**[~~PROPOSED~~] FINAL JUDGMENT**<br><br>Trial Date:  September 19, 2017<br>Complaint Filed: August 8, 2016<br>Counterclaims Filed: September 19, 2016 |
| VESTAGEN PROTECTIVE<br>TECHNOLOGIES, INC.,<br><br>        Counterclaim Plaintiff,<br><br>  vs.<br>STRATEGIC PARTNERS, INC.,<br><br>        Counterclaim Defendant. | |

///
///
///
///
///
///

**IT IS HEREBY ORDERED** that judgment be entered on the complaint of Plaintiff Strategic Partners, Inc. for false advertising in violation of 15 U.S.C. section 1125(a), unfair business practices in violation of California Business & Professions Code section 17200, and untrue and misleading advertising in violation of California Business & Professions Code section 17500 in favor of Defendant Vestagen Protective Technologies, Inc. and against Strategic Partners, Inc.

**IT IS HEREBY FURTHER ORDERED** that judgment be entered on the counterclaim of Counterclaimant Vestagen Protective Technologies for false advertising in violation of 15 U.S.C. Section 1125(a), breach of contract, and misappropriation of trade secrets in favor of Counterclaim Defendant Strategic Partners, Inc and against Counterclaimant Vestagen Protective Technologies, Inc.

**IT IS HEREBY FURTHER ORDERED** that the Court will decide the issues of costs and attorneys' fees after review of the parties' submissions on these issues.


Date: November 20, 2017 _____

Hon. R. Gary Klausner