

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

- - - -

STRATEGIC PARTNERS, INC.,                    )
                                             )
                        PLAINTIFF,           )
            vs.                              )   CASE NO.
                                             )   CV 16-5900-RGK
VESTAGEN PROTECTIVE TECHNOLOGIES, INC.,      )
                                             )
                        DEFENDANT.           )
VESTAGEN PROTECTIVE TECHNOLOGIES, INC.,      )
                                             )
                   COUNTER-CLAIMANT,         )
                                             )
            vs.                              )
                                             )
STRATEGIC PARTNERS, INC.,                    )
                                             )
                   COUNTER-DEFENDANT.        )

REPORTER'S TRANSCRIPT OF JURY TRIAL

DAY 3, VOLUME 1; PAGES 397 TO 514

THURSDAY, SEPTEMBER 21, 2017

8:32 A.M.

LOS ANGELES, CALIFORNIA

_____

SANDRA MacNEIL, CSR 9013, RPR, CRR, RMR
Official Reporter, U.S. District Court
255 East Temple Street
Los Angeles, CA  90012
213.894.5949

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   APPEARANCES OF COUNSEL:

 2

 3   FOR PLAINTIFF/COUNTER-DEFENDANT STRATEGIC PARTNERS, INC.:

 4        MICHELMAN & ROBINSON, LLP
          BY:  MONA Z. HANNA, ATTORNEY AT LAW
 5        17901 VON KARMAN AVENUE, SUITE 1000
          IRVINE, CALIFORNIA  92614
 6        714.557.7990

 7        MICHELMAN & ROBINSON, LLP
          BY:  SETH E. DARMSTADTER, ATTORNEY AT LAW
 8        200 SOUTH WACKER DRIVE, SUITE 2900
          CHICAGO, ILLINOIS  60606
 9        312.638.5671

10
     FOR DEFENDANT/COUNTER-CLAIMANT VESTAGEN PROTECTIVE
11   TECHNOLOGIES, INC.:

12        ERICKSEN ARBUTHNOT
          BY:  SHARON L. HIGHTOWER, ATTORNEY AT LAW
13        152 NORTH THIRD STREET, SUITE 700
          SAN JOSE, CALIFORNIA  95112
14        408.286.0880

15        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC
          BY:  VINCE M. VERDE, ATTORNEY AT LAW
16             SEAN PAISAN, ATTORNEY AT LAW
          695 TOWN CENTER DRIVE
17        PARK TOWER, SUITE 1500
          COSTA MESA, CALIFORNIA  92626
18        714.800.7900

19

20   ALSO PRESENT:

21        MIKE SINGER

22        BEN FAVRET

23

24

25
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

*I N D E X*

*PLAINTIFF'S WITNESSES:*                                    *PAGE*

*DAVID FRATTARELLI*

   DIRECT EXAMINATION BY MR. DARMSTADTER              402

   CROSS-EXAMINATION BY MR. VERDE                     415

   REDIRECT EXAMINATION BY MR. DARMSTADTER            427

   RECROSS-EXAMINATION BY MR. VERDE                   428


*DEFENDANT'S WITNESSES:*                                    *PAGE*

*UNCAS BENJAMIN FAVRET, III*

   DIRECT EXAMINATION BY MS. HIGHTOWER                431

   CROSS-EXAMINATION BY MS. HANNA                     460

   REDIRECT EXAMINATION BY MS. HIGHTOWER              482


*BRUCE STROMBOM*

   DIRECT EXAMINATION BY MS. HIGHTOWER                484

   CROSS-EXAMINATION BY MS. HANNA                     502

   REDIRECT EXAMINATION BY MS. HIGHTOWER              511

*DIANE RAINES*

   (BY DESIGNATED VIDEOTAPED DEPOSITION TESTIMONY)    512

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

*E X H I B I T S*

| TRIAL EXHIBIT NUMBER: | MARKED FOR I.D. PAGE: | RECEIVED IN EVIDENCE PAGE: |
|---|---|---|
| 238 | 449 | -- |
| 244 | -- | 464 |
| 272 | -- | 408 |
| 273 | -- | 412 |
| 591 | 444 | -- |
| 989 | 491 | -- |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1              LOS ANGELES, CALIFORNIA; THURSDAY, SEPTEMBER 21, 2017

2                             8:32 A.M.

3                             -  -  -  -

4


5       (In the presence of the jury:)

6              THE COURT:  Okay.  The record will reflect that all

7       the members of the jury are in their respective seats in the

8       jury box.

9          I understand that not only were all of you here, but you

10      were here early, and I'm looking for some postings of names so

11      I can put gold stars on it.  I appreciate your timeliness on

12      that.  You ready to go for another day?

13         Counsel, call your next witness.

14             MR. DARMSTADTER:  Good morning, Your Honor.  Strategic

15      Partners calls David Frattarelli.

16             THE COURT:  Okay.

17             THE CLERK:  Mr. Frattarelli, right here to be sworn

18      in, please.

19             THE WITNESS:  Inexperienced.

20             THE CLERK:  You get the good seat.  That's fine.  May

21      I please ask that you raise your right hand.

22         Do you solemnly swear the testimony that you are about to

23      give in the matter now before the court shall be the truth, the

24      whole truth, and nothing but the truth, so help you God?

25             THE WITNESS:  Yes.
```

```
 1              THE CLERK:  May I please ask that you state your full

 2    name for the record and spell your last name.

 3              THE WITNESS:  David L. Frattarelli,

 4    F-r-a-t-t-a-r-e-l-l-i.

 5              THE COURT:  Okay.  Counsel, you may inquire.

 6                        DAVID FRATTARELLI,

 7                     having been duly sworn,

 8                      testified as follows:

 9                      DIRECT EXAMINATION

10    BY MR. DARMSTADTER:

11    Q.   Good morning, Dr. Frattarelli.  Thank you for being here

12    today.

13         What is your occupation?

14    A.   I'm one of the lead scientists at Dow Chemical.

15    Q.   What is your title?

16    A.   Senior scientist.

17    Q.   How long have you worked at Dow Chemical Company?

18    A.   It'll be going on nine years.

19    Q.   And what titles have you had over those nine years?

20    A.   Scientist, senior scientist, R & D manager, new business

21    development leader.

22    Q.   Sorry about that, I forgot my pen.

23    A.   Yep.

24    Q.   As the senior scientist with Dow Chemical Company, can you

25    tell us what your responsibilities are?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    A.    Yeah.  I manage portfolio projects globally for our

2    business unit from start to finish.

3    Q.    Is Silvadur one of those products?

4    A.    Silvadur is one of the technologies.  It's not a product.

5    Q.    Do your responsibilities include global hygiene research

6    and development programs?

7    A.    Yes.

8    Q.    And prior to Dow, do you have any additional work

9    experience?

10   A.    Nope.  Just education.

11   Q.    And specific to Silvadur, what is your role?

12   A.    Silvadur.  Silvadur, I manage its implementation in

13   different product segments in different markets and support

14   technical service globally for it.

15   Q.    Do you have personal knowledge of the scientific qualities

16   of Silvadur?

17   A.    I do.

18   Q.    And the way that it works?

19   A.    Yes.

20   Q.    Can you tell us about your educational background, please?

21   A.    Yep.  Undergraduate degree at Grand Valley State in

22   chemistry and then a Ph.D. in materials chemistry at

23   Northwestern University in Evanston, Illinois.

24   Q.    Are you familiar with the company Strategic Partners?

25   A.    I am.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   Q.   Are you familiar that they are a Dow licensee?

 2   A.   No, I'm not.

 3   Q.   Do you know that they use Silvadur technology?

 4   A.   I do know.

 5             MR. VERDE:  Objection, leading.

 6             THE COURT:  Overruled.

 7   BY MR. DARMSTADTER:

 8   Q.   Do you personally know Mike Singer?

 9   A.   No.

10   Q.   Just to make sure that we have an answer on the record

11   to my last question, do you know that Strategic Partners

12   uses Silvadur technology in its scrubs?

13             THE COURT:  He already answered yes on that,

14   Counsel.

15             MR. DARMSTADTER:  Thank you, Your Honor.

16             MR. VERDE:  Your Honor, could we have the record

17   read back, Your Honor, because I don't recall if that was the

18   same answer.

19             THE COURT:  Okay, then ask the question again.  Ask

20   the question again, then.

21   BY MR. DARMSTADTER:

22   Q.   Dr. Frattarelli, do you know that Strategic Partners

23   utilizes Silvadur technology on its medical scrubs?

24   A.   I am aware that they do.

25             THE COURT:  Okay.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   BY MR. DARMSTADTER:

 2   Q.   Do you have any personal relationship with anybody at

 3   Strategic Partners?

 4   A.   I do not.

 5   Q.   Have you been retained as an expert witness in this case?

 6   A.   Yes.

 7   Q.   Are you being compensated for your testimony today?

 8   A.   No.

 9           MR. VERDE:  Objection, Your Honor.

10           THE COURT:  Overruled.

11           MR. VERDE:  We haven't been provided any --

12           THE COURT:  Overruled, Counsel.

13   BY MR. DARMSTADTER:

14   Q.   Are you familiar with the antimicrobial industry?

15           THE COURT:  I'm assuming is that he was never

16   designated as an expert?

17           MR. VERDE:  That's correct, Your Honor.  Was never

18   designated, never noticed as an expert, we didn't have an

19   opportunity to depose him as an expert, and now he's --

20           THE COURT:  That's okay, Counsel.  He hasn't asked any

21   questions pertaining to an expert testimony yet.

22   BY MR. DARMSTADTER:

23   Q.   Dr. Frattarelli, you have not signed any kind of an expert

24   retention agreement between yourself and Strategic Partners,

25   have you?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    A.    Not to my knowledge.

 2    Q.    Are you familiar with the antimicrobial industry?

 3          THE COURT:  Counsel, I'm assuming he's a percipient

 4    witness and you're not going to ask him to testify as an

 5    expert.

 6          MR. DARMSTADTER:  That's right, Your Honor.

 7          THE COURT:  Okay.

 8          MR. DARMSTADTER:  I was just trying to clarify that.

 9          THE COURT:  Okay.  Go ahead.

10    BY MR. DARMSTADTER:

11    Q.    Are you -- please.

12    A.    I was going to say, I am familiar.

13    Q.    And what is your familiarity with the antimicrobial

14    industry?

15    A.    It's a very broad statement.  You'd have to clarify that.

16    Q.    Are you familiar that Silvadur is an antimicrobial?

17    A.    I am.

18    Q.    Are you familiar that there are other antimicrobials?

19    A.    There are.

20    Q.    Are you familiar that Silvadur is a patent antimicrobial

21    technology?

22    A.    I am.

23    Q.    Do you know who owns that patent?

24    A.    Dow Chemical.

25    Q.    Is Silvadur comprised of silver ions?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    A.    It is.

2    Q.    And is it comprised of a proprietary polymer?

3    A.    There's multiple.

4    Q.    What does that mean?

5    A.    It depends on our -- Silvadur is a technology.  Depending

6    on the product that we offer to the market, it may vary.

7    Q.    Do you have personal knowledge, as a senior scientist at

8    Dow who works with Silvadur technology, of the publicly

9    available content of Dow's Silvadur website?

10   A.    I am.

11   Q.    Do you have personal knowledge that Dow owns and maintains

12   its Silvadur website?

13   A.    I do.

14         MR. DARMSTADTER:  Can we get him, I'm sorry, black

15   binder number 2?

16         THE COURT:  Okay.

17   BY MR. DARMSTADTER:

18   Q.    And Dr. Frattarelli, if you could turn to Exhibit 272,

19   please.

20   A.    This goes up to -- this goes up to 269.

21   Q.    I'm sorry.  Then we need the next binder.  It's my fault.

22   I haven't had my coffee yet.

23   A.    Two -- what number was that?  Two --

24   Q.    272.  Have you seen Exhibit 272 before?

25   A.    Yes, I have.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   Q.   Is 272 a true and accurate copy of the "How It Works" page

2   from the Dow Chemical website?

3   A.   It's a generic representation.  It is.

4           MR. DARMSTADTER:  Your Honor, we'd move 272 into

5   evidence.

6           MR. VERDE:  Your Honor, we join.

7           THE COURT:  Be received.  It will be received.

8           MR. DARMSTADTER:  Permission to publish?

9           THE COURT:  Assuming that's the same as no objection.

10  It will be received.

11      Yes, you may publish it.

12      *(Received in evidence, Exhibit 272.)*

13  BY MR. DARMSTADTER:

14  Q.   Dr. Frattarelli, I'm going to draw your attention -- do

15  you see where it says "How does Silvadur antimicrobial

16  technology work?"

17  A.   I do see that.

18  Q.   I'm going to direct your attention to the second sentence,

19  where it says, "When organisms land on or try to form on the

20  surface of a fabric treated with Silvadur antimicrobial."  You

21  see that?

22  A.   Mm-hmm.  I do.

23  Q.   Says "silver ions are released, resulting in microbial

24  death."

25  A.   I see that.

1   Q.   Is it your understanding as a Dow scientist that that's an

2   accurate statement as to how Silvadur antimicrobial technology

3   works?

4   A.   Yes.

5   Q.   And looking at the next sentences, it says, "As the

6   initial silver is consumed by this interaction, Silvadur

7   technology releases more silver ions from the complex, and the

8   process continues."  Do you see that?

9   A.   Yes.

10  Q.   And in your experience as a Dow Chemical senior scientist,

11  do you know that to be an accurate factual sentence?

12  A.   Yes.

13  Q.   And lastly, where it says, "Silver ions are lethal to

14  microbes that caused odor and material degradation," do you see

15  that?

16  A.   I do.

17  Q.   And do you know that to be a scientifically factual

18  representation?

19  A.   Yes.

20  Q.   Dr. Frattarelli, do you know -- do you have personal

21  knowledge why this paper from the Dow Chemical website limits

22  itself to microbes that cause odor and material degradation?

23  A.   It's supporting our uses for our registration with the

24  EPA.

25  Q.   Can you explain that a little further?

1    A.    Silvadur technology, specifically to the products that SPI

2    uses, are registered with the EPA, and with that registration,

3    you're allowed to make certain claims around odor.

4    Q.    Does that registration allow you to make claims around

5    killing pathogens?

6              MR. VERDE:   Objection, foundation.

7              THE COURT:   Sustained.

8    BY MR. DARMSTADTER:

9    Q.    Do you have personal knowledge of what Dow's EPA

10   registration allows it to make, what claims?

11   A.    It allows us to make odor control claims.

12   Q.    Do you have personal knowledge as to whether it allows you

13   to make claims that it kills pathogens?

14             MR. VERDE:   Objection, foundation.

15             THE COURT:   Sustained.

16             MR. DARMSTADTER:   Your Honor, I'm just trying to lay

17   the foundation, asking if he has personal knowledge.

18             THE COURT:   Sustained.

19        Well, you can ask him if he has personal knowledge, but

20   what that knowledge is, you couldn't ask.

21        Do you have personal knowledge?

22             THE WITNESS:   Yes.

23   BY MR. DARMSTADTER:

24   Q.    How do you have that personal knowledge?

25             MR. VERDE:   Objection, foundation.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Overruled.

 2   BY MR. DARMSTADTER:

 3   Q.   Where did you get that personal knowledge?

 4   A.   Through consultations with a regulatory organization.

 5   Q.   Which regulatory organization have you personally

 6   consulted with?

 7   A.   Dow Chemical's regulatory.

 8              MR. VERDE:  Objection.

 9              THE COURT:  Overruled.

10              THE REPORTER:  Can you speak into the mic, please?

11              MR. VERDE:  I'll withdraw.

12              THE COURT:  Next question.

13   BY MR. DARMSTADTER:

14   Q.   Which regulatory bodies have you personally consulted

15   with?

16   A.   Dow Chemical's regulatory organization.

17   Q.   And through that consultation, have you learned what

18   claims Dow Chemical's allowed to make pursuant to its

19   registration?

20   A.   With guidance from the EPA.

21   Q.   Can you turn to Exhibit 273, please.  You there?

22   A.   Yep.

23   Q.   Before we get with 273, is it your understanding that

24   representations with regards to odor and material degradation

25   are permissible for you to make as Dow?
```

```
 1   A.   Yes.

 2   Q.   Do you -- does Dow support its licensees, people who use

 3   Silvadur technology, making claims of neutralizing odor-causing

 4   bacteria?

 5   A.   Dow does.

 6   Q.   Does Dow support its licensees of Silvadur to make claims

 7   that Silvadur technology would kill pathogens?

 8   A.   No.  No.

 9   Q.   And directing your attention to Exhibit 273, have you seen

10   this before?

11   A.   Yes, I have.

12   Q.   Is this a true and accurate copy of the -- is this a true

13   and accurate copy of the technology innovation page from the

14   Dow Chemical website?

15   A.   It is.

16        MR. DARMSTADTER:  Permission, Your Honor, to admit

17   into evidence?

18        MR. VERDE:  No objections, Your Honor.

19        THE COURT:  Be received.

20        (Received in evidence, Exhibit 273.)

21        MR. DARMSTADTER:  If we could publish this.

22        THE COURT:  Yes.

23   BY MR. DARMSTADTER:

24   Q.   And do you see at the top where it says, "Silvadur from

25   Dow, a global technology leader"?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    A.   I do see it.

2    Q.   I'd like to direct your attention to the second bullet

3    point.  Do you see where it says, "Silvadur's polymer

4    containing silver technology secures silver molecules to denim

5    surfaces"?

6    A.   I do see that.

7    Q.   And then it says, "when odor-causing bacteria come into

8    contact."  Do you see that?

9    A.   Yes.

10   Q.   And in your experience as a senior scientist for Dow, is

11   that a factually accurate statement?

12   A.   Yes.

13   Q.   And lastly, where it says, "Silver releases silver" --

14   "Silvadur releases silver ions, which neutralize the bacteria

15   on contact," do you see that?

16   A.   I do see it.

17   Q.   And is that also a factually and scientifically accurate

18   statement?

19   A.   Yes.

20   Q.   And what does that mean?

21   A.   It prevents them from producing odor.

22   Q.   And also prevents fabric degradation?

23   A.   Yes.

24   Q.   And how does it do that?

25   A.   The bacteria, depending on the fabric type, can break down
```

```
 1    the structure of the fabric, reducing its lifetime.  So by

 2    neutralizing the bacteria, you prevent that action from

 3    happening.

 4    Q.   And when you say "neutralizing the bacteria," does that

 5    mean the same thing as stopping it from being able to

 6    reproduce?

 7    A.   Yes.

 8    Q.   And scientifically would that be the same thing as calling

 9    Silvadur bacteriostatic?

10    A.   It would be.

11    Q.   Would that mean that it renders odor-causing bacteria

12    ineffective essentially immediately?

13    A.   Yes.

14    Q.   And just to clarify, the Silvadur technology, when it's

15    applied to a garment, when odor-causing bacteria comes into

16    contact with that garment, the ability of the cell to replicate

17    is stopped?

18    A.   That's part of the mechanism.

19    Q.   And essentially the bacteria cell is then rendered

20    ineffective immediately?

21    A.   Yes.

22    Q.   Thank you.

23         I have nothing further, Your Honor.

24            THE COURT:  Cross.

25            MR. VERDE:  Thank you, Your Honor.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | **CROSS-EXAMINATION** |
| 2 | BY MR. VERDE: |
| 3 | Q.   Good morning. |
| 4 | A.   Good morning. |
| 5 | Q.   I want to direct your attention to Exhibit 272-1.  That |
| 6 | was shown to you earlier by counsel. |
| 7 | Now, 272-1, this is advertising in a Silvadur website, |
| 8 | correct? |
| 9 | A.   It is. |
| 10 | Q.   And you contend that it is accurate advertising to the |
| 11 | best of your knowledge, correct? |
| 12 | A.   Yep, to the best of my knowledge. |
| 13 | Q.   Now, there's a statement there that says -- |
| 14 | Your Honor, can we have this published?  Or is it already |
| 15 | published? |
| 16 | Okay, there you go. |
| 17 | There's a section there that says, "As the initial silver |
| 18 | is consumed by the" -- sorry. |
| 19 | There is a section here that says, "Silvadur antimicrobial |
| 20 | is a patent polymer containing silver technology that delivers |
| 21 | silver ions using an intelligent-controlled mechanism." |
| 22 | Next sentence, "When organisms land on or try to form on |
| 23 | the surface of a fabric treated with Silvadur antimicrobial, |
| 24 | silver ions are released, resulting in microbial death." |
| 25 | Is that correct? |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    A.    That's correct.

2    Q.    How do you know that this results in microbial death?

3    A.    Dow Chemical's done a number of studies looking at the

4    inhibition of bacteria.

5    Q.    Okay.  And you've seen these studies?

6    A.    I've seen some of them, yes.

7    Q.    Okay.  And these studies, they talk about the level of

8    antimicrobial death?

9    A.    It -- they can.

10   Q.    Over a given period of time?

11   A.    They typically do, yes.

12   Q.    Okay.  And is that measured in some of those tests about

13   the antimicrobial death, the death rates over a given period of

14   time?

15   A.    The -- the controls organisms over time is measured.

16   Q.    Okay.  And what tests are utilized -- excuse me.

17         Are ASTM standards utilized in some of those tests?

18   A.    Depends on the country.  There's a variety of different

19   standards that are used.

20   Q.    In the United States, do they use ASTM standard E2149?

21   A.    We do not use that method.

22   Q.    Okay.  Let me -- do you know what ASTM E2149 is?

23   A.    Yep.  It's a method that was developed by Dow Corning

24   specifically for quat-silane technologies.

25   Q.    Okay.  Now, ASTM E2149-10, has that ever been measured for
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    Silvadur?

2    A.    I believe so.

3    Q.    Okay.  Let's take a look at Exhibit 817.2, please.

4              MR. DARMSTADTER:  Your Honor, objection.  It's not

5    been introduced into evidence.

6              MR. VERDE:  I just want him to take a look at it.

7              THE COURT:  Just take a look at it, first of all.

8    BY MR. VERDE:

9    Q.    Looking at 817.2 --

10             THE COURT:  Do you have it in front of you?

11             THE WITNESS:  It's not on -- it's not on the screen.

12             THE COURT:  No, no, but --

13             MR. VERDE:  Can you put it on his screen as well?

14             THE COURT:  No.  You can show it to him.

15             THE CLERK:  Do you know which binder?

16             MR. VERDE:  I'm sorry.  It's white binder, 817

17   exhibit, binder 6.

18             THE WITNESS:  Which number?  Eight --

19   BY MR. VERDE:

20   Q.    817.  And then there's 817.2.  Do you recognize it?

21   A.    Yep.

22   Q.    Okay.  It has a Dow logo at the bottom?

23   A.    Yes, it does.

24   Q.    And it has a "Silvadur" in upper right-hand corner?

25   A.    It does.

1   Q.   And this is the typical microbiological test methods for

2   Silvadur that's performed by Dow?

3   A.   It is not.

4           MR. DARMSTADTER:  Objection, Your Honor, outside the

5   scope of direct.

6           THE COURT:  I'm sorry?

7           MR. DARMSTADTER:  Outside the scope.

8           THE COURT:  Over -- well, he --

9           MR. DARMSTADTER:  We didn't ask anything about testing

10  methods, Your Honor.

11          THE COURT:  I understand that, but he can go into --

12  if you want to, I'm going to sustain the objection, or you can

13  go into it now and save time later, whatever you want to do.

14          MR. VERDE:  Well, no, I do want to go into it, because

15  he did testify as to the testing that's conducted on the

16  antimicrobial.

17          THE COURT:  Okay.  Overruled.

18  BY MR. VERDE:

19  Q.   Now, in terms of the testing on Silvadur, were ASTM

20  standards utilized?

21  A.   GIS standards were utilized.  ASTM standards have been

22  utilized.  It's mainly a squared -- AATCC 100.

23  Q.   AATTC (sic) 100?

24  A.   Yes.

25  Q.   Now, with respect to AATC -- AATTC 100, were there any

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    measurements of log reduction?

2    A.    There are.

3    Q.    Okay.  And what's a log reduction?

4    A.    It's gonna be a factor change in a population of the

5    organisms.

6    Q.    Okay.  And a factor change in organism on what, and how is

7    that tested?

8    A.    It -- I mean, in this case, we're talking about --

9            MR. DARMSTADTER:  Objection, outside the scope,

10   Your Honor.

11           THE COURT:  I think it is outside the scope, Counsel,

12   but when you get to your case, you can recall him.

13   BY MR. VERDE:

14   Q.    The test results in Exhibit No. 272-1, 272-1, where it

15   says "resulting in antimicrobial death," do you see that?

16           MR. DARMSTADTER:  Same objection, Your Honor.

17           THE COURT:  Overruled.

18           THE WITNESS:  Yes.

19   BY MR. VERDE:

20   Q.    Okay.  Now, over what period of time was that tested to

21   determine if there was antimicrobial death?

22   A.    These tests are specified as 24 hours.

23   Q.    So when you say 24 hours, what do you mean by that?

24   A.    Exactly what I said.

25   Q.    How is that implemented, then, in terms of 24 hours?

```
 1   A.    There is -- you want me to go through the process?

 2         MR. DARMSTADTER:  Objection, foundation.

 3   BY MR. VERDE:

 4   Q.    Yes, please.

 5   A.    Yeah.  So fabrics are inoculated with bacterium, and

 6   depending on that test method, it might specify a particular

 7   organism, and they're allowed to grow, and after the 24-hour

 8   point, there's a sampling that's done to look at relative to a

 9   controlled sample, untreated sample, and you can then calculate

10   a log reduction relative to that untreated sample.

11   Q.    So it's after a 24-hour period, then you calculate the

12   level of death on the sample?

13   A.    Yeah, that's how you specify antimicrobial control.

14   Q.    So you don't look at it until after 24 hours; is that

15   right?

16   A.    We do not.

17   Q.    So the log reduction, there's a certain point of -- have

18   you heard the term "log reduction 99.9"?

19   A.    Yes.

20         MR. DARMSTADTER:  Objection, outside the scope.

21         THE COURT:  Overruled.

22   BY MR. VERDE:

23   Q.    What's your understanding of what log reduction 99.9 is?

24   A.    It's a 3 -- it's a 3-log.  It's associated -- it's 99.9

25   percent of the population of the organism relative to the
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    control, the untreated.

2    Q.   And that's after a 24-hour period?

3    A.   It can be.  Depends on the test method.

4    Q.   With respect to the test method that is referred to on

5    272-1, that's after a 24-hour period if you're using a log

6    reduction test?

7    A.   Yes.

8    Q.   And with 99.9 log reduction, how much bacterium is left?

9    A.   The residual, the difference between a hundred percent and

10   that 99.9?

11   Q.   Yes.

12   A.   Yeah.

13        THE COURT:  We'll take judicial notice that's point

14   1 percent.

15   BY MR. VERDE:

16   Q.   No, I'm sorry.  In those tests where -- you're measuring

17   the number of bacterium in the world of a hundred percent, --

18   A.   Yep.

19   Q.   -- right?

20        How many bacteriums are typically found in that world of

21   100 percent?

22        MR. DARMSTADTER:  Objection, Your Honor, foundation.

23        THE COURT:  Sustained.

24   BY MR. VERDE:

25   Q.   Have you ever conducted testing or been -- are you

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   familiar with testing that's -- withdrawn.

2        You're familiar with the testing conducted by Dow on its

3   various products, correct?

4   A.   For the most part.

5   Q.   And you're familiar, you've participated in or have been

6   aware of how products have been tested to get the 99.9 percent

7   log reduction?

8   A.   Yes.

9   Q.   And how are you familiar with that?

10            MR. DARMSTADTER:  Objection, Your Honor, outside the

11   scope.

12            THE COURT:  Overruled.

13            THE WITNESS:  We work with and we specify with

14   third-party labs globally.

15   BY MR. VERDE:

16   Q.   Okay.  Now with respect to this Silvadur product under

17   272-1, is there -- when the testing is done, is there a swab

18   that's measured or -- I'm just -- I'm not in your industry, so

19   I'm kinda wondering, how much bacteria is measured initially

20   when the testing is done?

21            MR. DARMSTADTER:  Objection, lacks foundation.

22            THE COURT:  Sustained.

23       You didn't do the testing yourself, did you?

24            THE WITNESS:  I have not done the testing myself.

25            THE COURT:  Sustained.

1          He's not an expert.  He's not testifying as an expert.

2    BY MR. VERDE:

3    Q.    In the research that you've done, when you say point --

4    withdraw.

5          What's a log 4 reduction?

6    A.    It's 99 --

7              MR. DARMSTADTER:  Objection, Your Honor, outside the

8    scope.

9              THE COURT:  Overruled.

10         That means you can answer.

11             THE WITNESS:  99.99 percent.

12   BY MR. VERDE:

13   Q.    Are you familiar with antimicrobial efficiency testing

14   with respect to log reduction where Silvadur was involved?

15   A.    Yes.

16   Q.    Okay.  And in those tests, were you able to compare log

17   reduction with Silvadur and found that it was log 1, log 2 or

18   log 3?

19             MR. DARMSTADTER:  Objection, Your Honor, lacks

20   foundation.

21             THE COURT:  Did you do the testing yourself on this

22   or --

23             THE WITNESS:  I have not done the testing myself.

24             THE COURT:  Sustained.

25

```
 1   BY MR. VERDE:

 2   Q.   Have you seen studies regarding the log reduction?

 3   A.   I have seen studies.

 4        MR. DARMSTADTER:  Objection, Your Honor.

 5        THE COURT:  He hasn't asked the question yet.

 6   BY MR. VERDE:

 7   Q.   Have you seen studies regarding log reduction?

 8   A.   I have seen studies.

 9   Q.   And the studies relate to the extent of log reduction on

10   the Silvadur product?

11        MR. DARMSTADTER:  Same objection.

12        THE COURT:  Sustained.

13   BY MR. VERDE:

14   Q.   Does Dow use ASTM standards for testing antimicrobial

15   products?

16        MR. DARMSTADTER:  Objection, Your Honor, asked and

17   answered and outside the scope.

18        THE COURT:  Overruled.

19        THE WITNESS:  We have a method with a third party

20   that's submitted to modify ASTM method currently.

21   BY MR. VERDE:

22   Q.   I'm sorry?  I didn't hear you.

23   A.   Specify the method, please.

24   Q.   The ASTM standards.  Does Dow utilize or rely on ASTM

25   standards?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   A.   In general, we do.

 2   Q.   Okay.  And why is that?

 3   A.   It's a standard -- it's a way for us to communicate with

 4   our customers.

 5   Q.   And what's your understanding of what ASTM stands for?

 6   A.   I can't comment.

 7   Q.   But it's -- but your -- when you say it's your way of

 8   communicating with customers, what do you mean by that?

 9   A.   They're standard methods, and standard methods the

10   customers can relate to.

11   Q.   Do you use the -- when you say "customers can relate to,"

12   do you use that so you can provide further information

13   regarding the efficacies of your products?

14   A.   We use standard methods to communicate efficacy of our

15   products.

16   Q.   And those standard methods are ASTM standard methods?

17   A.   They can be.  It depends on the market and industry and

18   what those customers want.

19   Q.   Did you measure -- excuse me.  Withdrawn.

20       Have you ever conducted any testing with respect to log

21   reduction on products that has Silvadur and Nanotex technology?

22           MR. DARMSTADTER:  Objection, outside the scope.

23           THE COURT:  Sustained.

24           THE WITNESS:  I personally have not conducted --

25           THE COURT:  No.  When I say --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE WITNESS:  Oh, okay.

 2              THE COURT:  Let me help you out.

 3              THE WITNESS:  Yep.  Yep.

 4              THE COURT:  Sustained means you don't answer.

 5              THE WITNESS:  Yep.

 6              THE COURT:  Overruled means you do answer.

 7              THE WITNESS:  Yep.

 8              THE COURT:  So it was sustained.

 9  BY MR. VERDE:

10  Q.   Are you aware of any testing involving Silvadur and

11  Nanotex technology performed by Dow?

12              MR. DARMSTADTER:  Same objection, Your Honor.

13              THE COURT:  Overruled.

14              THE WITNESS:  I'm aware.

15  BY MR. VERDE:

16  Q.   Okay.  And how are you aware of that?

17  A.   I've been in meetings.

18  Q.   And what type of testing was -- has been conducted on

19  Nanotex technology and Silvadur when they're placed together as

20  a technology?

21  A.   Can't comment.  Different region.  I just --

22  Q.   How about in the United States?

23  A.   Can't comment.

24  Q.   Why?

25  A.   I just, I have no knowledge of it.  We have -- we have
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   hundreds of projects.  It's one project.

 2              THE COURT:  Okay.

 3   BY MR. VERDE:

 4   Q.   What's the purpose of the log reduction from -- what is

 5   the reason why you would test products for the reduction in

 6   antimicrobial -- withdrawn.

 7        What is the reason why you would test products for the

 8   reduction log?

 9              MR. DARMSTADTER:  Objection, Your Honor.

10              THE COURT:  Sustained.

11              MR. VERDE:  No more questions, Your Honor.

12              THE COURT:  Redirect in that area?

13              MR. DARMSTADTER:  Yes, Your Honor.

14              THE COURT:  Redirect in that area.

15                     REDIRECT EXAMINATION

16   BY MR. DARMSTADTER:

17   Q.   Dr. Frattarelli, counsel asked you some questions about

18   testing after 24 hours.  Do you recall that?

19   A.   Yes.

20   Q.   And you and I spoke earlier about the phrase, "essentially

21   the bacteria is rendered ineffective immediately."  Do you

22   recall that?

23   A.   Yes.

24   Q.   And you told me that that phrase was accurate because

25   Silvadur is bacteriostatic.  Do you remember that?
```

```
1    A.    Yes.

2    Q.    If you are testing something after 24 hours to determine

3    whether or not bacteria was killed, that would be testing for

4    bactericidal; is that correct?

5    A.    Yes.

6    Q.    Thank you.

7          I have nothing further.

8                THE COURT:  Anything, recross in that area?

9                MR. VERDE:  Thank you, Your Honor.

10                        RECROSS-EXAMINATION

11   BY MR. VERDE:

12   Q.    Bacteriostatis, that means it just stops the growth,

13   correct?

14   A.    Yeah.  It's constant.

15   Q.    Doesn't mean it kills the bacteria, correct?

16   A.    It depends on the concentration of the silver.

17   Q.    But if you're looking solely at the term

18   "bacteriostatis," --

19   A.    Yeah.

20   Q.    -- it's not killing the bacteria, it just stops it --

21   A.    It's keeping it from reprocreating, yeah.

22   Q.    But it doesn't stop somebody -- it doesn't stop the

23   bacteria from infecting somebody; is that correct?

24   A.    Can't comment.

25                MR. DARMSTADTER:  Objection, Your Honor, outside the
```

```
1    scope.

2              THE COURT:  He already indicated he can't comment.

3    BY MR. VERDE:

4    Q.   And why is that?

5    A.   I have no knowledge.

6              MR. VERDE:  Thank you.

7              THE COURT:  Okay.  You may step down, but --

8         Do you want this witness to remain?  Either side?

9              MR. VERDE:  Yes, Your Honor.

10             THE COURT:  Okay.

11             MS. HANNA:  Your Honor, this witness is from out of

12   state.  Are we keeping him here today or --

13             THE COURT:  I don't know, Counsel.

14             MS. HANNA:  There's been no request prior --

15             THE COURT:  Counsel, he has to be on call.

16             MS. HANNA:  All right.

17             THE COURT:  So as long as we can get him back in

18   within an hour to an hour and a half.

