1           UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3         HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

4                    - - - -

5

STRATEGIC PARTNERS, INC.,              )
6                                       )
                        PLAINTIFF,      )
7          vs.                          )   CASE NO.
                                        )   CV 16-5900-RGK
8  VESTAGEN PROTECTIVE TECHNOLOGIES, INC., )
                                        )
9                       DEFENDANT.      )
   VESTAGEN PROTECTIVE TECHNOLOGIES, INC., )
10                                      )
                   COUNTER-CLAIMANT,    )
11                                      )
           vs.                          )
12                                      )
   STRATEGIC PARTNERS, INC.,            )
13                                      )
                   COUNTER-DEFENDANT.   )
14

15

16          REPORTER'S TRANSCRIPT OF JURY TRIAL

17          DAY 4, VOLUME 1; PAGES 654 TO 737

18             FRIDAY, SEPTEMBER 22, 2017

19                    8:22 A.M.

20              LOS ANGELES, CALIFORNIA

21

22     _____

23          SANDRA MacNEIL, CSR 9013, RPR, CRR, RMR
            Official Reporter, U.S. District Court
24                 255 East Temple Street
                   Los Angeles, CA  90012
25                    213.894.5949

```
 1    APPEARANCES OF COUNSEL:

 2

 3    FOR PLAINTIFF/COUNTER-DEFENDANT STRATEGIC PARTNERS, INC.:

 4          MICHELMAN & ROBINSON, LLP
            BY:  MONA Z. HANNA, ATTORNEY AT LAW
 5          17901 VON KARMAN AVENUE, SUITE 1000
            IRVINE, CALIFORNIA  92614
 6          714.557.7990

 7          MICHELMAN & ROBINSON, LLP
            BY:  SETH E. DARMSTADTER, ATTORNEY AT LAW
 8          200 SOUTH WACKER DRIVE, SUITE 2900
            CHICAGO, ILLINOIS  60606
 9          312.638.5671

10
      FOR DEFENDANT/COUNTER-CLAIMANT VESTAGEN PROTECTIVE
11    TECHNOLOGIES, INC.:

12          ERICKSEN ARBUTHNOT
            BY:  SHARON L. HIGHTOWER, ATTORNEY AT LAW
13          152 NORTH THIRD STREET, SUITE 700
            SAN JOSE, CALIFORNIA  95112
14          408.286.0880

15          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC
            BY:  VINCE M. VERDE, ATTORNEY AT LAW
16               SEAN PAISAN, ATTORNEY AT LAW
            695 TOWN CENTER DRIVE
17          PARK TOWER, SUITE 1500
            COSTA MESA, CALIFORNIA  92626
18          714.800.7900

19

20    ALSO PRESENT:

21          MIKE SINGER

22          BEN FAVRET

23

24

25
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

*I N D E X*

*COUNTER–CLAIMANT VESTAGEN WITNESSES:*                    *PAGE*

*MICHAEL LAURENCE SINGER*

  DIRECT EXAMINATION BY MR. VERDE                         660

  CROSS–EXAMINATION BY MS. HANNA                          690

  REDIRECT EXAMINATION BY MR. VERDE                       698


*UNCAS BENJAMIN FAVRET, III*

  DIRECT EXAMINATION BY MR. VERDE                         701

  CROSS–EXAMINATION BY MS. HANNA                          706

  REDIRECT EXAMINATION BY MR. VERDE                       713

*E X H I B I T S*

| TRIAL EXHIBIT NUMBER: | MARKED FOR I.D. PAGE: | RECEIVED IN EVIDENCE PAGE: |
| --- | --- | --- |
| 520.5 | -- | 685 |
| 551 | -- | 666 |
| 578 | -- | 662 |
| 618 | -- | 674 |

```
 1        LOS ANGELES, CALIFORNIA; FRIDAY, SEPTEMBER 22, 2017

 2                          8:22 A.M.

 3                          -  -  -  -

 4

 5     (Outside the presence of the jury:)

 6        THE COURT:  Okay.  The Court, or the record will

 7  reflect that the jurors are not in the courtroom.

 8        Counsel, there were motions that were made last night that

 9  have been submitted to the Court, and oppositions to the

10  motions to reintroduce or to allow the evidence from the

11  standards committee to come in.

12        The Court has read and considered those motions, and based

13  on the evidence that's been received so far, the rulings of

14  irrelevancy would stand, and so the motion would be denied.

15        I understand there's a motion today that you wish to make,

16  Counsel?

17        MR. VERDE:  Yes, Your Honor.  In light of what the

18  Court had just indicated, I'd like to -- my thought,

19  Your Honor, is to ask Mr. Mobley to step down and have

20  Mr. Singer testify.

21        THE COURT:  Is Mr. Mobley local?  Where does he live?

22        MR. DARMSTADTER:  Your Honor, I believe he lives

23  somewhere in -- he drives here.

24        THE COURT:  Okay.

25        MR. DARMSTADTER:  I don't know.
```

```
 1            THE COURT:  That's all I want to know.

 2            MS. HANNA:  He's in state, yes.

 3            THE COURT:  And you're opposing the motion, Counsel?

 4            MS. HANNA:  Yes, I am.

 5            THE COURT:  On what grounds?

 6            MS. HANNA:  We've already -- in terms of the witness

 7    confusion.  We've had Mr. Mobley up there for a few minutes.  I

 8    understand there's only a few more minutes left of his

 9    testimony, and I'm concerned of the jury's confusion about

10    breaking up testimony in this matter.

11            THE COURT:  Okay.  I'm going to allow that, Counsel.

12    You may call him out of order.

13            MR. VERDE:  Thank you, Your Honor.

14            THE COURT:  Okay.  I also want to make sure everyone

15    knows -- well, I told you last time what the times are.  It's

16    52 minutes and 92 minutes, whatever it is.

17         Counsel, you were -- oh, you're just rising so I can

18    leave?  Okay.

19            MR. DARMSTADTER:  Your Honor, if we don't use all of

20    our time, can we reserve any of it for closing?

21            THE COURT:  You lost me on that.

22            MR. DARMSTADTER:  Can we reserve any of our trial time

23    to add to our closing time if we don't use it?

24            THE COURT:  No, but that's a great strategy.  But no,

25    no.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              MR. DARMSTADTER:  It was worth asking.

 2              MR. VERDE:  Your Honor, if not, can I use it?

 3              THE COURT:  I love your thinking.

 4              MR. DARMSTADTER:  Thank you, Your Honor.

 5              MR. VERDE:  A sense of humor, Your Honor.

 6              THE CLERK:  All rise.

 7         Court is in recess.

 8         (Recess held from 8:24 a.m. to 8:33 a.m.)

 9         (In the presence of the jury:)

10              THE COURT:  Okay.  The record will reflect that all

11    the members of the jury are in their respective seats in the

12    jury box and have earned another gold star today.

13         Ready to proceed for today?

14              MULTIPLE JURORS:  Yes.

15              THE COURT:  Okay.  Counsel, you want to proceed?

16              MR. VERDE:  Yes, Your Honor.

17         I'd like to call Michael Singer, please.

18              THE COURT:  Okay.  We're calling a witness out of

19    order.  There was a witness on the stand, but we're going to

20    take Michael Singer first and then go back that ways.

21              THE CLERK:  Okay.  Mr. Singer, you can be seated.

22    I'll just remind you, you're still under oath.

23              THE WITNESS:  Thank you.

24              THE CLERK:  Thank you.

25              MR. VERDE:  Good morning.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1          THE WITNESS:  Good morning.

2          THE COURT:  You may inquire.

3          MR. VERDE:  Thank you, Your Honor.

4                    **MICHAEL LAURENCE SINGER,**

5            **having been previously duly sworn,**

6               **testified further as follows:**

7                    **DIRECT EXAMINATION**

8   BY MR. VERDE:

9   Q.    Mr. Singer, when you met Ben Favret and you discussed

10  partnering up with Vestagen, did you find that he had a very

11  optimistic view about his product?

12  A.    Yes.

13  Q.    Okay.  That he was enthusiastic of the prospects of his

14  product into the market?

15  A.    Yes.

16  Q.    Okay.  And at some point, you entered into an agreement to

17  keep information exchanged between SPI and Vestagen

18  confidential, correct?

19  A.    Correct.

20  Q.    Now, after that agreement was executed, you sent an e-mail

21  to Mr. Favret requesting information regarding Vestagen,

22  correct?

23  A.    Correct.

24  Q.    I want to show you Exhibit 578.1.

25          THE COURT:  By the way, it wasn't asked, but do you

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   have any concept or idea as to when that agreement was entered

 2   into?  Date?

 3              THE WITNESS:  I believe it was -- I think it's

 4   November of '11.

 5              THE COURT:  Okay.  And was that a written agreement?

 6              THE WITNESS:  Yes.

 7              THE COURT:  Okay.  We haven't seen that yet, though,

 8   right?

 9              MR. VERDE:  Your Honor, it's been entered into

10   evidence.

11              MS. HANNA:  It's in evidence.

12              THE COURT:  Okay.  That was which exhibit?

13              THE CLERK:  578.1.

14        Are you going to display it or --

15              THE COURT:  No, no, no.  I just want to know what the

16   exhibit number was.

17              MS. HANNA:  577.

18              THE COURT:  577.  Okay.

19        Go ahead, Counsel.

20   BY MR. VERDE:

21   Q.  I'd like you to take a look at Exhibit 578, please, and it

22   goes to 578.2.

23              THE COURT:  Counsel, I'm assuming that agreement has a

24   date on it?

25              MR. VERDE:  Yes, Your Honor.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Okay.  That's all we needed.

 2              THE WITNESS:  Sorry.  It was the last one.  Yes.

 3   BY MR. VERDE:

 4   Q.   Okay.  And that's the e-mail you sent, correct?

 5   A.   Yes.

 6              MR. VERDE:  I'd like to have that published --

 7              THE COURT:  Okay.

 8              MR. VERDE:  -- and received in evidence, Your Honor.

 9              THE COURT:  It will be received.

10         (Received in evidence, Exhibit 578.)

11   BY MR. VERDE:

12   Q.   Taking a look at 578.1, that was an e-mail that was sent

13   by you to Ben Favret, correct?

14   A.   Correct.

15   Q.   Okay.  And it says "Vestagen information requested,"

16   correct?

17   A.   Yes.

18   Q.   And the next page is the series of information you

19   requested from him, correct?

20   A.   Yes.

21   Q.   First one, historical financials?

22   A.   Yes.

23   Q.   Okay.  Then there is financial projections, growth

24   plans?

25   A.   Yes.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   Q.    And number three, there's production and inventory, and
 2   there's subcategories to all of those, correct?
 3   A.    Correct.
 4   Q.    Operating expenses?
 5   A.    Yes.
 6   Q.    Head count information?
 7   A.    Yes.
 8   Q.    Contract licenses?
 9   A.    Yes.
10   Q.    Right?
11         And industry information, correct?
12   A.    Correct.
13   Q.    And included target market analysis, correct?
14   A.    Yes.
15   Q.    And so that was the information that you had requested
16   from Ben Favret, and he gave you all the information that you
17   had requested, correct?
18   A.    Yes.
19   Q.    Now, when you were discussing partnering up with Ben
20   Favret and Vestagen, isn't it true that there was a sense
21   within SPI that Ben Favret and Vestagen had the best strategy
22   in the market?
23   A.    I think that there were some people within SPI, especially
24   Marty Morawski, who really thought that they had a great
25   strategy --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    Q.   Thank you.

2    A.   -- and we were impressed with them.

3    Q.   Thank you.

4         Now, isn't it true that within SPI there was a sense that

5    they were very eager to partner up with you?  Correct?

6    A.   That Vestagen was?

7    Q.   Yes.

8    A.   Yes.

9    Q.   And that there was a sense within SPI that they were so

10   eager that they seemed a little desperate; is that right?

11   A.   Well, they --

12   Q.   Yes or no:  Was there a sense within SPI that they were so

13   eager to partner up with you that they were a little desperate?

14   Correct?

15   A.   No.

16   Q.   Was there a sense within SPI that they were so desperate

17   to partner up with you that perhaps you should wait in

18   consummating a deal so you can leverage that desperation?  Yes

19   or no?

20   A.   I'm sorry, repeat the question.

21   Q.   Yes or no:  Was there a sense within SPI that Vestagen was

22   so desperate to partner up with you that perhaps you could

23   leverage that desperation in the future?

24   A.   No.

25   Q.   Okay.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    A.   There was one person's opinion.

 2    Q.   Okay.  Let's talk about that one person's opinion.  Let's

 3    turn to page 551.  Exhibit 551.

 4         Exhibit 551.  It's an e-mail to you by one person,

 5    correct, Marty Morawski?  The top of -- top of 551, there's an

 6    e-mail to you by Marty Morawski, correct?

 7    A.   Yes.

 8    Q.   What is Marty Morawski's position with the company?

 9    A.   At that point, Marty Morawski was marketing director.  He

10    may have been EVP or VP of marketing.

11    Q.   EVP, that's executive vice president?

12    A.   Correct.

13    Q.   And he reported directly to you, correct?

14    A.   He did.

15    Q.   And there was people that reported to him?

16    A.   Yes, there were people who reported to him as well.

17    Q.   Wendell Mobley reported to him?

18    A.   Yes.

19    Q.   And at some point, Renata Ritcheson reported to him, too,

20    correct?

21    A.   No, I don't believe so.

22    Q.   And you received an e-mail from him regarding Ben Favret

23    and Vestagen, correct?

24    A.   Correct.

25    Q.   And the e-mail that's in front of you, 551, is the e-mail
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    that Marty Morawski sent to you concerning Ben Favret which

2    discusses the strategy of Ben Favret in entering the market,

3    correct?

4    A.   Yes.

5         MR. VERDE:  Your Honor, I'd like to have 551 received

6    into evidence.

7         MS. HANNA:  Objection, Your Honor.  It includes

8    hearsay.  Analysis of various studies, et cetera.

9         MR. VERDE:  Admission.

10        THE COURT:  Yeah, overruled.

11        It will be received.

12        *(Received in evidence, Exhibit 551.)*

13   BY MR. VERDE:

14   Q.   Taking a look at 551, this was an e-mail sent to you by

15   your executive vice president in marketing, correct?

16   A.   Correct.

17   Q.   Who was the supervisor of Wendell Mobley, correct?

18   A.   Correct.

19   Q.   His first statement, "I really respect these guys, as you

20   know, and I think they have the best strategy," isn't that

21   true?

