1          UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

3        HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

4                       –  –  –

5   STRATEGIC PARTNERS, INC.,        )
                                     )
6                      PLAINTIFF,    )
                                     )
7           vs.                      ) No. CV16-5900 RGK (PLAx)
                                     )
8   VESTAGEN PROTECTIVE TECHNOLOGIES,)
    INC.,                            )
9                                    )
                    DEFENDANT.       )
10  _____)
                                     )
11  VESTAGEN PROTECTIVE TECHNOLOGIES,)
    INC.,                            )
12                                   )
                    COUNTER-CLAIMANT,)
13                                   )
            vs.                      )
14                                   )
    STRATEGIC PARTNERS, INC.,        )
15                                   )
                    COUNTER-DEFENDANT.)
    _____)
16

17          REPORTER'S TRANSCRIPT OF JURY TRIAL

18          DAY 1, VOLUME II; PAGES 94-183

19             LOS ANGELES, CALIFORNIA

20          TUESDAY, SEPTEMBER 19, 2017

21                  1:32 P.M.

22       _____

23       CINDY L. NIRENBERG, CSR 5059, FCRR
              U.S. Official Court Reporter
24             350 W. 1st Street, #4455
                 Los Angeles, CA 90012
25                *www.msfedreporter.com*

```
1    APPEARANCES OF COUNSEL:

2

3    FOR THE PLAINTIFF/COUNTER-DEFENDANT STRATEGIC PARTNERS, INC.:
                         MICHELMAN & ROBINSON
4                        BY: MONA Z. HANNA, ATTORNEY AT LAW
                         17901 VON KARMAN AVENUE, SUITE 1000
5                        IRVINE, CA 92614
                         714-557-7990
6

7                        MICHELMAN & ROBINSON
                         BY: SETH E. DARMSTADTER, ATTORNEY AT LAW
8                        100 SOUTH WACKER DRIVE, SUITE 2900
                         CHICAGO, IL 60606
9                        312-706-7746

10

11

12   FOR THE DEFENDANT/COUNTER-CLAIMANT VESTAGEN PROTECTIVE
     TECHNOLOGIES, INC.:
13                       ERICKSEN ARBUTHNOT
                         BY: SHARON L. HIGHTOWER, ATTORNEY AT LAW
14                       152 NORTH THIRD STREET, SUITE 700
                         SAN JOSE, CA 95112
15                       408-286-0880

16

                         OGLETREE DEAKINS NASH SMOAK & STEWART
17                       BY: VINCE M. VERDE, ATTORNEY AT LAW
                             SEAN PAISAN, ATTORNEY AT LAW
18                       PARK TOWER
                         695 TOWN CENTER DRIVE, SUITE 1500
19                       COSTA MESA, CA 92626
                         714-800-7900
20

21

22   ALSO PRESENT:
                         MIKE SINGER, STRATEGIC PARTNERS, INC.
23
                         BEN FAVRET, VESTAGEN PROTECTIVE
24                                 TECHNOLOGIES, INC.

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1                       I N D E X

 2

 3   PLAINTIFF'S WITNESSES:                    PAGE

 4   U. BEN FAVRET, III

 5       DIRECT BY MS. HANNA                    99

 6

 7   MARC LESSEM

 8       (BY VIDEOTAPED DEPOSITION)            140

 9

10   J.D. SPANGLER

11       (BY VIDEOTAPED DEPOSITION)            140

12

13   RENATA RITCHESON

14       DIRECT BY MS. HANNA                   141

15       CROSS BY MS. HIGHTOWER                170

16       REDIRECT BY MS. HANNA                 177

17       RECROSS BY MS. HIGHTOWER              179

18

19   DIANE RAINES

20       (BY VIDEOTAPED DEPOSITION)            181

21

22   FURTHER PROCEEDINGS                       PAGE

23   DISCUSSION HELD OUTSIDE PRESENCE OF JURY  182

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1                          E X H I B I T S

2       TRIAL EXHIBITS                           ADMITTED

3       24                                          117

4       73                                          180

5       74                                          180

6       91                                          180

7       94                                          180

8       103                                         124

9       206                                         154

10      207                                         156

11      244                                         159

12      246                                         161

13      248                                         164

14      249                                         165

15      292                                         126

16      293                                         127

17      299                                         130

18      327                                         111

19      332                                         114

20      335                                         169

21      344                                         146

22      345                                         147

23      346                                         148

24      355                                         140

25      356                                         140
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1            LOS ANGELES, CALIFORNIA; TUESDAY, SEPTEMBER 19, 2017

 2                              1:32 P.M.

 3                           - - - - -

 4        (Jury in at 1:32 P.M.)

 5            THE COURT:  Okay.  The record will reflect that all

 6   of the members of the jury are in their respective seats in the

 7   jury box.  And, ladies and gentlemen, you've heard the opening

 8   statements, you've heard the instructions, now we get to the

 9   good part and that's what the evidence is, the testimony of

10   witnesses that you're to use to determine what the facts are.

11            You ready to go?

12            THE JURY:  Yes.

13            THE COURT:  Okay.  Let's do it.

14            Counsel, do you want to call your first witness.

15            MS. HANNA:  Thank you, Your Honor.  We'd like to call

16   Ben Favret under 611(c).

17            THE CLERK:  Please raise your right hand.

18            Do you solemnly swear that the testimony you shall

19   give in the matter now before this Court shall be the truth,

20   the whole truth, and nothing but the truth, so help you God?

21            THE WITNESS:  Yes, ma'am.

22            THE CLERK:  Thank you.  You may be seated.

23            May I please ask that you state your full name for

24   the record and spell your last name.

25            THE WITNESS:  Uncas Benjamin Favret, III.  F, as in
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    Frank, A, V, as in Victor, R-E-T.

2              THE COURT:  Okay, Counsel.  You may inquire.

3                      U. BENJAMIN FAVRET, III,

4                    having been first duly sworn,

5                       testified as follows:

6                        DIRECT EXAMINATION

7    BY MS. HANNA:

8    Q.    Good afternoon, Mr. Favret.

9    A.    Good afternoon.

10   Q.    Sir, is it correct that you are the founder of Vestagen?

11   A.    Yes, ma'am.

12   Q.    Vestagen was founded in 2009; is that correct?

13   A.    Correct.

14   Q.    I thought I heard your counsel in opening statements say

15   that Vestagen met with Baptist Hospital in 2001.  Is that

16   accurate?

17   A.    No.  I think she misspoke.

18   Q.    When did Vestagen first roll out its first product?

19   A.    I believe it was late -- or early 2010 is when we actually

20   got product.

21   Q.    And, sir, is it correct that your educational background,

22   your degree, is in marketing?

23   A.    It is.

24   Q.    You do not have any degrees in microbiology, do you?

25   A.    No, ma'am.

1   Q.   You do not hold yourself out as a microbiologist; is that

2   right, sir?

3   A.   I do not.

4   Q.   You do not hold any degrees in any field of science; is

5   that true, sir?

6   A.   That is correct.

7   Q.   And you do not hold any professional certifications

8   either; is that correct, sir?

9   A.   I don't know what would be classified as a certification.

10  I've had a lot of training classes and such in areas of

11  infectious disease and disease management, things like that.  I

12  don't know what you mean specifically by "certification,"

13  but --

14  Q.   Well, let me ask you, sir, do you hold yourself out as a

15  scientist?

16  A.   As a scientist, no, ma'am.

17  Q.   Do you hold yourself out as an expert in disease control?

18  A.   I think in certain areas of what this case is about, we've

19  done more research and are more knowledgeable than probably

20  anybody in the world.

21  Q.   So you do hold yourself out as an expert in disease

22  control?

23  A.   Disease control, no.

24  Q.   Infection control?

25  A.   I didn't say that, no.

```
 1   Q.   Okay.  Thank you.

 2             In fact, sir, in this case, you remember that we

 3   had -- Strategic Partners had requested that Vestagen designate

 4   someone regarding the evidence and medical science behind the

 5   Vestagen VESTEX fabric.  Now, the VESTEX fabric, that's the

 6   fabric that you use to make the Vestagen scrubs, right?

 7   A.   Correct.

 8   Q.   Okay.  And when questioned about who from Vestagen would

 9   be that corporate representative that talks about the evidence

10   of the medical science behind Vestagen, you defer to Dawn

11   Clarke; isn't that true, sir?

12   A.   I think in certain areas, specifically on the technical

13   textile application part, Dawn is probably more qualified than

14   I.  On the actual research that we conducted with the

15   technology in hospitals and as well as in laboratory settings,

16   I would be more qualified.

17             When you say "medical science," I'm not sure exactly

18   how you're interpreting that I guess is the -- is my

19   understanding.

20   Q.   Sir, do you remember your deposition being taken in this

21   case?

22   A.   I do.

23   Q.   Do you remember being sworn to tell the truth in that

24   deposition?

25   A.   Yes, ma'am.
```

1   Q.   Do you remember being instructed that when you testify at

2   deposition under oath, it carries with it all the same

3   penalties, including the penalty for perjury, as if you had

4   testified in a court of law before a judge and a jury?

5   A.   Yes, ma'am.

6   Q.   And do you recall that in your deposition, you were asked

7   as to whether or not you would defer to Dawn Clarke on the

8   evidence and medical science behind properties and abilities of

9   Vestagen VESTEX fabric?

10  A.   I think there was a misunderstanding of the question.

11  I -- I'm not following you.  I'm sorry.

12       MS. HANNA:  Your Honor, I'd like to read from

13  Mr. Favret's deposition, Volume I, page 22, line 23, to line

14  23 -- I'm sorry.  Page 22, line 23, to page 23, line 6.

15       THE COURT:  You may read.

16       MS. HANNA:  Thank you.

17       "Question:  Evidence of medical science behind" --

18       THE WITNESS:  I can't see this at all.

19       THE COURT:  That's okay.

20       THE WITNESS:  Okay.

21       THE COURT:  She's reading now.

22       Go ahead.

23       MS. HANNA:

24       "Question:  Evidence and medical science behind the

25            properties and abilities of Vestagen VESTEX fabric.

1            "Answer:  On the -- the -- again, I'm not a textile

2            chemist nor am I an operator of the equipment.

3            "Question:  Is there an employee at Vestagen who is a

4            textile chemist?

5            "Answer:  I believe Dawn Clarke is."

6    BY MS. HANNA:

7    Q.   Were you being truthful when you so testified, sir?

8    A.   Relative to the textile chemistry and the application

9    methods, Dawn is more qualified than I.

10           THE COURT:  Okay.  Let me interrupt at this time.

11           Ladies and gentlemen, deposition testimony has been

12   read to you.  Deposition testimony is testimony taken before

13   trial and it's under oath, and when it's read in court, it's to

14   be treated by you the same as if whoever was giving the

15   deposition was testifying here in court.  So that's how it is

16   to be handled.

17           Okay.  Next question, Counsel.

18           MS. HANNA:  Thank you, Your Honor.

19   BY MS. HANNA:

20   Q.   Is it correct, Mr. Favret, that Vestagen markets its

21   VESTEX scrubs as a medical device?

22   A.   It is.

23   Q.   And is it true that you market your VESTEX scrubs as a

24   medical device that prevents infection?

25   A.   We don't say that VESTEX is directly related to preventing

1   an infection.

2   Q.   Isn't it true, sir, that you advertise at Vestagen that

3   VESTEX is an important part of an infection control strategy?

4   A.   I think if you -- what our research says -- the

5   conclusions of our research is that part of a horizontal

6   infection prevention program that includes bioburden reduction

7   using hand sanitizers, using patient mobilization and

8   elevation, surface disinfection, that VESTEX is an added part

9   of that bundled.

10          Hand sanitizers, surface cleaners, they're all part

11   of doing those things, reducing the level of contamination on

12   your hands or in the environment.   VESTEX is another one of

13   those strategies is what we talk about, and that's what, in

14   fact, it says in our research.

15   Q.   Let me ask you, do you agree or disagree with this

16   statement:   VESTEX does not reduce germs in a hospital setting?

17   A.   "VESTEX does not reduce germs in a hospital setting."   On

18   the clothing, it has been shown to reduce -- if the clothing is

19   in a hospital setting, the clothing has been shown in a

20   controlled, randomized, double-blinded study that was published

21   in infection control and hospital epidemiology to reduce the

22   level of methicillin-resistant staph specifically on the

23   apparel both at the beginning of the shift as well as the end

24   of the healthcare worker's shift.

25   Q.   Mr. Favret, let me --

```
 1   A.    That's what the evidence says.

 2   Q.    I'll just read you the statement again.

 3         As the statement stands, do you agree or disagree

 4   with it.  "VESTEX does not reduce germs in a hospital setting."

 5         Yes or no, sir?

 6   A.    Ma'am, I don't have any context to just that one

 7   statement.  I think that would be part of the --

 8         THE COURT:  Well, you already explained it in the

 9   last answer.

10         THE WITNESS:  Yeah.

11   BY MS. HANNA:

12   Q.    Let me try this one.  Yes or no --

13         THE COURT:  It's all right, Counsel.

14         You've already explained it on the last question --

15   in your answer to the last question.

16         Now, next question, Counsel.

17         MS. HANNA:  Thank you, Your Honor.

18   BY MS. HANNA:

19   Q.    Here's another statement, sir.  Do you agree or disagree.

20   "There is no scientific study saying that VESTEX protects

21   healthcare workers from illness or disease."

22         Is that a true statement?

23   A.    Yes.

24   Q.    Thank you.  Sir, do you advertise that VESTEX fabrics is a

25   registered FDA Class I medical device?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1    A.    We do.

 2    Q.    And is it, in fact, a false statement?

 3    A.    No, it's -- if you go to the FDA website right now, it is

 4    registered.

 5    Q.    Isn't, in fact, what is registered with the FDA website

 6    the surgical suit?

 7    A.    The product registered is the product that -- the VESTEX

 8    scrubs that we sell.  The FDA classifies it as product category

 9    FXO, which is their designation, not ours, for the product

10    category, and that's where they told us the appropriate

11    designation was.

12    Q.    Well, let me ask you, sir, to look at -- and this should

13    be in Volume III -- Exhibit 336.  If I could ask you to take a

14    look at that, please.

15    A.    Say the number again, please.

16    Q.    It's Exhibit 336, and you'll find the exhibit number down

17    at the bottom right-hand corner.

18          I'm sorry.  It should be Strategic Partners Volume

19    III.  That looks like Vestagen's Volume III.

20          MS. HANNA:  Your Honor, this is an FDA --

21          THE WITNESS:  1 of 8, 2 of 8, 3 of 8.

22          THE COURT:  She'll get it for you.

23          THE WITNESS:  Okay.

24          MS. HANNA:  This is a printout of an FDA website,

25    Your Honor.  Is there an objection to it?  If not, maybe we can

```
 1    post.
 2               THE COURT:  I don't know.
 3               Any objection to it being published?
 4               MS. HIGHTOWER:  Yes, Your Honor.
 5               THE COURT:  Okay.
 6               THE WITNESS:  What's the number again?  I'm sorry.
 7               MS. HANNA:  336.
 8               MS. HIGHTOWER:  336.
 9               THE WITNESS:  336.  Okay.
10    BY MS. HANNA:
11    Q.   Do you recognize this document, sir?
12    A.   Yeah.  It looks like a snapshot of the FDA web page.
13    Q.   And at the bottom, there is a URL address that identifies
14    that it was downloaded from an FDA website?
15    A.   Correct.
16               MS. HANNA:  Your Honor, I'd like to move this into
17    evidence.
18               MS. HIGHTOWER:  Objection, Your Honor.  We don't
19    believe there's been -- foundation has been established.
20               MS. HANNA:  It's a self-authenticating document.
21               THE COURT:  Now, you're testifying as to what that
22    document is.  What's the basis of that document?  Are you
23    familiar with those documents?
24               THE WITNESS:  She asked the question --
25               THE COURT:  No, no.  My question is you identified
```

```
 1    what document you were looking at.

 2              THE WITNESS:  Right.

 3              THE COURT:  Was that just because you're reading it

 4    or are you familiar with that document and you know where it

 5    comes from?

 6              THE WITNESS:  No, this is the VESTEX FDA registration

 7    and device list.

 8              THE COURT:  And this is what you testified earlier

 9    about how they rated it?

10              THE WITNESS:  Correct.  This is --

11              THE COURT:  It came from that document?

12              THE WITNESS:  Well, this is the FDA's report of what

13    we had submitted to them and how they register and list our

14    company and product.

15              THE COURT:  Okay.  Concerning what you had just

16    testified to?

17              THE WITNESS:  Yes, sir.

18              THE COURT:  Okay.  Overruled.

19              MS. HANNA:  Thank you, Your Honor.  May we publish?

20              THE COURT:  Yes.

21              MS. HANNA:  Could I please ask for 336 to be on the

22    monitor.

23    BY MS. HANNA:

24    Q.   And if we go to the top portion of that section and blow

25    it up so that we can take a look at it, that's the FDA
```

1   registration for Vestagen's filing, correct?

2              THE COURT:  If you know.

3              THE WITNESS:  Correct.

4   BY MS. HANNA:

5   Q.   And it has the proprietary name as VESTEX and then the

6   classification name, the name of what is being registered, sir.

7   Do you see that?

8   A.   Yes.

9   Q.   What does that say?

10  A.   "Suit, surgical."

11  Q.   Correct.

12             Sir, isn't it true that what has been registered with

13  the FDA is a surgical suit?

14             THE COURT:  If you know.

15             THE WITNESS:  The surgical suit and a surgical scrub

16  are synonymous.  They're one and the same thing.

17             THE COURT:  Okay.  Next question.

18             THE WITNESS:  It's how the product is --

19             THE COURT:  Excuse me.

20             THE WITNESS:  -- by the FDA.

21             THE COURT:  Next question.

22  BY MS. HANNA:

23  Q.   Sir, isn't it true that you rolled out -- Vestagen rolled

24  out its operating scrubs in March of 2015?

25  A.   We've had -- our original product we brought to the market

```
 1    was operating room scrubs.

 2    Q.   So there was no press release in March of 2015 stating

 3    that a new item was going to be issued that's a surgical scrub?

 4    A.   It was a new product, a new fabric with different design

 5    parameters.

 6    Q.   Can I ask you to take a look at Exhibit 327, please.  It

 7    should be in Volume S-III.

 8              THE CLERK:  Are you finished with this volume?

 9              MS. HANNA:  I believe so.  Thank you.

10              THE WITNESS:  Oh, this is a different one.

11              MS. HANNA:  No.  It should be S- -- I'm sorry.  It

12    should be in the black volume, Volume III.

13    BY MS. HANNA:

14    Q.   And I'm going to ask you to turn to Exhibit 327, please.

15              Are you familiar with this document, sir?

16    A.   Yeah.  It looks like a press release.

17    Q.   It's a Vestagen press release, correct?

18    A.   Yes.

19    Q.   Is this a press release that you would have reviewed and

20    approved?

21    A.   Most likely.

22              MS. HANNA:  Your Honor, I'd like to move this into

23    evidence.

24              THE COURT:  It will be received.

25         (Trial Exhibit 327 admitted into evidence.)
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              MS. HANNA:  Thank you.

 2              Can we go ahead and put that up.

 3              THE COURT:  Yes.

    BY MS. HANNA:

 4

 5   Q.   And can we just take a look at the title of this press

 6   release by Vestagen:  VESTEX now available in operating room

 7   scrubs.

 8              Do you see that, sir?

 9   A.   Uh-huh.

10   Q.   Does that refresh your recollection that, in fact,

11   operating room scrubs were not rolled out by Vestagen until

12   March of 2015?

13   A.   That type of scrub, which was a hundred percent polyester

14   fabric versus our polycotton fabric is what we were talking

15   about here, and it had -- it was a product that we were

16   specifically marketing at a different price point for the

17   operating room, but we had a polycotton operating scrub that

18   was our original product that we launched with.

19   Q.   Okay.  So are you saying that all of the VESTEX scrubs are

20   operating scrubs?

21   A.   Are all operating scrubs?

22   Q.   No, sir.  I will restate the question.  Maybe I misstated

23   it.

24              Are you saying that all of Vestagen's scrubs are

25   operating scrubs -- operating room scrubs?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   A.   They can be used potentially by people in the operating

2   room.

3   Q.   So you're saying that --

4   A.   Any scrub in the market could be used.  I'm not following

5   the question.  I'm sorry.

6   Q.   So are you saying that the scrubs that Vestagen sells, the

7   nurse's tops and the pants, those can be just -- you can walk

8   right into the operating room with them?  That's what you're

9   calling the surgical scrub?

10  A.   There are scenarios -- there are hospitals that the

11  employees wash and launder their operating room scrubs at home.

12  There are other hospitals that they're laundered by an

13  industrial laundering facility.  It depends on the individual

14  hospital.

15  Q.   Is it your testimony, sir, that all of the Vestagen scrubs

16  that are made with VESTEX fabrics are considered operating room

17  scrubs?

18  A.   I don't know what you consider operating room scrubs.  I'm

19  really having a hard time following your questioning.

20  Q.   Well, let me ask you if -- let me see if this will clarify

21  it.

22          Is it true that Vestagen has been advertising that

23  the VESTEX fabric is an FDA registered Class I medical device?

24  A.   The fabric itself?

25  Q.   Yes, sir, the fabric itself.

1 A. We talk about the product and the fabric used in the

2 product as a registered device.

3 Q. Let me ask it again, sir.

4    Does Vestagen advertise that the VESTEX fabric is a

5 registered Class I FDA medical device?

6 A. The fabric used in the garments, yes.  I don't think --

7 and maybe we did someplace I'm -- I wasn't aware of it, but the

8 fabric used in the garments is, in fact, an FDA registered

9 medical device.

10 Q. And so Vestagen doesn't hesitate, then, to advertise that

11 their fabric is an FDA registered medical device?  That's

12 something you --

13 A. The product made with the fabric is an FDA registered

14 device, not the fabric itself.

15 Q. No, sir.  It's very important that I'm being clear in my

16 question.  I'm not asking about the surgical scrubs or even the

17 scrubs.  I'm asking if Vestagen advertises that the fabric, the

18 VESTEX fabric is a Class I FDA medical device.  Yes or no?

19    THE COURT:  The fabric by itself?

20    MS. HANNA:  Yes, the VESTEX fabric.

21 BY MS. HANNA:

22 Q. Yes or no?

23 A. To my knowledge, no, we do not --

24 Q. Why not, sir?

25 A. -- unless it's in context.

```
 1   Q.  Why not?

 2   A.  Because the FDA does not allow you to -- you register a

 3   product with the FDA, not a fabric to be used in a general

 4   sense.

 5   Q.  An --

 6   A.  I think we talk about the fabric within the context of the

 7   product.

 8   Q.  So it would be false to advertise that the VESTEX fabric

 9   is a registered Class I medical device, right?

10   A.  If we just said the fabric by itself without it being

11   within the context of a product, that would be incorrect.

12   Q.  Can I ask you to turn to Exhibit 332.  It should be in the

13   same volume, S-III.

14          Do you recognize this as a printout of a Vestagen

15   website?

16   A.  Correct.

17          MS. HANNA:  Your Honor, I'd like to admit this into

18   evidence.

19          THE COURT:  It'll be received.

20          MS. HANNA:  Thank you.

21      (Trial Exhibit 332 admitted into evidence.)

22   BY MS. HANNA:

23   Q.  Can I go ahead and ask you to take a look at the heading

24   in the middle of the page:  VESTEX evidence-based,

25   safety-enhancing healthcare apparel.  Do you see that?
```

```
 1   A.   Yes, ma'am.

 2   Q.   And at the bottom, the last sentence in the last paragraph

 3   before the design, it says, "VESTEX fabric is currently

 4   registered with the FDA as a Class I medical device and the

 5   company plans to file for FDA clearance as a Class II medical

 6   device in 2016."

 7        Do you see that?

 8   A.   Yes.

 9   Q.   That statement that the VESTEX fabric is currently

10   registered as an FDA Class I medical device is false, correct?

11   A.   Well, I think if you read this whole thing, it talks about

12   it within the context of the garments.  It isn't talking about

13   just the fabric.

14   Q.   Sir, does the statement there say that VESTEX fabric is

15   currently registered?  Did I read that correctly?

16        THE COURT:  Well, it speaks for itself.

17        MS. HANNA:  Thank you.

18   BY MS. HANNA:

19   Q.   Let's talk about the ability of Vestagen to get Class II

20   clearance.

21        What do you understand that to mean?

22   A.   The Class II clearance is based on the FDA guidance for

23   products that contain antimicrobials.

24        The FDA has you register your product, list your

25   product, and then based on your research, you can apply for
```

1    added claims in and around that product.

2    Q.   So do you understand that before a manufacturer or a

3    distributor such as yourself can make health claims about a

4    product, it must first have Class II clearance?

5    A.   That's not correct.

6    Q.   Okay.  Do you recall Vestagen creating something called a

7    "claims matrix"?

8    A.   Correct.

9    Q.   What do you recall that to be?

10   A.   A document that we worked on with the EPA, the FDA

11   regulatory consultants to come up with guidance of how we want

12   to market and sell our products.

13   Q.   Okay.  I'd like you to take a look at -- this should be in

14   Volume I of the, again, the black binder, Strategic Partners

15   Volume I, Exhibit 24, please.

16   A.   Wait.  What was that number again?  I'm sorry.  Number 24?

17   Q.   Exhibit 24, yes.

18   A.   There it is.  Okay.  I'm sorry.

19   Q.   Do you recognize this document, sir?

20   A.   I do.  I think this is -- I don't know if this is the most

21   recent one, but --

22   Q.   But this is a document that was prepared by Vestagen?

23   A.   Correct.

24   Q.   It's a claims matrix script?

25   A.   Correct.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    Q.   And you can see at the bottom right-hand corner this is a

2    document designated as VST-SPI003252.  That's a document

3    produced by Vestagen in this case.  Do you see that?

4    A.   Yes, ma'am.

5         MS. HANNA:  I'd like to admit this into evidence,

6    Your Honor.

7         THE COURT:  It will be received.

8         *(Trial Exhibit 24 admitted into evidence.)*

9         MS. HANNA:  Thank you.

10   BY MS. HANNA:

11   Q.   I'd like to take a look at the top of the page of the

12   VESTEX claim script.  And it says, "This document is intended

13   to be used for consistent claims messaging."

14        Do you see that?

15   A.   Correct.

16   Q.   Underneath that, it says, "Attributes to the fabric can be

17   used now in any public-facing document or message.  Any claim

18   in Column 2 may be used in addition to any claimed bulleted

19   item in Column 3."

20        Do you understand that to mean that in the columns

21   that right now prior to 510 approval -- prior to a Class II

22   approval, that Vestagen can make claims about its garments

23   based on Columns 1, 2 and 3 but not 4?

24   A.   Correct.

25   Q.   Okay.  And this is important.  I'd like to direct your

```
 1   attention to the next paragraph.

 2              It says, "Attributes to human health or a pathogen

 3   may not be used until FDA has cleared VESTEX through its 510

 4   premarket notification process filing."

 5              Do you see that?

 6   A.   Uh-huh.

 7   Q.   Is that a yes, sir?

 8   A.   Yes, ma'am.

 9   Q.   Do you understand the 510 premarket notification process

10   to be a Class II clearance?

11   A.   It's when -- when you submit, it's the notification, not

12   the final clearance.  But I understand the process, I do.

13   Q.   But do you understand that the 510 pre-K market

14   notification -- in other words, to make human health claims

15   about pathogens, you must have Class II clearance?

16   A.   Correct.

17   Q.   All right.  And you understood that when you advertised

18   and marketed the VESTEX product as a health and infectious

19   control product, right?