19        Okay.  You're excused at this time.

20             MS. HANNA:  Thank you.

21             THE COURT:  Next witness.

22             MR. DARMSTADTER:  Your Honor, plaintiff rests.

23             THE COURT:  Okay.

24        Defense?

25        Okay.  I think it's obvious, ladies and gentlemen, at this
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   time we have finished the plaintiff's case.  Now we're going to
 2   the defense case, which is the defense of the allegations made
 3   against it.  And there's also going to be a cross-complaint
 4   made by the defendant against the plaintiff.  Okay?
 5       Counsel.
 6           MR. VERDE:  Your Honor, just briefly, can we have
 7   the -- to the extent there are any witnesses in the courtroom,
 8   if we could --
 9           THE COURT:  Yeah, witnesses should remain outside the
10   courtroom.
11       Okay.
12           MS. HIGHTOWER:  Thank you, Your Honor.
13       The defense would like to call Ben Favret, please.
14           THE CLERK:  Right here and I'll place you under oath
15   again, please.
16       Do you solemnly swear the testimony that you are about to
17   give in the matter now before the court shall be the truth, the
18   whole truth, and nothing but the truth, so help you God?
19           THE WITNESS:  I do.
20           THE CLERK:  Thank you.  You may be seated.
21       May I ask that you please restate your name for the record
22   and spell your last name.
23           THE WITNESS:  Uncas Benjamin Favret, III.
24   F-a-v-r-e-t.
25           THE CLERK:  Thank you.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1              THE COURT:  Okay.  You may inquire, Counsel.

2              MS. HIGHTOWER:  Thank you very much, Your Honor.

3                      UNCAS BENJAMIN FAVRET, III,

4                         having been duly sworn,

5                          testified as follows:

6                          DIRECT EXAMINATION

7    BY MS. HIGHTOWER:

8    Q.   Mr. Favret, good morning.

9    A.   Good morning.

10   Q.   You have been identified here as appearing on behalf of

11   Vestagen, correct?

12   A.   Yes, ma'am.

13   Q.   And there may be some repetition, but I want to make sure

14   that people understand.

15        What is your current position with Vestagen?

16   A.   I'm the founder and president.

17   Q.   You were asked previously about your educational

18   background and as to what degrees that you do have.

19        Would you give me a brief summary of your education,

20   please.

21   A.   Bachelor of science in marketing and entrepreneurship from

22   the University of Alabama.

23   Q.   All right.  And other than those degrees, you have no

24   additional degrees, correct?

25   A.   No, ma'am.
```

432

Q.   Once you obtained your degrees, do you have any other background or experience in the healthcare field?

A.   For the last 30 years, I've worked in the biotechnology, pharmaceutical, medical device industry doing everything from sales, marketing, to product development and research.

Q.   All right.  Thank you.

     Now, let's go to Vestagen itself.  We know that it was established in 2009; is that correct?

A.   Yes, ma'am.

Q.   And in 2009, how many employees did Vestagen have?

A.   Five, including myself.

Q.   All right.  And when you founded Vestagen, did you have a mission?

A.   We did.

Q.   And what was your mission?

A.   To protect healthcare workers, their patients, and their families at home.

Q.   All right.  And is that the same mission of Vestagen today?

A.   Yes, ma'am.

Q.   Apart from your mission, did Vestagen have established, or did they establish a goal for Vestagen in 2009?

A.   Yes, ma'am.  Our vision was to build a world-class company that could transform the market from nonprotective apparel, to fill that gap in healthcare worker safety between nonprotective

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   apparel and personal protective equipment using world-class

 2   research and researchers to accomplish that mission.

 3   Q.   And does that remain the goal of Vestagen today?

 4   A.   Yes, ma'am.

 5   Q.   Has Vestagen achieved that goal?

 6   A.   We're working hard on it every day.

 7   Q.   All right.  But you're not there completely?

 8   A.   No, ma'am.

 9   Q.   Can you tell us what aspects Vestagen has achieved as far

10   as their goal is concerned?

11   A.   Our research is, in fact, world-class, done by the top

12   researchers in the field.  Dr. Dick Wensell, who is the final

13   author on The Bearman Study, is one of the world's most, if not

14   the world's most respected epidemiologist.  The reason there's

15   hand sanitizers outside this courtroom is through research that

16   Dr. Wensell has conducted.  So we have the first and only study

17   ever conducted in a healthcare environment that has been able

18   to show that apparel can --

19             MS. HANNA:  Objection, Your Honor.

20             THE COURT:  I'm sorry?

21             MS. HANNA:  Objection, hearsay.

22             THE COURT:  Sustained.

23   BY MS. HIGHTOWER:

24   Q.   All right.  Just limit it to, if you would tell the jury

25   what you believe you have achieved as far as your goal.  Just
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   identify those aspects.

 2   A.   Sure.  The research that we've done, the customers that

 3   we've worked with, the people that we have on our team.

 4   Q.   All right.  And the product that you've developed?

 5   A.   Of course.  I consider that as part of the research.

 6   Q.   All right.  Going back to 2009 when you began Vestagen,

 7   how did you secure any financing for Vestagen?

 8   A.   Went out to the venture capital community and presented

 9   our business plan, had them review it, and was able to get one

10   of America's great entrepreneurs, Richard Sharp, as our initial

11   investor.

12   Q.   All right.  Did you secure financing from any other

13   source?

14   A.   Initially it was only from Richard Sharp.

15   Q.   Okay.  Now, let me ask you, over the years -- Vestagen has

16   been consistently working since 2009 to the present time,

17   correct?

18   A.   Yes, ma'am.

19   Q.   All right.  And tell me, as of August 2016, was Vestagen

20   making a profit from their sales of their product?

21   A.   No, ma'am.

22        MS. HANNA:  Objection, Your Honor.

23        THE COURT:  Overruled.

24        THE WITNESS:  We haven't made a profit in --

25        THE COURT:  Overruled.
```

```
1        Next question.
2              MS. HIGHTOWER:  Okay.  The objection was overruled,
3    correct?
4              THE COURT:  Yeah.  He answered.
5    BY MS. HIGHTOWER:
6    Q.   Why not?
7    A.   We've spent more money on research than -- and developing
8    our people and our products than we've been able to sell so
9    far.
10   Q.   We need to talk a little bit about the product that
11   Vestagen has created.  Can you explain very simply, what is
12   VESTEX?
13   A.   VESTEX apparel has three primary functions as part of its
14   mechanism of action.  The first is the fluid repellant that
15   gets rid of the bulk contaminant that would be contained in
16   blood, bodily fluids and aerosol or if you were to lean up
17   against something.  The second is the antimicrobial component.
18   The third is, on the inside of the fabric, it wicks, it
19   breathes, just like the clothes everyone has on right now.
20   That accelerates drying but has also been shown to reduce
21   microbes.
22   Q.   Can you explain a little bit more about the antimicrobial
23   aspect of it.
24   A.   The idea of an antimicrobial fabric sounds good.  The
25   studies actually show that antimicrobial alone --
```

1        MS. HANNA:  Objection, Your Honor.

2        THE COURT:  Sustained.

3        MS. HANNA:  Thank you.

4        THE COURT:  As to --

5        MS. HIGHTOWER:  Just give me the characteristics.

6        THE COURT:  You can testify as to your own personal

7    knowledge, but not as to what a study said.  That's hearsay.

8        THE WITNESS:  Okay.  The antimicrobial kills the

9    microorganisms that are on the fabric when it comes in contact

10   with them.  At least ours does.

11   BY MS. HIGHTOWER:

12   Q.   All right.  And as to the fluid barrier aspect of VESTEX?

13   A.   We've designed the fluid barrier to repel fluids with the

14   surface tension that is typically above about 30 dynes, which

15   is the measure.  To give you an example, blood is about 48

16   dynes.  So blood, bodily fluids, sputum, puss, the kinds of

17   things that -- urine, the kind of things that healthcare

18   workers would come in contact, we've been able to show are

19   repelled by the technology on VESTEX.

20   Q.   All right.  And when was the first VESTEX garments

21   developed?

22   A.   We started working on it in 2008, before we even had

23   funding.  The first products were available to the market in

24   2010.

25   Q.   All right.  Once the VESTEX was developed, what did you

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   do, if anything, to determine the efficacy of your technology?
 2   A.   We did extensive laboratory testing.  It is called a
 3   transitional research model, where you go from the
 4   laboratory --
 5             MS. HANNA:  Objection, Your Honor, lacks --
 6             THE COURT:  As to what the testing was, sustained.
 7        But you did laboratory testing?
 8             THE WITNESS:  We did laboratory testing followed by a
 9   in-hospital clinical use study of the product.
10             THE COURT:  Okay.
11   BY MS. HIGHTOWER:
12   Q.   All right.  The testing that you did was designed to do
13   what?
14             MS. HANNA:  Well, lacks foundation, Your Honor.
15             THE COURT:  Overruled.
16        I'm sorry.  Say it again, Counsel.
17             MS. HANNA:  Lacks foundation.
18             THE COURT:  No.  Overruled.
19             MS. HANNA:  The question is --
20             THE COURT:  Overruled.
21             THE WITNESS:  To show the effectiveness of the
22   technology in a healthcare environment in reducing the level of
23   contamination on the apparel both at the beginning of the shift
24   and the end of the shift.
25             THE COURT:  That was what it was designed for.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE WITNESS:  Yes.

 2              THE COURT:  Okay.  Next question.

 3  BY MS. HIGHTOWER:

 4  Q.   All right.  Beyond your own testing, was there any other

 5  testing that Vestagen initiated to determine the efficacy of

 6  the VESTEX?

 7  A.   Yes.  We also initiated validation studies, based on our

 8  conversations with the FDA, to show effectiveness of our

 9  technology in worst-case scenarios, is what the FDA requires,

10  so --

11  Q.   Okay.  Who did you -- was there another study, an outside

12  study, that was commissioned?

13  A.   Yes.  With Dr. Richard Wensell and Gonzalo Bearman, and

14  then another study with Dr. Matt Hardwick and Tom Walsh.

15  Q.   Okay.  Let's just go to the first study --

16  A.   Okay.

17  Q.   -- which has been previously referred to as The Bearman

18  Study, correct?

19  A.   That's correct, uh-huh.

20  Q.   All right.  Where was this study performed?

21  A.   Virginia Commonwealth University.

22  Q.   How did it -- how was it initiated?  Did you contact the

23  university?

24  A.   Dr. Wensell and I had known each other back to my days at

25  Pfizer, so I contacted him to -- and he's one of -- he is the
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   world's most respected epidemiologist, so I contacted him.

 2   Q.   Okay.  So you contacted Dr. Wensell, and where was

 3   Dr. Wensell -- how is he involved in any way with the study?

 4   A.   I presented the technology to him.  He was impressed.  He

 5   said we would like to --

 6           MS. HANNA:  Objection, Your Honor.

 7           THE COURT:  Sustained.  It would be hearsay as to what

 8   somebody might have said.

 9           THE WITNESS:  Okay.

10   BY MS. HIGHTOWER:

11   Q.   You presented the technology to him?

12   A.   Presented the technology and the concept, what we had

13   done, what our research said.

14   Q.   And what did the discussion evolve into?

15   A.   Dr. Wensell proposed that we do a study to --

16           MS. HANNA:  Objection, Your Honor.

17           THE WITNESS:  -- document the effectiveness of the

18   technology.

19           MS. HIGHTOWER:  I'm sorry, Your Honor.  I was waiting

20   for you.

21           THE COURT:  Overruled.  He said that the doctor

22   proposed that they conduct a study.

23   BY MS. HIGHTOWER:

24   Q.   All right.  Where was this study performed?

25           MS. HANNA:  Objection.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE WITNESS:  In the medical intensive care unit at
 2   Virginia Commonwealth University.
 3              THE REPORTER:  I'm sorry, Your Honor, I can't hear the
 4   objection.
 5              THE COURT:  Okay.
 6              MS. HANNA:  I will try to be louder.
 7              THE COURT:  Okay.  You can pull that microphone up to
 8   you, also.
 9              MS. HIGHTOWER:  Now --
10              THE WITNESS:  I'm listening.
11              THE COURT:  You can go ahead, Counsel.
12   BY MS. HIGHTOWER:
13   Q.   All right.  The study was actually commissioned with the
14   University of Virginia?
15   A.   Virginia Commonwealth University.
16   Q.   All right.  Did Vestagen direct what the protocol of the
17   study would be?
18   A.   No, ma'am.  Dr. Wensell and Dr. Bearman designed the study
19   protocol.
20   Q.   All right.  And what is your understanding as to, based on
21   the protocol, what the study would do?
22              MS. HANNA:  Objection, Your Honor.
23              THE COURT:  Sustained.
24   BY MS. HIGHTOWER:
25   Q.   All right.  At any time when you -- did you discuss the
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   study with the University of Virginia as to what was to be

 2   studied?

 3   A.   We had a contracting process we had to go through.  The

 4   contract, once Dr. Wensell, Dr. Bearman developed the

 5   protocol --

 6            THE COURT:  The question is, did you --

 7       Why don't you ask the question again.

 8       Listen to the question.

 9       Go ahead, Counsel.

10   BY MS. HIGHTOWER:

11   Q.   Did you direct what the study was to be done on?

12            THE COURT:  Did you direct it?

13            THE WITNESS:  I didn't direct how the study was done.

14   I said, "Hey, look, these are the products that we want

15   studied."

16   BY MS. HIGHTOWER:

17   Q.   All right.  What was the product that was to be studied by

18   the University of Virginia?

19   A.   Our VESTEX apparel.

20   Q.   Thank you.

21       And what was -- the apparel itself, it's our understanding

22   that there was a cotton mix on the garment?

23   A.   Yes, ma'am.  It was a poly-cotton fabric that was studied.

24   Q.   All right.  And was this the original VESTEX material --

25   A.   It was --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1   Q.   -- fabric?

2   A.   Yes, ma'am.

3   Q.   All right.  Why did you choose to have that fabric

4   studied?

5   A.   Based on our conversations with the FDA, once we got the

6   protocol, we had submitted the protocol to the FDA, they

7   provided feedback as part of our pre-FDA filing process.  The

8   FDA recommended that the study be conducted --

9              MS. HANNA:  Objection, Your Honor.

10             THE WITNESS:  -- with worst case --

11             THE COURT:  Sustained as to what they recommend.

12   Again, that's hearsay to what they said.

13       Why don't you help me out and pull the microphone a little

14   closer to you.

15             THE WITNESS:  Sure.

16             THE COURT:  There you go.

17             MS. HIGHTOWER:  And slow down --

18             THE WITNESS:  Sure.

19             MS. HIGHTOWER:  -- so everyone can understand you.

20             THE WITNESS:  Sure.

21       The FDA guidance documents for the studies suggest that

22   you use --

23             MS. HANNA:  Objection, Your Honor, hearsay.

24             THE COURT:  Sustained.  It would be hearsay.

25             MS. HIGHTOWER:  All right.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Next question.

 2   BY MS. HIGHTOWER:

 3   Q.   Did you have an idea or did you make the decision to have

 4   that particular fabric as the focus of the study?

 5   A.   Yes, ma'am.

 6   Q.   And why?

 7   A.   Because it represents the worst-case scenario that is

 8   used.  Poly-cotton fabrics have been shown to acquire --

 9              MS. HANNA:  Objection.

10              THE WITNESS:  -- and retain more contamination than

11   polyester fabrics.

12              MS. HIGHTOWER:  Thank you.

13              MS. HANNA:  Your Honor, I move to strike it.

14              THE COURT:  Overruled.  Next question.

15   BY MS. HIGHTOWER:

16   Q.   All right.  Do you have personal knowledge as to how long

17   the study took?

18   A.   From the time we signed the contract to the time the study

19   was -- was done was almost a year.

20   Q.   All right.  And when --

21   A.   Actually more than that.

22   Q.   -- was it completed?

23   A.   It -- it was published in March of 2012, I believe.

24   Q.   All right.

25              Your Honor, at this time I believe that Exhibit 591, if we
```

```
 1    can bring that up --

 2              THE COURT:  Has that been introduced already?  I

 3    believe -- has that been introduced?

 4              MS. HIGHTOWER:  I believe that it has.

 5              MS. HANNA:  Well, let me just --

 6              MS. HIGHTOWER:  All right.  I may be wrong.  I'm wrong

 7    all the time.

 8              THE COURT:  That's okay.  I'll find out real fast.

 9         Sharon, do you --

10              THE CLERK:  I'm looking right now.

11              MS. HIGHTOWER:  Is that the one you withdrew?  On the

12    list?

13              THE CLERK:  I do not have that in evidence.

14              MS. HIGHTOWER:  All right.  Then I would like, for

15    identification purposes, Exhibit 591?

16              THE COURT:  Okay.

17              MS. HIGHTOWER:  I believe it's 591.

18         (Marked for identification, Exhibit 591.)

19    BY MS. HIGHTOWER:

20    Q.   All right.  Do you have that document in front of you?

21    A.   I do.

22    Q.   What do you understand this document to be?

23    A.   This is a copy of the study conducted at Virginia

24    Commonwealth University by Dr. Wensell and Dr. Bearman.

25    Q.   Have you seen this document before?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    A.    Many times.

2    Q.    Was this document provided to you by the University of

3    Virginia, Dr. Wensell and Dr. Bearman?

4    A.    It was published in Infection Control & Hospital

5    Epidemiology.  They didn't give me a copy of the study.

6    Q.    Okay.  When did you first see the outcome of the study?

7    A.    They presented the results of the study in a poster at the

8    Society of Health Care & Epidemiology meeting the year pre --

9    in 2011, I think it was.

10   Q.    All right.  You indicated that the study was finished in

11   2012, correct?

12   A.    That's when it was published.

13   Q.    All right.

14   A.    The study ended --

15   Q.    Do you have an understanding of where the study was

16   published?

17   A.    Infection Control & Hospital Epidemiology is the name of

18   the journal.

19   Q.    Is that a recognized journal as far as you know?

20   A.    It is considered the premier journal in hospital

21   epidemiology and infection prevention.

22   Q.    Do you have an understanding as to whether or not this was

23   a peer-reviewed article?

24         MS. HANNA:  Objection, foundation.

25         THE COURT:  Sustained.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   BY MS. HIGHTOWER:

 2   Q.   When you reviewed The Bearman Study, did you have an

 3   understanding of what the study showed?

 4   A.   Very much so.

 5   Q.   And as it affected the VESTEX?

 6   A.   Has it effected the -- I'm not sure --

 7   Q.   As it effected -- as it pertains --

 8   A.   Yes.

 9   Q.    -- to the VESTEX, the fabric?

10   A.   Yes.

11   Q.   And so just tell us your understanding of the outcome of

12   the study.

13            MS. HANNA:  Objection, hearsay.

14            THE COURT:  Sustained.

15   BY MS. HIGHTOWER:

16   Q.   Do you know whether or not there had been other

17   third-party reviews of the study?

18   A.   Multiple.

19   Q.   And do you know of your own personal knowledge what some

20   of those third-party reviews are?  Just identify the journal.

21   A.   I do.  The American Hospital Association has reviewed this

22   research --

23            MS. HANNA:  Objection.

24            THE WITNESS:  -- and endorsed --

25            THE COURT:  Excuse me.  Excuse me.  You can't say they
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   endorsed it.  They have to say that.

 2              MS. HIGHTOWER:  I just wanted --

 3              THE COURT:  You can't get evidence in that's not

 4   admissible.  You can say who reviewed it.  Their evaluation,

 5   they're going to have to come in and say that.  Otherwise, it's

 6   just an opinion on your part.

 7              THE WITNESS:  Okay.

 8              THE COURT:  Go ahead.

 9              MS. HIGHTOWER:  Thank you, Your Honor.

10   Q.   Just identify the entities, please.

11   A.   The American Hospital Association, the National Institutes

12   of Health, OSHA, Society of Healthcare Epidemiology, the

13   Operating Room Nurses, the Gastroenterology Nurses Society, are

14   all people who have referenced and quoted our research.

15   Q.   All right.  Now, after The Bearman Study --

16              MS. HANNA:  I'm sorry, I'm sorry, Your Honor.  I move

17   to strike the last part of that answer.

18              THE COURT:  As to whether they quoted the research --

19              MS. HANNA:  Yes.

20              THE COURT:  -- that would be stricken.

21              MS. HANNA:  Thank you.

22              THE COURT:  Go ahead.

23   BY MS. HIGHTOWER:

24   Q.   After The Bearman Study which we have talked about, were

25   there any other studies of the VESTEX fabric?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1     A.    There were.   Multiple.

2     Q.    And what was the next study that you are aware of or that

3     Vestagen commissioned to study the efficacy of the VESTEX?

4     A.    It was called "the fabric challenge," which was a

5     modification of the ASTM 2149 method, to validate the results

6     of The Bearman Study.

7              MS. HANNA:   Objection, Your Honor.

8              THE COURT:   Overruled.

9     BY MS. HIGHTOWER:

10    Q.    All right.  And Vestagen commissioned that study as well?

11    A.    We did.

12    Q.    And you paid for it?

13    A.    We did.

14    Q.    And do you know who the individuals were that conducted

15    that study?

16    A.    Dr. Matthew Hardwick and Dr. Thomas Walsh.

17    Q.    And was that study -- did you receive the results of that

18    study?

19    A.    I did.

20             MS. HIGHTOWER:   And if we can, Exhibit 238.   I'm

21    sorry, I can't identify the binders.   I don't know which ones

22    they are.

23             THE COURT:   While she's getting that, let me help you

24    out as far as testifying.   What your counsel's asking you is

25    what studies were involved, not what the results of those

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1   studies were.  They'd have to come and testify to that.  But
2   you can say what types of studies you asked to be run and
3   et cetera.  Okay?
4              THE WITNESS:  Okay.
5   BY MS. HIGHTOWER:
6   Q.   Would you look at exhibit -- I believe it's 238.
7              MS. HANNA:  I believe that exhibit was withdrawn.
8              MS. HIGHTOWER:  It was withdrawn without our
9   knowledge.  I would like it reintroduced as an exhibit.
10             THE COURT:  Okay.
11             THE WITNESS:  There is no 238 here.
12             MS. HIGHTOWER:  So there was no copy made.
13        May I approach the clerk, Your Honor?
14             THE COURT:  Yes.
15             MS. HIGHTOWER:  I have a copy here.
16             THE COURT:  And for the plaintiff, also?
17             MS. HIGHTOWER:  I'm sure they have a copy.
18             THE COURT:  No, no.  We have to produce a copy for
19   the plaintiff, also.
20             MS. HANNA:  I'll just quickly review it, Your
21   Honor.
22             THE COURT:  Okay.
23             MS. HIGHTOWER:  And Your Honor, I'll make sure copies
24   are provided, written copies.
25        (Marked for identification, Exhibit 238.)
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    BY MS. HIGHTOWER:

 2    Q.    All right.  Before you is Exhibit 238.  Can you identify

 3    that for me, please.

 4    A.    Yes, ma'am.

 5    Q.    What is it?

 6    A.    It's a copy of the published journal article from the

 7    ASTM.

 8    Q.    And is this the study that Vestagen commissioned after

 9    The Bearman Study?

10    A.    It is.

11    Q.    All right.  And was the outcome of this study published,

12    to the best of your knowledge?

13    A.    It was.

14    Q.    And where was it published?

15    A.    In the ASTM journal.

16    Q.    And --

17    A.    Part of the meaning --

18    Q.    -- was it peer-reviewed, to the best of your knowledge?

19    A.    Yes, it was.

20          MS. HANNA:  Objection, foundation.

21          MS. HIGHTOWER:  Thank you.

22          THE COURT:  Sustained on the peer review.  Sustained.

23    BY MS. HIGHTOWER:

24    Q.    All right.  I'd like to talk to you for a few minutes

25    about the philosophy of Vestagen in the promotion of VESTEX.
```

```
 1          What is the focus of Vestagen regarding how they promote

 2    VESTEX itself?

 3    A.   We say what our research says.

 4    Q.   Okay.  How do you contact potential customers, clients?

 5    A.   Typically, from either people we know or referrals we get.

 6    Hospital executives, administrators, typically chief nursing

 7    officers, VPs of quality and safety, infection prevention,

 8    epidemiology, chief operating officers, are typically the

 9    people that contact us or we meet and meet with.

10    Q.   All right.  So what you're describing, is it fair to say

11    that your promotion is primarily through direct contact?

12          MS. HANNA:  Objection, leading.

13          THE COURT:  Overruled.

14          THE WITNESS:  100 percent.

15    BY MS. HIGHTOWER:

16    Q.   All right.  Do you also have a website?

17    A.   We do.

18    Q.   And do you have written materials that have been developed

19    for VESTEX?

20    A.   We do.

21    Q.   All right.  Do you utilize the website or the written

22    materials as part of your promotion of VESTEX?

23    A.   Not -- not really.  I mean, we have a website like

24    everybody does, but it's -- you know, people will go to look at

25    it, but it's not like that's what we really tout.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    Q.   And Mr. Favret, as part of your duties and

2    responsibilities at the present time with Vestagen, do you

3    review the advertising that is done on your website?

4    A.   Currently, no, I do not.

5    Q.   Okay.  Is there someone that you have delegated to review

6    the material on your website?

7    A.   Marc Lessem is in charge right now, currently.

8    Q.   How about the review of any written materials that you

9    provide?  Do you review those?

10   A.   Yeah, on occasion.  We're a small company, so, you know,

11   we'll always meet together and review things.

12   Q.   To the best of your knowledge, do you have anyone else who

13   reviews your website or written materials and the information

14   contained therein?

15   A.   Yes, we do.  We have met with the EPA, the FDA, and

16   multiple regulatory legal consultants in developing all of our

17   claims.

18   Q.   All right.  Just talking about the material that is on the

19   website or in written materials, have you actually submitted

20   the language from your website or your written materials to any

21   of these governmental organizations?

22   A.   We have -- well, with the EPA at one time we actually did,

23   and they made comment and went back and forth on it.  With the

24   FDA, we have ongoing interactions with them all the time.  I

25   know working on an FDA filing --

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    Q.    Okay.  But have they seen the material on your website and

2    in your written materials --

3    A.    They're -- the FDA --

4    Q.    -- to the best of your knowledge?

5    A.    Yes.

6    Q.    Have they provided input to you as far as your advertising

7    is concerned?

8              MS. HANNA:  Objection, hearsay.

9              THE COURT:  Overruled.

10             THE WITNESS:  Yes, they have.

11   BY MS. HIGHTOWER:

12   Q.    All right.  And have you made the appropriate revisions to

13   your website or to your written materials based on any input

14   from the FDA, for example?

15   A.    Yes, we have.

16   Q.    All right.  Now, in 2014, you entered into an agreement

17   with the healthcare group that we've heard about, correct?

18   A.    Baptist Health, is that --

19   Q.    Yes.

20   A.    Yes.

21   Q.    Do you know when the first contacts were with Baptist

22   Health?

23   A.    2010, 2011, in that time frame.

24   Q.    And who did you have contact with at Baptist Health in

25   2010 or 2011?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   A.    Multiple people.  Diane Raines, John Wilbanks, their chief
 2   medical officer, their VP of quality and safety, their
 3   epidemiologist, their infection prevention team, their HR
 4   people, their marketing people, their chief experience officer.
 5   Q.    Was this over a period of time?
 6   A.    With all of our customers, it's always over an extended
 7   period of time.
 8   Q.    All right.  And you submitted written materials to them
 9   regarding the VESTEX?
10   A.    We submitted our studies.
11   Q.    Okay.  Ultimately, an agreement was reached with Baptist
12   Health, correct?
13   A.    It was.
14   Q.    What was that agreement?
15   A.    That they would provide --
16         MS. HANNA:  I'm sorry, I'm not sure if it's being
17   asked about a written agreement.  Hearsay.
18         THE COURT:  I don't know.
19   Is this a written agreement you entered into?
20         THE WITNESS:  Yeah.
21         THE COURT:  Okay.  Go ahead.
22   BY MS. HIGHTOWER:
23   Q.    Okay.  What was the basis of the written agreement?
24   A.    That they would purchase VESTEX healthcare worker and
25   patient apparel for their healthcare workers and patients.
```

```
 1   Q.    All right.  And was there a provision for a specific

 2   period of time that they would do this?

 3   A.    I believe so.  I believe it was a five-year agreement.

 4   Q.    Was Vestagen to provide anything to Baptist Health beyond

 5   the garments themselves?

 6   A.    Other than customer service and implementation, there

 7   wasn't anything that we were supposed to do outside of that.

 8   Q.    Would it be fair to say that your implementation and

 9   customer service included education and training?

10   A.    Yes, ma'am.

11   Q.    All right.  We heard some testimony regarding complaints

12   that had been received from Baptist Health regarding reactions,

13   if you will, to the VESTEX documents, and you were questioned

14   on that previously.  Do you know if there has been, and just of

15   your own personal knowledge, any definitive evidence that

16   Vestagen created those reactions?

17              MS. HANNA:  Objection.

18              THE COURT:  Overruled.

19         Anything that you know of.

20              THE WITNESS:  No.  There is no evidence that has been

21   shown.

22              MS. HANNA:  Objection.

23              MS. HIGHTOWER:  No.

24              THE COURT:  That you know of.

25              THE WITNESS:  No.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    BY MS. HIGHTOWER:

2    Q.   Just as far as your personal knowledge, do you know of

3    anything that's been established that shows the Vestagen

4    documents -- or Vestagen garments caused those reactions?

5    A.   No.

6    Q.   All right.  Is Baptist Health your largest customer?

7    A.   Right now, probably not.

8    Q.   All right.  And are there others, then, given that answer,

9    that do purchase the VESTEX garments?

10   A.   Many.

11   Q.   Have you had complaints from any of your other customers

12   or clients regarding a response to the wearing of the VESTEX

13   garments?

14           MS. HANNA:  Objection, hearsay.

15           THE COURT:  Overruled.

16           THE WITNESS:  No, ma'am.

17   BY MS. HIGHTOWER:

18   Q.   All right.  Does Baptist Health still purchase your

19   VESTEX?

20   A.   They do.

21   Q.   Now, you were shown some advertising materials from

22   Vestagen, and I would refer you to documents -- which I believe

23   are in evidence, but I may be wrong, you can correct me -- as

24   being on the website, and it was Exhibit 246.  And this is one

25   of the articles on your website, correct?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    A.   It appears to be.

 2    Q.   All right.  And you also were shown Exhibit 249 as being

 3    part of your website.  Does that look familiar to you?

 4    A.   It does.

 5    Q.   The language in the website that is shown to you, are you

 6    familiar with that language?

 7    A.   For the most part, yeah.

 8    Q.   All right.  And do you yourself believe that any of the

 9    information contained in that advertising is false or

10    misleading?

11              MS. HANNA:  Objection.

12              THE COURT:  Overruled.

13              THE WITNESS:  No, ma'am.

14    BY MS. HIGHTOWER:

15    Q.   Why not?

16    A.   Because it's based on the research that we've done --

17              THE COURT:  Well, that would be sustained.

18              MS. HANNA:  Thank you.  Thank you, Your Honor.

19              THE COURT:  What somebody else said would not be

20    admissible unless they come in in court.

21              MS. HIGHTOWER:  All right.

22              THE COURT:  But one way or the other, you do not

23    believe it's misleading.

24              THE WITNESS:  I do not.

25              THE COURT:  Next question.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    BY MS. HIGHTOWER:

2    Q.   Let me ask you some questions just to clarify.  You

3    indicated that you had ongoing contacts with the FDA, correct?

4    A.   Yes, ma'am.

5    Q.   And that's the Food and Drug Administration, correct?

6    A.   Yes, ma'am.

7    Q.   When did these interactions with the FDA begin?

8    A.   2009.

9    Q.   And do you still remain in contact with the FDA?

10   A.   On a regular basis.

11   Q.   All right.  Now, we've heard that there is a claim that

12   VESTEX is registered with the FDA as a Class I medical device.

13   Is that a true claim?

14   A.   Yes, it is.

15   Q.   There was a period of time when that registration was not

16   active; is that correct?

17   A.   That is true.

18   Q.   And do you know how long a period of time this was?

19   A.   I don't know exactly, but it was a couple months.

20   Q.   Okay.  Do you know why --

21   A.   Yes.

22   Q.   -- it was inactive?

23   A.   We failed to pay our fees, because the person that was in

24   charge of the registration had left the company, and the e-mail

25   notifying us that the fees -- or the registration was going to
```

```
1    inactive went to an e-mail that was inactive, and we didn't get

2    notification.

3    Q.   All right.

4    A.   So when we found out, we corrected the situation.

5    Q.   At the present time, are you currently and actively

6    registered --

7    A.   Yes, ma'am.

8    Q.   Let me finish, please.

9         The VESTEX is currently registered and active as a Class I

10   medical device, correct?

11   A.   That is correct.

12   Q.   All right.  Now, one of the additional things that have

13   been brought to the attention in this case is that your

14   advertising indicates that you are pursuing a Class II with the

15   FDA, correct?

16   A.   Yes, ma'am.

17   Q.   And what is a Class II?

18   A.   It allows you to make expanded claims on the research and

19   effectiveness of your technology.

20   Q.   All right.  And have you achieved a Class II status as

21   yet?

22   A.   We're working hard on it.

23   Q.   How long have you been working on it?

24   A.   I mean, you could say going back to 2009 we've been

25   working with the FDA on all the research and getting everything
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    through the FDA.  The current filing has been about a year.

2    Q.   All right.  And do you know what the current status of

3    that filing is?

4    A.   We're making great, tremendous progress and have agreement

5    with the FDA on a lot of elements and still have some work that

6    we're finishing up.

7    Q.   Okay.  All right.  And are you -- but you're continuing to

8    follow up with the FDA; is that correct?

9    A.   Yes, we're very pleased with the progress that we're

10   making with the FDA.

11   Q.   Mr. Favret, that's a "yes" or "no."

12   A.   Yes.

13   Q.   Okay.  Thank you very much.

14        Your Honor, I don't have any other questions.

15        THE COURT:  Okay.  Cross-examination.

16        Thank you, Counsel.

17                        **CROSS-EXAMINATION**

18   BY MS. HANNA:

19   Q.   Good morning, Mr. Favret.

20   A.   Good morning.

21   Q.   Sir, I just -- could you remind the ladies and gentlemen

22   of the jury again.  I believe you've testified that you are not

23   a scientist; is that right, sir?

24   A.   That is correct.

25   Q.   You hold no degrees in microbiology, correct, sir?

```
 1   A.   Never said I did.

 2   Q.   You hold no degrees in chemistry or any science, correct?

 3           MS. HIGHTOWER:  All of this has been -- objection.

 4           THE COURT:  It's been asked and answered.

 5           MS. HIGHTOWER:  Yes.  Thank you, Your Honor.

 6   BY MS. HANNA:

 7   Q.   With respect to the fabric that was tested in The Bearman

 8   Study, you told us that that was a poly-cotton fabric, right?

 9   A.   Correct.

10           MS. HANNA:  I believe that we have entered into

11   evidence two samples of the -- of Vestagen VESTEX fabrics,

12   Exhibit 345 and 346.  May I please request those?

13   Q.   And while we are obtaining those samples, Mr. Favret, let

14   me just ask you, the fabric that VESTEX uses, I believe you

15   said, changed in 2015, right?

16   A.   That -- I think that's when we launched the -- the new --

17   new signature stretch fabric.

18   Q.   Right.  Okay.  And that's the fabric that's synthetic,

19   right?

20   A.   Right.

21   Q.   Completely synthetic.

22        The studies done by Bearman and Hardwick, they were both

23   done before 2015, correct?

24   A.   Yeah.  We continued to do other studies.

25   Q.   So can you confirm for the ladies and gentlemen of the
```

1  jury that 345 is the myGuardian, the original fabric that was

2  used?

3  A.   It appears to be.

4        MS. HANNA:  Your Honor, may I actually publish to

5  allow the jurors to feel that fabric?