22   A.   Yes, that's what it says.

23   Q.   Okay.  "I think at this point their solution is probably

24   limited to lab coats.  It seems like they're putting a full

25   court press."

```
1          See that?  You see that section?

2   A.    Yes, I do.

3   Q.    Okay.  Did you feel that way, too, that they were putting

4   on a full court press?

5   A.    I wouldn't have used those terms, but I thought they were

6   very interested in partnering.

7   Q.    Okay.  Close to those terms?

8   A.    There are a lot of companies that want to partner with us

9   and a lot of companies we want to partner with, but I wouldn't

10  describe it as a full court press.  That was his term.

11  Q.    Okay.  And then he further says, "Which is good, I guess."

12        You agree with that, right?  That's good, that Ben Favret

13  and Vestagen were very interested, enthusiastic about

14  partnering up with your group; is that right?

15  A.    I didn't know if there was a question.

16  Q.    Did you think it was good that they were very interested

17  in partnering up with you?

18  A.    I always think it's good when people want to partner with

19  us.

20  Q.    Okay.  And so he had suggested that they seemed a little

21  desperate, correct?

22  A.    That was Marty's opinion.

23  Q.    Yeah.  Your executive vice president, that is his opinion?

24  A.    Marty Morawski, that was his opinion, yes.

25  Q.    And he also suggested, "Like if we wait, we'll have more
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    leverage."
 2         Do you see that?
 3    A.    I do.
 4    Q.    Okay.  Now, that was Marty's opinion, and he was
 5    expressing it towards you, correct?
 6    A.    Correct.
 7    Q.    Okay.  And it was Marty's opinion that perhaps, rather
 8    than partnering up immediately with them, that they should
 9    wait; is that right?  Isn't that right?
10    A.    I didn't know if you had a question.
11    Q.    Did you understand that to mean that, rather than
12    partnering up with Vestagen, that they should -- that SPI
13    should wait?
14    A.    No.  That was just Marty expressing an opinion.
15    Q.    Okay.  That was Marty's opinion that perhaps SPI should
16    wait in partnering up with Vestagen so they can leverage, so
17    they can get some sort of a leverage, correct?
18    A.    That was Marty's opinion, yes.
19    Q.    But he left you to be the judge of that, correct?
20    A.    Yes.  The marketing director typically doesn't have a lot
21    of say in what you do in terms of acquisitions.  His focus is
22    on marketing and advertising.
23    Q.    Marketing, advertising, and he's also had responsibility
24    for Wendell Mobley's action, correct?
25    A.    Wendell Mobley reported to him.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1   Q.   Okay.  Thank you.
2        And so if Wendell Mobley reported to him, he directed him,
3   he would receive direction from Wendell Mobley, correct?
4   A.   Sometimes.
5   Q.   So the chain of command is, Michael Singer at the top; is
6   that right?
7   A.   Correct.
8   Q.   Marty Morawski right below; is that right?
9   A.   Yeah, Marty Morawski reports to me.
10  Q.   And right below Marty Morawski is Wendell Mobley,
11  correct?
12  A.   Yeah, I think at that time I don't know if Wendell had
13  another boss, but I think he reported to Marty Morawski at that
14  time.
15  Q.   So from there, the direction was given from you to Marty.
16  Marty could have then had the power to say, "Hey, Michael
17  Singer wants to do something, Marty -- or Wendell, go act on
18  it," is that right?
19            MS. HANNA:  Objection, speculative.
20            THE COURT:  Sustained.
21        But that was the chain of command, though, is that --
22            THE WITNESS:  Yes, sir.
23            THE COURT:  Okay.
24            THE WITNESS:  Yes, Your Honor.
25            THE COURT:  Next question.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   BY MR. VERDE:
 2   Q.   Now, when Ben Favret and Vestagen explained to you their
 3   view, or their strategy in how they were going to approach the
 4   market, he told you that he felt that he was going to change
 5   the way the world worked, correct?
 6   A.   Correct.
 7   Q.   And he was going to change it into a way that he thought
 8   it could work based on his experience, correct?
 9   A.   I guess so, yes.
10   Q.   Thought that his ideas were pretty intoxicating, correct?
11   A.   I didn't hear the first part of the question.
12   Q.   You thought that his ideas were intoxicating, correct?
13   A.   He was very passionate.  And I may have used that word, I
14   may not have, but he was very passionate, and what he had --
15   yes.  I mean, he was a really passionate salesperson, and I
16   always kind of find those people interesting.
17   Q.   Did you think that Ben Favret was approaching the market
18   from a different world, where he was coming from the medical
19   devices world, and SPI was in the medical uniform business and
20   apparel industry that was trying to apply technology onto
21   fabric?  Two different worlds, correct?
22   A.   Yes.
23   Q.   And sometimes, in your view, people from different worlds
24   going into another market could change the world, correct?
25   A.   Sometimes.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   Q.   In fact, I asked you that question during deposition, and

2   you said that, correct?

3   A.   I did.

4   Q.   Now, you also felt that what Ben Favret was telling you,

5   that through politics he was going to, in your mind, change the

6   rules, correct?

7   A.   He was going to potentially change the rules.

8   Q.   Yeah.  Using politics, correct?

9   A.   I -- I guess so.

10  Q.   And he indicated to you that he was going to up-end the

11  whole industry, the way the whole industry worked, and would

12  recreate it in his own vision, correct?

13  A.   That's what he thought, yes.

14  Q.   And when Ben Favret told you he was going to change the

15  rules, that was through a regulatory path, correct?

16  A.   Partially.

17  Q.   Partially.  And it was through the use of ASTM, correct?

18  A.   There were a number of organizations that Ben mentioned

19  that he was gonna try and talk to and influence, yes.

20  Q.   And ASTM was one of them, correct?

21  A.   Correct.

22  Q.   You thought, when he was explaining his strategy, that it

23  was like the tail that would wag the dog, correct?

24  A.   I felt that he was obsessive about the antimicrobial

25  technologies and not very knowledgeable about apparel itself,

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   where we were knowledgeable about apparel and the way the
 2   market worked.  And to us, antimicrobial technologies were --
 3   were another piece.  To Ben, everything else was the other
 4   piece.
 5   Q.   And at the time, no one at SPI was at ASTM, correct?
 6   A.   No, we were never at ASTM.
 7   Q.   He told you that he felt that technology could usurp
 8   everything in the medical garment industry, correct?
 9   A.   There were a number of people who told us that.
10   Q.   Okay.  He did, too, right?
11   A.   Absolutely.
12   Q.   He told you that if you added the technologies to the
13   garment, that nothing else really mattered, and the world was
14   going to change for the medical garment industry, correct?
15   A.   Something like that.
16            MS. HANNA:  Objection, relevance.
17            THE COURT:  Overruled.
18   BY MR. VERDE:
19   Q.   According to Ben, as he told you, everyone would be forced
20   to wear these types of garments, and nothing else would exist
21   in the future, correct?
22   A.   I don't know if he said that, but that was the impression
23   I got.
24   Q.   Let's flash forward to 2014.  This is after you've
25   executed the agreement.  Ben Favret provided you information
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    regarding his strategy.  In 2014, he sent you an e-mail that
2    said, "The ASTM standards that I've been working on for the
3    last three years, it's about to happen," isn't that true?
4              MS. HANNA:  Objection, relevance.
5              THE COURT:  Overruled.
6              THE WITNESS:  Yeah, he sent an e-mail like that, I
7    think.
8    BY MR. VERDE:
9    Q.   And you responded to him, "Well done, Ben.  Let's catch up
10   soon.  Do you really think there will be a standard test?"
11        You said that, didn't you?
12   A.   I did.
13   Q.   And Ben said -- and then he further asked -- excuse me.
14   Ben responded, "Certain of it."
15        Do you recall that?
16   A.   Yes.  I refreshed my memory by looking at that document
17   the other day.
18   Q.   Okay.  Let's take a look at that document again.  Let's
19   look at 618.1.
20   A.   Other book.
21   Q.   Do you have 618.1 and point -- it goes through 16.2 and 3
22   in front of you?
23   A.   I do.
24   Q.   Is that the e-mail you reviewed earlier?
25   A.   Yes.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   Q.   And this is the e-mail exchange between you and Ben

 2   Favret, correct?

 3   A.   Correct.

 4        MR. VERDE:  I'd like to have this document received in

 5   evidence.

 6        THE COURT:  Be received.

 7        That was what number, Counsel?

 8        MR. VERDE:  618.

 9        THE COURT:  618.

10        MR. VERDE:  The whole thing.

11        (Received in evidence, Exhibit 618.)

12   BY MR. VERDE:

13   Q.   Let's go to 618.2, second page, right in the middle.

14        On June 10, 2014, at 4:52 a.m., Ben Favret was still up,

15   and he sends you an e-mail.  "We warned you about that coming

16   down the pike three years ago.  ASTM standards will happen next

17   and soon."

18        You see that?

19   A.   Yes.  That was -- I'm not sure if the 4:52 is his time or

20   my time, but yes, I do see that.

21   Q.   Okay.  And so you respond right above that, "Well done,

22   Ben.  Let's catch up soon.  Do you really think there will be a

23   standard set?"

24        You responded that way, right?

25   A.   Yes, I did.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    Q.    And Ben says, "Certain of it."  Right?

2    A.    Yes.

3    Q.    Okay.  And you respond, "Can you say that with Certainty?"

4          Is that the way you responded?

5    A.    Yes.

6    Q.    Now, this response word, "Can you say that with

7    Certainty," you sent that at June -- on June 10, 2014, at

8    2:55 p.m., correct?  Somewhere around that time?

9    A.    Yes.

10   Q.    Okay.  It's June 2014.  Certainty -- the announcement

11   for Certainty Plus and Certainty had not yet occurred,

12   correct?

13   A.    Correct.

14   Q.    That was going to be in October of 2014 at the URA

15   convention.  That was the big reveal.  Is that right?

16   A.    Correct.

17   Q.    But here, you use the word "Certainty" with a capital on

18   it, correct?

19   A.    I did.

20   Q.    Is it your practice to end the last sentence on a case

21   with a capital letter?  The last word on a sentence with a

22   capital letter?

23          MS. HANNA:  Objection, relevance.

24          THE COURT:  Sustained.

25          MR. VERDE:  Okay.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

676

1           THE COURT:  Why don't you just ask him why he used the

2    capital letter?

3    BY MR. VERDE:

4    Q.   Your Certainty product, Certainty Plus and Certainty, it

5    starts with a capital letter, correct?

6    A.   It does.

7    Q.   Okay.  Wasn't this an inside joke?  On him?

8    A.   It wasn't an inside joke.  It was a responding quickly to

9    an e-mail, and probably should have hit cancel but ended up

10   hitting send.  It's one of those times in life where you should

11   have hit cancel instead of hit send.

12   Q.   So your initial thought was to type in "Certainty" with a

13   capital.  You meant to actually cancel it and not send it?

14   A.   Yes.

15   Q.   Do you have a typewriter --

16   A.   Well, I didn't -- no, I didn't say I meant to.  I said I

17   should have.

18   Q.   You should have.

19   A.   Absolutely.

20   Q.   Okay.  So what you did is, you were typing really fast,

21   right?  You were typing the words "Certainty," but you had to

22   clink your pinkie over to the left to capitalize the C, or how

23   do you capitalize that?

24           THE COURT:  Sustained.

25           MS. HANNA:  Thank you, Your Honor.


UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1  BY MR. VERDE:
 2  Q.   Okay.  So Ben Favret, he didn't know Certainty was about
 3  to be released, correct?  You never told him that.
 4  A.   No, I didn't tell him that.
 5  Q.   Why not?
 6  A.   We typically don't reveal to our competitors what we're
 7  doing or about to do.  You like to introduce things to the
 8  market first.
 9  Q.   Do you think that's Vestagen's practice, is to reveal
10  documents or things that they're about to do to competitors?
11          MS. HANNA:  Objection, calls for speculation.
12          THE COURT:  Overruled.
13          THE WITNESS:  Yes, I think the Vestagen strategy is
14  completely different.  I think that they're constantly
15  publishing to the market what they're doing or about to do,
16  where we're not that way.
17  BY MR. VERDE:
18  Q.   Oh, okay.  Thank you.
19       So you respond.  Oh, excuse me.  He responds.  "Yes, at
20  the ASTM meeting this week.  It's getting very close to being
21  done.  Final edits and regulations ongoing right now."
22       You saw that, right?
23  A.   Did I see it?
24  Q.   Yeah, you saw that.  You saw that response, right?
25  A.   Yes.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   Q.   And how did you respond back?

2   A.   I asked him what he thought the implications would be.

3   Q.   Okay.  And he gave you that information?

4   A.   He gave me his opinion of what he thought that was.

5   Q.   And which was, he felt that the standard "creates a new

6   category of healthcare garments, breathability, antibacterial

7   barrier attire with specific performance level for comfort and

8   antibacterial activity and fluid-barrier protections."

9        You see that?

10  A.   I do.

11  Q.   Now, you hadn't yet announced to the world at that time

12  that Certainty Plus with antibacterial activity and

13  fluid-barrier protection was about to be released, correct?

14  A.   No, we had not.  We had not announced it to the world,

15  yeah.

16            THE COURT:  About 25 more minutes.

17            MR. VERDE:  Excuse me, Your Honor?

18            THE COURT:  About 25 more minutes.

19            MR. VERDE:  Thank you, Your Honor.

20  Q.   Thereafter, on September 9, 2014 -- withdrawn.

21       After you received this e-mail from -- from Ben -- from

22  Ben Favret, at some point someone from SPI joined ASTM,

23  correct?

24            MS. HANNA:  Objection, relevance.

25            THE COURT:  Overruled.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE WITNESS:  Yes.  We heard testimony about that.
 2    BY MR. VERDE:
 3    Q.   And that was Wendell Mobley, correct?
 4    A.   Correct.
 5    Q.   And after he joined ASTM, he started researching on ASTM
 6    and what Ben was telling you about, he sent you a summary,
 7    correct?
 8    A.   Who?
 9    Q.   Ben -- Wendell Mobley.
10    A.   If you have the document to show me, I -- he may have.  I
11    don't recall.
12    Q.   Let's take a look at Exhibit 630.  Is that the document he
13    sent you?
14    A.   Yeah.  This is an e-mail thread, and the last part of the
15    thread is a document from Wendell to me and others.
16    Q.   Right.  And that's -- and there was attachment to it,
17    which is part of 631, Exhibit 631?  So you got 630, which was
18    the e-mail, and Exhibit 631 were the attachments, correct?
19    A.   Yes.
20              THE COURT:  Was this a summary of what he learned at
21    the meeting?
22              THE WITNESS:  Let me see.
23              THE COURT:  I'm trying to find out the relevancy.  Was
24    this what he learned at the meeting, or this was what the --
25              THE WITNESS:  I don't know.  Let me just -- I gotta
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    read it a little bit to see.  I'm not sure.

 2    BY MR. VERDE:

 3    Q.   Well, isn't true that he said Vestagen CEO Ben Favret is

 4    correct?  Isn't that true?

 5              MS. HANNA:  Objection, relevance.

 6              THE COURT:  Sustained.

 7              MS. HANNA:  This is a sum -- yeah.

 8              THE COURT:  Sustained.

 9         Next question.

10              THE WITNESS:  I think he's just responding --

11              THE COURT:  Excuse me.  There's no question pending.

12              THE WITNESS:  Sorry.

13              THE COURT:  Next question.

14    BY MR. VERDE:

15    Q.   Now, isn't it true that he recommended to you that if SPI

16    is concerned about the prospect of widespread adoption by

17    healthcare employers, we should consider meeting or beating the

18    ASTM's final specs?  Isn't that true?

19              MS. HANNA:  Objection, relevance.

20              THE COURT:  Sustained.  Oh, no.  Overruled.

21         You may answer that.

22              THE WITNESS:  Okay.  I'm sorry, I got confused in

23    that.

24              THE COURT:  Okay.

25              THE WITNESS:  Could you just repeat that for me?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    BY MR. VERDE:

 2    Q.   Isn't it true that he made a recommendation that if SPI is

 3    concerned about the prospect of widespread adoption by

 4    healthcare employers, we should consider meeting or beating the

 5    ASTM final specs?

 6    A.   Is that in this e-mail?

 7    Q.   631.1, which was an attachment to 630.

 8         THE COURT:  Do you remember if he ever said that to

 9    you?

10         THE WITNESS:  I think he did, yes.  It sounds

11    familiar.

12    BY MR. VERDE:

13    Q.   631.1, please.

14    A.   631.1.  Yes, here it is, in number 1.

15    Q.   And that's what he recommended to you, correct?  "If SPI

16    is concerned about the prospect of widespread adoption by

17    healthcare employers, we should consider meeting or beating the

18    ASTM final specs," correct?

19         MS. HANNA:  Objection, relevance.

20         THE COURT:  Sustained.

21    BY MR. VERDE:

22    Q.   He sent that to you, right?

23         THE COURT:  Sustained.

24    Next question.

25    And by the way, you already got in part of that before
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    where you said that he recommended that to you.

2              THE WITNESS:  He recommended...

3              THE COURT:  Well, the evidence will stay as --

4              THE WITNESS:  Yes.

5              THE COURT:  -- what it is.

6         Go ahead, next question, Counsel.

7    BY MR. VERDE:

8    Q.   Now, prior to the release of Certainty and Certainty

9    Plus -- or excuse me.  Shortly after the announcement of the

10   release of Certainty and Certainty Plus, you sent an

11   announcement to your partners, correct, about Certainty and

12   Certainty Plus?  Isn't that true?

13   A.   Yes.

14   Q.   Okay.  And let's take a look at 669.

15        Taking a look at Exhibit 669, this was the announcement

16   that you had sent to your valued partners, correct?

17   A.   Yes.

18              MR. VERDE:  I'd like to have this document received

19   into evidence.

20              MS. HANNA:  Relevance, Your Honor.

21              THE COURT:  Sustained.

22   BY MR. VERDE:

23   Q.   Well, isn't it true that you perceived the release of the

24   Certainty and Certainty Plus product to be the most important

25   launch in the company's history?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    A.    We consider a lot of launches over time to be very

2    important, and this was a very important launch, and probably

3    at the time it was the most important launch.

4    Q.    Taking a look at Exhibit 520.

5    A.    Different book.  Sorry.  520?

6    Q.    Yes.  You recognize this document?

7    A.    Yes.

8    Q.    This is a technical features document that you utilize in

9    presenting the antimicrobial -- antimicrobial plus

10   fluid-resistant barrier to the company, correct?

11   A.    Yes, this was a strategy, or a technical -- yes, it was a

12   document for internal purposes.

13   Q.    And taking a look at measured -- 520.5.

14         Your Honor, can I have 520.5 received into evidence?

15              MS. HANNA:  Objection, Your Honor, relevance.

16              THE COURT:  I don't know what it is.  I don't know --

17   BY MR. VERDE:

18   Q.    This is a -- what do you recognize this document to be?

19   A.    It was sort of -- it was just sort of a document that was

20   sort of laying out what we were doing step by step at a point

21   in time.

22   Q.    Your plans for Certainty and Certainty Plus, correct?

23   A.    Correct.

24   Q.    And then you also talked about your financial goals

25   related to that, under 520.5?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   A.   I'm sure we did, but -- yes.

2   Q.   And under 520.5, you estimated, under year one, that there

3   would be a two or three additional market share point increase

4   once these products were released, correct?

5            MS. HANNA:  Objection, relevance.

6            THE COURT:  Overruled.

7            THE WITNESS:  Yes, that was the estimate at the time.

8   BY MR. VERDE:

9   Q.   And in year two, there would be five to six additional

10  market share points, correct?

11  A.   Yes.  Yes.

12  Q.   And in year three, 10 to 15 additional market share

13  points; is that right?

14  A.   Yes.

15  Q.   And in year four, 15 to 20 additional market share points,

16  correct?

17  A.   Yes.

18  Q.   Now, at the time, you already had 40 percent of the

19  market, correct?

20  A.   I don't know if we had that much of the market then.  We

21  may have, or close to it.

22  Q.   And right around that time, you had about $300 million in

23  sales; is that right?

24  A.   I don't recall.  I don't think it was quite that much, but

25  it may have been close to that.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    Q.    Close to that?  In 2016, what were your sales?

 2    A.    Around $330 million.

 3    Q.    And so the year one -- and that was year one, correct, for

 4    the release of Certainty and Certainty Plus?

 5    A.    Which was year one?

 6    Q.    Well, 2016, was that year one or year two?

 7    A.    I'm not sure I understand your question.

 8    Q.    Sorry.  Certainty and Certainty Plus were released to the

 9    market in 2015, correct?

10    A.    Yes.

11    Q.    And so 2016 was year one, or did you consider that year

12    two?

13    A.    2016 would have been year two.

14          MR. VERDE:  Your Honor, I'd like to have 520 moved, or

15    received into evidence.

16          MS. HANNA:  Objection.

17          THE COURT:  How many pages are in that 520?

18          MR. VERDE:  I'll just have 520 and then that section

19    that I read, which is 520.5, Your Honor.

20          THE COURT:  520.5 will be received.

21       (Received in evidence, Exhibit 520.5.)

22    BY MR. VERDE:

23    Q.    Now, you testified earlier that the reason you didn't

24    enter into an agreement with Vestagen was because the economics

25    just didn't work; is that right?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    A.    There were multiple reasons, but that was one of them.

 2    Q.    And that was the primary reason, right, the economics?

 3    A.    The primary reason was that the -- the costs of what they

 4    were doing was very high, and where we believe that -- you

 5    know, we were typically selling products at retail for an

 6    average of about $20, and we thought antimicrobial products

 7    would be in the $25 to $30 range, and we felt, based on

 8    Vestagen, what Mr. Favret had presented to us, that, you know,

 9    their costs would be well over $40, and we didn't think that

10    the market was willing to pay that or should have to pay that

11    much for a garment, that nurses and healthcare workers

12    shouldn't have to pay that much for a garment.

13    Q.    Okay.  So when you met with Ben Favret and he provided you

14    with -- he showed -- he provided you with a demonstration of

15    the VESTEX product, correct?

16    A.    I don't recall that, but he may have.

17    Q.    Okay.  I mean, it's likely that he showed you what the

18    product was, correct?

19    A.    I don't -- I don't know if he did.  I don't have any

20    recollection of that.

21    Q.    Well, at some point did you ever see a VESTEX product?

22    A.    Yes.

23    Q.    And it was brought to you by Ben Favret?

24    A.    I don't -- I don't know.

25    Q.    Would it be your practice that if you're considering to
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   partner up with somebody, you would at least look at the
 2   product?
 3   A.   At some point.  We -- yeah, at some point.
 4   Q.   And you would at least take a look at it and touch it?
 5   A.   Yes, at some point.
 6   Q.   I mean, that's important, right?
 7   A.   Yeah, but products change all the time.
 8   Q.   I understand.  But it's reasonable for you to actually
 9   meet with somebody, propose a deal, and then you'd want to at
10   least see the product, correct?
11   A.   Yes, at some point.
12   Q.   Sooner rather than later, correct?
13   A.   Well, yes.
14   Q.   Okay.  And isn't it true that the reason you didn't enter
15   into an agreement with Ben Favret was that you just didn't like
16   the product?
17   A.   I wasn't crazy about his first product.
18   Q.   Okay.
19   A.   And, but, you know, Mr. Favret talked about how his
20   product was gonna change over time, how they were
21   incorporate -- his product was -- was fairly stiff and boardy.
22   We were very focused on comfort, and, you know, we obviously
23   had real concerns about the product, because it was just
24   something that, you know -- we just believe nurses should have
25   a choice what they get to wear, because I come from a time --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   Q.   I understand.  Let me get back to --

 2   A.   Well, let me --

 3             THE COURT:  Next question.

 4   BY MR. VERDE:

 5   Q.   Okay.  Isn't it true that you actual -- as soon as you

 6   touched the product, you never liked it?  You actually thought

 7   it sucked?  Isn't that your words, you thought the product

 8   sucked?

 9   A.   Any garment that's really boardy and stiff, and I look at

10   it through a nurse's eyes and I imagine wearing that garment

11   all day on the job --

12             THE COURT:  So the answer's yes?

13             THE WITNESS:  So yes.

14   BY MR. VERDE:

15   Q.   So the answer's yes.  You thought the product sucked,

16   right?

17   A.   I thought it was boardy and stiff.

18   Q.   Have you ever used the word it "sucks" as it relates to

19   Mr. Favret's product?

20   A.   You know, I think I could use that term of any product

21   that I thought was really --

22             THE COURT:  The question --

23             THE WITNESS:  -- harsh.

24             THE COURT:  Listen just to the question and answer the

25   question.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE WITNESS:  Sorry.

 2              THE COURT:  Ask the question again.

 3   BY MR. VERDE:

 4   Q.   Did you ever use the word -- the words "it sucks" --

 5              THE COURT:  If you remember.

 6   BY MR. VERDE:

 7   Q.   -- in describing the Vestagen product?

 8   A.   At some point, I probably did.

 9   Q.   Now, at the time of the filing of this lawsuit, the only

10   competitor for Certainty Plus was the VESTEX products from

11   Vestagen, correct?

12   A.   No.  I think there are others in the market.

13   Q.   Well, let's take a look at exhibit -- at your deposition.

14   A.   Well, are you talking about -- which point in time?

15   Q.   At the time you filed the lawsuit in 2016.

16   A.   Oh.

17   Q.   Isn't it true --

18   A.   It's possible that that was the only other one.

19   Q.   Isn't it true that when I asked you the question that the

20   only competitor for Certainty Plus at the time of this lawsuit

21   was Vestagen, you answered yes?

22   A.   Yeah, that was likely the only one I was aware of.  There

23   are a lot of small startups that are making antimicrobial, and

24   some are making fluid-barrier products.

25              MR. VERDE:  Move to strike the last portion.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  It will be stricken.

 2         Just listen to the question, just answer the question.

 3              MR. VERDE:  No more questions at this time.

 4              THE COURT:  Okay.  Cross.

 5              MS. HANNA:  Thank you, Your Honor.

 6                         CROSS-EXAMINATION

 7    BY MS. HANNA:

 8    Q.   Good morning, Mr. Singer.

 9    A.   Good morning.

10    Q.   Just a few follow-up questions, if we could.  Let's first

11    establish the timeline.

12         You were asked a lot of questions about the

13    confidentiality agreement that was eventually entered into

14    between Vestagen and Strategic Partners; is that right?

15    A.   Yes.

16    Q.   Let's just take a look at --

17         Going to ask to publish an exhibit that's been admitted,

18    Exhibit 577.

19              THE COURT:  Okay.

20    BY MS. HANNA:

21    Q.   Sir, you have that on your monitor before you?

22    A.   Yes.

23    Q.   That's a --

24    A.   Yes, I do.

25    Q.   I'm sorry.  That's an e-mail exchange.  The top e-mail is
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   from Mr. Favret, and it's to several individuals.  There is a

 2   Kevin Tapalaga.  Do you see that?

 3   A.   Yes.

 4   Q.   Who is that?

 5   A.   Kevin was a partner at the private equity fund that owned

 6   the majority of Strategic Partners.

 7   Q.   And George B. Shepherd, Jr., who's that?

 8   A.   Looks like he was a lawyer, but I don't know him.

 9   Q.   Okay.  And you were copied on that e-mail, correct?

10   A.   Yes.

11   Q.   And this is the e-mail that confirms that Mr. Tapalaga, on

12   behalf of the private equity firm, is accepting the

13   confidentiality agreement now signed by Mr. Favret, correct?

14   A.   Actually, that's an e-mail from -- from Mr. Favret, but

15   yes, Mr. Tapalaga says, yes, the latest draft of the NDA looks

16   good, and he says we have no additional comments.

17   Q.   And then Mr. Favret sends back the executed document,

18   correct?

19   A.   Correct.

20   Q.   The executed document is attached as Exhibits 577-3

21   through 577-6.  Do you see that?

22   A.   Yes.

23   Q.   And it's dated November 16, 2011?

24   A.   Yes.

25   Q.   Even though the e-mail reflects that it was signed on
```

1    November 27th, a difference of a week or so, right?

2    A.   Correct.

3    Q.   And we looked at the confidentiality agreement, and I'm

4    going to again just reference your recollection -- I'm sorry,

5    reference your attention to the fact that the paragraph

6    indicates that this agreement covers the evaluation material.

7              MR. VERDE:  Objection, outside the scope.

8              THE COURT:  Overruled.

9    BY MS. HANNA:

10   Q.   Do you see that, sir?

11   A.   Yes.

12   Q.   And below, evaluation material is defined as:

13             "Does not include, however, information which, A,

14             is or becomes generally available to the public

15             other than as a result of a disclosure by you or

16             your representative in violation of the

17             agreement; B, was available to you on a

18             nonconfidential basis prior to its disclosure by

19             us."

20        Do you see that?

21   A.   Yes.

22   Q.   Had you received nonconfidential information from

23   Mr. Favret prior to entering into this agreement?

24   A.   Yes.

25   Q.   And I just want to briefly go over those items.  I'd like

```
 1    to show you on the monitor.  This has already been accepted

 2    into evidence as Exhibit 545.

 3         This is the agenda that Mr. Favret presented on a meeting

 4    of March 10, 2011, in which he discussed with you his marketing

 5    and branding strategy, correct?

 6    A.   Correct.

 7    Q.   Also, the PowerPoint presentation admitted into evidence

 8    as 544-1 through 544-33, that's the PowerPoint presentation

 9    that Mr. Favret presented to you in March of 2011 regarding his

10    marketing, branding, test results, et cetera, correct?

11    A.   Correct.

12    Q.   This is all before a confidentiality agreement was entered

13    into, correct, sir?

14    A.   Yes.

15    Q.   I'd like to show you 548, which has been entered into

16    evidence.  This is a September 24th, 2011 letter to you

17    regarding the marketing strategy and plan, which is also

18    attached as 548-2 through 548-27.

19         That was provided to you as well, sir?

20    A.   Yes.

21    Q.   Is that provided to you on a nonconfidential basis?

22    A.   It was.

23    Q.   I'd like you to look at 553, which has been admitted into

24    evidence.  This is an e-mail from Mr. Favret to Wendell Mobley

25    dated October 4th, 2011.  Do you see that?
```

```
1    A.   Yes.

2    Q.   This is prior to any confidentiality agreement; is that

3    right, sir?

4    A.   Correct.

5    Q.   Says, "Good morning, Wendell."

6         First paragraph:

7              "Last night I was meeting with one of our

8              researchers, and he reminded me of the FDA

9              requirement of a 3-5 log reduction in under one

10             hour to be able to make claims of antimicrobial

11             activity; that is, 99.9 percent to

12             99.999 percent, et cetera."

13        Do you see that paragraph?

14   A.   I do.

15   Q.   All of that was being provided before any confidentiality

16   agreement was entered into, correct?

17   A.   Correct.

18   Q.   Next paragraph:

19             "It is possible that standard-setting

20             organizations will follow the FDA lead on this

21             when active decontamination standards are

22             developed.  I am on both ASTM committees studying

23             this issue.  We have been invited to present our

24             research and perform capabilities in both the

25             antimicrobial meetings in November and the
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1              technical textile meeting in spring."

2         Do you see that?

3    A.   Yes.

4    Q.   Was this information being provided by Mr. Favret on a

5    nonconfidential basis prior to the execution of any

6    confidentiality agreement?

7    A.   Yes.

8    Q.   Thank you.

9              MR. VERDE:  Briefly.

10             THE COURT:  Okay.

11             MS. HANNA:  I'm sorry, I'm not actually done.

12             MR. VERDE:  Oh, I'm sorry.  Sorry.

13             MS. HANNA:  I was just being polite.  Sorry.

14             MR. VERDE:  And I was just listening.

15   BY MS. HANNA:

16   Q.   Sir, you were asked by counsel regarding an e-mail, 618.

17   I believe that was admitted.

18        May I first have that confirmed?

19             THE CLERK:  Yes, it is.

20   BY MS. HANNA:

21   Q.   Okay.  618.  This is an e-mail from Mr. Favret, dated

22   June 10, 2014, that counsel asked you about regarding, I think,

23   the ASTM meeting.  Do you recall that?

24   A.   Yes.

25   Q.   Sir, do you recall whether the confidentiality agreement
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    entered as 577 had an expiration clause?

2    A.    It did.

3    Q.    Can we go back to 577, please.  Going to ask you to turn

4    to 577-5.  It's the third paragraph from the bottom.

5              "Except as provided in this paragraph, the

6              obligations of the parties under this letter

7              agreement shall terminate on the second

8              anniversary of the date hereof.  Notwithstanding

9              the immediately preceding sentence, your duty to

10             hold evaluation material in confidence shall

11             remain in effect indefinitely with respect to any

12             evaluation material so long as it continues to

13             qualify as a trade secret or until we send you

14             written notice releasing you from your obligation

15             hereunder."

16             Do you see that?

17   A.    Yes.

18   Q.    By the terms of this agreement, did it expire as to any

19   confidential information other than trade secrets by no later

20   than November 16th, 2013?

21   A.    Yes.

22   Q.    The e-mail that counsel referred you to, Exhibit 618,

23   dated June 10th, 2014, did that provide information after the

24   expiration of the confidentiality agreement?

25   A.    Yes.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    Q.   Thank you, sir.  All right.

 2         Sorry.  I won't say "thank you" again, I promise, until

 3    I'm done.

 4         Counsel asked you about other competitors for the

 5    Certainty Plus products.  Are there other competitors in the

 6    market that you're aware of that make antimicrobial and

 7    fluid-barrier scrubs?

 8    A.   Yes.

 9    Q.   Now, setting aside competitors specifically for these

10    types of scrubs, do you have other competitors, generally,

11    regarding hospital scrubs that are direct competitors to

12    Strategic Partners?

13    A.   Many.

14    Q.   Would you say a hundred?

15    A.   I mean, throughout my career, easily.

16    Q.   Prior to this lawsuit, sir, have you on occasion lost

17    customers to your competitors?

18             MR. VERDE:  Objection, outside the scope.

19             THE COURT:  Sustained.

20    BY MS. HANNA:

21    Q.   Prior to this lawsuit, have you ever sued a competitor for

22    false advertisement?

23    A.   No.

24    Q.   Has a competitor ever sued Strategic Partners for false

25    advertisement?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    A.    No.

2              MS. HANNA:  Thank you.  I have no more questions.

3              THE COURT:  Okay.  Redirect.

4              MR. VERDE:  Real briefly.

5                      REDIRECT EXAMINATION

6    BY MR. VERDE:

7    Q.    There are a number of drafts to the agreement, the

8    confidentiality agreements, correct?

9    A.    Correct.

10   Q.    They were exchanged, correct?

11   A.    Correct.

12   Q.    And there were a number of drafts -- there were drafts

13   that were signed by Ben Favret, correct?

14   A.    I'm aware of the final one that was signed, and there may

15   have been others.

16   Q.    And there was another agreement that was signed by Mr. --

17   there was an agreement that was signed by Ben Favret that was

18   also entitled "Confidentiality Agreement" but did not expire,

19   correct?

20             MS. HANNA:  Going to object, Your Honor, if it was a

21   prior agreement that was superseded.  We've entered into

22   evidence the final agreement.

23             THE COURT:  Do you know of other agreements other than

24   this one?

25             THE WITNESS:  I'm not sure what he's talking about.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Okay.

 2    BY MR. VERDE:

 3    Q.   Well, let's take a look at Exhibit 572.  Take a look at

 4    Exhibit 572.

 5    A.   Yes.

 6    Q.   You recognize that document?

 7    A.   Not a hundred percent -- do I recognize it?  Yes.

 8    Q.   Okay.  This is an agreement that has Ben Favret's

 9    signature as well, correct?

10    A.   Yes.

11    Q.   And it was sent over to you?

12    A.   I believe -- I believe it was sent over.  This may have

13    been an agreement where Mr. Favret made -- I don't know.  I'm

14    not sure.  There were multiple drafts of the agreement, and it

15    was confusing.

16    Q.   Okay.  And so this is one of the agreements that was

17    sent to you, correct?

18    A.   I don't recall which were sent to me.  It may have

19    been.

20              MR. VERDE:  I'd like to have it received in

21    evidence.

22              THE COURT:  Now, wait a second.

23         Was this the final agreement?

24              THE WITNESS:  No.  I think this was a draft of --

25              THE COURT:  Did you sign it, agreeing to it?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE WITNESS:  No, I didn't sign agreed to this or --

 2              THE COURT:  Okay.  It will be --

 3         Objection, Counsel?

 4              MS. HANNA:  Yes, Your Honor.

 5              THE COURT:  Sustained.

 6         It will not be received.

 7    BY MR. VERDE:

 8    Q.   577, you didn't sign that either, right?

 9    A.   I don't know if 577 was signed or not.

10    Q.   Well, take a look at 577.

11    A.   We don't have a signed copy of it.

12    Q.   Right.

13              MS. HANNA:  Your Honor, there's been no objection to

14    the fact that that's the final agreement.

15              THE COURT:  Okay.

16              MS. HANNA:  Thank you.

17    BY MR. VERDE:

18    Q.   Well, there's no signature to 577, correct?

19              MS. HANNA:  Relevance.

20              THE COURT:  Overruled.  Or excuse me.  Sustained.

21              MS. HANNA:  Thank you.

22              MR. VERDE:  Well, the objection is being asserted now,

23    Your Honor.

24              THE COURT:  What do you mean, Counsel?

25              MR. VERDE:  That is not -- there is an agreement --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  It's not in issue whether or not it was
 2    the final agreement.  That's the only testimony we have.  The
 3    others were preliminary, prior to the final agreement, not
 4    signed, negotiation back and forth.
 5         Next question.
 6              MR. VERDE:  Your Honor, I reserve.  I'd like to call
 7    Mr. Favret.
 8              THE COURT:  Okay.  You may step --
 9         Oh, anything further?
10              MS. HANNA:  No, Your Honor.
11              THE COURT:  Okay.  You may step down.
12         Mr. Favret.
13              THE CLERK:  You may be seated, and I'll remind you,
14    you're still under oath as well.  Thank you.
15              THE COURT:  Okay.  You may inquire, Counsel.
16              MR. VERDE:  Okay.
17                   UNCAS BENJAMIN FAVRET, III,
18                having been previously duly sworn,
19                   testified further as follows:
20                      DIRECT EXAMINATION
21    BY MR. VERDE:
22    Q.   Were there different agreements that were executed
23    between the parties?
24    A.   Yes, sir.
25    Q.   And different confidentiality agreements?
```

```
1    A.    Yes, sir.

2    Q.    Okay.  But the understanding was that there would be

3    confidentiality between the information exchanged, correct?

4    A.    Yes, sir.

5    Q.    Taking a look at 577, or excuse me, 572.

6    A.    Correct.

7    Q.    It's got your signature on it, correct?

8    A.    It does.

9    Q.    Is this the agreement you thought was -- that was

10   enforceable between the parties?

11   A.    Correct.

12             MS. HANNA:  Objection, relevance.

13             THE COURT:  Sustained.

14   BY MR. VERDE:

15   Q.    Was this the agreement you executed and sent over to SPI?

16   A.    Yes, sir.

17             THE COURT:  Was this a proposal that you sent to him?

18             THE WITNESS:  No, I believe this was the final

19   agreement.

20             THE COURT:  Are you saying they signed it?

21             THE WITNESS:  Well, this was the one that we

22   negotiated back and forth with their counsel --

23             THE COURT:  You negotiate on contracts, you negotiate

24   on agreements all the time.  The question is if both sides have

25   come to a meeting --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1           THE WITNESS:  Correct.

2           THE COURT:  -- of the mind, which means that they

3    either accepted -- are you saying they accepted this agreement?

4           THE WITNESS:  Correct.

5           THE COURT:  And how did they accept it?  By signing it

6    or what?

7           THE WITNESS:  The e-mails they sent indicated that

8    they had agreed to the changes.  This was their original

9    document, not mine.

10          THE COURT:  Okay.  Next question, Counsel.

11          MR. VERDE:  I'd like to have it received in evidence,

12   Your Honor.

13          THE COURT:  No.

14          MS. HANNA:  Objection, Your Honor.

15          THE COURT:  There's no foundation laid on it, Counsel.

16   It will not be received.

17   BY MR. VERDE:

18   Q.   Now, is this -- how did you understand this agreement to

19   be the one that's in effect?

20          MS. HANNA:  Objection, relevance.

21          THE COURT:  Overruled.

22          THE WITNESS:  We submitted our nondisclosure

23   agreement, they submitted one.  Our lawyers, their lawyers went

24   back and forth.  We made changes, they made changes.  Once it

25   was agreed upon, we were directed to put it on our letterhead,

```
 1   sign it, and send it back to them after they had said
 2   everything was accepted on their behalf.
 3   BY MR. VERDE:
 4   Q.   So this was an agreement that they had you sign?
 5   A.   Correct.
 6   Q.   And so they told you it had to be on your -- on their
 7   letterhead, correct?  On your letterhead?
 8   A.   Yes, sir.
 9   Q.   And so this is the agreement that you had signed and then
10   sent to them, correct?
11   A.   Correct.
12   Q.   And this was the latest agreement, as you understood it?
13   A.   Yes, sir.
14        MS. HANNA:  Objection, lacks foundation.
15        THE COURT:  Sustained.
16   BY MR. VERDE:
17   Q.   When did you understand to have sent this agreement?
18   A.   Right after I got the e-mail from them saying that they
19   had accepted and approved the final version.  I signed it,
20   scanned it, and sent it to them.
21   Q.   Okay.  And this is that agreement that you signed after
22   they approved the final version?
23   A.   Yes, sir.
24        MR. VERDE:  I'd like to have it received in evidence.
25        MS. HANNA:  Objection, Your Honor.  I'd like a chance
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   to question.