20   A.   I think you're mischaracterizing how we advertise.

21   Q.   Okay.  Is it correct, sir, that Vestagen has never

22   received a Class II clearance?

23   A.   We're in process currently.

24   Q.   And how long has been it in process?

25   A.   The last, what -- I can't remember the exact date.  The
```

1    last year or so.

2    Q.   So it hasn't been three or four years that you've been in

3    process?

4    A.   Well, we started the process in '09 with the FDA, and

5    we've had ongoing communication with them.  We submitted our

6    actual premarket notification, I believe, in the end of 2015.

7    Q.   Okay.  As you sit here today, sir, is it true that

8    Vestagen has never received clearance from the FDA to make

9    claims about human health or pathogens?

10   A.   That is correct.

11   Q.   And if you could turn to page 24-2.  It's the second page

12   of the exhibit that you're looking at.

13   A.   Uh-huh.

14   Q.   If you look under the column called "Antimicrobial

15   Laboratory Activity," you'll see that the second to last column

16   is the column that you can make claims about your products,

17   correct?

18   A.   Correct.

19   Q.   That you can say that VESTEX inhibits growth of bacteria

20   on the fabric, it protects the fabric from the growth of

21   microorganisms?  You can say that, right?

22   A.   Correct.

23   Q.   But you cannot say, until you receive clearance from the

24   FDA, claims that VESTEX kills 99.99 percent of MRSA.

25            Do you see that?

```
 1   A.   Correct.

 2   Q.   And despite the fact that Vestagen has never received

 3   clearance, Vestagen in its advertisement and on its website

 4   makes the claims that its product kills 99.99 percent of MRSA,

 5   correct?

 6   A.   We do.

 7   Q.   And that is a violation of the FDA regulations, correct?

 8   A.   No, ma'am.

 9   Q.   Okay.  I'd like you to take a look at the column

10   right below --

11   A.   I would like to bring some color to this, please.

12          The document, this claims matrix, was done with one

13   group of regulatory consultants.  Later, we had another group

14   of regulatory consultants that came in and said, "Based on your

15   research, you are" --

16          MS. HANNA:  Objection, Your Honor.  Hearsay.

17          THE COURT:  Next question.

18          MS. HANNA:  Thank you.

19   BY MS. HANNA:

20   Q.   Underneath that column, there is a section entitled

21   "Antimicrobial Clinical Use."

22          Do you see that?

23   A.   Correct.

24   Q.   And there it provides that under the current clearance,

25   all you can say is the same things that we've just covered,
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    that it inhibits the growth of bacteria on the fabric and

 2    protects the fabric from growth of microorganisms, correct?

 3    A.   Um-hmm.

 4    Q.   Is that yes?

 5    A.   Yes, ma'am.

 6    Q.   But until you get clearance, Vestagen was not allowed to

 7    make any claims about a comparative clinical study

 8    demonstrating a statistically significant reduction of MRSA,

 9    and again, any claim regarding 99.99 percent reduction of MRSA.

10    You see that?

11    A.   I do.

12    Q.   Thank you.

13    A.   Again, our --

14            MS. HANNA:  No question pending.

15            THE COURT:  That's okay.  There's no question pending

16    yet.

17            THE WITNESS:  Okay.

18            THE COURT:  And don't worry about it because your

19    attorney will get a chance to clarify things when you're on

20    cross-examination.

21            THE WITNESS:  Thank you.

22    BY MS. HANNA:

23    Q.   Sir, was there a prior VESTEX claims matrix prepared by

24    Vestagen with respect to a myGuardian scrub?

25    A.   The myGuardian product was just another trade name.  We
```

1    were using it differently.  It should have been the same claims

2    matrix or -- I don't think it would have changed that much.

3    Q.    Okay.  Is -- you have one product called Signature

4    Stretch, one product that was called myGuardian; is that right?

5    A.    Yes.

6    Q.    What's the difference between the two?

7    A.    The fabric.

8    Q.    So was myGuardian the original fabric, the one that had

9    cotton in it?

10   A.    The polycotton, correct.

11   Q.    Okay.  And so the Signature Stretch was the new fabric

12   that you used that's all synthetic, correct?

13   A.    Poly, Rayon, Spandex product.

14   Q.    All synthetic, correct?

15   A.    Yes, ma'am.

16   Q.    Okay.  So the myGuardian claims matrix would be an earlier

17   version of the matrix that we just looked at, correct?

18   A.    Correct.

19   Q.    Okay.  So have you seen any claims matrix in this case --

20   certainly, in discovery or produced -- that was any more

21   current than the claims matrix we just looked at?

22   A.    I don't know if we've created one since that last one.

23   Q.    Thank you.

24        Let me also ask you to take a look at -- I think we

25   were on Exhibit 24, correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              As long as we're there, can we turn to this last --

 2   still -- same page, 24-2, of that exhibit under the

 3   "Disclaimers."

 4   A.    Correct.

 5   Q.    Do you see where it says that a disclaimer is required

 6   that says, "The ability of VESTEX to kill microbes on the

 7   fabric surface has not been shown to correlate with any

 8   clinical event or to be able to reduce patient infection."

 9              Do you see that, sir?

10   A.    Yes, ma'am.

11   Q.    And do you also see that a disclaimer is required to be

12   placed that says, "Clinical studies to evaluate reduction in

13   infection have not been performed for this device"?

14   A.    Correct.

15   Q.    Are those true statements?

16   A.    Yeah, those are true statements.

17   Q.    Thank you.

18              In addition to the FDA regulations, were you aware

19   that there were limitations placed on Vestagen as to what they

20   could claim based on EPA regulations?

21   A.    Yes, ma'am.

22   Q.    Can I ask you to turn to Exhibit 103, please.

23   A.    It's not in this.

24   Q.    Sir, do you have that document in front of you?

25   A.    I do.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   Q.   Are you familiar with this document?

 2   A.   Looks like an internal e-mail from Dr. Amber Mitchell.

 3   Q.   It's a document entitled "Internal Memorandum to Vestagen

 4   Employees from Amber Mitchell, VP of Regulatory Affairs."

 5            Do you see that?

 6   A.   Correct.

 7   Q.   You were copied on that internal memo.  Do you see that?

 8   A.   Correct.

 9   Q.   It is a document that was produced by Vestagen, is it not?

10   A.   Correct.

11            MS. HANNA:  I'd like to move this into evidence,

12   Your Honor.

13            THE COURT:  Be received.

14       (Trial Exhibit 103 admitted into evidence.)

15   BY MS. HANNA:

16   Q.   I would like to take a look at the top paragraph of this

17   document.

18            Oh, actually, let me first call your attention to the

19   subject line "Parameters for VESTEX claim."

20            Do you see that?

21   A.   Yes, ma'am.

22   Q.   Okay.  Then let's go down to the first paragraph of the

23   document where it starts off, "Claims for VESTEX fabric must be

24   limited to instances where only claims are made regarding the

25   product's antimicrobial properties as they relate to the
```

1  protection of the article fabric itself."

2          Do you see where I'm reading, sir?

3  A.   Yes, ma'am.

4  Q.   "Claims cannot be made for control of specific

5  microorganisms or that the fabric acts as a disinfectant, an

6  antibacterial or prevents the spread of allergens.  These

7  claims imply specific public health claims against human

8  pathogens, and, as such, the treated article exemption would

9  not apply."

10         Sir, did you understand as of the date of this

11 internal memorandum that Vestagen could not -- was prohibited

12 by EPA regulations from making claims about specific health

13 claims?

14 A.   Yes, ma'am.

15 Q.   And, nevertheless, Vestagen advertised in its marketing

16 material that the VESTEX scrubs would provide health benefits,

17 such as, potentially lowering infection, correct?

18 A.   I don't think that's true.

19 Q.   Let's take a look at some of the marketing of Vestagen.

20         Can you please turn to Exhibit 292.  It's in the

21 third binder.  292.

22         Are you familiar with this document, sir?

23 A.   I can barely see the copy.

24 Q.   If I can get you to identify it, maybe we can blow it up

25 for you.

```
 1              Is this a printout of a Vestagen website?

 2   A.   It looks to be.

 3              MS. HANNA:  Okay.  May I move this into evidence,

 4   Your Honor?

 5              THE COURT:  292?

 6              MS. HANNA:  292.

 7              THE COURT:  It'll be received.

 8        (Trial Exhibit 292 admitted into evidence.)

 9              MS. HANNA:  Thank you.

10   BY MS. HANNA:

11   Q.   If we go down to the box in the middle that says "Semeltec

12   Antimicrobial Protection" -- do you see where I'm reading?

13   A.   Uh-huh.

14   Q.   I'm sorry.  Is that a yes?

15   A.   Yes, ma'am.

16   Q.   "VESTEX's antimicrobial technology is named Semeltec to

17   honor the father of infection control."

18              By placing that on your website, were you attempting

19   to imply to the consumer that your antimicrobial protection was

20   a mechanism for infection control?

21   A.   No, ma'am.  It was just a name, and how the name -- how we

22   came up with the name.

23   Q.   Okay.  Can you turn to 293, please.  Exhibit 293.

24              Do you have that document in front of you, sir?

25   A.   I do.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   Q.   Is this a press release that was issued by Vestagen

 2   regarding its VESTEX scrubs?

 3   A.   It is.

 4           MS. HANNA:  I'd like to move this into evidence,

 5   Your Honor.

 6           THE COURT:  Be received.

 7      (Trial Exhibit 293 admitted into evidence.)

 8   BY MS. HANNA:

 9   Q.   I'd like you to take a look at the caption of this press

10   release by Vestagen:  "Company develops new technology designed

11   to help combat hospital-acquired infections.  Debut product

12   line aims to fight MRSA and other killer bugs."

13           Do you see that?

14   A.   Yeah.

15   Q.   Do you consider that a health claim, Mr. Favret?

16   A.   I don't consider this advertising.  A press release is

17   something that is forward-looking and speaks to aspirational

18   things that we're trying to accomplish and what the potential

19   of the technology is within a bundled approach.  Just like hand

20   sanitizers or surface cleaners have never been directly

21   associated with reduction in infection but they block the chain

22   of transmission, VESTEX has that same role in doing so.

23   Q.   So you weren't attempting to advertise to potential

24   consumers that the roll-out of your product would be a

25   significant -- have a significant role in preventing
```

```
 1   hospital-acquired infections?

 2   A.   Again, this was a press release that -- we never sent

 3   press releases to customers.  It went to the investor community

 4   and people like that.

 5   Q.   And to thought leaders in hospitals, correct?

 6   A.   I'm sure some thought leaders in hospitals read press

 7   releases, but --

 8   Q.   And of course you were targeting -- I'm sorry, sir.

 9   A.   We didn't have a database of hospital thought leaders that

10   we sent it to.

11   Q.   Okay.  Can I ask you to take a look at the third paragraph

12   down, please.

13        It starts off, "Infections are becoming more

14   widespread in our society and nowhere is there [sic] more

15   evident that in our nation's hospitals."

16   A.   Uh-huh.

17   Q.   And then it finishes off, "This innovative

18   nanotechnology-based textile may prove to be an important

19   component in hospital infection control efforts."

20        Do you see that?

21   A.   Yes, ma'am.

22   Q.   Was that part of a quote that you approved as part of this

23   press release?

24   A.   I didn't approve the quote.  That's Dr. Dick Wenzel.

25        The reason we have hand sanitizers outside this room
```

```
 1    is the research that Dr. Dick Wenzel did.

 2               MS. HANNA:  Objection, Your Honor.  Beyond the scope.

 3               THE COURT:  There's no question pending.

 4               MS. HANNA:  Thank you.

 5               THE COURT:  Next question.

 6    BY MS. HANNA:

 7    Q.   I'd like you to just quickly turn to the second page of

 8    this press release, and it's the second to last paragraph just

 9    before it says "About Vestagen."

10               "The first line of VESTEX apparel will include scrub

11    pants and tops in a variety of colors, long-sleeved T-shirts

12    and lab coats."  Do you see that?

13    A.   Yes, ma'am.

14    Q.   Do you see that as different than surgical scrubs?

15    A.   No.

16    Q.   Okay.

17    A.   In fact, these products were surgical scrubs.

18    Q.   I'd like you to turn to Exhibit 299, please.

19               Are you familiar with that document?

20    A.   Looks like another press release.

21    Q.   Okay.  And it's a press release from Vestagen, correct?

22    A.   It looks to be, yes.

23    Q.   And this is a document that was produced by Vestagen in

24    discovery in this case; correct?

25    A.   I assume so.
```

```
 1              MS. HANNA:  I'd like to move this into evidence.

 2              THE COURT:  Be received.

 3         (Trial Exhibit 299 admitted into evidence.)

 4              MS. HANNA:  Thank you.

 5    BY MS. HANNA:

 6    Q.   And, again, this press release specifically states,

 7    "Simple scrubs become active barrier protection.  Reduction in

 8    superbug on new technology uniforms."

 9              Is this a press release that you approved, sir?

10    A.   Yes, ma'am.

11    Q.   And, again, do you make -- or does Vestagen, rather, make

12    claims specific with respect to the reduction of MRSA in this

13    press release?

14    A.   This press release is announcing the study that we

15    conducted with Dr. Bearman and Dr. Wenzel at Virginia

16    Commonwealth University.  That was a co-press release with us

17    and the university, actually, that talked about the results of

18    the trial that we conducted.

19    Q.   Sir, when you approved this press release, did you do so

20    knowing that it was in violation of both the EPA and FDA

21    regulations that your company prepared internal memos and

22    claims matrix for?

23    A.   This was a totally separate thing.  This isn't

24    advertising.  This is a press release talking about our

25    research that we conducted.  Just like a lot of medical device
```

```
 1   companies do, you can talk about your research that you've
 2   conducted, and the FDA and the --
 3             THE COURT:  Next question.
 4             THE WITNESS:  -- were aware of what we were doing.
 5             THE COURT:  Excuse me.  Next question.
 6             MS. HANNA:  Thank you.
 7   BY MS. HANNA:
 8   Q.   Who are you aiming the press releases towards?  Who are
 9   you sending the press releases for?
10   A.   Again, press releases, you know, go out -- they go out to
11   the --
12   Q.   Everyone?
13   A.   -- NPR and news wire.  Our focus was investors.
14   Q.   Let's talk about the Bearman study.  That's the study that
15   you just started to talk about; correct?
16   A.   Yes, ma'am.
17   Q.   That's a study that Vestagen commissioned, right?
18   A.   Yes, ma'am.
19   Q.   So Vestagen went to the university, asked them to conduct
20   the survey and paid for that survey, right?
21   A.   It wasn't a survey.  It was a controlled, randomized
22   double-blinded study that was approved by the IRB -- the
23   Western IRB and the hospital.
24   Q.   I'll reask my question.
25             The study that was conducted by Bearman, that was a
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    study that Vestagen went out to the university, asked them to

 2    conduct the study and paid for the study, correct?

 3    A.   Correct.  Just like --

 4    Q.   Thank you.

 5    A.   -- every other medical device that a company has, you pay

 6    for them to do the studies.

 7    Q.   And the fabric that the Bearman study was testing was that

 8    original myGuardian fabric, correct?

 9    A.   It was a polycotton fabric, correct.

10              The reason we picked --

11    Q.   Well -- I'm sorry.  Let me --

12              THE COURT:  Next question.

13              MS. HANNA:  Thank you.

14    BY MS. HANNA:

15    Q.   The fabric that was tested by Bearman was a fabric that

16    was 65 percent polyester, 35 percent cotton, correct, sir?

17    A.   Correct.

18    Q.   All right.  And that --

19    A.   There's a reason why we picked that fabric.

20              THE COURT:  Let me -- I know it's really tough to be

21    a witness, but let me explain it to you.  In a trial, in a jury

22    trial, it has to be done by question and answer.  It's not a

23    situation where a witness just gets to tell their side or

24    whatever it is.  It has to be done by question and answer, and

25    your attorney will have a chance to -- if your attorney wishes,
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1  to embellish on it or talk about it or explain it.  So try to
 2  limit yourself just to answering the question that was asked.
 3          Counsel.
 4          MS. HANNA:  Thank you.
 5  BY MS. HANNA:
 6  Q.   The new fabric -- the Signature Stretch I think it was
 7  called --
 8  A.   Yes, ma'am.
 9  Q.   -- that's a completely synthetic fabric, correct?
10  A.   Correct.
11  Q.   It does not contain cotton at all?
12  A.   No.
13  Q.   The new fabric that you're using now is -- hope I get this
14  right -- 79 percent polyester, 18 percent rayon and 3 percent
15  Spandex?
16  A.   That sounds correct.
17  Q.   Okay.  And Bearman never tested that synthetic fabric,
18  correct?
19  A.   No, ma'am.
20  Q.   I'm sorry.  Is that correct that it was never tested?
21  A.   Correct.
22  Q.   Okay.  And isn't it true that the composition of the
23  chemicals that you place on the fabric differs based on the
24  composition of the fabric?
25  A.   Potentially.  Well, it's -- we have performance parameters
```

1    to get a certain pickup of the technology that we've been able

2    to show is effective based on the minimum inhibitory

3    concentrations and minimum effective concentration research

4    that we've done so we can --

5              THE COURT:  Okay.  Next question.

6              MS. HANNA:  Move to strike as nonresponsive.

7              THE COURT:  I think he's explaining his answer,

8    Counsel, so I'm going to overrule that.

9    BY MS. HANNA:

10   Q.   Isn't it true, Mr. Favret, that the amounts of the

11   composition of the fabric -- I'm sorry, the composition of the

12   chemicals would vary based on the composition of the fabric,

13   true or false?

14   A.   The way you're stating the question is confusing.

15   Q.   Let me see if I can clarify it.

16   A.   Okay.  Please.

17   Q.   I'd like to read from your deposition page 154, lines 16

18   to 25.

19             THE COURT:  Okay.

20             MS. HANNA:

21             "Question:  Do you apply the exact same chemical

22             composition, meaning, the same amount of

23             antimicrobial, the same amount of fluid barrier, the

24             same amount of foaming and the same amount of

25             connector to a 65/35 as you do to 100 percent

```
1              polyester?

2              "Answer:  It would vary based upon the weight of the

3              fabric, the composition of the fabric and what's

4              known as the wet pickup of the fabric, things like

5              that."

6  BY MS. HANNA:

7  Q.    Do you recall that testimony, sir?

8  A.    Yes, ma'am.

9  Q.    Is it correct, sir, that the composition of the fabric

10 would change the composition of the chemicals placed on the

11 fabric?

12 A.    The formulation may be adjusted due to the absorption in

13 the physical properties of the fabric.

14 Q.    That's right.

15 A.    Different fabrics are going to have different absorption

16 rates.  So what we look for is a certain -- minimum inhibitory

17 concentration or effectiveness concentration on the fabric is

18 what we measure, and based on that -- those calculations, we

19 determine that the fabric -- and then we do additional

20 validation testing showing that it does, in fact, meet those --

21              THE COURT:  So your answer is -- I mean, that's

22 not -- she didn't ask all that.  All she asked was, "Does it

23 depend on the fabric," and your answer is, "Yeah, to some

24 extent it depends on the fabric."

25              THE WITNESS:  Yeah, but what actually ends up on the
```

```
 1    fabric --
 2             THE COURT:  No, no.  Next question, please.
 3             MS. HANNA:  Thank you.
 4    BY MS. HANNA:
 5    Q.    And isn't it true, sir, that the composition and the
 6    amounts and proportions of the chemicals placed on the fabric
 7    affects the efficacy of those treatments?
 8    A.    If done incorrectly, yes, it could.
 9    Q.    And isn't it true, then, sir, that based on the fact that
10    Vestagen now has a different fabric that was tested by Bearman
11    with a different composition of the proportions of the
12    chemicals placed on the fabric -- isn't it true, sir, that the
13    fabric that is currently being used -- the Signature Stretch
14    fabric that is currently being used by Vestagen was not the
15    subject of the Bearman study?
16    A.    It was not the subject of the Bearman study, that's true,
17    but --
18    Q.    But isn't it true, sir --
19             THE COURT:  Let him answer the question.
20             You said it was not the --
21             THE WITNESS:  That is not the fabric that was studied
22    in the Bearman study.  That's an accurate statement.
23    BY MS. HANNA:
24    Q.    Thank you very much.  But isn't it true, sir, that
25    Vestagen continues to cite to the Bearman study to support its
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1    claims regarding the new VESTEX fabric?

2    A.    We do.

3    Q.    Sir, the fabric that was changed -- Vestagen's fabric was

4    changed in 2015, correct?

5    A.    Yes, ma'am.

6    Q.    And it was changed following a report from Baptist

7    Hospital of complaints regarding irritation and illness from

8    the initial VESTEX fabrics, correct?

9            MS. HIGHTOWER:  Objection.

10           THE COURT:  Sustained.

11   BY MS. HANNA:

12   Q.    Sir, did you receive complaints of over 300 healthcare

13   workers being affected adversely by the Vestagen fabric from

14   Baptist Hospital?

15   A.    Baptist Health received some skin irritation, not illness.

16   It was rashes, things like that.  Typically, it was found

17   because the garment didn't fit correctly or anything.

18           In no case was the technology --

19   Q.    I'm just asking whether you became aware --

20   A.    -- directly linked to --

21           MS. HANNA:  Objection.

22           THE COURT:  Okay.  Next question.  The answer is yes.

23           Next question.

24   BY MS. HANNA:

25   Q.    And, in fact, not only did you receive complaints of skin
```

1    irritation, you also received complaints of at least one

2    occasion where someone was so ill, they had to be taken to the

3    Mayo Clinic as a result of the VESTEX fabric?

4    A.   Again, that had been investigated and shown that VESTEX --

5    Q.   My question is were you -- did you become aware of --

6         THE COURT:  The only question was --

7         *(Overtalking.)*

8         THE COURT:  I'm sorry.  Excuse me.  Only one at a

9    time.

10        The question is is whether or not you received those

11   complaints, not whether or not it's true or not or anyone

12   investigated.  The only question was did you --

13        THE WITNESS:  We didn't receive the complaints.

14   Everything went to Employee Health at Baptist Hospital.

15        THE COURT:  Okay.  Next question, Counsel.

16   BY MS. HANNA:

17   Q.   Was that ever communicated to Vestagen?

18   A.   We worked very closely with Baptist Health to investigate

19   and make sure all their staff was taken care of appropriately.

20   Q.   And was it after those complaints that Vestagen chose to

21   change its fabric?

22   A.   No, ma'am.  We started that process long before anything

23   with Baptist.

24   Q.   So it was just a coincidence that after 2015 the -- the

25   complaints came in in 2015 and then the fabric change in 2015

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    was just a coincidence?

 2              MS. HIGHTOWER:  Objection.

 3              THE COURT:  Sustained.  Argumentative.

 4              MS. HANNA:  Thank you, Your Honor.  I don't have

 5    anything further.

 6              THE COURT:  Okay.  Cross.

 7              MS. HIGHTOWER:  I'm going to reserve my right to

 8    question Mr. Favret during my presentation.

 9              THE COURT:  Okay.  You may step down, then.  Thank

10    you.

11              THE WITNESS:  Your Honor, where do I put this?

12              THE COURT:  Just leave it right there.

13              Okay.  Next witness.

14              MS. HANNA:  Your Honor, we'd like to present the

15    deposition testimony of Marc Lessem.

16              THE COURT:  Okay.  We need page numbers and --

17              MS. HANNA:  Yes.  We provided counsel with our

18    designation.

19              THE COURT:  Well, what we need is page numbers and

20    line numbers that you want to read in.

21              MS. HANNA:  I'm sorry.  It's a video.  It will be

22    video.

23              THE COURT:  Oh, the video.  I'm sorry.  Okay.  Yes.

24              You want to mark that as evidence first?

25              MS. HANNA:  Yes, please.
```

```
1              THE COURT:  What number do you want to mark it as?

2              MS. HANNA:  355.

3              THE COURT:  355 is the video deposition.

4         (Trial Exhibit 355 marked and admitted into evidence.)

5              THE COURT:  Okay.  And, again, ladies and gentlemen,

6    I've already told you -- I'll repeat it again -- a video or

7    written deposition is testimony taken under oath before trial

8    to be treated the same by you as if that testimony was given

9    here in court.

10        (Portions of the videotaped deposition of Marc Lessem

11         were played in open court.)

12             MS. HANNA:  Next, we would like to do a videotaped

13   deposition testimony of the former chief commercial officer of

14   Vestagen, J.D. Spangler.

15             THE COURT:  Mark it for evidence?

16             MS. HANNA:  I'd like to mark it as Exhibit 356, if I

17   may.

18             THE COURT:  Okay.

19        (Trial Exhibit 356 marked and admitted into evidence.)

20        (Portions of the videotaped deposition of J.D. Spangler

21         were played in open court.)

22             THE COURT:  Okay.

23             MS. HANNA:  Your Honor, for our next witness we would

24   like to call Renata Ritcheson.

25             THE COURT:  Okay.
```

```
 1                THE CLERK:  Please raise your right hand.

 2                Do you solemnly swear that the testimony you shall

 3     give in the matter now before this Court shall be the truth,

 4     the whole truth, and nothing but the truth, so help you God?

 5                THE WITNESS:  I do.

 6                THE CLERK:  Thank you.  You may be seated.

 7                May I please ask that you state your full name for

 8     the record and spell your last name.

 9                THE WITNESS:  My name is Renata Ritcheson.

10     R-i-t-c-h-e-s-o-n.

11                THE COURT:  Okay.  You may inquire, Counsel.

12                MS. HANNA:  Thank you.

13                          RENATA RITCHESON,

14                    having been first duly sworn,

15                        testified as follows:

16                        DIRECT EXAMINATION

17     BY MS. HANNA:

18     Q.   Ms. Ritcheson, what is your occupation?

19     A.   I am the director of market research for Strategic

20     Partners.

21     Q.   And how long have you held that title?

22     A.   I have been with Strategic Partners for about five years,

23     and before that I consulted for Strategic Partners for several

24     years.