6        THE COURT:  No.

7  BY MS. HANNA:

8  Q.   And then can you confirm for the jury that 246 is the new

9  fabric that VESTEX is now using?

10        THE COURT:  By the way, they can feel them when they

11  get back and deliberate, not now.

12        MS. HANNA:  Okay.  Thank you, Your Honor.

13  Q.   I'm sorry, did you --

14  A.   Yeah.

15  Q.   -- confirm?

16  A.   Mm-hmm.

17  Q.   And would you agree with me, sir, that there is a -- do

18  you know what a hand feel is?

19  A.   I do.

20  Q.   And that means how it feels to the touch?

21  A.   Yeah.

22  Q.   Would you agree with me that there is a different hand

23  feel between the original fabric and the one that VESTEX is

24  using currently?

25  A.   Yeah.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1   Q.   Okay.  Sir, do you have on your website something that

2   discloses to the consumer, that you said may go to your website

3   or look at your press releases, that when you cite to The

4   Bearman Study, it's not the fabric that you currently are

5   distributing?  Do you have something that discloses that to the

6   consumer?

7   A.   No.

8   Q.   Okay.

9   A.   It's not necessary.

10  Q.   All right.  You don't feel it's necessary for a consumer

11  to be aware that the study that you are citing to veri- -- or

12  to support your findings about the efficacy of your product

13  isn't the actual product that was tested?

14          MS. HIGHTOWER:  Objection.

15          THE WITNESS:  That is not what I'm saying.

16          THE COURT:  Sustained.  Argumentative.  Next question.

17          THE WITNESS:  We've done validation studies --

18          THE COURT:  Excuse me.  There's no question pending.

19          MS. HANNA:  Thank you.

20          THE COURT:  Next question.

21  BY MS. HANNA:

22  Q.   Sir, I want to ask you to take a look at, and I believe

23  this is in Volume 2 of the black binder, Exhibit 244.

24          THE COURT:  Are you through with the garments, so we

25  can move them back?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              MS. HANNA:  Yes.  I'm sorry, yes.

 2              THE CLERK:  Do you still have the binder in front of

 3    you?

 4              THE WITNESS:  No, ma'am.

 5         244?

 6    BY MS. HANNA:

 7    Q.   244, sir.  If you could please take a look at that.

 8    A.   There's no such -- there it is.  It's hidden behind the

 9    tab.  Sorry.

10    Q.   Okay.

11    A.   Okay.

12    Q.   That's a e-mail chain.  The bottom e-mail is from Amber

13    Mitchell to you --

14    A.   Uh-huh.

15    Q.   -- in June 19th, 2014.

16         Do you see that?

17    A.   Yes, ma'am.

18    Q.   And she says -- subject is claims matrix, correct?

19    A.   Correct.

20              MS. HANNA:  Your Honor, I'd like to move 244 into

21    evidence.

22              THE COURT:  Be received.

23         (Received in evidence, Exhibit 244.)

24    BY MS. HANNA:

25    Q.   And if we look at the bottom portion -- Amber Mitchell
```

1    again is who?  You're familiar with who that is?

2    A.   Yes.  She -- currently, she's the executive director of

3    the International Healthcare Worker Safety Center.

4    Q.   And at the time she wrote this e-mail, was she an employee

5    of Vestagen?

6    A.   I don't think so.

7    Q.   Okay.

8    A.   I think she was consulting with us, but I don't think she

9    was an employee at this time.

10   Q.   All right.  She says to you, "What do you think of the

11   attached?  I cleaned it up and put it into more traditional

12   claims matrix format."  And she's talking about the claims

13   matrix that we looked at earlier.  Do you recall that?

14   A.   Yeah.

15   Q.   And that claims matrix has been admitted into evidence,

16   and I believe that was Exhibit 24.

17        If we could put that up.

18        Do you recall us going through this claims matrix?

19   A.   I do.

20   Q.   And I'll take you to the second page, 24-2, in which

21   Ms. Mitchell was instructing or advising you as to what claims

22   can and cannot be made regarding the antimicrobial --

23   A.   Mm-hmm.

24   Q.   -- and the disclaimers that were required?

25   A.   Mm-hmm.  Yes, ma'am.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   Q.   Do you recall that, sir?

 2   A.   I do.

 3   Q.   And do you recall that specifically Vestagen was aware

 4   that they could not make claims about a 99.99 percent reduction

 5   of MRSA until they got Class II clearance?  Correct?

 6   A.   At that point in time, that was our understanding.

 7   Q.   And sir, you have been working with the FDA since 2009 to

 8   get that clearance, correct?

 9   A.   In -- well, not --

10        MS. HIGHTOWER:  Objection.

11        THE WITNESS:  We haven't had an application in front

12   of them since then, but we've been working with the FDA for an

13   extended period of time.

14   BY MS. HANNA:

15   Q.   And as of today, you have still not received clearance

16   from the FDA; isn't that true, sir?

17   A.   Not yet.  We're very close.

18   Q.   And so the answer is, no clearance from the FDA yet to

19   make those claims?

20   A.   Not for -- no, I didn't say that.

21   Q.   Sir, isn't it true that despite not receiving the

22   clearance to make claims, that your website continues to make

23   claims about a 99.99 percent reduction in MRSA?

24   A.   It is.

25        Your Honor, I feel like she's manipulating things here.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

467

```
 1              THE COURT:  Excuse me.  You don't understand the
 2     process.  The attorneys control the case.  They ask you
 3     questions, you answer the questions.  If your attorney wants to
 4     expand on it, they'll expand on it.
 5              THE WITNESS:  Okay.
 6              THE COURT:  But it's gotta be done through the
 7     attorneys.  It's not just a witness getting up there and being
 8     able to tell their story.  It's gotta be done through question
 9     and answer so there can be objections made, et cetera.
10         Next question.
11     BY MS. HANNA:
12     Q.   Sir, who is Tony -- or Antonio Pruna?  Who is that?
13     A.   He was our former CFO.
14     Q.   And are you aware of Mr. Puna confirming that, based on
15     the concerns that Strategic Partners had raised regarding
16     Vestagen's claims on its website and its marketing material,
17     confirming that you would modify the website and marketing
18     material to remove those claims?
19              MS. HIGHTOWER:  Objection.
20              THE COURT:  Grounds?
21              MS. HIGHTOWER:  Hearsay.
22              THE COURT:  Sustained.
23              MS. HANNA:  Your Honor, is -- I'm sorry.
24     Q.   Mr. Favret, when Mr. Pruna, acting as the CFO, provides
25     the company's position, does he do so based on his authority as
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    the CFO at the time?

2    A.   I wasn't aware of that communication.

3              THE COURT:   That's not the question.  Listen to the

4    question.

5         Counsel, ask the question again.

6    BY MS. HANNA:

7    Q.   When Mr. Pruno makes a statement regarding Vestagen's

8    position, does he do so within his authority as the CFO at that

9    time?

10             MS. HIGHTOWER:   Objection, no foundation.

11             THE COURT:   Overruled.

12             THE WITNESS:   I don't -- I don't understand the --

13        Do I answer it?

14             THE COURT:   Yeah.  It's a pretty straightforward

15   question.

16             THE WITNESS:   I never directed Tony to provide any

17   answer.  I don't --

18             THE COURT:   No, no.  Excuse me.  Listen to the

19   question.

20             THE WITNESS:   Okay.

21             THE COURT:   Just answer the question.  It's a very

22   straightforward question.

23        Do you want to ask it again, please?

24   BY MS. HANNA:

25   Q.   Was Mr. Pruno, when he gave the company's position about

```
 1    what it would and would not do with respect to its advertising

 2    and marketing of the VESTEX product, did he do so within his

 3    authority as the CFO of Vestagen at that time?

 4    A.    That wouldn't be under the authority of the CFO.

 5    Q.    Were you aware that Mr. Pruna made --

 6    A.    I was not.

 7    Q.    I'd like you to take a look at Exhibit 283, please.

 8    A.    It's not in this binder.

 9    Q.    You are right, sir.  It is in the third binder.

10          Do you have that letter in front of you, sir?

11    A.    I do.

12    Q.    It's a letter dated July 14, 2016.  Do you see that?

13    A.    I do.

14    Q.    It is a letter that's signed by Antonio M. Pruno as a CFO

15    on Vestagen letterhead, correct?

16    A.    It is.

17    Q.    It is cc'd to Bill Bold as the CEO of Vestagen, correct?

18    A.    Correct.

19    Q.    When Mr. Pruna sent this letter out confirming that

20    Vestagen would agree to change its advertisement claims, was he

21    doing so within his authority?

22          MS. HIGHTOWER:  Objection, Your Honor.  The

23    introduction of this exhibit violates your motion in limine.

24          MS. HANNA:  I have not --

25          THE COURT:  It hasn't been introduced.  Overruled.
```

1          MS. HANNA:  Thank you.

2          THE COURT:  Ask the question again, Counsel.

3          MS. HANNA:  Thank you, Your Honor.

4   Q.   When Mr. Pruno sent out this letter on July 14th, 2016, on

5   Vestagen letterhead, confirming that Vestagen would change its

6   claims on its website and advertising material, did he do so

7   within his authority as an executive officer of Vestagen?

8          THE COURT:  And the question should be asked, if the

9   letter was sent out, is he doing so?

10          THE WITNESS:  I assume that Bill Bold directed him to

11   do so.  I wasn't involved in this letter.

12          THE COURT:  Okay.

13   BY MS. HANNA:

14   Q.   Were you aware, sir, that Vestagen had agreed to modify

15   its advertisement?

16   A.   I would agree that there was -- I was aware of a process.

17   Q.   To modify its advertisement, correct?

18   A.   Correct.

19   Q.   To remove public health claims that Strategic Partners had

20   objected to, correct?

21          MS. HIGHTOWER:  Objection, no foundation.

22          THE COURT:  Overruled.

23      Is it your understanding?

24          THE WITNESS:  That was my understanding.

25          MS. HANNA:  Thank you.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    BY MS. HANNA:
2    Q.   And isn't it true, sir, that even after the July 14, 2016
3    date, Vestagen continued to make public health claims on its
4    website and its press releases?
5    A.   Based on what we had submitted and what we'd agreed to.
6    Q.   Sir --
7         I'm going to move to strike.
8            THE COURT:  It will be stricken.
9         Listen -- I don't know how many times I have to tell you.
10   Listen to the question and answer the question.  Don't try to
11   expand and get other things in that are not in front of you.
12   Just listen to the question.  Your attorney is a very capable
13   attorney, and she can handle that on cross-examination -- on
14   redirect.
15        Ask the question again, Counsel.
16           MS. HANNA:  I'm desperately trying to remember it,
17   Your Honor.
18           THE COURT:  Well, go to another one, then.
19   BY MS. HANNA:
20   Q.   Isn't it true -- I like that one.
21        Isn't it true, Mr. Favret, that after Vestagen had agreed
22   to remove its public health claims from its advertising and
23   website, that it continued to make those public health claims?
24   A.   My -- again, my understanding is --
25   Q.   It's "yes" or "no," sir.
```

```
 1    A.   Well --

 2              THE COURT:  Well, no.  It's either "yes" or "no" or "I

 3    don't know."

 4              THE WITNESS:  I don't know.

 5              THE COURT:  Okay.

 6    BY MS. HANNA:

 7    Q.   Can you take a look at Exhibit 246.  That's been admitted.

 8    We can go ahead and look at the monitor --

 9    A.   Okay.

10    Q.   -- if you prefer.

11         This is the Vestagen website dated August 5th, 2016.  Do

12    you see that, sir?

13    A.   Yes.

14    Q.   And continues to make claims right there in the very first

15    paragraph:  Antimicrobial has been shown as effective against

16    broad-spectrum organisms.  Do you see that?

17    A.   I do.

18    Q.   Second page, top of the page talks about MRSA.  It talks

19    about ability to protect healthcare workers from serious

20    healthcare-associated infections.  Do you see that?  Sir?

21    A.   It says these difficult-to-treat organisms put healthcare

22    workers at risk and are responsible for many.  It doesn't say

23    VESTEX does anything to treat them.

24    Q.   So you're not implying by that website that that's what

25    you're -- that your scrubs will assist healthcare workers,
```

 1   prevent them from acquiring those types of infections?  That's

 2   not what you're trying to imply?  Is that your testimony?

 3   A.   I think we're just stating the facts of science.

 4   Q.   Okay.  Can we go to 248.  That's also been admitted into

 5   evidence.  Do you see the bold middle of the page that says,

 6   "Evidence-based safety-enhancing healthcare apparel"?

 7   A.   I do.

 8   Q.   When you make that public health claim that your surgical

 9   scrubs enhance safety, isn't that a public health claim?

10   A.   I -- I wouldn't consider it a public health claim.

11   Q.   All right.  Can you go to 249.  That's already been

12   admitted.  Again another website.  We'll just take a look at

13   the second page of that, 249-2.  Right at the top, graphic:

14   "VESTEX's antimicrobial reduces 99.99 percent of bacteria in a

15   hospital setting."

16        Sir, that's a public health claim that your own claims

17   matrix says that you cannot make until you at least have

18   Class II clearance, and then only as to MRSA; isn't that true?

19             MS. HIGHTOWER:  Objection.  Is there a question?

20             THE COURT:  Overruled.

21        If you know.  Is that true?

22             THE WITNESS:  No, that is not true.

23             THE COURT:  Okay.

24   BY MS. HANNA:

25   Q.   Does Vestagen, to your knowledge, continue to make claims

1  that their scrubs protect the health and safety of healthcare

2  workers?

3  A.   Protect the health and safety of healthcare workers -- I

4  believe we make claims consistent with what the FDA has allowed

5  us to make.

6            MS. HANNA:  Objection, Your Honor.  Move to strike.

7            THE COURT:  Sustained.  Ask the question again.

8  BY MS. HANNA:

9  Q.   Mr. Favret, does Vestagen, to your knowledge, continue to

10  make public health claims that your surgical scrubs protect the

11  health and safety of healthcare workers?

12  A.   I don't -- I don't know -- show me where you're talking

13  about.  Not to my knowledge.  No, not the way you're saying it.

14  Q.   Can you look at -- and I'm sorry to do this to everyone.

15  Can I quickly ask you to look at 335, please, Exhibit 335.

16  It's been admitted into evidence.

17      Are you familiar with the ANCC National Magnet Conference?

18  Sir, are you familiar with the ANCC National Management

19  Conference?

20  A.   I am.

21  Q.   Magnet Conference.

22  A.   I am.

23  Q.   Apologize.  Is that a conference that -- you're looking at

24  a part of the pamphlet for that upcoming conference, correct?

25  A.   Yes, ma'am.

475

1   Q.   And do you see that Vestagen has submitted, as part of the

2   material regarding that conference, a claim that its -- that

3   its -- VESTEX has -- protection is designed to increase

4   healthcare worker and patient safety by reducing the risk of

5   dangerous pathogens and contaminants?

6        Sir, isn't it true that Vestagen, despite its prior

7   statements that it would modify and remove public health

8   claims, that it continues to make those public health claims

9   today?

10            MS. HIGHTOWER:   Objection.

11            THE COURT:   Overruled.

12            THE WITNESS:   I think we make claims consistent with

13   what we've agreed to make claims to.

14            MS. HANNA:   Move to strike, Your Honor.

15            THE COURT:   It will be stricken.   You want to ask the

16   question again, Counsel?

17   BY MS. HANNA:

18   Q.   Isn't it true, sir, that despite representations by

19   Vestagen that they would remove public health claims and not

20   include public health claims in their website and advertising

21   material, that they continue to make those public health claims

22   even today?   Yes or no, Mr. Favret?

23            THE COURT:   Or you don't know.

24            THE WITNESS:   I don't know.

25            THE COURT:   Okay.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    BY MS. HANNA:

2    Q.   So as the founder and president of Vestagen, you don't

3    know what the claims are being -- what claims are being made in

4    the advertising material for VESTEX?  Is that your --

5             MS. HIGHTOWER:  Objection.  Sorry.

6             THE COURT:  Sustained.  Misstates the evidence.

7             MS. HANNA:  May I confirm, did I move 244 into

8    evidence, Your Honor?

9             THE CLERK:  Yes, you did.

10            THE COURT:  Yeah, it is.

11            MS. HANNA:  Thank you.

12   Q.   Can I ask you to please take a look at Exhibit 867.  It's

13   in Vestagen, the white binder, 6.

14            THE COURT:  Okay.  Before we do that, we're going to

15   take the 10:00 o'clock break at this time, ladies and

16   gentlemen.

17       Remember the admonishment not to discuss the case among

18   yourselves, with anybody else, or form or express any opinions

19   about the matter until it's submitted to you and you retire to

20   the jury room.

21       We'll see you back in about 15 minutes.  If you leave, if

22   you'd leave quietly, please.

23            THE CLERK:  All rise.

24            THE COURT:  You may step down.

25            THE WITNESS:  I apologize, Your Honor.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1            THE COURT:  No problem.  No problem.

2        (Outside the presence of the jury:)

3            THE COURT:  Okay.  And I'm going to ask everyone in

4    the courtroom other than the attorneys if they can step outside

5    of the courtroom, please.

6        (Non-attorneys exited the courtroom.)

7            THE COURT:  You can have seats.  Nothing -- you may be

8    anxious.  Nothing to worry about.  I just want to talk to you a

9    little bit.

10           I've been on the bench for over 40 years, tried a lot of

11   cases, and normally what happens is, when you get towards the

12   end of the case, everything becomes more significant,

13   everything becomes more tense, everything becomes more

14   stressful, and you get to the point where everybody becomes

15   more testy.

16           Up to this point, the attorneys to both sides, I think, as

17   far as appearing in this court, have been very professional,

18   and I commend you for that, but you are going to get the

19   temptation to get testy and get a little upset.  But remember,

20   you're officers of the court.  And I'm saying this because,

21   every case, we go through it.  At the end of the case this

22   always happens, and I'm just trying to lay the ground rules.

23   That's when people get in trouble.  Remember that you're

24   officers of the court and will continue to present the case as

25   officers of the court.  I'll make rulings which you may or may
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   not agree with, and we'll proceed from there, but I want to
 2   make sure that everybody keeps the civility through the case.
 3   As of now, it's been perfect.  So I have no problem now.  It's
 4   just, after 40 years, I can tell you it always gets a little
 5   more tense at the end of the case.
 6        Second thing I want to remind you of is, as you know, I
 7   just want to make sure nobody runs out of time.  The way it's
 8   looking now, it looks like we have five more live witnesses and
 9   a couple of depos.  It's looking like, to cross-examine those
10   witnesses, the plaintiff may only have like 15 minutes per
11   witness to cross-examine them.  Because when we run out, we run
12   out.  So keep that in mind as far as focusing in and exactly
13   where you're going.  There's been a lot of argumentative -- not
14   argumentative.  There's been questions that are appropriate
15   questions and are appropriate and very strategic, very good,
16   except for the fact that a lot of them are in the avenue of
17   trying to argue with the witness by making the witness say
18   certain things when you already have it into evidence, and so
19   sometimes that has cost some time on it.  But I just want to
20   make sure everybody's familiar with the time and the fact that,
21   it's going to be tough, but the end of the case, I expect the
22   civility to run all the way through the case, the cooperation
23   of the attorneys and everyone acting as officers of court.  And
24   I appreciate the way you've gone so far.  It's been very well
25   conducted as far as your professionalism on both sides.
```

```
 1              MS. HANNA:  And your Honor, and if I've done anything

 2     during that last line of questioning --

 3              THE COURT:  Oh, no, you haven't.  No, you haven't.

 4     And you can also tell your witness -- you know, a lot of people

 5     take blame.  I'm not blaming him for anything.  He's a witness,

 6     and I'm just trying to explain to him how it goes and run it --

 7     no, I -- no blame on either side right now, okay?

 8              MS. HANNA:  Thank you.  And can we have the current

 9     time?  What is my actual time that I have remaining?

10              THE COURT:  I'll have to figure it out, but it's

11     around --

12              MS. HANNA:  Four or five hours, yes?

13              THE COURT:  I'm sorry?  Four or five hours?  You're

14     getting close to -- I think it's about -- and I'll have to get

15     it exactly, and I'll have the clerk give it to you, but it's

16     around a hundred minutes left.  So it's about an hour and a

17     half left on it.

18              MS. HANNA:  Thank you, Your Honor.

19              MR. VERDE:  Your Honor, real briefly.  In terms of

20     summation, how long is the Court willing to give each side of

21     party for summation?

22              THE COURT:  As far as closing argument, you mean?

23              MR. VERDE:  Yes, Your Honor.

24              THE COURT:  How long?  I'm assuming it can be done in

25     a half hour, maybe 35 minutes, 40 minutes.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1              MR. VERDE:  That's -- we just want to make sure that
2    we'll follow the Court's guidance.
3              THE COURT:  Yeah.  Yeah.
4              MR. VERDE:  Is within 45 minutes okay, Your Honor?
5              THE COURT:  How about 40?  We'll split the baby in
6    half.
7              MS. HIGHTOWER:  Is that per side, Your Honor?
8              THE COURT:  I'm sorry?
9              MS. HIGHTOWER:  Is that per side?
10             THE COURT:  Per side.  Per side, yeah.  So you two can
11   argue as to how much time you need over there, but it's per
12   side.
13             MR. VERDE:  She usually wins, Your Honor.
14             THE COURT:  Okay.
15             MR. VERDE:  The other aspect of it, Your Honor, is the
16   verdict forms and jury instructions.  To the extent that we can
17   finish this case tomorrow, we do the summations, how does the
18   Court --
19             THE COURT:  I will be talking to you.  You've already
20   submitted your jury instructions.  I'm going over them as we
21   speak and -- well, not as we speak here, but as of last night,
22   et cetera, and we will talk to you about what jury instructions
23   will be given before closing argument, yeah.
24             MR. VERDE:  Thank you.
25             THE COURT:  And the verdict form, again, before
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   closing argument I'll tell you what the verdict form is.
 2             MR. VERDE:  And the Court's practice -- and I'm sorry,
 3   but the Court's practice in terms of utilizing demonstratives
 4   at summation.  To the extent that we have transcripts, putting
 5   up testimony, that's fine?
 6             THE COURT:  I have no problem with that.
 7             MR. VERDE:  Thank you, Your Honor.
 8             THE COURT:  Okay.  Thank you, counsel.
 9             MS. HIGHTOWER:  Thank you, Your Honor.
10             THE COURT:  Mm-hmm.
11             THE CLERK:  All rise.
12        Court is in recess.
13        (Recess held from 10:05 a.m. to 10:23 a.m.)
14        (In the presence of the jury:)
15        THE COURT:  Okay.  The record will reflect that all
16   the members of the jury are in their respective seats in the
17   jury box and the witness is still on the witness stand.
18        And we were at cross-examination?
19             MS. HANNA:  Yes, Your Honor.
20             THE COURT:  Okay.
21             MS. HANNA:  I have no further questions of this
22   witness.
23             THE COURT:  Okay.  Redirect.
24             MS. HIGHTOWER:  Thank you, Your Honor.
25
```

**REDIRECT EXAMINATION**

1

BY MS. HIGHTOWER:

2

Q.   Mr. Favret, I just have a couple follow-up questions.

3

Number one, would you tell me, please, what is your

4

understanding of public health claims?

5

A.   Public health claims are to prevent, cure, or treat

6

disease, and they must be substantiated with randomized

7

controlled trials done by experts with scientifically valid

8

results.

9

Q.   All right.  Thank you very much.

10

Now, we've heard a lot about -- you were questioned

11

extensively regarding the information that is contained in your

12

advertising.

13

Has the FDA or the EPA, any other governmental entity

14

commenced any actions against Vestagen regarding its

15

advertising?

16

A.   No, ma'am.

17

MS. HIGHTOWER:  Your Honor, that's all the questions I

18

have, but at this time I would request that we admit

19

Exhibit 591 and 238 into evidence.

20

MS. HANNA:  I would object, Your Honor.  Both of those

21

are the scientific studies.

22

THE COURT:  Sustained.  Sustained.  They would not be

23

admitted.

24

Is there any recross, Counsel?

25

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              MS. HANNA:  No, Your Honor.  Nothing further.

 2              THE COURT:  You may step down, sir.  Thank you very

 3    much.

 4              THE WITNESS:  Thank you.

 5              THE COURT:  Next witness.

 6              MS. HIGHTOWER:  Thank you, Your Honor.

 7         The defense will call Dr. Bruce Strombom.

 8              THE COURT:  Okay.

 9              THE CLERK:  Good morning.  Right here to be sworn,

10    please.

11         That's fine.

12         Can you please raise your right hand.

13         Do you solemnly swear that the testimony that you are

14    about to give in the matter now before the court shall be the

15    truth, the whole truth, and nothing but the truth, so help you

16    God?

17              THE WITNESS:  I do.

18              THE CLERK:  Thank you.  You may be seated.

19         May I please ask that you state your full name for the

20    record and spell your last name.

21              THE WITNESS:  Bruce Alan Strombom, S-t-r-o-m-b-o-m.

22              THE COURT:  Okay.  Thank you.

23         You may inquire, Counsel.

24              MS. HIGHTOWER:  Thank you, Your Honor.

25
```

```
 1                        BRUCE STROMBOM,

 2                    having been duly sworn,

 3                    testified as follows:

 4                    DIRECT EXAMINATION

 5   BY MS. HIGHTOWER:

 6   Q.   Good morning, Dr. Strombom.

 7   A.   Good morning.

 8   Q.   Would you please tell the jury where you're employed?

 9   A.   I'm employed with Analysis Group, Incorporated.

10   Q.   And how long have you been with them?

11   A.   I've been at Analysis Group for 24 years.

12   Q.   What is Analysis Group?

13   A.   Analysis Group is an economic and financial consulting

14   firm.  We have about 750 employees throughout North America,

15   Europe and China, and we do economic consulting.

16   Q.   And what is your position with the firm?

17   A.   I'm a managing principal.  I'm one of about 40 managing

18   principals that are the partners of the firm.

19   Q.   And would you explain a little bit about the type of work

20   that you do at Analysis Group?

21   A.   We do economic consulting in public policy matters and

22   also in litigation.  So a large part of my time is spent in

23   courtrooms looking at commercial litigation, oftentimes

24   evaluating damages that parties in commercial litigation have

25   suffered, but I also do public policy work for state
```

```
 1   governments as well as consulting work for private companies.
 2   Q.   Now, you have been identified in this case as an expert
 3   appearing on behalf of Vestagen, have you not?
 4   A.   That's right.
 5   Q.   All right.  And have you previously been qualified as an
 6   expert in the area of financial analysis or damages?
 7   A.   Yes, I have.  I've qualified and testified on the order of
 8   35 times in various federal courts, state courts, U.S. tax
 9   courts and in arbitrations.
10          THE COURT:  Let me have you either move towards the
11   mic, move the mic towards you a little bit, so we can get it a
12   little louder.
13          THE WITNESS:  Sure.
14          THE COURT:  There you go.  Perfect.
15          MS. HIGHTOWER:  Thank you, Your Honor.
16   Q.   So have you ever been rejected or -- "rejected" sounds
17   like a terrible word, but rejected as an expert at trial?
18   A.   No, I've never failed to qualify as an expert.
19   Q.   Thank you.  You put it much nicer.
20          Would you summarize your education for us, please?
21   A.   Yes.  I have a bachelor's degree in economics from
22   San Jose State University and a Ph.D. in economics from the
23   University of California at Irvine.
24   Q.   Now, what were you asked to do by our office in this case?
25   A.   I was asked to review and evaluate the damages analysis
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1  prepared by Mr. Weiner.

2  Q.   All right.  And what materials did you review in order to

3  effect that assignment?

4  A.   I reviewed Mr. Weiner's report, I reviewed the complaint

5  in this matter, I reviewed various financial documents that had

6  been produced in the litigation, and subsequent to the issuance

7  of my report, I read Mr. Weiner's deposition transcript.

8  Q.   All right.

9  A.   And I -- I should say I also spoke with employees at

10  Vestagen about their financial statements and how their

11  financial statements are organized, what types of expenses are

12  reported, and various line items on the financial statements.

13  Q.   Okay.  Thank you.

14       As you reviewed these materials, including the report of

15  David Weiner, generally speaking, what did you understand to be

16  his approach to calculating damages?

17  A.   Mr. Weiner took basically two approaches to damages.  He,

18  on one hand, attempted to estimate the lost profits for SPI.

19  So these were profits that would have been earned by SPI but

20  for the conduct of the defendants.  And he also attempted,

21  secondly, to calculate what we call "disgorgement," basically

22  the profits that he calculates were earned by Vestagen on the

23  products at issue.

24  Q.   All right.  Now, if we assume that his approach

25  hypothetically would be correct, do you have any opinion as to

1   whether you agree to that approach?

2   A.   Yeah, I don't agree with basically the conclusions or the

3   method that was used by Mr. Weiner.

4   Q.   Let's talk about the method first.  Why don't you agree?

5   A.   Well, on the dis- -- on the disgorgement side, to start

6   with, I -- I think that his analysis really is based upon a

7   couple of assumptions that are incorrect.

8   Q.   Okay.  Let's focus in on the disgorgement.  You did review

9   the figures of David Weiner regarding the profits of Vestagen,

10  if you will, correct?

11  A.   Yes.

12  Q.   Can you summarize what Mr. Weiner did to calculate the

13  amount of profit earned by Vestagen?

14  A.   Well, he didn't actually calculate the profit for

15  Vestagen.  He just calculated sales of the company.  So he just

16  looked at the total revenue for Vestagen from all sales during

17  his damage period, which was January 2011 through

18  February 2017.  So he didn't actually calculate profits.

19  Q.   Okay.  Wouldn't the calculation of sales be something that

20  would identify the profits?

21  A.   Well, that's the starting point, but from profits you have

22  to deduct the expenses that were incurred in order to determine

23  if there were profits, and if so, how much profit there was.

24  Q.   In reviewing the report, what did you see or what did you

25  understand that Mr. Weiner did as far as calculating the

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   disgorgement figures?  Did he make some assumptions?

2   A.   Yeah.  I think -- I think really there were -- there was

3   one key assumption, and that is that all of Vestagen sales were

4   the result of the alleged false advertising claims that were

5   made.  So he didn't attempt to distinguish sales that were made

6   for other reasons, but simply assumed, based upon instruction

7   from counsel, that 100 percent of Vestagen sales were the

8   result of the false advertising, alleged false advertising

9   claims.

10  Q.   All right.  And did he -- was there anything else wrong

11  with those -- with the manner in which he calculated the

12  disgorgement?

13  A.   Well, I think the second thing is the lack of deduction of

14  expenses.  You need to deduct the appropriate expenses in order

15  to arrive at the profits, if any, that Vestagen earned on the

16  sales that it allegedly made as a consequence of the alleged

17  false advertising.

18  Q.   Was there any identification by Mr. Weiner as to whether

19  the sales were based on direct sales as opposed to retails or

20  anything like that?

21  A.   No, there wasn't.  It was simply the assumption that all

22  sales were a result of the false advertising.  And in the case

23  of Vestagen, they have a particular sales model that involves

24  direct sales.  And by that I mean they have sales executives

25  that go and call on hospitals.  They meet with the executives

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    of hospitals, they talk with the staff at hospitals, describing

2    their product, and only at that point is there a web portal

3    that's established from which the employees can purchase the

4    Vestagen products.  So that direct sales model brings into

5    question just exactly where in that process consumers are

6    exposed to the allegedly false advertising and how much of

7    their sales are a consequence of these alleged false claims.

8    And Mr. Weiner failed to consider the fact that because of that

9    sales model, some portion of Vestagen's sales, even assuming

10   that there were false claims, may be due to -- unrelated to

11   those claims.

12   Q.   Now, you indicated or you spoke briefly about the second

13   thing that you believe that Mr. Weiner did wrong, and that was

14   focusing in on the sales as profits.

15        Looking at the calculations that he did, do you know what

16   period of time that he calculated these sales from?

17   A.   Yeah.  He summed up all sales for Vestagen between

18   January 2011 and February 2017.

19   Q.   All right.  And do you recall, in reviewing his report,

20   what he calculated as the total sales for Vestagen over that

21   period of time?

22   A.   Yes.  It was approximately $6.2 million in sales.

23   Q.   All right.  And looking at those sales, did it appear as

24   those were the years when Strategic was claiming that there was

25   false advertising on the part of Vestagen?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    A.    Strategic -- there was a footnote in his report indicating

2    that their advertising began in 2010, alleged false

3    advertising, but ultimately his calculations are based on just

4    this period 2011 through 2017.

5    Q.    All right.  By adding up the sales for a period of time

6    from 2010 to 2017, was anything in -- or did Mr. Weiner

7    identify any costs or expenses to reduce those sales?

8          MS. HANNA:  Objection.  I think counsel misspoke, but

9    it mischaracterizes the witness's testimony.  He said 2011, not

10   2010, I believe.

11         MS. HIGHTOWER:  I'm sorry.

12         THE COURT:  Okay.  Understanding it was from 2011.

13         THE WITNESS:  That's correct.  From January 2011

14   through February 2017.

15       No, there are no costs deducted from those sales, as there

16   should be if you're trying to determine what profits from those

17   sales would be.

18   BY MS. HIGHTOWER:

19   Q.    All right.  And where would the deductions come from?  Can

20   you explain that a little bit?

21   A.    Yeah.  We looked at the financial statements for Vestagen

22   over that period, and we summed up all their sales, and agree

23   the total sales during that period were about $6.2 million, but

24   there were about $30.2 million in expenses during this period.

25   So they actually had a loss of $24 million during this damages

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    period, and consequently there are no profits of Vestagen

2    during this period from the sales of these products, so there's

3    no profit to disgorge, and consequently, damages under this

4    disgorgement approach are zero.

5           MS. HIGHTOWER:  Your Honor, at this time I'd like to

6    have identified Exhibit 989.  And I can't tell you what binder

7    it's in, I'm sorry.

8           THE CLERK:  It would be Volume 8.

9           MS. HIGHTOWER:  Was I right on the number?

10          MS. HANNA:  Yes.

11          MS. HIGHTOWER:  Thank you very much.

12          MS. HANNA:  Oh, but I don't believe it's been admitted

13   into evidence.

14          THE COURT:  It hasn't been admitted.

15          MS. HIGHTOWER:  No, it's not as yet.

16      Your Honor, at this time if we could just utilize this as

17   a demonstrative, and then we can move it into evidence.

18          THE COURT:  Okay.

19      *(Marked for identification, Exhibit 989.)*

20   BY MS. HIGHTOWER:

21   Q.   Dr. Strombom, could you tell me if you recognize this

22   document, please?

23   A.   Yes.  This is a copy of my rebuttal report as of

24   July 19th, 2017.

25   Q.   And did you prepare this report?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    A.   I did.

2    Q.   If you will look toward the last three pages of the

3    report, and they are identified as Exhibit 1, and there are two

4    pages of Exhibit 2.

5              MS. HANNA:  I would object to this being published to

6    the jury, Your Honor.  It's cumulative and it's hearsay.

7              MS. HIGHTOWER:  It's not published yet.

8              THE COURT:  Well, but you are going to put it on the

9    screen?

10             MS. HIGHTOWER:  Just --

11             THE COURT:  Okay.  Okay, go ahead.  It's not --

12             MS. HIGHTOWER:  For purposes of the witness,

13   Your Honor.

14             THE COURT:  Okay.  Okay.  No, but you're publishing it

15   to the jury too, here.

16             MS. HIGHTOWER:  Okay.  Can we just put it up for

17   the --

18             THE COURT:  He's got it in front of him.

19             THE CLERK:  He has the binder.

20   BY MS. HIGHTOWER:

21   Q.   All right.  With the binder, would you look at the last

22   three pages of your report, please.