 2             THE COURT:  I'm sorry?

 3             MS. HANNA:  I'd like a chance to cross on that.

 4             THE COURT:  Yeah, you can.

 5        I'm going to take that under submission, Counsel, as to

 6   whether or not there's a sufficient foundation to show that

 7   this was the final agreement between them.

 8             MR. VERDE:  Okay.

 9             THE COURT:  Okay.  You through?

10             MR. VERDE:  No more.  No more.

11             THE COURT:  Okay.

12             MS. HANNA:  Okay.

13        Mr. Favret --

14             MR. VERDE:  I'm sorry, Your Honor.  One last -- sorry.

15             MS. HANNA:  Oh.  That was your "thank you."

16             MR. VERDE:  That was my "thank you."

17   BY MR. VERDE:

18   Q.   In 2011, were you already a member of a specific committee

19   for ASTM?

20   A.   I was.

21   Q.   Were you -- did you submit -- what kind of -- was there a

22   subcommittee that was already provided -- that you were a

23   member to?

24             MS. HANNA:  Objection.

25             THE WITNESS:  It had not formed yet.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    BY MR. VERDE:

2    Q.    Okay.  And so there was no working draft yet, correct?

3    A.    No, there was no working draft.

4    Q.    Did you have any idea in 2011 when that working draft

5    would be on almost final form?

6    A.    Much later on, after we had developed the draft, we -- we

7    knew what was going on, very much so.

8    Q.    And that was after the confidentiality agreement was

9    executed?

10   A.    Correct.

11   Q.    Okay.  Thank you.

12              THE COURT:  Was that a --

13              MR. VERDE:  No more questions, Your Honor.

14              THE COURT:  That was a "thank you"?

15              MR. VERDE:  Thank you.

16                       **CROSS EXAMINATION**

17   BY MS. HANNA:

18   Q.    Mr. Favret, let me see if I can refresh your recollection

19   as to the timing of the confidentiality agreement, okay?

20         Counsel asked you to take a look at 572.  Do you see that?

21   A.    I do.

22   Q.    Okay.  This is the agreement sign -- or dated

23   November 16th, 2011.  Let's see if I can -- all right.  And if

24   you look -- let me see if I can show you some markers so that

25   you're able to identify it.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        If you look at page 572-3, you'll see the spacing on that
 2   last page.  It has two paragraphs:  "This letter agreement
 3   shall be governed," and then "This letter agreement contains."
 4        Do you see that spacing on there?
 5   A.   I do.
 6   Q.   All right.  Now, I'm going to ask you to turn to the next
 7   exhibit, 573.
 8        Do you have that e-mail in front of you?
 9   A.   573?
10   Q.   Yes, sir.
11   A.   Yeah.
12   Q.   All right.  Now, the bottom e-mail is from Mr. Tapalaga,
13   who's been identified as somebody with the private equity firm
14   for Strategic Partners, right?
15   A.   Correct.
16   Q.   They're forwarding a Vestagen NDA, or nondisclosure
17   agreement, to Mike Singer.  Mr. Singer then forwards that to
18   you.  Do you see that?
19   A.   Correct.
20   Q.   You send it back on November 16, 2011, the date of the
21   agreement, and you say, "Hi, Mike.  Attached is a signed copy
22   of the NDA you sent over and a redline to see the few minor
23   changes our counsel made.  Brian is finishing up the VESTEX
24   specific target market analysis you requested and should have
25   it to you for Friday."
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    Does this refresh your recollection, sir, that what you

2    did was, you signed an agreement that you had modified, and

3    with it also signed a red -- sent over a redline copy of the

4    agreement that you signed?

5    A.    The -- we had gone back and forth with them and our

6    counsel, George Shepherd, and came up with an agreement that

7    both parties agreed to.

8    Q.    Well, my question is, do you recall that what you did is,

9    you took the agreement, redlined it, also printed a clean

10   version, signed it, and sent it, both versions, the redlined

11   and the final version that you modified, back to Strategic

12   Partners?  Do you recall that?

13        And you can flip through the attachment.  There's a

14   redline and there's a signed copy of your agreement.

15        Do you see it?  Do you see that, sir?

16   A.    Yeah.  I -- I -- I haven't read the whole -- both

17   documents and done a comparison, but I'm accepting of what

18   you're saying.

19   Q.    All right.  Then let's go to 574, if you could.  574 is an

20   e-mail chain, and I'm going to ask you to go to 574-2.  The

21   e-mail chain picks up from where you've sent the e-mail to

22   Mr. Singer attaching a copy of the NDA that's both redlined and

23   clean-copied on November 16th.

24        Do you see a response from Mr. Tapalaga on the same day,

25   of November 16th?  It says, "Thank you for the quick response

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    on the CA," confidentiality agreement.  "We have some comments

2    on the proposed changes.  Let me know when you have a few

3    minutes to discuss, and I can give you a call."

4         Do you see that?

5    A.   Where are you reading?  I'm sorry, I didn't --

6    Q.   I'm sorry, I was reading too quickly.  574-2 is the page.

7    A.   574-2.  Okay, now I'm on the same page.

8    Q.   Thank you.

9         And do you see Mr. Tapalaga responding to you, saying that

10   he has comments about the changes you made to the agreement

11   that you sent over on November 16th?

12   A.   Right.

13   Q.   Okay.  And so then you respond to Mr. Tapalaga on

14   November 17th, the next day, advising him that you had -- you

15   would like to connect with him to discuss the changes on the

16   confidentiality agreement.  Do you see that?

17   A.   Okay.

18   Q.   And then there is further discussion now on November 22nd

19   of 2012 -- I'm sorry, '11.  Strike that.  November 12th --

20   sorry, strike that.  November 22nd of 2011.

21   A.   Okay.

22   Q.   Do you see that?  Still discussions back and forth about

23   changes to the confidentiality agreement.

24   A.   Correct.

25   Q.   Correct.  All right.  Thank you, sir.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    And then we go to Exhibit 576.  I'm sorry, 577.  And

2    that's the exhibit that I asked to be entered into evidence.

3    Do you -- and the e-mail that attached to it.  Do you see that,

4    sir?

5    A.    I do.

6    Q.    Okay.  And in the middle of the first page, there is a

7    response from Mr. Tapalaga, now dated November 23rd, 2011,

8    where he is responding to you and to an individual by the name

9    of George:  "Thank you again for the updated document.  The

10   latest draft of the NDA" -- the nondisclosure agreement --

11   "looks good.  We have no additional comments.  Please feel free

12   to send us a final signed copy of the document."

13         And at that point, sir, on November 27, 2011, you sent

14   back a signed, executed, final document, correct?

15   A.    Correct.

16   Q.    And the document --

17   A.    I assume that that's what was --

18   Q.    And the document that was signed is actually attached and

19   has been entered into evidence as 577-3 to 577-6.  Do you see

20   that, sir?

21         MR. VERDE:  Objection, assumes facts.

22         THE COURT:  Sustained.

23   BY MS. HANNA:

24   Q.    Well, let's take a look at the bottom Bates stamps.  Does

25   this indicate to you, when it says VESTEX-SPI 005141, that's a

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   document that was produced by Vestagen?

2   A.   I have no idea what that means.  I'm sorry.

3   Q.   I'm going to represent to you that that's a marking

4   indicating that that's the document produced by Vestagen in

5   this case.

6   A.   Okay.

7   Q.   If you look at the --

8           MR. VERDE:  Assumes facts.

9           THE COURT:  Overruled.

10  BY MS. HANNA:

11  Q.   If you look at the numbers on the Bates stamp, you will

12  see that it goes 141, 142.  That's the two pages of the e-mail.

13  And then the document right behind it, which is the

14  confidentiality agreement we entered into evidence, is Bates

15  stamped, still by Vestagen, as 5143 and so forth.

16       Do you see that?

17  A.   Okay.

18  Q.   Does that represent to you, sir, that Vestagen produced

19  this as the confidentiality agreement that was attached --

20          THE COURT:  Well, Counsel --

21       Let me just ask you.  Is that agreement that you see there

22  the agreement that you said was entered into in November?

23          THE WITNESS:  I believe the agreement had a period

24  longer than two years.  In fact, I know it did, because it was

25  an issue --

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1              THE COURT:  That written agreement --

2              THE WITNESS:  -- that we discussed with our lawyer.

3              THE COURT:  No, no.  Is the written document there,

4   does that represent the nondisclosure agreement that the two

5   sides entered into?

6              THE WITNESS:  I don't believe so.

7              THE COURT:  Okay.  So you don't think that there is a

8   written -- well, never mind.  Okay.

9   BY MS. HANNA:

10  Q.   Well, let me ask you, sir.  The signature that appears on

11  577-6, is that your signature?

12  A.   It is.

13  Q.   Okay.  Is it your testimony today that you don't think

14  there is a execute -- a binding confidentiality agreement?

15  A.   No, I believe there is one that didn't have a two-year

16  period on it.

17             THE COURT:  We don't have that in front of us, right?

18             THE WITNESS:  It was one of the versions.  I believe

19  it is 57- --

20             THE COURT:  That wasn't signed by both sides.

21             MS. HANNA:  No.

22             THE COURT:  Next question.

23             THE WITNESS:  Neither version --

24             THE COURT:  Then there's no documents at all, no

25  disclosure agreement at all, is what you're saying.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1            MS. HANNA:  Okay.

2            THE COURT:  We need something that both sides have

3    entered into.

4        Next question.

5            MS. HANNA:  No more questions, Your Honor.

6            THE COURT:  Okay.  Counsel, redirect.

7                    REDIRECT EXAMINATION

8    BY MR. VERDE:

9    Q.   Want you to take a look at Exhibit 573.

10   A.   Yes, sir.

11   Q.   Is this an e-mail you sent to Mike Singer?

12   A.   It is.

13   Q.   With -- containing a signed copy of your agreement?

14   A.   Correct.

15           MS. HANNA:  Objection, Your Honor, asked and answered.

16   We just went through these documents.

17           THE COURT:  Sustained.

18   BY MR. VERDE:

19   Q.   Now, 573.3.  Taking a look at 573.3, this was a draft

20   agreement that SPI sent to you to place on your letterhead,

21   correct?

22   A.   Correct.

23   Q.   And your attorneys and yourself crossed out certain

24   sections of that agreement.

25   A.   Correct.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   Q.   Where it says, "The obligations of the parties in this

2   letter agreement shall terminate on the first anniversary on

3   the date hereof," correct?

4   A.   Correct.

5   Q.   And then you sent a completed doc on your letterhead with

6   your signature --

7   A.   Correct.

8   Q.   -- telling them that there had been some redline changes,

9   correct?

10  A.   Correct.

11          MR. VERDE:  Your Honor, I'd like to move 573.1 into

12  evidence.

13          MS. HANNA:  Objection.

14          THE COURT:  Sustained.  Sustained.

15          MS. HANNA:  Thank you.

16  BY MR. VERDE:

17  Q.   This agreement that you had sent to Mike Singer, this was

18  the agreement you understand was in effect, correct?

19  A.   Correct.

20  Q.   And that there had been communications to you by his

21  representatives that the latest draft of the NDA looks good,

22  they have no additional comments, correct?

23          MS. HANNA:  Objection, Your Honor.

24          THE WITNESS:  Correct.

25          MS. HANNA:  Misstates the evidence.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1                THE COURT:  Sustained.

2    BY MR. VERDE:

3    Q.   It's your under- -- taking a look at 577.1.

4    A.   577?

5    Q.   Yes.

6    A.   Correct.

7    Q.   When you received this e-mail from Mr. Tapalaga, where

8    Mr. Singer was cc'd on, you understood them to be accepting the

9    draft that you had sent?

10   A.   I did.

11              MS. HANNA:  Objection, Your Honor.

12              THE COURT:  Sustained.

13              MS. HANNA:  I move to strike.

14              THE COURT:  It will be stricken.

15   BY MR. VERDE:

16   Q.   And at some point, you then signed that agreement,

17   correct?

18   A.   I did.

19   Q.   All right.  Thank you.

20              THE COURT:  Okay.  You may step down.

21         Ladies and gentlemen, I'm going to excuse you just for a

22   few seconds.  I have to talk with the attorneys, and then we'll

23   bring you back in.  So I'm going to ask you to wait out in the

24   hallway for about five minutes.

25              THE CLERK:  All rise.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1        (Outside the presence of the jury:)

2        THE COURT:  Okay.  The record will reflect that all

3   the jurors have left the courtroom.

4        You may have seats.

5        Counsel, the defense and the cross-complainant are out

6   of -- or the counter-claimant, are out of time now, and I don't

7   know if there's going to be any further evidence.

8           MS. HANNA:  No, not from us, Your Honor.

9           THE COURT:  You're going to rest, also?

10          MR. VERDE:  I'd like additional time, Your Honor.  I'd

11  like to call Mr. --

12          THE COURT:  Counsel, there's no way you're going to

13  get additional time after wasting over two hours yesterday on

14  irrelevant material.  The Court does not find good cause to

15  give you more time on it.  This case should have been -- your

16  side of the case should have been wrapped up at least two hours

17  ago.  So I'm not going to grant more time on it.  I've already

18  indicated to all of you, I've told you as you went along,

19  painstakingly tried to give you time limits as we went along so

20  everybody knew what the situation was.

21       So is there anything else?  Okay.  Both sides rest?

22          MS. HANNA:  Yes, Your Honor.

23          THE COURT:  Okay.  Okay.  In this matter, I'm going to

24  bring the jury in.  I'm going to excuse them probably until

25  1:00 o'clock, because I want to talk with the attorneys a
```

```
 1   little bit before we get into jury instructions.

 2        Okay.  Let's bring the jury in.

 3             MS. HANNA:  May we release our witnesses here that

 4   were here for --

 5             THE COURT:  You can release the witnesses.

 6             MR. VERDE:  Your Honor, can I just make a brief

 7   comment on the record?

 8             THE COURT:  Sure.

 9             MR. VERDE:  Just for the record.

10             THE COURT:  Go ahead.

11             MR. VERDE:  I understand the Court's ruling.  I just

12   want to put on the record that we had additional witnesses we'd

13   like to call.  Like Mr. Scott Palenik was outside --

14             THE COURT:  I understand, Counsel, and it's very

15   likely you could go on for the next ten hours calling

16   witnesses, but we've had time limits.  We've warned you going

17   along.  I've done everything I can to try to bring you into

18   line, and you've used your time.

19             MR. VERDE:  I understand, Your Honor.

20             THE COURT:  Okay.

21             MR. VERDE:  Thank you.

22             THE COURT:  And for the record, Counsel, I believe you

23   wanted -- I think there's four or five more witnesses that I

24   have on my list that you wanted to call.

25             MR. VERDE:  That's fine, Your Honor.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1          THE COURT:  Okay.

2          MR. VERDE:  Thank you very much.

3          THE COURT:  They didn't take a 15-minute break?

4          MS. HANNA:  They might have.

5          MS. HIGHTOWER:  No, she's got them.

6          THE CLERK:  All rise.

7      *(In the presence of the jury:)*

8          THE CLERK:  You may be seated.

9          THE COURT:  Okay.  Ladies and gentlemen, you

10  comfortable?

11         MULTIPLE JURORS:  Yes.

12         THE COURT:  Because I'm going to be excusing you

13  pretty soon.  The testimony, as far as the evidence is

14  concerned in this case, has been submitted to you.  We're

15  through with the testimony part stage of the case.  Now I've

16  gotta go talk with the attorneys, jury instructions, et cetera,

17  and that's going to take some time, so rather than hold you

18  here at this particular time, I'm going to have you come back

19  in -- just because I'd like to get it to you today.  So I'm

20  going to have you come back in at 1:00 o'clock, and at 1:00

21  o'clock we'll go right into argument, right into the

22  instructions, and we'll probably get it to you by 3:00 o'clock

23  at the latest, okay?

24     So remember the admonishment now, because you've heard all

25  the evidence, that you are not to discuss this case among

1    yourselves, with anybody else, or form or express any opinions

2    about the matter, particularly now since you've heard

3    everything, until you retire to the jury room and deliberate on

4    this case.

5         Any questions?  Okay, you'll be excused till 1:00 o'clock.

6    If you'd leave quietly, I want to talk with the attorneys a

7    little bit more.

8              THE CLERK:  All rise.

9         *(Outside the presence of the jury:)*

10             THE COURT:  Okay.  The record will reflect that the

11   jurors have left the courtroom.

12        You may have seats.

13        Just a couple of questions I want to ask as far as your

14   theories on the case go before I rule on what the instructions

15   are.

16        First of all, let me ask counsel on the counter-claim,

17   what exactly is your theory as far as what was covered by the

18   DNA?

19             MR. VERDE:  It would include the information as

20   provided by Ben Favret regarding the status of his work with

21   ASTM.  That's information that's not known to the public, and

22   that it was something that was -- and information related to

23   OSHA, and this was information that, the status of and where it

24   was in 2014, was something that was contemplated by the NDA to

25   be kept confidential and not to be used in any fashion.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              At the time --

 2              THE COURT:  Second -- I just want to make sure what

 3   the theory was.  I don't want argument as to why it is or not.

 4              MR. VERDE:  Thank you, Your Honor.

 5              THE COURT:  What is your theory as to how that

 6   information was used or disseminated?

 7              MR. VERDE:  It was used by SPI by them entering the

 8   ASTM process and basically mucking up the process, by

 9   sabotaging it after they learned that the progress of

10   Mr. Favret had stemmed to a point where it was going to

11   endanger their business.

12              THE COURT:  Okay.  And so what you're saying is, is --

13   and you answered my third one already.  You said it covered any

14   information that was received, that the information that was --

15   the trade secret or what was supposed to be kept confidential

16   was the status of his work with ASTM, and that was disclosed or

17   used or violated by them using that to try to muck up the

18   system with ASTM.

19              MR. VERDE:  That's correct.  Using the confidential

20   information in an inappropriate fashion, not for partnership

21   issues, which they were trying to string him along.

22              THE COURT:  Okay.  And that information was his status

23   of work with the ASTM?

24              MR. VERDE:  That's correct.  The status of the ASTM,

25   which also included how it's going to be picked up by OSHA.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Okay.  Okay.  There is also a
 2    counter-claim as to false ads, and the ad that is in question
 3    is?
 4              MR. VERDE:  It's the ad talking about ineffective
 5    immediately, Your Honor.  The bacteria is ineffective
 6    immediately.  In the Frequently Asked Questions in the
 7    advertisement of SPI.
 8              THE COURT:  Okay.  And the proof that that ad is
 9    fraudulent, that it's not working immediately, we had no
10    experts.  What did --
11              MR. VERDE:  There was no testing to that effect, that
12    it was a -- the only evidence there showed that it was -- that
13    the testing was 1 to 24 hours or 24 hours, when the testing
14    occurred, so they didn't have a reasonable basis to make the
15    statement that that was a true statement, that the bacteria was
16    ineffective immediately.
17              THE COURT:  Okay.  So there's no evidence that it was
18    a fraudulent statement.  The only evidence is that they had no
19    reasonableness to make that statement.
20              MR. VERDE:  No, the statement is that it is literally
21    false.
22              THE COURT:  Well, who testified that that was false?
23              MR. VERDE:  Well, that's -- the evidence would show
24    that --
25              THE COURT:  What evidence?  What evidence do they have
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    to show that that was a false statement?
 2              MR. VERDE:  Renata Ritcheson testified that it was
 3    from -- that the testing that was done was between 1 to 24
 4    hours or 24 hours, not immediately.  That was the issue.
 5              THE COURT:  Help me out on this.  What I want to know
 6    is what the ad was, and the ad was that it kills germs
 7    immediately.
 8              MS. HANNA:  No, Your Honor.
 9              MR. VERDE:  Renders --
10              MR. DARMSTADTER:  Your Honor, it says "renders
11    essentially immediately."
12              MS. HANNA:  Ineffect --
13              THE COURT:  "Renders essentially immediately."
14         And the only evidence you have is that they didn't test
15    for that.
16              MR. VERDE:  No.  And then Renata Ritcheson also
17    testified that you shouldn't -- that you don't -- that you
18    don't -- excuse me.  That the germs aren't stopped -- you're
19    not supposed to advertise for the germs to be stopped
20    immediately.
21              MS. HANNA:  There was --
22              MR. VERDE:  You know what, Your Honor, she did not
23    testify to that.  I apologize.  I'm going to withdraw that.
24    Sorry.
25              THE COURT:  Okay.  So what I was looking for was some
```

```
1    testimony --
2              MR. VERDE:  Oh, I'm sorry, Your Honor.
3              THE COURT:  -- that this doesn't immediately work.
4              MR. VERDE:  David Frattarelli, Your Honor, who
5    testified that the testing -- that they didn't kill the
6    bacteria immediately, that he testified that the testing was
7    between the period of 1 to 24 hours or 24 hours, that the --
8              THE COURT:  He said that was what the testing was.  He
9    didn't say they weren't killed immediately, he just said the
10   testing was after 24 hours.
11             MR. VERDE:  But there was no evidence, Your Honor, for
12   it to be killed immediately.
13             THE COURT:  That's correct, there's no evidence it was
14   killed immediately.  There's also no evidence that it wasn't
15   killed immediately.  That's what I'm getting.  I want to find
16   out why it was a false statement.
17             MR. VERDE:  Well, that's the problem, Your Honor, why
18   I requested additional time, because we had Skip Palenik that
19   was going to testify and talk about that.
20             THE COURT:  Oh, Counsel, you had so much time to put
21   that on if you wanted to.
22         Anything else?
23             MS. HANNA:  I was only going to comment that that's
24   the problem, that counsel kept saying -- first of all, we did
25   not make a kill claim.  We never said it killed immediately.
```

```
 1   The testimony from Mr. Frattarelli and from Renata Ritcheson is
 2   that it is effective on contact.
 3           THE COURT:  Okay.  Let me ask you one more question,
 4   and that was, what is the exhibit that has that ad in it?
 5           MS. HANNA:  Which evidence, Your Honor?
 6           THE COURT:  The ad that the cross- --
 7           MR. DARMSTADTER:  Your Honor, it's Exhibit 3-5.
 8           THE COURT:  3-5.  Okay.
 9       Okay.  Thank you, Counsel.  I'm going to go in, and I'll
10   meet with you about -- what's -- why don't you be available
11   anytime after 10:00 o'clock so we can talk about jury
12   instructions.
13           MR. VERDE:  Thank you, Your Honor.
14           MS. HANNA:  All right.  Thank you, Your Honor.
15           THE CLERK:  All rise.
16           THE COURT:  We'll be in recess.
17           THE CLERK:  Court is in recess.
18       (Recess held from 9:55 a.m. to 10:20 a.m.)
19       (Outside the presence of the jury:)
20           THE COURT:  Counsel, I asked the counter-claimant what
21   the theories were, and I did not ask the plaintiff.
22       What exactly is the ad that you're saying is false?
23           MS. HANNA:  We actually have 26 claims that we put
24   into evidence with respect to the false ads.
25           THE COURT:  Okay.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              MS. HANNA:  Transfer of pathogens, reduction of HAIs,

 2   99.99 percent reduction of bacteria in a hospital setting.