25     Q.   In what capacity were you consulting with Strategic
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   Partners?
 2   A.    I was providing market research and survey research
 3   projects.
 4   Q.    And what are your job duties now currently as a director
 5   of market research for Strategic Partners?
 6   A.    So for Strategic Partners I constantly survey the market
 7   in terms of what's going on in the market with respect to
 8   medical apparel.  I also conduct any survey research with our
 9   customers, who are retailers, as well as end-consumers,
10   hospital decision-makers, et cetera.
11   Q.    Do you have any role in researching competitors?
12   A.    I do have a role in researching competitors.
13   Q.    Can you explain that, please.
14   A.    So I'm constantly surveying, going online looking at
15   various websites.  I'll also go into retail stores to see what
16   competitors are doing with respect to products, with respect to
17   their marketing activities so that we can see what's going on.
18   Q.    Is that something that is standard as far as you're aware
19   in the industry in terms of researching competitors?
20   A.    That is standard almost in every industry to research
21   competitors.
22   Q.    Can you tell us a little bit about your education,
23   training and background in marketing and finance?
24   A.    So I graduated from USC with a degree in marketing and
25   finance, and then I have spent my career -- I started off in a
```

1    financial services company doing marketing and then went into

2    technology and doing market research and technology.

3    Q.   As part of your training, have you conducted consumer

4    surveys?

5    A.   I have conducted several hundred consumer surveys over the

6    course of my career.

7    Q.   And can you tell us a little bit about your training with

8    respect to conducting consumer surveys?

9    A.   Training, I've done certificate work with various

10   organizations for market research.  I've gone to various and

11   sundry training programs, webinars, et cetera, and then

12   spent -- you know, spent a number of years as part of a market

13   research organization, one of the leading ones, at Intel and

14   learned my craft there as well.

15   Q.   Can you tell us a little bit about the business of

16   Strategic Partners.

17   A.   Strategic Partners is the leading manufacturer of medical

18   scrubs for healthcare workers.  We have a number of brands,

19   including Cherokee, Dickies, HeartSoul, Sapphire and Charisma.

20   Q.   Are hospital scrubs the only line of products that

21   Strategic Partners has?

22   A.   We also do footwear, accessories, and we also have a

23   school uniform line of products as well.

24   Q.   Okay.  Turning to the hospital scrubs, which is relevant

25   to this case, do you have an input or role into the marketing

1   of the Strategic Partners scrubs?

2   A.   I do have input into the marketing activities that SPI

3   conducts with the medical scrubs.

4   Q.   And can you just explain what that role is, please.

5   A.   So I will review marketing plans.  I will sometimes create

6   marketing plans.  And then particularly with respect to our

7   technical line of scrubs that include antimicrobial and fluid

8   barrier, I review those, all the marketing activities with

9   respect to compliance to regulatory issues.

10  Q.   How does Strategic Partners position themselves in the

11  market with respect to their scrubs?

12  A.   We position ourselves as fashion-inspired medical scrubs

13  that are designed to fit well, make -- be comfortable, be

14  functional but make you look -- make the wearer look extremely

15  good while they're wearing the scrubs.

16  Q.   Okay.  And we have some banners -- pictures from the

17  Strategic Partners' website.

18          MS. HANNA:  It's just demonstrative, Your Honor.  May

19  I show those?

20          THE COURT:  Okay.

21          MS. HANNA:  Exhibit 338.

22  BY MS. HANNA:

23  Q.   It's going to be on your monitor.

24  A.   Okay.

25          MS. HANNA:  Go to the next page.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1           Oh, can we make that any smaller?  No?

2   BY MS. HANNA:

3   Q.   So I guess we can't see that.  Maybe we can try to do some

4   of the other pictures.

5           There we go.

6           So can you just explain what it is that we're looking

7   at.

8   A.   So this is a picture from one of our catalogs.  It's also

9   on our website, and it's demonstrating the scrubs that have got

10  fluid barrier and antimicrobial properties.

11  Q.   Are those surgical scrubs?

12  A.   These are every-day scrubs that many healthcare workers

13  purchase to wear to work themselves.

14  Q.   Is there a distinction between surgical scrubs and

15  every-day hospital scrubs?

16  A.   Yes, there is a distinction.  So surgical scrubs are

17  scrubs that are generally -- they're provided by the hospital.

18  They are laundered and packaged to be sterile.  And then when

19  somebody who is part of the surgical team wants to wear them,

20  they'll go pick out whatever their size is from a shelf or a

21  machine and put them on, and when they're done, they put them

22  into a laundry basket of some sort that the hospital takes care

23  of, and then the individual changes.

24          This apparel is apparel that most healthcare workers

25  purchase for themselves, though the hospital could purchase it

```
 1    for them.  It's typically laundered at home and healthcare

 2    workers can pick from millions of styles that are out there and

 3    colors.

 4    Q.   And just in terms of the fashion sense, are you

 5    wearing hospital scrubs today from Strategic Partners?

 6    A.   My entire outfit today is hospital attire from Strategic

 7    Partners.

 8    Q.   Did you bring with you today a sample of the Strategic

 9    Partners scrubs -- Certainty Plus scrubs?

10    A.   Yes.  We have a sample back there, scrubs with Certainty

11    Plus technology.

12    Q.   Is that the Code Happy?

13    A.   Code Happy is the style or the brand that contains it.

14         MS. HANNA:  Your Honor, may I ask to admit into

15    evidence Exhibit 344, which is a Code Happy scrub?

16         THE COURT:  Be received as 344.

17         (Trial Exhibit 344 admitted into evidence.)

18    BY MS. HANNA:

19    Q.   Are you familiar with Vestagen?

20    A.   I am familiar with Vestagen.

21    Q.   How did you become familiar with them?

22    A.   During the course of my work to understand what was going

23    on in the marketplace, Vestagen is a company that came up as a

24    company that manufactures and sells scrubs.

25    Q.   And have you purchased Vestagen scrubs?
```

```
 1    A.    Yes, I have.

 2    Q.    Have you purchased both the initial fabric, the myGuardian

 3    scrubs, as well as the new fabric, Signature Stretch scrubs?

 4    A.    Yes, I have.

 5    Q.    Can you explain to us how you went about purchasing the

 6    initial fabric, the myGuardian scrubs?

 7    A.    I went onto the buyvestex.com website and ordered a set of

 8    scrubs and put in my credit card and had them shipped to me.

 9    Q.    And I'm holding up a -- scrubs that have been marked as

10    345 with a logo on them that says "myGuardian."

11          Are these the scrubs that you downloaded -- or, I'm

12    sorry, that you ordered from the website?

13    A.    Yes.

14          MS. HANNA:  Your Honor, I'd like to move 345 into

15    evidence.

16          THE COURT:  Be received.

17    (Trial Exhibit 345 admitted into evidence.)

18    BY MS. HANNA:

19    Q.    And then, finally, what did you do in terms of purchasing

20    the Signature Stretch scrubs, the new fabric scrubs from

21    Vestagen?

22    A.    I also purchased those directly from the buyvestex.com

23    website.

24    Q.    I'm holding scrubs that have been marked as 346 with the

25    VESTEX Signature Stretch logo on them.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              Are these the scrubs that you ordered from the
 2   Vestagen website?
 3   A.   Yes.
 4              MS. HANNA:  I'd like to move these into evidence.
 5              THE COURT:  Be received.
 6        (Trial Exhibit 346 admitted into evidence.)
 7              MS. HANNA:  Thank you, Your Honor.
 8   BY MS. HANNA:
 9   Q.   Can you explain to us what is the distinction between the
10   regular Strategic Partners scrubs and the Certainty and
11   Certainty Plus scrubs that Strategic Partners markets?
12   A.   So regular scrubs are typically -- they don't have any
13   sort of fabrication treatment to it.  They can be any
14   combination of fabrications from a cotton polyester blend or
15   maybe there's no cotton; it's a rayon polyester blend with some
16   stretch.
17              When we add Certainty Plus to the fabrication, we
18   take our base fabrication, so a polycotton or something else,
19   and we will add antimicrobial and fluid barrier technologies to
20   that product.
21   Q.   Now, is the -- are you familiar with who owns the
22   antimicrobial technology that Strategic Partners uses?
23   A.   Yes, I am.
24   Q.   Who is that?
25   A.   That would be Dow Chemical.
```

1   Q.   So does Strategic Partners just license the technology

2   from Dow Chemical?

3   A.   Yes, we do.

4   Q.   What about the fluid barrier technology?  Does Strategic

5   Partner own the fluid barrier technology?

6   A.   No.  We license that from a company called Nanotex.

7   Q.   In your role as director of market research, are you aware

8   of any restrictions that you have with respect to

9   advertising -- I'm sorry, marketing -- strike that -- marketing

10  the Strategic Partners treated scrubs?

11  A.   Yes.  We have very clear limitations that were spelled out

12  to us by Dow through the EPA regulations that they require us

13  to follow in our marketing efforts.

14  Q.   Can you explain to us what is -- what are those

15  restrictions as you understand them?

16  A.   So the EPA has rules with respect to what they call

17  "treated articles," so those are items that are treated with an

18  antimicrobial.  And in order to make sure that consumers do not

19  get a false sense of security or receive some sort of public

20  health claim, the EPA and the regulations state that you can

21  only make -- unless your product is registered with the EPA by

22  itself individually, if you're going to just say, "I'm treated

23  with an antimicrobial," you can only make claims that it

24  controls odor or protects the garment from bacteria that causes

25  fabric degradation.

1    Q.   I'd like you to turn to -- it should be Exhibit 310, which

2    should be in the Volume III of the black binders.

3            Do you have that document in front of you?

4    A.   I do.

5    Q.   Are you familiar with this document?

6    A.   I'm very familiar with it.

7    Q.   What is this document?

8    A.   This document is a document that came from the EPA.  It's

9    called "Pesticide Registration" -- or "PR Notice Number 2001,"

10   and it is a notice to manufacturers who use antimicrobials in

11   their products, and it spells out very clearly what can and

12   cannot be said in order to use the treated-articles exemption

13   that the EPA has.

14           MS. HANNA:  Your Honor, this is a document from the

15   agency's website.  May we introduce this into evidence?

16           MS. HIGHTOWER:  Objection.

17           THE COURT:  I'm sorry?

18           MS. HIGHTOWER:  Objection.  Sorry.

19           THE COURT:  On what grounds?

20           MS. HIGHTOWER:  There's no foundation for it --

21           THE COURT:  Sustained.

22           MS. HIGHTOWER:  -- as to the authenticity, and she

23   didn't write it.

24           THE COURT:  Sustained.

25   ///

```
 1   BY MS. HANNA:

 2   Q.   Did you -- I'm sorry.  Did you download this document from

 3   the FDA's website?

 4   A.   EPA's website.

 5   Q.   I'm sorry.  EPA's website?

 6   A.   Yes, I did.

 7   Q.   And based on -- are you familiar with this regulation?

 8   A.   I'm very familiar with this regulation.

 9   Q.   And is this a true and correct copy of what you downloaded

10   from the EPA's website?

11   A.   Yes, it is.

12           MS. HANNA:  Your Honor, I move it into evidence.

13           MS. HIGHTOWER:  Same objection, Your Honor.

14           THE COURT:  Sustained.

15   BY MS. HANNA:

16   Q.   What is your understanding as to what public health claims

17   can be made regarding a treated scrub based on your

18   understanding of these regulations?

19   A.   Based on my understanding of these regulations, no public

20   health claim can be made regarding a treated article.

21   Q.   As part of your job duties with respect to researching

22   competitors, are you familiar with the marketing and

23   advertisement done by Vestagen?

24   A.   Yes, I am.

25   Q.   And have you seen any marketing or advertising by Vestagen
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    regarding public health claims?

2    A.   Yes, I have.

3    Q.   Can you describe for us what it is you've seen.

4    A.   So many of the advertisements and marketing documents that

5    Vestagen has -- that I have seen that Vestagen's produced claim

6    to eliminate 99.99 percent of bacteria in a hospital

7    environment.  They claim to eliminate 99.99 percent of MRSA in

8    a hospital environment.  They claim to protect healthcare

9    workers, their patients from dangerous pathogens as a result of

10   wearing the product.

11   Q.   I'd like you to turn to -- it should be in the same

12   folder, Exhibit 332, which I believe has been admitted.

13            THE COURT:  Yes.

14   BY MS. HANNA:

15   Q.   Are you familiar with this document?

16   A.   I am familiar with this document.

17   Q.   Can you tell us what is your understanding of this

18   document?

19   A.   This document is a printout of the Vestagen website in

20   March of 2016.

21   Q.   In this case were you asked to assist in preparing, in

22   collaboration with expert Steve Roth, a consumer survey?

23   A.   I was.

24   Q.   And can you tell us what you did in that role?

25   A.   In that role I discussed what the consumer survey needed

1   to address with Mr. Roth.  I actually made a copy -- I copied

2   the text of the March 2016 website and put that into a PDF

3   document to make it easier -- just easier for somebody to read,

4   and I assisted with the purchasing of the sample for the survey

5   and coordinating with the sample provider in order to execute

6   the survey.

7   Q.   And let me ask you to turn to Exhibit 206.  This might be

8   in Volume II of the black binders.

9   A.   Okay.

10  Q.   Do you have that in front of you?

11  A.   I do have this in front of me.

12  Q.   Can you identify what this is, please.

13  A.   This is the Word version of the survey.

14        MR. VERDE:  Do you have an extra copy of 206,

15  Counsel?

16        MS. HANNA:  Absolutely.

17  BY MS. HANNA:

18  Q.   Did you have any role in preparing that document?

19  A.   Yes.  I actually typed in the initial version of the Word

20  document and then sent that to Steve Roth and made edits with

21  Steve Roth, and then he sent the final version and said, "This

22  is final."

23  Q.   And did you include in that survey -- and did you include

24  in that survey the stimuli -- a copy of the website that we had

25  just looked at earlier?

1  A.   Yes.   Those -- the last two pages, pages 4 and 5, are the

2  stimulus, which was the copy of the website.

3  Q.   Thank you.

4        Excuse me.

5     *(Counsel confer off the record.)*

6        MS. HANNA:   Your Honor, may I move Exhibit 206 into

7  evidence.

8        THE COURT:   206?

9        MS. HANNA:   Yes.

10        THE COURT:   It will be received.

11     *(Trial Exhibit 206 admitted into evidence.)*

12        MS. HANNA:   Thank you.

13  BY MS. HANNA:

14  Q.   Based on this survey that was prepared, once it was

15  approved by Mr. Roth, what then did you do?

16  A.   Then I typed it into a platform called Survey Gizmo, which

17  is an industry-standard survey platform -- Survey Monkey is

18  another industry-standard platform -- and then coordinated with

19  the sample providers, Survey Sampling, Inc, which is an

20  industry-standard sample provider, to execute or field the

21  survey.

22  Q.   And how many -- can you tell me what filters were being

23  used as to the target consumer?

24  A.   The target consumer for this particular survey was

25  somebody who worked in healthcare, who regularly wore scrubs on

1    a regular basis at least several times per month.

2    Q.   And how many responses were received on the survey?

3    A.   I believe there were 301 responses received in the survey.

4    Q.   What, if anything, did you do after receiving those

5    responses?

6    A.   Once the responses came in and the survey ended, I

7    essentially pressed -- or clicked a button in Survey Gizmo and

8    downloaded an Excel file that had all of the data.  So for each

9    respondent or each person who answered the survey, there was a

10   line in an Excel file that indicated every single answer that

11   they gave to each question.

12           I downloaded that, and I did not make any -- didn't

13   manipulate it at all and sent it directly to Steve Roth for his

14   analysis.

15   Q.   I was actually going to ask you that.  Did you manipulate

16   the data, did you redefine it, narrow it, change in any way

17   other than just hitting "print"?

18   A.   Other than just hitting "send," I did not.

19   Q.   Okay.  And what, if anything else, did you do following

20   that?

21   A.   Following that, I also -- through Survey Gizmo there is a

22   button I can click and I can download a report that creates pie

23   charts and bar charts, and I did that and sent that over to

24   Mr. Roth.  And then I also looked at the data myself and looked

25   to see what the data said.

1   Q.   And was a report generated by you that was reviewed by

2   Mr. Roth?

3   A.   And, yes, I did create a PowerPoint report that Mr. Roth

4   then reviewed.

5   Q.   Can you take a look at Exhibit 207, please.

6        Are you familiar with this document?

7   A.   I am familiar with this document.

8   Q.   And what is this?

9   A.   This document is the report that I created that Mr. Roth

10  reviewed, made edits to and finalized.

11       MS. HANNA:   I'd like to move Exhibit 207 into

12  evidence.

13       THE COURT:   Be received.

14   (Trial Exhibit 207 admitted into evidence.)

15       MS. HANNA:   Thank you.

16       MR. VERDE:   Do you have a copy of 207, Counsel?

17   (Counsel confer off the record.)

18       MS. HANNA:   We appear to have a snafu with the

19  exhibits.   I'm sorry about that, but I will fix it.

20  BY MS. HANNA:

21  Q.   Let me ask you about Class I FDA registration.

22       Are you familiar with the process by which a medical

23  device can be registered with the FDA?

24  A.   Yes, I am.

25  Q.   And what is the basis for your knowledge?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   A.   By reviewing the FDA website.

2   Q.   Is that part of your normal duties at Strategic Partners

3   to be aware of the rules and regulations regarding FDA

4   approvals and registration?

5   A.   That is one part in terms of trying to understand the

6   market that our scrubs participate in, as well as other

7   products we might want to venture into, other products that

8   might be adjacent to what we want to do and what our

9   competitors are doing.

10  Q.   Can -- let me ask you this.  Have you looked at the FDA

11  website with respect to Vestagen's FDA registrations?

12  A.   Yes, I have.

13  Q.   And did you find that -- whether or not the VESTEX

14  fabric -- the VESTEX fabric has been registered with the FDA?

15  A.   I have never been able to find that VESTEX fabric has been

16  registered with the FDA.

17  Q.   What, based on your review of the FDA website, were you

18  able to determine as to what, if anything, was registered by

19  Vestagen?

20  A.   At times Vestagen has had surgical suits that have been

21  registered with the FDA.

22  Q.   Okay.  Based on your understanding, can every-day scrubs

23  be registered with the FDA?

24  A.   Based on my understanding, no.

25          MS. HIGHTOWER:  Objection.

```
 1              THE COURT:  Sustained.
 2   BY MS. HANNA:
 3   Q.   Have you ever sought to register Strategic Partners'
 4   every-day scrubs with the FDA?
 5   A.   We have not sought to register our every-day scrubs.
 6   Q.   Why not?
 7   A.   Because based on my review of the FDA website, they have
 8   numbers of categories.  So when you want to register something
 9   with the FDA, you look to find categories that they already
10   have, and the closest thing that they've got to what we might
11   manufacture are surgical scrubs, and our scrubs are not
12   surgical suits.
13   Q.   I want you to take a look at Exhibit 243, please.
14   A.   Okay.
15   Q.   Do you have this document in front of you?
16   A.   I do.
17   Q.   Do you recognize this document?
18   A.   I have seen this document -- yes.
19   Q.   What do you understand this document to be?
20   A.   This document is a series of FAQs or frequently asked
21   questions about Vestagen's VESTEX products.
22              MS. HANNA:  Your Honor, may I go ahead and admit this
23   into evidence?
24              THE COURT:  Just a second.
25              MS. HIGHTOWER:  Objection.
```

```
 1              THE COURT:  Grounds?

 2              MS. HIGHTOWER:  None of this was hers, Your Honor.

 3   If you look at the document, it's from other people, so

 4   hearsay.

 5              THE COURT:  I'm not too sure I understand --

 6              MS. HANNA:  243.  I'm sorry.

 7              MS. HIGHTOWER:  Oh, I'm sorry.  We're looking at 244.

 8              I apologize, Counsel.

 9              THE COURT:  Okay.  Yes, Counsel, be received.

10              MS. HANNA:  Thank you.

11         (Trial Exhibit 244 admitted into evidence.)

12   BY MS. HANNA:

13   Q.   Can we go ahead and take a look at 243.  This is a VESTEX

14   Frequently Asked Questions page from their website.

15              Do you see that?

16   A.   I do.

17   Q.   Under the question -- it's the second question down -- "Do

18   textiles play a role in infection transmission," do you see

19   that?

20   A.   I do.

21   Q.   It says, "The microbes carried on textiles do cause

22   infections in healthcare workers and patients," et cetera.

23              Do you know whether or not that type of a claim can

24   be made with respect to surgical -- I'm sorry, hospital scrubs?

25   A.   Based on my understanding of what the EPA says, that this
```

```
 1   type of claim cannot be made.
 2   Q.   On the next page of 243, under the question, "Will VESTEX
 3   reduce healthcare associated infections, HAIs," the answer is,
 4   "Not by itself.  Infection prevention protocols may use VESTEX
 5   as part of a bundle."
 6            Do you see that?
 7   A.   I do see that.
 8   Q.   Is that a claim that may be made by hospital scrubs?
 9   A.   Based on my understanding of what the EPA regulations say,
10   no, this is not a claim that can be made.
11   Q.   What about the following question, "Is VESTEX effective
12   against organisms other than MRSA," and the answer is, "Yes."
13            Is that a claim that can be made by hospital scrubs?
14   A.   Based on my understanding of the EPA regulations, that is
15   not a claim that can be made by hospital scrubs.
16   Q.   Can you turn to Exhibit 246.
17            THE COURT:  Before she does, ladies and gentlemen,
18   it's 3 o'clock, so we're going to break at this time and take a
19   short recess.
20            Come back in in about 15 minutes, and then we'll
21   finish up and we'll release you by 4:00 this afternoon.
22            Remember the admonishment not to discuss the case
23   among yourselves or with anybody else or form or express any
24   opinions about the matter until it's submitted to you and you
25   retire to the jury room.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              And, by the way, when we break, if for some reason I
 2    forget to tell you that admonishment, consider that it's given
 3    every time we break.  Okay?  We'll be in recess.
 4         (Jury out at 2:59 P.M.)
 5         (Recess taken 3:00 to 3:14 P.M.)
 6         (Jury in at 3:14 P.M.)
 7              THE COURT:  Okay.  The record will reflect all of the
 8    members of the jury are in the respective seats in the jury
 9    box, including the alternates are in the jury box and the
10    witness is on the stand, still under oath.
11              Counsel, you may inquire.
12              MS. HANNA:  Thank you.
13    BY MS. HANNA:
14    Q.   Before we took a break, we were looking at Exhibit 246.
15              Can I ask you to take a look at that exhibit, please.
16    A.   Yes.
17    Q.   Do you recognize this document?
18    A.   Yes.  This document is a printout of a Vestagen website.
19              MS. HANNA:  Your Honor, I'd like to move Exhibit 246
20    into evidence.
21              THE COURT:  Okay.
22         (Trial Exhibit 246 admitted into evidence.)
23    BY MS. HANNA:
24    Q.   Is this one of the websites that you reviewed in
25    determining -- or in researching Vestagen as a competitor?
```

1   A.   This is -- yeah, this looks like it's one of the -- a

2   printout of one of the websites that I reviewed.

3   Q.   In the first paragraph underneath the box that says,

4   "VESTEX active barrier medical apparel," do you see where it

5   says, "VESTEX active barrier fabric incorporates," that

6   section?

7   A.   Yes.

8   Q.   It goes on to say, "Antimicrobial that has been shown to

9   be effective against a broad spectrum of organisms."

10          Do you see that?

11  A.   I see that.

12  Q.   Based on your understanding, is that something that one

13  can claim with respect to surgical -- I'm sorry, hospital

14  scrubs?  Excuse me.

15          MS. HIGHTOWER:  Objection.

16          THE COURT:  Nature of the objection?

17          MS. HIGHTOWER:  There's no foundation.

18          THE COURT:  Sustained.

19  BY MS. HANNA:

20  Q.   Your understanding, based on your role as a research --

21  marketing research for Strategic Partners and the content of

22  marketing for the surgical scrubs, is it your understanding

23  that you can make these types of claims with respect to

24  surgical scrubs?

25  A.   It is my understanding that you cannot make these kind of

```
 1    comments regarding scrubs.

 2    Q.   Okay.  And why is that?

 3    A.   Because it speaks about a broad spectrum of organisms, and

 4    my understanding is that is a public health claim that is not

 5    allowed by the EPA.

 6    Q.   And the next page of this website by Vestagen, do you see

 7    where it says at the top of the page, "Contamination of

 8    clothing in healthcare facilities where there are patients

 9    infected with resistant organisms, such as MRSA and

10    C. difficile" -- I think I said that right -- "these

11    difficult-to-treat organisms put healthcare workers at risk and

12    are responsible for many of the most serious healthcare

13    associated infections"?

14    A.   I do.

15    Q.   Are these types of claims, based on your understanding as

16    the director of market research for Strategic Partners, a claim

17    that can be made with respect to surgical scrubs?

18    A.   Based on my understanding, these are not claims that can

19    be made -- these are not the kinds of claims that you can make

20    about scrubs.

21    Q.   And I should clarify: absent a Class II clearance,

22    correct?

23    A.   That is correct.

24    Q.   Okay.  In other words, only those -- those public health

25    claims can only be made once the FDA approves Class II
```

1  clearance, correct?

2  A.   That is my understanding.

3  Q.   Okay.  Can I ask you to turn to Exhibit 248, please.

4  A.   Okay.

5  Q.   Are you familiar with this document?

6  A.   I am familiar with this document.

7         MS. HANNA:  For the record, this is a document with a

8  vestagen.com September 12th, 2016, date.  It is Bates Stamped

9  Vestagen-SPI003320 through 3323.

10  BY MS. HANNA:

11  Q.   Is this -- is it your understanding that this is a copy of

12  a Vestagen website?

13  A.   That is my understanding.

14         MS. HANNA:  I'd like to move Exhibit 248 into

15  evidence.

16         THE COURT:  Be received.

17      (Trial Exhibit 248 admitted into evidence.)

18  BY MS. HANNA:

19  Q.   In the first paragraph underneath the graphic where it

20  says "About Vestagen," three lines up from the bottom where it

21  says, "That help protect healthcare workers and their patients

22  from unanticipated exposure to dangerous contaminants they

23  encounter every day," do you see that?

24  A.   I do see that.

25  Q.   Based on your understanding as the director of marketing

1  research, can hospital scrubs make that kind of a claim without

2  a Class II clearance from the FDA?

3          MS. HIGHTOWER:  Objection.  Your Honor, this --

4          THE COURT:  Foundation again, Counsel?

5          MS. HIGHTOWER:  Sorry.  Objection.

6          THE COURT:  Foundation?

7          MS. HIGHTOWER:  Yes.

8          THE COURT:  Sustained.

9  BY MS. HANNA:

10  Q.   Is that kind of a claim with respect to dangerous

11  contaminants a public health claim based on your understanding?

12  A.   Based on my understanding, that is a public health --

13          MS. HIGHTOWER:  Objection.

14          THE COURT:  Sustained.

15  BY MS. HANNA:

16  Q.   I'd like you to turn to Exhibit 249, please.

17          Do you have that document in front of you?

18  A.   I do have that document.

19          MS. HANNA:  And this is marked as a vestex.com

20  September 12th, 2016 -- it's been produced by Vestagen and

21  Bates Stamped VEST-SPI3328.

22          Your Honor, I'd like to move this into evidence.

23          THE COURT:  It will be received.

24     *(Trial Exhibit 249 admitted into evidence.)*

25  *///*

```
 1                MS. HANNA:  Thank you.
 2    BY MS. HANNA:
 3    Q.   I'd like you to just turn to the second page of this if
 4    you could, 249-2.  There is a graphic.  It says -- it shows a
 5    picture of a scrub with some material on it.  It says,
 6    "VESTEX's antimicrobial reduces 99.99 percent of the bacteria
 7    in a hospital setting."
 8                Do you see that?
 9    A.   I do see that.
10    Q.   Is that a claim that can be made without Class II
11    clearance by the FDA?
12    A.   Based on my understanding, that is not a claim that can be
13    made.
14                THE COURT:  Counsel, is there an objection?
15                MR. VERDE:  There is an objection, Your Honor, to
16    that exhibit.
17                THE COURT:  Sustained.
18                MS. HANNA:  To the exhibit or to the question?
19                THE COURT:  To the question, not the exhibit.
20                MS. HANNA:  Thank you.  Thank you, Your Honor.
21                MS. HIGHTOWER:  Your Honor, it was to the exhibit as
22    well.  As we're looking at it, there are apparent redactions in
23    it.
24                THE COURT:  I'm sorry.  There's what?
25                MS. HIGHTOWER:  It appears to be redacted, missing
```

```
 1   words, and it's been an altered document.

 2            THE COURT:  I'm trying to figure out where it's been

 3   redacted.  I can't see it on the screen right now.

 4            Where is it redacted?

 5            Overruled at this time.

 6            MS. HANNA:  Thank you, Your Honor.

 7   BY MS. HANNA:

 8   Q.    Are you familiar with the ANCC national conference?

 9   A.    The ANCC, yes.

10   Q.    And what is that?

11   A.    It's the magnet conference -- the Critical Care --

12   American Nursing Association -- or Association of Nurses for

13   Critical Care.

14   Q.    Is that a conference that Strategic Partners attends?

15   A.    Yes, it is.

16   Q.    And is that -- and are you familiar with other attendees

17   at this conference?

18   A.    Yes, I am.

19   Q.    Is Vestagen also an attendant at that conference?

20   A.    I believe Vestagen has attended that conference.

21   Q.    And is there a pamphlet or brochure that is provided that

22   provides some information as to the attendance at the

23   conference?

24   A.    There is.  There's also a website that is provided for

25   both exhibitors and attendees so that attendees can look to
```

1  see -- they can plan their attendance and what booths they

2  might want to visit when they go to the conference.