23   A.   Yes.

24   Q.   All right.  And did you prepare these three pages?

25   A.   My staff prepared these pages at my direction.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   Q.   Did you review the information contained on that -- those

2   pages?

3   A.   I did.

4   Q.   Was the information contained on those pages accurate and

5   correct?

6   A.   Yes, to the best of my knowledge.

7   Q.   And was this based on the information that you received

8   that you previously talked about, such as information from

9   Vestagen?

10  A.   Yes, it was.

11  Q.   And the profit and loss statements?

12  A.   Yes.

13  Q.   All right.

14  A.   Exhibit 2 is just a summary or a reproduction of the

15  profit and loss statements for Vestagen.

16  Q.   All right.  Would you look at Exhibit 2 on that?

17       MS. HANNA:  I'm sorry, can -- I'm having -- I

18  apologize for interrupting.  I'm having difficulty -- can we

19  identify the page number by the exhibit?

20       MS. HIGHTOWER:  Unfortunately, there's not a page

21  number, other than the Exhibit 2 says page 1 of 2 and 2 of 2.

22       THE COURT:  Okay.

23       MS. HIGHTOWER:  It's page 27, 28 and 29 of the

24  exhibit.

25       MS. HANNA:  Thank you very much.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1            MS. HIGHTOWER:  You're welcome.
 2   Q.   All right.  Looking at Exhibit 2, Dr. Strombom, what is
 3   this?
 4   A.   This is Vestagen Protective Technology's profit and loss
 5   statements for January 2011 through February 2017.
 6            MS. HIGHTOWER:  All right.  At this time I think it
 7   might be easier, I request that it -- that Exhibit 9 -- and I'm
 8   sorry, I lost the number -- be admitted into evidence.  989.
 9            MS. HANNA:  I would object to the --
10            THE COURT:  The objection will be sustained.  It will
11   not be admitted into evidence, but if it will help you to
12   describe your testimony, it can be used as demonstrative.
13            MS. HIGHTOWER:  Please.
14            THE COURT:  Okay.  So you can use it as demonstrative
15   if it helps him explain what he's talking about, but it won't
16   directly come into evidence.
17            MS. HIGHTOWER:  All right.  May we use it as
18   demonstrative, then?
19        Now you can show it.
20   Q.   All right.  If you will look at Exhibit 2, it's 1 of 2,
21   and explain to me, or explain to the jury what the top portion
22   of the -- before the first line.
23   A.   I think this is Exhibit 1 that's on the screen now.
24   You're asking about Exhibit 2?
25   Q.   We can go to -- yeah.
```

```
 1          There we go.  All right.
 2          There is a section entitled "income."  Do you see that?
 3   A.   I do.
 4   Q.   And would you explain to the jury the purpose in having an
 5   income column.
 6   A.   So the income rows identified the revenue that we've been
 7   talking about.  So this is sales of Vestagen.  And you can see
 8   in the far right-hand column there, under total income, you see
 9   a total of 6,222,377.  So those are the total sales of the
10   company over this period.  And then below those sales are the
11   various --
12   Q.   Well, before we go on to there, there's various categories
13   under income.  Where did you obtain that information?
14   A.   This is directly from the financial statements of
15   Vestagen.
16   Q.   Okay.  So if I understand correctly, beginning in 2011
17   with an income of $185,402, it has changed.  Has -- in January,
18   February 2017, you have it marked as 108,563, but that's only
19   for two months, correct?
20   A.   That's right.  That's correct.
21   Q.   And then your total, you've just added up the sales from
22   2011 up through February of 2017?
23   A.   That's correct.
24   Q.   And then the next grouping is cost of goods sold.  What is
25   that?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    A.    Cost of the goods sold are the direct costs that are

2    incurred in the production of the products that are sold.  So

3    this is the manufacturing of the fabric and at least a portion

4    of the manufacturing of the garments.

5    Q.    All right.  And it also has various categories listed

6    underneath the cost of goods sold, correct?

7    A.    That's correct.

8    Q.    And where did you get those categories?

9    A.    Again, those are directly from the financial statements of

10   Vestagen.

11   Q.    All right.  And then below that, you have a gross profit

12   of $2,072,496.  How did you come about with that figure?

13   A.    That's just the total income or revenue minus the cost of

14   goods sold or the direct cost of manufacturing of products.

15   Q.    All right.  Is there anything else that should be taken

16   into consideration when you are talking about disgorgement of

17   profits?

18   A.    Yes, there are.  The general rule is a rule called the

19   direct assistance approach, and that indicates that all the

20   costs, whether they're variable costs or fixed costs, whether

21   they're overhead or direct costs, that assisted in the

22   distribution, manufacturing and sales of the product, should be

23   deducted when arriving at profits for disgorgement.  The costs

24   of goods sold is one of those types of expenses.  That's the

25   cost of producing the goods.  But there are other costs that

```
1   are incurred that also need to be deducted in order to arrive
2   at a measure of profits that's appropriate for a disgorgement
3   calculation.
4   Q.   So you have listed a number of items under expenses.
5   Again, where did you -- where were you able to obtain these
6   various categories?
7   A.   These categories are the categories that Vestagen uses in
8   its financial statements, and it captures costs and reports
9   them in various categories that are listed here on the
10  left-hand side.
11  Q.   So is it your testimony that it is appropriate to
12  incorporate those expenses as part of the amounts to be
13  deducted from any profits that are made?
14  A.   Yes, it is appropriate to deduct those, with one
15  exception, which I note there.  About in the middle of the
16  schedule, you'll see an indented line that says "less
17  litigation expenses."
18  Q.   Mm-hmm.
19  A.   So I've deducted the costs that are associated with this
20  lawsuit on the premise that those aren't really incurred to
21  manufacture, distribute or sell the products at issue.  So I
22  take those out of the expenses.  But with that one exception, I
23  include all the other expenses that are listed here.  And I do
24  that because Vestagen is a single-product company.  They sell
25  one product, and it's the product at issue in this litigation,
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    and it's all the sales that are identified on their income

 2    statement.  So all of the costs that are shown on their income

 3    statement are directed towards the development, marketing,

 4    production, distribution of this one product, and so all of

 5    those costs should be deducted in arriving at any measure of

 6    profits for disgorgement purposes.

 7    Q.   All right.  And would you identify, please, where you have

 8    the line item that says total expenses?

 9    A.   Yes.  So total expenses that are shown on this page, that

10    line item second from the bottom, is -- shows the annual

11    expenses, and then on the far right-hand column, the totaled

12    expenses over this period that we're talking about, which is

13    $23,369,765.

14    Q.   All right.  And then you have a line identified as net

15    operating income.

16    A.   Yes.

17    Q.   What is that?

18    A.   Net operating income is the gross profit line that you see

19    at the very top, that 2-million-76,000-and-change, minus the

20    total expenses of 23.4 million, and the result is a net

21    operating -- it says income, but it's actually a loss, of

22    $21,297,269 over this period.

23    Q.   All right.  If you will look at page -- going on to the

24    next page, page 2 of 2, and would you tell us what this page

25    is, please?
```

1  A.   This page is kind of the follow-on, it's a continuation of

2  the schedule we were just looking at and identifies some other

3  categories of income and also some other categories of expenses

4  that the company also incurred.

5  Q.   All right.  And when you look at the other income, there

6  appears to be an additional amount of income, correct?

7  A.   Yes, that's right.

8  Q.   And that's how much?

9  A.   Over the total period that we're looking at, it's $26,149.

10 Q.   And that's from 2011 through February of 2017, correct?

11 A.   That's correct.

12 Q.   And then under "other expenses"?

13 A.   Yes.  "Other expenses" are just other categories of

14 expenses that are grouped under this general heading called

15 "other expenses," and those, if you can see, total other

16 expenses over the full period that we're looking at are

17 $2,720,744.

18 Q.   All right.  Now, you have "total other expenses," which

19 you've just explained.  Then you have "net other income" --

20 A.   Yes.

21 Q.   -- which is the 26,000, correct?

22 A.   It's the 26,100 --

23 Q.   I'm sorry, I stated the wrong thing.  Net other income.

24 A.   Yeah, net other income is just the total other revenue

25 that's towards the top of the schedule minus total other

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

500

1    expenses, and over this period the net other income is actually

2    a loss of 2-million-674-thousand -- 694-thousand, excuse me,

3    596.

4    Q.   All right.  We see a lot of figures here, Dr. Strombom.

5    Bottom line is, what is the total amount of net income to

6    Vestagen that would be subject to what you believe to be the

7    disgorgement damages?

8    A.   In my opinion, it's the bottom line net income shown on

9    this schedule, which is a $23,991,865 loss.  So it's not a

10   profit.  It's a loss.  They lost money over this period.

11   Q.   All right.  Did you review any documents that had been

12   provided by Mr. Weiner as to the Strategic lost profits as a

13   result of any conduct on the part of Vestagen?

14   A.   Yes.  I looked at his expert report that purports to

15   identify the lost profits of Strategic.

16   Q.   All right.  If you assume that those -- the facts in those

17   documents were true and correct, do you have any opinion as to

18   whether or not his analysis based on that was correct?

19   A.   I don't believe it was correct.

20   Q.   And why not?

21   A.   I think there are three things that I take exception to

22   with Mr. Weiner's analysis of lost profits for Strategic.  The

23   first is the idea that all of Vestagen's sales resulted from

24   the alleged false advertising, as we previously talked about.

25   The second is his assessment of the share of Vestagen sales

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   that SPI would have earned if Vestagen hadn't made those sales.

2   And then thirdly, I don't think he's deducting all the costs

3   that need to be deducted that Strategic would have incurred had

4   they actually made those sales.

5   Q.   All right.  Let's go back to what you've just identified

6   as your second category, that being the share of Vestagen sales

7   that Strategic would have captured but for the claim of the

8   conduct.  What do you mean by that?

9   A.   Well, Mr. Weiner takes the total sales of Vestagen and

10  allocates those to Strategic based upon Strategic's market

11  share in the conventional scrubs market.  The assumption there

12  underlying that is that all of the sales that Vestagen made

13  would have been purchases of normal scrubs and that those

14  scrubs would have been allocated to different manufacturers,

15  and to Vestagen in particular, based upon its market share in

16  the conventional scrubs market.  And I think that's incorrect

17  for -- really for the main reason that Vestagen's product is an

18  innovative product.  It's new, it's different, it's being --

19  according to the --

20          MS. HANNA:  Object.  I'm sorry.  Objection,

21  Your Honor.

22          THE COURT:  Sustained.

23  BY MS. HIGHTOWER:

24  Q.   All right.  Upon your review and based on your background,

25  education and experience, have you come to any opinions

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1  regarding the damage estimates provided by Dr. Wei- -- I'm

2  sorry, by Mr. Weiner in his report?

3  A.   Yes.

4  Q.   And what are those?

5  A.   Well, I don't -- I don't believe they're reliable

6  estimates of damages, and I believe they overstate damages, if

7  any, that were suffered by Strategic.

8  Q.   All right.  Thank you very much, Dr. Strombom.

9         THE COURT:  Okay.  Counsel.

10        MS. HANNA:  Thank you.

11                    **CROSS-EXAMINATION**

12 BY MS. HANNA:

13 Q.   Good morning, Dr. Strombom.

14 A.   Good morning.

15 Q.   We have not met before.  I'm Mona Hanna.  I'm one of the

16 lawyers representing Strategic Partners in this case.

17 A.   Nice to meet you.

18 Q.   First of all, I think that you've clarified, but your

19 doctor title is from a Ph.D. in economics; is that right, sir?

20 A.   That's correct.

21 Q.   You're not here to offer any opinions regarding the

22 science or technology involved in these claims?

23 A.   That's correct.

24 Q.   You also told the jury that you have on prior occasions

25 testified as an expert economist before; is that true, sir?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    A.    That's correct.

 2    Q.    Have you ever testified regarding appropriate disgorgement

 3    damages in a Lanham Act case?

 4    A.    Yes, I've testified in one other Lanham Act case on

 5    damages and disgorgement.

 6              THE COURT:  For the jury, Lanham Act meaning

 7    fraudulent advertising.

 8              THE WITNESS:  Correct.

 9              THE COURT:  Okay.  Go ahead, Counsel.

10              MS. HANNA:  Thank you, Your Honor.

11    Q.    I'm going to ask you to assume, Dr. Strombom, that under

12    the claim that we're bringing with respect to false

13    advertisement, that if we establish that Vestagen is making a

14    false claim, that we would be entitled to their gross profits.

15    I want you to assume that, sir, okay?

16          If that's the case, in your opinion, sir, based on the

17    information that you've reviewed with Vestagen and based on

18    your research regarding Vestagen's business model, what is

19    their gross profits?

20    A.    Under that assumption, as we saw in that Exhibit 2 that we

21    were looking at, gross profits for Vestagen are $2,072,496.

22    Q.    And sir, do you understand that for purposes of

23    disgorgement of profits, it is to take back all the profits

24    that a company has made because of false advertisement?  Do you

25    understand that?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   A.   That's the general purpose as I understand it, yes.

2   Q.   Have you ever, as an expert, taken the position that in

3   determining profits from a company with respect to the sales of

4   an item, such as the scrubs in this case, that the proper

5   measure of damages is to take the cost of -- the revenue from

6   the sales and deduct the cost of goods sold?

7   A.   I frankly don't know if the circum- -- I don't frankly

8   recall whether I've actually made that calculation in any cases

9   or not, as I sit here.

10  Q.   Is there --

11  A.   So I don't recall.

12  Q.   Okay.  Is there a model that is accepted in economic

13  standards that would use that calculation in determining net

14  profits?

15  A.   Well, it would -- it would depend on what the incremental

16  costs associated with the sales are.  So I would say in general

17  that's not the case.  It may be the case under particular fact

18  situations that are different than the fact situations here.

19  Q.   Do you yourself remember making such a calculation?  In

20  other words, taking the position that net profits are

21  determined by taking the revenue and deducting the cost of

22  goods sold?

23  A.   That net profits?

24  Q.   Yes.

25  A.   Typically, no.  Net profits include the deductions of lots

1    of other costs.

2    Q.    Not typically, sir.  Do you yourself remember taking such

3    a position?  Yes or no?

4    A.    I don't recall taking a position --

5    Q.    Okay.

6    A.    -- such as that.

7    Q.    All right.  Let me ask you to look back on the exhibit

8    that counsel was directing you to.  It's 989-28, I believe.

9         The numbers -- and before we look at them in detail, the

10   numbers that you are looking at here, did you review the

11   financial statements yourself and confirm that these numbers

12   are accurate based on the financial statements that Vestagen

13   provided you?

14   A.    I believed them to be.  I don't know that I footed every

15   column here, but they were taken directly off the financial

16   statements of Vestagen.

17   Q.    Okay.  What I'm asking, though, is did you take them

18   off -- did you receive all the financial statements, summarize

19   them, put them onto this chart that we're looking at, or did

20   somebody else do that?

21   A.    Oh, my staff.  My staff entered the data from the sources

22   that are listed at the bottom of the exhibit.

23   Q.    And did you or any member of your staff verify the amounts

24   that are reflected in the categories on Exhibit 289-28 were

25   accurately categorized?

1    A.    I'm not sure I understand your question.

2    Q.    Okay.  So, for example, if we look under -- the top of

3    your chart talks about income.  We talk about direct sales.

4    Did you go through and confirm what that category included?

5    A.    Well, I took these values off of the financial statements

6    of the company.  If you're asking me if I performed an audit of

7    Vestagen's financial statements, no, I did not do that.

8    Q.    Okay.  So you're saying that the financial statements of

9    Vestagen had a line item called revenue from direct sales?

10   A.    Yeah.  It's actually -- I think it's income, direct sales.

11   Q.    You copied that from the Vestagen financial records, put

12   that as a category here, and then summarized the amount shown

13   in that category in Vestagen's records?

14   A.    My staff did, at my direction, yes.

15   Q.    But you did not undertake any investigation to determine

16   whether the amounts in that category were properly placed

17   there?

18   A.    No.  I took the financial statements of Vestagen to be a

19   fair representation of their financial performance.

20   Q.    And were these financial statements that Vestagen provided

21   to you for the purposes of this analysis, or did you just rely

22   on the financial statements that Vestagen turned over in

23   discovery to Strategic Partners in this case?

24   A.    These are documents that were produced by Vestagen in the

25   litigation, that I asked whether there were financial

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

 1    statements available, and these were the ones that had been

 2    produced in the litigation.

 3    Q.    All right.  I want to take a look at the -- below the

 4    gross profit line that you have on your report, expenses.

 5    First item, auto.  Do you know what that includes?

 6    A.    It's just automobile expense, from -- from my

 7    understanding.

 8    Q.    Is that an automobile stipend that are given to

 9    executives?  What -- what -- do you know what that is?

10    A.    I don't.  I didn't ask specifically about the auto line.

11    Q.    Okay.

12    A.    I focused -- well, we went through all of these with

13    Mr. Bold and Mr. McCloud, the CEO and CFO of Vestagen, to

14    identify what types of expenses were included here, but as I

15    sit here, I don't remember specifically, other than the major

16    categories of expenses.

17    Q.    Okay.  Let's go down to infrastructure.

18    A.    Yes.

19    Q.    You have there 1,053,626?

20    A.    That's the total that was reported by Vestagen in that

21    category.

22    Q.    What's infrastructure?

23    A.    Infrastructure is primarily information technology.  So

24    computer and computer licenses is the general category there.

25    There's some other facilities, like fixed equipment and desks,

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    that type of thing.

 2    Q.   And you're taking that out of their net profit for the

 3    surgical scrubs?

 4    A.   Yes, that's correct.

 5    Q.   And you're also taking out legal and professional fees; is

 6    that right, sir?

 7    A.   With the exception of the costs associated with this

 8    litigation, yes.

 9    Q.   And that's $4.3 million that you're deducting from net

10    profits for legal fees; is that true?

11    A.   It's actually 4.2 million minus 600,000.  So that's about

12    three point -- let's see, 3.6 million.

13    Q.   All right.  Then underneath that, you've got "other costs

14    of sales - other."  Do you know what goes in there?

15    A.   I don't know what that $128 is as I sit here.

16    Q.   Then there's also a category, "other costs."  Any idea

17    what -- that's a 1.126, right?

18    A.   Yes.

19    Q.   What's that?

20    A.   The biggest part of that is a $500,000 bad debt expense.

21    So this is -- this is revenue that was shown up in the income

22    line that they ended up not collecting.  So that's the major

23    category in "other costs."

24    Q.   Underneath that, you've got, what, personnel expenses?

25    A.   Yes.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   Q.  Does that include the executive officer's compensation?

 2   A.  Those are all compensation costs.  So sales and marketing

 3   people, client services people, executives of the company,

 4   commission, all personnel expense.

 5   Q.  So hypothetically, let's say -- and I'm not suggesting at

 6   all that this has occurred, but let's just say that Mr. Favret

 7   has decided to give him $10 million in compensation.  Is that

 8   something that you would be deducting from the net profits in

 9   this case for the alleged false claims that Vestagen is making?

10          MS. HIGHTOWER:  Objection.

11          THE COURT:  Overruled.

12          THE WITNESS:  It's -- to the extent that there's any

13   type of reimbursement that's included in that line, I would be

14   deducting it, that's correct.

15   BY MS. HANNA:

16   Q.  Last line talks about travel?

17   A.  Yes.

18   Q.  $2.462 million that you're deducting, right?

19   A.  Correct.

20   Q.  What travel?

21   A.  There's two primary areas of travel.  One is to establish

22   the supply chain.  So these garments are manufactured overseas

23   in various locations, and --

24   Q.  I'm sorry.  Let me clarify.  Is this based on your

25   personal knowledge of the travel?  I mean, did you look at
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1  receipts or --

2  A.    No.

3  Q.    -- documentation of what the travel is?

4  A.    This is from my discussion with Mr. Bold and Mr. McCloud,

5  the CFO of the company.

6  Q.    So that's what they told you the travel was for?

7  A.    That's correct.

8  Q.    So any item that Vestagen decided to include on its books

9  as an expense, you deducted as an item of the cost of goods

10 sold, so to speak?

11 A.    Well, no, it's not the cost of goods sold.  These are

12 other expenses, and I deducted them, with the exception of the

13 one item that I mentioned, the litigation cost in this matter.

14 Q.    As you sit here today, do you know whether or not any of

15 the costs were appropriately placed on Vestagen's books?

16 A.    I didn't attempt to make that determination.  I'm taking

17 their financial statements, which I understand were prepared in

18 the normal course of business as being representative of their

19 financial position.

20 Q.    And that assumption is based on something that Mr. Favret

21 or one of the other executives in the company told you?

22 A.    No.  It's based on my conversation with Mr. Bold and the

23 CFO of the company.

24 Q.    Right.  So it's based on what they, Vestagen's executives,

25 told you, right?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   A.   In part, yeah.

 2            MS. HANNA:  That's all I have, Your Honor.  Thank you.

 3            THE COURT:  Okay.  Redirect?

 4            MS. HIGHTOWER:  Just one question, Your Honor.

 5            THE COURT:  As I've said before, an attorney saying

 6   "just one question" is always an oxymoron.  It never happens.

 7   But go ahead.

 8            MS. HIGHTOWER:  I promise this time.

 9            THE COURT:  Okay.

10                       REDIRECT EXAMINATION

11   BY MS. HIGHTOWER:

12   Q.   Dr. Strombom, do you have any reason to believe that the

13   information that was provided to you by both the CEO and the

14   CFO of Vestagen was not accurate and truthful?

15   A.   No, I don't.

16            MS. HIGHTOWER:  Thank you very much.

17            THE COURT:  Okay.  Any cross on that area?

18            MS. HANNA:  No, Your Honor.  Thank you.

19            THE COURT:  You may step down.  Thank you very much

20   for coming in.

21        May this witness be excused?

22            MS. HANNA:  Yes.

23            MS. HIGHTOWER:  Yes, Your Honor.

24            THE COURT:  You're free to go.  Thank you very much

25   for coming in.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1        Next witness.

2                MS. HIGHTOWER:  Your Honor, at this time we would like

3    to play our -- the transcript designation of Diane Raines.

4                THE COURT:  Okay.

5                MS. HIGHTOWER:  It's 22 minutes long.

6                THE COURT:  Okay.  Thank you very much.

7        This is the deposition, correct, Counsel?  This is the

8    deposition testimony?

9                MS. HIGHTOWER:  Yes, it is, Your Honor, and we've

10   designated, and there's no objection.

11               THE COURT:  Sure.

12       I've talked to you earlier about how to take a deposition

13   testimony.  It's as if it was given here in court under oath.

14   Okay.

15

16       *(Designated portions of the videotaped deposition*

17       *testimony of Diane Raines were played in open court.)*

18

19               MS. HIGHTOWER:  Your Honor, that concludes the

20   deposition.