 3       I can go through --

 4              THE COURT:  No, no.

 5              MS. HANNA:  Okay.

 6              THE COURT:  But I do want the numbers of the ads

 7   itself so I can look at those ads.

 8              MS. HANNA:  Okay.

 9              THE COURT:  And your theory is that -- for instance,

10   on the 99 percent, kills 99 percent in a hospital environment.

11              MS. HANNA:  Is literally false, and --

12              THE COURT:  Well, I don't know, because is your theory

13   that it doesn't kill -- only kills some germs, or is your

14   theory that it only kills it on the coat?

15              MS. HANNA:  The evidence is that it's -- the only

16   scientific evidence is that it kills one type of bacteria on

17   the fabric.  And so the witnesses, including -- I'm sorry.

18              THE COURT:  But no, I guess what I'm -- the theory

19   that is trouble with the Court is where you said, well, it

20   only -- it said 99 percent in a hospital environment, but it's

21   really only on the coat.

22              MS. HANNA:  That's right.  And only one type of --

23              THE COURT:  Well, no, forget the second part.

24              MS. HANNA:  Okay.

25              THE COURT:  But that part, a jury can very easily
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   determine.  There's nothing false about that.  Everyone would

 2   assume that you only mean on the coat, that it doesn't mean on

 3   the floors or the walls or the hand, et cetera.  But the second

 4   one is the MRSA is what you're talking about, that it only

 5   kills some of the --

 6            MS. HANNA:  MRSA, right, M-R-S-A.

 7            THE COURT:  Okay.  I'd like a list of all those ads.

 8            MS. HANNA:  Yes, we have those for you, Your Honor.

 9            THE COURT:  Okay.  Thank you.

10            THE CLERK:  All rise.

11        Court is in recess.

12        (Recess held from 10:22 a.m to 11:11 a.m.)

13        (Outside the presence of the jury:)

14            THE COURT:  Okay.

15        MS. HIGHTOWER:  Your Honor, before we begin, may I

16   respectfully request, since we're going to be discussing issues

17   that are going to be coming before the jury, that anyone not

18   associated with the two attorney offices be excused from the

19   courtroom?

20            THE COURT:  So you want the audience excused?  Okay.

21            MS. HIGHTOWER:  Thank you.

22            THE COURT:  I'm going to ask everybody that's not

23   affiliated with the attorneys to step outside, please.

24        (Individuals exited the courtroom.)

25            THE COURT:  Counsel, is the courtroom cleared?  Both
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    sides agree?

2             MS. HIGHTOWER:  Yes.

3             MS. HANNA:  Yes, Your Honor.

4             MR. VERDE:  Yes, Your Honor.

5             THE COURT:  Okay.  Counsel, I've gone over the

6    evidence, I've gone over the claims, and I've gone over the

7    jury instructions, and I'll be giving you the jury

8    instructions.

9         As of now, the Court, in looking at all the evidence

10   that's come in, does not feel the evidence supports any of the

11   instructions on the counter-claims that are made.

12        And Counsel, I'll give you five minutes if you want to

13   argue that.

14        Seems to me that counter-claims are -- that none of the

15   instructions would be given because they have not been proven

16   up sufficient to go to a jury.

17            MR. VERDE:  Yes, Your Honor.

18        The evidence is clear that this should be going to the

19   jury.  It should be a jury question.  For instance, we provided

20   evidence that after the execution of -- after the execution of

21   the confidentiality agreement, that confidential information

22   was provided --

23            THE REPORTER:  I'm sorry, if you're going to go five

24   minutes, please go to the lectern.

25            THE COURT:  Okay.  Counsel, go ahead.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              MR. VERDE:  Your Honor, there's evidence that is

 2    sufficient to have it presented before the jury.  It's clear

 3    that the evidence, or that the plan, the strategy, was

 4    presented to Mr. Singer.  It was considered by Mr. Singer and

 5    his group.  There's at least information, e-mails, where they

 6    identify the strategy to be the best strategy that they have

 7    seen so far.  Okay.  It was a strategy that was discussed.

 8    Then there was a settlement.  Then there was a list of

 9    documents that they wanted Mr. Favret to provide to SPI, which

10    included market analysis and industry information.

11              THE COURT:  Okay.

12              MR. VERDE:  And that was part of the confidentiality

13    agreement.  And the market analysis and the industry

14    information is exactly what the ASTM information was for.  It

15    was the market analysis regarding Mr. Singer's plans at how he

16    wants to approach the market.  It was the industry information

17    regarding the medical garment industry.  It was then -- the

18    only individuals the testimony has shown that was present at

19    that ASTM were individuals for the medical garment industry.

20    That's Mr. Favret -- that's the only evidence that's there --

21    and SPI, the two competitors, where, we submit, that they

22    utilized the secret information against them, in violation of

23    the confidentiality agreement and in violation of their right

24    to have their trade secrets protected.

25              THE COURT:  That's also the evidence that would
```

```
 1   support any breach of contract; is that correct?
 2               MR. VERDE:  It is similar to the breach of contract.
 3   The trade secret and -- there's a separate statement for what a
 4   trade secret is, but there's still a contract claim associated
 5   with that, Your Honor, which I think should be going to the
 6   jury itself, because there --
 7               THE COURT:  Breach of contract is as to the disclosure
 8   agreement -- nondisclosure agreement.
 9               MR. VERDE:  It's not completely to that, Your Honor.
10               THE COURT:  Okay.
11               MR. VERDE:  It is the agreement between the parties in
12   which they would keep the confidential information without
13   using it and only use it for evaluation purposes.  And it's
14   very clear here that that information was not used for
15   evaluation purposes.  There is sufficient information to
16   suggest that there's a dispute, which the jury should be
17   resolving, as to the existence of the term of the contract
18   agreement.  There's some evidence here that would suggest that
19   it was for a two-year time frame, but that language also says
20   none of this is -- none of this would preclude -- or excuse me,
21   that the trade secrets itself would expand beyond the two-year
22   limitation.  Mr. Favret testified that that's not the -- that
23   there's -- that that's not the agreement, with the limiting
24   language, but he was looking for more expansive language.
25   That's an issue which the jury should be allowed to decide
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    regarding the contract issue and to determine whether this is

2    in fact a trade secret.

3         We provided the Court with significant amount of trade

4    secret case law in our briefing, what market analysis and

5    compilation of languages, which would qualify itself, a

6    compilation of ideas and thoughts, which would together on its

7    own be considered to be a trade secret, and we submit, Your

8    Honor, that what we have provided the Court is enough

9    information for the jury to consider that.  In particular,

10   you're looking at a market -- when they identified that there

11   was a best strategy, which was our market analysis information,

12   which they specifically sought, regarding information,

13   regarding the industry, under -- let me give you the exhibit,

14   Your Honor.

15        THE COURT:  Okay.  Now, I want you to also be able to

16   address the false advertising claim that you made.

17        MR. VERDE:  For example, what's admitted into

18   evidence, Your Honor, is under 578.2.  There's language where

19   there was industry information specifically sought by SPI, and

20   they asked for -- "please provide target market analysis."

21        Now, at the time, while they claim that this ASTM or

22   belonging to a committee, an ASTM committee, is not

23   confidential in nature, it's the nature of the information.  At

24   the time this agreement was entered into, Mr. Favret had just

25   joined.  It was just in its nascent beginnings.  It was only

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    after three years later, which we've shown in other exhibits,

2    which we've shown in other exhibit, where Mr. Favret reminds

3    them that, "Remember what I told you three years ago?  It's

4    about to happen now."  Okay?  "It's about to happen now."

5         And that, Your Honor -- Mr. Singer comes back and he goes,

6    "How certain are you?"

7         And he says, "Pretty certain."

8         Mr. Singer comes back, "Can you do it with Certainty?"

9         That's enough information, Your Honor, for the jury to

10   determine whether there was bad faith on the part of Mr. Singer

11   in entering into this agreement very early on, best -- when

12   they mention that it's best strategy.

13            THE COURT:  Okay.  As to the advertisement?

14            MR. VERDE:  As to the advertisement, Your Honor, there

15   is, in effect -- there is evidence that would indicate that

16   there was -- that the bacteria would be stopped, made

17   ineffective immediately.  The testimony of Renata Ritcheson

18   during cross-examination would indicate that they had no data

19   to support the claim of "ineffective immediately," at least

20   that goes to the -- for the jury to decide, that under the AATC

21   100, E3249, both testings being -- both testings which would

22   indicate 1 to 24 hours, or at least a 24-hour time frame, that

23   that's enough information for the jury to decide, for the jury

24   to decide, whether or not that, in itself, is either literally

25   false, or, at a more lower level, deceiving.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1            THE COURT:  Okay.

2       Counsel, do you want to be heard?

3            MS. HANNA:  Yes, Your Honor.

4            THE COURT:  Counsel, no more than five minutes.

5            MS. HANNA:  Yes.  Thank you, Your Honor.

6       The evidence has shown that, first of all, Vestagen has

7  been unable to articulate what their trade secret is.  We

8  continue to hear about this amorphous marketing strategy,

9  marketing plan, et cetera.

10       What the evidence has shown is that they have repeatedly,

11  since 2009, before they rolled out any product, were disclosing

12  to the public that they were coming out with a product that has

13  dual technology, who the technology patent holder was,

14  et cetera.

15       In addition, there's been no dispute here that Vestagen

16  sought out Strategic Partners as a potential investment

17  partner, and, prior to any discussion of a confidentiality

18  agreement, which, if one exists, did not exist until November

19  of 2011, had produced, prior to that date, all of their

20  marketing strategy, testing strategy.