3           MS. HANNA:  Your Honor, I'm sorry.  I need to back up

4  to make sure I didn't misspeak.  Did I -- I thought I had.  Had

5  I moved 249 into evidence?

6           THE COURT:  Yes, you had.

7           MS. HANNA:  Thank you, Your Honor.

8  BY MS. HANNA:

9  Q.   I want you to take a look, then, at Exhibit 335, if you

10  could, and that might be in the binder -- the third binder.

11  A.   335?

12  Q.   Yes.

13  A.   Okay.

14  Q.   Are you familiar with that document?

15  A.   I am familiar with this document.

16  Q.   What is this document?

17  A.   This document is a printout from the 2017 ANCC conference

18  that will be occurring in just a couple weeks in Houston.

19  Q.   And is this information regarding Vestagen Protective

20  Technologies as it relates to them appearing at that

21  conference?

22  A.   Yes.  This is the description that all attendees would see

23  if they clicked on Vestagen's name on the website.

24  Q.   Have you been involved in providing a similar description

25  as to Strategic Partners when it attends these conferences?

```
 1   A.   Yes, I am.

 2   Q.   And is there a role that Strategic Partners plays as to

 3   what appears in the pamphlet for these conferences?

 4   A.   When you --

 5   Q.   If Strategic Partners is going to appear, does the blurb

 6   in the pamphlet involve anything that Strategic Partners

 7   provides to the conference?

 8   A.   Yes.  As an attendee or an exhibitor at the conference, we

 9   are responsible for providing the description.  If we don't

10   provide a description, there is no description that is put in

11   the -- put on the website.

12   Q.   And is this a true and correct copy of the description

13   that you received from the conference regarding Vestagen's

14   protective technologies?

15   A.   It's the true and correct copy of the -- of what I printed

16   from the conference website.

17            MS. HANNA:  Your Honor, I'd like to move Exhibit 335

18   into evidence.

19            THE COURT:  Okay.  It will be received.

20       (Trial Exhibit 335 admitted into evidence.)

21   BY MS. HANNA:

22   Q.   And so with respect to -- and has that conference occurred

23   yet, by the way?

24   A.   No.  That conference starts on the 11th of October.

25   Q.   So these claims continue to be made by Vestagen as of
```

1    today, correct?

2    A.   That is correct.

3    Q.   And Vestagen's description is, "VESTEX is the first in a

4    new class of active barrier technologies combining fluid

5    repellant and antimicrobial properties.  VESTEX's protection is

6    designed to increase health care workers and patient safety by

7    reducing the risk of dangerous pathogens and other contaminants

8    will be [sic] spread by attire."

9         Is that a public health claim?

10   A.   It is my understanding that that is, yes, a public health

11   claim.

12         MS. HANNA:  Thank you.  Nothing further at this time.

13         THE COURT:  Cross.

14                    CROSS-EXAMINATION

15   BY MS. HIGHTOWER:

16   Q.   Good afternoon, Ms. Ritcheson.  I just have a few

17   questions for you.

18        When you were telling us a little bit about your

19   position with Strategic Partners, what do you understand to be

20   the client base for SPI?

21   A.   Strategic Partners or SPI's client base are retailers.

22   There's about -- these are people who resell medical apparel.

23   Q.   Okay.  And anything else?

24   A.   They may sell shoes.  They may sell accessories.

25   Q.   As far as your client base is concerned, isn't it true

1    that they also work with distributors?

2    A.    We work with distributors, yes.

3    Q.    And you don't work directly with the clients, correct?

4    A.    We don't sell directly to end consumers.

5    Q.    All right.  And is there a mechanism in place at SPI to

6    sell direct to consumers?

7    A.    There is not a mechanism to sell direct to consumers.

8    Q.    Okay.  You were talking about your particular position and

9    your duties and responsibilities and part of them was

10   performing surveys, correct?

11   A.    That is correct.

12   Q.    Would you just tell me a little bit about how you would go

13   about preparing a survey?

14   A.    I would -- I generally have -- if I am doing a survey

15   internally for SPI, I generally have an internal client.  I

16   understand -- meet with them to understand what the needs are

17   of the survey, what information the -- or decision is being

18   made as a result of the survey.  And then I'll work

19   collaboratively with my internal client to write the survey.

20         Once that person has approved the survey, then it is

21   programmed, and then, depending on what -- who the sample is,

22   I'll either purchase sample or I might use some of our own

23   database to conduct the survey.  And then --

24   Q.    Thank you.  Go ahead.

25   A.    And then on the back-end, I would analyze the data and

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    write a report.

 2    Q.   During the period of time that you have worked for SPI as

 3    the marketing director, have you ever conducted a survey

 4    regarding Vestagen?

 5    A.   I have not conducted a survey regarding Vestagen.

 6    Q.   All right.  I'd like to talk to you a little bit about the

 7    information that you provided earlier in working with Mr. Roth

 8    in response to a number of questions.

 9         And it's my understanding with the survey to be done

10    by Mr. Roth that you consulted with him regarding the focus of

11    the survey; is that correct?

12    A.   He consulted with me.

13    Q.   Okay.  Sorry.  He consulted with you.

14         Who prepared the questions?

15    A.   It was a collaborative effort.

16    Q.   Who did the first draft of the questions?

17    A.   The first draft would have come from me.

18    Q.   All right.  And then you submitted these to Mr. Roth for

19    his input, correct?

20    A.   For -- yes.

21    Q.   All right.  And you pulled up the information for the

22    stimulus?

23    A.   I went to the Vestagen website, yes.

24    Q.   And you made the arrangements with Survey Gizmo?  Is that

25    what it is?
```

1  A.   Survey Gizmo is a web-based survey platform.

2  Q.   All right.  And you also made arrangements with a second

3  company working with it as well; is that correct?

4  A.   Survey Sampling, yes.

5  Q.   All right.  And then once you had the information that

6  came back in, did you participate in the tabulation of that

7  survey?

8  A.   Not in the initial tabulation.  When it first came in, all

9  I did was click a button to download an Excel file and e-mailed

10 that to Mr. Roth.

11 Q.   And when it was returned to you, what did you do with it?

12 A.   With the file?

13 Q.   With the data that you had obtained?

14 A.   I have looked at the data and I have categorized a couple

15 of -- some of the open-ended questions.

16 Q.   All right.  And then you indicated that you wrote a

17 report, correct?

18 A.   That is correct.

19 Q.   And then you sent that report to Mr. Roth?

20 A.   I sent that report to Mr. Roth.

21 Q.   And were there a great deal of changes or amendments to

22 that report?

23 A.   He made some changes to the report, yes.

24 Q.   All right.  But you did -- the report that you submitted

25 to him, were they substantive changes that were made to your

1    report?

2    A.   I don't remember if they were substantive.

3    Q.   Okay.  Going to -- we've heard a lot of discussion from

4    you about the FDA and the EPA requirements this afternoon.  Are

5    you aware of any agreements between the FDA and the EPA

6    regarding categorization of scrubs?

7    A.   I don't understand your question.

8    Q.   Okay.  In all of your research on the FDA and the EPA, did

9    you come across any indication that there were agreements as to

10   which of the entities would determine whether or not a product

11   was going to be an accepted device or what they could say about

12   it?

13   A.   In my research, what I discovered is that there were lots

14   of discussions between the EPA and the FDA and that the two

15   organizations were still, with respect to treated articles --

16   particularly treated articles within the medical community,

17   that they still were not in agreement with each other.

18   Q.   All right.  You also testified, I believe, that Vestagen

19   had been claiming that it was a Class I medical device; is that

20   correct?

21   A.   I testified that it was claiming that its VESTEX fabric

22   was a Class I medical device.

23   Q.   All right.  And do you know what was classified as a

24   Class I medical device?

25   A.   Their surgical suits were classified as a Class I medical

1    device.

2    Q.   Okay.  And those were the surgical suits that were

3    prepared with the fabric; is that correct?

4    A.   That -- I would guess, but I don't know.

5    Q.   In your research from the FDA or the EPA, did you ever

6    contact the FDA to discuss the issues of a Class I medical

7    device and what had to be -- or how one would qualify for that?

8    A.   I did make an informal inquiry to a fellow member of the

9    ASTM who was an FDA representative about a Class I medical

10   device.

11   Q.   All right.  Do you recall having your deposition taken on

12   August 2nd, 2017, at page 57, at which time you were asked if

13   you had contacted anyone at FDA regarding their regulations and

14   you indicated you had never spoken to anyone at FDA?

15   A.   I don't have the context of the rest of the conversation.

16   Q.   All right.  And I don't have your complete --

17           MS. HIGHTOWER:  Hang on one second.

18           THE COURT:  Sure.

19           MS. HIGHTOWER:  Okay.  Page 57, lines 1 through 10.

20   BY MS. HIGHTOWER:

21   Q.   All right.  And if you have the opportunity to look at

22   lines -- actually, it's line 2.

23           MS. HIGHTOWER:  No, that's not the right one.

24           Page 57.

25           I'll withdraw the question for the moment.

```
 1                THE COURT:  Okay.
 2    BY MS. HIGHTOWER:
 3    Q.   All right.  At any time during your work with SPI and when
 4    you were doing these -- this research that you were doing on
 5    Vestagen, did you ever file a report with FDA of what you
 6    believed to be any wrongdoing on the part of Vestagen?
 7    A.   No, I did not.
 8    Q.   Why not?
 9    A.   I just -- I didn't.  I did not file a report with the FDA.
10    Q.   All right.  Did you ever file a report with the EPA?
11    A.   I did not file a report with the EPA.
12    Q.   One last question.  We have heard a great deal about
13    Baptist Health.
14                Are you aware of whether or not SPI was ever -- or
15    was Baptist Health ever a customer or a client of SPI?
16    A.   I was informed that Baptist Health -- excuse me, Baptist
17    Health was a customer of SPI.
18    Q.   And do you know when that was?
19    A.   I do not know the dates of that.
20    Q.   All right.  Thank you very much.
21                MS. HIGHTOWER:  I don't have any other questions at
22    the present time.  Thank you.
23                THE COURT:  Counsel, you're on the cross-complaint.
24    I don't know if this involves you or not yet.
25                MR. VERDE:  No.  I'm going to reserve, Your Honor.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1              THE COURT:  All right.

2              MS. HANNA:  Couple of follow ups, Your Honor?

3              THE COURT:  Sure.

4                        REDIRECT EXAMINATION

5   BY MS. HANNA:

6   Q.   You were asked a question about who are the customers of

7   Strategic Partners.  You mentioned that you use retailers.

8              Can you explain that a little bit, please?

9   A.   So retailers are companies that purchase product from us

10  and then they sell that product to end consumers or they might

11  sell it to hospitals directly.

12  Q.   And who are the end-use consumers that you're referring

13  to?

14  A.   End-use consumers are anybody who purchases scrubs.  So,

15  generally, when we're talking about it, it's healthcare

16  workers.  So it could be nurses, lab technicians, physicians,

17  if they're purchasing their own scrubs.

18  Q.   And hospitals?

19  A.   And hospitals.

20  Q.   So is Strategic Partners a direct competitor with Vestagen

21  with respect to those end-use consumers?

22  A.   Yes.

23  Q.   You were asked about why you didn't report Vestagen to the

24  FDA and the EPA.  Can you explain for us why you did not report

25  them?
```

1    A.   We notified Vestagen of their -- of the claims that we

2    thought that they were -- that were misleading.  We didn't feel

3    that we needed to go to the EPA or the FDA.

4             Some of that has to do with the fact that at some of

5    the time, the EPA -- or the FDA had been dealing with

6    life-threatening issues, scopes that were not cleaned that were

7    killing individuals, and at the moment this is not a

8    life-threatening issue yet.

9    Q.   Was there any informal resolution agency that was

10   available regarding disputes between competitors?

11   A.   Yes.

12   Q.   And did you make those types of complaints known to that

13   entity?

14             MS. HIGHTOWER:  Objection, Your Honor.

15             THE COURT:  Sustained.

16             MS. HANNA:  Opened the door, Your Honor.

17             THE COURT:  Sustained.

18   BY MS. HANNA:

19   Q.   When you say that you've made your complaints regarding

20   Vestagen's marketing known to them, did you receive a response

21   from Vestagen as to what they would and would not do?

22   A.   We did.

23   Q.   And what were you told by Vestagen?

24   A.   Vestagen indicated that they would no longer be making

25   certain of the public health claims that they had on their

```
 1    website.

 2    Q.    And do they continue to make those claims?

 3    A.    Yes, they do.

 4              MS. HANNA:  Thank you.  I don't have anything

 5    further.

 6              THE COURT:  Any re- --

 7              MS. HIGHTOWER:  Recross, Your Honor?

 8              THE COURT:  Yes.

 9                          RECROSS-EXAMINATION

10    BY MS. HIGHTOWER:

11    Q.    Ms. Ritcheson, when did you notify Vestagen that you

12    believed that there was any false advertising on their part?

13    A.    In March of 2016 I believe that was.

14    Q.    In March of 2016?

15    A.    I believe that was in March of 2016.

16    Q.    Who did you contact?

17    A.    I contacted the advertising self-regulatory counsel, also

18    known as the National Advertising Division.

19              MS. HIGHTOWER:  Objection, Your Honor.  I ask that

20    that answer be stricken.  That's a violation of a motion in

21    limine.

22              THE COURT:  I'm sorry, Counsel.  It will be stricken.

23              Next question.

24              MS. HANNA:  Your Honor, counsel opened the door.  She

25    asked the question --
```

```
 1              THE COURT:  I understand, Counsel.

 2              Next question.

 3   BY MS. HIGHTOWER:

 4   Q.   I believe the only questions that I asked you about, about

 5   reporting were to the FDA and the EPA.

 6              MS. HIGHTOWER:  So no further questions, Your Honor.

 7              THE COURT:  Anything further of this witness?

 8              MS. HANNA:  No, Your Honor.  Thank you.

 9              THE COURT:  You may step down.

10              MR. DARMSTADTER:  Your Honor, for plaintiff's next

11   witness, plaintiff will play the excerpts from the video

12   deposition of Diane Raines.

13              We would move to admit that designated video into

14   evidence as Exhibit 357.

15              THE COURT:  357?

16              MR. DARMSTADTER:  Yes, Your Honor.

17              And additionally, Your Honor, there are four exhibits

18   within that designation, and the parties have stipulated to the

19   admission of those four exhibits.  They are Exhibits 91, 94,

20   73, and 74.

21        (Trial Exhibit 91 admitted into evidence.)

22        (Trial Exhibit 94 admitted into evidence.)

23        (Trial Exhibit 73 admitted into evidence.)

24        (Trial Exhibit 74 admitted into evidence.)

25   ///
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1            THE COURT:  Okay.  Counsel, let me ask you just an

 2    estimate of how long the video is.

 3            MR. DARMSTADTER:  Approximately 11 minutes,

 4    Your Honor.

 5            THE COURT:  Let's do it.

 6        (Portions of the videotaped deposition of Diane Raines

 7         were played in open court.)

 8            THE COURT:  Okay.  Counsel, next witness.

 9            MS. HANNA:  We're going to go ahead and call --

10    another deposition testimony of Amber Mitchell, Your Honor.

11            THE COURT:  Okay.  And the time estimate on this one

12    is?

13            MR. DARMSTADTER:  Seven minutes, Your Honor.

14            THE COURT:  Let's just do it.  Well, we better not.

15    We better wait until tomorrow morning.

16            We're going to break at this time because it is about

17    two minutes to go before 4:00.

18            Remember the admonishment not to discuss the case

19    among yourselves or with anybody else or form or express any

20    opinions about the matter until it's submitted to you and you

21    retire to the jury room.

22            Now, tomorrow morning, we -- there may be a little

23    variance in the afternoon, but I think we're going to get the

24    full day like I mentioned before.

25            So my question to you is -- to see who was
```

```
 1    listening -- what time are you going to be in tomorrow morning?

 2              THE JURY:  8:30.

 3              A JUROR:  Quarter after 8:00.

 4              THE COURT:  Ah, somebody who was listening.  Somebody

 5    who was listening.  Come on in a quarter after 8:00 so we can

 6    start right at 8:30.  Okay?

 7              A JUROR:  Roger that.

 8              THE COURT:  Okay.  In this matter, then you're

 9    excused at this time.  Well, first of all -- yeah, you're

10    excused at this time.  I have to talk to the attorneys for a

11    little bit.

12         (Jury out at 3:57 P.M.)

13         (The following was heard outside the presence of the

14         jury.)

15              THE COURT:  Okay.  The record will reflect the

16    attorneys -- or, excuse me, that the jurors have left.

17              And I wanted to tell you -- to just to keep you

18    updated as far as the time goes -- of the 420 minutes that each

19    side has, the plaintiff has used 102 minutes, so they have 308

20    minutes left.  The defense has used 13 minutes so they have 407

21    left.  I'll try to keep you updated.  If for some reason I

22    don't, just ask.

23              Okay.  We'll be in recess.

24         (Evening recess taken 3:58 P.M.)