21               THE COURT:  Thank you, Counsel.

22               MS. HIGHTOWER:  And at this time the defense rests.

23               THE COURT:  On the defense?

24               MS. HIGHTOWER:  Yes.

25               THE COURT:  So now we're going to get to the

```
 1    counter-claim, but before we do that, it's 11:30.  It's almost

 2    right -- perfect timing on it.  So we're going to break for

 3    lunch at this time.

 4         Remember the admonishment not to discuss the case among

 5    yourselves, with anybody else, or form or express any opinions

 6    about the matter until it's submitted to you and you retire to

 7    the jury room.

 8         We'll see you back in at 1:00 o'clock.  Start right in at

 9    1:00 o'clock.

10         I can tell you, it looks like we will probably get this to

11    you probably by, hopefully, tomorrow morning or -- but

12    definitely tomorrow, okay?

13         Okay.  Any questions?  If not, you're excused at this

14    time, and we'll see you back in at 1:00 o'clock.

15              THE CLERK:  All rise.

16

17         (Lunch recess commenced at 11:32 a.m.)

18

19         (Afternoon proceedings under separate cover.)

20

21

22                            --oOo--

23

24

25
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                        CERTIFICATE

 2

 3        I hereby certify that pursuant to Section 753,

 4   Title 28, United States Code, the foregoing is a true and

 5   correct transcript of the stenographically reported proceedings

 6   held in the above-entitled matter and that the transcript page

 7   format is in conformance with the regulations of the

 8   Judicial Conference of the United States.

 9

10   Date:  SEPTEMBER 23, 2017

11

12

13

14                     /S/ SANDRA MACNEIL
                       _____

15                   Sandra MacNeil, CSR No. 9013

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**$**

**$10 [1]** 509/7
**$128 [1]** 508/15
**$185,402 [1]** 495/17
**$2,072,496 [2]** 496/12
503/21
**$2,720,744 [1]** 499/17
**$2.462 [1]** 509/18
**$21,297,269 [1]** 498/22
**$23,369,765 [1]** 498/13
**$23,991,865 [1]** 500/9
**$24 [1]** 490/25
**$24 million [1]** 490/25
**$26,149 [1]** 499/9
**$30.2 [1]** 490/24
**$30.2 million [1]** 490/24
**$4.3 [1]** 508/9
**$4.3 million [1]** 508/9
**$500,000 [1]** 508/20
**$6.2 [2]** 489/22 490/23
**$6.2 million [2]** 489/22
490/23

**-**

**--oOo [1]** 513/22

**/**

**/s [1]** 514/14

**1**

**1 percent [1]** 421/14
**1,053,626 [1]** 507/19
**1.126 [1]** 508/17
**10 [1]** 416/25
**100 [3]** 418/22 418/23
418/25
**100 percent [3]** 421/21
451/14 488/7
**1000 [1]** 398/5
**108,563 [1]** 495/18
**10:00 [1]** 476/15
**10:05 [1]** 481/13
**10:23 [1]** 481/13
**11:30 [1]** 513/1
**11:32 a.m [1]** 513/17
**14 [2]** 469/12 471/2
**14th [1]** 470/4
**15 [2]** 476/21 478/10
**1500 [1]** 398/17
**152 [1]** 398/13
**16-5900-RGK [1]** 397/7
**17901 [1]** 398/5
**19th [2]** 464/15 491/24
**1:00 [3]** 513/8 513/9
513/14

**2**

**2-million-674-thousand [1]**
500/2
**2-million-76,000-and-change [1]**
498/19
**200 [1]** 398/8
**2008 [1]** 436/22
**2009 [8]** 432/8 432/10
432/22 434/6 434/16 458/8
459/24 466/7
**2010 [6]** 436/24 453/23
453/25 490/2 490/6 490/10
**2011 [13]** 445/9 453/23
453/25 487/17 489/18 490/4
490/9 490/12 490/13 494/5
495/16 495/22 499/10

**2012 [2]** 443/23 445/11
**2014 [2]** 433/17 460/19
**2015 [2]** 461/15 461/23
**2016 [5]** 434/19 469/12
470/4 471/2 472/11
**2017 [13]** 397/18 401/1
487/18 489/18 490/4 490/6
490/14 491/24 494/5 495/18
495/22 499/10 514/10
**21 [2]** 397/18 401/1
**213.894.5949 [1]** 397/25
**2149 [1]** 448/5
**22 [1]** 512/5
**23 [1]** 514/10
**23.4 [1]** 498/20
**238 [7]** 400/4 448/20 449/6
449/11 449/25 450/2 482/20
**24 [8]** 419/22 419/23
419/25 420/14 427/18 428/2
465/16 484/11
**24-2 [1]** 465/20
**24-hour [4]** 420/7 420/11
421/2 421/5
**244 [7]** 400/5 463/23 464/5
464/7 464/20 464/23 476/7
**246 [3]** 456/24 462/8 472/7
**248 [1]** 473/4
**249 [2]** 457/2 473/11
**249-2 [1]** 473/13
**255 [1]** 397/24
**26,000 [1]** 499/21
**26,100 [1]** 499/22
**269 [1]** 407/20
**27 [1]** 493/23
**272 [7]** 400/6 407/18
407/24 407/24 408/1 408/4
408/12
**272-1 [5]** 415/5 415/7
419/14 421/5 422/17
**273 [5]** 400/7 411/21
411/23 412/9 412/20
**28 [4]** 493/23 505/8 505/24
514/4
**283 [1]** 469/7
**289-28 [1]** 505/24
**29 [1]** 493/23
**2900 [1]** 398/8

**3**

**3-log [1]** 420/24
**3.6 [1]** 508/12
**30 [2]** 432/3 436/14
**312.638.5671 [1]** 398/9
**335 [2]** 474/15 474/15
**345 [2]** 461/12 462/1
**346 [1]** 461/12
**35 [2]** 479/25 485/8
**397 [1]** 397/17

**4**

**4.1 million [1]** 508/11
**40 [5]** 477/10 478/4 479/25
480/5 484/17
**402 [1]** 399/4
**408 [1]** 400/6
**408.286.0880 [1]** 398/14
**412 [1]** 400/7
**415 [1]** 399/5
**427 [1]** 399/6
**428 [1]** 399/7
**431 [1]** 399/11
**444 [1]** 400/8

**449 [1]** 400/4
**45 [1]** 480/11
**460 [1]** 399/12
**464 [1]** 400/5
**48 [1]** 436/15
**482 [1]** 399/13
**484 [1]** 399/15
**491 [1]** 400/9

**5**

**502 [1]** 399/16
**511 [1]** 399/17
**512 [1]** 399/20
**514 [1]** 397/17
**591 [6]** 400/8 443/25
444/15 444/17 444/18
482/20
**596 [1]** 500/3
**5th [1]** 472/11

**6**

**6,222,377 [1]** 495/9
**600,000 [1]** 508/11
**60606 [1]** 398/8
**694-thousand [1]** 500/2
**695 [1]** 398/16

**7**

**700 [1]** 398/13
**714.557.7990 [1]** 398/6
**714.800.7900 [1]** 398/18
**750 [1]** 484/14
**753 [1]** 514/3

**8**

**817 [2]** 417/16 417/20
**817.2 [3]** 417/3 417/9
417/20
**867 [1]** 476/12
**8:32 [2]** 397/19 401/2

**9**

**90012 [1]** 397/24
**9013 [2]** 397/23 514/15
**92614 [1]** 398/5
**92626 [1]** 398/17
**95112 [1]** 398/13
**989 [4]** 400/9 491/6 491/19
494/8
**989-28 [1]** 505/8
**99 [1]** 423/6
**99.9 [6]** 420/18 420/23
420/24 421/8 421/10 422/6
**99.99 percent [4]** 423/11
466/4 466/23 473/14

**A**

**a.m [5]** 397/19 401/2
481/13 481/13 513/17
**AATC [1]** 418/25
**AATCC [1]** 418/22
**AATTC [1]** 418/23 418/25
**ability [2]** 414/16 472/19
**able [8]** 414/5 423/16
433/17 434/9 435/8 436/18
467/8 497/5
**about [64]** 401/22 402/22
403/20 416/7 416/12 418/9
419/8 426/22 427/17 427/20
430/16 431/17 435/10
435/22 436/14 436/15
447/24 450/25 452/8 452/18
453/17 454/17 460/1 463/12

**A**

**about... [40]** 465/12 466/4
466/23 468/25 472/18
472/19 474/13 476/19
476/21 477/8 479/14 479/16
480/5 480/22 482/11 483/14
484/14 484/17 484/19
486/10 487/4 489/12 490/23
490/24 493/8 494/15 494/24
495/7 496/12 496/16 497/15
498/12 500/24 506/3 506/3
507/10 508/11 509/16
512/12 513/6
**above [2]** 436/14 514/6
**above-entitled [1]** 514/6
**accelerates [1]** 435/20
**accepted [1]** 504/12
**accomplish [1]** 433/2
**according [1]** 501/19
**accurate [12]** 408/1 409/2
409/11 412/12 412/13
413/11 413/17 415/10
427/24 493/4 505/12 511/14
**accurately [1]** 505/25
**achieved [4]** 433/5 433/9
433/25 459/20
**acquire [1]** 443/8
**acquiring [1]** 473/1
**Act [3]** 503/3 503/4 503/6
**acting [2]** 467/24 478/23
**action [2]** 414/2 435/14
**actions [1]** 482/15
**active [2]** 458/16 459/9
**actively [1]** 459/5
**actual [2]** 463/13 479/9
**actually [15]** 435/25
440/13 443/21 452/19
452/22 462/4 487/14 487/18
490/25 498/21 500/1 501/4
504/8 506/10 508/11
**added [1]** 495/21
**adding [1]** 490/5
**additional [4]** 403/8
431/24 459/12 499/6
**Administration [1]** 458/5
**administrators [1]** 451/6
**admissible [2]** 447/4
457/20
**admit [2]** 412/16 482/19
**admitted [10]** 465/15 472/7
473/4 473/12 474/16 482/24
491/12 491/14 494/8 494/11
**admonishment [2]** 476/17
513/4
**advertisement [5]** 469/20
470/15 470/17 503/13
503/24
**advertising [25]** 415/7
415/10 452/3 453/6 456/21
457/9 459/14 469/1 470/6
471/22 475/20 476/4 482/13
482/16 488/4 488/8 488/18
488/17 488/22 489/6 489/25
490/2 490/3 500/24 503/7
**advising [1]** 465/21
**aerosol [1]** 435/16
**affected [1]** 446/5
**after [13]** 420/7 420/11
420/14 421/2 421/5 427/18
428/2 447/15 447/24 450/8
471/2 471/21 478/4

**Afternoon [1]** 513/19
**again [19]** 404/19 406/21
430/15 437/16 441/7 442/12
460/22 465/1 468/5 468/23
470/2 471/15 471/24 473/12
474/7 475/16 480/25 496/9
497/5
**against [5]** 430/3 430/4
435/17 472/15 482/15
**agree [9]** 462/17 462/22
469/20 470/16 478/1 487/1
487/2 487/4 490/22
**agreed [4]** 470/14 471/5
471/21 475/13
**agreement [9]** 405/24
453/16 454/11 454/14
454/17 454/19 454/23 455/3
460/4
**ahead [10]** 406/9 440/11
441/9 447/8 447/22 454/21
472/8 492/11 503/9 511/7
**Alabama [1]** 431/22
**Alan [1]** 483/21
**all [136]**
**allegations [1]** 430/2
**alleged [7]** 488/4 488/8
488/16 489/7 490/2 500/24
509/9
**allegedly [2]** 488/16 489/6
**allocated [1]** 501/14
**allocates [1]** 501/10
**allow [2]** 410/4 462/5
**allowed [4]** 410/3 411/18
420/7 474/4
**allows [4]** 410/10 410/11
410/12 459/18
**almost [2]** 443/19 513/1
**alone [1]** 435/25
**already [7]** 404/13 415/14
429/2 444/2 473/11 478/18
480/19
**also [24]** 398/20 413/17
413/22 430/3 435/20 438/7
440/8 449/16 449/19 451/16
457/2 473/4 479/4 484/22
484/25 486/9 486/20 496/5
497/1 499/3 499/4 502/24
508/5 508/16
**always [5]** 452/11 454/6
477/22 478/4 511/6
**am [8]** 403/25 404/24
406/12 406/17 406/22
407/10 474/20 474/22
**Amber [2]** 464/12 464/25
**America [1]** 484/14
**America's [1]** 434/10
**American [2]** 446/21 447/11
**among [2]** 476/17 513/4
**amount [4]** 487/13 499/6
500/5 506/12
**amounts [3]** 497/12 505/23
506/16
**analysis [11]** 484/9 484/11
484/12 484/13 484/20 485/6
485/25 487/6 500/18 500/22
506/21
**ANCC [2]** 474/17 474/18
**ANGELES [3]** 397/20 397/24
401/1
**annual [1]** 498/10
**another [5]** 401/12 438/11
438/14 471/18 473/12

**answer [14]** 404/10 404/18
426/11 426/13 426/14 426/17
456/8 466/18 467/3 467/9
468/13 468/17 468/21
471/10
**answered [4]** 404/13 424/17
435/4 461/4
**antimicrobial [27]** 405/14
406/2 406/13 406/16 406/20
408/15 408/20 409/2 415/19
415/23 416/8 416/13 418/16
419/15 419/21 420/13
423/13 424/14 427/6 435/17
435/22 435/24 435/25 436/8
465/22 472/15 473/14
**antimicrobials [1]** 406/18
**Antonio [2]** 467/12 469/14
**anxious [1]** 477/8
**any [52]** 403/8 405/2
405/11 405/20 405/23
418/25 425/20 426/10 430/7
432/1 434/7 434/12 438/4
439/3 440/25 447/25 452/8
452/20 453/13 455/15
456/11 457/8 460/14 461/2
468/16 476/18 482/14
482/15 482/25 486/25
488/15 488/18 490/7 497/13
498/5 500/11 500/13 500/17
501/25 502/7 502/21 504/8
505/23 506/15 508/16
509/12 510/8 510/14 511/12
511/17 513/5 513/13
**anybody [3]** 405/2 476/18
513/5
**anyone [1]** 452/12
**anything [14]** 418/9 428/8
437/1 455/4 455/7 455/19
456/3 472/23 479/1 479/5
488/10 488/20 490/6 496/15
**Apart [1]** 432/21
**apologize [3]** 474/23
476/25 493/18
**apparel [9]** 432/24 433/1
433/18 435/13 437/23
441/19 441/21 454/25 473/6
**appear [1]** 489/23
**APPEARANCES [1]** 398/1
**appearing [3]** 431/10
477/17 485/3
**appears [3]** 457/1 462/3
499/6
**application [1]** 466/11
**applied [1]** 414/15
**appreciate [2]** 401/11
478/24
**approach [6]** 449/13 486/16
486/24 487/1 491/4 496/19
**approaches [1]** 486/17
**appropriate [8]** 453/12
478/14 478/15 488/14 497/2
497/11 497/14 503/2
**appropriately [1]** 510/15
**approximately [1]** 489/22
**arbitrations [1]** 485/9
**ARBUTHNOT [1]** 398/12
**are [123]**
**area [5]** 427/12 427/14
428/8 485/6 511/17
**areas [1]** 509/21
**aren't [1]** 497/20
**argue [2]** 478/17 480/11

**A**

argument [3]   479/22 480/23 481/1
argumentative [3]   463/16 478/13 478/14
around [4]   410/3 410/4 479/11 479/16
arrive [2]   488/15 497/1
arriving [2]   496/23 498/5
article [2]   445/23 450/6
articles [1]   456/25
as [151]
ask [28]   401/21 402/1 404/19 404/19 406/4 410/19 410/20 418/9 430/21 434/15 441/7 458/2 461/14 463/22 467/2 468/5 468/23 470/2 471/15 474/7 474/15 475/15 476/12 477/3 483/19 503/11 505/7 507/10
asked [12]   405/20 424/5 424/16 427/17 431/17 449/2 454/17 461/4 470/8 485/24 485/25 506/25
asking [5]   410/17 448/24 494/24 505/17 506/6
aspect [3]   435/23 436/12 480/15
aspects [2]   433/9 434/1
assessment [1]   500/25
assignment [1]   486/3
assist [1]   472/25
assistance [1]   496/19
assisted [1]   496/21
associated [5]   420/24 472/20 497/19 504/16 508/7
Association [2]   446/21 447/11
assume [5]   470/10 486/24 500/16 503/11 503/15
assumed [1]   488/6
assuming [5]   405/15 406/3 408/9 479/24 489/9
assumption [5]   488/3 488/21 501/11 503/20 510/20
assumptions [2]   487/7 488/1
ASTM [15]   416/17 416/20 416/22 416/25 418/19 418/21 424/14 424/20 424/24 424/24 425/5 425/16 448/5 450/7 450/15
at [119]
attached [1]   465/11
attempt [2]   488/5 510/16
attempted [2]   486/18 486/20
attention [6]   408/14 408/18 412/9 413/2 415/5 459/13
attorney [9]   398/4 398/7 398/12 398/15 398/16 467/3 471/12 471/13 511/5
attorneys [6]   467/2 467/7 477/4 477/6 477/16 478/23
audit [1]   506/6
August [2]   434/19 472/11
August 2016 [1]   434/19
August 5th [1]   472/11
author [1]   433/13

authority [6]   467/25 468/8 468/14 469/24 470/1 470/17
auto [2]   507/5 507/10
automobile [2]   507/6 507/8
available [3]   407/9 436/23 507/1
avenue [2]   398/5 478/16
aware [13]   404/24 422/6 426/10 426/14 426/16 448/2 463/11 466/3 467/14 468/2 469/5 470/14 470/16

**B**

baby [1]   480/5
Bachelor [1]   431/21
bachelor's [1]   485/21
back [14]   404/17 429/17 434/6 438/24 452/23 459/24 462/11 463/25 476/21 501/5 503/23 505/7 513/8 513/14
background [4]   403/20 431/18 432/2 501/24
bacteria [17]   412/4 413/7 413/14 413/25 414/2 414/4 414/11 414/15 414/19 416/4 422/19 427/21 428/3 428/15 428/20 428/23 473/14
bactericidal [1]   428/4
bacteriostatic [2]   414/9 427/25
bacteriostatis [2]   428/12 428/18
bacterium [3]   420/5 421/8 421/17
bacteriums [1]   421/20
bad [1]   508/20
Baptist [8]   453/18 453/21 453/24 454/11 455/4 455/12 456/6 456/18
barrier [2]   436/12 436/13
based [25]   438/7 440/20 442/5 453/13 457/16 467/14 467/25 471/5 473/6 487/6 488/6 488/19 490/3 493/7 500/18 501/10 501/15 501/24 503/16 503/17 505/12 509/24 510/20 510/22 510/24
basically [3]   486/17 486/21 487/2
basis [2]   454/23 458/10
be [87]   401/17 401/23 402/18 408/7 408/7 408/10 409/11 409/17 412/19 414/8 414/10 419/4 421/3 425/17 428/3 429/15 430/3 430/17 430/20 431/13 435/15 439/7 440/6 440/17 441/1 441/11 441/17 442/8 442/24 444/6 444/22 447/20 449/2 455/8 456/23 457/1 457/17 457/19 462/3 463/11 464/22 465/22 467/6 467/8 467/9 469/4 470/8 471/8 475/15 477/7 478/21 479/24 480/19 480/23 482/7 482/23 483/9 483/14 483/18 486/15 486/25 487/19 489/10 490/16 490/17 491/8 494/7 494/8 494/10 494/11 494/12 496/15 496/22 497/1 497/12 498/5 499/6 500/6 500/6

501/3 503/14 504/17 505/14 506/18 509/18 509/19 511/21
Bearman [15]   433/13 438/13 438/17 440/18 441/4 444/24 445/3 446/2 447/15 447/24 448/6 450/9 461/7 461/22 463/4
because [11]   404/17 418/14 427/24 443/7 457/16 458/23 477/20 478/11 489/8 497/24 503/24
becomes [4]   477/12 477/13 477/13 477/14
been [65]   402/7 405/5 405/11 416/25 417/5 418/21 421/25 422/5 422/6 426/17 426/18 429/14 431/4 431/10 433/17 434/16 435/8 435/20 436/18 438/17 443/8 444/2 444/3 446/16 451/18 455/12 455/14 455/20 456/3 459/13 459/23 459/24 460/1 461/3 461/4 465/15 466/7 466/12 469/25 472/7 472/15 473/4 473/11 474/16 477/10 477/17 478/3 478/13 478/14 478/24 484/2 484/10 484/11 485/2 485/5 485/16 486/6 486/19 491/12 491/14 495/6 500/11 501/13 501/14 507/1
began [2]   434/6 490/2
begin [1]   458/7
beginning [2]   437/23 495/16
behalf [2]   431/10 485/3
behind [1]   464/8
being [13]   402/11 405/7 414/5 454/16 456/24 457/2 467/7 476/3 476/3 492/5 501/6 501/18 510/18
believe [29]   417/2 433/25 443/23 443/25 444/3 444/4 444/17 449/6 449/7 455/3 455/3 456/22 457/8 457/23 460/22 461/10 461/14 463/22 465/16 474/4 489/13 490/10 491/12 500/6 500/19 502/5 502/6 505/8 511/12
believed [1]   505/14
below [3]   495/10 496/11 507/3
BEN [2]   398/22 430/13
bench [1]   477/10
BENJAMIN [3]   399/10 430/23 431/3
best [7]   415/11 415/12 450/12 450/18 452/12 453/4 493/6
between [5]   405/24 421/9 432/25 462/23 489/17
beyond [2]   438/4 455/4
biggest [1]   508/20
Bill [2]   469/17 470/10
binder [13]   407/15 407/21 417/15 417/16 417/17

**B**

binder... [8] 463/23 464/2 469/8 469/9 476/13 491/6 492/19 492/21
binders [1] 448/21
biotechnology [1] 432/3
bit [6] 435/10 435/22 477/9 484/19 485/11 490/20
black [2] 407/14 463/23
blame [2] 479/5 479/7
blaming [1] 479/5
blood [3] 435/16 436/15 436/16
bodies [1] 411/14
bodily [2] 435/16 436/16
bold [6] 469/17 470/10 473/5 507/13 510/4 510/22
books [2] 510/8 510/15
both [6] 437/23 461/22 477/16 478/25 482/21 511/13
bottom [7] 417/22 464/12 464/25 498/10 500/5 500/8 505/22
box [2] 401/8 481/17
break [3] 413/25 476/15 513/2
breathes [1] 435/19
brief [1] 431/19
briefly [3] 430/6 479/19 489/12
bring [1] 444/1
bringing [1] 503/12
brings [1] 489/4
broad [2] 406/15 472/16
broad-spectrum [1] 472/16
brought [1] 459/13
BRUCE [4] 399/14 483/7 483/21 484/1
build [1] 432/23
bulk [1] 435/15
bullet [1] 413/2
business [5] 402/20 403/2 434/9 503/18 510/18
but [66] 401/9 401/24 410/19 417/12 418/11 419/12 425/7 425/7 428/17 428/22 429/7 430/18 431/13 433/7 435/20 436/7 437/7 449/1 451/24 451/25 453/1 456/23 457/22 458/19 460/7 465/8 466/12 467/6 477/18 477/19 478/1 478/19 478/21 479/10 479/15 480/11 480/21 481/3 482/19 483/15 484/25 485/17 486/19 487/21 488/6 490/3 490/8 490/23 491/12 492/8 492/14 494/11 494/15 495/18 496/25 497/22 498/21 501/7 502/18 505/15 506/15 507/14 509/6 511/7 513/1 513/11
by the [1] 415/18

**C**

CA [1] 397/24
calculate [6] 420/9 420/11 486/21 487/12 487/14 487/18
calculated [4] 487/15

488/11 489/16 489/20
calculates [1] 486/16
calculating [2] 486/16 487/25
calculation [5] 487/19 497/3 504/8 504/13 504/19
calculations [2] 489/15 490/3
CALIFORNIA [7] 397/2 397/20 398/5 398/13 398/17 401/1 485/23
call [6] 401/13 429/15 430/13 483/7 486/21 488/25 496/18 499/14 506/9
called [5] 437/2 448/4 496/18 499/14 506/9
calling [1] 414/8
calls [1] 401/15
can [77] 401/11 402/24 403/20 407/14 409/25 410/19 411/10 411/21 413/25 415/14 416/9 417/13 417/14 418/11 418/12 419/12 420/9 421/3 423/10 425/10 425/11 425/12 425/17 429/17 430/6 433/9 433/18 435/11 435/22 436/6 440/7 440/11 442/19 444/1 456/23 461/25 462/8 462/10 463/25 465/22 467/9 471/13 472/7 472/8 473/4 473/11 474/14 474/15 476/12 477/4 477/7 478/4 479/4 479/8 479/24 480/10 480/16 483/12 485/11 487/12 489/3 490/19 491/17 492/16 493/17 493/18 494/12 494/14 494/19 494/25 495/7 499/15 513/10
can't [10] 425/6 426/21 426/23 428/24 429/2 440/3 446/25 447/3 448/21 491/6
cannot [2] 465/22 473/17
capable [1] 471/12
capital [1] 434/8
captured [1] 501/7
captures [1] 497/8
care [2] 440/1 445/8
case [34] 397/7 405/5 419/8 419/12 430/1 430/2 438/9 442/10 443/7 459/13 467/2 476/17 477/12 477/21 477/21 477/24 478/2 478/5 478/21 478/22 480/17 485/22 485/24 488/22 502/16 503/3 503/4 503/16 504/4 504/17 504/17 506/23 509/9 513/4
cases [2] 477/11 504/8
categories [12] 495/12 496/5 496/8 497/6 497/7 497/7 497/9 499/3 499/3 499/13 505/24 507/16
categorized [1] 505/25
category [9] 501/6 506/4 506/12 506/13 506/16 507/21 507/24 508/16 508/23
cause [1] 409/22
caused [2] 409/14 456/4
causing [4] 412/3 413/7 414/11 414/15
cc'd [1] 469/17

cell [2] 414/16 414/19
CENTER [2] 398/2 398/6
CENTRAL [1] 397/2
CEO [3] 469/17 507/13 511/13
certain [3] 410/3 420/17 478/18
CERTIFICATE [1] 514/1
certify [1] 514/3
cetera [3] 449/3 467/9 480/22
CFO [11] 467/13 467/24 468/1 468/8 469/3 469/4 469/14 507/13 510/5 510/23 511/14
chain [2] 464/12 509/22
challenge [1] 448/4
change [5] 419/4 419/6 469/20 470/5 498/19
changed [2] 461/15 495/17
characteristics [1] 436/5
charge [2] 452/7 458/24
chart [2] 505/19 506/3
Chemical [8] 402/14 402/17 402/24 406/24 408/2 409/10 409/21 412/14
Chemical's [4] 411/7 411/16 411/18 416/3
chemistry [3] 403/22 403/22 461/2
CHICAGO [1] 398/8
chief [4] 451/6 451/8 454/1 454/4
China [1] 484/15
choose [1] 442/3
circum [1] 504/7
cite [1] 463/3
citing [1] 463/11
civility [2] 478/2 478/22
claim [11] 458/11 458/13 473/8 473/9 473/10 473/16 475/2 501/7 503/12 503/14 513/1
CLAIMANT [2] 397/10 398/10
claiming [1] 489/24
claims [51] 410/3 410/4 410/10 410/11 410/13 411/18 412/3 412/6 452/17 459/18 464/18 465/12 465/12 465/15 465/18 465/21 466/4 466/19 466/22 466/23 467/16 467/18 469/20 470/6 470/19 471/3 471/22 471/23 472/14 473/16 473/25 474/4 474/10 475/8 475/8 475/12 475/13 475/19 475/20 475/21 476/3 476/3 482/5 482/6 488/4 488/9 489/7 489/10 489/11 502/22 509/9
clarified [1] 502/18
clarify [5] 406/8 406/15 414/14 458/2 509/24
class [10] 432/23 433/1 433/11 458/12 459/9 459/18 459/17 459/20 466/5 473/18
Class I [2] 458/12 459/9
Class II [5] 459/14 459/17 459/20 466/5 473/18
cleaned [1] 465/11
clearance [6] 466/5 466/8 466/15 466/18 466/22

**C**

clearance... [1]  473/18
clerk [2]  449/13 479/15
client [1]  509/3
clients [2]  451/4 456/12
clinical [1]  437/9
close [2]  466/17 479/14
closer [1]  442/14
closing [3]  479/22 480/23
 481/1
clothes [1]  435/19
Code [1]  514/4
coffee [1]  407/22
collecting [1]  508/22
column [4]  495/5 495/8
 498/11 505/15
come [9]  413/7 436/18
 447/5 449/1 457/20 490/19
 494/16 496/12 501/25
comes [2]  414/15 436/9
coming [2]  511/20 511/25
commenced [2]  482/15
 513/17
commend [1]  477/18
comment [6]  425/6 426/21
 426/23 428/24 429/2 452/21
commercial [2]  484/23
 484/24
commission [1]  509/4
commissioned [5]  438/12
 440/13 448/3 448/10 450/8
Commonwealth [4]  438/21
 440/2 440/15 444/24
communicate [2]  425/3
 425/14
communicating [1]  425/8
communication [1]  468/2
community [1]  434/8
companies [1]  485/1
company [17]  402/17 402/24
 403/24 432/23 452/10
 458/24 487/15 495/10
 497/24 499/4 503/24 504/3
 506/6 509/3 510/5 510/21
 510/23
company's [2]  467/25
 468/25
compare [1]  423/16
compensated [1]  405/7
compensation [3]  509/1
 509/2 509/7
complaint [2]  430/3 486/4
complaints [2]  455/11
 456/11
completed [1]  443/22
completely [2]  433/7
 461/21
complex [1]  409/7
component [1]  435/17
comprised [2]  406/25 407/2
computer [2]  507/24 507/24
concentration [1]  428/16
concept [1]  439/12
concerned [2]  433/10 453/7
concerns [1]  467/15
concludes [1]  512/19
conclusions [1]  487/2
conduct [4]  439/22 486/20
 500/13 501/8
conducted [12]  418/15
 421/25 422/2 425/20 425/24

426/18 433/16 433/17 442/8
 444/23 464/14 464/17
conference [6]  474/17
 474/19 474/21 474/23
 474/24 475/2 514/8
confirm [6]  461/25 462/8
 462/15 476/7 505/11 506/4
confirming [4]  467/14
 467/17 469/19 470/5
conformance [1]  514/7
consequence [2]  488/16
 489/7
consequently [2]  491/1
 491/3
consider [3]  434/5 473/10
 489/8
consideration [1]  496/16
considered [1]  445/20
consistent [2]  474/4
 475/12
consistently [1]  434/16
constant [1]  428/14
consultants [1]  452/16
consultation [1]  411/17
consultations [1]  411/4
consulted [2]  411/6 411/14
consulting [5]  465/8
 484/13 484/15 484/21 485/1
consumed [2]  409/6 415/18
consumer [3]  463/2 463/6
 463/10
consumers [1]  489/5
contact [3]  413/8 413/15
 414/16 436/9 436/18 438/22
 451/4 451/9 451/11 453/24
 458/9
contacted [3]  438/25 439/1
 439/2
contacts [2]  453/21 458/3
contained [6]  435/15
 452/14 457/9 482/12 493/1
 493/4
containing [2]  413/4
 415/20
contaminant [1]  435/15
contaminants [1]  475/5
contamination [2]  437/23
 443/10
contend [1]  415/10
content [1]  407/9
continuation [1]  499/1
continue [4]  473/25 474/9
 475/21 477/24
continued [1]  461/24 471/3
 471/23
continues [4]  409/8 466/22
 472/14 475/8
continuing [1]  460/7
contract [2]  441/4 443/18
contracting [1]  441/3
control [6]  410/11 420/13
 421/1 445/4 445/17 467/2
controlled [3]  415/21
 420/9 482/8
controls [1]  416/15
conventional [2]  501/11
 501/16
conversation [1]  510/22
conversations [2]  438/8
 442/5
cooperation [1]  478/22
copied [1]  506/11

copies [2]  449/23 449/24
copy [15]  449/1 449/9
 412/13 444/23 445/5 449/12
 449/15 449/17 449/18 450/6
 491/23
corner [1]  417/24
Corning [1]  416/23
correct [71]  405/17 415/8
 415/11 415/25 416/1 422/3
 428/4 428/13 428/15 428/23
 431/11 431/24 432/8 434/17
 435/3 438/18 438/19 445/11
 453/17 454/12 456/23
 459/10 459/11 459/15 460/8
 460/24 460/25 461/2 461/9
 461/23 464/18 464/19 466/5
 466/8 469/15 469/17 469/18
 470/17 470/18 470/20
 474/24 486/25 487/10
 490/13 493/5 495/19 495/20
 495/23 496/6 496/7 499/6
 499/10 499/11 499/21
 500/17 500/18 500/19
 502/20 502/23 503/1 503/8
 508/4 509/14 509/19 510/7
 512/7 514/5
corrected [1]  459/4
correctly [1]  495/16
cost [13]  478/19 495/24
 496/1 496/6 496/13 496/14
 496/25 504/5 504/6 504/21
 510/9 510/11 510/13
COSTA [1]  398/17
costs [22]  490/7 490/15
 496/1 496/20 496/20 496/20
 496/21 496/23 496/25 497/8
 497/19 498/2 498/5 501/2
 504/16 505/1 508/7 508/13
 508/16 508/23 509/2 510/15
cotton [4]  441/22 441/23
 443/8 461/8
could [12]  404/16 407/18
 412/21 430/8 432/24 459/24
 460/21 464/7 465/17 466/4
 491/16 491/21
couldn't [1]  410/20
counsel [32]  398/1 401/13
 402/5 404/14 405/12 405/20
 406/3 415/6 419/11 427/17
 429/13 429/15 430/5 431/1
 437/16 440/11 441/9 460/16
 468/5 470/2 471/15 475/16
 481/8 482/25 483/23 488/7
 490/8 502/9 503/9 505/8
 512/7 512/21
counsel's [1]  448/24
counter [5]  397/10 397/13
 398/3 398/10 513/1
counter-claim [1]  513/1
COUNTER-CLAIMANT [1]
 397/10
COUNTER-DEFENDANT [1]
 397/13
country [1]  416/18
couple [4]  458/19 478/9
 482/3 487/7
course [2]  434/5 510/18
court [16]  397/1 397/23
 401/23 430/17 457/20
 477/17 477/20 477/24
 477/25 478/23 479/20

## C

**court... [5]** 480/18 481/12 483/14 512/13 512/17
**Court's [3]** 480/2 481/2 481/3
**courtroom [6]** 430/7 430/10 433/15 477/4 477/5 477/6
**courtrooms [1]** 484/23
**courts [3]** 485/8 485/8 485/9
**cover [1]** 513/19
**created [2]** 435/11 455/16
**cross [14]** 399/5 399/12 399/16 414/24 415/1 430/3 460/15 460/17 471/13 478/9 478/11 481/18 502/11 511/17
**cross-complaint [1]** 430/3
**cross-examination [9]** 399/5 399/12 399/16 415/1 460/15 460/17 471/13 481/18 502/11
**cross-examine [2]** 478/9 478/11
**CRR [1]** 397/23
**CSR [2]** 397/23 514/15
**cumulative [1]** 492/6
**cure [1]** 482/6
**current [4]** 431/15 460/1 460/2 479/8
**currently [8]** 424/20 452/4 452/7 459/5 459/9 462/24 463/4 465/2
**customer [3]** 455/6 455/9 456/6
**customers [9]** 425/4 425/8 425/10 425/11 425/18 434/2 451/4 454/6 456/11
**CV [1]** 397/7

## D

**damage [2]** 487/17 502/1
**damages [13]** 484/24 485/6 485/25 486/16 486/17 490/25 491/3 500/7 502/6 502/6 503/3 503/5 504/5
**dangerous [1]** 475/5
**DARMSTADTER [3]** 398/7 399/4 399/6
**data [1]** 505/21
**date [2]** 471/3 514/10
**dated [2]** 469/12 472/11
**DAVID [6]** 399/3 401/15 402/3 402/6 486/15 487/9
**day [3]** 397/17 401/12 433/6
**days [1]** 438/24
**DEAKINS [1]** 398/15
**death [9]** 408/24 415/24 416/2 416/8 416/13 416/13 419/15 419/21 420/12
**debt [1]** 508/20
**decided [2]** 509/7 510/8
**decision [1]** 443/3
**deduct [4]** 487/22 488/14 497/14 504/6
**deducted [9]** 490/15 496/23 497/1 497/13 497/19 498/5 501/3 510/9 510/12
**deducting [6]** 501/2 504/21 508/9 509/8 509/14 509/18

**deduction [1]** 488/13
**deductions [2]** 490/10 504/25
**defendant [5]** 397/9 397/13 398/3 398/10 430/4
**DEFENDANT'S [1]** 399/9
**DEFENDANT/COUNTER-CLAIMANT [1]** 398/10
**defendants [1]** 486/20
**defense [7]** 429/24 430/2 430/2 430/13 483/7 512/22 512/23
**definitely [1]** 513/12
**definitive [1]** 455/15
**degradation [4]** 409/14 409/22 411/24 413/22
**degree [2]** 403/21 485/21
**degrees [6]** 431/18 431/23 431/24 432/1 460/25 461/2
**delegated [1]** 452/5
**deliberate [1]** 462/11
**delivers [1]** 415/20
**demonstrative [4]** 491/17 494/12 494/14 494/18
**demonstratives [1]** 481/3
**denim [1]** 413/4
**depend [1]** 504/15
**depending [3]** 407/5 413/25 420/6
**depends [5]** 407/5 416/18 421/3 425/17 428/16
**depos [1]** 478/9
**depose [1]** 405/19
**deposition [7]** 399/20 486/7 512/7 512/8 512/12 512/16 512/20
**describe [1]** 494/12
**describing [2]** 451/10 489/1
**designated [5]** 399/20 405/16 405/18 512/10 512/16
**designation [1]** 512/3
**designed [5]** 436/13 437/12 437/25 440/18 475/3
**desks [1]** 507/25
**desperately [1]** 471/16
**despite [3]** 466/21 475/6 475/18
**detail [1]** 505/9
**determination [1]** 510/16
**determine [7]** 419/21 428/2 437/1 438/5 487/22 490/16 506/15
**determined [1]** 504/21
**determining [2]** 504/3 504/13
**developed [6]** 416/23 434/4 436/21 436/25 441/4 451/18
**developing [2]** 435/7 452/16
**development [4]** 402/21 403/6 432/5 498/3
**device [3]** 432/4 458/12 459/10
**DIANE [4]** 399/19 454/1 512/3 512/17
**Dick [1]** 433/12
**did [78]** 411/3 418/15 422/23 423/21 425/19 432/10 432/12 432/14 432/21 432/22 434/7 434/12

**436/25 437/2 437/7 437/8 438/22 439/14 440/16 440/25 441/6 441/11 441/12 442/3 443/3 443/3 445/6 446/2 448/11 448/13 448/17 448/19 452/22 453/24 458/7 461/1 461/23 469/2 470/6 476/7 476/9 486/2 486/15 487/8 487/12 487/24 487/24 487/25 488/1 488/10 489/13 489/15 489/23 490/6 491/25 492/1 492/24 493/1 493/3 495/13 496/8 496/12 497/5 500/11 505/10 505/17 505/18 505/19 505/23 506/4 506/7 506/14 506/15 506/21 509/25
**didn't [13]** 405/18 418/9 422/23 424/22 441/13 445/5 459/1 466/20 487/14 487/18 488/5 507/10 510/16
**difference [1]** 421/9
**different [8]** 403/13 403/13 416/18 426/21 462/22 501/14 501/18 504/18
**difficult [1]** 472/21
**difficult-to-treat [1]** 472/21
**difficulty [1]** 493/18
**direct [25]** 399/4 399/11 399/15 402/9 408/18 413/2 415/5 418/5 431/6 440/16 441/11 441/12 441/13 451/11 484/4 488/19 488/24 489/4 496/1 496/14 496/19 496/21 506/3 506/9 506/10
**directed [3]** 468/16 470/10 498/3
**directing [2]** 412/9 505/8
**direction [2]** 492/25 506/14
**directly [4]** 494/16 495/14 496/9 505/15
**director [1]** 465/2
**dis [1]** 487/5
**disclaimers [1]** 465/24
**discloses [2]** 463/2 463/5
**discovery [1]** 506/23
**discuss [3]** 440/25 476/17 513/4
**discussion [2]** 439/14 510/4
**disease [1]** 482/7
**disgorge [1]** 491/3
**disgorgement [14]** 486/21 487/5 487/8 488/1 488/12 491/4 496/16 496/23 497/2 498/6 500/7 503/2 503/5 503/23
**distinguish [1]** 488/5
**distribute [1]** 497/21
**distributing [1]** 463/5
**distribution [2]** 496/22 498/4
**DISTRICT [4]** 397/1 397/2 397/3 397/23
**DIVISION [1]** 397/2
**do [172]**
**doctor [2]** 439/21 502/19
**document [6]** 439/17 444/20

## D

document... [4]  444/22