21       To the extent that ASTM, being on an ASTM committee and

22  seeking to propagate standards is confidential -- it's

23  certainly not a trade secret, but to the extent that it's

24  confidential, again, that was disclosed before any

25  confidentiality agreement was executed by Mr. Favret,
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    regardless of which version you believe is the final version.
2    And therefore, there was nothing confidential or secret about
3    that.  He invited Strategic Partners to be on that committee in
4    2011, October of 2011.  They were on that committee.  Any
5    information that they obtained regarding that being on the
6    committee was not confidential.  It certainly was not a trade
7    secret.  And by the time they went on the trade committee, the
8    confidentiality agreement had expired.
9         So there has been no showing of any breach of contract and
10   no showing of a trade secret, much less a misappropriation,
11   disclosure, or use of any trade secret.
12        With respect to the false advertisement claim, the claim
13   is one specific sentence -- actually, part of a sentence --
14   that appears on the Frequently Asked Questions: "thus renders
15   the bacteria essentially ineffective immediately."  The
16   testimony is that it has a bacteriostatic effect upon contact.
17   The Silvadur immediately stops the bacteria from reproducing on
18   the fabric, and therefore prevents it from causing any odor or
19   fabric degradation, thus rendering it ineffective immediately.
20        Mr. Frattarelli, or Dr. Frattarelli, from Dow Chemicals,
21   discussed -- testified to the fact that Dow Chemicals approved
22   the exact language that was in the Frequently Asked Questions,
23   and, in fact, it was truthful.  And Dr. Mitchell, John
24   Mitchell, the microbiologist who testified, also testified
25   regarding the bacteriostatic effect and that it is rendered
```

1   ineffective immediately.

2        We have established that it is literally truthful.

3   Vestagen has not put on any consumer survey testimony to

4   attempt to even establish consumer confusion.  And so,

5   therefore, we agree with the Court that it does not appear that

6   they've met their burden on those elements.

7             THE COURT:  Okay.  The counter-claims are going to be

8   dismissed at this time.  The Court finds that the evidence

9   presented in the trial does not support the counter-claims on

10  it, and therefore, instructions will not be given as to the

11  counter-claim.

12       As to the claims itself, the instructions that are going

13  to be given are as follows:

14       First of all, it will be -- and if you have your joint

15  instruction, we'll go off that.  21 will be given.  Excuse me.

16  22 will be given.  22 will be given, 23 will be given, 28 will

17  be given, 29 will be given, 30 will be given, 33 -- I guess

18  these are page numbers I'm talking about, not numbers, so let

19  me -- do you want me to go back on -- I'll go by numbers of the

20  instructions or page numbers?

21            MS. HANNA:  The instruction numbers, please,

22  Your Honor.

23            THE COURT:  Instruction numbers?

24       Counsel, you with me on that, also?

25            MS. HIGHTOWER:  Yes, sir.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE COURT:  Okay.  23 will be given, instruction --
 2   excuse me.  Yeah, Instruction 23 will be given.  Instruction --
 3   I can't do it that way, because I don't have -- I don't have
 4   the instructions.
 5          MS. HIGHTOWER:  It's all right.  Go by page.
 6          MS. HANNA:  Then we'll go by page number.  Whatever's
 7   convenient for the Court.
 8          THE COURT:  Well, I'm going off of the -- I'm going
 9   off the list that you've made in the beginning of the case, or
10   excuse me, in the beginning of the instruction.  So let me go
11   by page number again.
12       Page 22 will be given.  The instruction on page 24 will be
13   given.  The instruction on page 28 will be given.  The
14   instruction on page 29 and 30 will be given.  The instructions
15   on 33, 34, 35 -- excuse me, 33, 34, 36 and 37 and 38 will be
16   given.  Those are the concluding instructions.
17       There's one I did not check.  Let me just check that for
18   you.
19       Okay.  The one on 39 will not be given.  Number 40 will be
20   given.  Number 1 on page 41 will be given.  Page 42, page 44,
21   page 46, page 47, page 48 and page 49 will be given.  The one
22   on 50 will be given, and the one on 53 will be given.
23       Now, some of those are going to be modified, because it
24   goes towards both sides, and the only part that will be given
25   is when it pertains to the claims that the plaintiff has made.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    And that's it.  I don't think there's any other instructions.

 2        Yes.

 3            MR. DARMSTADTER:  Just a point of clarification.

 4            THE COURT:  Oh, yes, let me talk to you about one

 5    other thing.  You had some special instructions on the 11 -- or

 6    17200 and 172- -- those are equitable, and that's what the

 7    defense objected to them.  They say they're equitable claims.

 8    The Court will not submit that to the jury.

 9            MR. DARMSTADTER:  Thank you, Your Honor.

10            MS. HANNA:  Thank you, Your Honor.

11            MR. VERDE:  Your Honor, briefly may I address the

12    Court?

13            THE COURT:  Yes.

14            MR. VERDE:  May I request the Court to render a

15    written decision regarding the dismissal of the counter-claim?

16            THE COURT:  You can request anything you want,

17    Counsel, but you do it in writing, and I may or may not.

18            MR. VERDE:  All right.

19            THE COURT:  Okay?

20            MR. VERDE:  Thank you, Your Honor.

21            THE CLERK:  All rise.

22        Court is in recess until 1:00 o'clock.

23        (Lunch recess commenced at 11:29 a.m.)

24        (Afternoon proceedings under separate cover.)

25                            --o0o--
```

```
 1                            CERTIFICATE

 2

 3        I hereby certify that pursuant to Section 753,

 4   Title 28, United States Code, the foregoing is a true and

 5   correct transcript of the stenographically reported proceedings

 6   held in the above-entitled matter and that the transcript page

 7   format is in conformance with the regulations of the

 8   Judicial Conference of the United States.

 9

10   Date:  SEPTEMBER 23, 2017

11

12

13

14            /S/ SANDRA MACNEIL
                _____

15            Sandra MacNeil, CSR No. 9013

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**$**

**$20 [1]**  686/6
**$25 [1]**  686/7
**$30 [1]**  686/7
**$300 [1]**  684/22
**$330 [1]**  685/2
**$40 [1]**  686/9

**'**

**'11 [2]**  661/4 709/19

**-**

**--oOo [1]**  736/25

**/**

**/s [1]**  737/14

**0**

**005141 [1]**  710/25

**1**

**10 [5]**  674/14 675/7 684/12
 693/4 695/22
**100 [1]**  731/21
**1000 [1]**  655/5
**10:00 [1]**  724/11
**10:20 [1]**  724/18
**10:22 [1]**  726/12
**10th [1]**  696/23
**11 [1]**  736/5
**11:11 [1]**  726/12
**11:29 [1]**  736/23
**12th [1]**  709/19
**141 [1]**  711/12
**142 [1]**  711/12
**15 [2]**  684/12 684/15
**15-minute [1]**  718/3
**1500 [1]**  655/17
**152 [1]**  655/13
**16 [2]**  691/23 707/20
**16-5900-RGK [1]**  654/7
**16.2 [1]**  673/21
**16th [5]**  696/20 706/23
 708/23 708/25 709/11
**172 [1]**  736/6
**17200 [1]**  736/6
**17901 [1]**  655/5
**17th [1]**  709/14
**1:00 [5]**  716/25 718/20
 718/20 719/5 736/22

**2**

**20 [1]**  684/15
**200 [1]**  655/8
**2009 [1]**  732/11
**2011 [15]**  691/23 693/4
 693/9 693/16 693/25 705/18
 706/4 706/23 707/20 709/20
 710/7 710/13 732/19 733/4
 733/4
**2012 [1]**  709/19
**2013 [1]**  696/20
**2014 [10]**  672/24 673/1
 674/14 675/7 675/10 675/14
 678/20 695/22 696/23
 719/24
**2015 [1]**  685/9
**2016 [5]**  654/18 685/6
 685/11 685/13 689/15
**2017 [3]**  654/18 657/1
 737/10
**21 [1]**  734/15

**213.894.5949 [1]**  654/25
**22 [1]**  736/18 736/24
 734/16 736/12
**22nd [2]**  709/18 709/20
**23 [4]**  734/16 735/1 735/2
 737/10
**23rd [1]**  710/7
**24 [9]**  721/13 721/13 722/3
 722/4 723/7 723/7 723/10
 731/22 735/12
**24-hour [1]**  731/22
**24th [1]**  693/16
**25 [2]**  678/16 678/18
**255 [1]**  654/24
**26 [1]**  724/23
**27 [2]**  693/18 710/13
**27th [1]**  692/1
**28 [3]**  734/16 735/13 737/4
**29 [2]**  734/17 735/14
**2900 [1]**  655/8
**2:55 p.m [1]**  675/8

**3**

**3-5 [2]**  694/9 724/8
**30 [2]**  734/17 735/14
**312.638.5671 [1]**  655/9
**33 [4]**  693/8 734/17 735/15
 735/15
**34 [2]**  735/15 735/15
**35 [1]**  735/15
**36 [1]**  735/15
**37 [1]**  735/15
**38 [1]**  735/15
**39 [1]**  735/19
**3:00 [1]**  718/22

**4**

**40 [1]**  735/19
**40 percent [1]**  684/18
**408.286.0880 [1]**  655/14
**41 [1]**  735/20
**42 [1]**  735/20
**44 [1]**  735/20
**46 [1]**  735/21
**47 [1]**  735/21
**48 [1]**  735/21
**49 [1]**  735/21
**4:52 [1]**  674/19
**4:52 a.m [1]**  674/14
**4th [1]**  693/25

**5**

**50 [1]**  735/22
**5143 [1]**  711/15
**52 [1]**  658/16
**520 [5]**  683/4 683/5 685/14
 685/17 685/18
**520.5 [8]**  656/18 683/13
 683/14 683/25 684/2 685/19
 685/20 685/21
**53 [1]**  735/22
**544-1 [1]**  693/8
**544-33 [1]**  693/8
**545 [1]**  693/2
**548 [1]**  693/15
**548-2 [1]**  693/18
**548-27 [1]**  693/18
**551 [9]**  656/19 665/3 665/3
 665/4 665/5 665/25 666/5
 666/12 666/14
**553 [1]**  693/23
**57 [1]**  712/19
**572 [4]**  699/3 699/4 702/5

**706/20**

**572.635 [1]**  702/7 702/9
**573 [3]**  707/22 713/8 713/9
**573.1 [1]**  714/11
**573.3 [2]**  713/19 713/19
**574 [2]**  708/19 708/19
**574-2 [3]**  708/20 709/6
 709/7
**576 [1]**  710/1
**577 [12]**  661/17 661/18
 690/18 696/1 696/3 700/8
 700/9 700/10 700/18 702/5
 710/1 715/4
**577-3 [2]**  691/20 710/19
**577-5 [1]**  696/4
**577-6 [3]**  691/21 710/19
 712/11
**577.1 [1]**  715/3
**578 [3]**  656/20 661/21
 662/10
**578.1 [3]**  660/24 661/13
 662/12
**578.2 [2]**  661/22 730/18

**6**

**60606 [1]**  655/8
**618 [7]**  656/21 674/8 674/9
 674/11 695/16 695/21
 696/22
**618.1 [2]**  673/19 673/21
**618.2 [1]**  674/13
**630 [3]**  679/12 679/17
 681/7
**631 [3]**  679/17 679/17
 679/18
**631.1 [3]**  681/7 681/13
 681/14
**654 [1]**  654/17
**660 [1]**  656/5
**662 [1]**  656/20
**666 [1]**  656/19
**669 [2]**  682/14 682/15
**674 [1]**  656/21
**685 [1]**  656/18
**690 [1]**  656/6
**695 [1]**  655/16
**698 [1]**  656/7

**7**

**700 [1]**  655/13
**701 [1]**  656/9
**706 [1]**  656/10
**713 [1]**  656/11
**714.557.7990 [1]**  655/6
**714.800.7900 [1]**  655/18
**737 [1]**  654/17
**753 [1]**  737/3

**8**

**8:22 [2]**  654/19 657/2
**8:24 [1]**  659/8
**8:33 [1]**  659/8

**9**

**90012 [1]**  654/24
**9013 [2]**  654/23 737/15
**92 [1]**  658/16
**92614 [1]**  655/5
**92626 [1]**  655/17
**95112 [1]**  655/13
**99 percent [3]**  725/10
 725/10 725/20
**99.9 [1]**  694/11
**99.99 [1]**  725/2

**9** [1]
**99.999 percent** [1]   694/12
**9:55** [1]   724/18

**A**

**a.m** [10]   654/19 657/2
659/8 659/8 674/14 724/18
724/18 726/12 726/12
736/23
**AATC** [1]   731/20
**able** [3]   694/10 706/25
730/15
**about** [49]   658/9 660/11
665/2 667/13 671/24 671/25
672/1 673/3 674/15 677/2
677/7 677/10 677/15 678/13
678/16 678/18 679/1 679/6
680/16 681/3 681/16 682/11
683/24 684/22 686/6 687/17
687/19 687/23 689/14
690/12 695/22 697/4 698/25
709/10 709/22 715/24 719/2
721/4 723/19 724/10 724/11
726/1 726/4 731/4 731/4
732/8 733/2 734/18 736/4
**above** [2]   674/21 737/6
**above-entitled** [1]   737/6
**Absolutely** [2]   672/11
676/19
**accept** [1]   703/5
**accepted** [5]   693/1 703/3
703/3 704/2 704/19
**accepting** [3]   691/12
708/17 715/8
**According** [1]   672/19
**acquisitions** [1]   668/21
**act** [1]   669/17
**action** [1]   668/24
**active** [1]   694/21
**activity** [3]   678/8 678/12
694/11
**actual** [1]   688/5
**actually** [8]   676/13 687/8
688/6 691/14 695/11 710/18
724/23 733/13
**ad** [8]   721/2 721/4 721/8
722/6 722/6 724/4 724/6
724/22
**add** [1]   658/23
**added** [1]   672/12
**addition** [1]   732/15
**additional** [11]   684/3
684/9 684/12 684/15 691/16
710/11 714/22 716/10
716/13 717/12 723/18
**address** [2]   730/16 736/11
**Admission** [1]   666/9
**admitted** [5]   690/17 693/7
693/23 695/17 730/17
**admonishment** [1]   718/24
**adoption** [3]   680/16 681/3
681/16
**ads** [5]   721/2 724/24 725/6
725/7 726/7
**advertise** [1]   722/19
**advertisement** [6]   697/22
697/25 721/7 731/13 731/14
733/12
**advertising** [3]   668/22
668/23 730/16
**advising** [1]   709/14

**affiliated** [1]   726/23
**after** [14]   665/6 670/24
678/21 679/5 682/9 696/23
704/1 704/18 704/21 706/6
706/8 716/13 720/9 723/10
724/11 727/20 727/20 731/1
**Afternoon** [1]   736/24
**again** [7]   673/18 689/2
692/4 697/2 710/9 732/24
735/11
**against** [1]   728/22
**agenda** [1]   693/3
**ago** [3]   674/16 716/17
731/3
**agree** [3]   667/12 727/1
734/5
**agreed** [4]   700/1 703/8
703/25 708/7
**agreeing** [1]   699/25
**agreement** [94]
**agreements** [6]   698/8
698/23 699/16 701/22
701/25 702/24
**ahead** [4]   661/19 682/6
717/10 727/25
**all** [40]   658/1 658/19
659/6 659/10 662/1 663/2
663/16 687/7 688/11 693/12
694/15 697/1 702/24 706/23
707/6 707/12 708/19 709/25
712/24 712/25 715/19
715/25 716/2 716/18 718/6
718/24 719/8 719/16 723/24
724/14 724/15 726/7 726/10
727/9 732/6 732/19 734/14
735/5 736/18 736/21
**allow** [2]   657/10 658/11
**allowed** [1]   729/25
**almost** [1]   706/5
**along** [4]   716/18 716/19
717/17 720/21
**already** [8]   658/6 681/25
684/18 693/1 705/18 705/22
716/17 720/13
**also** [21]   655/20 658/14
667/25 668/23 671/4 683/24
693/7 693/17 698/18 708/3
708/9 716/9 720/25 721/1
722/16 723/14 728/25
729/19 730/15 733/24
734/24
**always** [2]   667/18 670/16
**am** [2]   658/4 694/22
**among** [1]   718/25
**amorphous** [1]   732/8
**amount** [1]   730/3
**analysis** [9]   663/13 666/8
707/24 728/10 728/13
728/15 730/4 730/11 730/20
**ANGELES** [3]   654/20 654/24
657/1
**anniversary** [2]   696/8
714/2
**announced** [2]   678/11
678/14
**announcement** [4]   675/10
682/9 682/11 682/15
**another** [5]   659/12 669/13
670/24 672/3 698/16
**answer** [3]   680/21 688/24
690/2
**answer's** [1]   688/12 688/15

**answered** [3]   689/21 713/15
730/6
**antibacterial** [3]   678/6
678/8 678/12
**antimicrobial** [9]   671/24
672/2 683/9 683/9 686/6
689/23 694/10 694/25 697/6
**any** [28]   658/20 658/22
661/1 686/19 688/9 688/20
694/2 694/15 695/5 696/11
696/18 706/4 716/7 719/1
719/5 719/25 720/13 727/10
729/1 732/11 732/17 732/24
733/4 733/9 733/11 733/18
734/3 736/1
**anybody** [1]   719/1
**anyone** [1]   726/17
**anything** [4]   701/9 716/21
723/22 736/16
**anytime** [1]   724/11
**apologize** [1]   722/23
**apparel** [3]   670/20 671/25
672/1
**appear** [1]   734/5
**APPEARANCES** [1]   655/1
**appears** [2]   712/10 733/14
**apply** [1]   670/20
**approach** [2]   670/3 728/16
**approaching** [1]   670/17
**approved** [3]   704/19 704/22
733/21
**ARBUTHNOT** [1]   655/12
**are** [33]   657/7 658/15
659/11 661/14 667/8 685/17
689/12 689/14 689/23
689/23 689/24 694/21 697/5
697/11 698/7 702/20 703/3
709/5 716/5 716/6 718/25
719/15 726/17 727/11
727/14 731/6 734/7 734/12
734/13 734/18 735/16
735/23 736/6
**aren't** [1]   722/18
**argue** [1]   727/13
**argument** [2]   718/21 720/3
685/2
**around** [3]   675/8 684/22
685/2
**articulate** [1]   732/7
**as** [53]   660/6 661/1 665/16
666/19 667/10 672/19 682/3
688/5 688/5 688/18 691/20
692/12 692/15 693/2 693/8
693/18 693/19 696/1 696/5
696/12 696/13 696/18 699/9
701/14 701/19 704/12 705/5
706/19 707/13 710/19
711/15 711/19 716/18
716/19 718/13 718/13
719/13 719/13 719/17
719/17 719/19 720/3 720/5
721/2 727/9 727/9 729/17
731/13 731/14 732/16
734/10 734/12 734/13
**aside** [1]   697/9
**ask** [15]   657/19 676/1
689/2 690/17 696/3 707/6
708/20 711/21 712/10
715/23 719/13 719/16 724/3
724/21 726/22
**asked** [17]   660/25 671/1
673/13 678/2 689/19 690/12
695/16 695/22 697/4 706/20

## A

asked... [7]   710/2 713/15
721/6 724/20 730/20 733/14
733/22
asking [1]   659/1
asserted [1]   700/22
associated [2]   726/18
729/4
assume [2]   710/17 726/2
assumes [2]   710/21 711/8
assuming [1]   661/23
ASTM [27]   671/17 671/20
672/5 672/6 673/2 674/16
677/20 678/22 679/5 679/5
681/5 681/18 694/22 695/23
705/19 719/21 720/8 720/16
720/18 720/23 720/24
728/14 728/19 730/21
730/22 732/21 732/21
ASTM's [1]   680/18
at [98]
attached [6]   691/20 693/18
707/21 710/3 710/18 711/19
attaching [1]   708/22
attachment [3]   679/16
681/7 708/13
attachments [1]   679/18
attempt [1]   734/4
attention [1]   692/5
attire [1]   678/7
attorney [6]   655/4 655/7
655/12 655/15 655/16
726/18
attorneys [1]   713/23
715/22 716/25 718/16 719/6
726/23
audience [1]   726/20
available [3]   692/14
692/17 724/10
AVENUE [1]   655/5
average [1]   686/6
aware [3]   689/22 697/6
698/14

## B

back [20]   659/20 678/1
688/1 691/17 696/3 701/4
702/22 703/24 704/1 707/20
708/5 708/11 709/22 710/14
715/23 718/18 718/20 731/5
731/8 734/19
bacteria [8]   721/5 721/15
723/6 725/2 725/16 731/16
733/15 733/17
bacteriostatic [2]   733/16
733/25
bad [1]   731/10
barrier [6]   678/7 678/8
678/13 683/10 689/24 697/7
based [3]   657/12 670/8
686/7
basically [1]   720/8
basis [4]   692/18 693/21
695/5 721/14
Bates [3]   710/24 711/11
711/14
be [91]
beating [3]   680/17 681/4
681/17
because [14]   685/24 687/23
687/25 711/24 716/25

718/12 718/19 718/24
733/18 735/12 737/15 739/6
735/3 737/24
because is [1]   725/12
becomes [1]   692/14
been [29]   657/9 657/13
660/5 661/9 665/10 673/2
684/25 685/13 690/17 691/1
693/15 693/23 694/23
698/15 699/13 699/19
700/13 701/18 707/13
710/19 714/8 714/20 716/15
716/16 718/14 727/15 732/7
732/15 733/9
before [11]   681/25 690/21
693/12 694/15 717/1 719/14
726/15 726/17 728/2 732/11
732/24
begin [1]   726/15
beginning [2]   735/9 735/10
beginnings [1]   730/25
behalf [2]   691/12 704/2
behind [1]   711/13
being [8]   677/20 694/15
695/4 695/13 700/22 731/21
732/21 733/5
believe [15]   657/22 661/3
665/21 686/4 687/24 695/17
699/12 699/12 702/18
711/23 712/6 712/15 712/18
717/22 733/1
belonging [1]   730/22
below [3]   669/8 669/10
692/12
BEN [38]   655/22 660/9
662/13 663/16 663/19
663/21 665/22 666/1 666/2
667/12 670/2 670/17 671/4
671/14 671/18 672/3 672/19
672/25 673/9 673/13 673/14
674/1 674/14 674/22 675/1
677/2 678/21 678/22 679/6
679/9 680/3 686/13 686/23
687/15 698/13 698/17 698/8
719/20
BENJAMIN [2]   656/8 701/17
best [6]   663/21 666/20
728/6 730/11 731/11 731/12
between [10]   660/17 674/1
690/14 701/23 702/3 702/10
705/7 722/3 723/7 729/11
between the [1]   701/23
beyond [1]   729/21
big [1]   675/15
binding [1]   712/14
bit [3]   680/1 717/1 719/7
boardy [3]   687/21 688/9
688/17
book [2]   673/20 683/5
boss [1]   669/13
both [14]   694/22 694/24
702/24 708/7 708/10 708/16
708/22 712/20 713/2 716/21
726/25 731/21 731/21
735/24
bottom [3]   696/4 707/12
710/24
box [1]   659/12
branding [2]   693/5 693/10
breach [4]   729/1 729/2
729/7 733/9
break [1]   718/3

breaking [1]   658/10
breathability [2]   678/6
678/6
Brian [1]   707/23
brief [1]   717/6
briefing [1]   730/4
briefly [4]   692/25 695/9
698/4 736/11
bring [4]   715/23 716/24
717/2 717/17
brought [1]   686/23
burden [1]   734/6
business [2]   670/19 720/11
but [39]   658/24 658/24
659/19 660/25 667/5 667/9
668/19 669/13 669/21
670/14 672/22 674/20
675/17 676/9 676/21 684/1
684/24 686/1 686/16 687/7
687/8 687/19 691/8 691/14
698/18 702/2 708/17 717/16
723/11 725/6 725/18 725/20
725/25 726/3 729/4 729/19
729/24 732/23 736/17

## C

CA [2]   654/24 709/1
CALIFORNIA [6]   654/2
654/20 655/5 655/13 655/17
657/1
call [7]   658/12 659/17
701/6 709/3 716/11 717/13
717/24
calling [2]   659/18 717/15
calls [1]   677/11
came [1]   708/6
can [27]   658/17 658/20
658/22 659/2 659/21 664/18
668/16 668/17 675/3 675/6
683/14 696/3 705/4 706/18
706/23 706/24 708/13 709/3
717/5 717/6 717/17 724/11
725/3 725/7 725/25 731/8
736/16
can't [1]   735/3
cancel [3]   676/9 676/11
676/13
capabilities [1]   694/24
capital [6]   675/17 675/21
675/22 676/2 676/5 676/13
capitalize [2]   676/22
676/23
career [1]   697/15
case [12]   654/7 675/20
711/5 716/15 716/16 718/14
718/15 718/25 719/4 719/14
730/4 735/9
catch [2]   673/9 674/22
category [1]   678/6
cause [1]   716/14
causing [1]   733/18
cc'd [1]   715/8
CENTER [1]   655/16
CENTRAL [1]   654/1
CEO [1]   680/3
certain [5]   673/14 675/1
713/23 731/6 731/7
certainly [2]   732/23 733/6
Certainty [31]   675/3 675/7
675/10 675/11 675/11
675/17 676/4 676/4 676/4
676/12 676/21 677/2 678/12
682/8 682/8 682/10 682/10

**C**

**Certainty...** [14]  682/11
 682/12 682/24 682/24
 683/22 683/22 685/4 685/4
 685/8 685/8 689/10 689/20
 697/5 731/8
**CERTIFICATE** [1]  737/1
**certify** [1]  737/3
**cetera** [7]  666/8 693/10
 694/12 718/16 726/3 732/9
 732/14
**chain** [4]  669/5 669/21
 708/20 708/21
**chance** [2]  704/25 705/3
**change** [9]  670/4 670/7
 670/24 671/5 671/7 671/14
 672/14 687/7 687/20
**changes** [9]  703/8 703/24
 703/24 707/23 709/2 709/10
 709/15 709/23 714/8
**check** [2]  735/17 735/17
**Chemicals** [2]  733/20
 733/21
**CHICAGO** [1]  655/8
**choice** [1]  687/25
**claim** [11]  719/16 721/2
 723/25 729/4 730/16 730/21
 731/19 733/12 733/12
 734/11 736/15
**claimant** [5]  654/10 655/10
 656/3 716/6 724/20
**claims** [10]  694/10 724/23
 727/6 727/11 727/14 734/7
 734/9 734/12 735/25 736/7
**clarification** [1]  736/3
**clause** [1]  696/1
**clean** [2]  708/9 708/23
**clean-copied** [1]  708/23
**clear** [3]  727/18 728/2
 729/14
**cleared** [1]  726/25
**clink** [1]  676/22
**close** [5]  667/7 677/20
 684/21 684/25 685/1
**closing** [2]  658/20 658/23
**coat** [3]  725/14 725/21
 726/2
**coats** [1]  666/24
**Code** [1]  737/4
**come** [6]  657/11 687/25
 702/25 718/18 718/20
 727/10
**comes** [2]  731/5 731/8
**comfort** [2]  678/7 687/22
**comfortable** [1]  718/10
**coming** [4]  670/18 674/15
 726/17 732/12
**command** [2]  669/5 669/21
**command is** [1]  669/5
**commenced** [1]  736/23
**comment** [2]  717/7 723/23
**comments** [5]  691/16 709/1
 709/10 710/11 714/22
**committee** [1]  657/11
 705/18 730/22 730/22
 732/21 733/3 733/4 733/6
 733/7
**committees** [1]  694/22
**communications** [1]  714/20
**companies** [1]  667/8 667/9
**company** [2]  665/8 683/10

**company's** [1]  682/25
**comparison** [1]  708/17
**competitor** [1]  689/10
 689/20 697/21 697/24
**competitors** [9]  677/6
 677/10 697/4 697/5 697/9
 697/10 697/11 697/17
 728/21
**compilation** [2]  730/5
 730/6
**complainant** [1]  716/5
**completed** [1]  714/5
**completely** [2]  677/14
 729/9