25                        --oOo--
```

1

2

3                                CERTIFICATE

4

5        I hereby certify that pursuant to Section 753,

6   Title 28, United States Code, the foregoing is a true and

7   correct transcript of the stenographically reported

8   proceedings held in the above-entitled matter and that the

9   transcript page format is in conformance with the

10  regulations of the Judicial Conference of the United States.

11

12  Date: SEPTEMBER 19, 2017

13

14

15

16

17            /s/  Cindy L. Nirenberg, CSR No. 5059

18                         Official Court Reporter

19

20

21

22

23

24

25

A JUROR: [2]  182/2 182/6
MR. DARMSTADTER: [4]
 180/9 180/15 181/2 181/12
MR. VERDE: [4]  153/13
 156/15 166/14 176/24
MS. HANNA: [90]  98/14
 102/11 102/15 102/22
 103/17 105/16 106/19
 106/23 107/6 107/15 107/19
 108/18 108/20 110/8 110/10
 110/21 110/25 113/19
 114/16 114/19 115/16 117/4
 117/8 120/15 120/17 121/13
 124/10 126/2 126/5 126/8
 127/3 129/1 129/3 129/25
 130/3 131/5 132/12 133/3
 134/5 134/19 136/2 137/20
 139/3 139/13 139/16 139/20
 139/24 140/1 140/11 140/15
 140/22 141/11 144/17
 144/20 144/24 146/13
 147/13 148/3 148/6 150/13
 151/11 153/15 154/5 154/8
 154/11 156/10 156/14
 156/17 158/21 159/5 159/9
 161/11 161/18 164/6 164/13
 165/18 165/24 166/17
 166/19 167/5 168/2 168/6
 169/16 170/11 177/1 178/15
 179/3 179/23 180/7 181/8
MS. HIGHTOWER: [31]
 107/3 107/7 107/17 137/8
 139/1 139/6 150/15 150/17
 150/19 150/21 151/12
 157/24 158/24 159/1 159/6
 162/14 162/16 165/2 165/4
 165/6 165/12 166/20 166/24
 175/16 175/18 175/22
 176/20 178/13 179/6 179/18
 180/5
THE CLERK: [5]  98/16
 98/21 110/7 140/25 141/5
THE COURT: [130]
THE JURY: [2]  98/11 182/1
THE WITNESS: [29]  98/20
 98/24 102/17 102/19 105/9
 106/20 106/22 107/5 107/8
 107/23 108/1 108/5 108/9
 108/11 108/16 109/2 109/14
 109/17 109/19 110/9 121/16
 121/20 131/3 134/24 136/20
 138/12 139/10 141/4 141/8

'

'09 [1]  119/4

-

--oOo [1]  182/25

/

/s [1]  183/17

0

0880 [1]  95/15

1

10 [1]  175/19
100 [2]  95/8 134/25
1000 [1]  95/4
102 [1]  182/19
103 [2]  123/22 124/14
11 [1]  181/3
11th [1]  169/24
12th [2]  164/8 165/20
13 [1]  182/20
15 [1]  160/20
1500 [1]  95/18
152 [1]  95/4
154 [1]  134/17
16 [1]  134/17
17901 [1]  95/4
18 [1]  133/14
19 [3]  94/20 98/1 183/12
1:32 [3]  94/21 98/2 98/4
1st [1]  94/24

2

2001 [2]  99/15 150/9
2009 [1]  99/12
2010 [1]  99/19
2015 [8]  109/24 110/2
 111/12 119/6 137/4 138/24
 138/25 138/25
2016 [8]  115/6 152/20 153/2
 164/8 165/20 179/13 179/14
 179/15
2017 [5]  94/20 98/1 168/17
 175/12 183/12
206 [5]  153/7 153/14 154/6
 154/8 154/11
207 [4]  156/5 156/11 156/14
 156/16
22 [2]  102/13 102/14
23 [4]  102/13 102/14 102/4
 102/14
24 [5]  116/15 116/16 116/17
 117/8 122/25
24-2 [2]  119/11 123/2
243 [4]  158/13 159/6 159/13
 160/2
244 [2]  159/7 159/11
246 [4]  160/16 161/14
 161/19 161/22
248 [3]  164/3 164/14 164/17
249 [3]  165/16 165/24 168/5
249-2 [1]  166/4
25 [1]  134/18
28 [1]  183/6
2900 [1]  95/8
292 [5]  125/20 125/21 126/5
 126/6 126/8
293 [3]  126/23 126/23 127/7
299 [2]  129/18 130/3
2:59 [1]  161/4
2nd [1]  175/12

3

300 [1]  137/12
301 [1]  155/3
308 [1]  182/19
310 [1]  150/1

312-706-3746 [1]  95/9
327 [3]  170/6 170/14 170/25
332 [3]  114/12 114/21
 152/12
3323 [1]  164/9
335 [4]  168/9 168/11 169/17
 169/20
336 [6]  106/13 106/16 107/7
 107/8 107/9 108/21
338 [1]  144/21
344 [3]  146/15 146/16
 146/17
345 [2]  147/10 147/14
 147/17
346 [2]  147/24 148/6
35 [2]  132/16 134/25
350 [1]  94/24
355 [3]  140/2 140/3 140/4
356 [2]  140/16 140/19
357 [2]  180/14 180/15
3:00 [1]  161/5
3:14 [2]  161/5 161/6
3:57 [1]  182/12
3:58 [1]  182/24

4

407 [1]  182/20
408-286-0880 [1]  95/15
420 [1]  182/18
4455 [1]  94/24
4:00 [2]  160/21 181/17

5

5059 [2]  94/23 183/17
510 [4]  117/21 118/3 118/9
 118/13
57 [3]  175/12 175/19 175/24
5900 [1]  94/7

6

60606 [1]  95/8
611 [1]  98/16
65 [1]  132/16
65/35 [1]  134/25
695 [1]  95/18

7

700 [1]  95/14
714-557-7990 [1]  95/5
714-800-7900 [1]  95/19
73 [2]  180/20 180/23
74 [2]  180/20 180/24
753 [1]  183/5
7746 [1]  95/9
79 [1]  133/14
7900 [1]  95/19
7990 [1]  95/5

8

8:00 [2]  182/3 182/5
8:30 [2]  182/2 182/6

9

90012 [1]  94/24
91 [2]  180/19 180/21
92614 [1]  95/5
92626 [1]  95/19
94 [2]  180/19 180/22

94-183 [1]  94/18
95112 [1]  95/19
99.99 [6]  119/24 120/4 121/9
 152/6 152/7 166/6

A

abilities [2]  102/8 102/25
ability [2]  115/19 123/6
able [4]  123/8 134/1 157/15
 157/18
about [59]  100/18 101/8
 101/9 104/13 108/9 111/15
 113/1 113/16 114/6 115/11
 115/12 115/19 116/3 117/22
 118/15 119/9 119/16 121/7
 121/18 125/12 129/9 130/17
 130/24 131/1 131/14 131/15
 133/1 141/22 142/22 143/7
 143/15 147/5 149/4 156/19
 156/21 158/21 160/11
 160/20 160/24 163/3 163/20
 164/20 170/18 170/22 171/8
 171/12 171/13 172/6 174/4
 174/11 175/9 176/12 177/6
 177/15 177/23 180/4 180/4
 181/16 181/20
above [1]  183/8
above-entitled [1]  183/8
absent [1]  163/21
Absolutely [1]  153/16
absorption [2]  135/12
 135/15
accepted [1]  174/11
accessories [2]  143/22
 170/24
accomplish [1]  127/18
accurate [2]  99/16 136/22
acquired [2]  127/11 128/1
across [1]  174/9
active [4]  130/7 162/4 162/5
 170/4
activities [3]  142/17 144/2
 144/8
Activity [1]  119/15
acts [1]  125/5
actual [2]  101/14 119/6
actually [8]  99/19 124/18
 130/17 135/25 153/1 153/19
 155/15 175/22
add [2]  148/17 148/19
added [2]  104/8 116/1
addition [2]  117/18 123/18
additional [1]  135/19
additionally [1]  180/17
address [2]  107/13 153/1
adjacent [1]  157/8
adjusted [1]  135/12
admission [1]  180/19
admit [5]  114/17 117/5
 146/14 158/22 180/13
admitted [25]  97/2 110/25
 114/21 117/8 124/14 126/8
 127/7 130/3 140/4 140/19
 146/17 147/17 148/6 152/12
 154/11 156/14 159/11
 161/22 164/17 165/24
 169/20 180/21 180/22

179/17

## A

admitted... [2] 180/23 180/24
admonishment [3] 160/22 161/2 181/18
adversely [1] 137/13
advertise [7] 104/2 105/24 113/4 113/10 114/8 118/20 127/23
advertised [2] 118/17 125/15
advertisement [2] 120/3 151/23
advertisements [1] 152/4
advertises [1] 113/19
advertising [8] 112/22 127/16 130/24 149/9 151/25 179/12 179/17 179/18
Affairs [1] 124/4
affected [1] 137/13
affects [1] 136/7
after [5] 138/20 138/24 155/4 182/3 182/5
afternoon [6] 99/8 99/9 160/21 170/16 174/4 181/23
again [17] 103/1 105/2 106/15 107/6 113/3 116/14 116/16 121/9 121/13 128/2 130/6 130/11 131/10 138/4 140/5 140/6 165/4
against [3] 125/7 160/12 162/9
agency [1] 178/9
agency's [1] 150/15
agree [3] 104/15 105/3 105/19
agreement [1] 174/17
agreements [2] 174/5 174/9
Ah [1] 182/4
ahead [7] 102/22 111/2 114/23 158/22 159/13 171/24 181/9
aiming [1] 131/8
aims [1] 127/12
all [43] 98/5 102/2 102/18 104/10 105/13 111/19 111/21 111/24 112/15 118/17 120/25 122/12 122/14 132/18 133/11 135/22 135/22 138/19 144/8 155/8 155/13 161/7 168/22 171/5 172/6 172/18 172/21 173/2 173/5 173/8 173/16 173/24 174/8 174/18 174/23 175/11 175/16 175/21 176/3 176/10 176/20 177/1 182/9
allergens [1] 125/6
allow [1] 114/2
allowed [2] 121/6 163/5
almost [1] 142/20
already [4] 105/8 105/14 140/6 158/9
also [18] 95/22 122/24 123/11 138/1 142/8 142/15 143/22 143/22 145/8 147/22 155/21 155/24 167/19 167/24 171/1 173/2 174/18

## K-PLA

altered [1] 167/17
alternates [1] 161/9
am [13] 103/2 141/19 146/20 148/23 151/24 152/16 156/7 156/24 164/6 167/18 168/15 169/1 171/14
Amber [1] 124/2 124/4 181/10
amendments [1] 173/21
American [1] 167/12
among [2] 160/23 181/19
amount [4] 134/22 134/23 134/24 134/24
amounts [2] 134/10 136/6
analysis [1] 155/14
analyze [1] 171/25
ANCC [3] 167/8 167/9 168/17
ANGELES [3] 94/19 94/24 98/1
announcing [1] 130/14
another [7] 104/12 105/19 120/13 121/25 129/20 154/18 181/10
answer [16] 103/1 103/5 105/9 105/15 132/22 132/24 134/7 135/2 135/21 135/23 136/19 137/22 155/10 160/3 160/12 179/20
answer is [1] 135/21
answered [1] 155/9
answering [1] 133/2
antibacterial [1] 125/6
antimicrobial [16] 119/14 120/21 124/25 126/12 126/16 126/19 134/23 144/7 145/10 148/19 148/22 149/18 149/23 162/8 166/6 170/5
antimicrobials [2] 115/23 150/10
any [35] 99/24 100/4 100/4 100/7 105/6 107/3 112/4 117/17 117/17 117/18 121/7 121/9 122/19 122/20 123/7 142/8 142/11 145/1 148/12 148/13 149/8 151/25 153/18 155/12 155/16 160/23 174/5 174/9 176/3 176/6 176/21 178/9 179/6 179/12 181/19
anybody [4] 100/20 160/23 177/14 181/19
anyone [3] 138/11 175/13 175/14
anything [10] 137/17 138/22 139/5 154/4 155/19 157/18 169/6 170/23 179/4 180/7
apologize [1] 159/8
apparel [8] 104/23 114/25 129/10 142/8 145/24 145/24 162/4 170/22
apparent [1] 166/22
appear [2] 156/18 169/5
APPEARANCES [1] 95/1
appearing [1] 168/20
appears [2] 166/25 169/3

application [2] 101/13 103/8
apply [3] 115/25 125/9 134/21
approach [1] 127/19
appropriate [1] 106/10
appropriately [1] 138/19
approval [2] 117/21 117/22
approvals [1] 157/4
approve [1] 128/24
approved [7] 110/20 128/22 130/9 130/19 131/22 154/15 171/20
approves [1] 163/25
Approximately [1] 181/3
Arbuthnot [1] 95/13
are [87] 98/6 98/10 99/10 100/19 107/22 108/4 109/16 110/8 110/15 111/19 111/19 111/21 111/24 111/24 112/6 112/10 112/10 112/12 112/16 112/16 120/15 123/15 123/16 124/1 124/24 125/22 128/13 129/19 131/8 131/8 135/15 142/4 142/9 142/16 143/20 144/13 145/11 145/12 145/16 145/17 145/18 146/2 146/4 146/19 147/11 148/1 148/12 148/21 149/7 149/14 149/17 149/17 150/5 151/7 151/22 152/15 154/1 156/6 156/22 157/9 158/11 158/11 161/8 161/9 163/8 163/12 163/25 163/18 163/19 164/5 166/22 167/8 167/16 168/14 169/9 170/21 170/22 171/16 174/4 176/14 177/6 177/9 177/12 177/14 180/17 180/19 182/1
areas [3] 100/10 100/18 101/12
Argumentative [1] 139/3
around [1] 116/1
arrangements [2] 172/24 173/2
article [3] 125/1 125/8 151/20
articles [4] 149/17 150/12 174/15 174/16
as [104]
ask [27] 98/23 100/14 104/15 106/12 106/13 108/21 110/6 110/14 112/20 113/3 114/12 114/23 122/24 123/22 128/11 135/22 141/7 146/14 153/7 155/15 156/21 157/10 161/15 164/3 179/19 181/1 182/22
asked [14] 102/6 107/24 131/19 132/1 133/2 135/22 152/21 158/20 159/14 172/12 177/6 177/23 179/25 180/4
asking [3] 113/16 113/17 137/19
aspirational [1] 127/17
assist [1] 152/21
assisted [1] 153/4

associated [3] 127/21 160/3 163/13
Association [2] 167/12 167/12
assume [1] 129/25
ASTM [1] 175/9
attempting [2] 126/18 127/23
attendance [2] 167/22 168/1
attendant [1] 167/19
attended [1] 167/20
attendee [1] 167/25
attendees [4] 167/16 167/25 167/25 168/22
attends [2] 167/14 168/25
attention [2] 118/1 124/18
attire [2] 146/6 170/8
attorney [8] 94/5 95/7 95/13 95/17 95/17 121/19 132/25 132/25
attorneys [2] 182/10 182/16
Attributes [2] 117/16 118/2
August [1] 175/12
authenticating [1] 107/20
authenticity [1] 150/22
available [2] 111/6 178/10
Avenue [1] 95/4
aware [10] 113/7 123/18 131/4 137/19 138/5 142/18 149/7 157/3 174/5 176/14

## B

back [5] 146/10 160/20 168/3 171/25 173/6
back-end [1] 171/25
background [2] 99/21 142/23
bacteria [5] 119/19 121/1 149/24 152/6 166/6
banners [1] 144/16
Baptist [11] 99/15 137/6 137/14 137/15 138/14 138/18 138/23 176/13 176/15 176/16 176/16
bar [1] 155/23
barely [1] 125/23
barrier [10] 130/7 134/23 144/8 145/10 148/19 149/4 149/5 162/4 162/5 170/4
base [4] 148/18 170/20 170/21 170/25
based [33] 114/24 115/22 115/25 117/23 120/14 123/20 128/18 133/23 134/2 134/12 135/2 135/18 136/9 151/7 151/17 151/19 154/14 157/17 157/22 157/24 158/7 159/25 160/9 160/14 162/12 162/20 163/15 163/18 164/25 165/11 165/12 166/12 173/1
basis [3] 107/22 155/1 156/25
basket [1] 145/22
Bates [2] 164/8 165/21
be [111]
Bearman [11] 130/15

**B**

Bearman... [10] 131/14 131/25 132/7 132/15 133/17 136/10 136/15 136/16 136/22 136/25
became [1] 137/19
because [7] 108/3 114/2 121/18 137/17 158/7 163/3 181/16
become [3] 130/7 138/5 146/21
becoming [1] 128/13
been [33] 99/4 103/11 104/18 104/19 107/19 107/19 109/12 112/22 118/24 119/2 119/2 122/1 123/7 123/13 127/20 134/1 138/4 141/14 141/22 147/9 147/24 152/12 157/14 157/15 157/15 157/20 162/8 165/20 167/1 167/2 168/24 174/19 178/5
before [14] 98/19 102/4 103/12 115/3 116/2 129/9 138/22 140/7 141/3 141/23 160/17 161/14 181/17 181/24
beginning [1] 104/23
behind [5] 101/4 101/10 102/8 102/17 102/24
being [13] 101/20 101/23 102/1 103/7 107/3 109/6 113/15 114/10 136/13 136/14 137/13 154/22 171/17
believe [12] 99/19 103/5 107/19 110/9 119/6 152/12 155/3 167/20 174/18 179/13 179/15 180/4
believed [2] 176/6 179/12
below [1] 120/10
BEN [3] 95/23 96/4 98/16
benefits [1] 125/16
Benjamin [2] 98/25 99/3
better [2] 181/14 181/15
between [6] 122/6 145/14 148/9 174/5 174/14 178/10
Beyond [1] 129/2
binder [4] 116/14 125/21 168/10 168/10
binders [2] 150/2 153/8
bioburden [1] 104/6
bit [8] 142/22 143/7 143/15 170/18 171/12 172/6 177/8 182/11
black [4] 110/12 116/14 150/2 153/8
blend [2] 148/14 148/15
blinded [2] 104/20 131/22
block [1] 127/21
blow [2] 108/24 125/24
blurb [1] 169/5
booths [1] 168/1
both [4] 104/23 130/20 147/2 167/25
bottom [5] 106/17 107/13 115/2 117/1 164/20

box [5] 98/7 126/11 161/9 161/9 162/3
brand [1] 146/13
brands [1] 143/18
break [5] 160/18 161/1 161/3 161/14 181/16
bring [2] 120/11 146/8
broad [2] 162/9 163/3
brochure [1] 167/21
brought [1] 109/25
bugs [1] 127/12
bulleted [1] 117/18
bundle [1] 160/5
bundled [2] 104/9 127/19
business [1] 143/15
button [3] 155/7 155/22 173/9
buyvestex.com [2] 147/7 147/22

**C**

C. [1] 163/10
C. difficile [1] 163/10
CA [4] 94/24 95/5 95/14 95/19
calculations [1] 135/18
CALIFORNIA [3] 94/2 94/19 98/1
call [6] 98/14 98/15 124/18 140/24 149/16 181/9
called [8] 116/6 119/14 122/3 122/4 133/7 149/6 150/9 154/16
calling [1] 112/9
came [9] 108/11 120/14 126/22 138/25 146/23 150/8 155/6 173/6 173/8
can [82] 105/25 108/25 110/6 111/2 111/5 112/1 112/7 112/7 114/12 114/23 115/25 116/3 117/1 117/16 117/22 119/16 119/19 119/21 120/25 123/1 123/22 125/20 125/23 125/24 125/24 126/23 128/11 131/1 134/4 134/15 142/13 142/17 142/22 143/7 143/15 144/4 145/1 145/3 145/6 146/2 147/5 148/9 148/13 149/14 149/20 149/23 150/11 151/17 151/20 152/3 152/17 152/24 153/12 154/22 155/22 155/22 156/5 156/23 157/10 157/22 159/13 159/23 160/10 160/13 160/15 160/16 161/15 162/13 162/23 163/17 163/18 163/19 163/25 164/3 165/1 166/10 166/12 167/25 168/1 177/8 177/24 182/5
can't [4] 102/18 118/25 145/3 167/3
cannot [5] 119/23 125/4 150/12 160/1 162/25
capacity [1] 141/25
caption [1] 127/9
card [1] 147/8

care [5] 138/19 145/22 167/11 167/13 170/6
career [2] 142/25 143/6
carried [1] 159/21
carries [1] 102/2
case [11] 100/18 101/2 101/21 117/3 122/19 129/24 137/18 143/25 152/21 160/22 181/18
case was [1] 137/18
catalogs [1] 145/8
categories [2] 158/8 158/9
categorization [1] 174/6
categorized [1] 173/14
category [2] 106/8 106/10
cause [1] 159/21
causes [1] 149/24
Center [1] 95/18
CENTRAL [1] 94/2
certain [5] 100/18 101/12 134/1 135/16 178/25
certainly [1] 122/20
Certainty [5] 146/9 146/10 148/10 148/11 148/17
certificate [2] 143/9 183/3
certification [2] 100/9 100/12
certifications [1] 100/7
certify [1] 183/5
cetera [3] 142/10 143/11 159/22
chain [1] 127/21
chance [2] 121/19 132/25
change [4] 135/10 138/21 138/25 155/16
changed [4] 122/2 137/3 137/4 137/6
changes [4] 145/23 173/21 173/23 173/25
Charisma [1] 143/19
charts [2] 155/23 155/23
chemical [3] 134/21 148/25 149/2
chemicals [5] 133/23 134/12 135/10 136/6 136/12
chemist [2] 103/2 103/4
chemistry [1] 103/8
Cherokee [1] 143/19
Chicago [1] 95/8
chief [1] 140/13
chose [1] 138/20
CINDY [2] 94/23 183/17
cite [1] 136/25
claim [27] 117/12 117/17 121/9 123/20 124/19 127/15 149/20 151/20 152/5 152/7 152/8 159/23 160/1 160/8 160/10 160/13 160/15 162/13 163/4 163/16 165/1 165/10 165/11 166/10 166/12 170/9 170/11
CLAIMANT [2] 94/12 95/12
claimed [1] 117/18
claiming [2] 174/19 174/21
claims [40] 116/1 116/3 116/7 116/24 117/13 117/22 118/14 119/9 119/16 119/24

120/4 120/12 121/7 121/23 122/1 122/16 122/19 122/21 124/23 124/24 125/4 125/7 125/7 125/12 125/13 130/12 130/22 137/1 149/23 151/16 152/1 162/23 163/15 163/18 163/19 163/25 169/25 178/1 178/25 179/2
clarify [4] 112/20 121/19 134/15 163/21
Clarke [3] 101/11 102/7 103/5
class [27] 105/25 112/23 113/5 113/18 114/9 115/4 115/5 115/10 115/19 115/22 116/4 117/21 118/10 118/15 118/22 156/21 163/21 163/25 165/2 166/10 170/4 174/19 174/22 174/24 174/25 175/6 175/9
classes [1] 100/10
classification [1] 109/6
classified [3] 100/9 174/23 174/25
classifies [1] 106/8
cleaned [1] 178/6
cleaners [2] 104/10 127/20
clear [2] 113/15 149/11
clearance [17] 115/5 115/20 115/22 116/4 118/10 118/12 118/15 118/22 119/8 119/23 120/3 120/24 121/6 163/21 164/1 165/2 166/11
cleared [1] 118/3
clearly [1] 150/11
click [2] 155/22 173/9
clicked [2] 155/7 168/23
client [6] 170/20 170/21 170/25 171/15 171/19 176/15
clients [1] 171/3
Clinic [1] 138/3
clinical [4] 120/21 121/7 123/8 123/12
closely [1] 138/18
closest [1] 158/10
clothing [4] 104/18 104/18 104/19 163/8
co [1] 130/16
co-press [1] 130/16
coats [1] 129/12
Code [4] 146/12 146/13 146/15 183/6
coincidence [2] 138/24 139/1
collaboration [1] 152/22
collaborative [1] 172/15
collaboratively [1] 171/19
color [1] 120/11
colors [2] 129/11 146/3
column [7] 117/18 117/19 119/14 119/15 119/16 120/9 120/20
columns [2] 117/20 117/23
combat [1] 127/11
combination [1] 148/14
combining [1] 170/4

## C

come [5] 116/11 160/20
172/17 174/9 182/5
comes [1] 108/5
comfortable [1] 144/13
comments [1] 163/1
commercial [1] 140/13
commissioned [1] 131/17
Commonwealth [1] 130/16
communicated [1] 138/17
communication [1] 119/5
community [2] 128/3 174/16
companies [2] 131/1 177/9
company [10] 108/14 115/5
127/10 130/21 132/5 143/1
146/23 146/24 149/6 173/3
comparative [1] 121/7
competitor [2] 161/25
177/20
competitors [8] 142/11
142/12 142/16 142/19
142/21 151/22 157/9 178/10
complaint [1] 176/23
complaints [10] 137/7
137/12 137/25 138/1 138/11
138/13 138/20 138/25
178/12 178/19
complete [1] 175/16
completely [1] 133/9
compliance [1] 144/9
component [1] 128/19
composition [11] 133/22
133/24 134/11 134/11
134/12 134/22 135/3 135/9
135/10 136/5 136/11
concentration [3] 134/3
135/17 135/17
concentrations [1] 134/3
concerned [1] 170/25
Concerning [1] 108/15
conclusions [1] 104/5
conduct [4] 131/19 132/2
142/8 171/23
conducted [10] 101/14
130/15 130/18 130/25 131/2
131/25 143/3 143/5 172/3
172/5
conducting [1] 143/8
conducts [1] 144/3
confer [2] 154/5 156/17
conference [17] 167/8
167/11 167/14 167/17
167/19 167/20 167/23 168/2
168/17 168/21 169/7 169/8
169/13 169/16 169/22
169/24 183/10
conferences [2] 168/25
169/3
conformance [1] 183/9
confusing [1] 134/14
connector [1] 134/25
consider [4] 112/18 127/15
127/16 161/2
considered [1] 112/16
consistent [1] 117/13
constantly [2] 142/6 142/14
consultants [3] 116/11

120/13 120/14
consulted [4] 114/23 172/9
172/12 172/13
consulting [1] 141/25
consumer [8] 126/19 143/3
143/5 143/8 152/22 152/25
154/23 154/24
consumers [10] 127/24
142/9 149/18 171/4 171/6
171/7 177/10 177/12 177/14
177/21
contact [2] 175/6 179/16
contacted [2] 175/13 179/17
contain [2] 115/23 133/11
contains [1] 146/13
contaminants [3] 164/22
165/11 170/7
contamination [2] 104/11
163/7
content [1] 162/21
context [6] 105/6 113/25
114/6 114/11 115/12 175/15
continue [2] 169/25 179/2
continues [1] 136/25
control [11] 100/17 100/22
100/23 100/24 104/3 104/21
118/19 125/4 126/17 126/20
128/19
controlled [2] 104/20
131/21
controls [1] 149/24
conversation [1] 175/15
coordinated [1] 154/18
coordinating [1] 153/5
copied [2] 124/7 153/1
copy [10] 125/23 151/9
153/1 153/14 153/24 154/2
156/16 164/11 169/12
169/15
corner [2] 106/17 117/1
corporate [1] 101/9
correct [83] 99/10 99/12
99/13 99/21 100/6 100/8
101/7 103/20 107/15 108/10
109/1 109/3 109/11 110/17
114/16 115/10 116/5 116/8
116/23 116/25 117/15
117/24 118/16 118/21
119/10 119/17 119/18
119/22 120/1 120/5 120/7
120/23 121/2 122/10 122/12
122/14 122/17 122/18
122/25 123/4 123/14 124/14
124/8 124/10 125/17 128/5
129/21 129/24 131/15 132/2
132/3 132/8 132/9 132/16
132/17 133/9 133/10 133/16
133/18 133/20 133/21 135/9
137/4 137/8 151/9 163/22
163/23 164/1 169/12 169/15
170/1 170/2 171/3 171/10
171/11 172/11 172/19 173/3
173/17 173/18 174/20 175/3
183/7
correctly [2] 115/15 137/17
correlate [1] 123/7
Costa [1] 95/19

cotton [5] 123/9 132/16
133/11 148/14 148/15
could [12] 106/13 108/21
112/4 119/11 123/20 125/11
136/8 145/25 166/4 168/10
174/11 177/16
counsel [28] 95/1 98/14
99/2 99/14 103/17 105/13
105/16 133/3 134/8 138/15
139/17 141/11 153/15 154/5
156/16 156/17 159/8 159/9
161/11 165/4 166/14 176/23
179/17 179/22 179/24 180/1
181/1 181/8
COUNTER [4] 94/12 94/15
95/3 95/12
COUNTER-CLAIMANT [1]
94/12
COUNTER-DEFENDANT [1]
94/15
couple [3] 168/18 173/14
177/2
course [3] 128/8 143/6
146/22
court [12] 94/1 94/23 98/19
102/4 103/13 103/15 140/9
140/11 140/21 141/3 181/7
183/18
covered [1] 120/25
craft [1] 143/14
create [2] 144/5 156/3
created [2] 122/22 156/9
creates [1] 155/22
creating [1] 116/6
credit [1] 147/8
Critical [2] 167/11 167/13
cross [6] 96/15 121/20
139/6 170/13 170/14 176/23
cross-complaint [1] 176/23
cross-examination [2]
121/20 170/14
CSR [2] 94/23 183/17
current [2] 120/24 122/21
currently [7] 115/3 115/9
115/15 118/23 136/13
136/14 142/4
customer [2] 176/15 176/17
customers [3] 128/3 142/9
177/6
CV16 [1] 94/7
CV16-5900 [1] 94/7

## D

dangerous [4] 152/9 164/22
165/10 170/7
Darmstadter [1] 95/7
data [7] 155/8 155/16
155/24 155/25 171/25
173/13 173/14
database [2] 128/9 171/23
date [4] 118/25 125/10