 444/25 445/2 491/22
documentation [1]  510/3
documents [8]  442/21
 455/13 456/4 456/22 486/5
 500/11 500/17 506/24
does [26]  407/4 408/15
 410/4 412/2 412/5 412/6
 413/20 413/24 414/4 417/23
 417/25 424/14 424/24 433/3
 436/10 451/24 456/18 457/3
 457/4 467/25 468/8 472/23
 473/25 474/9 480/17 509/1
doesn't [4]  428/15 428/22
 428/22 472/22
doing [3]  432/4 469/21
 470/9
don't [42]  404/17 420/14
 426/4 429/13 441/7 442/13
 448/21 454/18 458/19
 460/14 463/10 465/6 465/8
 467/1 468/12 468/12 468/17
 471/9 471/10 472/3 472/4
 474/12 474/12 475/23
 475/24 476/2 487/2 487/4
 491/12 500/19 501/2 502/5
 502/5 504/7 504/7 504/11
 505/4 505/14 507/10 507/15
 508/15 511/15
done [23]  416/3 420/8
 422/17 422/20 422/24 423/3
 423/23 433/11 434/2 439/13
 441/11 441/13 443/19 452/3
 457/16 461/22 461/23
 463/17 467/6 467/8 479/1
 479/24 482/8
Dow [30]  402/14 402/17
 402/24 403/8 404/1 406/24
 407/8 407/11 408/2 409/1
 409/10 409/21 411/7 411/16
 411/18 411/25 412/2 412/5
 412/6 412/14 412/25 413/10
 416/3 416/23 417/22 418/2
 422/2 424/14 424/24 426/11
Dow's [2]  407/9 410/9
down [7]  413/25 429/7
 442/17 476/24 483/2 507/17
 511/19
Dr [2]  404/22 405/23
Dr. [33]  402/11 407/18
 408/14 409/20 427/17
 433/12 433/16 438/13
 438/14 438/24 439/2 439/3
 439/15 440/18 440/18 441/4
 441/4 444/24 444/24 445/3
 445/3 448/16 448/16 483/7
 484/6 491/21 494/2 500/4
 502/1 502/8 502/13 503/11
 511/12
Dr. Bearman [4]  440/18
 441/4 444/24 445/3
Dr. Bruce [1]  483/7
Dr. Dick [1]  433/12
Dr. Frattarelli [5]  402/11
 407/18 408/14 409/20
 427/17
Dr. Matt [1]  438/14
Dr. Matthew [1]  448/16
Dr. Richard [1]  438/13
Dr. Strombom [8]  484/6

 491/21 494/2 500/4 502/8
 502/13 504/11 511/12
Dr. Thomas [1]  448/16
Dr. Wei [1]  502/1
Dr. Wensell [9]  433/16
 438/24 439/2 439/3 439/15
 440/18 441/4 444/24 445/3
draw [1]  408/14
DRIVE [2]  398/8 398/16
Drug [1]  458/5
drying [1]  435/20
due [1]  489/10
duly [3]  402/7 431/4 484/2
during [6]  479/2 487/16
 490/23 490/24 490/25 491/2
duties [1]  452/1
dynes [2]  436/14 436/16

## E

e-mail [5]  458/24 459/1
 464/12 464/12 465/4
E2149 [3]  416/20 416/22
 416/25
E2149-10 [1]  416/25
each [2]  438/24 479/20
earlier [4]  415/6 427/20
 465/13 512/12
early [1]  401/10
earned [5]  486/19 486/22
 487/13 488/15 501/1
easier [1]  494/7
East [1]  397/24
economic [4]  484/13 484/15
 484/21 504/12
economics [3]  485/21
 485/22 502/19
economist [1]  502/25
education [5]  403/10
 431/19 455/9 485/20 501/25
educational [2]  403/20
 431/17
effect [1]  486/3
effected [2]  446/6 446/7
effective [1]  472/15
effectiveness [4]  437/21
 438/8 439/17 459/19
efficacies [1]  425/13
efficacy [5]  425/14 437/1
 438/5 448/3 463/12
efficiency [1]  423/13
Eight [1]  417/18
either [5]  429/8 451/5
 472/2 479/7 485/10
elements [1]  460/5
else [7]  452/12 457/19
 476/18 488/10 496/15
 505/20 513/5
employed [2]  484/8 484/9
employee [2]  465/4 465/9
employees [4]  432/10
 484/14 486/9 489/3
end [5]  437/24 477/12
 477/21 478/5 478/21
ended [2]  445/14 508/22
endorsed [2]  446/24 447/1
enhance [1]  473/9
enhancing [1]  473/6
entered [4]  453/16 454/19
 461/10 505/21
entities [1]  447/10
entitled [3]  495/2 503/14
 514/6

entity [1]  482/14
entrepreneurs [1]  434/10
entrepreneurship [1]
 431/21
environment [2]  433/17
 437/22
EPA [7]  409/24 410/2 410/9
 411/20 452/15 452/22
 482/14
epidemiologist [3]  433/14
 439/1 454/3
epidemiology [6]  445/5
 445/8 445/17 445/21 447/12
 451/8
equipment [2]  433/1 507/25
ERICKSEN [1]  398/12
essentially [3]  414/12
 414/19 427/20
establish [3]  432/22
 503/13 509/21
established [4]  432/8
 432/21 456/3 489/3
estimate [1]  486/18
estimates [2]  502/1 502/6
et [3]  449/3 467/9 480/22
et cetera [2]  449/3 480/22
Europe [1]  484/15
evaluate [1]  485/25
evaluating [1]  484/24
evaluation [1]  447/4
Evanston [1]  403/23
even [4]  436/22 471/2
 475/22 489/9
ever [7]  416/25 421/25
 425/20 433/17 485/16 503/2
 504/2
every [3]  433/6 477/21
 505/14
everybody [3]  451/24
 477/14 478/2
everybody's [1]  478/20
everyone [5]  435/19 442/19
 474/14 477/3 478/23
everything [5]  432/4
 459/25 477/12 477/13
 477/13
evidence [27]  400/2 408/5
 408/12 412/17 412/20 417/5
 444/13 447/3 455/15 455/20
 456/23 461/11 464/21
 464/23 465/15 473/5 473/6
 474/16 476/6 476/8 478/18
 482/20 491/13 491/17 494/8
 494/11 494/16
Evidence-based [1]  473/6
evolve [1]  439/14
exactly [5]  419/24 458/19
 478/12 479/15 489/5
examination [23]  399/4
 399/5 399/6 399/7 399/11
 399/12 399/13 399/15
 399/16 399/17 402/9 415/1
 427/15 428/10 431/6 460/5
 460/17 471/13 481/18 482/1
 484/4 502/11 511/10
examine [2]  478/9 478/11
example [3]  436/15 453/14
 506/2
except [1]  478/16
exception [5]  497/15
 497/22 500/21 508/7 510/12
excuse [8]  416/16 425/19

**E**

**excuse... [6]** 446/25
446/25 463/18 467/1 468/18
500/2
**excused [3]** 429/19 511/21
513/13
**executive [3]** 465/2 470/7
509/1
**executives [7]** 451/6
488/24 488/25 507/9 509/3
510/21 510/24
**exhibit [50]** 400/2 407/18
407/24 408/12 411/21 412/9
412/20 415/5 417/3 417/17
419/14 443/25 444/15
444/18 448/20 449/6 449/7
449/9 449/25 450/2 456/24
457/2 461/12 463/23 464/23
465/16 469/7 469/23 472/7
474/15 476/12 482/20 491/6
491/19 492/3 492/4 493/14
493/16 493/19 493/21
493/24 494/2 494/7 494/20
494/23 494/24 503/20 505/7
505/22 505/24
**Exhibit 1 [2]** 492/3 494/23
**Exhibit 2 [8]** 492/4 493/14
493/16 493/21 494/2 494/20
494/24 503/20
**Exhibit 244 [1]** 463/23
**Exhibit 246 [2]** 456/24
472/7
**Exhibit 249 [1]** 457/2
**Exhibit 335 [1]** 474/15
**Exhibit 591 [3]** 443/25
444/15 482/20
**Exhibit 867 [1]** 476/12
**Exhibit 9 [1]** 494/7
**Exhibit 989 [1]** 491/6
**exited [1]** 477/6
**expand [3]** 467/4 467/4
471/11
**expanded [1]** 459/18
**expect [1]** 478/21
**expense [4]** 507/6 508/20
509/4 510/9
**expenses [30]** 486/11
487/22 488/14 488/14 490/7
490/24 496/24 497/4 497/12
497/17 497/22 497/23 498/8
498/9 498/11 498/12 498/20
499/3 499/12 499/13 499/14
499/15 499/16 499/18 500/1
507/4 507/14 507/16 508/24
510/12
**experience [6]** 403/9
409/10 413/10 432/2 454/4
501/25
**expert [16]** 405/5 405/16
405/18 405/19 405/21
405/23 406/5 423/1 423/1
485/2 485/6 485/17 485/18
500/14 502/25 504/2
**experts [1]** 482/8
**explain [10]** 409/25 435/11
435/22 479/6 484/19 490/20
494/15 494/21 494/21 495/4
**explained [1]** 499/19
**exposed [1]** 489/6
**express [2]** 476/18 513/5
**extended [2]** 454/6 466/13

**extensive [1]** 437/2
**extensive204 [1]** 437/17
**extent [5]** 424/9 430/7
480/16 481/4 509/12

**F**

**F-a-v-r-e-t [1]** 430/24
**F-r-a-t-t-a-r-e-l-l-i [1]** 402/4
**fabric [26]** 408/20 413/22
413/25 414/1 415/23 435/18
435/24 436/9 441/23 442/1
442/3 443/4 446/9 447/25
448/4 461/7 461/8 461/14
461/17 461/18 462/1 462/5
462/9 462/23 463/4 496/3
**fabrics [4]** 420/5 443/8
443/11 461/11
**facilities [1]** 507/25
**fact [6]** 433/11 478/16
478/20 489/8 504/17 504/18
**factor [2]** 419/4 419/6
**facts [2]** 473/3 500/16
**factual [2]** 409/11 409/17
**factually [2]** 413/11
413/17
**failed [3]** 458/23 485/18
489/8
**fair [3]** 451/10 455/8
506/19
**false [16]** 457/9 488/4
488/8 488/8 488/17 488/22
489/6 489/7 489/10 489/25
490/2 500/24 503/12 503/14
503/24 509/9
**familiar [19]** 403/24 404/1
405/14 406/2 406/12 406/16
406/18 406/20 422/1 422/2
422/5 422/9 423/13 457/3
457/6 465/1 474/17 474/18
478/20
**familiarity [1]** 406/13
**families [1]** 432/17
**far [15]** 433/9 433/25
435/9 445/19 448/24 453/6
456/2 477/17 478/12 478/24
478/25 479/22 487/25 495/8
498/11
**fast [1]** 444/8
**fault [1]** 407/21
**FAVRET [17]** 398/22 399/10
430/13 430/23 431/3 431/8
452/1 460/11 460/19 461/13
467/24 471/21 474/9 475/22
482/3 509/6 510/20
**FDA [28]** 438/8 438/9 442/5
442/6 442/7 442/8 442/21
452/15 452/24 452/25 453/3
453/14 458/3 458/7 458/9
458/12 459/15 459/25 460/1
460/5 460/8 460/10 466/7
466/12 466/16 466/18 474/4
482/14
**February [7]** 487/18 489/18
490/14 494/5 495/18 495/22
499/10
**February 2017 [4]** 487/18
489/18 490/14 494/5
**federal [1]** 485/8
**feedback [1]** 442/7
**feel [6]** 462/5 462/10
462/18 462/23 463/10

466/25
**Feels [1]** 461/20
**fees [4]** 458/23 458/25
508/5 508/10
**few [1]** 450/24
**field [2]** 432/2 433/12
**figure [2]** 479/10 496/12
**figures [3]** 487/9 488/1
500/4
**filing [4]** 442/7 452/25
460/1 460/3
**fill [1]** 432/25
**final [1]** 433/12
**financial [25]** 484/13
485/6 486/5 486/10 486/11
486/12 490/21 495/14 496/9
497/8 505/11 505/12 505/15
505/18 506/5 506/7 506/8
506/11 506/18 506/19
506/20 506/22 506/25
510/17 510/19
**financing [2]** 434/7 434/12
**find [1]** 444/8
**findings [1]** 463/12
**fine [3]** 401/20 481/5
483/11
**finish [3]** 403/2 459/8
480/17
**finished [2]** 430/1 445/10
**finishing [1]** 460/6
**firm [3]** 484/14 484/16
484/18
**first [14]** 417/7 433/16
435/14 436/20 436/23
438/15 445/6 453/21 472/14
487/4 494/22 500/23 502/18
507/5
**five [5]** 432/11 455/3
478/8 479/12 479/13
**five hours [1]** 479/13
**five-year [1]** 455/3
**fixed [2]** 496/20 507/25
**fluid [3]** 435/14 436/12
436/13
**fluids [3]** 435/16 436/13
436/16
**focus [3]** 443/4 451/1
487/8
**focused [1]** 507/12
**focusing [2]** 478/12 489/14
**follow [4]** 460/8 480/2
482/3 499/1
**follow-on [1]** 499/1
**follow-up [1]** 482/3
**followed [1]** 437/8
**follows [3]** 402/8 431/5
484/3
**Food [1]** 458/5
**footed [1]** 505/14
**footnote [1]** 490/1
**foregoing [1]** 514/4
**forgot [1]** 402/22
**form [6]** 408/19 415/22
476/18 480/25 481/1 513/5
**format [2]** 465/12 514/7
**former [1]** 467/13
**forms [1]** 480/16
**forth [1]** 452/23
**found [3]** 421/20 423/17
459/4
**foundation [14]** 410/6
410/14 410/17 410/25 420/2

## F

foundation... **[9]**  421/22
422/21 423/20 437/14
437/17 445/24 450/20
468/10 470/21
founded **[1]**  432/12
founder **[2]**  431/16 476/2
Four **[2]**  479/12 479/13
frame **[1]**  453/23
frankly **[2]**  504/7 504/7
FRATTARELLI **[12]**  399/3
401/15 401/17 402/3 402/6
402/11 404/22 405/23
407/18 408/14 409/20
427/17
fraudulent **[1]**  503/7
free **[1]**  511/24
front **[7]**  417/10 444/20
464/2 466/11 469/10 471/11
492/18
full **[3]**  402/1 483/19
499/16
functions **[1]**  435/13
funding **[1]**  436/23
further **[6]**  409/25 414/23
425/12 428/7 481/21 483/1

## G

gap **[1]**  432/25
garment **[3]**  414/15 414/16
441/22
garments **[8]**  436/20 455/5
456/4 456/9 456/13 463/24
496/4 509/22
GARY **[1]**  397/3
Gastroenterology **[1]**
447/13
gave **[1]**  468/25
general **[6]**  425/1 496/18
499/14 504/1 504/16 507/24
generally **[1]**  486/15
generic **[1]**  408/3
gentlemen **[4]**  429/25
460/21 461/25 476/16
get **[25]**  401/20 407/14
411/3 411/23 419/12 422/6
429/17 434/9 447/3 451/5
459/1 462/11 466/8 471/11
477/11 477/14 477/18
477/19 477/19 477/23
479/14 485/11 496/8 512/25
513/10
gets **[2]**  435/15 478/4
getting **[4]**  448/23 459/25
467/7 479/14
GIS **[1]**  418/21
give **[10]**  401/23 430/17
431/19 436/5 436/15 445/5
479/15 479/20 483/14 509/7
given **[6]**  416/10 416/13
456/8 480/23 507/8 512/13
global **[2]**  403/5 412/25
globally **[3]**  403/1 403/14
422/14
go **[36]**  401/12 406/9
415/16 418/11 418/13
418/14 420/1 432/7 437/3
438/15 440/11 441/3 441/9
442/16 447/8 447/22 451/24
454/21 463/2 471/18 472/8
473/4 473/11 477/21 485/14

488/25 492/11 494/25 495/1
496/11 504/5 505/3 506/12
507/17 511/23 511/24
goal **[5]**  432/22 433/3
433/5 433/10 433/25
God **[3]**  401/24 430/18
483/16
goes **[4]**  407/20 407/20
479/6 508/14
going **[25]**  402/18 406/4
406/12 408/14 408/18
418/12 430/1 430/3 434/6
447/5 458/25 459/24 465/18
471/7 476/14 477/3 477/18
478/13 478/21 480/20 492/8
498/23 503/11 512/25 513/2
gold **[1]**  401/11
gone **[1]**  478/24
gonna **[1]**  419/4
Gonzalo **[1]**  438/13
good **[16]**  401/14 401/20
402/11 415/3 415/4 431/8
431/9 435/24 460/19 460/20
478/15 483/9 484/6 484/7
502/13 502/14
goods **[10]**  495/24 496/1
496/6 496/14 496/24 496/25
504/6 504/22 510/9 510/11
got **[5]**  442/5 466/5 492/18
508/13 508/24
gotta **[2]**  467/6 467/8
governmental **[2]**  452/21
482/14
governments **[1]**  485/1
Grand **[1]**  403/21
graphic **[1]**  473/13
great **[2]**  434/10 460/4
gross **[6]**  496/11 498/18
503/14 503/19 503/21 507/4
ground **[1]**  477/22
Grounds **[1]**  467/20
group **[6]**  453/17 484/9
484/11 484/12 484/13
484/20
grouped **[1]**  499/14
grouping **[1]**  495/24
grow **[1]**  420/7
growth **[1]**  428/12
guidance **[3]**  411/20 442/21
480/2

## H

had **[26]**  402/19 407/22
434/9 436/22 438/24 439/12
441/3 441/3 442/6 446/16
455/12 456/11 458/3 458/24
466/11 467/15 470/14
470/19 471/5 471/21 486/5
490/25 500/11 501/3 506/9
507/1
hadn't **[1]**  501/1
half **[4]**  429/18 479/17
479/25 480/6
hand **[10]**  401/21 417/24
433/15 462/18 462/22
483/12 486/18 495/8 497/10
498/11
handle **[1]**  471/13
HANNA **[4]**  398/4 399/12
399/16 502/15
happening **[1]**  414/3
happens **[3]**  477/11 477/22

511/6
happy **[1]**  434/16 450/22
Hardwick **[3]**  438/14 448/16
461/22
has **[41]**  410/17 410/19
416/25 417/22 417/24
425/21 426/18 429/15 433/5
433/9 433/16 433/17 434/15
435/11 435/13 435/19
435/20 438/17 444/2 444/3
444/4 446/6 446/21 455/14
455/20 460/1 461/3 465/15
472/15 474/4 475/1 475/3
478/19 482/14 492/19
495/17 495/17 496/5 503/24
509/6 509/7
has been **[1]**  461/3
hasn't **[4]**  405/24 424/5
469/25 491/14
have **[167]**
haven't **[6]**  405/11 407/22
434/24 466/11 479/3 479/3
having **[6]**  402/7 431/4
484/2 493/17 493/18 495/4
he **[43]**  404/13 405/15
405/20 410/17 410/19 418/8
418/11 418/15 424/5 429/2
429/2 429/15 435/4 438/25
439/3 439/4 439/4 439/21
467/13 467/25 468/8 468/25
469/2 469/20 470/6 470/9
486/17 486/20 486/22
487/14 487/15 487/15
487/18 488/1 488/5 488/10
488/11 489/15 489/16
489/17 489/20 490/9 492/19
he's **[9]**  405/19 406/3
423/1 423/1 438/25 479/5
492/18 494/15 501/2
heading **[1]**  499/14
health **[29]**  445/8 447/12
453/18 453/22 453/24
454/12 455/4 455/12 456/6
456/18 470/19 471/3 471/22
471/23 473/8 473/9 473/10
473/16 474/1 474/3 474/10
474/11 475/7 475/8 475/19
475/20 475/21 482/5 482/6
healthcare **[20]**  432/2
432/16 432/25 433/17
436/17 437/22 447/12
453/17 454/24 454/25 465/3
472/19 472/20 472/21
472/25 473/6 474/1 474/3
474/11 475/4
healthcare-associated **[1]**
472/20
hear **[2]**  424/22 440/3
heard **[5]**  420/18 453/17
455/11 458/11 482/11
hearsay **[12]**  433/21 436/7
439/7 442/12 442/23 442/24
446/13 453/8 454/17 456/14
467/21 492/6
held **[2]**  481/13 514/6
help **[7]**  401/24 426/2
430/18 442/13 448/23
483/15 494/11
helps **[1]**  494/15
here **[28]**  401/9 401/10
401/17 402/11 415/19
429/12 430/14 431/10

Case 2:16-cv-05900-RGK-PLA Document 129-5 Filed 12/20/17 Page 128 of 141 Page ID #:4186

**H**

**here...** [20]   449/11 449/15
466/25 480/21 483/9 492/15
497/9 497/23 500/4 502/21
504/9 504/18 505/10 505/15
506/12 507/14 507/15
508/15 510/14 512/13
**hereby** [1]   514/3
**Hey** [1]   441/14
**hidden** [1]   464/8
**HIGHTOWER** [5]   398/12
399/11 399/13 399/15
399/17
**him** [19]   405/19 406/4
407/14 410/19 417/6 417/14
419/12 429/12 429/17
438/25 439/1 439/4 439/11
470/10 479/5 479/6 492/18
494/15 509/7
**his** [17]   417/13 467/25
468/8 469/2 469/21 470/7
486/16 486/24 487/6 487/17
489/19 490/1 490/3 500/14
500/18 500/25 502/2
**hmm** [6]   408/22 462/16
465/23 465/25 481/10
497/18
**hold** [2]   460/25 461/2
**home** [1]   432/17
**Honor** [104]   401/14 404/15
404/16 404/17 405/9 405/17
406/6 408/4 408/6 410/16
412/16 412/18 414/23
414/25 415/14 417/4 418/4
418/10 419/10 419/16
421/22 422/10 423/7 423/19
424/4 424/16 426/12 427/9
427/11 427/13 428/9 428/25
429/9 429/11 429/22 430/6
430/12 431/2 433/19 434/22
436/1 437/5 437/14 439/6
439/16 439/19 440/3 440/22
442/9 442/23 443/13 443/25
447/9 447/16 448/7 449/13
449/21 449/23 457/18
460/14 461/5 462/4 462/12
464/20 466/25 467/23
469/22 470/3 471/17 474/6
475/14 476/8 476/25 479/1
479/18 479/19 479/23 480/4
480/7 480/13 480/15 481/7
481/9 481/19 481/24 482/18
482/21 483/1 483/6 483/24
485/15 491/5 491/16 492/6
492/13 501/21 503/10 511/2
511/4 511/18 511/23 512/2
512/9 512/19
**HONORABLE** [1]   397/3
**hopefully** [1]   513/11
**hospital** [8]   437/9 445/4
445/17 445/20 446/21
447/11 451/6 473/15
**hospitals** [3]   488/25 489/1
489/1
**hour** [8]   420/7 420/11
421/2 421/5 429/18 429/18
479/16 479/25
**hours** [8]   419/22 419/23
419/25 420/14 427/18 428/2
479/12 479/13
**how** [44]   402/17 408/1

408/15 409/2 410/24 413/24
416/21 417/25 418/3 420/13
421/8 421/20 422/6 422/9
422/19 426/16 426/22
432/10 434/7 438/22 438/22
439/3 441/13 443/16 451/1
451/4 452/8 458/18 459/23
462/20 471/9 479/6 479/20
479/24 480/5 480/11 480/17
484/10 486/10 487/23 489/6
496/12 499/8 512/12
**HR** [1]   454/3
**huh** [2]   438/19 464/14
**hundred** [3]   421/9 421/17
479/16
**hundreds** [1]   427/1
**hygiene** [1]   403/5
**hypothetically** [2]   486/25
509/5

**I**

**I'd** [5]   413/2 450/24
464/20 469/7 491/5
**I'll** [11]   411/11 430/14
444/8 449/20 449/23 465/20
477/25 479/10 479/14
479/15 481/1
**I'm** [71]   401/10 402/14
404/2 405/15 406/3 407/14
407/21 408/14 408/18
410/16 417/16 418/6 418/12
421/16 422/18 422/18
422/19 424/22 426/14
431/16 433/20 437/16
439/19 440/3 440/10 444/6
444/10 446/6 447/16 447/16
448/20 449/17 454/16
454/16 462/13 463/15 464/1
467/23 471/7 471/16 474/14
477/3 477/20 477/22 479/5
479/6 479/13 479/24 480/8
480/20 481/2 484/9 484/17
484/17 490/11 491/7 493/17
493/17 493/18 494/7 499/23
501/20 502/1 502/15 502/15
503/11 505/17 506/1 509/5
509/24 510/16
**I've** [13]   416/6 426/17
432/3 477/10 479/1 484/11
485/7 485/18 497/19 503/4
504/8 511/5 512/12
**I.D** [1]   400/2
**idea** [4]   435/24 443/3
500/23 508/16
**identification** [5]   444/15
444/18 449/25 488/18
491/19
**identified** [8]   431/10
485/2 491/6 492/3 495/6
498/1 498/14 501/5
**identifies** [1]   499/2
**identify** [11]   434/1 446/20
447/10 448/21 450/2 487/20
490/7 493/19 498/7 500/15
507/14
**if** [57]   404/17 407/18
410/17 410/19 412/21
418/12 419/21 421/5 428/2
428/17 430/8 433/13 433/24
435/16 437/1 443/25 448/20
454/16 455/13 455/14 464/7
464/25 465/17 467/3 470/8

472/10 473/21 476/21
477/24 481/23 481/24 486/24
487/10 487/23 487/23
488/15 490/16 491/16
491/21 492/2 494/11 494/15
494/20 495/16 498/23
499/15 500/16 501/1 502/6
503/13 503/16 504/7 506/2
506/6 506/6 512/13 513/13
**II** [5]   459/14 459/17
459/20 466/5 473/18
**III** [3]   399/10 430/23
431/3
**ILLINOIS** [2]   398/8 403/23
**immediately** [2]   414/12
414/20 427/21
**implementation** [3]   403/12
455/6 455/8
**implemented** [1]   419/25
**imply** [1]   473/2
**implying** [1]   472/24
**impressed** [1]   439/4
**in** [233]
**In -- well** [1]   466/9
**in-hospital** [1]   437/9
**inactive** [3]   458/22 459/1
459/1
**INC** [6]   397/5 397/8 397/9
397/12 398/3 398/11
**include** [6]   403/5 475/20
497/23 504/25 509/1 510/8
**included** [4]   455/9 506/4
507/14 509/13
**includes** [1]   507/5
**including** [2]   432/11
486/14
**income** [24]   495/2 495/5
495/6 495/8 495/13 495/17
496/13 498/1 498/2 498/15
498/18 498/21 499/3 499/5
499/6 499/19 499/23 499/24
500/1 500/5 500/8 506/3
506/10 508/21
**incorporate** [1]   497/12
**Incorporated** [1]   484/9
**incorrect** [2]   487/7 501/16
**increase** [1]   475/3
**incremental** [1]   504/15
**incurred** [6]   487/22 496/2
497/1 497/20 499/4 501/3
**indented** [1]   497/16
**indicated** [4]   429/2 445/10
458/3 489/12
**indicates** [2]   459/14
496/19
**indicating** [1]   490/1
**individuals** [1]   448/14
**industry** [6]   405/14 406/2
406/14 422/18 425/17 432/4
**ineffective** [3]   414/12
414/20 427/21
**Inexperienced** [1]   401/19
**infecting** [1]   428/23
**infection** [5]   445/4 445/17
445/21 451/7 454/3
**infections** [2]   472/20
473/1
**information** [12]   425/12
452/13 457/9 482/12 493/1
493/4 493/7 493/8 495/13
503/17 507/23 511/13
**infrastructure** [3]   507/17

## I

infrastructure... [2]
507/22 507/23
inhibition [1]   416/4
initial [3]   409/6 415/17
434/10
initially [2]   422/19
434/14
initiated [3]   438/5 438/7
438/22
innovation [1]   412/13
innovative [1]   501/18
inoculated [1]   420/5
input [2]   453/6 453/13
inquire [3]   402/5 431/1
483/23
inside [1]   435/18
Institutes [1]   447/11
instructing [1]   465/21
instruction [1]   488/6
instructions [3]   480/16
480/20 480/22
intelligent [1]   415/21
intelligent-controlled [1]
415/21
intensive [1]   440/1
interaction [1]   409/6
interactions [2]   452/24
458/7
International [1]   465/3
interrupting [1]   493/18
into [28]   408/4 411/10
412/17 413/7 414/15 417/5
418/11 418/13 418/14
439/14 453/16 454/19
461/10 464/20 465/11
465/15 473/14 476/14 476/7
478/18 482/20 489/4 491/13
491/17 494/8 494/11 494/16
496/16
introduced [4]   417/5 444/2
444/3 469/25
introduction [1]   469/23
investigation [1]   506/15
investor [1]   434/11
involved [5]   423/14 439/3
448/25 470/11 502/22
involves [1]   488/23
involving [1]   426/10
ions [7]   406/25 408/23
409/7 409/13 413/14 415/21
415/24
IRVINE [2]   398/5 485/23
is [252]
isn't [10]   463/13 466/16
466/21 471/2 471/20 471/21
473/9 473/18 475/6 475/18
issuance [1]   486/6
issue [3]   486/23 497/21
497/25
it [226]
It'll [1]   402/18
it's [102]   403/4 406/15
407/21 408/3 409/23 414/14
416/23 417/4 417/11 417/11
417/16 418/22 419/4 420/11
420/24 420/24 420/24
420/24 423/6 425/3 425/3
425/7 425/7 427/1 428/14
428/20 428/21 429/25
441/21 444/17 447/5 449/6

450/6 451/24 451/25 454/6
454/16 454/16 457/23 461/4
463/4 463/5 463/10 464/8
467/6 467/7 467/8 468/14
468/21 469/8 469/12 471/25
472/2 474/16 476/12 476/19
478/3 478/3 478/7 478/9
478/21 478/24 479/10
479/14 479/15 479/16
480/11 491/7 491/12 491/15
492/6 492/6 492/7 492/11
493/23 494/20 497/25 498/1
498/21 499/1 499/9 499/22
500/8 500/9 500/10 501/18
501/18 501/18 505/8 506/10
506/10 507/6 508/11 509/12
510/11 510/22 510/24 512/5
512/13 513/1 513/1 513/6
item [8]   498/8 498/10
504/4 506/9 507/5 510/8
510/9 510/13
item second [1]   498/10
items [2]   486/12 497/4
its [29]   403/12 404/12
404/23 407/12 411/18 412/2
412/6 414/1 422/2 435/13
467/16 467/16 469/1 469/20
470/5 470/6 470/15 470/17
471/3 471/4 471/22 471/22
475/2 475/3 475/6 482/15
497/8 501/15 510/8
itself [4]   409/22 432/7
441/21 451/2

## J

January [5]   487/17 489/18
490/13 494/5 495/17
January 2011 [4]   487/17
489/18 490/13 494/5
John [1]   454/1
join [1]   408/6
JOSE [2]   398/13 485/22
journal [6]   445/18 445/19
445/20 446/20 450/6 450/15
JUDGE [1]   397/3
judicial [2]   421/13 514/8
July [4]   469/12 470/4
471/2 491/24
July 14 [2]   469/12 471/2
July 14th [1]   470/4
July 19th [1]   491/24
June [1]   464/15
June 19th [1]   464/15
jurors [1]   462/5
jury [24]   397/16 401/5
401/7 401/8 433/24 460/22
462/1 462/8 476/20 477/2
480/16 480/20 480/22
481/14 481/16 481/17 484/8
492/6 492/15 494/21 495/4
502/24 503/6 513/7
just [64]   403/10 404/10
406/8 410/16 414/14 417/6
417/7 422/18 426/21 426/25
428/12 428/20 430/6 433/24
433/25 435/19 436/5 438/15
444/5 446/11 446/20 447/2
447/6 447/10 449/20 452/18
455/14 456/2 458/2 460/21
461/14 467/6 468/21 471/12
473/3 473/12 477/8 477/22
478/4 478/7 478/19 479/6

480/1 482/3 487/15 487/15
488/5 490/13 491/16 492/10
492/16 493/14 495/21
496/13 499/2 499/13 499/19
499/24 501/5 506/21 507/6
509/6 511/4 511/6

## K

KARMAN [1]   398/5
keep [1]   478/12
keeping [2]   428/21 429/12
keeps [1]   478/2
key [1]   488/3
kill [1]   412/7
killed [1]   428/3
killing [2]   410/5 428/20
kills [3]   410/13 428/15
436/8
kind [3]   405/23 436/17
499/1
kinda [1]   422/19
kinds [1]   436/16
KLAUSNER [1]   397/3
know [52]   404/3 404/4
404/8 404/11 404/22 406/23
409/11 409/17 409/20 416/2
416/22 417/15 429/13 432/7
445/19 446/16 446/19
448/14 448/21 451/5 451/24
452/10 452/25 453/21
454/18 455/14 455/19
455/24 456/2 458/18 458/19
458/20 460/2 462/18 471/9
472/3 472/4 473/21 474/12
475/23 475/24 476/3 478/6
479/4 489/15 504/7 505/14
507/5 507/9 508/14 508/15
510/14
know whether [1]   446/16
knowledge [32]   403/15
406/1 407/7 407/11 409/21
410/9 410/12 410/17 410/19
410/20 410/21 410/24 411/3
415/11 415/12 426/25 429/5
436/7 443/16 446/19 449/9
450/12 450/18 452/12 453/4
455/15 456/2 473/25 474/9
474/13 493/6 509/25
known [1]   438/24

## L

laboratory [4]   437/2 437/4
437/7 437/8
labs [1]   422/14
lack [1]   488/13
lacks [5]   422/21 423/19
437/5 437/14 437/17
ladies [4]   429/25 460/21
461/25 476/15
land [2]   408/19 415/22
language [3]   452/20 457/5
457/6
Lanham [3]   503/3 503/4
503/6
large [1]   484/22
largest [1]   456/6
last [11]   402/2 404/11
430/22 432/3 447/17 479/2
480/21 483/20 492/2 492/21
509/16
lastly [2]   409/13 413/13
later [1]   418/13

**L**

launched [1]   461/16
LAW [5]   398/4 398/7 398/12
   398/15 398/16
lawsuit [1]   497/20
lawyers [1]   502/16
lay [2]   410/16 477/22
lead [1]   402/14
leader [2]   402/21 412/25
leading [2]   404/5 451/12
lean [1]   435/16
learned [1]   411/17
least [3]   436/10 473/17
   496/3
leave [2]   476/21 476/22
left [5]   421/8 458/24
   479/16 479/17 497/10
left-hand [1]   497/10
legal [3]   452/16 508/5
   508/10
less [1]   497/16
Lessem [1]   452/7
let [11]   416/22 426/2
   434/15 444/5 448/23 458/2
   459/8 461/13 485/10 505/7
   509/24
let's [10]   417/3 432/7
   438/15 487/4 487/8 501/5
   507/17 508/12 509/5 509/6
lethal [1]   409/13
letter [7]   469/10 469/12
   469/14 469/19 470/4 470/9
   470/11
letterhead [2]   469/15
   470/5
level [3]   416/7 420/12
   437/22
licensee [1]   404/1
licensees [2]   412/2 412/6
licenses [1]   507/24
lifetime [1]   414/1
like [22]   413/2 430/13
   435/19 439/5 444/14 449/9
   450/24 451/23 451/25
   464/20 466/25 469/7 471/20
   478/8 478/9 478/10 485/17
   488/20 491/5 507/25 512/2
   513/10
limine [1]   469/23
limit [1]   433/24
limits [1]   409/21
line [16]   479/2 486/12
   494/22 497/16 498/8 498/10
   498/14 498/18 500/5 500/8
   506/9 507/4 507/10 508/22
   509/13 509/16
list [1]   444/12
listed [5]   496/5 497/4
   497/9 497/23 505/22
listen [6]   441/8 468/3
   468/18 471/9 471/10 471/12
listening [1]   440/10
litigation [10]   484/22
   484/23 484/24 486/6 497/17
   497/25 506/25 507/2 508/8
   510/13
little [11]   409/25 435/10
   435/22 442/13 477/9 477/19
   478/4 484/19 485/11 485/12
   490/20
live [1]   478/8

**L**

LLP [2]   398/4 398/7
locations [1]   509/2
log [22]   419/1 419/3