**concept** [1]  661/1
**concerned** [5]  658/9 680/16
 681/3 681/16 718/14
**concerning** [1]  666/1
**concerns** [1]  687/23
**concluding** [1]  735/16
**Conference** [1]  737/8
**confidence** [1]  696/10
**confidential** [12]  660/18
 696/19 719/25 720/15
 720/19 727/21 729/12
 730/23 732/22 732/24 733/2
 733/6
**confidentiality** [27]
 690/13 691/13 692/3 693/12
 694/2 694/15 695/6 695/25
 696/24 698/8 698/18 701/25
 702/3 706/8 706/19 709/1
 709/16 709/23 711/14
 711/19 712/14 727/21
 728/12 728/23 732/17
 732/25 733/8
**confirmed** [1]  695/18
**confirms** [1]  691/11
**conformance** [1]  737/7
**confused** [1]  680/22
**confusing** [1]  699/15
**confusion** [3]  658/7 658/9
 734/4
**connect** [1]  709/15
**consider** [6]  680/17 681/4
 681/17 683/1 685/11 730/9
**considered** [3]  657/12
 728/4 730/7
**considering** [1]  686/25
**constantly** [1]  677/14
**consumer** [2]  734/3 734/4
**consummating** [1]  664/18
**contact** [2]  724/2 733/16
**containing** [1]  713/13
**contains** [1]  707/3
**contemplated** [1]  719/24
**continue** [1]  732/8
**continues** [1]  696/12
**contract** [8]  663/8 729/1
 729/2 729/4 729/7 729/17
 730/1 733/9
**contracts** [1]  702/23
**convenient** [1]  735/7
**convention** [1]  675/15
**copied** [2]  691/9 708/23
**copy** [7]  700/11 707/21
 708/3 708/14 708/22 710/12
 713/13
**correct** [152]
**COSTA** [1]  655/17
**costs** [2]  686/3 686/9
**could** [10]  664/22 669/16

 670/8 670/24 672/7 680/25
 688/20 690/10 708/19
 717/15
**counsel** [44]  655/1 657/8
 657/16 658/3 658/11 658/17
 659/15 661/19 661/23 674/7
 682/6 695/16 695/22 696/22
 697/4 700/3 700/24 701/15
 702/22 703/10 703/15 705/5
 706/20 707/23 708/6 711/20
 713/6 716/5 716/12 717/14
 717/22 719/16 723/20
 723/24 724/9 724/20 726/25
 727/5 727/12 727/25 732/2
 732/4 734/24 736/17
**count** [1]  663/6
**counter** [15]  654/10 654/13
 655/3 655/10 656/3 716/6
 719/16 721/2 724/20 727/11
 727/14 734/7 734/9 734/11
 736/15
**counter-claim** [4]  719/16
 721/2 734/11 736/15
**counter-claimant** [4]
 654/10 656/3 716/6 724/20
**counter-claims** [4]  727/11
 727/14 734/7 734/9
**COUNTER-DEFENDANT** [1]
 654/13
**couple** [1]  719/13
**court** [24]  654/1 654/23
 657/6 657/9 657/12 657/18
 659/7 666/25 667/4 667/10
 716/14 724/17 725/19
 726/11 727/9 730/3 730/8
 734/5 734/8 735/7 736/8
 736/12 736/14 736/22
**Court's** [1]  717/11
**courtroom** [6]  657/7 716/3
 719/11 726/19 726/24
 726/25
**cover** [1]  736/24
**covered** [2]  719/17 720/13
**covers** [1]  692/6
**crazy** [1]  687/17
**creates** [1]  678/5
**cross** [9]  656/6 656/10
 690/4 690/6 705/3 706/16
 716/5 724/6 731/18
**cross-complainant** [1]
 716/5
**cross-examination** [4]
 656/6 656/10 690/6 731/18
**crossed** [1]  713/23
**CRR** [1]  654/23
**CSR** [2]  654/23 737/15
**customers** [1]  697/17
**CV** [1]  654/7

**D**

**DARMSTADTER** [1]  655/7
**data** [1]  731/18
**date** [6]  661/2 661/24
 696/8 707/20 714/3 732/19
 737/10
**dated** [6]  691/23 693/25
 695/21 696/23 706/22 710/7
**David** [1]  723/4
**day** [5]  654/17 673/17
 688/11 708/24 709/14
**DEAKINS** [1]  655/15
**deal** [2]  664/18 687/9

**D**

deceiving [1]   731/25
decide [4]   729/25 731/20 731/23 731/24
decision [1]   736/15
decontamination [1]   694/21
DEFENDANT [4]   654/9 654/13 655/3 655/10
DEFENDANT/COUNTER-CLAIMANT 655/10
defense [2]   716/5 736/7
defined [1]   692/12
degradation [1]   733/19
deliberate [1]   719/3
demonstration [1]   686/14
denied [1]   657/14
deposition [2]   671/1 689/13
describe [1]   667/10
describing [1]   689/7
desperate [5]   664/10 664/13 664/16 664/22 667/21
desperation [2]   664/18 664/23
determine [3]   726/1 730/1 731/10
developed [2]   694/22 706/6
devices [1]   670/19
did [42]   660/10 665/14 667/3 667/16 668/11 670/17 671/3 672/10 673/12 674/25 675/19 676/20 677/23 678/1 681/10 684/1 685/11 686/19 686/21 689/4 689/8 696/2 696/18 696/23 698/18 699/25 703/5 703/18 704/17 705/21 706/4 708/2 708/8 711/24 715/10 715/18 721/10 722/22 723/24 724/21 732/18 735/17
didn't [22]   667/15 668/10 670/11 673/11 676/16 676/16 677/2 677/4 685/23 685/25 686/9 687/14 687/15 700/1 700/8 709/5 712/15 718/3 721/14 722/14 723/5 723/9
difference [1]   692/1
different [7]   670/18 670/21 670/23 677/14 683/5 701/22 701/25
direct [5]   656/5 656/9 660/7 697/11 701/20
directed [2]   669/2 703/25
direction [1]   669/3 669/15
directly [1]   665/13
director [2]   665/9 668/20
disclosed [2]   720/16 732/24
disclosing [1]   732/11
disclosure [5]   692/15 692/18 712/25 729/7 733/11
discuss [3]   709/3 709/15 718/25
discussed [5]   660/9 693/4 712/2 728/7 733/21
discusses [1]   666/2
discussing [2]   663/19 726/16
discussion [2]   709/18

732/17
Discussion [1]   709/23
dismissal [1]   736/15
dismissed [1]   734/8
display [1]   661/14
dispute [2]   729/16 732/15
disseminated [1]   720/6
DISTRICT [4]   654/1 654/2 654/3 654/23
DIVISION [1]   654/2
DNA [1]   719/18
do [64]   660/25 667/2 668/2 668/3 668/21 669/17 673/10 673/15 673/21 673/23 674/20 674/22 676/15 676/23 677/7 677/9 677/10 677/15 678/10 681/8 683/18 690/24 691/2 691/21 692/10 692/20 693/25 694/13 694/14 695/2 695/23 695/25 696/16 697/10 698/23 699/7 700/24 706/20 706/21 707/4 707/5 707/8 707/18 708/8 708/12 708/15 708/15 708/24 709/4 709/9 709/16 709/22 710/3 710/5 710/19 711/16 721/25 725/6 731/8 732/2 734/19 735/3 736/16
doc [1]   714/5
document [25]   673/16 673/18 674/4 679/10 679/12 679/15 682/18 683/6 683/8 683/12 683/18 683/19 691/17 691/20 699/6 703/9 710/9 710/12 710/14 710/16 710/18 711/1 711/4 711/13 712/3
documents [5]   677/10 708/17 712/24 713/16 728/9
does [12]   657/21 676/6 692/13 702/8 708/1 710/24 711/18 712/4 716/14 727/10 734/5 734/9
doesn't [4]   668/20 723/3 725/13 726/2
dog [1]   671/23
doing [4]   677/7 677/15 683/20 686/4
don't [39]   657/25 658/19 658/23 665/21 669/12 672/22 676/1 677/6 679/11 679/25 683/16 683/16 684/20 684/24 684/24 686/16 686/19 686/19 686/19 686/24 686/24 691/8 699/13 699/18 700/9 700/11 712/6 712/7 712/13 712/17 716/6 720/3 722/17 722/18 724/10 725/12 735/3 735/3 736/1
done [8]   673/9 674/21 677/21 695/11 697/3 708/17 717/17 722/3
Dow [2]   733/20 733/21
down [4]   657/19 674/16 701/11 715/20
Dr [1]   733/23
Dr. [1]   733/20
Dr. Frattarelli [1]   733/20
draft [10]   691/15 699/24 706/2 706/3 706/4 706/6

710/10 713/19 714/21 715/9
drafts [4] 698/7 698/12 698/12 699/14
DRIVE [2]   655/8 655/16
drives [1]   657/23
dual [1]   732/13
duly [2]   660/5 701/18
during [2]   671/1 731/18
duty [1]   696/9

**E**

e-mail [39]   660/20 662/4 662/12 665/4 665/6 665/22 665/25 665/25 666/14 673/1 673/6 673/24 674/1 674/15 676/9 678/21 679/14 679/18 681/6 690/25 690/25 691/9 691/11 691/14 691/25 693/24 695/16 695/21 696/22 704/18 707/8 707/12 708/20 708/21 708/21 710/3 711/12 713/11 715/7
e-mails [2]   703/7 728/5
E3249 [1]   731/21
eager [3]   664/5 664/10 664/13
earlier [2]   673/24 685/23
early [1]   731/11
earned [1]   659/12
easily [2]   697/15 725/25
East [1]   654/24
economics [2]   685/24 686/2
edits [1]   677/21
effect [7]   696/11 703/19 714/18 721/11 731/15 733/16 733/25
effective [1]   724/2
either [3]   700/8 703/3 731/24
elements [1]   734/6
else [6]   672/3 672/13 672/20 716/21 719/1 723/22
employers [3]   680/17 681/4 681/17
end [2]   671/10 675/20
endanger [1]   720/11
ended [1]   676/9
enforceable [1]   702/10
enough [3]   730/8 731/9 731/23
enter [2]   685/24 687/14
entered [16]   660/16 661/1 661/9 690/13 693/12 693/15 694/16 696/1 698/21 710/2 710/19 711/14 711/22 712/5 713/3 730/24
entering [4]   666/2 692/23 720/7 731/11
enthusiastic [2]   660/13 667/13
entitled [2]   698/18 737/6
environment [2]   725/10 725/20
equitable [2]   736/6 736/7
equity [3]   691/5 691/12 707/13
ERICKSEN [1]   655/12
especially [1]   663/23
essentially [3]   722/11 722/13 733/15
establish [2]   690/11 734/4
established [1]   734/2

**E**

**estimate [1]**  684/7
**estimated [1]**  684/2
**et [7]**  666/8 693/10 694/12
718/16 726/3 732/9 732/14
**et cetera [6]**  666/8 693/10
694/12 718/16 732/9 732/14
**evaluation [6]**  692/6
692/12 696/10 696/12
729/13 729/15
**even [2]**  691/25 734/4
**eventually [1]**  690/13
**ever [6]**  681/8 686/21
688/18 689/4 697/21 697/24
**everybody [2]**  716/20
726/22
**everyone [3]**  658/14 672/19
726/1
**everything [5]**  672/3 672/8
704/2 717/17 719/3
**evidence [61]**  656/17
657/10 657/13 661/10
661/11 662/8 662/10 666/6
666/12 674/5 674/11 682/3
682/19 683/14 685/15
685/21 693/2 693/7 693/16
693/24 698/22 699/21
703/11 704/24 710/2 710/19
711/14 714/12 714/25 716/7
718/13 718/25 721/12
721/17 721/18 721/23
721/25 721/25 722/14
723/11 723/13 723/14 724/5
724/24 725/15 725/16 727/6
727/9 727/10 727/18 727/20
728/1 728/3 728/20 728/25
729/18 730/18 731/15 732/6
732/10 734/8
**EVP [2]**  665/10 665/11
**exact [1]**  733/22
**exactly [3]**  719/17 724/22
728/14
**examination [13]**  656/5
656/6 656/7 656/9 656/10
656/11 660/7 690/6 698/5
701/20 706/16 713/7 731/18
**example [1]**  730/17
**Except [1]**  696/5
**exchange [2]**  674/1 690/25
**exchanged [3]**  660/17
698/10 702/3
**excuse [15]**  673/13 677/19
678/17 680/11 682/9 700/20
702/5 715/21 716/24 722/18
729/20 734/15 735/2 735/10
735/15
**excused [3]**  719/5 726/18
726/20
**excusing [1]**  718/12
**execute [1]**  712/14
**executed [9]**  660/20 672/25
691/17 691/20 701/22
702/15 706/9 710/14 732/25
**execution [3]**  695/5 727/20
727/20
**executive [3]**  665/11
666/15 667/23
**exhibit [31]**  656/17 660/24
661/12 661/16 661/21
662/10 665/3 665/4 666/12
674/11 679/12 679/17

679/18 682/15 683/4 685/21
689/13 690/17 690/18 693/7
696/22 698/2 699/4 707/7
710/1 710/2 713/9 724/4
724/7 730/13 731/2
**Exhibit 3-5 [1]**  724/7
**Exhibit 520 [1]**  683/4
**Exhibit 545 [1]**  693/2
**Exhibit 551 [1]**  665/4
**Exhibit 576 [1]**  710/1
**Exhibit 577 [1]**  690/18
**Exhibit 578 [1]**  661/21
**Exhibit 578.1 [1]**  660/24
**Exhibit 618 [1]**  696/22
**Exhibit 630 [1]**  679/12
**Exhibit 631 [2]**  679/17
679/18
**Exhibit 669 [1]**  682/15
**exhibits [2]**  691/20 731/1
**exist [2]**  672/20 732/18
**existence [1]**  729/17
**exists [1]**  732/18
**exited [1]**  726/24
**expand [1]**  729/21
**expansive [1]**  729/24
**expenses [1]**  663/4
**experience [1]**  670/8
**experts [1]**  721/10
**expiration [2]**  696/1
696/24
**expire [2]**  696/18 698/18
**expired [1]**  733/8
**explained [1]**  670/2
**explaining [1]**  671/22
**express [1]**  719/1
**expressing [2]**  668/5
668/14
**extent [2]**  732/21 732/23
**eyes [1]**  688/10

**F**

**fabric [4]**  670/21 725/17
733/18 733/19
**fact [7]**  671/1 692/5
700/14 711/24 730/2 733/21
733/23
**facts [2]**  710/21 711/8
**fairly [1]**  687/21
**faith [1]**  731/10
**false [14]**  697/22 697/24
721/2 721/21 721/22 722/1
723/16 724/22 724/24
725/11 726/1 730/16 731/25
733/12
**familiar [1]**  681/11
**far [5]**  657/13 718/13
719/13 719/17 728/7
**fashion [2]**  719/25 720/20
**fast [1]**  676/20
**FAVRET [53]**  655/22 656/8
660/9 660/21 662/13 663/16
663/20 663/21 665/22 666/1
666/2 667/12 670/2 670/17
671/4 671/14 672/25 674/2
674/14 677/2 678/22 680/3
686/8 686/13 686/23 687/15
687/19 691/1 691/13 691/14
691/17 692/23 693/3 693/9
693/24 695/4 695/21 698/13
698/17 699/13 701/7 701/12
701/17 705/13 706/18
719/10 720/10 728/9 728/20

729/22 730/24 731/2 732/25
**FDA [2]**  694/8 694/20
**features [1]**  683/8
**feel [3]**  667/3 710/11
727/10
**felt [6]**  670/4 671/4
671/24 672/7 678/5 686/7
**few [6]**  658/7 658/8 690/10
707/22 709/2 715/22
**filed [1]**  689/15
**filing [1]**  689/9
**final [9]**  677/21 680/18
681/5 681/18 698/14 698/22
699/23 700/14 701/2 701/3
702/18 704/19 704/22 705/7
706/5 708/11 710/12 710/14
733/1
**financial [2]**  662/23
683/24
**financials [1]**  662/21
**find [5]**  660/10 670/16
679/23 716/14 723/15
**finds [1]**  734/8
**fine [1]**  717/25
**finishing [1]**  707/23
**firm [2]**  691/12 707/13
**first [15]**  659/20 662/21
666/19 670/11 677/8 687/17
690/10 694/6 695/18 710/6
714/2 719/16 723/24 732/6
734/14
**five [6]**  684/9 715/24
717/23 727/12 727/23 732/4
**flash [1]**  672/24
**flip [1]**  708/13
**floors [1]**  726/3
**fluid [5]**  678/8 678/13
683/10 689/24 697/7
**fluid-barrier [4]**  678/8
678/13 689/24 697/7
**fluid-resistant [1]**  683/10
**focus [1]**  668/21
**focused [1]**  687/22
**follow [2]**  690/10 694/20
**follow-up [1]**  690/10
**follows [3]**  660/6 701/19
734/13
**forced [1]**  672/19
**foregoing [1]**  737/4
**forget [1]**  725/23
**form [2]**  706/5 719/1
**format [1]**  737/7
**formed [1]**  705/25
**forth [6]**  701/4 702/22
703/24 708/5 709/22 711/15
**forward [1]**  672/24
**forwarding [1]**  707/16
**forwards [1]**  707/17
**foundation [3]**  703/15
704/14 705/6
**four [2]**  684/15 717/23
**frame [2]**  729/19 731/22
**Frattarelli [4]**  723/4
724/1 733/20 733/20
**fraudulent [2]**  721/9
721/18
**free [1]**  710/11
**Frequently [3]**  721/6
733/14 733/22
**FRIDAY [3]**  654/18 657/1
707/25

**F**

**front [4]** 665/25 673/22
707/8 712/17
**full [3]** 666/24 667/4
667/10
**fund [1]** 691/5
**further [7]** 660/6 667/11
673/13 701/9 701/19 709/18
716/7
**future [2]** 664/23 672/21

**G**

**garment [9]** 672/8 672/13
672/14 686/11 686/12 688/9
688/10 728/17 728/19
**garments [2]** 672/20 678/6
**GARY [1]** 654/3
**gave [3]** 663/16 678/3
678/4
**generally [2]** 692/14
697/10
**gentlemen [2]** 715/21 718/9
**George [3]** 691/7 708/6
710/9
**germs [4]** 722/6 722/18
722/19 725/13
**get [7]** 668/17 687/25
688/1 716/13 717/1 718/19
718/22
**getting [2]** 677/20 723/15
**give [5]** 709/3 716/15
716/19 727/12 730/13
**given [25]** 669/15 727/15
734/10 734/13 734/15
734/16 734/16 734/16
734/17 734/17 734/17 735/1
735/2 735/12 735/13 735/13
735/14 735/16 735/19
735/20 735/20 735/21
735/22 735/22 735/24
**giving [1]** 727/7
**go [27]** 659/20 661/19
669/17 674/13 682/6 692/25
696/3 708/19 708/20 710/1
717/10 717/15 718/16
718/21 719/14 724/9 725/3
727/16 727/23 727/24
727/25 734/15 734/19
734/19 735/5 735/6 735/10
**goals [1]** 683/24
**goes [6]** 661/22 673/21
711/12 731/5 731/20 735/24
**going [52]** 658/11 659/19
661/14 670/3 670/4 670/7
670/24 671/5 671/7 671/10
671/14 672/14 675/14
690/17 692/4 696/3 698/20
705/5 706/7 707/6 708/20
711/3 715/21 715/23 716/7
716/9 716/12 716/17 716/23
716/24 717/16 718/12
718/17 718/18 718/20
720/10 720/25 722/23
723/19 723/23 724/9 726/16
726/17 726/22 727/18
727/23 729/5 734/7 734/12
735/8 735/8 735/23
**gold [1]** 659/12
**gone [4]** 708/5 727/5 727/6
727/6
**gonna [2]** 671/19 687/20

**good [13]** 659/25 660/1
667/18 667/22 667/23 667/25
667/18 690/8 690/9 691/16
694/5 710/11 714/21 716/14
**got [7]** 672/23 679/17
680/22 681/25 702/7 704/18
718/5
**got them [1]** 718/5
**gotta [2]** 679/25 718/16
**governed [1]** 707/3
**grant [1]** 716/17
**great [2]** 658/24 663/24
**grounds [1]** 658/5
**group [2]** 667/14 728/5
**growth [1]** 662/23
**guess [5]** 667/11 670/9
671/9 725/18 734/17
**guys [1]** 666/19

**H**

**had [53]** 657/18 658/7
660/10 663/15 663/17
663/21 663/24 667/20
668/10 668/23 669/12
669/16 670/14 675/11
676/21 678/14 678/14
682/16 684/18 684/20
684/22 686/8 687/23 692/22
696/1 703/8 704/1 704/4
704/6 704/9 704/19 705/25
706/6 708/2 708/5 709/14
711/23 714/8 714/17 714/20
715/9 717/12 717/16 720/10
721/9 721/18 723/18 723/20
730/24 731/18 732/19 733/8
736/5
**hadn't [1]** 678/11
**HAIs [1]** 725/1
**hallway [1]** 715/24
**hand [1]** 726/3
**HANNA [3]** 655/4 656/6
656/10
**happen [4]** 673/3 674/16
731/4 731/4
**harsh [1]** 688/23
**has [21]** 657/12 661/23
693/1 693/15 693/23 697/24
699/8 707/2 709/10 710/19
718/14 724/4 728/18 732/6
732/6 732/10 732/12 733/9
733/16 734/3 735/25
**have [91]**
**haven't [2]** 661/7 708/16
**having [2]** 660/5 701/18
**he [91]**
**he's [4]** 658/2 668/23
680/10 698/25
**Head [1]** 663/6
**healthcare [5]** 678/6
680/17 681/4 681/17 686/11
**hear [2]** 670/11 732/8
**heard [4]** 679/1 718/24
719/2 732/2
**hearsay [1]** 666/8
**held [4]** 659/8 724/18
726/12 737/6
**Help [1]** 722/5
**here [9]** 657/23 675/17
681/14 717/3 717/4 718/18
729/14 729/18 732/15
**hereby [1]** 737/3
**hereof [2]** 696/8 714/3

**hereunder [1]** 696/15
**hey [1]** 660/2
**Hi [1]** 707/21
**high [1]** 686/4
**HIGHTOWER [1]** 655/12
**him [21]** 658/12 662/19
665/15 665/16 665/17
665/19 665/22 668/25 669/2
669/2 673/9 676/1 676/7
677/3 677/4 678/2 691/8
702/17 709/14 709/15
720/21
**his [26]** 658/8 660/11
660/13 666/19 667/10
667/23 667/24 668/21 670/8
670/10 670/12 671/12
671/22 673/1 674/19 678/4
687/17 687/19 687/21 693/4
693/9 714/20 719/20 720/16
720/22 728/5
**historical [1]** 662/21
**history [1]** 682/25
**hit [3]** 676/9 676/11
676/11
**hitting [1]** 676/10
**hold [2]** 696/10 718/17
**holder [1]** 732/13
**Honor [81]** 657/17 657/19
657/22 658/13 658/19 659/2
659/4 659/5 659/16 660/3
661/9 661/25 662/8 666/5
666/7 669/24 676/25 678/17
678/19 682/20 683/14
683/15 685/14 685/19 690/5
698/20 700/4 700/13 700/23
701/6 701/10 703/12 703/14
704/25 705/14 706/13 713/5
713/15 714/11 714/23
715/11 716/8 716/10 716/22
717/6 717/19 717/25 720/4
721/5 722/8 722/10 722/22
723/2 723/4 723/11 723/17
724/5 724/7 724/13 724/14
726/8 726/15 727/3 727/4
727/17 728/1 729/5 729/9
730/8 730/14 730/18 731/5
731/9 731/14 732/3 732/5
734/22 736/9 736/10 736/11
736/20
**HONORABLE [1]** 654/3
**hospital [4]** 697/11 725/2
725/10 725/20
**hour [2]** 694/10 731/22
**hours [11]** 716/13 716/16
717/15 721/13 721/13 722/4
722/4 723/7 723/7 723/10
731/22
**how [12]** 670/3 676/22
678/1 685/17 687/19 687/20
703/5 703/18 720/5 720/25
728/15 731/6
**however [1]** 692/13
**humor [1]** 659/5
**hundred [2]** 697/14 699/7

**I**

**I'd [22]** 657/18 659/17
661/21 662/6 666/5 674/4
682/18 685/14 692/25
693/15 693/23 699/20 701/6
703/11 704/24 704/25 705/3
714/11 716/10 716/10

## I

**I'd... [2]** 718/19 726/7

**I'll [7]** 659/22 685/18
701/13 724/9 727/7 727/12
734/19

**I'm [52]** 658/9 658/11
661/23 664/20 674/19
679/23 680/1 680/22 684/1
685/7 690/25 692/3 692/4
695/11 695/11 695/12 697/3
698/14 698/25 699/13 705/2
705/5 705/14 707/6 708/17
708/20 709/5 709/6 709/7
709/19 710/1 711/2 711/3
715/21 715/23 716/17
716/23 716/24 718/12
718/18 718/19 722/23 723/2
723/15 724/9 725/17 725/18
726/22 727/23 734/18 735/8
735/8

**I've [8]** 673/2 716/17
716/18 717/17 718/15 727/5
727/6 727/6

**I.D [1]** 656/17

**idea [3]** 661/1 706/4 711/2

**ideas [3]** 670/10 670/12
730/6

**identified [2]** 707/13
730/10

**identify [2]** 706/25 728/6

**if [39]** 658/19 658/23
659/2 667/15 667/25 668/10
669/2 669/12 672/12 672/22
674/19 679/10 680/15 681/2
681/8 681/15 684/20 686/19
686/25 689/5 690/10 698/20
700/9 702/24 706/18 706/23
706/23 706/24 707/1 708/19
711/7 711/11 716/7 719/6
723/21 727/12 727/23
732/18 734/14

**III [2]** 656/8 701/17

**ILLINOIS [1]** 655/8

**imagine [1]** 688/10

**immediately [24]** 668/8
696/9 721/5 721/6 721/9
721/16 722/4 722/7 722/11
722/13 722/20 723/3 723/6
723/9 723/12 723/14 723/15
723/25 731/17 731/19
733/15 733/17 733/19 734/1

**implications [1]** 678/2

**important [5]** 682/24 683/2
683/2 683/3 687/6

**impressed [1]** 664/2

**impression [1]** 672/22

**in [138]**

**inappropriate [1]** 720/20

**INC [6]** 654/5 654/8 654/9
654/12 655/3 655/11

**include [2]** 692/13 719/19

**included [3]** 663/13 720/25
728/10

**includes [1]** 666/7

**including [1]** 725/17

**incorporate [1]** 687/21

**increase [1]** 684/3

**indefinitely [1]** 696/11

**indicate [4]** 710/25 731/15
731/18 731/22

**indicated [4]** 657/18

671/10 703/7 716/18

**indicates [2]** 692/22/01/17

**indicating [1]** 711/4

**individual [1]** 710/8

**individuals [4]** 691/1
726/24 728/18 728/19

**industry [13]** 663/11
670/20 671/11 671/11 672/8
672/14 678/10 728/13
728/16 728/17 728/19
730/13 730/19

**Ineffect [1]** 722/12

**ineffective [8]** 721/4
721/5 721/16 731/17 731/19
733/15 733/19 734/1

**influence [1]** 671/19

**information [43]** 660/17
660/21 662/15 662/18 663/6
663/11 663/15 663/16
672/25 678/3 692/13 692/22
695/4 696/19 696/23 702/3
719/19 719/21 719/22
719/23 720/6 720/14 720/14
720/20 720/22 727/21 728/5
728/10 728/14 728/14
728/16 728/22 729/12
729/14 729/15 730/9 730/11
730/12 730/19 730/23 731/9
731/23 733/5

**initial [1]** 676/12

**inquire [1]** 660/2 701/15

**inside [2]** 676/7 676/8

**instance [2]** 725/9 727/19

**instead [1]** 676/11

**instruction [10]** 734/15
734/21 734/23 735/1 735/2
735/2 735/10 735/12 735/13
735/14

**instructions [17]** 717/1
718/16 718/22 719/14
724/12 727/7 727/8 727/11
727/15 734/10 734/12
734/20 735/4 735/14 735/16
736/1 736/5

**interested [3]** 667/6
667/13 667/16

**interesting [1]** 670/16

**internal [1]** 683/12

**into [36]** 660/14 660/16
661/2 661/9 666/6 670/7
670/24 682/19 683/14
685/15 685/24 687/15
690/13 692/23 693/2 693/7
693/13 693/15 693/23
694/16 698/21 710/2 710/19
711/14 711/22 712/5 713/3
714/11 717/1 717/17 718/21
718/21 724/24 730/17
730/24 731/11

**intoxicating [2]** 670/10
670/12

**introduce [1]** 677/7

**inventory [1]** 663/1

**investment [1]** 732/16

**invited [2]** 694/23 733/3

**irrelevancy [1]** 657/14

**irrelevant [1]** 716/14

**IRVINE [1]** 655/5

**is [171]**

**is 57 [1]** 712/19

**isn't [17]** 663/20 664/4
666/20 668/9 673/3 680/3

680/4 680/15 680/18 681/2
682/12 682/23 687/14 688/5
688/7 689/17 689/19

**issue [6]** 694/23 701/1
711/25 722/4 729/25 730/1

**issues [2]** 720/21 726/16

**it [202]**

**it's [36]** 658/15 661/3
661/9 661/11 665/4 667/18
673/3 675/10 676/10 677/20
686/17 687/8 689/18 691/1
691/23 696/4 701/1 702/7
715/3 717/14 720/25 721/4
721/9 724/7 725/15 725/20
728/2 729/9 729/13 730/23
731/3 731/4 731/12 732/22
732/23 735/5

**items [1]** 692/25

**its [3]** 692/18 730/6
730/25

**itself [7]** 671/25 725/7
729/6 729/21 730/5 731/24
734/12

## J

**job [1]** 688/11

**John [1]** 733/23

**joined [3]** 678/22 679/5
730/25

**joint [1]** 734/14

**joke [2]** 676/7 676/8

**JOSE [1]** 655/13

**Jr [1]** 691/7

**judge [2]** 654/3 668/19

**Judicial [1]** 737/8

**June [6]** 674/14 675/7
675/7 675/10 695/22 696/23

**June 10 [3]** 674/14 675/7
695/22

**June 10th [1]** 696/23

**June 2014 [1]** 675/10

**jurors [5]** 657/7 659/14
716/3 718/11 719/11

**jury [33]** 654/16 657/5
659/9 659/11 659/12 716/1
716/24 717/1 717/2 718/7
718/16 719/3 719/9 724/11
724/19 725/25 726/13
726/17 727/7 727/7 727/16
727/19 727/19 728/2 729/6
729/16 729/25 730/9 731/9
731/20 731/23 731/23 736/8

**jury's [1]** 658/9

**just [38]** 657/18 658/17
659/22 661/15 668/14 676/1
679/25 680/10 680/25
683/19 685/18 685/25
687/15 687/23 687/24
688/24 690/2 690/2 690/10
690/16 692/4 692/25 695/13
695/14 711/21 713/16
715/21 717/6 717/9 717/11
718/19 719/13 720/2 723/9
730/24 730/25 735/17 736/3

## K

**KARMAN [1]** 655/5

**keep [2]** 660/17 729/12

**kept [3]** 719/25 720/15
723/24

**Kevin [2]** 691/2 691/5

**kill [3]** 723/5 723/25

## K

**kill... [1]**   725/13
**killed [5]**   723/9 723/12
723/14 723/15 723/25