164/8 183/12
dates [1] 176/19
Dawn [5] 101/10 101/13
102/7 103/5 103/9
day [8] 94/18 145/12 145/15
157/22 158/4 158/5 164/23

181/20
Deakins [1] 95/6
deal [2] 173/21 176/12
dealing [1] 178/5
Debut [1] 127/11
decision [2] 142/10 171/17
decision-makers [1] 142/10
DEFENDANT [4] 94/9 94/15
95/3 95/12
DEFENDANT/COUNTER-CL
AIMANT [1] 95/12
defense [1] 182/20
defer [2] 101/10 102/7
degradation [1] 149/25
degree [2] 99/22 142/24
degrees [2] 99/24 100/4
demonstrating [2] 121/8
145/9
demonstrative [1] 144/18
depend [1] 135/23
depending [1] 171/21
depends [2] 112/13 135/24
deposition [22] 96/8 96/11
96/20 101/20 101/24 102/2
102/6 102/13 103/11 103/12
103/15 134/17 139/15 140/3
140/7 140/10 140/13 140/20
175/11 180/12 181/6 181/10
describe [1] 152/3
description [7] 168/22
168/24 169/9 169/10 169/10
169/12 170/3
design [2] 110/4 115/3
designate [1] 101/3
designated [2] 117/2 180/13
designation [4] 106/9
106/11 139/18 180/18
designed [3] 127/10 144/13
170/6
despite [1] 120/2
determine [4] 98/10 135/19
157/18 174/10
determining [1] 161/25
develops [1] 127/10
device [26] 103/21 103/24
105/25 108/7 112/23 113/2
113/5 113/9 113/11 113/14
113/18 114/9 115/4 115/6
115/10 123/13 130/25 132/5
156/23 174/11 174/19
174/22 174/24 175/1 175/7
175/10
DIANE [3] 96/19 180/12
181/6
Dick [2] 128/24 129/1
Dickies [1] 143/19
did [50] 99/18 113/7 115/15
125/10 129/1 130/19 137/12
137/25 138/5 138/12 146/8
146/21 147/19 151/2 151/2
151/6 152/24 153/18 153/23
153/23 154/15 154/4 155/12
155/15 155/16 155/18
155/19 155/23 156/3 157/13
168/4 172/16 173/6 173/9
173/11 173/24 174/8 175/5
175/8 176/5 176/7 176/9

**D**

**did... [8]** 176/10 176/11 177/24 178/12 178/20 178/22 179/11 179/16

**didn't [12]** 100/25 128/9 128/24 135/22 137/17 138/13 150/23 155/12 168/4 176/9 177/23 178/2

**difference [1]** 122/6

**different [8]** 104/4 110/10 111/16 129/14 135/15 135/15 136/10 136/11

**differently [1]** 122/1

**differs [1]** 133/23

**difficile [1]** 163/10

**difficult [1]** 163/11

**difficult-to-treat [1]** 163/11

**direct [8]** 96/5 96/14 99/6 117/25 141/16 171/6 171/7 177/20

**direct competitor [1]** 177/20

**directly [8]** 103/25 127/20 137/20 147/22 155/13 171/3 171/4 177/11

**director [6]** 141/19 142/4 149/7 163/16 164/25 172/3

**disagree [3]** 104/15 105/3 105/19

**disclaimer [2]** 123/5 123/11

**Disclaimers [1]** 123/3

**discovered [1]** 174/13

**discovery [2]** 122/20 129/24

**discuss [3]** 160/22 175/6 181/18

**discussed [1]** 152/25

**discussion [2]** 96/23 174/3

**discussions [1]** 174/14

**disease [6]** 100/11 100/11 100/17 100/21 100/23 105/21

**disinfectant [1]** 125/5

**disinfection [1]** 104/8

**disputes [1]** 178/10

**distinction [3]** 145/14 145/16 148/9

**distributor [1]** 116/3

**distributors [2]** 171/1 171/2

**DISTRICT [3]** 94/1 94/2 94/3

**DIVISION [2]** 94/2 179/18

**do [132]**

**document [61]** 107/11 107/20 107/22 107/22 108/1 108/4 108/11 110/15 116/10 116/19 116/22 117/2 117/2 117/12 117/17 120/12 123/24 124/1 124/3 124/9 124/17 124/23 125/22 126/24 129/19 129/23 150/3 150/5 150/7 150/8 150/8 150/14 151/2 152/15 152/16 152/18 152/19 153/3 153/18 153/20 156/6 156/7 156/9 158/15 158/17 158/18 158/19 158/20 159/3 161/17 161/18 164/5 164/6 164/7 165/17 165/18 167/1 168/14

**168/15 168/16 168/17

documents [2]** 107/23 152/4

**does [17]** 104/16 104/17 105/4 109/9 111/10 113/4 114/2 115/14 130/11 133/11 135/20 135/22 144/10 149/1 149/4 160/17 169/5

**doesn't [1]** 113/10

**doing [10]** 104/11 127/22 131/4 142/16 143/1 143/2 157/9 171/14 176/4 176/4

**don't [28]** 100/9 100/12 103/25 105/6 107/2 107/18 112/18 113/6 116/20 121/18 122/2 122/22 125/18 127/16 139/4 148/12 169/9 171/3 171/4 174/2 174/7 175/4 175/15 175/16 176/21 176/24 179/4 182/22

**done [10]** 100/19 120/12 132/22 132/24 134/4 136/8 143/9 145/21 151/23 172/9

**door [2]** 178/16 179/24

**double [2]** 104/20 131/22

**double-blinded [2]** 104/20 131/22

**Dow [3]** 148/25 149/2 149/12

**down [7]** 106/16 124/22 126/11 128/12 139/9 159/17 180/9

**download [3]** 151/2 155/22 173/9

**downloaded [5]** 107/14 147/11 151/9 155/8 155/12

**Dr [1]** 129/1

**Dr. [4]** 124/2 128/24 130/15 130/15

**Dr. Amber [1]** 124/2

**Dr. Bearman [1]** 130/15

**Dr. Dick [1]** 128/24

**Dr. Wenzel [1]** 130/15

**draft [2]** 172/16 172/17

**Drive [2]** 95/8 95/18

**due [1]** 135/12

**duly [2]** 99/4 141/14

**during [4]** 139/8 146/22 172/2 176/3

**duties [4]** 142/4 151/21 157/2 171/9

**E**

**e-mail [1]** 124/2

**e-mailed [1]** 173/9

**each [4]** 155/8 155/9 155/11 174/17 182/18

**earlier [4]** 108/8 122/16 153/25 172/7

**early [1]** 99/19

**easier [2]** 153/3 153/3

**edits [2]** 153/20 156/10

**education [1]** 142/22

**educational [1]** 99/21

**effective [4]** 134/2 134/3 160/11 162/9

**effectiveness [1]** 135/17

**efficacy [1]** 136/7

**effort [1]** 172/15

**efforts [1]** 128/19 149/13

**either [2]** 100/8 171/22

**elevation [1]** 104/8

**eliminate [2]** 152/6 152/7

**else [5]** 148/18 155/19 160/23 170/23 181/19

**embellish [1]** 133/1

**employee [2]** 103/3 138/14

**employees [2]** 112/11 124/4

**encounter [1]** 164/23

**end [9]** 104/23 119/6 142/9 171/4 171/25 177/10 177/12 177/14 177/21

**end-consumers [1]** 142/9

**end-use [3]** 177/12 177/14 177/21

**ended [2]** 155/6 173/15

**ends [1]** 135/25

**enhancing [1]** 114/25

**entire [1]** 146/6

**entities [1]** 174/10

**entitled [3]** 120/20 124/3 183/8

**entity [1]** 178/13

**environment [3]** 104/12 152/7 152/8

**EPA [25]** 116/10 123/20 125/12 130/20 149/12 149/16 149/20 149/21 150/8 150/13 159/25 160/9 160/14 163/5 174/4 174/5 174/8 174/14 175/5 176/10 176/11 177/24 178/3 178/5 180/5

**EPA's [3]** 151/4 151/5 151/10

**epidemiology [1]** 104/21

**equipment [1]** 103/2

**Ericksen [1]** 95/13

**essentially [1]** 155/7

**established [1]** 107/19

**estimate [2]** 181/2 181/11

**et [3]** 142/10 143/11 159/22

**evaluate [1]** 123/12

**even [1]** 113/16

**Evening [1]** 182/24

**event [1]** 123/8

**ever [8]** 138/17 158/3 172/3 175/5 176/5 176/10 176/14 176/15

**every [10]** 132/5 142/20 145/12 145/15 155/10 157/22 158/4 158/5 161/3 164/23

**every-day [5]** 145/12 145/15 157/22 158/4 158/5

**Everyone [1]** 131/12

**Everything [1]** 138/14

**evidence [55]** 98/9 101/4 101/9 102/8 102/17 102/24 105/1 107/17 110/23 110/25 114/18 114/21 114/24 117/5 117/8 124/11 124/14 126/3 126/8 127/4 127/7 130/1 130/3 139/24 140/4 140/5 140/19 146/15 146/17

**147/15 147/17 148/4 148/6 150/15 151/12 154/7 154/11 156/12 156/14 158/23 159/11 161/20 161/22 164/15 164/17 165/22 165/24 168/5 169/18 169/20 180/14 180/21 180/22 180/23 180/24

evidence-based [1]** 114/24

**evident [1]** 128/15

**exact [2]** 118/25 134/21

**exactly [1]** 101/17

**examination [6]** 99/6 121/20 141/16 170/14 177/4 179/9

**Excel [3]** 155/8 155/10 173/9

**excerpts [1]** 180/11

**excuse [7]** 109/19 131/5 138/8 154/4 162/14 176/16 182/16

**excused [2]** 182/9 182/10

**execute [2]** 153/5 154/20

**exemption [2]** 125/8 150/12

**exhibit [62]** 106/13 106/16 106/16 110/6 110/14 110/25 114/12 114/21 116/15 116/17 117/8 119/12 122/25 123/2 123/22 124/14 125/20 126/8 126/23 127/7 129/18 130/3 140/4 140/16 140/19 144/21 146/15 146/17 147/17 148/6 150/1 152/12 153/7 154/6 154/11 156/5 156/11 156/14 158/13 159/11 160/16 161/14 161/15 161/19 161/22 164/3 164/14 164/17 165/16 165/24 166/16 166/18 166/19 166/21 168/9 169/17 169/20 180/14 180/21 180/22 180/24

exhibitor [1]** 169/8

**exhibitors [1]** 167/25

**exhibits [5]** 97/2 156/19 180/17 180/19 180/19

**expert [3]** 100/17 100/21 152/22

**explain [10]** 132/21 133/1 142/13 144/4 145/6 147/5 148/9 149/14 177/8 177/24

**explained [2]** 105/8 105/14

**explaining [1]** 134/7

**exposure [1]** 164/22

**express [2]** 160/23 181/19

**extent [1]** 135/24

**extra [1]** 153/14

**extremely [1]** 144/14

**F**

**fabric [91]**

**fabrication [3]** 148/13 148/17 148/18

**fabrications [1]** 148/14

**fabrics [4]** 105/24 112/16 135/15 137/8

**facilities [1]** 163/8

**facility [1]** 112/13

**F**

facing [1]  117/17
fact [12]  101/2 104/14 106/2
106/5 111/10 113/8 120/2
129/17 135/20 136/9 137/25
178/4
facts [1]  98/10
false [6]  106/2 114/8 115/10
134/13 149/19 179/12
familiar [26]  107/23 108/4
110/15 124/1 125/22 129/19
146/19 146/20 146/21
148/21 150/5 150/6 151/7
151/8 151/22 152/15 152/16
156/6 156/7 156/22 164/5
164/6 167/8 167/16 168/14
168/15
FAQs [1]  158/20
far [3]  142/18 170/25 182/18
fashion [2]  144/12 146/4
fashion-inspired [1]  144/12
father [1]  126/17
FAVRET [11]  95/23 96/4
98/16 98/25 99/3 99/8
103/20 104/25 127/15
134/10 139/8
Favret's [1]  102/13
FCRR [1]  94/23
FDA [66]  105/25 106/3
106/5 106/8 106/20 106/24
107/12 107/14 108/6 108/25
109/13 109/20 112/23 113/5
113/8 113/11 113/13 113/18
114/2 114/3 115/4 115/5
115/10 115/22 115/24
116/10 118/3 119/4 119/8
119/24 120/7 123/18 130/20
131/2 156/21 156/23 157/1
157/3 157/10 157/11 157/14
157/16 157/17 157/21
157/23 158/4 158/7 158/9
163/25 165/2 166/11 174/4
174/5 174/8 174/14 175/5
175/6 175/9 175/13 175/14
176/5 176/9 177/24 178/3
178/5 180/5
FDA's [2]  108/12 151/3
feel [1]  178/2
fellow [1]  175/8
few [1]  170/16
field [2]  100/4 154/20
fight [1]  127/12
figure [1]  167/2
file [9]  115/5 155/8 155/10
173/9 173/12 176/5 176/9
176/10 176/11
filing [2]  109/1 118/4
filters [1]  154/22
final [3]  118/12 153/21
153/22
finalized [1]  156/10
finally [1]  147/19
finance [2]  142/23 142/25
financial [1]  143/1
find [4]  106/16 157/13
157/15 158/9
finish [1]  160/21

finished [1]  110/8
finishes [1]  128/11

first [17]  98/14 99/4 99/16
99/18 116/4 124/18 124/22
129/10 129/24 141/14 162/3
164/19 170/3 172/16 172/17
173/8 182/9
fit [2]  137/17 144/13
five [1]  141/22
fix [1]  156/19
fluid [7]  134/23 144/7
145/10 148/19 149/4 149/5
170/4
foaming [1]  134/24
focus [2]  131/13 172/10
folder [1]  152/12
follow [2]  149/13 177/2
following [8]  102/11 112/4
112/19 137/6 155/19 155/21
160/11 182/13
follows [2]  99/5 141/15
footwear [1]  143/22
foregoing [1]  183/6
forget [1]  161/2
form [2]  160/23 181/19
format [1]  183/9
former [1]  140/13
formulation [1]  135/12
forward [1]  127/17
forward-looking [1]  127/17
found [1]  137/16
foundation [5]  107/19
150/20 162/17 165/4 165/6
founded [1]  99/12
founder [1]  99/10
four [3]  119/2 180/17 180/19
Frank [1]  99/1
frequently [2]  158/20
159/14
front [7]  123/24 126/24
150/3 153/10 153/11 158/15
165/17
full [3]  98/23 141/7 181/24
further [6]  96/22 139/25
170/12 179/5 180/6 180/7
FXO [1]  106/9

**G**

garment [2]  137/17 149/24
garments [4]  113/6 113/8
115/12 117/22
GARY [1]  94/3
gave [1]  155/11
general [1]  114/3
generally [4]  145/17 171/14
171/15 177/15
generated [1]  156/1
gentlemen [4]  98/7 103/11
140/5 160/17
germs [3]  104/16 104/17
105/4
get [10]  98/8 106/22 115/19
121/6 121/19 125/24 133/13
134/1 149/19 181/23
gets [1]  132/23
give [2]  98/19 141/3

given [2]  140/8 161/2
giving [1]  103/14
Gizmo [5]  154/16 155/7
155/21 172/24 173/1
go [22]  98/11 102/22 106/3
108/24 111/2 114/23 124/22
126/11 131/10 131/10
142/15 144/25 145/5 145/20
158/22 159/13 168/2 171/12
171/24 178/3 181/9 181/17
God [2]  98/20 141/4
goes [2]  162/8 182/18
going [21]  110/3 110/14
134/8 135/15 139/7 142/7
142/14 142/17 144/23
146/22 149/22 155/15
160/18 169/5 174/3 174/11
176/25 181/9 181/16 181/23
182/1
gone [1]  143/10
good [5]  98/9 99/8 99/9
144/15 170/16
got [3]  99/20 145/9 158/10
graduated [1]  142/24
graphic [2]  164/19 166/4
great [2]  173/21 176/12
grounds [2]  150/19 159/1
group [2]  121/3 120/13
growth [4]  119/19 119/20
121/1 121/2
guess [2]  101/18 145/3
175/4
guidance [2]  115/22 116/11

**H**

had [29]  100/10 101/3 101/3
102/3 108/13 108/15 109/25
111/15 111/17 119/5 120/13
122/8 138/2 138/4 147/8
153/24 155/8 157/20 168/4
168/4 168/6 173/5 173/13
174/19 175/7 175/13 175/14
178/5 178/25
HAIs [1]  160/3
hand [8]  98/17 104/7 104/10
106/17 117/1 127/19 128/25
141/1
handled [1]  103/16
hands [1]  104/12
Hang [1]  175/17
hanna [4]  95/4 96/5 96/14
96/16
Happy [3]  146/12 146/13
146/15
hard [1]  112/19
has [35]  103/11 104/18
104/19 107/19 109/5 109/12
112/22 115/24 118/3 118/21
118/24 119/8 120/2 123/7
127/22 132/5 132/22 132/24
136/10 143/21 149/16
150/13 152/5 152/12 157/14
157/15 157/20 162/8 167/20
169/22 171/20 178/4 182/19
182/19 182/20
hasn't [1]  119/2
have [86]  98/19 104/25 105/6

110/19 116/4 118/15 122/1
122/2 122/3 122/19 123/13
123/24 126/24 127/20
127/25 128/9 128/25 132/25
133/25 135/15 139/4 141/21
141/22 142/11 142/12
142/25 143/3 143/5 143/18
143/22 143/25 144/2 144/16
145/9 146/10 146/25 147/1
147/2 147/4 147/9 147/24
148/12 149/8 149/11 150/3
151/25 152/2 152/5 153/10
153/11 153/14 153/18
156/16 156/18 157/10
157/12 157/15 157/20 158/3
158/5 158/7 158/10 158/15
158/18 165/17 165/18
168/24 170/16 171/14
171/15 172/2 172/3 172/5
172/17 173/14 173/14
175/15 175/16 175/21
176/12 176/21 179/4 180/18
182/10 182/16 182/20
182/20
having [4]  99/4 112/19
141/14 175/11
he [4]  153/21 172/12 172/13
173/23
he's [1]  134/7
heading [1]  114/23
health [28]  116/3 118/2
118/14 118/18 119/9 125/7
125/12 125/16 127/15
137/15 138/14 138/18
149/20 151/16 151/20 152/1
163/4 163/24 165/11 165/12
170/6 170/9 170/10 176/13
176/15 176/16 176/17
178/25
healthcare [17]  104/24
105/21 114/25 137/12
143/18 145/12 145/24 146/1
152/8 154/25 159/22 160/3
163/8 163/11 163/12 164/21
177/15
heard [6]  98/7 98/8 99/14
174/3 176/12 182/13
hearsay [2]  120/16 159/4
HeartSoul [1]  143/19
held [3]  96/23 141/21 183/8
help [4]  98/20 127/11 141/4
164/21
here [4]  98/15 111/15 111/15
119/7 140/9
Here's [1]  105/19
hereby [1]  183/5
hers [1]  159/2
hesitate [1]  113/10
Hightower [3]  95/13 96/15
96/17
him [3]  136/19 172/10
173/25
his [3]  134/7 155/13 172/19
hitting [2]  155/17 155/18
hmm [1]  121/3
hold [6]  100/1 100/4 100/7
100/14 100/17 104/20

## H

**holding [2]** 147/9 147/24
**home [2]** 112/11 146/1
**honor [58]** 98/15 102/12
103/18 105/17 106/20
106/25 107/4 107/16 107/18
108/19 110/22 114/17 117/6
120/16 124/12 126/4 126/17
127/5 129/2 139/4 139/11
139/14 140/23 144/18
146/14 147/14 148/7 150/14
151/12 151/13 154/6 158/22
159/2 161/19 165/3 165/22
166/15 166/20 166/21 167/6
168/3 168/7 169/17 176/25
177/2 178/14 178/16 179/7
179/19 179/24 180/6 180/8
180/10 180/16 180/17 181/4
181/10 181/13
**HONORABLE [1]** 94/3
**hope [1]** 133/13
**horizontal [1]** 104/5
**hospital [33]** 99/15 104/16
104/17 104/19 104/21 105/4
112/14 127/11 128/1 128/9
128/19 131/23 137/7 137/14
138/14 142/10 143/20
143/24 145/15 145/17
145/22 145/25 146/5 146/6
152/6 152/8 159/24 160/8
160/13 160/15 162/13 165/1
166/7
**hospital-acquired [2]**
127/11 128/1
**hospitals [9]** 101/15 112/10
112/12 128/5 128/6 128/15
177/11 177/18 177/19
**Houston [1]** 168/18
**how [19]** 101/18 103/15
108/9 108/13 109/18 116/11
118/20 118/24 126/21
126/21 141/21 144/10
146/21 147/5 154/22 155/2
171/12 175/7 181/2
**huh [5]** 111/9 118/6 119/13
126/13 128/16
**human [4]** 118/2 118/14
119/9 125/7
**hundred [2]** 111/13 143/5

## I

**I understand [1]** 159/5
**I'd [29]** 102/12 107/16
110/22 114/17 116/13 117/5
117/11 117/25 120/9 124/11
127/4 127/9 129/7 129/18
130/1 134/17 140/16 147/14
148/4 150/1 152/11 156/11
161/19 164/14 165/16
165/22 166/3 169/17 172/6
**I'll [8]** 105/2 131/24 140/6
142/15 171/18 171/22
175/25 182/21
**I'm [54]** 101/17 102/11
102/11 102/14 103/1 106/18
107/6 110/11 110/14 112/4
112/5 112/18 113/7 113/15
113/16 113/17 116/16
116/18 125/2 126/12 126/14
128/6 128/8 132/11 133/8/16
134/8 134/11 137/19 138/8
139/7 139/21 139/23 142/14
147/9 147/11 147/24 149/9
149/22 150/6 150/17 151/2
151/5 151/8 156/19 159/5
159/6 159/7 159/24 162/13
166/24 167/2 168/3 176/25
179/22
**I've [4]** 100/10 140/6 143/9
143/10
**identified [1]** 107/25
**identifies [1]** 107/13
**identify [2]** 125/24 153/12
**II [14]** 94/18 115/5 115/19
115/22 116/4 117/21 118/10
118/15 118/22 153/8 163/21
163/25 165/2 166/10
**III [10]** 96/4 98/25 99/3
106/13 106/19 106/19 110/7
110/12 114/13 150/2
**IL [1]** 95/8
**ill [1]** 138/2
**illness [3]** 105/21 137/7
137/15
**imply [2]** 125/7 126/19
**important [4]** 104/3 113/15
117/25 128/18
**INC [9]** 94/5 94/8 94/11
94/14 95/3 95/12 95/22
95/24 154/19
**include [4]** 129/10 144/7
153/23 153/23
**includes [1]** 104/6
**including [3]** 102/3 143/19
161/9
**incorporates [1]** 162/5
**incorrect [1]** 114/11
**incorrectly [1]** 136/8
**increase [1]** 170/6
**indicated [4]** 155/10 173/16
175/14 178/24
**indication [1]** 174/9
**individual [2]** 112/13 145/23
**individually [1]** 149/22
**individuals [1]** 178/7
**industrial [1]** 112/13
**industry [5]** 142/19 142/20
154/17 154/18 154/20
**industry-standard [3]**
154/17 154/18 154/20
**infected [1]** 163/9
**infection [15]** 100/24 103/24
104/1 104/3 104/6 104/21
123/8 123/13 125/17 126/17
126/20 127/21 128/19
159/18 160/4
**infections [6]** 127/11 128/1
128/13 159/22 160/3 163/13
**infectious [2]** 100/11 118/18
**informal [2]** 175/8 178/9
**information [6]** 167/22
168/19 171/17 172/7 172/21
173/5
**informed [1]** 176/16

13/16 113/17 116/16
116/18 125/2 126/12 126/14
128/6 128/8 132/11 133/8/16
134/8 134/11 137/19 138/8
139/7 139/21 139/23 142/14
147/9 147/11 147/24 149/9
149/22 150/6 150/17 151/2
151/5 151/8 156/19 159/5
159/6 159/7 159/24 162/13
166/24 167/2 168/3 176/25
179/22
**inhibitory [2]** 134/2 135/16
**inhibits [2]** 119/19 129/9
**initial [5]** 137/8 147/2 147/6
153/19 173/8
**innovative [1]** 128/17
**input [3]** 143/25 144/2
172/19
**inquire [3]** 99/2 141/11
161/11
**inquiry [1]** 175/8
**inspired [1]** 144/12
**instances [1]** 124/24
**instructed [1]** 102/1
**instructions [1]** 98/8
**Intel [1]** 143/13
**intended [1]** 117/12
**internal [7]** 124/2 124/3
124/7 125/11 130/21 171/15
171/19
**internally [1]** 171/15
**interpreting [1]** 101/18
**interrupt [1]** 103/10
**introduce [1]** 150/15
**investigate [1]** 138/18
**investigated [2]** 138/4
138/12
**investor [1]** 128/3
**investors [1]** 131/13
**involve [1]** 169/6
**involved [1]** 168/24
**involves [1]** 176/24
**IRB [2]** 131/22 131/23
**irritation [3]** 137/7 137/15
138/1
**Irvine [1]** 95/5
**is [259]**
**isn't [15]** 101/11 104/2
106/5 109/12 109/23 115/12
130/23 133/22 134/10 136/5
136/9 136/12 136/18 136/24
170/25
**issue [1]** 178/8
**issued [2]** 110/3 127/1
**issues [3]** 144/9 175/6 178/6
**it [201]**
**It'll [2]** 114/19 126/7
**it's [47]** 103/13 103/13
103/13 105/13 106/3 106/16
107/20 109/18 110/17
113/15 113/25 116/24
118/11 118/11 119/11
123/23 124/3 125/20 129/8
129/21 132/20 132/22
133/25 138/11 139/21
144/18 144/23 145/8 145/9
146/1 148/15 150/8 159/3
159/17 160/18 160/24 161/2
162/1 165/20 167/1 167/2
167/11 169/15 172/9 175/22
177/15 181/20
**It's when [1]** 118/11
**item [2]** 110/3 117/19
**items [1]** 149/17
**its [13]** 99/18 103/20 109/24
117/22 118/3 120/3 120/3
120/4 125/15 127/2 136/25
138/21 174/21

**itself [9]** 112/24 112/25
113/14 113/19 114/10
115/16 125/1 149/22 160/4

## J

**J.D [3]** 96/10 140/14 140/20
**job [2]** 142/4 151/21
**Jose [1]** 95/14
**judge [2]** 94/3 102/4
**Judicial [1]** 183/10
**jurors [1]** 182/16
**jury [16]** 94/17 96/23 98/4
98/6 98/7 102/4 132/21
160/25 161/4 161/6 161/8
161/8 161/9 181/21 182/12
182/14
**just [45]** 105/2 105/6 108/3
108/15 111/5 112/7 114/10
115/13 120/25 121/25
122/17 122/21 126/21
127/19 129/7 129/8 130/25
131/15 132/3 132/23 133/2
137/19 138/24 139/1 139/12
144/4 144/18 145/6 146/4
149/1 149/22 153/3 153/25
155/17 155/18 158/24 166/3
168/18 170/16 171/12 176/9
181/1 181/14 182/17 182/22

## K

**Karman [1]** 95/4
**keep [2]** 182/17 182/21
**kill [1]** 123/6
**killer [1]** 127/12
**killing [1]** 178/7
**kills [2]** 119/24 120/4
**kind [3]** 162/25 165/1
165/10
**kinds [1]** 163/19
**KLAUSNER [1]** 94/3
**know [18]** 100/9 100/12
107/2 108/4 109/2 109/14
112/18 116/20 122/22
131/10 132/20 143/12
159/23 174/23 175/4 176/18
176/19 176/24
**knowing [1]** 130/20
**knowledge [2]** 113/23
156/25
**knowledgeable [1]** 100/19
**known [4]** 135/4 178/12
178/20 179/18

## L

**lab [2]** 129/12 177/16
**laboratory [2]** 101/15
119/15
**ladies [4]** 98/7 103/11 140/5
160/17
**last [15]** 98/24 105/9 105/14
105/15 115/2 115/2 118/25
119/1 119/15 122/22 123/1
129/8 141/8 154/1 176/12
**late [1]** 99/19
**Later [1]** 120/13
**launched [1]** 111/18
**launder [1]** 112/11

laundered [3] 112/12
145/18 146/1
laundering [1] 112/13
laundry [1] 145/22
law [6] 95/4 95/7 95/13
95/17 95/17 102/4
leaders [3] 128/5 128/6
128/9
leading [2] 143/13 143/17
learned [1] 143/14
least [2] 138/1 155/1
leave [1] 139/12
left [3] 182/16 182/20
182/21
LESSEM [3] 96/7 139/15
140/10
let [20] 100/14 103/10
104/15 104/25 105/12
106/12 112/20 112/20 113/3
122/24 124/18 132/11
132/20 132/21 134/15
136/19 153/7 156/21 157/10
181/1
let's [7] 98/13 115/19 124/22
125/19 131/14 181/5 181/14
level [2] 104/11 104/22
license [2] 149/1 149/6
life [2] 178/6 178/8
life-threatening [2] 178/6
178/8
like [49] 98/15 100/11
102/12 106/19 107/12
107/16 110/16 110/22
114/17 116/13 117/5 117/11
117/25 120/9 120/11 124/2
124/11 124/16 127/4 127/9
127/19 128/4 129/7 129/18
129/20 130/1 130/25 132/3
134/17 135/4 137/16 139/14
140/12 140/16 140/24
147/14 148/4 150/1 152/11
156/11 161/19 162/1 164/14
165/16 165/22 166/3 169/17
172/6 181/24
likely [1] 110/21
limine [1] 179/21
limit [1] 133/2
limitations [2] 123/19