   420/10 420/17 420/18
   420/23 420/24 421/5 421/8
   422/7 423/5 423/14 423/16
   423/17 423/17 423/18 424/2
   424/7 424/9 425/20 427/4
   427/8
logo [1]   417/22
long [9]   402/17 429/17
   443/16 458/18 459/23
   479/20 479/24 484/10 512/5
look [31]   417/3 417/6
   417/7 420/8 420/14 441/14
   449/6 451/24 457/3 463/3
   463/22 464/7 464/25 469/7
   472/7 472/8 473/12 474/14
   474/15 476/12 492/2 492/21
   493/16 494/20 498/23 499/5
   505/7 505/9 506/2 507/3
   509/25
looked [4]   465/13 487/16
   490/21 500/14
looking [19]   401/10 409/5
   416/3 417/9 428/17 444/10
   474/23 478/8 478/9 484/23
   489/15 489/23 494/2 499/2
   499/9 499/16 503/21 505/10
   505/19
looks [2]   478/8 513/10
LOS [3]   397/20 397/24
   401/1
loss [8]   490/25 493/11
   493/15 494/4 498/21 500/2
   500/9 500/10
lost [6]   486/18 494/8
   500/10 500/12 500/15
   500/22
lot [7]   460/5 477/10
   478/13 478/16 479/4 482/11
   500/4
lots [1]   504/25
louder [2]   440/6 485/12
lunch [2]   513/3 513/17

**M**

ma'am [26]   431/12 431/25
   432/9 432/20 432/23 433/4
   433/8 434/18 434/21 440/18
   441/23 442/2 443/5 450/4
   455/10 456/16 457/13 458/4
   458/6 459/7 459/16 464/4
   464/17 465/25 474/25
   482/17
MacNEIL [3]   397/23 514/14
   514/15
made [19]   430/2 430/14
   434/24 449/12 452/23
   453/12 465/22 467/9 469/5
   476/3 488/5 488/5 488/16
   497/13 501/1 501/4 501/12
   503/24 504/8
Magnet [2]   474/17 474/21
mail [5]   458/24 459/1
   464/12 464/12 465/4
main [1]   501/17
mainly [1]   418/22
maintains [1]   407/11
major [2]   507/15 508/22
make [37]   404/10 410/3
   410/4 410/10 410/11 410/13

**M**

411/18 411/25 412/6 431/13
   430/2 437/18 451/18 466/4
   466/19 466/22 466/22 471/3
   471/23 472/14 473/8 473/17
   473/25 474/4 474/5 474/10
   475/8 475/12 475/13 475/21
   477/25 478/2 478/7 478/20
   480/1 488/1 510/16
makes [1]   468/7
making [8]   412/3 434/20
   460/4 460/10 478/17 503/13
   504/19 509/9
manage [2]   403/1 403/12
Management [1]   474/18
manager [1]   402/20
managing [2]   484/17 484/17
manipulating [1]   466/25
manner [1]   488/11
manufacture [1]   497/21
manufactured [1]   509/22
manufacturers [1]   501/14
manufacturing [4]   496/3
   496/4 496/14 496/22
many [6]   421/20 432/10
   445/1 456/10 471/9 472/22
Marc [1]   452/7
March [1]   443/23
marked [5]   400/2 444/18
   449/25 491/19 495/18
market [8]   407/6 425/17
   432/24 436/23 501/10
   501/11 501/15 501/16
marketing [8]   431/21 432/5
   454/4 467/16 467/17 469/2
   498/3 509/2
markets [1]   403/13
material [13]   409/14
   409/22 411/24 441/24 452/6
   452/18 453/1 467/16 467/18
   470/6 475/2 475/21 476/4
materials [13]   403/22
   451/18 451/22 452/8 452/13
   452/19 452/20 453/2 453/13
   454/8 456/21 486/2 486/14
matrix [6]   464/18 465/12
   465/13 465/15 465/18
   473/17
Matt [1]   438/14
matter [8]   401/23 430/17
   476/19 483/14 486/5 510/13
   513/6 514/6
matters [1]   484/21
Matthew [1]   448/16
may [31]   401/20 402/1
   402/5 407/6 408/11 429/7
   430/20 430/21 431/1 431/13
   444/6 449/13 456/23 461/12
   462/4 463/2 476/7 476/24
   477/7 477/25 477/25 478/10
   483/2 483/18 483/19 483/23
   489/10 494/17 504/17
   511/19 511/21
maybe [1]   479/25
McCloud [2]   507/13 510/4
me [35]   416/16 416/22
   420/1 425/19 426/2 427/24
   431/19 434/15 434/19 436/5
   442/13 444/5 445/5 446/25
   446/25 448/23 450/3 456/23
   458/2 459/8 461/14 462/17
   462/22 463/18 467/1 468/18
   474/12 482/4 485/10 491/21

**M**

**me... [5]**   494/21 500/2
505/7 506/6 509/24
**mean [14]**   407/4 413/20
414/5 414/11 419/8 419/23
425/8 428/15 451/23 459/24
479/22 488/24 501/8 509/25
**meaning [2]**   450/17 503/6
**means [5]**   423/10 426/4
426/6 428/12 462/20
**measure [5]**   425/19 436/15
497/2 498/5 504/5
**measured [5]**   416/12 416/15
416/25 422/18 422/19
**measurements [1]**   419/1
**measuring [1]**   421/16
**mechanism [3]**   414/18
415/21 435/14
**medical [6]**   404/23 432/4
440/1 454/2 458/12 459/10
**meet [5]**   451/9 451/9
452/11 488/25 502/17
**meeting [1]**   445/8
**meetings [1]**   426/17
**member [1]**   505/23
**members [2]**   401/7 481/16
**mentioned [1]**   510/13
**MESA [1]**   398/17
**met [2]**   452/15 502/15
**method [11]**   416/21 416/23
420/6 421/3 421/4 424/19
424/20 424/23 448/5 487/3
487/4
**methods [7]**   418/1 418/10
425/9 425/9 425/14 425/16
425/16
**mic [3]**   411/10 485/11
485/11
**MICHELMAN [2]**   398/4 398/7
**microbes [3]**   409/14 409/22
435/21
**microbial [3]**   408/23
415/24 416/2
**microbiological [1]**   418/1
**microbiology [1]**   460/25
**microorganisms [1]**   436/9
**microphone [2]**   440/7
442/13
**middle [2]**   473/5 497/15
**might [3]**   420/6 439/8
494/7
**MIKE [2]**   398/21 404/8
**million [12]**   489/22 490/23
490/24 490/25 498/19
498/20 500/2 508/9 508/11
508/12 509/7 509/18
**mind [1]**   478/12
**minus [4]**   496/13 498/19
499/25 508/11
**minutes [8]**   450/24 476/21
478/10 479/16 479/25
479/25 480/4 512/5
**mischaracterizes [1]**   490/9
**misleading [2]**   457/10
457/23
**mission [5]**   432/13 432/15
432/18 432/21 433/2
**misspoke [1]**   490/8
**Misstates [1]**   476/6
**Mitchell [3]**   464/13 464/25
465/21

**mix [1]**   441/22
**Mr. [6]**   408/22 462/16
465/23 465/24 481/10
497/18
**Mm-hmm [6]**   408/22 462/16
465/23 465/25 481/10
497/18
**model [6]**   437/3 488/23
489/4 489/9 503/18 504/12
**modification [1]**   448/5
**modify [5]**   424/20 467/17
470/14 470/17 475/7
**molecules [1]**   413/4
**MONA [2]**   398/4 502/15
**money [2]**   435/7 500/10
**monitor [1]**   472/8
**months [2]**   458/19 495/19
**more [13]**   409/7 427/11
435/7 435/22 443/10 443/21
465/11 472/12 477/13
477/13 477/15 478/5 478/8
**morning [14]**   401/14 402/11
415/3 415/4 431/8 431/9
460/19 460/20 483/9 484/6
484/7 502/13 502/14 513/11
**most [5]**   422/4 433/13
433/14 439/1 457/7
**motion [1]**   469/23
**move [12]**   408/4 443/13
447/16 463/25 464/20 471/7
474/6 475/14 476/7 485/10
485/11 491/17
**MR [4]**   399/4 399/5 399/6
399/7
**Mr. [40]**   401/17 431/8
452/1 460/11 460/19 461/13
467/14 467/24 467/24 468/7
468/25 469/5 469/19 470/4
471/21 474/9 475/22 482/3
486/1 486/4 486/7 486/17
487/3 487/12 487/25 488/18
489/8 489/13 490/6 500/12
500/22 501/9 502/2 507/13
507/13 509/6 510/4 510/4
510/20 510/22
**Mr. Bold [3]**   507/13 510/4
510/22
**Mr. Favret [12]**   431/8
452/1 460/11 460/19 461/13
467/24 471/21 474/9 475/22
482/3 509/6 510/20
**Mr. Frattarelli [1]**   401/17
**Mr. McCloud [2]**   507/13
510/4
**Mr. Pruna [2]**   467/24
469/19
**Mr. Pruna made [1]**   469/5
**Mr. Pruno [3]**   468/7 468/25
470/4
**Mr. Puna [1]**   467/14
**Mr. Weiner [12]**   486/1
486/17 487/3 487/12 487/25
488/18 489/8 489/13 490/6
500/12 501/9 502/2
**Mr. Weiner's [3]**   486/4
486/7 500/22
**MRSA [4]**   466/5 466/23
472/18 473/18
**MS [6]**   399/11 399/12
399/13 399/15 399/16
399/17
**Ms. [1]**   465/21

**Ms. Mitchell [1]**   465/21
**much [19]**   421/8 422/10
431/2 446/4 460/13 480/11
482/10 483/3 485/19 487/23
489/6 491/11 493/25 499/8
502/8 511/16 511/19 511/24
512/6
**multiple [5]**   407/3 446/18
448/1 452/16 454/1
**must [1]**   482/7
**my [26]**   402/2 404/11
406/1 407/21 407/22 415/12
438/24 470/24 471/24
471/24 474/13 479/9 484/22
486/7 491/23 492/25 492/25
493/6 500/8 505/21 505/21
506/14 506/14 507/6 510/4
510/22
**myGuardian [1]**   462/1
**myself [3]**   422/24 423/23
432/11

**N**

**name [7]**   402/2 402/2
430/21 430/22 445/17
483/19 483/20
**names [1]**   401/10
**Nanotex [3]**   425/21 426/11
426/19
**NASH [1]**   398/15
**National [3]**   447/11 474/17
474/18
**necessary [2]**   463/9 463/10
**need [6]**   407/21 435/10
480/11 488/14 497/1 501/3
**net [16]**   498/14 498/18
498/20 499/19 499/23
499/24 500/1 500/5 500/8
504/13 504/20 504/23
504/25 508/2 508/9 509/8
**neutralize [1]**   413/14
**neutralizing [3]**   412/3
414/2 414/4
**never [7]**   405/15 405/17
405/18 461/1 468/16 485/18
511/6
**new [5]**   402/20 461/16
461/17 462/8 501/18
**next [19]**   401/13 407/21
409/5 411/12 415/22 429/21
435/1 438/2 443/1 443/14
448/2 457/25 463/16 463/20
467/10 483/5 495/24 498/24
512/1
**Nice [1]**   502/17
**nicer [1]**   485/19
**night [1]**   480/21
**nine [2]**   402/18 402/19
**no [86]**   397/7 404/2 404/9
405/8 408/9 412/8 412/8
412/18 417/12 417/12
417/14 418/14 421/16
425/25 426/25 427/11 429/5
429/14 431/23 431/25 433/8
434/21 437/18 440/18
449/11 449/12 449/18
449/18 452/4 455/20 455/20
455/23 455/25 456/5 456/16
457/13 460/11 460/25 461/2
462/6 463/7 463/18 464/4
464/8 466/18 466/20 468/10
468/18 468/18 470/21

**N**

**no... [36]** 471/25 472/2
472/2 473/22 474/13 475/22
477/1 477/1 478/3 479/3
479/3 479/7 479/7 481/6
481/21 482/17 483/1 485/18
488/21 490/15 490/15 491/1
491/3 491/15 492/14 504/25
505/3 506/7 506/18 510/2
510/11 510/22 511/15
511/18 512/10 514/15
**No. [1]** 419/14
**No. 272-1 [1]** 419/14
**nobody [1]** 478/7
**Non [1]** 477/6
**Non-attorneys [1]** 477/6
**nonprotective [2]** 432/24
432/25
**Nope [1]** 403/10
**normal [2]** 501/13 510/18
**normally [1]** 477/11
**NORTH [2]** 398/13 484/14
**Northwestern [1]** 403/23
**not [97]** 401/9 403/4 404/2
405/4 405/23 406/1 406/4
416/21 417/4 417/11 417/11
418/3 420/16 422/18 422/24
423/1 423/1 423/23 425/24
428/3 428/20 433/7 433/13
435/6 436/7 444/13 445/22
446/6 446/16 447/3 448/25
451/23 451/23 451/25 452/4
454/16 456/7 457/15 457/19
457/22 457/24 458/15
460/22 462/11 463/4 463/9
463/15 466/4 466/9 466/15
466/17 466/20 466/21 467/7
468/3 469/1 469/6 469/8
469/24 471/11 472/24 473/2
473/22 474/13 474/13
475/19 476/17 478/1 478/13
479/5 480/21 482/23 485/3
490/9 491/15 492/7 492/11
493/20 494/11 500/9 500/18
500/20 502/15 502/21 504/9
504/17 505/2 506/1 506/7
506/15 508/22 509/5 510/11
510/14 511/14 513/4 513/13
**note [1]** 497/15
**nothing [8]** 401/24 414/23
428/7 430/18 477/7 477/8
483/1 483/15
**notice [1]** 421/13
**noticed [1]** 405/18
**notification [1]** 459/2
**notifying [1]** 458/25
**now [40]** 401/23 405/19
415/7 415/13 416/25 418/13
418/19 418/25 419/20
422/16 430/1 430/17 432/7
434/15 435/19 440/9 444/10
447/15 452/7 453/16 456/7
456/21 458/11 459/12 462/9
462/11 478/3 478/3 478/8
479/7 482/11 483/14 485/2
485/24 486/24 489/12
494/19 494/23 499/18
512/25
**number [12]** 400/3 407/15
407/23 416/3 417/18 421/17
482/4 491/9 493/19 493/21

494/8 497/4
**numbers [3]** 505/9 505/10
505/11
**Nurses [2]** 447/13 447/13
**nursing [1]** 451/6

**O**

**o'clock [4]** 476/15 513/8
513/9 513/14
**oOo [1]** 513/22
**oath [2]** 430/14 512/13
**object [4]** 482/21 492/5
494/9 501/20
**objected [1]** 470/20
**objection [67]** 404/5 405/9
408/9 410/6 410/14 410/25
411/8 417/4 418/4 418/12
419/9 419/16 420/2 420/20
421/22 422/10 422/21 423/7
423/19 424/4 424/11 424/16
425/22 426/12 427/9 428/25
433/19 433/21 434/22 435/2
436/1 437/5 439/6 439/16
439/25 440/4 440/22 442/9
442/23 443/9 445/24 446/13
446/23 448/7 450/20 451/12
453/8 455/17 455/22 456/14
457/11 461/3 463/14 466/10
467/19 468/10 469/22
470/21 473/19 474/6 475/10
476/5 490/8 494/10 501/20
509/10 512/10
**objections [2]** 412/18
467/9
**obtain [2]** 495/13 497/5
**obtained [1]** 432/1
**obtaining [1]** 461/13
**obvious [1]** 429/25
**occasion [1]** 452/10
**occasions [1]** 502/24
**occupation [1]** 402/13
**occurred [1]** 509/6
**odor [10]** 409/14 409/22
410/3 410/11 411/24 412/3
413/7 413/21 414/11 414/15
**odor-causing [4]** 412/3
413/7 414/11 414/15
**off [3]** 505/15 505/18
506/5
**offer [2]** 407/6 502/21
**office [1]** 485/24
**officer [3]** 454/2 454/4
470/7
**officer's [1]** 509/1
**officers [6]** 451/7 451/8
477/20 477/24 477/25
478/23
**Official [1]** 397/23
**oftentimes [1]** 484/23
**OGLETREE [1]** 398/15
**Oh [4]** 426/1 479/3 491/12
505/21
**okay [123]**
**on [144]**
**once [4]** 432/1 436/25
441/4 442/5
**one [31]** 402/14 403/3
403/4 427/1 433/13 434/9
438/25 444/11 452/22
456/24 457/22 459/12
462/23 471/18 471/20 482/4
484/17 486/18 488/3 496/24

497/14 497/22 497/25 498/4
502/13 503/14 509/21 510/13
510/21 511/4 511/6
**ones [2]** 448/21 507/1
**ongoing [2]** 452/24 458/3
**only [7]** 401/9 433/16
434/14 473/18 478/10 489/2
495/18
**onto [1]** 505/19
**open [1]** 512/17
**operating [5]** 447/13 451/8
498/15 498/18 498/21
**opinion [5]** 447/6 486/25
500/8 500/17 503/16
**opinions [4]** 476/18 501/25
502/21 513/5
**opportunity [1]** 405/19
**opposed [1]** 488/19
**or [78]** 408/19 415/14
415/22 418/12 421/25 422/5
422/18 423/17 423/22
424/24 428/3 429/12 432/2
432/21 435/16 443/3 445/22
446/16 448/2 451/5 451/9
451/21 452/13 452/19
452/20 453/13 453/25 456/4
456/12 457/9 457/22 458/25
460/11 461/2 463/3 463/11
465/21 467/12 471/25 472/2
472/2 475/22 475/23 476/18
476/18 477/25 479/12
479/13 482/6 482/14 485/6
485/16 487/2 487/24 488/19
489/12 490/6 490/7 493/14
494/21 496/13 496/14
496/20 496/21 497/21
500/18 502/22 504/9 505/3
505/19 505/23 506/21 510/1
510/14 510/21 513/5 513/5
513/11
**order [5]** 485/7 486/2
487/22 488/14 497/1
**organism [3]** 419/6 420/7
420/25
**organisms [6]** 408/19
415/22 416/15 419/5 472/16
472/21
**organization [3]** 411/4
411/5 411/16
**organizations [1]** 452/21
**organized [1]** 486/11
**original [3]** 441/24 462/1
462/23
**OSHA [1]** 447/12
**other [47]** 406/18 431/23
432/1 434/12 438/4 438/24
446/16 447/25 455/6 456/11
457/22 460/14 461/24
471/11 477/4 480/15 482/14
488/6 493/21 496/25 497/23
499/2 499/3 499/5 499/12
499/13 499/13 499/15
499/15 499/18 499/19
499/23 499/24 499/24
499/25 500/1 503/4 504/20
505/1 507/15 507/25 508/13
508/14 508/16 508/23
510/12 510/21
**others [1]** 456/8
**otherwise [1]** 447/5
**our [31]** 403/1 407/5
409/23 409/23 425/4 425/14

**Q**

our... [25]   432/23 433/11
434/3 434/9 434/10 435/8
435/8 438/7 438/8 439/13
441/19 441/21 442/5 442/7
447/14 449/8 451/3 452/16
454/6 454/10 458/23 466/6
467/13 485/24 512/3
ours [1]   436/10
out [17]   426/2 429/11
434/8 442/13 444/8 448/24
459/4 469/19 470/4 470/9
478/7 478/11 478/12 479/10
497/22 508/2 508/5
outcome [3]   445/6 446/11
450/11
outside [16]   418/4 418/7
419/9 419/11 420/20 422/10
423/7 424/17 425/22 428/25
430/9 433/15 438/11 455/7
477/2 477/4
over [22]   402/19 416/10
416/13 416/15 418/8 419/20
434/15 454/5 454/6 477/10
480/11 480/20 489/20
490/22 495/10 498/12
498/22 499/9 499/16 500/1
500/10 506/22
overhead [1]   496/21
overruled [33]   404/6
405/10 405/12 411/1 411/9
418/17 419/17 420/21
422/12 423/9 424/18 426/6
426/13 434/23 434/25 435/2
437/15 437/18 437/20
439/21 443/14 448/8 451/13
453/9 455/18 456/15 457/12
468/11 469/25 470/22
473/20 475/11 509/11
overseas [1]   509/22
overstate [1]   502/6
own [5]   436/6 438/4 446/19
455/15 473/16
owns [2]   406/23 407/11
oxymoron [1]   511/6

**P**

page [22]   399/2 399/9
400/3 400/3 408/1 412/13
465/20 472/18 472/18 473/5
473/13 493/19 493/20
493/21 493/23 498/9 498/23
498/24 498/24 498/24 499/1
514/6
page 1 [1]   493/21
page 2 [1]   498/24
page 27 [1]   493/23
pages [8]   397/17 492/2
492/4 492/22 492/24 492/25
493/2 493/4
paid [1]   448/12
PAISAN [1]   398/16
pamphlet [1]   474/24
paper [1]   409/21
paragraph [1]   472/15
PARK [1]   398/17
part [20]   414/18 422/4
434/5 435/13 442/7 447/6
447/17 450/17 451/22 452/1
457/3 457/7 474/24 475/1
484/22 489/25 497/12

500/13 508/20 511/1
participated [1]   422/5
particular [5]   420/6 443/4
488/23 501/15 504/17
parties [1]   484/24
partners [14]   397/5 397/12
398/3 401/15 403/24 404/11
404/22 405/3 405/24 467/15
470/19 484/18 502/16
506/23
party [5]   422/14 424/19
446/17 446/20 479/21
patent [3]   406/20 406/23
415/20
pathogens [4]   410/5 410/13
412/7 475/5
patient [2]   454/25 475/4
patients [2]   432/16 454/25
pay [1]   458/23
PC [1]   398/15
peer [3]   445/23 450/18
450/22
peer-reviewed [2]   445/23
450/18
pen [1]   402/22
pending [1]   463/18
people [15]   412/2 431/14
434/3 435/8 447/14 451/5
451/9 451/24 454/1 454/4
454/4 477/23 479/4 509/3
509/3
per [6]   478/10 480/7 480/9
480/10 480/10 480/11
percent [12]   420/25 421/9
421/14 421/17 421/21 422/6
423/11 451/14 466/4 466/23
473/14 488/7
percipient [1]   406/3
perfect [3]   478/3 485/14
513/2
performance [1]   506/19
performed [5]   418/2 426/11
438/20 439/24 506/6
period [29]   416/10 416/13
419/20 420/11 421/2 421/5
454/5 454/7 455/2 458/15
458/18 466/13 487/17
489/16 489/21 490/4 490/5
490/22 490/23 490/24 491/1
491/2 495/10 498/12 498/22
499/9 499/16 500/1 500/10
permissible [1]   411/25
Permission [2]   408/8
412/16
person [1]   458/23
personal [19]   403/15 405/2
407/7 407/11 409/20 410/9
410/12 410/17 410/19
410/21 410/24 411/3 433/1
436/6 443/16 446/19 455/15
456/2 509/25
personally [4]   404/8 411/5
411/14 425/24
personnel [2]   508/24 509/4
pertaining [1]   405/21
pertains [1]   446/7
Pfizer [1]   438/25
Ph.D [3]   403/22 485/22
502/19
pharmaceutical [1]   432/4
philosophy [1]   450/25
phrase [2]   427/20 427/24

place [1]   430/14
placed [3]   426/19 506/16
510/15
plaintiff [7]   397/6 398/3
429/22 430/4 449/16 449/19
478/10
plaintiff's [2]   399/2
430/1
PLAINTIFF/COUNTER-DEFENDANT [1]
398/3
plan [1]   434/9
play [1]   512/3
played [1]   512/17
please [37]   401/18 401/21
402/1 403/20 406/11 407/19
411/10 411/21 417/3 420/4
424/23 430/13 430/15
430/21 431/20 447/10 450/3
459/8 461/12 464/7 468/23
469/7 474/15 476/12 476/22
477/5 482/4 483/10 483/12
483/19 484/8 485/20 491/22
492/22 494/13 498/7 498/25
pleased [1]   460/9
point [11]   413/3 420/8
420/17 421/13 423/3 466/6
477/14 477/16 487/21 489/2
508/12
policy [2]   484/21 484/25
poly [3]   441/23 443/8
461/8
poly-cotton [3]   441/23
443/8 461/8
polyester [1]   443/11
polymer [3]   407/2 413/3
415/20
population [2]   419/4
420/25
portal [1]   489/2
portfolio [1]   403/1
portion [4]   464/25 489/9
494/21 496/3
portions [1]   512/16
position [10]   431/15
467/25 468/8 468/25 484/16
504/2 504/20 505/3 505/4
510/19
poster [1]   445/7
postings [1]   401/10
potential [1]   451/4
practice [2]   481/2 481/3
pre [2]   442/7 445/8
pre-FDA [1]   442/7
prefer [1]   472/10
premier [1]   445/20
premise [1]   497/20
prepare [2]   491/25 492/24
prepared [3]   486/1 492/25
510/17
presence [3]   401/5 477/2
481/14
present [5]   398/20 434/16
452/2 459/5 477/24
presented [5]   434/8 439/4
439/11 439/12 445/7
president [2]   431/16 476/2
press [2]   463/3 471/4
pretty [1]   468/14
prevent [3]   414/2 473/1
482/6
prevention [3]   445/21
451/7 454/3

**P**

prevents [2]   413/21 413/22
previously [6]   431/17
 438/17 455/14 485/5 493/8
 500/24
primarily [2]   451/11
 507/23
primary [2]   435/13 509/21
principal [1]   484/17
principals [1]   484/18
prior [4]   403/8 429/14
 475/6 502/24
private [1]   485/1
probably [3]   456/7 513/10
 513/11
problem [4]   477/1 477/1
 478/3 481/6
proceed [1]   478/1
proceedings [2]   513/19
 514/5
process [7]   409/8 420/1
 441/3 442/7 467/2 470/16
 489/5
produce [1]   449/18
produced [3]   486/6 506/24
 507/2
producing [2]   413/21
 496/25
product [22]   403/4 403/13
 407/6 422/16 424/10 432/5
 434/4 434/20 435/10 437/9
 441/17 463/12 463/13 469/2
 489/2 496/22 497/24 497/25
 497/25 498/4 501/17 501/18
production [2]   496/2 498/4
products [19]   403/3 410/1
 422/3 422/6 424/15 425/13
 425/15 425/21 427/5 427/7
 435/8 436/23 441/14 486/23
 489/4 491/2 496/2 496/14
 497/21
professional [2]   477/17
 508/5
professionalism [1]   478/25
profit [14]   434/20 434/24
 487/13 487/14 487/23 491/3
 493/11 493/15 494/4 496/11
 498/18 500/10 507/4 508/2
profits [32]   486/18 486/19
 486/22 487/9 487/18 487/20
 487/21 487/23 488/15
 489/14 490/16 491/1 496/17
 496/23 497/2 497/13 498/6
 500/12 500/15 500/22
 503/14 503/19 503/21
 503/23 503/23 504/3 504/14
 504/20 504/23 504/25
 508/10 509/8
programs [1]   403/6
progress [2]   460/4 460/9
project [1]   427/1
projects [2]   403/1 427/1
promise [1]   511/8
promote [1]   451/1
promotion [3]   450/25
 451/11 451/22
proper [1]   504/4
properly [1]   506/16
proposed [2]   439/15 439/22
proprietary [1]   407/2
protect [5]   432/16 472/19

474/1 474/3 474/10
protection [1]   475/3
protective [5]   397/8 397/9
 398/10 433/1 494/4
protocol [6]   440/16 440/19
 440/21 441/5 442/6 442/6
provide [5]   425/12 452/9
 454/15 455/4 468/16
provided [10]   405/11 442/7
 445/2 449/24 453/6 500/12
 502/1 505/13 506/20 511/13
provides [1]   467/24
provision [1]   455/1
Pruna [4]   467/12 467/24
 469/5 469/19
Pruno [4]   468/7 468/25
 469/14 470/4
public [18]   470/19 471/3
 471/22 471/23 473/8 473/9
 473/10 473/16 474/10 475/7
 475/8 475/19 475/20 475/21
 482/5 482/6 484/21 484/25
publicly [1]   407/8
publish [4]   408/8 408/11
 412/21 462/4
published [11]   415/14
 415/15 443/23 445/4 445/12
 445/16 450/6 450/11 450/14
 492/5 492/7
publishing [1]   492/14
pull [2]   440/7 442/13
Puna [1]   467/14
purchase [4]   454/24 456/9
 456/18 489/3
purchases [1]   501/13
purports [1]   500/14
purpose [3]   427/4 495/4
 504/1
purposes [5]   444/15 492/12
 498/6 503/22 506/21
pursuant [2]   411/18 514/3
pursuing [1]   459/14
puss [1]   436/16
put [10]   401/11 417/13
 465/11 465/17 472/21
 485/19 492/8 492/16 505/19
 506/11
putting [1]   481/4

**Q**

qualified [2]   485/5 485/7
qualify [1]   485/18
qualities [1]   403/15
quality [2]   451/7 454/2
quat [1]   416/24
quat-silane [1]   416/24
question [39]   404/11
 404/19 404/20 411/12 424/5
 435/1 437/19 438/2 441/6
 441/7 441/8 443/1 443/14
 457/25 463/16 463/18
 463/20 467/8 467/10 468/3
 468/4 468/5 468/15 468/19
 468/21 468/22 470/2 470/8
 471/10 471/10 471/12
 471/15 473/19 474/7 475/16
 489/5 506/1 511/4 511/6
questioned [2]   455/13
 482/11
questioning [1]   479/2
questions [13]   405/21

427/1 427/17 458/2 460/14
 466/13 466/13 478/14 478/15
 481/21 482/3 482/18 513/13
quickly [2]   449/20 474/15
quietly [1]   476/22
quoted [2]   447/14 447/18

**R**

RAINES [4]   399/19 454/1
 512/3 512/17
raise [2]   401/21 483/12
raised [1]   467/15
randomized [1]   482/7
rates [1]   416/13
reached [1]   454/11
reactions [3]   455/12
 455/16 456/4
read [2]   404/17 486/7
ready [1]   401/12
real [2]   444/8 479/19
really [6]   451/23 451/25
 487/6 488/2 497/20 501/17
reason [5]   427/5 427/7
 433/14 501/17 511/12
reasons [1]   488/6
rebuttal [1]   491/23
recall [12]   404/17 419/12
 427/18 427/22 465/13
 465/18 466/1 466/3 489/19
 504/8 504/11 505/4
receipts [1]   510/1
receive [2]   448/17 505/18
received [12]   400/2 408/7
 408/7 408/10 408/12 412/19
 412/20 455/12 464/22
 464/23 466/15 493/7
receiving [1]   466/21
recess [3]   481/12 481/13
 513/17
recognize [2]   417/20
 491/21
recognized [1]   445/19
recommend [1]   442/11
recommended [1]   442/8
record [7]   401/6 402/2
 404/10 404/16 430/21
 481/15 483/20
records [2]   506/11 506/13
recross [4]   399/7 428/8
 428/10 482/25
RECROSS-EXAMINATION [2]
 399/7 428/10
redirect [11]   399/6 399/13
 399/17 427/12 427/14
 427/15 471/14 481/23 482/1
 511/3 511/10
reduce [2]   435/20 490/7
reduces [1]   473/14
reducing [3]   414/1 437/22
 475/4
reduction [21]   419/1 419/3
 420/10 420/17 420/18
 420/23 421/6 421/8 422/7
 423/5 423/14 423/17 424/2
 424/7 424/9 425/21 427/4
 427/5 427/8 466/4 466/23
refer [1]   456/22
referenced [1]   447/14
referrals [1]   451/5
referred [2]   421/4 438/17
reflect [2]   401/6 481/15
reflected [1]   505/24

**R**

regarding [19]   424/2 424/7
425/13 451/1 454/9 455/11
455/12 456/12 465/22
467/15 468/7 475/2 482/12
482/15 487/9 502/1 502/21
503/2 503/18
regards [1]   411/24
region [1]   426/21
registered [4]   410/2
458/12 459/6 459/9
registration [8]   409/23
410/2 410/4 410/10 411/19
458/15 458/24 458/25
regular [1]   458/10
regulations [1]   514/7
regulatory [6]   411/4 411/5
411/7 411/14 411/16 452/16
reimbursement [1]   509/13
reintroduced [1]   449/9
rejected [3]   485/16 485/16
485/17
relate [3]   424/9 425/10
425/11
relationship [1]   405/2
relative [3]   420/8 420/10
420/25
released [2]   408/23 415/24
releases [5]   409/7 413/13
413/14 463/3 471/4
reliable [1]   502/5
rely [2]   424/24 506/21
remain [4]   429/8 430/9
433/3 458/9
remaining [1]   479/9
remember [9]   427/25 471/16
476/17 477/19 477/23
504/19 505/2 507/15 513/4
remind [2]   460/21 478/6
remove [5]   467/18 470/19
471/22 475/7 475/19
rendered [2]   414/19 427/21
renders [1]   414/11
repel [1]   436/13
repellant [1]   435/14
repelled [1]   436/19
repetition [1]   431/13
replicate [1]   414/16
report [13]   486/4 486/7
486/14 487/24 489/19 490/1
491/23 491/25 492/3 492/22
500/14 502/2 507/4
reported [3]   486/12 507/20
514/5
Reporter [3]   397/23 411/10
440/3
REPORTER'S [1]   397/16
reports [1]   497/8
representation [3]   408/3
409/18 506/19
representations [2]   411/24
475/18
representative [1]   510/18
representing [1]   502/16
represents [1]   443/7
reprocreating [1]   428/21
reproduce [1]   414/6
reproduction [1]   493/14
request [4]   429/14 461/12
482/19 494/7
required [1]   465/24

requires [1]   438/9
research [10]   403/12 403/13
432/5 433/7/1 433/11 433/15
434/2 434/5 435/7 437/3
439/13 446/22 447/14
447/18 451/3 457/16 459/18
459/25 503/18
researchers [1]   433/2
433/12
residual [1]   421/9
respect [9]   418/25 421/4
422/16 423/14 425/20 461/7
469/1 503/12 504/3
respected [2]   433/14 439/1
respective [2]   401/7
481/16
response [1]   456/12
responsibilities [3]
402/25 403/5 452/2
responsible [1]   472/22
restate [1]   430/21
rests [2]   429/22 512/22
result [5]   488/4 488/8
488/22 498/20 500/13
resulted [1]   500/23
resulting [3]   408/23
415/24 419/15
results [7]   416/2 419/14
445/7 448/5 448/17 448/25
482/9
retails [1]   488/19
retain [1]   443/10
retained [1]   405/5
retention [1]   405/24
retire [2]   476/19 513/6
revenue [8]   487/16 495/6
496/13 499/24 504/5 504/21
506/9 508/21
review [15]   434/9 449/20
450/22 452/3 452/5 452/8
452/9 452/11 485/25 486/2
487/8 493/1 500/11 501/24
505/10
reviewed [10]   445/23 446/2
446/21 447/4 450/18 486/4
486/4 486/5 486/14 503/17
reviewing [2]   487/24
489/19
reviews [3]   446/17 446/20
452/13
revisions [1]   453/12
RGK [1]   397/7
Richard [3]   434/10 434/14
438/13
rid [1]   435/15
right [136]
right-hand [3]   417/24
495/8 498/11
rise [3]   476/23 481/11
513/15
risk [2]   472/22 475/4
RMR [1]   397/23
ROBINSON [2]   398/4 398/7
role [1]   403/11
room [3]   447/13 476/20
513/7
rows [1]   495/6
RPR [1]   397/23
rule [2]   496/18 496/18
rules [1]   477/22
rulings [1]   477/25
run [5]   449/2 478/11

478/11 478/22 479/6

**S**

S-t-r-o-m-b-o-o-m [1]   483/21
safety [10]   432/25 451/7
454/2 465/3 473/6 473/9
474/1 474/3 474/11 475/4
safety-enhancing [1]   473/6
said [14]   419/24 436/7
439/5 439/8 439/13 439/21
441/14 442/12 457/19 461/1
461/15 463/2 490/9 511/5
sales [53]   432/5 434/20
487/15 487/16 487/19 488/3
488/5 488/7 488/16 488/19
488/19 488/22 488/23
488/24 488/24 489/4 489/7
489/9 489/9 489/14 489/16
489/17 489/20 489/22
489/23 490/5 490/7 490/15
490/17 490/22 490/23 491/2
495/7 495/9 495/10 495/21
496/22 498/1 500/23 500/25
501/1 501/4 501/6 501/9
501/12 504/3 504/6 504/16
506/3 506/9 506/10 508/14
509/2
same [8]   404/18 408/9
414/5 414/8 419/16 424/11
426/12 432/18
sample [4]   420/9 420/9
420/10 420/12
samples [2]   461/11 461/13
sampling [1]   420/8
SAN [2]   398/13 485/22
SANDRA [3]   397/23 514/14
514/15
sanitizers [1]   433/15
save [1]   418/13
saw [1]   503/20
say [24]   406/12 414/4
419/23 423/3 425/7 425/11
425/25 437/16 446/25 447/1
447/4 447/5 449/2 451/3
451/10 455/8 459/24 466/20
472/22 478/17 486/9 504/16
509/5 509/6
saying [5]   463/15 474/13
477/20 506/8 511/5
says [23]   408/15 408/19
408/23 409/5 409/13 412/24
413/3 413/7 413/13 415/13
415/17 415/19 419/15 451/3
464/18 465/10 472/21 473/5
473/17 493/21 497/16 498/8
498/21
scenario [1]   443/7
scenarios [1]   438/9
schedule [4]   497/16 499/2
499/25 500/9
science [4]   431/21 461/2
473/3 502/22
scientific [2]   403/15
482/22
scientifically [4]   409/17
413/17 414/8 482/8
scientist [9]   402/16
402/20 402/20 402/24 407/7
409/1 409/10 413/10 460/23
scientists [1]   402/14
scope [10]   418/5 418/7

Case 2:16-cv-05900-RGK-PLA Document 264-19 Filed 12/01/17 Page 136 of 141 Page ID

# S

**scope... [8]** 419/9 419/11
420/20 422/11 423/8 424/17
425/22 429/1
**screen [4]** 417/11 417/13
492/9 494/23
**scrubs [12]** 404/12 404/23
472/25 473/9 474/1 474/10
501/11 501/13 501/14
501/16 504/4 508/3
**SEAN [1]** 398/16
**seat [1]** 401/20
**seated [2]** 430/20 483/18
**seats [3]** 401/7 477/7
481/16