**kills [6]**   722/6 725/10
725/13 725/14 725/16 726/5
**kind [2]**   670/16 705/21
**KLAUSNER [1]**   654/3
**knew [2]**   706/7 716/20
**know [31]**   657/25 658/1
661/15 666/20 667/15
668/10 669/12 672/22 677/2
679/25 683/16 683/16
684/20 686/5 686/8 686/19
686/24 687/19 687/22
687/24 688/20 691/8 698/23
699/13 700/9 709/2 711/24
716/7 722/5 722/22 725/12
**knowledgeable [2]**   671/25
672/1
**known [1]**   719/21
**knows [1]**   658/15

## L

**lab [1]**   666/24
**lacks [1]**   704/14
**Ladies [2]**   715/21 718/9
**laid [1]**   703/15
**language [5]**   729/19 729/24
729/24 730/18 733/22
**languages [1]**   730/5
**last [11]**   657/8 658/15
662/2 673/3 675/20 675/21
679/14 689/25 694/7 705/14
707/2
**later [4]**   687/12 696/19
706/6 731/1
**latest [5]**   691/15 704/12
710/10 714/21 718/23
**launch [3]**   682/25 683/2
683/3
**launches [1]**   683/1
**LAURENCE [2]**   656/4 660/4
**law [6]**   655/4 655/7 655/12
655/15 655/16 730/4
**lawsuit [5]**   689/9 689/15
689/20 697/16 697/21
**lawyer [2]**   691/8 712/2
**lawyers [2]**   703/23 703/23
**laying [1]**   683/20
**lead [1]**   694/20
**learned [3]**   679/20 679/24
720/9
**least [7]**   687/1 687/4
687/10 716/16 728/5 731/19
731/22
**leave [2]**   658/18 719/6
**lectern [1]**   727/24
**left [5]**   658/8 668/19
676/22 716/3 719/11
**less [1]**   733/10
**let [16]**   679/22 679/25
688/1 688/2 706/18 706/24
709/2 711/21 712/10 719/16
724/3 730/13 734/18 735/10
735/17 736/4
**let's [18]**   665/2 665/2
672/24 673/9 673/18 673/18
674/13 674/22 679/12
682/14 689/13 690/10
690/16 699/3 706/23 708/19

**letter [9]**   675/24 675/24 676/25
676/2 676/6 693/16 696/6
707/2 707/3 714/2
**letterhead [5]**   703/25
704/7 704/7 713/20 714/5
**level [2]**   678/7 731/25
**leverage [5]**   664/18 664/23
668/1 668/16 668/17
**licenses [1]**   663/8
**life [1]**   676/10
**light [1]**   657/17
**like [33]**   657/18 659/17
661/21 662/6 666/5 666/24
667/25 671/23 672/15 673/6
674/4 677/7 682/18 685/14
687/15 691/8 692/25 693/15
693/23 699/20 701/6 703/11
704/24 704/25 705/3 709/15
714/11 716/10 716/11
717/13 717/13 718/19 726/7
**liked [1]**   688/6
**likely [3]**   686/17 689/22
717/15
**limitation [1]**   729/22
**limited [1]**   666/24
**limiting [1]**   729/23
**limits [2]**   716/19 717/16
**line [1]**   717/18
**list [4]**   717/24 726/7
728/8 735/9
**listen [2]**   688/24 690/2
**listening [1]**   695/14
**literally [4]**   721/20
725/11 731/24 734/2
**little [6]**   664/10 664/13
667/20 680/1 717/1 719/7
**live [1]**   657/21
**lives [1]**   657/22
**LLP [2]**   655/4 655/7
**local [1]**   657/21
**log [1]**   694/9
**long [1]**   696/12
**longer [1]**   711/24
**look [30]**   661/21 662/12
666/14 673/18 673/19
679/12 682/14 682/15 683/4
683/13 687/1 687/4 688/9
689/13 690/16 693/23 699/3
699/3 700/10 702/5 706/20
706/24 707/1 710/24 711/7
711/11 713/9 713/19 715/3
725/7
**looked [1]**   692/3
**looking [5]**   673/16 722/25
727/9 729/24 730/10
**looks [4]**   691/8 691/15
710/11 714/21
**LOS [3]**   654/20 654/24
657/1
**lost [2]**   658/21 697/16
**lot [6]**   667/8 667/9 668/20
683/1 689/23 690/12
**love [1]**   659/3
**lower [1]**   731/25
**Lunch [1]**   736/23

## M

**M-R-S-A [1]**   726/6
**MacNEIL [3]**   654/23 737/14
737/15
**made [12]**   657/8 681/2

**mail [39]**   660/20 662/4
662/12 665/4 665/6 665/22
665/25 665/25 666/14 673/1
673/6 673/24 674/1 674/15
676/9 678/21 679/14 679/18
681/6 690/25 690/25 691/9
691/11 691/14 691/25
693/24 695/16 695/21
696/22 704/18 707/8 707/12
708/20 708/21 708/21 710/3
711/12 713/11 715/7
**mails [2]**   703/7 728/5
**majority [1]**   691/6
**make [9]**   657/15 658/14
694/10 697/6 717/6 720/2
721/14 721/19 723/25
**making [2]**   689/23 689/24
**many [2]**   685/17 697/13
**March [2]**   693/4 693/9
**March 10 [1]**   693/4
**MARKED [1]**   656/17
**markers [1]**   706/24
**market [29]**   660/14 663/13
663/22 666/2 670/4 670/17
670/24 672/2 677/8 677/15
684/3 684/10 684/12 684/15
684/19 684/20 685/9 686/10
689/12 697/6 707/24 728/10
728/13 728/15 728/16 730/4
730/10 730/11 730/20
**marketing [12]**   665/9
665/10 666/15 668/20
668/22 668/23 693/4 693/10
693/17 732/8 732/9 732/20
**marking [1]**   711/3
**Marty [15]**   663/24 665/5
665/6 665/8 665/9 666/1
667/24 668/14 669/8 669/9
669/10 669/13 669/15
669/16 669/17
**Marty's [5]**   667/22 668/4
668/7 668/15 668/18
**material [5]**   692/6 692/12
696/10 696/12 716/14
**matter [4]**   658/10 716/23
719/2 737/6
**mattered [1]**   672/13
**may [28]**   658/12 660/2
665/10 670/13 670/14
679/10 680/21 684/21
684/25 686/16 695/18
698/14 699/12 699/18 701/8
701/11 701/13 701/15
715/20 716/4 717/3 718/8
719/12 726/15 736/11
736/14 736/17 736/17
**me [41]**   658/21 669/9
673/13 677/19 678/4 678/17
679/10 679/15 679/22
679/25 680/11 680/25 682/9
688/1 688/2 694/8 699/18
700/20 702/5 706/18 706/24
709/2 711/21 712/10 719/16
722/5 722/18 724/3 727/14
729/20 730/13 734/15
734/19 734/19 734/24 735/2
735/10 735/10 735/15
735/17 736/4
**mean [8]**   668/11 670/15

**M**

mean... **[6]**   686/17 687/6
 697/15 700/24 726/2 726/2
**means [2]**   703/2 711/2
**meant [2]**   676/13 676/16
**measured [1]**   683/13
**medical [6]**   670/18 670/19
 672/8 672/14 728/17 728/19
**meet [2]**   687/9 724/10
**meeting [11]**   677/20 679/21
 679/24 680/17 681/4 681/17
 693/3 694/7 695/1 695/23
 702/25
**meetings [1]**   694/25
**member [2]**   705/18 705/23
**members [1]**   659/11
**memory [1]**   673/16
**mention [1]**   731/12
**mentioned [1]**   671/18
**MESA [1]**   655/17
**met [3]**   660/9 686/13 734/6
**MICHAEL [6]**   656/4 659/17
 659/20 660/4 665/5 669/16
**MICHELMAN [2]**   655/4 655/7
**microbiologist [1]**   733/24
**middle [2]**   674/13 710/6
**might [1]**   718/4
**MIKE [5]**   655/21 707/17
 707/21 713/11 714/17
**million [2]**   684/22 685/2
**mind [3]**   671/5 703/2 712/8
**mine [1]**   703/9
**minor [1]**   707/22
**minute [1]**   718/3
**minutes [11]**   658/7 658/8
 658/16 658/16 678/16
 678/18 709/3 715/24 727/12
 727/24 732/4
**misappropriation [1]**
 733/10
**Misstates [1]**   714/25
**Mitchell [2]**   733/23 733/24
**Mobley [12]**   657/19 657/21
 658/7 665/17 666/17 668/25
 669/2 669/3 669/10 679/3
 679/9 693/24
**Mobley's [1]**   668/24
**modified [3]**   708/2 708/11
 735/23
**MONA [1]**   655/4
**monitor [2]**   690/21 693/1
**Morawski [10]**   663/24 665/5
 665/6 665/9 666/1 667/24
 669/8 669/9 669/10 669/13
**Morawski's [1]**   665/8
**more [18]**   658/8 667/25
 678/16 678/18 690/3 698/2
 705/10 705/10 706/13 713/5
 716/15 716/17 717/23 719/7
 724/3 729/24 731/25 732/4
**morning [5]**   659/25 660/1
 690/8 690/9 694/5
**most [2]**   682/24 683/3
**motion [3]**   657/14 657/15
 658/3
**motions [3]**   657/8 657/10
 657/12
**move [3]**   689/25 714/11
 715/13
**moved [1]**   685/14
**MR [8]**   656/5 656/7 656/9

 656/11 698/16 716/11
 704/1 707/2 59
**Mr. [51]**   657/19 657/20
 657/21 658/7 659/21 660/9
 660/21 686/8 687/19 688/19
 690/8 691/1 691/11 691/13
 691/14 691/15 691/17
 692/23 693/3 693/9 693/24
 695/4 695/21 699/13 701/7
 701/12 705/13 706/18
 707/12 707/17 708/22
 708/24 709/9 709/13 710/7
 715/7 715/8 720/10 724/1
 728/4 728/4 728/15 728/20
 729/22 730/24 731/2 731/5
 731/8 731/10 732/25 733/20
**Mr. Favret [24]**   660/21
 686/8 687/19 691/1 691/13
 691/14 691/17 692/23 693/3
 693/9 693/24 695/4 695/21
 699/13 701/7 701/12 705/13
 706/18 720/10 728/20
 729/22 730/24 731/2 732/25
**Mr. Favret's [1]**   688/19
**Mr. Frattarelli [2]**   724/1
 733/20
**Mr. Mobley [3]**   657/19
 657/21 658/7
**Mr. Singer [12]**   657/20
 659/21 660/9 690/8 707/17
 708/22 715/8 728/4 728/4
 731/5 731/8 731/10
**Mr. Singer's [1]**   728/15
**Mr. Tapalaga [8]**   691/11
 691/15 707/12 708/24 709/9
 709/13 710/7 715/7
**MRSA [2]**   726/4 726/6
**MS [2]**   656/6 656/10
**much [9]**   684/20 684/24
 686/11 686/12 706/6 706/7
 718/2 723/20 733/10
**muck [1]**   720/17
**mucking [1]**   720/8
**multiple [4]**   659/14 686/1
 699/14 718/11
**my [8]**   657/18 673/16
 674/20 697/15 705/16 708/8
 717/24 720/13

**N**

**name [1]**   710/8
**nascent [1]**   730/25
**NASH [1]**   655/15
**nature [2]**   730/23 730/23
**NDA [7]**   691/15 707/16
 707/22 708/22 710/10
 714/21 719/24
**need [1]**   713/2
**needed [1]**   662/1
**negotiate [2]**   702/23
 702/23
**negotiated [1]**   702/22
**negotiation [1]**   701/4
**Neither [1]**   712/23
**never [5]**   672/6 677/3
 688/6 712/8 723/25
**new [1]**   678/5
**next [16]**   662/18 669/25
 674/16 680/9 680/13 681/24
 682/6 688/3 694/18 701/5
 703/10 707/6 709/14 712/22
 713/4 717/15

 **night [2]**   657/8 694/7
 725/4 757/7 758/24
 658/24 658/25 661/15
 661/15 661/15 664/12
 664/15 664/19 664/21
 664/24 665/21 668/14 672/5
 672/6 676/16 677/4 678/14
 680/11 680/20 689/12 690/3
 691/16 696/19 697/23 698/1
 698/2 699/24 700/1 700/13
 700/18 701/10 702/18
 703/13 703/15 705/10
 705/10 706/2 706/3 706/3
 706/13 710/11 711/2 712/3
 712/3 712/15 712/21 712/24
 712/24 713/5 714/22 716/8
 716/12 718/5 721/9 721/11
 721/17 721/18 721/20 722/8
 722/16 723/11 723/13
 723/14 725/4 725/4 725/18
 725/23 731/18 732/4 732/15
 733/9 733/10 737/15
**nonconfidential [4]**   692/18
 692/22 693/21 695/5
**nondisclosure [5]**   703/22
 707/16 710/10 712/4 729/8
**none [3]**   727/14 729/20
 729/20
**NORTH [1]**   655/13
**not [66]**   657/7 659/2
 670/14 671/25 674/19
 675/11 676/13 677/5 677/16
 678/14 678/14 680/1 685/7
 692/13 695/11 698/18
 698/25 699/7 699/14 700/6
 700/9 700/25 701/1 701/1
 701/3 703/9 703/16 705/6
 705/25 716/8 716/14 716/17
 718/25 719/21 719/25 720/3
 720/20 721/9 722/4 722/19
 722/22 723/25 724/21
 726/17 726/22 727/10
 727/15 729/9 729/14 729/22
 729/23 730/22 731/24
 732/18 732/23 733/6 733/6
 734/3 734/5 734/9 734/10
 734/18 735/17 735/19 736/8
 736/17
**nothing [4]**   672/13 672/20
 726/1 733/2
**notice [1]**   696/14
**Notwithstanding [1]**   696/8
**November [18]**   661/4 691/23
 692/1 694/25 696/20 706/23
 707/20 708/23 708/25
 709/11 709/14 709/18
 709/19 709/20 710/7 710/13
 711/22 732/18
**November 12th [1]**   709/19
**November 16 [2]**   691/23
 707/20
**November 16th [5]**   696/20
 706/23 708/23 708/25
 709/11
**November 17th [1]**   709/14
**November 22nd [2]**   709/18
 709/20
**November 23rd [1]**   710/7
**November 27 [1]**   710/13
**November 27th [2]**   692/1
**now [35]**   660/20 663/19
 664/4 668/4 670/2 671/4

**N**

now... [29]   675/6 677/21
678/11 680/15 682/8 684/18
685/23 689/9 691/13 697/9
699/22 700/22 703/18 707/6
707/12 709/7 709/18 710/7
713/19 716/6 718/15 718/24
719/2 727/9 730/15 730/21
731/4 731/4 735/23
now I'm [1]   709/7
number [13]   656/17 661/16
663/1 671/18 672/9 674/7
681/14 698/7 698/12 735/6
735/11 735/19 735/20
Number 1 [1]   735/20
numbers [8]   711/11 725/6
734/18 734/18 734/19
734/20 734/21 734/23
nurse's [1]   688/10
nurses [2]   686/11 687/24

**O**

o'clock [7]   716/25 718/20
718/21 718/22 719/5 724/11
736/22
oOo [1]   736/25
oath [2]   659/22 701/14
object [1]   698/20
objected [1]   736/7
objection [29]   666/7
669/19 672/16 673/4 675/23
677/11 678/24 680/5 680/19
681/19 683/15 684/5 685/16
692/7 697/18 700/3 700/13
700/22 702/12 703/14
703/20 704/14 704/25
705/24 710/21 713/15
714/13 714/23 715/11
obligation [1]   696/14
obligations [2]   696/6
714/1
obsessive [1]   671/24
obtained [1]   733/5
obviously [1]   687/22
occasion [1]   697/16
occurred [2]   675/11 721/14
October [3]   675/14 693/25
733/4
October 4th [1]   693/25
odor [1]   733/18
off [3]   734/15 735/8 735/9
offices [1]   726/18
Official [1]   654/23
OGLETREE [1]   655/15
oh [11]   658/17 677/18
677/19 680/20 689/16
695/12 701/9 705/15 723/2
723/20 736/4
okay [132]
on [113]
once [2]   684/4 703/24
one [40]   662/2 662/21
665/1 665/2 665/4 671/20
672/5 676/10 684/2 685/3
685/3 685/5 685/6 685/11
686/1 689/18 689/22 694/7
694/9 698/14 698/24 699/14
702/21 703/19 703/23
705/14 712/15 712/18
720/13 724/3 725/16 725/22
726/4 732/18 733/13 735/17

ongoing [1]   675/6
735/19 735/21 735/22 736/4
only [23]   657/9 658/8 689/9
689/18 689/20 689/22 701/2
721/12 721/18 722/14
723/23 725/13 725/14
725/15 725/20 725/21
725/22 726/2 726/4 728/18
728/20 729/13 730/25
735/24
onto [1]   670/20
Operating [1]   663/4
opinion [11]   665/1 665/2
667/22 667/23 667/24 668/4
668/7 668/14 668/15 668/18
678/4
opinions [1]   719/1
opposing [1]   658/3
oppositions [1]   657/9
optimistic [1]   660/11
or [69]   657/6 657/10 661/1
661/14 664/12 664/19
664/21 665/10 669/17 670/3
674/19 676/22 677/7 677/10
677/15 679/24 680/17 681/4
681/17 682/9 683/11 684/3
684/21 685/6 685/11 685/14
686/10 692/1 692/14 692/15
696/13 700/1 700/9 700/20
701/1 702/5 703/6 705/6
706/22 707/16 716/6 717/23
719/1 719/1 720/3 720/6
720/15 720/16 720/17
721/13 722/4 723/7 725/13
726/3 726/3 728/3 729/20
730/21 731/22 731/24
731/25 733/2 733/11 733/18
733/20 734/20 735/9 736/5
736/17
order [2]   658/12 659/19
organizations [2]   671/18
694/20
original [1]   703/8
OSHA [2]   719/23 720/25
other [15]   672/3 673/17
673/20 689/18 692/15
696/19 697/4 697/5 697/10
698/23 698/23 731/1 731/2
736/1 736/5
others [4]   679/15 689/12
698/15 701/3
our [15]   658/20 658/22
658/23 677/6 694/7 694/23
703/22 703/23 703/25
707/23 708/5 712/2 717/3
730/4 730/11
out [13]   658/12 659/18
679/23 683/20 713/23
715/23 716/5 716/6 722/5
723/16 732/11 732/12
732/16
outside [9]   657/5 692/7
697/18 716/1 717/13 719/9
724/19 726/13 726/23
over [15]   676/22 683/1
686/9 687/20 692/25 699/11
699/12 702/15 707/22 708/3
709/11 716/13 727/5 727/6
727/6
overruled [11]   666/10
672/17 673/5 677/12 678/25
680/20 684/6 692/8 700/20

703/21 711/9
owe [2]   671/21 730/7
owned [1]   691/5

**P**

p.m [1]   675/8
page [28]   656/3 656/17
656/17 662/18 665/3 674/13
707/1 707/2 709/6 709/7
710/6 734/18 734/20 735/5
735/6 735/11 735/12 735/12
735/13 735/14 735/20
735/20 735/20 735/21
735/21 735/21 735/21 737/6
Page 22 [1]   735/12
page 24 [1]   735/12
page 28 [1]   735/13
page 29 [1]   735/14
page 41 [1]   735/20
Page 42 [1]   735/20
page 44 [1]   735/20
page 46 [1]   735/21
page 48 [1]   735/21
page 49 [1]   735/21
page 551 [1]   665/3
page 572-3 [1]   707/1
pages [3]   654/17 685/17
711/12
painstakingly [1]   716/19
PAISAN [1]   655/16
Palenik [2]   717/13 723/18
paragraph [6]   692/5 694/6
694/13 694/18 696/4 696/5
paragraphs [1]   707/2
PARK [1]   655/17
part [11]   670/11 679/14
679/17 681/25 718/15
725/23 725/25 728/12
731/10 733/13 735/24
Partially [2]   671/16
671/17
particular [2]   718/18
730/9
particularly [1]   719/2
parties [6]   696/6 701/23
702/10 708/7 714/1 729/11
partner [10]   664/5 664/13
664/17 664/22 667/8 667/9
667/18 687/1 691/5 732/17
partnering [8]   660/10
663/19 667/6 667/14 667/17
668/8 668/12 668/16
partners [13]   654/5 654/12
655/3 682/11 682/16 690/14
691/6 697/12 697/24 707/14
708/12 732/16 733/3
partnership [1]   720/20
passionate [3]   670/13
670/14 670/15
patent [1]   732/13
path [1]   671/15
pathogens [1]   725/1
pay [3]   686/10 686/10
686/12
PC [1]   655/15
pending [1]   680/11
people [7]   663/23 665/15
665/16 667/18 670/16
670/23 672/9
perceived [1]   682/23
percent [8]   684/18 694/11

**P**

percent... **[6]**   694/12
  699/7 725/2 725/10 725/10
  725/20
perform **[1]**   694/24
performance **[1]**   678/7
perhaps **[4]**   664/17 664/22
  668/7 668/15
period **[3]**   711/23 712/16
  723/7
person **[1]**   665/4
person's **[2]**   665/1 665/2
pertains **[1]**   735/25
picked **[1]**   720/25
picks **[1]**   708/21
piece **[2]**   672/3 672/4
pike **[1]**   674/16
pinkie **[1]**   676/22
place **[1]**   713/20
plaintiff **[4]**   654/6 655/3
  724/21 735/25
PLAINTIFF/COUNTER-DEFENDANT
  655/3
plan **[3]**   693/17 728/3
  732/9
plans **[3]**   662/24 683/22
  728/15
please **[9]**   659/17 661/21
  681/13 696/3 710/11 726/23
  727/24 730/20 734/21
plus **[14]**   675/11 676/4
  678/12 682/9 682/10 682/12
  682/24 683/9 683/22 685/4
  685/8 689/10 689/20 697/5
point **[19]**   660/16 665/9
  665/19 666/23 673/21
  678/22 683/20 684/3 686/21
  687/3 687/3 687/5 687/11
  689/8 689/14 710/13 715/16
  720/10 736/3
points **[3]**   684/10 684/13
  684/15
polite **[1]**   695/13
politics **[2]**   671/5 671/8
portion **[1]**   689/25
position **[1]**   665/8
possible **[2]**   689/18 694/19
potential **[1]**   732/16
potentially **[1]**   671/7
power **[1]**   669/16
PowerPoint **[2]**   693/7 693/8
practice **[3]**   675/20 677/9
  686/25
preceding **[1]**   696/9
preclude **[1]**   729/20
preliminary **[1]**   701/3
presence **[7]**   657/5 659/9
  716/1 718/7 719/9 724/19
  726/13
present **[3]**   655/20 694/23
  728/18
presentation **[2]**   693/7
  693/8
presented **[6]**   686/8 693/3
  693/9 728/2 728/4 734/9
presenting **[1]**   683/9
president **[3]**   665/11
  666/15 667/23
press **[3]**   666/25 667/4
  667/10
pretty **[3]**   670/10 718/13

**Q**

prevents... **[1]**   731/18
previously **[2]**   660/5
  701/18
primary **[2]**   686/2 686/3
printed **[1]**   708/9
prior **[11]**   682/8 692/18
  692/23 694/2 695/5 697/16
  697/21 698/21 701/3 732/17
  732/19
private **[3]**   691/5 691/12
  707/13
probably **[6]**   666/23 676/9
  683/2 689/8 716/24 718/22
problem **[2]**   723/17 723/24
proceed **[2]**   659/13 659/15
proceedings **[2]**   736/24
  737/5
process **[2]**   720/8 720/8
produced **[4]**   711/1 711/4
  711/18 732/19
product **[22]**   660/11 660/14
  675/4 682/24 686/15 686/18
  686/21 687/2 687/10 687/16
  687/17 687/20 687/21
  687/23 688/6 688/7 688/15
  688/19 688/20 689/7 732/11
  732/12
production **[1]**   663/1
products **[7]**   684/4 686/5
  686/6 687/7 689/10 689/24
  697/5
progress **[1]**   720/9
projections **[1]**   662/23
promise **[1]**   697/2
proof **[1]**   721/8
propagate **[1]**   732/22
proposal **[1]**   702/17
propose **[1]**   687/9
proposed **[1]**   709/2
prospect **[3]**   680/16 681/3
  681/16
prospects **[1]**   660/13
protected **[1]**   728/24
protection **[1]**   678/13
protections **[1]**   678/8
PROTECTIVE **[3]**   654/8 654/9
  655/10
proven **[1]**   727/15
provide **[3]**   696/23 728/9
  730/20
provided **[14]**   672/25
  686/13 686/14 693/19
  693/21 694/15 695/4 696/5
  705/22 719/20 727/19
  727/22 730/3 730/8
public **[3]**   692/14 719/21
  732/12
publish **[1]**   690/17
published **[1]**   662/6
publishing **[1]**   677/15
purposes **[3]**   683/12 729/13
  729/15
pursuant **[1]**   737/3
put **[5]**   703/25 717/12
  723/20 724/23 734/3
putting **[2]**   666/24 667/3

**Q**

qualify **[2]**   696/13 730/5
question **[30]**   664/20
  667/15 668/10 669/25

670/11 671/1 680/9 680/11
  680/16 681/24 682/6 685/7
  688/3 688/22 688/24 688/25
  689/2 689/19 690/2 690/2
  701/5 702/24 703/10 705/1
  708/8 712/22 713/4 721/2
  724/3 727/19
questions **[11]**   690/3
  690/10 690/12 698/2 706/13
  713/5 719/5 719/13 721/6
  733/14 733/22
quick **[1]**   708/25
quickly **[2]**   676/8 709/6
quietly **[1]**   719/6
quite **[1]**   684/24

**R**

range **[1]**   686/7
rather **[4]**   668/7 668/11
  687/12 718/17
read **[4]**   657/12 680/1
  685/19 708/16
reading **[2]**   709/5 709/6
Ready **[1]**   659/13
real **[2]**   687/23 698/4
really **[10]**   663/24 666/19
  670/15 672/13 673/10
  674/22 676/20 688/9 688/21
  725/21
reason **[4]**   685/23 686/2
  686/3 687/14
reasonable **[2]**   687/8
  721/14
reasonableness **[1]**   721/19
reasons **[1]**   686/1
recall **[9]**   673/15 679/11
  684/24 686/16 695/23
  695/25 699/18 708/8 708/12
receive **[1]**   669/3
received **[26]**   656/17
  657/13 662/8 662/9 662/10
  665/22 666/5 666/11 666/12
  674/4 674/6 674/11 678/21
  682/18 683/14 685/15
  685/20 685/21 692/22
  699/20 700/6 703/11 703/16
  704/24 715/7 720/14
recess **[9]**   659/7 659/8
  724/16 724/17 724/18
  726/11 726/12 736/22
  736/23
recognize **[4]**   683/6 683/18
  699/6 699/7
recollection **[4]**   686/20
  692/4 706/18 708/1
recommendation **[1]**   681/2
recommended **[4]**   680/15
  681/15 682/1 682/2
record **[8]**   657/6 659/10
  716/2 717/7 717/9 717/12
  717/22 719/10
recreate **[1]**   671/12
red **[1]**   708/3
redirect **[6]**   656/7 656/11
  698/3 698/5 713/6 713/7
redline **[4]**   707/22 708/3
  708/14 714/8
redlined **[3]**   708/9 708/10
  708/22
reduction **[3]**   694/9 725/1
  725/2
reference **[2]**   692/4 692/5

**R**

referred [1]  696/22
reflect [4]  657/7 659/10
  716/2 719/10
reflects [1]  691/25
refresh [2]  706/18 708/1
refreshed [1]  673/16
regarding [17]  660/21
  665/22 673/1 693/9 693/17
  695/16 695/22 697/11
  719/20 728/15 728/17 730/1
  730/12 730/13 733/5 733/25
  736/15
regardless [1]  733/1
regulations [2]  677/21
  737/7
regulatory [1]  671/15
reintroduce [1]  657/10
related [2]  683/25 719/22
relates [1]  688/18
release [6]  682/8 682/10
  682/23 685/4 717/3 717/5
released [4]  677/3 678/13
  684/4 685/8
releasing [1]  696/14
relevance [13]  672/16
  673/4 675/23 678/24 680/5
  680/19 681/19 682/20
  683/15 684/5 700/19 702/12
  703/20
relevancy [1]  679/23
remain [1]  696/11
remember [4]  681/8 689/5
  718/24 731/3
remind [2]  659/22 701/13
reminded [1]  694/8
reminds [1]  731/2
Renata [5]  665/19 722/2
  722/16 724/1 731/17
render [1]  736/14
rendered [1]  733/25
rendering [1]  733/19
renders [4]  722/9 722/10
  722/13 733/14
repeat [2]  664/20 680/25
repeatedly [1]  732/10
reported [9]  665/13 665/15
  665/16 665/17 665/19
  668/25 669/2 669/13 737/5
Reporter [2]  654/23 727/23
REPORTER'S [1]  654/16
reports [1]  669/9
represent [3]  711/3 711/18
  712/4
representative [1]  692/16
representatives [1]  714/21
reproducing [1]  733/17
request [3]  726/16 736/14
  736/16
requested [6]  662/15
  662/19 663/15 663/17
  707/24 723/18
requesting [1]  660/21
requirement [1]  694/9
research [1]  694/24
researchers [1]  694/8
researching [1]  679/5
reserve [3]  658/20 658/22
  701/6
resistant [1]  683/10
resolving [1]  729/17

respect [4]  666/19 696/11
  706/24 726/12
respectfully [1]  726/16
respective [1]  659/11
respond [5]  674/21 675/3
  677/19 678/1 709/13
responded [4]  673/9 673/14
  674/24 675/4
responding [4]  676/8
  680/10 709/9 710/8
responds [1]  677/19
response [5]  675/6 677/24
  708/24 708/25 710/7
responsibility [1]  668/23
rest [2]  716/9 716/21
result [1]  692/15
results [1]  693/10
retail [1]  686/5
retire [1]  719/3
reveal [3]  675/15 677/6
  677/9
reviewed [1]  673/24
RGK [1]  654/7
right [56]  661/8 663/10
  664/10 667/12 667/14 668/9
  668/9 669/6 669/8 669/8
  669/10 669/18 672/10
  674/13 674/21 674/24 675/1
  675/15 676/21 677/21
  677/22 677/24 679/16
  681/22 684/13 684/22
  684/23 685/25 686/2 687/6
  688/16 690/14 692/1 694/3
  697/1 700/8 700/12 704/18
  706/23 707/6 707/12 707/14
  708/19 709/12 709/25
  711/13 712/17 715/19
  718/21 718/21 724/14
  725/22 726/6 728/23 735/5
  736/18
rise [7]  659/6 715/25
  718/6 719/8 724/15 726/10
  736/21
rising [1]  658/17