149/11
limited [1] 124/24
line [13] 102/13 102/13
102/14 102/14 124/19
127/12 129/10 139/20
143/20 143/23 144/7 155/10
175/22
lines [4] 134/17 164/20
175/19 175/22
linked [1] 137/20
list [3] 108/7 108/13 115/24
listening [3] 182/1 182/4
182/5
little [9] 142/22 143/7
143/15 170/18 171/12 172/6
177/8 181/22 182/11
logo [2] 147/10 147/25
long [6] 118/24 123/1

129/11 138/22 141/21 181/2
long-sleeved [1] 129/11
longer [1] 178/24
look [27] 106/12 106/14
108/25 110/6 111/5 114/23
116/13 117/11 119/14 120/9
122/24 124/16 125/19 127/9
128/11 135/16 144/14
144/14 156/5 158/9 158/13
159/3 159/13 161/15 167/25
168/9 175/21
looked [7] 122/17 122/21
153/25 155/24 155/24
157/10 173/14
looking [8] 108/1 119/12
127/17 142/14 145/6 159/7
161/14 166/22
looks [8] 106/19 107/12
110/16 124/2 126/2 129/20
129/22 162/1
LOS [3] 94/19 94/24 98/1
lot [3] 100/10 130/25 174/3
lots [1] 174/13
lowering [1] 125/17

M

ma'am [30] 98/21 99/11
99/25 100/16 101/25 102/5
105/6 115/1 117/4 118/8
120/8 121/5 122/15 123/10
123/21 124/21 125/3 125/14
126/15 126/21 128/21
129/13 130/10 131/16
131/18 133/8 133/19 135/8
137/5 138/22
machine [1] 145/21
made [27] 112/16 113/13
124/24 125/4 151/17 151/20
153/1 153/20 156/10 159/24
160/1 160/8 160/10 160/13
160/15 163/17 163/19
163/25 166/10 166/13
169/25 171/18 172/24 173/2
173/23 173/25 178/19
magnet [1] 167/11
mail [1] 124/2
mailed [1] 173/9
make [27] 101/6 116/3
117/22 118/14 119/8 119/16
121/7 130/11 130/11 138/19
144/13 144/14 144/14 145/1
149/18 149/21 149/23 153/3
155/12 162/23 162/25
163/19 165/1 168/4 175/8
178/12 179/2
makers [1] 142/10
makes [1] 120/4
making [2] 125/12 178/24
management [1] 100/11
manipulate [2] 155/13
155/15
manufacture [1] 158/11
manufacturer [2] 116/2
143/17
manufacturers [1] 150/10
manufactures [1] 146/24
many [5] 145/12 152/4

MARC [3] 96/7 139/15
140/10
March [8] 109/24 110/2
111/12 152/20 153/2 179/13
179/14 179/15
mark [4] 139/24 140/1
140/15 140/16
marked [5] 140/4 140/19
147/9 147/24 165/19
market [17] 103/23 109/25
112/4 116/12 118/13 141/19
142/2 142/5 142/6 142/7
143/2 143/10 143/12 144/11
149/7 157/6 163/16
marketed [1] 118/18
marketing [24] 99/22 111/16
125/15 125/19 142/17
142/23 142/24 143/1 143/25
144/2 144/5 144/6 144/8
149/9 149/9 149/13 151/22
151/25 152/4 162/21 162/22
164/25 172/3 178/20
marketplace [1] 146/23
markets [2] 103/20 148/11
material [2] 125/16 166/5
matrix [10] 116/7 116/24
120/12 121/23 122/2 122/16
122/17 122/19 122/21
130/22
matter [6] 98/19 141/3
160/24 181/20 182/8 183/8
may [27] 98/22 98/23 99/2
102/15 108/19 117/18 118/3
126/3 128/18 135/12 139/9
140/17 141/6 141/7 141/11
144/18 146/14 150/15 154/6
158/22 160/4 160/8 161/11
170/24 170/24 180/9 181/22
maybe [6] 106/25 111/22
113/7 125/24 145/3 148/15
Mayo [1] 138/3
me [32] 100/14 103/10
104/15 104/25 105/12
106/12 109/19 112/20
112/20 113/3 122/24 124/18
131/5 132/11 132/20 132/21
134/15 138/8 147/8 153/7
153/11 154/4 154/22 156/21
157/10 162/14 171/12
172/12 172/17 176/16 181/1
182/16
mean [4] 100/12 115/21
117/20 135/21
meaning [1] 134/22
measure [1] 135/18
mechanism [3] 126/20
171/5 171/7
medical [34] 101/4 101/10
101/17 102/8 102/17 102/24
103/21 103/24 105/25
112/23 113/5 113/9 113/11
113/18 114/9 115/4 115/5
115/10 130/25 132/5 142/8
143/17 144/3 144/12 156/22
162/4 170/22 174/16 174/19
174/22 174/24 174/25 175/6

175/9
meet [2] 135/20 171/16
member [1] 175/8
members [2] 98/6 161/8
memo [1] 124/7
memorandum [2] 124/3
125/11
memos [1] 130/21
mentioned [2] 177/7 181/24
Mesa [1] 95/19
message [1] 117/17
messaging [1] 117/13
met [1] 99/15
methicillin [1] 104/22
methicillin-resistant [1]
104/22
methods [1] 103/9
Michelman [3] 95/3 95/7
microbes [2] 123/6 159/21
microbiologist [1] 100/1
microbiology [1] 99/24
microorganisms [3] 119/21
121/2 125/5
middle [2] 114/24 126/11
might [8] 153/7 157/7 157/8
158/10 168/2 168/10 171/22
177/10
MIKE [1] 95/22
millions [1] 146/2
minimum [3] 134/2 134/3
135/16
minimum inhibitory [1]
135/16
minutes [8] 160/20 181/3
181/13 181/17 182/18
182/19 182/20 182/20
mischaracterizing [1]
118/20
misleading [1] 178/2
missing [1] 166/25
misspeak [1] 168/4
misspoke [1] 99/17
misstated [1] 111/22
misunderstanding [1]
102/10
Mitchell [3] 124/2 124/4
181/10
mobilization [1] 104/7
moment [2] 175/25 178/7
Mona [1] 95/4
monitor [2] 108/22 144/23
Monkey [1] 154/17
month [1] 155/1
more [8] 100/19 100/19
101/13 101/16 103/9 122/20
128/13 128/14
morning [3] 181/15 181/22
182/1
most [4] 110/21 116/20
145/24 163/12
motion [1] 179/20
move [17] 107/16 110/22
124/11 126/3 127/4 130/1
134/6 147/14 148/4 151/12
154/6 156/11 161/19 164/14
165/22 169/17 180/13
moved [1] 168/5

**M**

Mr [1] 104/25
Mr. [18] 99/8 102/13 103/20
127/15 134/10 139/8 153/1
154/15 155/24 156/2 156/3
156/9 172/7 172/10 172/18
173/10 173/19 173/20
Mr. Favret [5] 99/8 103/20
127/15 134/10 139/8
Mr. Favret's [1] 102/13
Mr. Roth [12] 153/1 154/15
155/24 156/2 156/3 156/9
172/7 172/10 172/18 173/10
173/19 173/20
MRSA [9] 119/24 120/4
121/8 121/9 127/12 130/12
152/7 160/12 163/9
ms [5] 96/5 96/14 96/15
96/16 96/17
Ms. [3] 141/18 170/16
179/11
Ms. Ritcheson [3] 141/18
170/16 179/11
much [3] 122/2 136/24
176/20
must [3] 116/4 118/15
124/23
my [33] 101/18 107/25
113/15 113/23 131/24 138/5
139/7 139/8 141/9 142/25
143/6 143/14 146/6 146/22
147/8 151/19 157/24 158/7
159/25 160/9 160/14 162/25
163/4 163/18 164/2 164/13
165/12 166/12 170/10
171/19 172/9 174/13 181/25
myGuardian [9] 121/24
121/25 122/4 122/8 122/16
132/8 147/2 147/6 147/10
myself [1] 155/24

**N**

name [13] 98/23 98/24
109/5 109/6 109/6 121/25
126/21 126/21 126/22 141/7
141/8 141/9 168/23
named [1] 126/16
nanotechnology [1] 128/18
nanotechnology-based [1]
128/18
Nanotex [1] 149/6
narrow [1] 155/16
Nash [1] 95/16
nation's [1] 128/15
national [2] 167/8 179/18
Nature [1] 162/16
need [3] 139/16 139/19
168/3
needed [2] 152/25 178/3
needs [1] 171/16
never [9] 118/21 119/8
120/2 127/20 128/2 133/17
133/20 157/15 175/14
nevertheless [1] 155/13
new [12] 110/3 110/4 110/4
122/11 127/10 130/8 133/6
133/13 137/1 147/3 147/20

170/4
news [1] 131/13
next [25] 103/17 105/16
109/17 109/21 118/1 120/17
129/5 131/3 131/5 132/12
134/5 136/2 137/22 137/23
138/15 139/13 140/12
140/23 144/25 160/2 163/6
179/23 180/2 180/10 181/8
NIRENBERG [2] 94/23
183/17
no [49] 94/7 99/17 99/25
100/18 100/23 100/25 105/5
105/12 105/20 106/3 107/25
107/25 108/6 110/2 110/11
111/22 113/15 113/18
113/22 113/23 120/8 121/14
121/15 126/21 129/3 129/15
133/12 133/19 136/2 136/2
137/18 138/22 145/1 148/15
149/6 150/20 151/19 157/24
160/10 162/17 169/10
169/24 175/23 176/7 176/25
178/24 180/6 180/8 183/17
None [1] 159/2
nonresponsive [1] 134/6
normal [1] 157/2
North [1] 95/14
not [84] 99/24 100/1 100/3
100/4 100/7 101/17 102/7
102/11 103/1 104/16 104/17
105/4 106/9 106/25 111/11
112/4 113/14 113/16 113/23
113/24 114/1 114/2 114/3
116/5 117/23 118/3 118/11
121/6 123/7 123/13 123/23
124/9 125/9 125/11 132/22
133/11 135/22 136/14
136/16 136/20 136/21
137/15 137/25 138/10
138/11 138/11 138/11
149/18 155/12 155/18
157/13 158/5 158/6 158/11
159/5 159/23 160/4 160/10
160/15 160/22 163/4 163/18
163/19 166/12 166/19 171/7
172/5 173/8 174/10 174/17
175/23 176/7 176/8 176/9
176/11 176/14 176/19
176/24 177/24 178/6 178/7
178/21 181/14 181/18
nothing [3] 98/20 141/4
170/12
notice [2] 150/9 150/10
notification [5] 118/4 118/9
118/11 118/14 119/6
notified [1] 178/1
notify [1] 179/11
now [17] 98/8 98/19 101/5
102/21 105/16 106/3 107/21
111/6 117/17 117/21 133/13
136/10 141/3 142/4 148/21
167/3 181/22
nowhere [1] 128/14
NPR [1] 131/13
number [10] 106/15 106/16
107/6 116/16 116/16 140/1

143/12 143/18 150/9 172/8
numbers [4] 139/16 139/19
139/20 158/8
nurse's [1] 112/7
nurses [1] 167/12 177/16
Nursing [1] 167/12

**O**

o'clock [1] 160/18
oath [4] 102/2 103/13 140/7
161/10
objection [22] 106/25 107/3
107/18 120/16 129/2 137/9
137/21 139/2 150/16 150/18
151/13 157/25 158/25
162/15 162/16 165/3 165/5
165/13 166/14 166/15
178/14 179/19
obtained [1] 173/13
occasion [1] 138/2
occupation [1] 141/18
occurred [1] 169/22
occurring [1] 168/18
October [1] 169/24
odor [1] 149/24
of the [1] 105/7
off [6] 124/23 128/13 128/17
142/25 154/5 156/17
officer [1] 140/13
Official [2] 94/23 183/18
Ogletree [1] 95/16
Oh [5] 110/10 124/18 139/23
145/1 159/7
okay [85] 98/5 98/13 99/2
101/1 101/8 102/19 102/20
103/10 103/17 106/23 107/5
107/9 108/15 108/18 109/17
111/19 116/6 116/13 116/18
117/25 118/21 119/7 120/9
121/15 121/17 122/3 122/11
122/16 122/19 124/22 126/3
126/23 128/11 129/16
129/21 133/17 133/22 134/5
134/16 134/19 137/22
138/15 139/6 139/9 139/13
139/16 139/23 140/5 140/18
140/22 140/25 141/11
143/24 144/16 144/20
144/24 153/9 155/19 157/22
158/14 159/9 161/3 161/7
161/21 163/2 163/24 164/3
164/4 168/13 169/19 170/23
171/8 172/13 174/3 174/8
175/2 175/19 176/1 181/1
181/8 181/11 182/6 182/8
182/15 182/23
once [5] 154/14 155/6
163/25 171/20 173/5
one [26] 104/12 105/6
105/12 109/16 110/10
116/21 120/12 122/3 122/4
122/8 122/22 122/22 138/1
138/8 143/13 145/8 157/5
161/24 162/1 162/2 162/12
175/7 175/17 175/23 176/12
181/11
ones [1] 143/13

ongoing [1] 119/5
online [1] 142/14
only [11] 124/24 137/15
138/6 138/8 138/12 143/20
149/21 149/23 163/24
163/25 180/4
oOo [1] 182/25
open [4] 140/11 140/21
173/15 181/7
open-ended [1] 173/15
opened [1] 178/16 179/24
opening [2] 98/7 99/14
operating [15] 109/24 110/1
111/6 111/11 111/17 111/17
111/20 111/21 111/25
111/25 112/1 112/8 112/11
112/16 112/18
operating scrubs [1]
111/25
operator [1] 103/2
opinions [2] 160/24 181/20
opportunity [1] 175/21
order [3] 149/18 150/12
153/5
ordered [3] 147/7 147/12
148/1
organisms [5] 160/12 162/9
163/3 163/9 163/11
organization [1] 143/13
organizations [2] 143/10
174/15
original [4] 109/25 111/18
122/8 132/8
other [16] 112/12 118/14
127/12 132/5 145/4 155/17
155/18 157/6 157/7 159/3
160/12 163/24 167/16 170/7
174/17 176/21
our [27] 104/4 104/5 104/14
108/13 109/25 111/14
111/18 116/12 119/5 121/13
128/14 128/15 130/24
131/13 139/17 140/23 142/8
144/6 145/8 145/9 148/18
149/13 157/6 157/8 158/5
158/11 171/22
ours [1] 106/9
ourselves [1] 144/12
out [19] 99/18 100/1 100/14
100/17 100/21 109/23
109/24 111/11 127/24
131/10 131/10 132/1 145/20
146/2 149/11 150/11 161/4
167/2 182/12
outfit [1] 146/6
outside [3] 96/23 128/25
182/13
over [3] 137/12 143/5
155/23
overrule [1] 134/8
Overruled [2] 108/18 167/5
Overtalking [1] 138/7
own [3] 149/5 171/22
177/17
owns [1] 148/21

## P

**packaged** [1] 145/18
**page** [25] 96/3 96/22 102/13 102/14 102/14 107/12 114/24 117/11 119/11 119/11 123/2 129/7 134/17 139/16 139/19 144/25 159/14 160/2 163/6 163/7 166/3 175/12 175/19 175/24 183/9
**pages** [3] 94/18 154/1 154/1
**paid** [2] 131/20 132/2
**PAISAN** [1] 95/17
**pamphlet** [3] 167/21 169/3 169/6
**pants** [2] 112/7 129/11
**paragraph** [8] 115/2 118/1 124/16 124/22 128/11 129/8 162/3 164/19
**parameters** [3] 110/5 124/19 133/25
**Park** [1] 95/18
**part** [19] 98/9 101/13 104/3 104/5 104/8 104/10 105/7 128/22 128/22 143/3 143/12 145/19 151/21 157/2 157/5 160/5 171/9 176/6 179/12
**participate** [2] 157/6 173/6
**particular** [2] 154/24 171/8
**particularly** [2] 144/6 174/16
**parties** [1] 180/18
**Partner** [1] 149/5
**PARTNERS** [38] 94/5 94/14 95/3 95/22 101/3 106/18 116/14 141/20 141/22 141/23 142/1 142/5 142/6 143/16 143/17 143/21 144/1 144/10 146/5 146/7 146/9 148/10 148/11 148/22 149/1 149/10 157/2 162/21 163/16 167/14 168/25 169/2 169/5 169/6 170/19 170/21 177/7 177/20
**Partners'** [2] 144/17 158/3
**pathogen** [1] 118/2
**pathogens** [5] 118/15 119/9 125/8 152/9 170/7
**patient** [3] 104/7 123/8 170/6
**patients** [4] 152/9 159/22 163/8 164/21
**pay** [1] 132/5
**PDF** [1] 153/2
**penalties** [1] 102/3
**penalty** [1] 102/3
**pending** [3] 121/14 121/15 129/3
**people** [4] 112/1 128/4 159/3 170/22
**per** [1] 155/1
**percent** [13] 111/13 119/24 120/4 121/9 132/16 132/16 133/14 133/14 133/14 134/25 152/6 152/7 166/6
**performance** [1] 133/25
**performed** [1] 123/13

**performing** [1] 171/10
**period** [1] 172/2
**perjury** [1] 102/3
**person** [2] 155/9 171/20
**Pesticide** [1] 150/9
**physical** [1] 135/13
**physicians** [1] 177/16
**pick** [2] 145/20 146/2
**picked** [2] 132/10 132/19
**pickup** [2] 134/1 135/4
**picture** [2] 145/8 166/5
**pictures** [2] 144/16 145/4
**pie** [1] 155/22
**place** [2] 133/23 171/5
**placed** [5] 123/12 123/19 135/10 136/6 136/12
**placing** [1] 126/18
**plaintiff** [4] 94/6 95/3 180/11 182/19
**plaintiff's** [2] 96/3 180/10
**PLAINTIFF/COUNTER-DEF ENDANT** [1] 95/3
**plan** [1] 168/1
**plans** [3] 115/5 144/5 144/6
**platform** [4] 154/16 154/17 154/18 173/1
**PLAx** [1] 94/7
**play** [2] 159/18 180/11
**played** [3] 140/11 140/21 181/7
**plays** [1] 169/2
**please** [28] 98/17 98/23 106/14 106/15 108/21 110/6 110/14 116/15 120/11 123/22 125/20 126/23 128/12 129/18 134/16 136/2 139/25 141/1 141/7 142/13 144/4 153/12 156/5 158/13 161/15 164/3 165/16 177/8
**Plus** [4] 146/9 146/11 148/11 148/17
**point** [1] 111/16
**Poly** [1] 112/11
**polycotton** [5] 111/14 111/17 122/10 132/9 148/18
**polyester** [6] 111/13 132/16 133/14 135/1 148/14 148/15
**portion** [1] 108/24
**Portions** [3] 140/10 140/20 181/6
**position** [4] 144/10 144/12 170/19 171/8
**post** [1] 107/1
**potential** [2] 127/18 127/23
**potentially** [3] 112/1 125/17 133/25
**PowerPoint** [1] 156/3
**PR** [1] 150/9
**pre** [1] 118/13
**pre-K** [1] 118/13
**premarket** [3] 118/4 118/9 119/6
**prepared** [6] 116/22 121/23 130/21 154/14 172/14 175/3
**preparing** [3] 152/21 153/18 171/13
**presence** [2] 96/23 182/13

**present** [3] 95/22 139/14 176/22
**presentation** [1] 139/8
**press** [25] 110/2 110/16 110/17 110/19 111/5 127/1 127/9 127/16 128/2 128/3 128/6 128/23 129/8 129/20 129/21 130/6 130/9 130/13 130/14 130/16 130/19 130/24 131/8 131/9 131/10
**pressed** [1] 155/7
**preventing** [2] 103/25 127/25
**prevention** [2] 104/6 160/4
**prevents** [2] 103/24 125/6
**price** [1] 111/16
**print** [1] 155/17
**printed** [1] 169/15
**printout** [7] 106/24 114/14 126/1 152/19 161/18 162/2 168/17
**prior** [3] 117/21 117/21 121/23
**probably** [2] 100/19 101/13
**proceedings** [2] 96/22 183/8
**process** [9] 118/4 118/9 118/12 118/23 118/24 119/3 119/4 138/22 156/22
**produced** [6] 117/3 122/20 124/9 129/23 152/5 165/20
**product** [37] 99/18 99/20 106/7 106/7 106/8 106/9 106/14 109/18 109/25 110/4 111/15 111/18 113/1 113/2 113/13 114/3 114/7 114/11 115/24 115/25 116/1 116/4 118/18 118/19 120/4 121/25 122/3 122/4 122/13 127/11 127/24 148/20 149/21 152/10 174/10 177/9 177/10
**product's** [1] 124/25
**products** [11] 115/23 116/12 116/19 129/17 142/16 143/20 143/23 150/11 157/7 157/7 158/21
**professional** [1] 100/7
**program** [1] 104/6
**programmed** [1] 171/21
**programs** [1] 143/11
**prohibited** [1] 125/11
**projects** [1] 142/3
**properties** [6] 102/8 102/25 124/25 135/13 145/10 170/5
**proportions** [2] 136/6 136/11
**proprietary** [1] 109/5
**protect** [2] 152/8 164/21
**protection** [5] 125/1 126/12 126/19 130/7 170/5
**protective** [6] 94/8 94/10 95/12 95/23 168/19 169/14
**protects** [4] 105/20 119/20 121/2 149/24
**protocols** [1] 160/4
**prove** [1] 128/18
**provide** [2] 125/16 169/10

**provided** [5] 139/17 145/17 167/21 167/24 175/20
**provider** [2] 153/5 154/20
**providers** [1] 154/19
**provides** [3] 120/24 167/22 169/7
**providing** [3] 142/2 168/24 169/9
**public** [13] 117/17 125/7 149/19 151/16 151/19 152/1 163/4 163/24 165/11 165/12 170/9 170/10 178/25
**public-facing** [1] 117/17
**publish** [1] 108/19
**published** [2] 104/20 107/3
**pulled** [1] 172/21
**purchase** [5] 145/13 145/25 145/25 171/22 177/9
**purchased** [3] 146/25 147/2 147/22
**purchases** [1] 177/14
**purchasing** [4] 147/5 147/19 153/4 177/17
**pursuant** [1] 183/5
**put** [9] 112/1 139/11 145/21 145/21 147/8 153/2 163/11 169/10 169/11

## Q

**qualified** [3] 101/13 101/16 103/9
**qualify** [1] 175/7
**quarter** [2] 182/3 182/5
**question** [55] 102/10 102/17 102/24 103/3 103/17 105/14 105/15 105/16 107/24 107/25 109/17 109/21 111/22 112/5 113/16 120/17 121/14 121/15 129/3 129/5 131/3 131/5 131/24 132/12 132/22 132/24 133/2 134/5 134/14 134/21 136/2 136/19 137/22 137/23 138/5 138/6 138/10 138/12 138/15 139/8 155/11 159/17 159/17 160/2 160/11 166/18 166/19 174/7 175/25 176/12 177/6 179/23 179/25 180/2 181/25
**question was** [1] 138/6
**questioned** [1] 101/8
**questioning** [1] 112/19
**questions** [10] 158/21 159/14 170/17 172/8 172/14 172/16 173/15 176/21 180/4 180/6
**quickly** [1] 129/7
**quote** [2] 128/22 128/24

## R

**R-E-T** [1] 99/1
**R-i-t-c-h-e-s-o-n** [1] 141/10 181/6
**RAINES** [3] 96/19 180/12 181/6
**raise** [2] 98/17 141/1
**randomized** [2] 104/20 131/21
**rashes** [1] 137/16

## R

rated [1] 108/9
rates [1] 135/16
rather [1] 130/11
rayon [3] 122/13 133/14
148/15
re [1] 179/6
read [11] 102/12 102/15
103/12 103/13 105/2 115/11
115/15 128/6 134/17 139/20
153/3
reading [4] 102/21 108/3
125/2 126/12
ready [1] 98/11
really [2] 112/19 132/20
reask [1] 131/24
reason [5] 128/25 132/10
132/19 161/1 182/21
recall [5] 102/6 116/6 116/9
135/7 175/11
receive [6] 119/23 137/12
137/25 138/13 149/19
178/20
received [25] 110/24 114/19
117/7 118/22 119/8 120/2
124/13 126/7 127/6 130/2
137/15 138/1 138/10 146/16
147/16 148/5 154/10 155/2
155/3 156/13 159/9 164/16
165/23 169/13 169/19
receiving [1] 155/4
recent [1] 116/21
recess [5] 160/19 161/3
161/5 182/23 182/24
recognize [5] 107/11 114/14
116/19 158/17 161/17
recollection [1] 111/10
record [8] 98/5 98/24 141/8
154/5 156/17 161/7 164/7
182/15
RECROSS [3] 96/17 179/7
179/9
RECROSS-EXAMINATION
[1] 179/9
redacted [3] 166/25 167/3
167/4
redactions [1] 166/22
redefine [1] 155/16
REDIRECT [2] 96/16 177/4
reduce [7] 104/16 104/17
104/18 104/21 105/4 123/8
160/3
reduces [1] 166/6
reducing [2] 104/11 170/7
reduction [7] 104/6 121/8
121/9 123/12 127/21 130/7
130/12
referring [1] 177/12
reflect [3] 98/5 161/7 182/15
refresh [1] 111/10
regarding [20] 101/4 121/9
124/24 127/2 137/1 137/7
151/17 151/20 152/1 157/3
163/1 168/19 169/13 172/4
172/5 172/10 174/6 175/13
178/10 178/19
register [6] 108/13 114/2

15/24 158/3 158/5 158/8
161/22
registered [23] 105/22
106/4 106/5 106/7 109/6
109/12 112/23 113/2 113/5
113/8 113/11 113/13 114/9
115/4 115/10 115/15 149/21
156/23 157/14 157/16
157/18 157/21 157/23
registration [5] 108/6 109/1
150/9 156/21 157/4
registrations [1] 157/11
regular [3] 148/10 148/12
155/1
regularly [1] 154/25
regulation [2] 151/7 151/8
regulations [14] 120/7
123/18 123/20 125/12
130/21 149/12 149/20
151/18 151/19 157/3 160/9
160/14 175/13 183/10
regulatory [6] 116/11
120/13 120/14 124/4 144/9
179/17
relate [1] 124/25
related [1] 103/25
relates [1] 168/20
Relative [1] 103/8
release [21] 110/2 110/16
110/17 110/19 111/6 127/1
127/10 127/16 128/2 128/23
129/8 129/20 129/21 130/6
130/9 130/13 130/14 130/16
130/19 130/24 160/21
releases [5] 128/3 128/7
131/8 131/9 131/10
relevant [1] 143/24
remember [8] 101/2 101/20
101/23 102/1 118/25 160/22
174/2 181/18
RENATA [4] 96/13 140/24
141/9 141/13
repeat [1] 140/6
repellant [1] 170/5
report [20] 108/12 137/6
155/22 156/1 156/3 156/9
172/1 173/17 173/19 173/20
173/22 173/23 173/24 174/1
176/5 176/9 176/10 176/11
177/23 177/24
reported [1] 183/7
Reporter [2] 94/23 183/18
REPORTER'S [1] 94/17
reporting [1] 180/5
representative [2] 101/9
175/9
requested [1] 101/3
require [1] 149/12
required [2] 123/5 123/11
requirements [1] 174/4
research [29] 100/19 101/14
104/4 104/5 104/14 115/25
120/15 129/1 130/25 131/1
134/3 141/19 142/2 142/2
142/5 142/8 142/20 143/2
143/10 143/13 149/7 162/20
162/21 163/16 165/1 174/8
174/13 175/5 176/4

researching [5] 142/11
142/12 142/15 151/2
161/25
resell [1] 170/22
reserve [2] 139/7 176/25
resistant [2] 104/22 163/9
resolution [1] 178/9
respect [21] 121/24 130/12
142/7 142/16 142/16 143/8
144/6 144/9 144/11 149/8
149/16 151/21 157/11
159/24 162/13 162/23
163/17 165/10 169/22
174/15 177/21
respective [2] 98/6 161/8
respondent [1] 155/9
response [2] 172/8 178/20
responses [4] 155/2 155/3
155/5 155/6
responsibilities [1] 171/9
responsible [2] 163/12
169/9
rest [1] 175/15
restate [1] 111/22
restrictions [2] 149/8
149/15
result [3] 138/3 152/9
171/18
results [1] 130/17
retail [1] 142/15
retailers [4] 142/9 170/21
177/7 177/9
retire [2] 160/25 181/21
returned [1] 173/11
review [4] 144/5 144/8
157/17 158/7
reviewed [6] 110/19 156/1
156/4 156/10 161/24 162/2
reviewing [1] 157/1
RGK [1] 94/7
right [45] 98/17 100/2 101/6
105/13 106/3 106/17 108/2
112/8 114/9 117/1 117/21
118/17 118/19 119/21
120/10 122/4 131/17 131/20
132/18 133/14 135/14 139/7
139/12 141/1 163/10 167/3
171/5 172/6 172/18 172/21
173/2 173/5 173/16 173/24
174/18 174/23 175/11
175/16 175/21 175/23 176/3
176/10 176/20 177/1 182/6
right below [1] 120/10
right-hand [2] 106/17 117/1
risk [2] 163/11 170/7
RITCHESON [7] 96/13
140/24 141/9 141/13 141/18
170/16 179/11
Robinson [2] 95/3 95/7
Roger [1] 182/7
role [13] 127/22 127/25
142/11 142/12 143/25 144/4
149/7 152/24 152/25 153/18
159/18 162/20 169/2
roll [2] 99/18 127/24
roll-out [1] 127/24
rolled [3] 109/23 109/23

111/11
room [13] 110/11 111/6
111/11 111/17 111/25 112/2
112/8 112/11 112/16 112/18
128/25 160/25 181/21
Roth [16] 152/22 153/1
153/20 153/21 154/15
155/13 155/24 156/2 156/3
156/9 172/7 172/10 172/18
173/10 173/19 173/20
rules [2] 149/16 157/3

## S

S-III [2] 110/7 114/13
safety [2] 114/25 170/6
safety-enhancing [1]