**second [12]** 408/18 413/2
435/17 465/20 472/18
473/13 478/6 488/13 489/12
498/10 500/25 501/6
**secondly [1]** 486/21
**section [4]** 415/17 415/19
495/2 514/3
**secure [2]** 434/7 434/12
**secures [1]** 413/4
**see [34]** 408/15 408/17
408/21 408/25 409/8 409/14
412/24 413/1 413/3 413/6
413/8 413/15 413/16 419/15
445/6 464/16 469/12 472/12
472/16 472/20 473/5 475/1
476/21 487/24 495/2 495/7
495/8 497/16 498/18 499/15
500/4 508/12 513/8 513/14
**seen [10]** 407/24 412/9
416/5 416/6 424/2 424/3
424/7 424/8 444/25 453/1
**segments [1]** 403/13
**sell [3]** 435/8 497/21
497/24
**senior [6]** 402/16 402/20
402/24 407/7 409/10 413/10
**sent [3]** 469/19 470/4
470/9
**sentence [3]** 408/18 409/11
415/22
**sentences [1]** 409/5
**separate [1]** 513/19
**SEPTEMBER [3]** 397/18 401/1
514/10
**serious [1]** 472/19
**service [3]** 403/14 455/6
455/9
**services [1]** 509/3
**SETH [1]** 398/7
**setting [1]** 473/15
**shall [3]** 401/23 430/17
483/14
**share [4]** 500/25 501/6
501/11 501/15
**SHARON [2]** 398/12 444/9
**Sharp [2]** 434/10 434/14
**she [9]** 464/18 465/2 465/4
465/4 465/8 465/8 465/10
471/13 480/13
**she's [4]** 448/23 465/2
465/12 466/25
**shift [2]** 437/23 437/24
**should [7]** 430/9 470/8
486/9 490/16 496/15 496/22
498/5
**show [8]** 417/14 433/18

435/25 436/18 437/21 438/8
471/14 489/19
**showed [1]** 446/3
**shown [13]** 415/6 435/20
443/8 455/21 456/21 457/2
457/5 472/15 498/2 498/9
500/8 506/12 508/21
**shows [2]** 456/3 498/10
**sic [1]** 418/23
**side [10]** 429/8 479/7
479/20 480/7 480/9 480/10
480/10 480/12 487/5 497/10
**sides [2]** 477/16 478/25
**signature [1]** 461/17
**signed [3]** 405/23 443/18
469/14
**significant [1]** 477/12
**silane [1]** 416/24
**Silvadur [43]** 403/3 403/4
403/11 403/12 403/12
403/16 404/3 404/12 404/23
406/16 406/20 406/25 407/5
407/8 407/9 407/12 408/15
408/20 409/2 409/6 410/1
412/3 412/6 412/7 412/24
413/14 414/9 414/14 415/7
415/19 415/23 417/1 417/24
418/2 418/19 422/16 423/17
423/17 424/10 425/21
426/10 426/19 427/25
**Silvadur's [1]** 413/3
**silver [15]** 406/25 408/23
409/6 409/7 409/13 413/4
413/4 413/13 413/13 413/14
415/17 415/20 415/21
415/24 428/16
**simply [3]** 435/11 488/6
488/21
**since [3]** 434/16 466/7
466/12
**SINGER [2]** 398/21 404/8
**single [1]** 497/24
**single-product [1]** 497/24
**sir [32]** 460/21 460/23
460/25 462/17 463/1 463/22
464/7 466/1 466/7 466/16
466/21 467/12 469/9 469/10
470/14 471/2 471/6 471/25
472/12 472/20 473/16
474/18 475/6 475/18 483/2
502/19 502/25 503/15
503/16 503/22 505/2 508/6
**sit [4]** 504/9 507/15
508/15 510/14
**situation [1]** 459/4
**situations [2]** 504/18
504/18
**slow [1]** 442/17
**small [1]** 452/10
**SMOAK [1]** 398/15
**so [92]** 401/10 401/24
414/1 417/2 419/23 420/5
420/11 420/14 420/17
422/18 425/12 426/8 429/17
430/18 433/16 435/8 436/16
438/10 438/25 439/1 439/2
442/19 446/4 446/11 449/12
451/10 452/10 455/3 459/4
461/25 463/24 465/6 466/18
467/9 467/25 468/8 469/2
469/21 470/6 470/9 470/11
472/24 476/2 478/3 478/12

478/18 478/24 479/16
480/6 481/10 481/22
485/11 485/16 486/19
487/15 487/18 487/23 488/5
489/4 490/25 491/2 494/14
495/6 495/7 495/9 495/16
496/2 497/4 497/11 497/19
497/21 498/2 498/4 498/9
500/9 504/11 504/16 506/2
506/8 507/23 508/11 508/21
508/22 509/2 509/5 509/22
510/6 510/8 510/10 510/24
512/25 513/2
**so there [1]** 467/9
**Society [3]** 445/8 447/12
447/13
**sold [10]** 495/24 496/1
496/2 496/6 496/14 496/24
504/6 504/22 510/10 510/11
**solely [1]** 428/17
**solemnly [3]** 401/22 430/16
483/13
**some [17]** 401/10 416/6
416/12 416/17 427/17
431/13 446/19 455/11
456/21 458/2 460/5 478/19
488/1 489/9 499/2 499/3
507/25
**somebody [5]** 428/22 428/23
439/8 457/19 505/20
**someone [1]** 452/5
**something [7]** 428/2 435/17
463/1 463/5 487/19 509/8
510/20
**sometimes [1]** 478/19
**sorry [33]** 402/22 407/14
407/21 415/18 417/16 418/6
421/16 424/22 433/20
437/16 439/19 440/3 447/16
447/16 448/21 454/16
462/13 464/1 464/9 467/23
474/14 476/5 479/13 480/8
481/2 490/11 491/7 493/17
494/8 499/23 501/20 502/2
509/24
**sounds [2]** 435/24 485/16
**source [1]** 434/13
**sources [1]** 505/21
**SOUTH [1]** 398/8
**speak [4]** 411/10 480/21
480/21 510/10
**speaking [1]** 486/15
**specific [2]** 403/11 455/1
**specifically [5]** 410/1
416/24 466/3 507/10 507/15
**specified [1]** 419/22
**specify [4]** 420/6 420/13
422/13 424/23
**spectrum [1]** 472/16
**spell [3]** 402/2 430/22
483/20
**spent [2]** 435/7 484/22
**SPI [4]** 410/1 486/18
486/19 501/1
**split [1]** 480/5
**spoke [3]** 427/20 486/9
489/12
**sputum [1]** 436/16
**squared [1]** 418/22
**staff [6]** 489/1 492/25
505/21 505/21 505/23
506/14

**stand [1]** 481/17
**standard [7]** 416/20 425/3 425/9 425/9 425/14 425/16 425/16
**standards [9]** 416/17 416/19 418/20 418/21 418/21 424/14 424/24 424/25 504/13
**stands [1]** 425/5
**stars [1]** 401/11
**start [3]** 403/2 487/5 513/8
**started [1]** 436/22
**starting [1]** 487/21
**state [7]** 402/1 403/21 429/12 483/19 484/25 485/8 485/22
**stated [1]** 499/23
**statement [8]** 406/15 409/2 413/11 413/18 415/13 468/7 498/2 498/3
**statements [23]** 475/7 486/10 486/11 486/12 490/21 493/11 493/15 494/5 495/14 496/9 497/8 505/11 505/12 505/16 505/18 506/5 506/7 506/8 506/18 506/20 506/22 507/1 510/17
**STATES [5]** 397/1 416/20 426/22 514/4 514/8
**stating [1]** 473/3
**status [2]** 459/20 460/2
**stenographically [1]** 514/5
**step [5]** 429/7 476/24 477/4 483/2 511/19
**STEWART [1]** 398/15
**still [6]** 456/18 458/9 460/5 464/2 466/15 481/17
**stipend [1]** 507/8
**stop [2]** 428/22 428/22
**stopped [1]** 414/17
**stopping [1]** 414/5
**stops [2]** 428/12 428/20
**story [1]** 467/8
**straightforward [2]** 468/14 468/22
**strategic [23]** 397/5 397/12 398/3 401/14 403/24 404/11 404/22 405/3 405/24 467/15 470/19 478/15 489/24 490/1 500/12 500/15 500/22 501/3 501/7 501/10 502/7 502/16 506/23
**Strategic's [1]** 501/10
**Street [2]** 397/24 398/13
**stressful [1]** 477/14
**stretch [1]** 461/17
**stricken [3]** 447/20 471/8 475/15
**strike [5]** 443/13 447/17 471/7 474/6 475/14
**STROMBOM [12]** 399/14 483/7 483/21 484/1 484/6 491/21 494/2 500/4 502/8 502/13 503/11 511/12
**structure [1]** 414/1
**studied [5]** 441/2 441/15 441/17 441/23 442/4
**studies [20]** 416/3 416/5 416/7 424/2 424/3 424/7

424/8 424/9 435/25 438/7 442/5 454/25 459/7 461/1 449/2 454/19 461/22 461/24 463/17 482/22
**study [51]** 433/13 433/16 436/7 437/9 438/11 438/12 438/14 438/15 438/18 438/20 439/3 439/15 439/22 439/24 440/13 440/17 440/18 440/21 441/1 441/11 441/13 442/8 443/4 443/17 443/18 444/23 445/5 445/6 445/7 445/10 445/14 445/15 446/2 446/3 446/12 446/17 447/15 447/24 448/2 448/3 448/6 448/10 448/15 448/17 448/18 450/8 450/9 450/11 461/8 463/4 463/11
**subject [2]** 464/18 500/6
**submitted [10]** 424/20 442/6 452/19 454/8 454/10 471/5 475/1 476/19 480/20 513/6
**subsequent [1]** 486/6
**substantiated [1]** 482/7
**such [6]** 464/8 493/8 504/4 504/19 505/2 505/6
**suffered [2]** 484/25 502/7
**suggest [1]** 442/21
**suggesting [1]** 509/5
**SUITE [4]** 398/5 398/8 398/13 398/17
**summarize [3]** 485/20 487/12 505/18
**summarized [1]** 506/12
**summary [2]** 431/19 493/14
**summation [3]** 479/20 479/21 481/4
**summations [1]** 480/17
**summed [2]** 489/17 490/22
**supply [1]** 509/22
**support [4]** 403/13 412/2 412/6 463/12
**supporting [1]** 409/23
**supposed [1]** 455/7
**sure [17]** 404/10 431/13 434/2 442/15 442/18 442/20 446/6 449/17 449/23 454/16 478/2 478/7 478/20 480/1 485/13 506/1 512/11
**surface [3]** 408/20 415/23 436/14
**surfaces [1]** 413/5
**surgical [3]** 473/8 474/10 508/3
**sustain [1]** 418/12
**sustained [32]** 410/7 410/15 410/18 421/23 422/22 422/25 423/24 424/12 425/23 426/4 426/8 427/10 433/22 436/2 437/6 439/7 440/23 442/11 442/24 445/25 446/14 450/22 450/22 457/17 463/16 467/22 474/7 476/6 482/23 482/23 494/10 501/22
**swab [1]** 422/17
**swear [3]** 401/22 430/16 483/13
**sworn [5]** 401/17 402/7 431/4 483/9 484/2
**synthetic [2]** 461/18

461/21
**tab [1]** 464/9
**take [20]** 417/3 417/6 417/7 421/13 463/22 464/7 465/20 469/7 472/7 473/12 476/12 476/15 479/5 497/22 500/21 503/23 504/5 505/17 507/3 512/12
**taken [3]** 496/15 504/2 505/15
**takes [1]** 501/9
**takes the [1]** 501/9
**taking [7]** 504/20 504/21 505/2 505/4 508/2 508/5 510/16
**talk [8]** 416/7 435/10 450/24 477/8 480/22 487/4 489/1 506/3
**talked [4]** 447/24 493/8 500/24 512/12
**talking [9]** 419/8 452/18 465/12 474/12 480/19 494/15 495/7 496/16 498/12
**talks [4]** 472/18 472/18 506/3 509/16
**tax [1]** 485/8
**team [2]** 434/3 454/3
**technical [1]** 403/14
**technologies [5]** 397/8 397/9 398/11 403/4 416/24
**technology [32]** 404/3 404/12 404/23 406/21 407/5 407/8 408/16 409/2 409/7 410/1 412/3 412/7 412/13 412/25 413/4 414/14 415/20 425/21 426/11 426/19 426/20 436/19 437/1 437/22 438/9 439/4 439/11 439/12 439/18 459/19 502/22 507/23
**Technology's [1]** 494/4
**tell [17]** 402/25 403/20 433/9 433/24 434/19 446/11 467/8 471/9 478/4 479/4 481/1 482/4 484/8 491/6 491/21 498/24 513/10
**Temple [1]** 397/24
**temptation [1]** 477/19
**tense [2]** 477/13 478/5
**tension [1]** 436/14
**term [2]** 420/18 428/17
**terms [4]** 418/19 419/25 479/19 481/3
**terrible [1]** 485/17
**test [8]** 418/1 419/14 420/6 421/3 421/4 421/6 427/5 427/7
**tested [5]** 419/7 419/20 422/6 461/7 463/13
**testified [8]** 402/8 431/5 460/22 484/3 485/7 502/25 503/2 503/4
**testify [4]** 406/4 418/15 436/6 449/1
**testifying [2]** 423/1 448/24
**testimony [15]** 399/20 401/22 405/7 405/21 430/16 455/11 473/2 481/5 483/13 490/9 494/12 497/11 512/8

**T**

**testimony...** **[2]**   512/13
512/17

**testing** **[27]**   418/9 418/15
418/19 421/25 422/1 422/2
422/17 422/20 422/23
422/24 423/13 423/21
423/23 424/14 425/20
426/10 426/18 427/18 428/2
428/3 437/2 437/6 437/7
437/8 437/12 438/4 438/5

**tests** **[6]**   416/12 416/16
416/17 419/22 421/16
423/16

**testy** **[2]**   477/15 477/19

**than** **[10]**   431/23 435/7
435/8 443/10 443/21 455/6
477/4 493/21 504/18 507/15

**Thank** **[59]**   402/11 404/15
414/22 414/25 428/6 428/9
429/6 429/20 430/12 430/20
430/25 431/2 432/6 436/3
441/20 443/12 447/9 447/21
450/21 457/18 457/18
460/13 460/16 461/5 462/12
463/19 470/1 470/3 470/25
476/11 479/8 479/18 480/24
481/7 481/8 481/9 481/24
482/10 483/2 483/4 483/6
483/18 483/22 483/24
485/15 485/19 486/13
491/11 493/25 502/8 502/10
503/10 511/2 511/16 511/18
511/19 511/24 512/6 512/21

**that** **[553]**

**that there** **[1]**   470/16

**that's** **[81]**   401/20 405/17
405/20 406/6 408/9 409/1
414/18 416/1 418/2 418/15
420/8 420/13 421/2 421/5
421/13 422/1 422/18 424/20
436/7 438/19 442/12 444/8
445/12 447/3 451/25 456/3
458/5 460/11 461/16 461/18
461/18 464/12 468/3 469/14
472/7 472/24 473/1 473/4
473/11 473/16 477/23 480/1
481/5 482/18 483/11 485/4
487/21 489/3 490/13 494/23
495/18 495/20 495/20
495/23 496/7 496/13 496/24
497/2 499/7 499/8 499/10
499/11 499/25 501/16
502/20 502/23 503/1 503/16
504/1 504/17 507/20 508/4
508/9 508/11 508/17 508/22
509/13 509/14 510/6 510/7
511/2

**their** **[33]**   401/7 432/16
432/16 433/10 434/20
434/20 447/4 454/1 454/2
454/2 454/3 454/3 454/4
454/4 454/25 467/8 474/1
475/20 481/16 486/10
486/10 489/2 489/7 490/2
490/22 498/1 498/2 503/14
503/19 506/19 508/2 510/17
510/18

**them** **[22]**   413/21 416/6
434/9 436/10 452/24 454/8
462/10 463/25 466/12

472/23 473/1 478/11 478/16
480/20 484/10 497/2 501/19
505/14 505/14 505/19
505/19 510/12

**themselves** **[1]**   455/5

**then** **[31]**   403/22 404/19
404/20 407/21 413/7 414/19
417/20 419/25 420/9 420/11
438/14 444/14 456/8 462/8
466/12 471/18 473/18
491/17 494/18 495/10
495/21 495/24 496/11
498/11 498/14 499/12
499/19 501/2 506/12 508/13
508/16

**there** **[79]**   406/18 406/19
411/21 415/13 415/16
415/17 415/19 418/25 419/2
419/21 420/1 422/17 422/17
430/7 431/13 433/7 438/4
438/11 441/22 442/16
446/16 447/25 448/1 449/11
449/12 452/5 455/1 455/6
455/14 455/20 456/8 458/11
458/15 462/17 462/22 464/8
467/7 467/9 470/16 472/14
473/19 478/1 480/11 482/25
485/14 487/23 487/23 488/2
488/2 488/10 488/18 488/21
489/2 489/10 489/24 490/1
490/15 490/15 490/24 491/1
492/3 495/1 495/2 495/8
495/12 496/15 496/18
496/25 497/15 499/5 500/21
501/11 504/10 504/12
506/17 506/25 507/19
507/24 508/14

**there's** **[22]**   407/3 415/13
415/17 416/18 417/20 420/8
420/17 429/14 430/3 433/14
463/18 464/8 478/13 478/14
491/2 493/20 495/12 507/25
508/16 509/12 509/21
512/10

**therein** **[1]**   452/14

**these** **[25]**   416/5 416/7
419/22 441/14 452/21 458/7
472/21 486/14 486/19 489/7
489/16 491/2 492/24 492/25
497/5 497/7 502/22 505/11
506/5 506/20 506/24 507/1
507/12 509/22 510/11

**they** **[55]**   404/1 404/3
404/24 416/7 416/9 416/11
416/20 425/17 432/22
439/22 442/6 442/11 442/12
445/5 445/7 446/25 447/1
447/18 448/22 449/17 451/1
452/23 453/1 453/6 453/10
454/15 454/24 455/2 456/20
457/20 461/22 462/10
462/10 466/4 466/5 467/2
475/19 475/21 477/4 482/7
482/23 488/23 488/24
488/25 489/1 490/25 492/3
497/24 500/10 501/4 502/6
505/15 508/22 510/6 510/24

**They sell** **[1]**   497/24

**They'd** **[1]**   449/1

**they'll** **[1]**   467/4

**they're** **[8]**   420/7 425/9
426/19 447/5 453/3 496/20

496/21 502/5

**thing** **[5]**   411/9 414/8
478/6 488/13 489/13 499/23
508/1

**things** **[8]**   436/17 436/17
452/11 459/12 466/25
471/11 478/18 500/21

**think** **[24]**   419/11 429/25
445/9 461/16 465/6 465/8
465/8 465/10 473/3 475/12
477/16 479/14 487/6 488/2
488/2 488/13 490/8 494/6
494/23 500/21 501/2 501/16
502/18 506/10

**third** **[7]**   398/13 422/14
424/19 435/18 446/17
446/20 469/9

**third-party** **[3]**   422/14
446/17 446/20

**thirdly** **[1]**   501/2

**this** **[117]**   405/5 407/20
407/20 409/6 409/21 412/10
412/12 412/12 412/21 415/7
415/14 416/2 418/1 419/8
422/16 423/21 429/8 429/11
429/19 429/25 433/15
438/20 439/24 441/24
443/25 444/22 444/23
444/25 445/2 445/22 446/21
450/8 450/11 454/5 454/19
455/2 456/24 458/18 459/13
461/3 463/23 465/4 465/9
465/18 469/8 469/19 469/23
470/4 470/11 472/11 474/14
476/15 477/16 477/17
477/20 477/21 480/17
481/21 482/19 485/2 485/24
486/5 490/4 490/24 490/25
491/2 491/3 491/5 491/16
491/16 491/21 491/23
491/25 492/5 493/7 494/3
494/4 494/6 494/23 495/7
495/10 495/14 496/3 497/19
497/25 498/4 498/9 498/12
498/22 498/24 499/1 499/14
500/1 500/9 500/10 502/16
504/4 505/19 506/21 506/23
508/7 508/21 508/21 509/6
509/9 509/24 510/4 510/13
511/8 511/21 512/2 512/7
512/7 512/22 513/3 513/10
513/13

**Thomas** **[1]**   448/16

**those** **[53]**   402/19 403/3
416/12 416/17 421/16
423/16 425/16 425/18
431/23 434/1 446/20 448/25
452/9 455/16 456/4 461/12
461/13 466/19 467/18
471/23 473/1 475/8 475/21
478/9 482/21 488/11 489/11
489/23 489/24 490/7 490/15
490/16 493/1 493/4 495/9
495/10 496/8 496/9 496/24
497/12 497/14 497/20
497/22 498/5 499/15 500/16
500/16 501/1 501/4 501/10
501/13 502/4 509/2

**though** **[1]**   505/17

**thousand** **[2]**   500/2 500/2

**three** **[6]**   435/13 492/2
492/22 492/24 500/21

**T**

**three... [1]** 508/12
**through [22]** 411/4 411/17
420/1 433/15 441/3 451/11
460/1 463/24 465/18 467/6
467/8 477/21 478/2 478/22
487/17 490/4 490/14 494/5
495/22 499/10 506/4 507/12
**throughout [1]** 484/14
**THURSDAY [2]** 397/18 401/1
**time [50]** 416/10 416/14
416/15 418/13 419/20
429/19 430/1 434/16 440/25
443/18 443/18 443/25 444/7
452/2 452/22 452/24 453/23
454/5 454/7 455/2 458/15
458/18 459/5 465/4 465/9
466/6 466/13 468/1 468/9
469/3 476/15 478/7 478/19
478/20 479/9 479/9 480/11
482/19 484/22 489/16
489/21 490/5 491/5 491/16
494/6 511/8 512/2 512/22
513/3 513/14
**timeliness [1]** 401/11
**times [3]** 445/1 471/9
485/8
**timing [1]** 513/2
**title [3]** 402/15 502/19
514/4
**titles [1]** 402/19
**to everyone [1]** 474/14
**today [9]** 402/12 405/7
429/12 432/19 433/3 466/15
475/9 475/22 510/14
**together [2]** 426/19 452/11
**told [6]** 427/24 461/8
502/24 510/6 510/21 510/25
**Tom [1]** 438/14
**tomorrow [3]** 480/17 513/11
513/12
**Tony [2]** 467/12 468/16
**too [1]** 492/15
**took [4]** 443/17 486/17
506/5 506/18
**top [8]** 412/24 433/11
472/18 473/13 494/21
498/19 499/25 506/2
**total [19]** 487/16 489/20
490/23 495/8 495/9 495/9
495/21 496/13 498/8 498/9
498/20 499/9 499/15 499/18
499/24 499/25 500/5 501/9
507/20
**totaled [1]** 498/11
**touch [1]** 462/20
**tough [1]** 478/21
**tout [1]** 451/25
**toward [1]** 492/2
**towards [5]** 477/11 485/10
485/11 498/3 499/25
**TOWER [1]** 398/17
**TOWN [1]** 398/16
**traditional [1]** 465/11
**training [1]** 455/9
**transcript [5]** 397/16
486/7 512/3 514/5 514/6
**transcripts [1]** 481/4
**transform [1]** 432/24
**transitional [1]** 437/3
**travel [6]** 509/16 509/20

509/21 509/25 510/3 510/6
510/12 510/24 477/16 477/21
482/6
**treated [2]** 408/20 415/23
**tremendous [1]** 460/4
**trial [3]** 397/16 400/2
485/17
**trials [1]** 482/8
**tried [1]** 477/10
**trouble [1]** 477/23
**true [19]** 408/1 412/12
412/12 458/13 458/17
466/16 466/21 471/2 471/20
471/21 473/18 473/21
473/22 475/6 475/18 500/17
502/25 508/10 514/4
**truth [9]** 401/23 401/24
401/24 430/17 430/18
430/18 483/15 483/15
483/15
**truthful [1]** 511/14
**try [4]** 408/19 415/22
440/6 471/10
**trying [8]** 406/8 410/16
471/16 473/2 477/22 478/17
479/6 490/16
**turn [2]** 407/18 411/21
**turned [1]** 506/22
**two [8]** 407/23 407/23
461/11 480/10 486/17 492/3
495/19 509/21
**type [5]** 413/25 426/18
484/19 508/1 509/13
**types [5]** 449/2 473/1
486/11 496/24 507/14
**typical [1]** 418/1
**typically [8]** 416/11
421/20 436/14 451/5 451/6
451/8 504/25 505/2

**U**

**U.S [3]** 397/3 397/23 485/8
**uh [2]** 438/19 464/14
**uh-huh [2]** 438/19 464/14
**ultimately [2]** 454/11
490/3
**UNCAS [3]** 399/10 430/23
431/3
**under [15]** 422/16 430/14
469/4 491/3 495/8 495/13
497/4 499/12 499/14 503/11
503/20 504/17 506/2 512/13
513/19
**Undergraduate [1]** 403/21
**underlying [1]** 501/12
**underneath [3]** 496/6
508/13 508/24
**understand [15]** 401/9
418/11 431/14 442/19
444/22 467/1 468/12 486/15
487/25 495/16 503/22
503/25 504/1 506/1 510/17
**understanding [17]** 409/1
411/23 420/23 425/5 440/20
441/21 445/15 445/22 446/3
446/11 466/6 470/23 470/24
471/24 482/5 490/12 507/7
**undertake [1]** 506/15
**Unfortunately [1]** 493/20
**unit [2]** 403/2 440/1
**UNITED [5]** 397/1 416/20
426/22 514/4 514/8

United States [2] 416/20
514/8
**university [13]** 403/23
431/22 438/21 438/23 440/2
440/14 440/15 441/1 441/18
444/24 445/2 485/22 485/23
**unless [1]** 457/20
**unrelated [1]** 489/10
**until [5]** 420/14 466/5
473/17 476/19 513/6
**untreated [3]** 420/9 420/10
421/1
**up [21]** 407/20 407/20
435/16 440/7 444/1 460/6
460/8 465/11 465/17 467/7
477/16 481/5 482/3 489/17
490/5 490/22 492/16 495/21
495/22 508/21 508/22
**upcoming [1]** 474/24
**upon [5]** 487/6 488/6
501/10 501/15 501/24
**upper [1]** 417/24
**upset [1]** 477/19
**urine [1]** 436/17
**us [14]** 402/25 403/20
410/11 425/3 433/9 446/11
451/9 458/25 461/8 465/8
465/18 474/5 485/20 498/24
**use [13]** 404/3 412/2
416/20 416/21 424/14
425/11 425/12 425/14 437/9
442/22 494/14 494/17
504/13
**used [5]** 416/19 443/8
462/2 487/3 494/12
**uses [3]** 404/12 409/23
410/2 461/14 497/7
**using [5]** 415/21 421/5
433/1 462/9 462/24
**usually [1]** 480/13
**utilize [3]** 424/24 451/21
491/16
**utilized [5]** 416/16 416/17
418/20 418/21 418/22
**utilizes [1]** 404/23
**utilizing [1]** 481/3

**V**

**valid [1]** 482/8
**validate [1]** 448/5
**validation [2]** 438/7
463/17
**Valley [1]** 403/21
**values [1]** 506/5
**variable [1]** 496/20
**variety [1]** 416/18
**various [10]** 422/3 485/8
486/5 486/12 495/11 495/12
496/5 497/6 497/9 509/23
**vary [1]** 407/6
**venture [1]** 434/8
**VERDE [3]** 398/15 399/5
399/7
**verdict [3]** 480/16 480/25
481/1
**veri [1]** 463/11
**verify [1]** 505/23
**very [24]** 406/15 431/2
435/11 446/4 460/9 460/13
466/17 468/21 471/12
472/14 477/17 478/15
478/15 478/24 482/10 483/2

**V**

**very...** **[8]** 491/11 493/25 498/19 502/8 511/16 511/19 511/24 512/6
**VESTAGEN** **[103]** 397/8 397/9 398/10 431/11 431/15 432/7 432/10 432/12 432/18 432/21 432/22 433/3 433/5 433/9 434/6 434/7 434/15 434/19 435/11 438/5 440/16 448/3 448/10 450/8 450/25 451/1 452/2 455/4 455/16 456/3 456/4 456/22 461/11 465/5 466/3 469/3 469/15 469/17 469/20 470/5 470/5 470/7 470/14 471/3 471/21 472/11 473/25 474/9 475/1 475/6 475/19 476/2 476/13 482/15 485/3 486/10 486/22 487/9 487/13 487/15 487/16 488/3 488/7 488/15 488/23 489/4 489/17 489/20 489/25 490/21 491/1 493/9 493/15 494/4 495/7 495/15 496/10 497/7 497/24 500/6 500/13 500/25 501/1 501/6 501/9 501/12 501/15 503/13 503/17 503/21 505/12 505/16 506/9 506/11 506/18 506/20 506/22 506/24 507/13 507/20 509/9 510/8 511/14
**Vestagen's** **[10]** 467/16 468/7 489/9 500/23 501/17 503/18 506/7 506/13 510/15 510/24
**VESTEX** **[33]** 435/12 435/13 436/12 436/19 436/20 436/25 438/6 441/19 441/24 446/5 446/9 447/25 448/3 450/25 451/2 451/19 451/22 454/9 454/24 455/13 456/9 456/12 456/19 458/12 459/9 461/11 461/14 462/9 462/23 469/2 472/23 475/3 476/4
**VESTEX's** **[1]** 473/14
**videotaped** **[2]** 399/20 512/16
**VINCE** **[1]** 398/15
**violates** **[1]** 469/23
**Virginia** **[8]** 438/21 440/2 440/14 440/15 441/1 441/18 444/23 445/3
**vision** **[1]** 432/23
**VOLUME** **[3]** 397/17 463/23 491/8
**VON** **[1]** 398/5
**VP** **[1]** 454/2
**VPs** **[1]** 451/7

**W**

**WACKER** **[1]** 398/8
**waiting** **[1]** 439/19
**Walsh** **[2]** 438/14 448/16
**want** **[21]** 415/5 417/6 418/12 418/13 418/14 420/1 425/18 429/8 431/13 441/14 463/22 468/23 475/15 477/8 478/1 478/6 478/7 478/19 480/1 503/15 507/3
**wanted** **[1]** 447/2

**wants** **[1]** 467/3
**wasn't** **[3]** 437/16 441/19
**wasn't** **[4]** 455/7 468/2 470/11 488/21
**way** **[10]** 403/18 425/3 425/7 439/3 457/22 462/10 474/13 478/7 478/22 478/24
**we** **[133]**
**we'd** **[2]** 408/4 471/5
**we'll** **[9]** 421/13 452/11 473/12 476/21 478/1 480/2 480/5 513/8 513/14
**we're** **[19]** 419/8 430/1 433/6 452/10 459/22 460/4 460/6 460/9 466/17 473/3 476/14 498/12 499/9 499/16 503/12 505/19 512/25 513/2
**we've** **[16]** 434/2 434/3 435/7 435/8 436/13 436/18 453/17 457/16 458/11 459/24 463/17 466/12 475/13 482/11 495/6 512/9
**wearing** **[1]** 456/12
**web** **[1]** 489/2
**website** **[32]** 407/9 407/12 408/2 409/21 412/14 415/7 451/16 451/21 451/23 452/3 452/6 452/13 452/19 452/20 453/1 453/13 456/24 456/25 457/3 457/5 463/1 463/2 466/22 467/16 467/17 470/6 471/4 471/23 472/11 472/24 473/12 475/20
**Wei** **[1]** 502/1
**Weiner** **[14]** 486/1 486/15 486/17 487/3 487/9 487/12 487/25 488/18 489/8 489/13 490/6 500/12 501/9 502/2
**Weiner's** **[3]** 486/4 486/7 500/22
**welcome** **[1]** 494/1
**well** **[28]** 410/19 417/13 418/8 418/14 437/14 444/5 448/10 452/22 457/17 466/9 471/18 472/1 472/2 478/24 480/21 485/1 487/5 487/14 487/21 488/13 492/8 495/12 501/9 502/5 504/15 506/5 507/12 510/11
**Wensell** **[11]** 433/12 433/16 438/13 438/24 439/2 439/3 439/15 440/18 441/4 444/24 **went** **[4]** 434/8 452/23 459/1 507/12
**were** **[57]** 401/9 401/10 418/19 418/21 418/25 423/16 431/17 435/16 436/23 447/24 448/1 448/14 448/25 449/1 453/21 455/7 455/13 456/21 457/2 461/22 465/24 469/5 470/14 481/18 482/11 485/24 486/19 486/22 487/22 487/23 488/2 488/3 488/4 488/5 488/7 488/19 488/22 489/10 489/24 490/23 490/24 497/5 499/2 500/17 502/7 503/21 505/15 505/24 506/16 506/20 506/24 506/25 507/1 507/14 510/15 510/17

**512/17
WESTERN** **[1]** 397/2
**what** **[129]**
**what's** **[7]** 419/3 420/23 423/5 425/5 427/4 507/22 508/19
**whatever** **[1]** 418/13
**when** **[45]** 408/19 413/7 414/4 414/14 414/15 415/22 419/12 419/23 422/17 422/20 423/3 425/7 425/11 425/25 426/19 432/12 434/6 436/9 436/20 440/25 443/20 445/6 445/12 446/2 453/21 458/7 458/15 459/4 461/16 462/10 463/3 467/24 468/7 468/25 469/19 470/4 473/8 477/11 477/23 478/11 478/18 489/24 496/16 496/23 499/5
**where** **[27]** 408/15 408/19 409/13 411/3 412/24 413/3 413/13 419/14 421/16 423/14 437/3 438/20 439/2 439/24 445/15 450/14 474/12 477/14 478/13 484/8 489/5 490/19 495/13 496/8 497/5 497/5 498/7
**whether** **[14]** 410/12 428/3 445/22 446/16 447/18 487/1 488/18 496/20 496/20 500/18 504/8 506/16 506/25 510/14
**which** **[23]** 411/5 411/14 413/14 417/15 417/18 430/2 436/14 438/17 447/24 448/4 448/21 456/22 465/20 477/25 487/17 488/11 489/3 497/15 498/12 499/18 499/21 500/9 510/17
**while** **[2]** 448/23 461/13
**white** **[2]** 417/16 476/13
**who** **[14]** 406/23 407/8 412/2 433/12 438/11 447/4 447/14 448/14 452/12 453/24 465/1 465/1 467/12 467/12
**whole** **[3]** 401/24 430/18 483/15
**why** **[15]** 409/21 425/2 426/24 427/5 427/7 429/4 435/6 441/7 442/3 442/13 443/6 457/15 458/20 487/4 500/20
**wicks** **[1]** 435/18
**Wilbanks** **[1]** 454/1
**will** **[23]** 401/6 408/7 408/10 440/6 451/24 455/13 471/8 472/25 475/15 477/24 480/19 480/22 480/23 481/15 483/7 487/10 492/2 494/10 494/10 494/11 494/20 498/23 513/10
**willing** **[1]** 479/20
**wins** **[1]** 480/13
**withdraw** **[2]** 411/11 423/4
**withdrawn** **[5]** 422/1 425/19 427/6 449/7 449/8
**withdrew** **[1]** 444/11
**within** **[6]** 429/18 468/8 469/2 469/21 470/7 480/4
**without** **[1]** 449/8

## W

**witness [19]**   401/13 405/5
406/4 429/8 429/11 429/21
467/7 478/11 478/17 478/17
479/4 479/5 481/17 481/17
481/22 483/5 492/12 511/21
512/1
**witness's [1]**   490/9
**witnesses [6]**   399/2 399/9
430/7 430/9 478/8 478/10
**won't [1]**   494/15
**wondering [1]**   422/19
**word [1]**   485/17
**words [1]**   504/20
**work [7]**   403/8 408/16
422/13 460/5 484/19 484/25
485/1
**worked [3]**   402/17 432/3
434/3
**worker [4]**   432/25 454/24
465/3 475/4
**workers [9]**   432/16 436/18
454/25 472/19 472/22
472/25 474/2 474/3 474/11
**working [9]**   433/6 434/16
436/22 452/25 459/22
459/23 459/25 466/7 466/12
**works [4]**   403/18 407/8
408/1 409/3
**world [5]**   421/17 421/20
432/23 433/1 433/11
**world's [3]**   433/13 433/14
439/1
**world-class [3]**   432/23
433/1 433/11
**worry [1]**   477/8
**worst [3]**   438/9 442/10
443/7
**worst-case [2]**   438/9 443/7
**would [72]**   412/7 414/8
414/10 414/11 427/5 427/7
428/3 430/13 431/19 433/24
435/15 436/18 439/5 439/7
440/17 440/21 442/24
444/14 447/20 449/6 449/9
454/15 454/24 455/2 455/8
456/22 457/17 457/19
462/17 462/22 467/17 469/1
469/1 469/20 470/5 470/16
475/7 475/19 482/4 482/19
482/21 482/23 484/8 484/19
485/20 486/19 486/25
487/20 490/17 490/19 491/8
492/5 492/21 493/16 494/9
495/4 498/7 498/24 500/6
501/1 501/3 501/7 501/13
501/14 503/14 504/13
504/15 504/15 504/16 509/8
509/13 512/2
**wouldn't [3]**   469/4 473/10
487/19
**written [13]**   449/24 451/18
451/21 452/8 452/13 452/19
452/20 452/3 453/13 454/8
454/17 454/19 454/23
**wrong [6]**   444/6 444/6
456/23 488/10 489/13
499/23
**wrote [1]**   465/4

## Y

**yeah [31]**   403/1 420/5
420/13 421/12 428/14
438/19 442/21 450/2 451/17
452/10 454/20 457/7 461/24
462/14 462/21 462/25
465/14 468/14 476/10 480/3
480/3 480/10 480/23 487/2
488/2 489/17 490/21 494/25
499/24 506/10 511/1
**year [4]**   443/19 445/8
455/3 460/1
**years [8]**   402/18 402/19
432/3 434/15 477/10 478/4
484/11 489/24
**Yep [11]**   402/23 403/21
411/22 415/12 416/23
417/21 421/18 426/3 426/3
426/5 426/7
**yes [122]**
**yet [8]**   405/21 407/22
424/5 459/21 466/17 466/18
491/15 492/7
**you [565]**
**you'd [2]**   406/15 476/22
**you'll [1]**   497/16
**you're [36]**   406/4 410/3
421/5 421/16 422/2 422/5
428/17 429/19 433/7 451/10
460/7 465/1 472/24 472/25
473/2 474/12 474/13 474/23
477/20 477/23 478/13
479/13 484/8 490/16 492/14
494/1 494/24 502/21 506/6
506/8 508/2 508/5 508/9
509/18 511/24 513/13
**you've [14]**   416/5 422/5
423/3 434/4 460/22 478/24
480/19 495/21 499/19 501/5
502/18 503/17 508/13
508/24
**your [221]**
**your Honor [55]**   404/16
405/9 406/6 410/16 412/16
414/23 415/14 418/4 419/10
421/22 422/10 423/7 423/19
424/4 424/16 426/12 427/9
427/11 429/11 429/22 430/6
431/2 433/19 434/22 436/1
437/5 439/6 440/22 443/25
448/7 449/13 460/14 462/4
464/20 466/25 467/23
469/22 471/17 475/14 476/8
479/1 480/4 480/7 482/18
482/21 491/5 491/16 492/6
492/13 501/21 511/2 511/4
512/2 512/9 512/19
**yourself [7]**   405/24 422/23
423/21 457/8 504/19 505/2
505/11
**yourselves [2]**   476/18
513/5

## Z

**zero [1]**   491/4