Ritcheson [5]  665/19 722/2
  722/16 724/1 731/17
RMR [1]  654/23
ROBINSON [2]  655/4 655/7
rolled [1]  732/11
room [1]  719/3
RPR [1]  654/23
rule [1]  719/14
rules [3]  671/6 671/7
  671/15
ruling [1]  717/11
rulings [1]  657/13

**S**

sabotaging [1]  720/9
said [17]  671/2 672/22
  673/2 673/11 673/13 676/16
  680/3 681/8 682/1 704/1
  711/22 712/13 723/8 723/9
  723/25 725/19 725/20
sales [2]  684/23 685/1
salesperson [1]  670/15
same [2]  708/24 709/7
SAN [1]  655/13
SANDRA [3]  654/23 737/14
  737/15
saw [3]  677/22 677/24
  677/24

say [10]  668/21 669/16
  675/23 675/25 690/16 697/2
  697/14 707/21 723/9 736/7
saying [9]  702/20 703/3
  704/18 708/18 709/9 712/25
  720/12 723/24 724/22
says [13]  662/15 666/22
  667/11 675/1 691/15 691/16
  694/5 708/25 710/25 714/1
  722/10 729/19 731/7
scanned [1]  704/20
scientific [1]  725/16
scope [2]  692/7 697/18
Scott [1]  717/13
scrubs [3]  697/7 697/10
  697/11
SEAN [1]  655/16
seated [3]  659/21 701/13
  718/8
seats [3]  659/11 716/4
  719/12
second [6]  674/13 696/7
  699/22 720/2 725/23 726/3
seconds [1]  715/22
secret [14]  696/13 720/15
  728/22 729/3 729/4 730/2
  730/4 730/7 732/7 732/23
  733/2 733/7 733/10 733/11
secrets [3]  696/19 728/24
  729/21
section [3]  667/1 685/18
  737/3
sections [1]  713/24
see [39]  667/1 667/1 668/2
  674/18 674/20 677/23 678/9
  679/22 680/1 686/21 687/10
  691/2 691/21 692/10 692/20
  693/25 694/13 695/2 696/16
  706/18 706/20 706/23
  706/24 707/1 707/4 707/18
  707/22 708/15 708/15
  708/24 709/4 709/9 709/16
  709/22 710/3 710/19 711/12
  711/16 711/21
seeking [1]  732/22
seemed [2]  664/10 667/20
seems [2]  666/24 727/14
seen [2]  661/7 728/7
selling [1]  686/5
send [7]  676/10 676/11
  676/13 696/13 704/1 707/20
  710/12
sends [2]  674/15 691/17
sense [7]  659/5 663/20
  664/4 664/9 664/12 664/16
  664/21
sent [34]  660/20 662/4
  662/12 666/1 666/14 673/1
  673/6 675/7 679/6 679/13
  681/22 682/10 682/16
  699/11 699/12 699/17
  699/18 702/15 702/17 703/7
  704/10 704/17 704/20
  707/22 708/3 708/10 708/21
  709/11 710/13 713/11
  713/20 714/5 714/17 715/9
sentence [5]  675/20 675/21
  696/9 733/13 733/13
separate [2]  729/3 736/24
SEPTEMBER [5]  654/18 657/1
  678/20 693/16 737/10
September 24th [1]  693/16

**S**

**September 9 [1]**   678/20
**series [1]**   662/18
**set [1]**   674/23
**SETH [1]**   655/7
**setting [3]**   694/19 697/9
   725/2
**settlement [1]**   728/8
**several [1]**   691/1
**shall [4]**   696/7 696/10
   707/3 714/2
**share [4]**   684/3 684/10
   684/12 684/15
**SHARON [1]**   655/12
**she [1]**   722/22
**she's [1]**   718/5
**Shepherd [2]**   691/7 708/6
**Shortly [1]**   682/9
**should [22]**   664/17 668/8
   668/12 668/13 668/15 676/9
   676/10 676/17 676/18
   680/17 681/4 681/17 686/10
   687/24 707/24 716/15
   716/16 727/18 727/19 729/5
   729/16 729/25
**shouldn't [2]**   686/12
   722/17
**show [8]**   660/24 679/10
   693/1 693/15 705/6 706/24
   721/23 722/1
**showed [3]**   686/14 686/17
   721/12
**showing [2]**   733/9 733/10
**shown [5]**   728/18 731/1
   731/2 732/6 732/10
**side [1]**   716/16
**sides [7]**   702/24 712/5
   712/20 713/2 716/21 727/1
   735/24
**sign [6]**   699/25 700/1
   700/8 704/1 704/4 706/22
**signature [6]**   699/9 700/18
   702/7 712/10 712/11 714/6
**signed [25]**   691/13 691/25
   698/13 698/14 698/16
   698/17 700/9 700/11 701/4
   702/20 704/9 704/19 704/21
   707/21 708/2 708/3 708/4
   708/10 708/14 710/12
   710/14 710/18 712/20
   713/13 715/16
**significant [1]**   730/3
**signing [1]**   703/5
**Silvadur [1]**   733/17
**similar [1]**   729/2
**since [3]**   719/2 726/16
   732/11
**SINGER [22]**   655/21 656/4
   657/20 659/17 659/20
   659/21 660/4 660/9 669/5
   669/17 690/8 707/17 707/17
   708/22 713/11 714/17 715/8
   728/4 728/4 731/5 731/8
   731/10
**Singer's [1]**   728/15
**sir [28]**   669/22 690/21
   692/10 693/13 693/19 694/3
   695/16 695/25 697/1 697/16
   701/24 702/1 702/4 702/16
   704/8 704/13 704/23 707/10
   708/1 708/15 709/25 710/4

710/13 710/20 711/18
711/20 712/10 714/15
**situation [1]**   716/20
**six [1]**   684/9
**skip [1]**   723/18
**small [1]**   689/23
**SMOAK [1]**   655/15
**so [64]**   657/13 657/14
   658/17 663/15 664/9 664/12
   664/16 664/18 664/22
   665/21 667/20 668/16
   668/16 669/2 669/5 669/15
   670/9 671/9 674/21 676/12
   676/20 677/2 677/19 679/17
   685/3 685/11 686/13 688/12
   688/13 688/15 692/1 696/12
   699/16 704/4 704/6 704/9
   706/2 706/7 706/24 709/13
   711/15 712/6 712/7 715/23
   716/17 716/19 716/21
   718/17 718/19 718/24
   720/12 721/14 721/17
   722/25 723/20 724/11 725/7
   725/17 726/20 728/7 733/9
   734/4 734/18 735/10
**solution [1]**   666/23
**some [23]**   660/16 663/23
   665/19 668/17 678/22
   686/21 687/3 687/3 687/5
   687/11 689/8 689/24 706/24
   709/1 714/8 715/16 718/17
   722/25 725/13 726/5 729/18
   735/23 736/5
**somebody [3]**   687/1 687/9
   707/13
**someone [1]**   678/22
**something [6]**   669/17
   672/15 687/24 713/2 719/22
   719/24
**sometimes [3]**   669/4 670/23
   670/25
**somewhere [2]**   657/23 675/8
**soon [5]**   673/10 674/17
   674/22 688/5 718/13
**Sooner [1]**   687/12
**sorry [27]**   662/2 664/20
   680/12 680/22 683/5 685/8
   689/1 690/25 692/4 695/11
   695/12 695/12 695/13 697/12
   705/2 705/14 705/14 709/5
   709/6 709/19 709/20 710/1
   711/2 722/24 723/2 725/17
   727/23
**sort [4]**   668/17 683/19
   683/19 683/20
**sought [3]**   730/12 730/19
   732/16
**sounds [1]**   681/10
**SOUTH [1]**   655/8
**spacing [2]**   707/1 707/4
**special [1]**   736/5
**specific [4]**   678/7 705/18
   707/24 733/13
**specifically [3]**   697/9
   730/12 730/19
**specs [3]**   680/18 681/5
   681/18
**speculation [1]**   677/11
**speculative [1]**   669/19
**SPI [24]**   660/17 663/21
   663/23 664/4 664/9 664/12
   664/16 664/21 668/12

668/15 670/19 672/5 678/22
688/15 688/17 688/25 692/15
710/25 713/20 720/7 721/7
728/9 728/21 730/19
**spring [1]**   695/1
**stage [1]**   718/15
**stamp [1]**   711/11
**stamped [1]**   711/15
**stamps [1]**   710/24
**stand [2]**   657/14 659/19
**standard [4]**   673/10 674/23
   678/5 694/19
**standard-setting [1]**
   694/19
**standards [5]**   657/11 673/2
   674/16 694/21 732/22
**star [1]**   659/12
**started [1]**   679/5
**starts [1]**   676/5
**startups [1]**   689/23
**state [1]**   658/2
**statement [9]**   666/19
   721/15 721/15 721/18
   721/19 721/20 722/1 723/16
   729/3
**STATES [3]**   654/1 737/4
   737/8
**status [5]**   719/20 719/23
   720/16 720/22 720/24
**stay [1]**   682/3
**stemmed [1]**   720/10
**stenographically [1]**   737/5
**step [7]**   657/19 683/20
   683/20 701/8 701/11 715/20
   726/23
**STEWART [1]**   655/15
**stiff [3]**   687/21 688/9
   688/17
**still [6]**   659/22 674/14
   701/14 709/22 711/15 729/4
**stopped [3]**   722/18 722/19
   731/16
**stops [1]**   733/17
**STRATEGIC [11]**   654/5
   654/12 655/3 690/14 691/6
   697/12 697/24 707/14
   708/11 732/16 733/3
**strategy [21]**   658/24
   663/21 663/25 666/2 666/20
   670/3 671/22 673/1 677/13
   683/11 693/5 693/17 728/3
   728/6 728/6 728/7 730/11
   731/12 732/8 732/20 732/20
**Street [2]**   654/24 655/13
**stricken [2]**   690/1 715/14
**strike [4]**   689/25 709/19
   709/20 715/13
**string [1]**   720/21
**studies [1]**   666/8
**studying [1]**   694/22
**subcategories [1]**   663/2
**subcommittee [1]**   705/22
**submission [1]**   705/5
**submit [4]**   705/21 728/21
   730/7 736/8
**submitted [4]**   657/9 703/22
   703/23 718/14
**sucked [3]**   688/7 688/8
   688/15
**sucks [2]**   688/18 689/4
**sued [2]**   697/21 697/24
**sufficient [4]**   705/6

**S**

sufficient... [3]  727/16
  728/2 729/15
suggest [2]  729/16 729/18
suggested [2]  667/20
  667/25
SUITE [4]  655/5 655/8
  655/13 655/17
sum [1]  680/7
summary [2]  679/6 679/20
superseded [1]  698/21
supervisor [1]  666/17
support [3]  729/1 731/19
  734/9
supports [1]  727/10
supposed [2]  720/15 722/19
sure [9]  658/14 674/19
  680/1 684/1 685/7 698/25
  699/14 717/8 720/2
survey [1]  734/3
Sustained [20]  669/20
  675/24 676/24 680/6 680/8
  680/20 681/20 681/23
  682/21 697/19 700/5 700/20
  702/13 704/15 710/22
  713/17 714/14 714/14 715/1
  715/12
sworn [2]  660/5 701/18
system [1]  720/18

**T**

tail [1]  671/23
take [17]  659/20 661/21
  673/18 679/12 682/14 687/4
  689/13 690/16 699/3 699/3
  700/10 705/5 706/20 710/24
  713/9 718/3 718/17
taking [8]  662/12 666/14
  682/15 683/4 683/13 702/5
  713/19 715/3
talk [9]  665/2 671/19
  715/22 716/25 718/16 719/6
  723/19 724/11 736/4
talked [2]  683/24 687/19
talking [5]  689/14 698/25
  721/4 726/4 734/18
Tapalaga [9]  691/2 691/11
  691/15 707/12 708/24 709/9
  709/13 710/7 715/7
target [3]  663/13 707/24
  730/20
technical [3]  683/8 683/11
  695/1
technologies [6]  654/8
  654/9 655/11 671/25 672/2
  672/12
technology [4]  670/20
  672/7 732/13 732/13
tell [1]  677/4
telling [3]  671/4 679/6
  714/8
Temple [1]  654/24
ten [1]  717/15
term [3]  667/10 688/20
  729/17
terminate [2]  696/7 714/2
terms [5]  658/6 667/5
  667/7 668/21 696/18
test [3]  673/10 693/10
  722/14
testified [12]  660/6

685/23 701/19 721/22 722/2
  722/12 723/3 726/17 730/17
  733/21 733/24 733/24
testify [3]  657/20 722/23
  723/19
testimony [13]  658/9
  658/10 679/1 701/2 712/13
  718/13 718/15 723/1 724/1
  728/18 731/17 733/16 734/3
testing [9]  721/11 721/13
  721/13 722/3 723/5 723/6
  723/8 723/10 732/20
testings [2]  731/21 731/21
textile [1]  695/1
than [10]  668/8 668/11
  687/12 692/15 696/19
  696/20 698/23 711/24
  718/17 732/4
thank [42]  658/13 659/4
  659/23 659/24 660/3 664/1
  664/3 669/1 676/25 677/18
  678/19 690/5 695/8 697/1
  697/2 698/2 700/16 700/21
  701/14 705/15 705/16
  706/11 706/14 706/15
  708/25 709/8 709/25 710/9
  714/15 715/19 717/21 718/2
  720/4 724/9 724/13 724/14
  726/9 726/21 732/5 736/9
  736/10 736/20
that [518]
that's [55]  657/13 658/1
  658/24 662/1 662/4 665/11
  665/25 666/22 667/12
  671/13 677/9 679/16 681/15
  687/6 688/9 690/17 690/23
  690/25 691/14 693/8 700/14
  701/2 703/19 708/22 710/2
  710/17 710/25 711/3 711/4
  711/12 717/25 718/17
  719/21 719/21 720/19
  720/24 721/23 723/13
  723/15 723/17 723/23
  723/22 726/22 727/10
  728/20 728/20 728/20
  728/25 729/22 729/23
  729/25 731/9 731/23 736/1
  736/6
their [16]  659/11 666/23
  670/2 670/3 686/9 702/22
  703/8 703/23 704/2 704/6
  720/11 728/23 728/24 732/7
  732/19 734/6
them [19]  664/2 668/8
  671/20 686/1 704/1 704/10
  704/18 704/20 705/7 708/5
  714/8 715/8 716/24 718/5
  720/7 720/17 728/22 731/3
  736/7
then [27]  659/20 662/23
  667/11 669/16 673/13
  683/24 684/20 685/18 687/9
  691/17 704/9 707/3 707/17
  708/19 709/13 709/18 710/1
  711/13 712/24 714/5 715/16
  715/22 722/16 728/8 728/8
  728/17 735/6
theories [2]  719/14 724/21
theory [7]  719/17 720/3
  720/5 725/9 725/12 725/14
  725/18
there [71]  657/8 658/7

659/19 662/23 663/20
  664/16 664/21 665/1 665/15
  665/16 667/8 667/15 669/15
  671/18 672/9 673/10 674/22
  679/16 684/2 684/9 686/1
  689/12 689/22 691/1 697/5
  698/7 698/12 698/12 698/14
  698/16 698/17 699/14
  700/25 701/22 702/2 705/21
  706/2 706/3 707/4 709/18
  710/6 711/21 712/3 712/7
  712/14 712/15 714/8 714/18
  716/21 721/1 721/11 721/12
  722/21 723/11 728/8 728/8
  728/20 729/6 729/15 730/10
  730/19 731/10 731/14
  731/15 731/16 733/2 733/9
there's [31]  657/15 658/8
  663/1 663/2 665/5 680/11
  700/13 700/18 703/15 705/6
  708/13 708/14 712/24 716/7
  716/12 717/23 721/17
  723/13 723/14 726/1 728/1
  728/5 729/3 729/4 729/16
  729/18 729/23 730/18
  732/15 735/17 736/1
Thereafter [1]  678/20
therefore [4]  733/2 733/18
  734/5 734/10
these [6]  666/19 672/20
  684/4 697/9 713/16 734/18
they [65]  663/24 664/5
  664/9 664/10 664/11 664/12
  664/13 664/16 666/20 667/3
  667/5 667/16 667/20 668/8
  668/12 668/16 668/17 670/3
  686/3 687/20 687/25 698/10
  702/20 703/2 703/3 703/5
  703/7 703/8 703/23 703/24
  704/1 704/4 704/6 704/18
  704/22 714/22 718/3 718/4
  720/9 720/21 721/14 721/18
  721/25 722/14 723/5 723/9
  727/15 728/5 728/6 728/9
  728/21 729/12 730/10
  730/12 730/20 730/21
  731/12 731/18 732/10
  732/11 732/12 733/4 733/5
  733/7 736/7
they're [6]  666/24 677/10
  677/14 677/15 707/16 736/7
they've [1]  734/6
thing [2]  674/10 736/5
things [2]  677/7 677/10
think [28]  661/3 663/23
  666/20 666/23 667/16
  667/18 669/12 669/13
  670/17 673/7 673/10 674/22
  677/9 677/13 677/14 680/10
  681/10 684/24 686/20 689/20
  689/12 695/22 699/24 712/7
  712/13 717/23 729/5 736/1
thinking [1]  659/3
third [3]  655/13 696/4
  720/13
this [98]
those [14]  657/12 663/2
  667/5 667/7 670/16 676/10
  692/25 725/7 726/7 726/8
  734/6 735/16 735/23 736/6
though [3]  661/7 669/21

**T**

though... [1] 691/25
thought [18] 657/18 663/24
 667/5 670/7 670/10 670/12
 671/13 671/22 676/12 678/2
 678/4 686/6 688/6 688/7
 688/15 688/17 688/21 702/9
thoughts [1] 730/6
thread [2] 679/14 679/15
three [7] 663/1 673/3
 674/16 684/3 684/12 731/1
 731/3
through [13] 671/5 671/15
 671/17 673/21 688/10
 691/21 693/8 693/18 705/9
 708/13 713/16 718/15 725/3
throughout [1] 697/15
thus [2] 733/14 733/19
till [1] 719/5
time [45] 658/15 658/20
 658/22 658/23 669/12
 669/14 672/5 674/19 674/20
 675/8 678/11 683/1 683/3
 683/21 684/7 684/18 684/22
 687/7 687/20 687/25 689/9
 689/14 689/15 689/20 690/3
 702/24 716/6 716/10 716/13
 716/15 716/17 716/19
 717/16 717/18 718/17
 718/18 720/1 723/18 723/20
 729/19 730/21 730/24
 731/22 733/7 734/8
timeline [1] 690/11
times [2] 658/15 676/10
timing [1] 706/19
Title [1] 737/4
to this [1] 700/1
today [5] 657/15 659/12
 659/13 712/13 718/19
together [1] 730/6
told [11] 658/15 670/4
 671/14 672/7 672/9 672/12
 672/19 677/3 704/6 716/18
 731/3
too [4] 665/19 667/3
 672/10 709/6
took [1] 708/9
top [4] 665/5 665/5 669/5
 690/25
touch [1] 687/4
touched [1] 688/6
towards [2] 668/5 735/24
TOWER [1] 655/17
TOWN [1] 655/16
trade [16] 696/13 696/19
 720/15 728/24 729/3 729/4
 729/21 730/2 730/3 730/7
 732/7 732/23 733/6 733/7
 733/10 733/11
transcript [3] 654/16
 737/5 737/6
Transfer [1] 725/1
trial [4] 654/16 656/17
 658/22 734/9
tried [1] 716/19
trouble [1] 725/19
true [17] 663/20 664/4
 666/21 673/3 680/3 680/4
 680/15 680/18 681/2 682/12
 682/23 687/14 688/5 689/17
 689/19 721/15 737/4

truthful [2] 733/23 734/2
try [3] 665/19 677/20
 720/17
trying [3] 670/20 679/23
 720/21
turn [3] 665/3 696/3 707/6
two [17] 670/21 684/3
 684/9 685/6 685/12 685/13
 707/2 711/12 711/24 712/4
 712/15 716/13 716/16
 726/18 728/21 729/19
 729/21
two-year [3] 712/15 729/19
 729/21
type [3] 676/12 725/16
 725/22
types [2] 672/20 697/10
typewriter [1] 676/15
typically [3] 668/20 677/6
 686/5
typing [2] 676/20 676/21

**U**

U.S [2] 654/3 654/23
unable [1] 732/7
UNCAS [2] 656/8 701/17
under [13] 659/22 683/25
 684/2 684/2 694/9 696/6
 701/14 705/5 715/3 730/13
 730/18 731/20 736/24
understand [12] 657/15
 658/8 668/11 685/7 687/8
 688/1 703/18 704/17 714/18
 717/11 717/14 717/19
understanding [1] 702/2
understood [2] 704/12
 715/8
uniform [1] 670/19
UNITED [3] 654/1 737/4
 737/8
until [6] 696/13 697/2
 724/19 719/3 732/18 736/22
up [28] 658/7 658/10
 660/10 663/19 664/5 664/13
 664/17 664/22 667/14
 667/17 668/8 668/12 668/16
 671/10 673/9 674/14 674/22
 676/9 687/1 690/10 707/23
 708/6 708/21 716/16 720/8
 720/17 720/25 727/16
up-end [1] 671/10
updated [1] 710/9
upon [2] 703/25 733/16
URA [1] 675/14
us [9] 667/8 667/19 672/2
 672/9 686/8 692/19 710/12
 712/17 716/8
use [9] 658/19 658/23
 659/2 671/17 675/17 688/20
 689/4 729/13 733/11
used [10] 667/5 670/13
 676/1 688/18 717/18 719/25
 720/6 720/7 720/17 729/14
using [4] 671/8 720/17
 720/19 729/13
usurp [1] 672/7
utilize [1] 683/8
utilized [1] 728/22

**V**

valued [1] 682/16
various [1] 666/8

VERDE [5] 655/15 656/5
 656/11 656/11 656/14
version [7] 704/19 704/22
 708/10 708/11 712/23 733/1
 733/1
versions [2] 708/10 712/18
very [19] 660/10 664/5
 667/6 667/13 667/16 670/13
 670/14 671/25 677/20 683/1
 683/2 686/4 687/22 706/7
 717/14 718/2 725/25 729/14
 731/11
VESTAGEN [33] 654/8 654/9
 655/10 656/3 660/10 660/17
 660/21 662/15 663/20
 663/21 664/6 664/21 665/23
 667/13 668/12 668/16 670/2
 677/13 680/3 685/24 686/8
 689/7 689/11 689/21 690/14
 707/16 711/1 711/4 711/15
 711/18 732/6 732/15 734/3
Vestagen's [1] 677/9
VESTEX [5] 686/15 686/21
 689/10 707/23 710/25
VESTEX-SPI [1] 710/25
vice [3] 665/11 666/15
 667/23
view [3] 660/11 670/3
 670/23
VINCE [1] 655/15
violated [1] 720/17
violation [3] 692/16
 728/22 728/23
vision [1] 671/12
VOLUME [1] 654/17
VON [1] 655/5
VP [1] 665/10

**W**

WACKER [1] 655/8
wag [1] 671/23
wait [7] 664/17 667/25
 668/9 668/13 668/16 699/22
 715/23
walls [1] 726/3
want [26] 658/1 658/14
 659/15 660/24 661/15 667/8
 667/9 667/18 687/9 692/25
 713/9 716/25 717/12 719/6
 719/13 720/2 720/3 722/5
 723/15 725/6 726/20 727/12
 730/15 732/2 734/19 736/16
wanted [4] 717/23 717/24
 723/21 728/9
wants [2] 669/17 728/16
warned [2] 674/15 717/16
was [265]
wasn't [6] 660/25 676/7
 676/8 687/17 712/20 723/14
wasting [1] 716/13
way [12] 660/25 667/3
 670/5 670/7 671/11 672/1
 674/24 675/4 677/16 681/25
 716/12 735/3
ways [1] 659/20
we [78] 658/19 658/20
 658/22 658/23 661/7 662/1
 664/2 667/9 667/25 672/1
 672/6 674/15 677/6 678/14
 678/14 679/1 680/17 681/4
 681/17 683/1 683/20 684/1
 684/20 684/20 686/4 686/5

Case 2:16-cv-05900-RGK-PLA  Document 183  Filed 12/02/17  Page 101 of 102  Page ID #:...

**W**

we... **[52]**  686/6 686/7
686/9 687/3 687/22 687/22
687/24 690/10 691/16 692/3
694/23 696/3 696/13 700/11
701/2 702/21 703/22 703/24
703/25 706/6 706/6 706/6
708/5 709/1 710/1 710/11
711/14 712/2 712/17 713/2
713/16 716/19 717/1 717/3
717/12 721/9 723/18 723/24
723/25 724/11 724/23
724/23 726/8 726/15 727/19
728/21 730/3 730/7 730/8
732/7 734/2 734/5
**we'd [1]**  717/12
**we'll [7]**  667/25 715/22
718/21 718/22 724/16
734/15 735/6
**we're [6]**  659/18 659/19
677/6 677/16 718/14 726/16
**we've [7]**  658/6 658/7
698/21 717/16 717/16 731/1
731/2
**wear [2]**  672/20 687/25
**wearing [1]**  688/10
**week [2]**  677/20 692/1
**well [36]**  658/15 664/11
665/16 673/9 674/21 676/16
680/3 682/3 682/23 685/6
686/9 686/21 687/13 688/2
689/13 689/14 693/19 699/3
699/9 700/10 700/18 700/22
701/14 702/21 708/8 710/24
711/20 712/8 712/10 721/22
721/23 723/17 725/12
725/19 725/23 735/8
**Wendell [14]**  665/17 666/17
668/24 668/25 669/2 669/3
669/10 669/12 669/17 679/3
679/9 679/15 693/24 694/5
**went [5]**  703/23 713/16
716/18 716/19 733/7
**were [60]**  657/8 657/8
658/17 663/19 663/23 664/2
664/5 664/9 664/12 664/13
664/16 665/16 667/3 667/5
667/13 667/16 670/3 670/10
670/12 671/18 672/1 672/2
672/3 672/6 672/9 676/20
676/21 679/18 683/20 684/4
685/1 685/8 686/1 686/4
686/5 687/20 687/22 690/12
691/9 695/16 698/10 698/12
698/12 698/13 699/14
699/18 701/3 701/22 701/22
703/25 705/18 705/21
705/22 717/4 720/21 724/21
728/19 732/11 732/12 733/4
**weren't [1]**  723/9
**WESTERN [1]**  654/2
**what [71]**  657/17 658/5
658/15 661/15 665/8 666/22
668/21 670/14 671/4 671/13
674/7 676/20 677/6 677/15
678/2 678/4 679/6 679/20
679/24 679/24 681/15 682/5
683/16 683/18 683/20 685/1
686/3 686/8 686/17 687/25
698/25 700/24 703/6 705/21
706/7 708/1 708/8 708/17

710/17 711/2 712/25 716/20
719/11 720/17 720/17 720/22
720/5 720/12 720/15 721/10
721/25 721/25 722/5 722/6
722/22 722/25 723/8 723/15
724/4 724/20 724/22 725/18
726/4 728/14 729/3 730/4
730/8 731/3 732/7 732/10
736/6
**what's [2]**  724/10 730/17
**whatever [1]**  658/16
**whatever's [1]**  735/6
**when [19]**  660/9 661/1
663/19 667/18 670/2 671/14
671/22 686/13 689/19
694/21 704/17 706/4 709/2
710/25 715/7 721/13 730/10
731/11 735/25
**where [20]**  657/21 670/18
672/1 676/10 677/16 682/1
686/4 699/13 708/21 709/5
710/8 714/1 715/7 719/23
720/10 725/19 728/5 728/21
730/18 731/2
**whether [6]**  695/25 701/1
705/6 730/1 731/10 731/24
**which [35]**  661/12 666/1
667/11 678/5 679/17 679/17
681/7 685/5 685/19 689/14
692/13 693/4 693/15 693/17
693/23 699/18 703/2 711/13
720/21 720/25 724/5 728/9
729/5 729/12 729/16 729/25
730/5 730/6 730/11 730/12
731/1 731/2 731/21 732/18
733/1
**while [1]**  730/21
**who [10]**  663/24 665/16
666/17 672/9 679/8 691/4
721/22 723/4 732/13 733/24
**who's [2]**  691/7 707/13
**whole [4]**  671/11 671/11
674/10 708/16
**why [7]**  676/1 676/1 677/5
720/3 723/16 723/17 724/10
**widespread [3]**  680/16
681/3 681/16
**will [42]**  657/6 659/10
662/9 666/11 673/10 674/16
674/22 682/3 685/20 690/1
694/20 700/2 700/6 703/16
711/11 715/14 716/2 719/10
734/10 734/14 734/15
734/16 734/16 734/16
734/16 734/17 734/17 735/1
735/2 735/12 735/12 735/13
735/14 735/15 735/19
735/19 735/20 735/21
735/22 735/22 735/24 736/8
**willing [1]**  686/10
**wish [1]**  657/15
**withdraw [1]**  722/23
**withdrawn [1]**  678/20
**within [7]**  663/21 663/23
664/4 664/9 664/12 664/16
664/21
**without [1]**  729/12
**witness [3]**  658/6 659/18
659/19
**witnesses [7]**  656/3 717/3
717/5 717/12 717/16 717/23
725/17

**won't [1]**  697/2
**word [6]**  670/13 675/6
675/17 675/21 688/18 689/4
**words [3]**  676/21 688/7
689/4
**work [6]**  670/8 685/25
719/20 720/16 720/23 723/3
**worked [3]**  670/5 671/11
672/2
**workers [1]**  686/11
**working [5]**  673/2 706/2
706/3 706/4 721/9
**world [7]**  670/5 670/18
670/19 670/24 672/13
678/11 678/14
**worlds [2]**  670/21 670/23
**worth [1]**  659/1
**would [35]**  657/14 657/14
669/3 671/11 671/23 672/19
672/20 678/2 684/3 684/9
685/13 686/7 686/9 686/25
687/1 687/4 697/14 702/2
706/5 709/15 719/19 721/23
726/1 727/15 728/25 729/12
729/18 729/20 729/21 730/5
730/6 731/15 731/16 731/18
731/21
**wouldn't [2]**  667/5 667/9
**wrapped [1]**  716/16
**writing [1]**  736/17
**written [6]**  661/5 696/14
712/1 712/3 712/8 736/15

**Y**

**yeah [17]**  666/10 667/23
669/9 669/12 671/8 673/6
677/24 678/15 679/14 680/7
687/3 687/7 689/22 705/4
707/11 708/16 735/2
**year [15]**  684/2 684/9
684/12 684/15 685/3 685/3
685/5 685/6 685/6 685/11
685/11 685/13 712/15
729/19 729/21
**years [5]**  673/3 674/16
711/24 731/1 731/3
**yes [129]**
**yesterday [1]**  716/13
**yet [5]**  661/7 675/11
678/11 705/25 706/2
**you [418]**
**you were [1]**  658/17
**you'd [2]**  687/9 719/6
**you'll [2]**  707/1 719/5
**you're [17]**  658/3 658/17
659/22 686/25 697/6 701/14
706/25 708/18 712/25 716/9
716/12 720/12 722/18
724/22 726/4 727/23 730/10
**you've [6]**  672/24 708/21
717/18 718/24 719/2 735/9
**your [131]**
**Your Honor [45]**  657/19
657/22 658/19 659/2 659/5
661/9 662/8 666/5 666/7
678/17 683/14 683/15
685/14 685/19 698/20
700/13 700/23 701/6 703/12
703/14 706/13 713/5 714/11
714/23 715/11 716/8 716/10
717/6 717/19 717/25 721/5
722/22 723/2 723/17 724/5

**Y**

**Your Honor... [10]**   726/8
  728/1  729/5  730/14  730/18
  731/5  731/9  731/14  734/22
  736/11
**yourself [1]**   713/23
**yourselves [1]**   719/1