114/25
said [7] 114/10 120/14
136/20 150/12 153/21
155/25 163/10
same [16] 102/2 103/14
109/16 114/13 120/25 122/1
123/2 127/22 134/21 134/22
134/23 134/24 134/24 140/8
151/13 152/11
sample [8] 146/8 146/10
153/4 153/5 154/19 154/20
171/21 171/22
Sampling [2] 154/19 173/4
San [1] 95/14
sanitizers [4] 104/7 104/10
127/20 128/25
sanitizers outside [1]
128/25
Sapphire [1] 143/19
say [16] 99/14 100/25
101/17 103/25 106/15 109/9
115/14 119/19 119/21
119/23 120/25 149/22 160/9
162/8 174/11 178/19
saying [5] 105/20 111/19
111/24 112/3 112/6
saying that [1] 112/3
says [22] 104/4 104/14
105/1 115/3 117/12 117/16
118/2 123/5 123/6 123/12
126/11 129/9 147/10 159/21
159/25 162/3 162/5 163/7
164/20 164/21 166/4 166/5
scenarios [1] 112/10
school [1] 143/23
science [7] 100/4 101/4
101/10 101/17 102/8 102/17
102/24
science behind [1] 102/17
scientific [1] 105/20
scientist [2] 100/15 100/16
scope [1] 129/2
scopes [1] 178/6
screen [1] 167/3
script [2] 116/24 117/12
scrub [11] 109/15 110/3
111/13 111/17 112/4 112/9
121/24 129/10 146/15
151/17 166/5
scrubs [83] 101/6 103/21
103/23 106/8 109/24 110/1

**S**

scrubs... [77] 111/7 111/11
111/19 111/20 111/21
111/24 111/25 111/25 112/6
112/11 112/15 112/17
112/18 113/16 113/17
125/16 127/2 129/14 129/17
130/7 143/18 143/20 143/24
144/1 144/3 144/7 144/11
144/12 144/15 145/9 145/11
145/12 145/14 145/15
145/16 145/17 146/5 146/9
146/9 146/10 146/24 146/25
147/3 147/3 147/6 147/8
147/9 147/11 147/20 147/20
147/24 148/1 148/10 148/11
148/12 149/10 154/25 157/6
157/22 158/4 158/5 158/11
158/11 159/24 160/8 160/13
160/15 162/14 162/22
162/24 163/1 163/17 163/20
165/1 174/6 177/14 177/17
SEAN [1] 95/17
seated [2] 98/22 141/6
seats [2] 98/6 161/8
second [9] 119/11 119/15
129/7 129/8 158/24 159/17
166/3 173/2 175/17
section [4] 108/24 120/20
162/6 183/5
security [1] 149/19
see [48] 102/18 109/7 111/8
112/20 114/25 115/7 117/1
117/3 117/14 118/5 119/15
119/25 120/22 121/10 123/5
123/9 123/11 124/5 124/7
124/20 125/2 125/23 126/12
127/13 128/20 129/12
129/14 134/15 142/15
142/17 145/3 155/25 159/15
159/18 160/6 160/7 162/4
162/10 162/11 163/6 164/23
164/24 166/8 166/9 167/3
168/1 168/22 181/25
seen [5] 122/19 151/25
152/3 152/5 158/18
self [2] 107/20 179/17
self-authenticating [1]
107/20
self-regulatory [1] 179/17
sell [9] 106/8 116/12 170/24
170/24 171/4 171/6 171/7
177/10 177/11
sells [2] 112/6 146/24
Semeltec [2] 126/11 126/16
send [1] 155/18
sending [1] 131/9
sense [3] 114/4 146/4
149/19
sent [8] 128/2 128/10
153/20 153/21 155/13
155/23 173/19 173/20
sentence [1] 115/2
separate [1] 130/23
SEPTEMBER [5] 94/20 98/1
164/8 165/20 183/12
series [1] 158/20

serious [1] 163/12
services [1] 149/1
set [1] 147/7
Seth [1] 95/7
setting [5] 104/16 104/17
104/19 105/4 166/7
settings [1] 101/15
Seven [1] 181/13
several [3] 141/23 143/5
155/1
shall [4] 98/18 98/19 141/2
141/3
Sharon [1] 95/13
she [7] 99/17 107/24 135/22
135/22 150/22 160/17
179/24
She'll [1] 106/22
She's [1] 102/21
shelf [1] 145/20
shift [2] 104/23 104/24
shipped [1] 147/8
shirts [1] 129/11
shoes [1] 170/24
short [1] 160/19
should [12] 106/12 106/18
110/7 110/11 110/12 114/12
116/13 122/1 150/1 150/2
152/11 163/21
show [2] 134/2 144/19
showing [1] 135/20
shown [5] 104/18 104/19
123/7 138/4 162/8
shown that [1] 138/4
shows [1] 166/4
sic [2] 128/14 170/8
side [2] 132/23 182/19
Signature [7] 122/3 122/11
133/6 136/13 147/3 147/20
147/25
significant [3] 121/8 127/25
127/25
similar [1] 168/24
Simple [1] 130/7
since [1] 122/22
SINGER [1] 95/22
single [1] 155/10
sir [53] 99/10 99/21 100/2
100/5 100/8 100/14 101/2
101/11 101/20 103/7 104/2
105/5 105/19 105/24 106/12
107/11 108/17 109/6 109/12
109/23 110/15 111/8 111/22
112/15 112/25 113/3 113/15
113/24 115/14 116/19 118/7
118/21 119/7 121/23 123/9
123/24 125/2 125/10 125/22
126/24 128/8 130/9 130/19
132/16 135/7 135/9 136/5
136/9 136/12 136/18 136/24
137/3 137/12
sit [1] 119/7
situation [1] 132/23
size [1] 145/20
skin [2] 137/15 137/25
sleeved [1] 129/11
smaller [1] 145/1
Smoak [1] 95/16

snafu [1] 156/18
snapshot [1] 107/12
so [63] 98/20 100/21 103/7
103/15 108/25 110/2 110/9
111/19 112/3 112/6 113/10
114/8 116/2 119/1 119/2
122/8 122/11 122/16 122/19
127/22 127/23 129/25
130/19 131/19 133/1 134/4
134/8 135/16 135/21 138/2
138/24 141/4 142/6 142/14
142/17 142/24 144/5 145/3
145/6 145/8 145/16 148/12
148/18 149/1 149/16 149/17
152/4 155/8 158/8 159/3
160/18 167/25 169/22
169/25 177/9 177/14 177/16
177/20 180/6 181/25 182/5
182/19 182/20
society [1] 128/14
solemnly [2] 98/18 141/2
some [19] 120/11 125/19
128/6 135/23 137/15 144/16
145/3 145/22 148/15 149/19
161/1 166/5 167/22 171/22
173/15 173/23 178/4 178/4
182/21
somebody [5] 145/19 153/3
154/25 182/4 182/4
someone [2] 101/4 138/2
someplace [1] 113/7
someplace I'm [1] 113/7
something [7] 113/12 116/6
127/17 142/18 148/18 158/8
162/12
sometimes [1] 144/5
sorry [32] 102/11 102/14
106/18 107/6 110/11 112/5
116/16 116/18 126/14 128/8
132/11 133/20 134/11 138/8
139/21 139/23 147/12 149/9
150/17 150/18 151/2 151/5
156/19 159/6 159/7 159/24
162/13 165/5 166/24 168/3
172/13 179/22
sort [3] 145/22 148/13
149/19
sought [2] 158/3 158/5
sounds [1] 133/16
South [1] 95/8
Spandex [2] 122/13 133/15
SPANGLER [3] 96/10
140/14 140/20
speaks [3] 115/16 127/17
163/3
specific [4] 125/4 125/7
125/12 130/12
specifically [5] 100/12
101/12 104/22 111/16 130/6
spectrum [2] 162/9 163/3
spell [2] 98/24 141/8
spelled [1] 149/11
spells [1] 150/11
spent [3] 142/25 143/12
143/12
SPI [9] 144/2 170/20 171/5
171/15 172/2 176/3 176/14

176/15 176/17
SPI's [1] 170/2
SPI003252 [1] 117/2
SPI003320 [1] 164/9
SPI3328 [1] 165/21
spoken [1] 175/14
spread [2] 125/6 170/8
staff [1] 138/19
Stamped [2] 164/8 165/21
stand [1] 161/10
standard [5] 142/18 142/20
154/17 154/18 154/20
stands [1] 105/3
staph [1] 104/22
start [1] 182/6
started [4] 119/4 131/15
138/22 142/25
starts [3] 124/23 128/13
169/24
state [3] 98/23 141/7 149/20
statement [10] 104/16 105/2
105/3 105/7 105/19 105/22
106/2 115/9 115/14 136/22
statements [4] 98/8 99/14
123/15 123/16
states [4] 94/1 130/6 183/6
183/10
stating [2] 110/2 134/14
statistically [1] 121/8
stenographically [1] 183/7
step [2] 139/9 180/9
sterile [1] 145/18
Steve [4] 152/22 153/20
153/21 155/13
Stewart [1] 95/16
still [4] 123/2 161/10 174/15
174/17
stimuli [1] 153/24
stimulus [2] 154/2 172/22
stipulated [1] 180/18
stores [1] 142/15
STRATEGIC [41] 94/5 94/14
95/3 95/22 101/3 106/18
116/14 141/19 141/22
141/23 141/25 142/5 142/6
143/16 143/17 143/21 144/1
144/10 144/17 146/5 146/6
146/8 148/10 148/11 148/22
149/1 149/4 149/10 157/2
158/3 162/21 163/16 167/14
168/25 169/2 169/5 169/6
170/19 170/21 177/7 177/20
strategies [1] 104/13
strategy [1] 104/3
Street [2] 94/24 95/14
stretch [8] 122/4 122/11
133/6 136/13 147/3 147/20
147/25 148/16
stricken [2] 179/20 179/22
strike [2] 134/6 149/9
studied [1] 136/21
studies [2] 123/12 132/6
study [17] 104/20 105/20
121/7 130/14 131/14 131/14
131/17 131/22 131/25 132/1
132/2 132/2 132/7 136/15
136/16 136/22 136/25

## S

style [1] 146/13
styles [1] 146/2
subject [3] 124/19 136/15 136/16
submit [1] 118/11
submitted [6] 108/13 119/5 160/24 172/18 173/24 181/20
substantive [2] 173/25 174/2
such [5] 100/10 116/3 125/8 125/17 163/9
suit [4] 106/6 109/10 109/13 109/15
SUITE [4] 95/4 95/8 95/14 95/18
suits [4] 157/20 158/12 174/25 175/2
sundry [1] 143/11
superbug [1] 130/8
support [1] 136/25
sure [8] 101/17 128/6 138/19 149/18 159/5 168/4 175/18 177/3
surface [4] 104/8 104/10 123/7 127/20
surgical [24] 106/6 109/10 109/13 109/15 109/15 110/3 112/9 113/16 129/14 129/17 145/11 145/14 145/16 145/19 157/20 158/11 158/12 159/24 162/13 162/22 162/24 163/17 174/25 175/2
survey [42] 131/20 131/20 131/21 142/2 142/6 142/8 152/22 152/25 153/4 153/6 153/13 153/23 153/24 154/14 154/16 154/17 154/17 154/19 154/21 154/24 155/2 155/3 155/6 155/7 155/9 155/21 171/13 171/14 171/17 171/18 171/19 171/20 171/23 172/3 172/5 172/9 172/11 172/24 173/1 173/1 173/4 173/7
surveying [1] 142/14
surveys [4] 143/4 143/5 143/8 171/10
Sustained [12] 137/10 139/3 150/21 150/24 151/14 158/1 162/18 165/8 165/14 166/17 178/15 178/17
swear [2] 98/18 141/2
sworn [3] 99/4 101/23 141/14
synonymous [1] 109/16
synthetic [2] 122/12 122/14 133/9 133/17

## T

T-shirts [1] 129/11
tabulation [2] 173/6 173/8
take [20] 106/13 108/25 110/6 111/5 114/23 116/13 117/11 120/9 122/24 124/16

125/19 127/9 128/11 148/18 138/3 138/3 139/13 160/18 161/15 168/9
taken [8] 101/20 103/12 138/2 138/19 140/7 161/5 175/11 182/24
takes [1] 145/22
talk [10] 104/13 113/1 114/6 115/19 131/1 131/14 131/15 133/1 172/6 182/10
talked [1] 130/17
talking [5] 111/14 115/12 130/24 171/8 177/15
talks [2] 101/9 115/11
target [2] 154/23 154/24
targeting [1] 128/8
team [1] 145/19
technical [2] 101/12 144/7
technicians [1] 177/16
technologies [8] 94/8 94/10 95/12 95/24 148/19 168/20 169/14 170/4
technology [14] 101/15 126/16 127/10 127/19 130/8 134/1 137/18 143/2 143/2 146/11 148/22 149/1 149/4 149/5
tell [11] 101/23 132/23 142/22 143/7 143/15 152/17 152/24 154/22 161/2 171/12 182/17
telling [1] 170/18
terms [5] 142/7 142/19 146/4 147/19 157/5
tested [4] 132/15 133/17 133/20 136/10
testified [8] 99/5 102/4 103/7 108/8 108/16 141/15 174/18 174/21
testify [1] 102/1
testifying [2] 103/15 107/21
testimony [13] 98/9 98/18 103/11 103/12 103/12 112/15 135/7 139/15 140/7 140/8 140/13 141/2 181/10
testing [2] 132/7 135/20
text [1] 153/2
textile [5] 101/13 103/1 103/4 103/8 128/18
textiles [2] 159/18 159/21
than [8] 100/19 101/13 103/9 122/21 129/14 155/17 155/18 160/12
Thank [48] 98/15 98/22 101/1 102/16 103/18 105/17 105/24 108/19 110/9 111/1 114/20 115/17 117/9 120/18 121/12 121/21 122/23 123/17 126/9 129/4 130/4 131/6 132/4 132/13 133/4 136/3 136/24 139/4 139/9 141/6 141/12 148/7 154/3 154/12 156/15 159/10 161/12 166/1 166/20 166/20 167/6 168/7 170/12 171/24 176/20 176/22 179/4 180/8
that [480]

that's [26] 98/9 101/5 106/10 108/25 110/3 112/8 113/11 116/5 117/2 121/15 122/12 125/18 128/24 131/14 131/17 133/9 135/14 135/21 136/16 136/22 175/23 179/20
the Certainty [1] 148/10
the healthcare [1] 104/24
their [20] 98/6 106/9 112/11 113/11 132/23 138/19 142/17 144/11 145/20 150/11 152/9 159/14 164/21 168/1 174/25 175/13 177/17 178/1 178/25 179/12
them [20] 108/13 112/8 119/5 131/19 132/1 132/6 145/19 145/21 145/21 146/1 146/21 147/8 147/10 147/25 149/15 168/20 171/9 171/16 177/25 178/20
themselves [3] 144/10 145/13 145/25
then [36] 109/5 113/10 115/25 124/22 128/17 135/19 136/9 138/25 139/9 142/25 143/1 143/11 144/6 145/18 145/23 147/19 153/20 153/21 154/15 154/16 154/18 155/24 156/4 160/20 168/9 171/18 171/20 171/21 171/23 171/25 172/18 173/5 173/16 173/19 177/10 182/8
there [45] 102/10 104/3 105/20 106/25 107/13 110/2 112/10 112/10 112/12 115/14 116/18 120/20 120/24 121/23 123/1 123/19 128/14 139/12 143/14 145/5 145/15 145/16 146/2 146/10 155/3 155/9 155/21 163/8 166/4 166/14 166/15 166/22 167/21 167/24 169/2 169/10 171/5 171/7 173/21 174/9 174/13 178/9 179/12 180/17 181/22
there's [10] 107/19 121/15 129/3 132/19 148/15 150/20 162/17 166/24 167/24 170/22
There's no [1] 162/17
these [20] 125/6 129/17 145/12 147/11 148/1 148/4 151/18 151/19 162/23 162/25 163/10 163/15 163/18 163/19 168/25 169/3 169/25 170/22 172/18 176/4
they [43] 106/10 108/9 108/13 112/1 123/19 124/25 127/21 131/10 138/2 145/18 145/21 148/12 148/13 149/12 149/16 152/7 152/8 155/11 158/7 158/9 164/22 168/1 168/1 168/2 168/23 170/24 170/24 171/1 171/5 173/25

174/2 174/11 174/17 177/10 178/25 179/2 179/3 180/19 182/19 182/20
they'll [1] 145/20
they're [7] 104/10 109/16 112/12 144/15 145/17 145/21 177/17
they've [1] 158/10
thing [4] 109/16 115/11 130/23 158/10
things [7] 100/11 104/11 120/25 121/19 127/18 135/4 137/16
think [18] 99/17 100/18 101/12 102/10 104/4 105/7 113/6 114/6 115/11 116/20 118/20 122/2 122/24 125/18 133/6 134/7 163/10 181/23
third [4] 95/14 125/21 128/11 168/10
this [148]
those [26] 104/11 104/13 107/23 112/7 123/15 123/16 135/18 135/20 136/7 138/10 138/20 144/8 144/19 145/1 147/22 149/14 149/17 154/1 155/4 163/24 163/24 175/2 177/21 178/12 179/2 180/19
though [5] 145/25
thought [6] 99/14 128/5 128/6 128/9 168/4 178/2
threatening [2] 178/6 178/8
three [2] 119/2 164/20
through [5] 118/3 149/12 155/21 164/9 175/19
time [18] 103/10 112/19 138/9 160/18 161/3 167/5 170/12 172/2 175/12 176/3 176/22 178/5 181/11 181/16 182/1 182/9 182/10 182/18
times [2] 155/1 157/20
title [3] 111/5 141/21 183/6
to imply [1] 126/19
to surgical [1] 159/24
today [5] 119/7 146/5 146/6 146/8 170/1
told [3] 106/10 140/6 178/23
tomorrow [3] 181/15 181/22 182/1
too [1] 159/5
took [1] 161/14
top [4] 108/24 117/11 124/16 163/7
tops [2] 112/7 129/11
totally [1] 130/23
tough [1] 132/20
towards [1] 131/8
Tower [1] 95/18
Town [1] 95/18
trade [1] 121/25
training [6] 100/10 142/23 143/3 143/7 143/9 143/11
transcript [3] 94/17 183/7 183/9
transmission [2] 127/22 159/18

**T**

treat [1] 163/11
treated [12] 103/14 125/8
140/8 149/10 149/17 149/17
149/22 150/12 151/17
151/20 174/15 174/16
treated-articles [1] 150/12
treatment [1] 148/13
treatments [1] 136/7
trial [30] 94/17 97/2 103/13
110/25 114/21 117/8 124/14
126/8 127/7 130/3 130/18
132/21 132/22 140/4 140/7
140/19 146/17 147/17 148/6
154/11 156/14 159/11
161/22 164/17 165/24
169/20 180/21 180/22
180/23 180/24
true [27] 100/5 101/11
103/23 104/2 105/22 109/12
109/23 112/22 119/7 123/15
123/16 125/18 133/22
134/10 134/13 136/5 136/9
136/12 136/16 136/18
136/24 138/11 151/9 169/12
169/15 170/25 183/6
truth [7] 98/19 98/20 98/20
101/23 141/3 141/4 141/4
truthful [1] 103/7
try [4] 105/12 133/1 145/3
182/21
trying [3] 127/18 157/5
167/2
TUESDAY [2] 94/20 98/1
turn [16] 110/14 114/12
119/11 123/1 123/22 125/20
126/23 129/7 129/18 150/1
152/11 153/7 160/16 164/3
165/16 166/3
Turning [1] 143/24
two [4] 122/6 154/1 174/14
181/17
type [3] 111/13 159/23
160/1
typed [2] 153/19 154/16
types [3] 162/23 163/15
178/12
typically [3] 137/16 146/1
148/12

**U**

U.S [2] 94/3 94/23
Uh [5] 111/9 118/6 119/13
126/13 128/16
Uh-huh [5] 111/9 118/6
119/13 126/13 128/16
Um [1] 121/3
Um-hmm [1] 121/3
unanticipated [1] 164/22
Uncas [1] 98/25
under [10] 98/16 102/2
103/13 119/14 120/24 123/2
140/7 159/17 160/2 161/10
underneath [4] 117/16
120/20 162/3 164/19
understand [17] 115/21
116/2 117/20 118/9 118/12

18/13 125/10 146/22
149/15 157/5 158/19 159/5
170/19 171/16 171/16 174/7
180/1
understanding [26] 101/19
151/16 151/18 151/19
151/22 157/22 157/24
159/25 160/9 160/14 162/12
162/20 162/22 162/25 163/4
163/15 163/18 164/2 164/11
164/13 164/25 165/11
165/12 166/12 170/10 172/9
understood [1] 118/17
uniform [1] 143/23
uniforms [1] 130/8
UNITED [3] 94/1 183/6
183/10
university [4] 130/16 130/17
131/19 132/1
unless [2] 113/25 149/21
until [7] 111/11 118/3
119/23 121/6 160/24 181/15
181/20
up [12] 108/25 111/2 116/11
125/24 126/22 135/25
146/23 147/9 160/21 164/20
168/3 172/21
up on [1] 135/25
updated [2] 182/18 182/21
upon [1] 135/2
ups [1] 177/2
URL [1] 107/13
us [16] 106/10 130/16
142/22 143/7 143/15 147/5
148/9 149/12 149/12 149/14
152/3 152/17 152/24 170/18
177/9 177/24
USC [1] 142/24
use [11] 98/10 101/6 120/21
150/10 150/12 160/4 171/22
177/7 177/12 177/14 177/21
used [16] 112/1 112/4 113/1
113/6 113/8 114/3 117/13
117/17 117/18 118/3 122/12
136/13 136/14 154/23
182/19 182/20
uses [1] 148/22
using [4] 104/7 104/7 122/1
133/13

**V**

validation [1] 135/20
variance [1] 181/23
variety [1] 129/11
various [3] 142/15 143/9
143/10
vary [2] 134/12 135/2
venture [1] 157/7
Verde [1] 95/17
version [4] 122/17 153/13
153/19 153/21
versus [1] 111/14
very [8] 113/15 136/24
138/18 149/11 150/6 150/11
151/8 176/20
VEST [1] 165/21
VEST-SPI3328 [1] 165/21

VESTAGEN [99]
Vestagen's [11] 106/19
109/1 111/24 137/3 152/5
157/11 158/21 168/23
169/13 170/3 178/20
Vestagen-SPI003320 [1]
164/9
vestagen.com [1] 164/8
VESTEX [60] 101/5 101/5
102/9 102/25 103/21 103/23
103/25 104/3 104/8 104/12
104/16 104/17 105/4 105/20
105/24 106/7 108/6 109/5
111/6 111/19 112/16 112/23
113/4 113/18 113/20 114/8
114/24 115/3 115/9 115/14
117/12 118/3 118/18 119/19
119/24 121/23 123/6 124/19
124/23 125/16 127/2 127/22
129/10 137/1 137/8 138/3
138/4 147/25 157/13 157/14
157/15 158/21 159/13 160/2
160/4 160/11 162/4 162/5
170/3 174/21
VESTEX's [3] 126/16 166/6
170/5
vestex.com [1] 165/19
Victor [1] 99/1
video [8] 139/21 139/22
139/23 140/3 140/6 180/11
180/13 181/2
videotaped [7] 96/8 96/11
96/20 140/10 140/12 140/20
181/6
Vince [1] 95/17
violation [3] 120/7 130/20
179/20
Virginia [1] 130/15
visit [1] 168/2
volume [14] 94/18 102/13
106/13 106/18 106/19 110/7
110/8 110/12 110/12 114/13
116/14 116/15 150/2 153/8
Von [1] 95/4
VP [1] 124/4
VST [1] 117/2
VST-SPI003252 [1] 117/2

**W**

Wacker [1] 95/8
wait [2] 116/16 181/15
walk [1] 112/7
want [11] 98/14 116/11
139/20 139/24 140/1 157/7
157/8 158/8 158/13 168/2
168/9
wanted [1] 182/17
wants [1] 145/19
was [110]
was did [1] 138/12
wash [1] 112/11
wasn't [2] 113/7 131/21
way [4] 134/14 155/16 161/1
169/23
we [110]
we'd [2] 98/15 139/14
we'll [4] 160/20 160/21

161/3 182/23
we're [11] 118/23 123/1
127/18 145/6 159/7 160/18
166/22 177/15 181/9 181/16
181/23
we've [8] 100/18 109/25
119/5 120/25 122/22 134/1
134/4 174/3
wear [2] 145/13 145/19
wearer [1] 144/14
wearing [3] 144/15 146/5
152/10
wearing hospital [1] 146/5
web [2] 107/12 173/1
web-based [1] 173/1
webinars [1] 143/11
website [37] 106/3 106/5
106/24 107/14 114/15 120/3
126/1 126/18 144/17 145/9
147/7 147/12 147/23 148/2
150/15 151/3 151/4 151/5
151/10 152/19 153/2 153/24
154/2 157/1 157/11 157/17
158/7 159/14 161/18 163/6
164/12 167/24 168/23
169/11 169/16 172/23 179/1
websites [3] 142/15 161/24
162/2
weeks [1] 168/18
weight [1] 153/22
well [23] 100/14 101/15
104/23 105/8 106/12 108/12
112/20 115/11 115/16 119/4
132/11 133/25 139/19 142/9
143/14 143/23 144/13 147/3
157/6 166/22 173/3 181/14
182/9
went [8] 128/3 131/19 132/1
138/14 143/1 147/5 147/7
172/23
Wenzel [3] 128/24 129/1
130/15
were [52] 102/6 103/7 108/1
111/11 111/14 111/15 122/1
122/25 123/18 123/19 124/7
126/18 128/8 129/17 131/4
131/4 138/5 140/11 140/21
141/25 149/11 152/21
154/22 155/2 155/3 157/17
161/14 170/18 171/8 173/21
173/25 173/25 174/2 174/9
174/13 174/15 174/17
174/25 175/2 175/2 175/12
176/4 176/4 177/6 177/23
178/2 178/2 178/6 178/6
178/23 180/5 181/7
weren't [1] 127/23
WESTERN [2] 94/2 131/23
wet [1] 135/4
what [93]
what's [6] 107/6 107/22
122/6 135/3 142/7 142/17
whatever [2] 132/24 145/20
when [28] 99/18 99/19
101/8 101/17 102/1 103/7
103/13 118/11 118/11
118/17 121/19 130/19

## W

**when... [16]** 145/18 145/21 148/17 158/8 161/1 168/2 168/25 169/4 170/18 173/8 173/11 176/3 176/18 177/15 178/19 179/11

**where [17]** 106/10 108/4 123/5 124/23 124/24 125/2 126/12 132/23 138/2 139/11 162/4 163/7 163/8 164/19 164/20 167/2 167/4

**whether [8]** 102/7 137/19 138/10 138/11 157/13 159/23 174/10 176/14

**whether you [1]** 137/19

**which [12]** 106/9 111/13 143/24 146/15 150/1 152/12 154/2 154/16 154/19 156/22 174/10 175/12

**while [1]** 144/15

**who [24]** 101/8 103/3 131/8 131/8 142/9 145/19 148/21 148/24 150/10 154/25 154/25 155/9 170/22 171/21 172/14 172/16 175/9 177/6 177/12 177/14 179/16 181/25 182/4 182/5

**whoever [1]** 103/14

**whole [3]** 98/20 115/11 141/4

**why [8]** 113/24 114/1 132/19 158/6 163/2 176/8 177/23 177/24

**widespread [1]** 128/14

**will [23]** 98/5 110/24 111/22 112/20 117/7 121/19 129/10 132/25 139/21 144/5 144/5 148/19 154/10 156/19 160/2 161/7 165/23 168/18 169/19 170/8 179/22 180/11 182/15

**wire [1]** 131/13

**wishes [1]** 132/25

**withdraw [1]** 175/25

**within [6]** 114/6 114/11 115/12 127/19 174/16 180/18

**without [3]** 114/10 165/1 166/10

**witness [9]** 98/14 132/21 132/23 139/13 140/23 161/10 180/7 180/11 181/8

**witnesses [2]** 96/3 98/10

**Word [2]** 153/13 153/19

**words [3]** 118/14 163/24 167/1

**wore [1]** 154/25

**work [8]** 143/9 145/13 146/22 171/1 171/2 171/3 171/18 176/3

**worked [4]** 116/10 138/18 154/25 172/2

**worker's [1]** 104/24

**workers [12]** 105/21 137/13 143/18 145/12 145/24 146/2 152/9 159/22 163/11 164/21 170/6 177/16

**working [2]** 172/7 173/3

**world [1]** 100/20

**worry [1]** 121/18

**would [34]** 100/9 101/8 101/16 102/7 105/7 110/19 114/8 114/11 120/11 122/2 122/16 124/16 125/8 125/16 127/24 134/12 135/2 135/10 140/12 140/23 148/25 168/22 171/12 171/12 171/14 171/25 172/17 174/10 175/4 175/7 178/21 178/21 178/24 180/13

**write [3]** 150/23 171/19 172/1

**written [1]** 140/7

**wrongdoing [1]** 176/6

**wrote [1]** 173/16

**www.msfedreporter.com [1]** 94/25

## Y

**yeah [9]** 105/10 107/12 110/16 123/16 127/14 135/23 135/25 162/1 182/9

**year [1]** 119/1

**years [4]** 119/2 141/22 141/24 143/12

**yes [96]**

**yet [4]** 121/16 169/23 176/24 178/8

**you [436]**

**you if [1]** 112/20

**you'll [2]** 106/16 119/15

**you're [17]** 98/10 101/18 107/21 108/3 112/3 112/8 118/20 119/12 121/19 133/13 134/14 142/18 149/22 176/23 177/12 182/8 182/9

**you've [7]** 98/7 98/8 105/14 119/2 131/1 152/3 178/19

**your [129]**

**Your Honor [42]** 102/12 103/18 105/17 106/20 106/25 108/19 110/22 114/17 117/6 120/16 124/12 126/4 127/5 140/23 144/18 146/14 147/14 148/7 150/14 151/12 151/13 154/6 159/2 161/19 165/3 165/22 166/21 168/3 169/17 176/25 177/2 178/14 178/16 179/7 179/19 179/24 180/6 180/10 180/17 181/4 181/10 181/13

**yourself [6]** 100/1 100/14 100/17 100/21 116/3 133/2

**yourselves [2]** 160/23 181/19