1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

3        HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

4                    – – –

5   STRATEGIC PARTNERS, INC.,        )
                                     )
6                    PLAINTIFF,      )
                                     )
7          vs.                       ) No. CV16-5900 RGK (PLAx)
                                     )
8   VESTAGEN PROTECTIVE TECHNOLOGIES, )
    INC.,                            )
9                                    )
                     DEFENDANT.      )
10  _____)
                                     )
11  VESTAGEN PROTECTIVE TECHNOLOGIES, )
    INC.,                            )
12                                   )
                 COUNTER-CLAIMANT,   )
13                                   )
           vs.                       )
14                                   )
    STRATEGIC PARTNERS, INC.,        )
15                                   )
                 COUNTER-DEFENDANT.  )
    _____)

16

17          REPORTER'S TRANSCRIPT OF JURY TRIAL

18         DAY 2, VOLUME II; PAGES 300-396

19             LOS ANGELES, CALIFORNIA

20         WEDNESDAY, SEPTEMBER 20, 2017

21                 1:00 P.M.

22   _____

23         CINDY L. NIRENBERG, CSR 5059, FCRR
              U.S. Official Court Reporter
24             350 W. 1st Street, #4455
                 Los Angeles, CA 90012
25                 *www.msfedreporter.com*

```
 1   APPEARANCES OF COUNSEL:

 2

 3   FOR THE PLAINTIFF/COUNTER-DEFENDANT STRATEGIC PARTNERS, INC.:
                     MICHELMAN & ROBINSON
 4                   BY: MONA Z. HANNA, ATTORNEY AT LAW
                     17901 VON KARMAN AVENUE, SUITE 1000
 5                   IRVINE, CA 92614
                     714-557-7990
 6

 7                   MICHELMAN & ROBINSON
                     BY: SETH E. DARMSTADTER, ATTORNEY AT LAW
 8                   100 SOUTH WACKER DRIVE, SUITE 2900
                     CHICAGO, IL 60606
 9                   312-706-7746

10

11

12   FOR THE DEFENDANT/COUNTER-CLAIMANT VESTAGEN PROTECTIVE
     TECHNOLOGIES, INC.:
13                   ERICKSEN ARBUTHNOT
                     BY: SHARON L. HIGHTOWER, ATTORNEY AT LAW
14                   152 NORTH THIRD STREET, SUITE 700
                     SAN JOSE, CA 95112
15                   408-286-0880

16

17                   OGLETREE DEAKINS NASH SMOAK & STEWART
                     BY: VINCE M. VERDE, ATTORNEY AT LAW
18                       SEAN PAISAN, ATTORNEY AT LAW
                     PARK TOWER
19                   695 TOWN CENTER DRIVE, SUITE 1500
                     COSTA MESA, CA 92626
20                   714-800-7900

21

22   ALSO PRESENT:
                     MIKE SINGER, STRATEGIC PARTNERS, INC.
23
                     BEN FAVRET, VESTAGEN PROTECTIVE
24                       TECHNOLOGIES, INC.

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1                          I N D E X

2

3   PLAINTIFF'S WITNESSES:                     PAGE

4   MICHAEL SINGER

5       DIRECT BY MS. HANNA (RESUMED)          304

6       CROSS BY MS. HIGHTOWER                 322

7       REDIRECT BY MS. HANNA                  332

8       RECROSS BY MS. HIGHTOWER               335

9

10  JOHN MITCHELL

11      DIRECT BY MR. DARMSTADTER              370

12      CROSS BY MS. HIGHTOWER                 391

13

14  DEFENDANT'S WITNESSES:

15  BRUCE ISAACSON

16      DIRECT BY MS. HIGHTOWER                338

17      CROSS BY MR. DARMSTADTER               360

18

19

20  FURTHER PROCEEDINGS

21  DISCUSSION HELD OUTSIDE PRESENCE OF JURY  356

22  DISCUSSION HELD OUTSIDE PRESENCE OF JURY  394

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1                           E X H I B I T S

2    TRIAL EXHIBITS                      MARKED   ADMITTED

3    553-1 and -2                                 307

4    577-1 through 577-6                          311

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              LOS ANGELES, CALIFORNIA; WEDNESDAY, SEPTEMBER 20, 2017

 2                               1:00 P.M.

 3                               - - - - -

 4         (Jury in at 1:02 P.M.)

 5              THE COURT:  Okay.  The record will reflect that all

 6    members of the jury are in their respective seats in the jury

 7    box.  The witness is on the witness stand and you may continue

 8    your examination.

 9              MS. HANNA:  Thank you, Your Honor.

10                            MICHAEL SINGER,

11              having been previously duly sworn,

12                   testified further as follows:

13                         DIRECT EXAMINATION

14                              (RESUMED)

15    BY MS. HANNA:

16    Q.   Mr. Singer, do you still have Exhibit 248 in front of you?

17              I'm sorry.  Strike that.

18              Do you still have Exhibit 548 in front of you?

19    A.   Yes.

20    Q.   Okay.  And we were going through the packet of information

21    that was sent to you by Mr. Favret on September 14, 2011.

22              Again, sir, this information that you received was

23    before any confidentiality agreement was discussed between you

24    and Mr. Favret, correct?

25    A.   Yes.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1  Q.   All right.  I'm going to ask you to turn to page 3 of that

2  exhibit.

3  A.   Yes.

4  Q.   Actually, I'm going to refer you to the exhibit page

5  numbers, as opposed to the page numbers in the document, just

6  to avoid any confusion.

7  A.   Okay.

8  Q.   So turn to page 548-3.

9  A.   Okay.

10  Q.   In the middle of that paragraph, Mr. Favret advises you

11  regarding the research data regarding "the market for a

12  solution to an acknowledged and clinically reported problem."

13          Do you see that?

14  A.   Yes.

15  Q.   Okay.  On page 548-6 --

16  A.   Yes.

17  Q.   -- it talks to you about the evidence-based solution and

18  the research results.

19          Do you see that?

20  A.   Yes.  It's -- yes.

21  Q.   On 548-10 and -11, he provides you with the research

22  results and performance parameters.

23          Do you see that?

24  A.   Yes.

25  Q.   548-20, entitled "How VESTEX drives demand.  The right

```
 1   product, the right message, the right plan."

 2           Do you see that?

 3   A.   Yes.

 4   Q.   24 -- 548-24, "Predicting the speed of market

 5   transformation.  How fast will it happen and the results

 6   thereafter."

 7           Do you see that?

 8   A.   Yes, I do.

 9   Q.   548-26, "Will they pay for it?  People pay for

10   performance."

11           Do you see that?

12   A.   Yes.

13   Q.   And this summarizes the costing -- or the cost strategy

14   for Vestagen?

15   A.   Yes.

16   Q.   All right.  And, sir, you received all of this information

17   from Vestagen prior to any confidentiality agreement, correct?

18   A.   Yes, I did.

19           MS. HANNA:  Your Honor, I just want to confirm, did I

20   move that into evidence?  If not, may I?

21           THE COURT:  What was the number again?

22           MS. HANNA:  548.

23           THE CLERK:  I have it in evidence.

24           THE COURT:  Yes.

25           MS. HANNA:  Thank you.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   BY MS. HANNA:

 2   Q.   I would next ask you to turn to Exhibit 553.

 3   A.   Okay.

 4   Q.   This is an October 4th, 2011, e-mail between Ben Favret

 5   and Wendell Mobley.

 6              Do you see that?

 7   A.   Yes.

 8   Q.   And who is Wendell Mobley?

 9   A.   Wendell was in our marketing department.  He did public

10   relations and other things.

11   Q.   Did Mr. Mobley make you aware of this communications with

12   Mr. Favret at or about the date of October 4th, 2011?

13   A.   Yes.  Actually, yes, he did talk to me about this.

14              MS. HANNA:  Your Honor, may I move Exhibit 553-1 and

15   -2 into evidence.

16              THE COURT:  553-1 and -2?

17              MS. HANNA:  Yes.

18              THE COURT:  Yes.

19              MS. HANNA:  Thank you.

20         (Trial Exhibits 553-1 and -2 admitted into evidence.)

21   BY MS. HANNA:

22   Q.   Now, on the bottom of this e-mail chain from Ben Favret to

23   Mr. Mobley, Mr. Favret is discussing microbe thresholds, and

24   then if you turn to 553-2, he talks about the ASTM committees

25   and guidelines defining performance.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              Do you see that?
 2    A.   Yes.
 3    Q.   And then if we go back to the first page of 553, there is
 4    an e-mail again from Mr. Favret to Mr. Mobley talking about
 5    FDA, the 99.9 to 99.999 percent kill and other specifications
 6    with respect to performance criteria.
 7              Do you see that?
 8    A.   Yes, I do.
 9    Q.   And this was all provided to you by Mr. Favret prior to
10    any confidentiality agreement being executed, correct, sir?
11    A.   Yes.
12    Q.   At some point, was there discussion about executing a
13    confidentiality agreement?
14    A.   Yes.
15    Q.   Can you explain to us the circumstances under which that
16    came up?
17    A.   Yes.  We were having discussions with Vestagen about
18    different possibilities, the possibility of them becoming a
19    supplier to us, and we were having discussions with others at
20    the same time, some prior, some after.  But we were talking
21    about them becoming a potential supplier or even us possibly
22    investing in Vestagen.
23              We had a private equity partner at the time who was
24    brand new.  Our company had had a previous private equity
25    partner and our company had recently been sold to a new private
```

1   equity partner, and they actually owned Healthcare Corporation

2   of America, which was, I believe, the largest hospital chain in

3   the country, and some of their people were very skeptical about

4   antimicrobial technologies.

5          And so, you know, we were -- I was trying to

6   introduce them to the fact that I felt that there was going to

7   be a future market for antimicrobial technologies and that, you

8   know, there were interesting potential partners in the market,

9   and met Mr. Favret and was impressed with them and, you know,

10  suggested that they meet him, as well.

11         And so in this process, we were -- we were exploring

12  these opportunities with them.

13  Q.   Was there any discussion at this point regarding investing

14  in Vestagen?

15  A.   Yes.  There were some cursory discussions around it, and

16  Ben was looking for capital, and so I wanted to make the

17  introduction, you know, to the private equity partner.

18         And there was some discussions around that time about

19  sharing financial information, and so I believe at that point,

20  you know, Ben -- Mr. Favret had suggested that we put a

21  confidentiality agreement in place.

22  Q.   Okay.  And do you recall the time frame from when that

23  discussion began to focus on financial information and the need

24  for a confidentiality agreement?

25  A.   You know, it was -- it was, like, November, I think, of

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    that year.

2    Q.    Can I ask you to turn to Exhibit 573.

3    A.    Okay.

4    Q.    Do you recognize this e-mail?

5    A.    Yes.

6    Q.    Okay.  And what do you recognize this to be?

7    A.    This is Kevin Tapalaga, who is one of the gentlemen who is

8    one of the members of the private equity firm, who is also on

9    our board of directors, and William Woo, who is their attorney

10   in-house, and Paul Schlipp, who is also one of the private

11   equity partners.  They are sending me a confidentiality

12   agreement to forward on to Mr. Favret.

13            So then I forwarded it to Mr. Favret, and then he

14   replies, signing a copy and making a few changes to it.

15   Q.    Okay.  To sort of avoid going through the next couple of

16   e-mails, can you just tell us, was there some period of time

17   where there was a confidentiality agreement going back and

18   forth with some changes until it was agreed upon?

19   A.    Yes.

20   Q.    Okay.  But, ultimately, a confidentiality agreement was

21   agreed upon, correct?

22   A.    Yes.

23   Q.    Okay.  And if I could ask you to turn to 577, please.

24            THE CLERK:  Counsel, can I get the number of the

25   exhibit he was just looking at?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1          MS. HANNA:  Yes.  It was 573.

2          THE CLERK:  Thank you.

3          MS. HANNA:  And I have not moved that into evidence.

4     Thank you.

5          THE CLERK:  Thank you.

6  BY MS. HANNA:

7  Q.   577, do you have that in front of you?

8  A.   I do.

9  Q.   Is this the e-mail that attaches the final version of the

10 confidentiality agreement?

11 A.   Yes.

12         MS. HANNA:  Your Honor, I'd like to move Exhibit

13 577-1 through 577-6 into evidence.

14         MS. HIGHTOWER:  No objection.

15         THE COURT:  I'm sorry?

16         MS. HIGHTOWER:  No objection.

17         THE COURT:  It will be received.

18     (Trial Exhibits 577-1 through 577-6 admitted into

19     evidence.)

20 BY MS. HANNA:

21 Q.   All right.  So let's just take a look at the e-mail again.

22         Let's just quickly describe -- we have an e-mail in

23 the middle that's from Kevin Tapalaga.

24         Do you see that?

25 A.   I do.

1  Q.   I just want to make sure that we understand.

2           Mr. Tapalaga was with the private equity firm that

3  partially owned Strategic Partners; is that right?

4  A.   They were the majority owner of Strategic Partners.

5  Q.   And they also sat on the board of directors?

6  A.   Yes.

7  Q.   Could Strategic Partners agree to invest in a company

8  without their approval?

9  A.   No.

10 Q.   Okay.  So as part of a determination as to whether or not

11 Strategic Partners would invest in Vestagen, did you require

12 the approval of your private equity partners?

13 A.   It would -- yes, if we were going to make an investment

14 into Vestagen, it would require their approval.

15 Q.   Okay.  And let's then turn to the confidentiality

16 agreement that was finally agreed to.  That starts on 577-3.

17 A.   Okay.

18 Q.   Let me see if I can direct your attention to the middle of

19 the page where it talks about evaluation material.

20 A.   Yes.

21 Q.   And it defines what is going to be covered by this

22 agreement.

23           Do you see where it says, "Evaluation material does

24 not include, however, information which:  (a) is or becomes

25 generally available to the public other than as a result of

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1   disclosure by you or your representative in violation of this

 2   agreement"?

 3          Do you see that?

 4   A.   Yes.

 5   Q.   And "(b) was available to you on a nonconfidential basis

 6   prior to its disclosure by us or our representatives."

 7          Do you see that?

 8   A.   Yes.

 9   Q.   What did you understand the nonconfidential disclosures to

10   be?

11   A.   Well, nonconfidential disclosures are disclosures that

12   people make in general, you know.  They might make it in press

13   releases; they might make it, you know, to the public; they

14   might make it in sales presentations or in their advertising.

15   Q.   Such as the information that was sent to you by Mr. Favret

16   prior to this confidentiality agreement?

17   A.   Yes.

18   Q.   Okay.  At some point -- at some point, did Strategic

19   Partners make a decision as to whether or not to invest in

20   Vestagen?

21   A.   Yes.

22   Q.   What was that decision?

23   A.   We never invested in Vestagen.

24   Q.   Did you advise Mr. Favret of the decision not to proceed

25   with that transaction?

1    A.    Yes.

2    Q.    How did you so advise him?

3    A.    We had a series of ongoing discussions at various points

4    in time, because we had multiple negotiations or multiple

5    discussions when Mr. Favret would approach us; after we said no

6    the first time, he approached us again another time and another

7    time.  And so not only did we tell him that we weren't

8    investing, but along the way I clearly explained why we were

9    not investing.

10   Q.    What did you tell him about why you were not investing?

11   A.    Well, ultimately, you know, we had two different business

12   philosophies and two different ways of approaching the market.

13        So we were selling to retailers and we were trying to

14   provide the end consumer with the best possible product at the

15   lowest possible price where we could still make a profit and be

16   successful.  And so we were always trying to deliver as much

17   value as we could.

18        And, typically, when we bought fabrics, we were

19   paying $1.50 to $2 a yard.  That was sort of our target price

20   in order to deliver the right kind of value equation to the

21   consumer.  Now, sometimes it was more and we would have more

22   upscale products, but that was really the heart of the market.

23   Some of the products we sold were 10, $11 at retail.

24        So when Mr. Favret was approaching us and we inquired

25   about -- ultimately, about the price of his fabric, at that

1    particular time, his fabric was 10 -- more than $10 a yard, the

2    price that we would sell an entire garment and, you know, more

3    than five times as much as we paid for fabric.

4            So that was a concern, because it would mean -- you

5    know, if we typically sell a product, let's just say, for $10

6    at wholesale and it sells for $20 at retail -- because the

7    retailer needs to make money; they have a business to run,

8    too -- if we had $10 a yard fabric, the price would be like,

9    you know, 40, $50 for a unit, and we just felt that that was

10   way outside of what nurses could and should pay for scrubs.  So

11   that was one issue.

12           The other issue was that Mr. Favret explained that he

13   had a very proprietary process for applying his antimicrobial

14   and his fluid barrier product, and at that time he could only

15   make the product in one factory, which I believe was somewhere

16   in the South, in North Carolina.

17           We were making our fabrics mostly in Asia in multiple

18   fabric mills, and we needed to be able to have a process that

19   we could apply to multiple fabrics.

20           And so we -- there were other issues, but those two

21   issues were challenging.

22           However, you know, Mr. Favret said that they were

23   going to be changing in the future, they were going to be

24   opening up capacity in various foreign markets.  He mentioned

25   Cambodia as one of them.  And so even though we were not able

1    to do something in the short run, we left the door open for

2    possibilities.

3    Q.    Did you advise Mr. Favret that you were continuing to

4    speak to other companies for possibly partnering with them or

5    obtaining the fabrics from them, as well as researching

6    Vestagen?

7    A.    Yes.  From the start, I had informed Mr. Favret -- as a

8    matter of fact, when he met us the first time, he was pretty

9    impressed, compared to most of the meetings he'd had, of how

10   much knowledge we had of the antimicrobial market, and that was

11   because we had been looking at this for long time.

12          We had been engaging with two other companies pretty

13   heavily.  One was a company called MediThreads that had an

14   ingredient partner, just like we today have an ingredient

15   partner that's Dow and Vestagen has an ingredient partner, they

16   license the technology of Schoeller.  This company,

17   MediThreads, had an ingredient partner called Microban, and we

18   were examining making an investment into that company because

19   they believed that they had the very best solution.

20          And so one of the things they invited me to do was to

21   come down to North Carolina to Charlotte to visit Microban's

22   headquarters --

23   Q.    Okay.

24   A.    -- so I did that.

25   Q.    All right.  So let me --

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    A.   So I informed him, yes.  He knew and he was arguing why

 2    Micro- --

 3               THE COURT:  I'm sorry.  There is no question pending.

 4               Counsel.

 5               MS. HANNA:  Okay.  Thank you.

 6    BY MS. HANNA:

 7    Q.   So my question was really whether or not you clearly

 8    informed Mr. Favret, one, that you were not going to pursue an

 9    opportunity with them at that time regarding an investment.

10               Did you?

11    A.   Yes.

12    Q.   And did you also advise him that you were looking at other

13    opportunities, lower cost options for fabric and more flexible

14    manufacturing options?

15    A.   Yes.

16    Q.   I would like to go back to Exhibit 577, page 4, which is

17    the confidentiality agreement.

18    A.   Okay.

19    Q.   And I'm going to direct your attention to the last

20    paragraph of that page, where it says, "If you determine that

21    you do not wish to proceed with the proposed transaction, you

22    will promptly advise us of that decision."

23               Did you do so, sir?

24    A.   Yes.

25    Q.   Okay.  And then it says, "In that case, you will promptly,
```

```
 1   upon our written request, at your election either return to us

 2   or destroy (provided that any such destruction shall be

 3   certified by a duly authorized representative of yours) all

 4   evaluation material (including all copies thereof) in your

 5   possession or in the possession of any representative," et

 6   cetera.

 7               Did you ever receive a written request from Vestagen

 8   asking you to return or destroy what they deemed to be

 9   confidential information?

10   A.    No.

11   Q.    After Strategic Partners announced and rolled out its

12   Certainty and Certainty Plus products --

13               Do you have that time frame in mind?

14   A.    Yes.

15   Q.    And that was several years after the date of this

16   confidentiality agreement, correct?

17   A.    Correct.

18   Q.    This confidentiality agreement is dated November 2011?

19   A.    Yes.

20   Q.    You rolled out the Certainty product when?

21   A.    We introduced it in late October of 2014 and then began

22   shipping it in first -- April of '15.

23   Q.    And at that point, when you made publicly known that you

24   were rolling out the Certainty product, did you ever receive a

25   written notice from Vestagen asking you to return or destroy
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   what they deemed to be confidential information?
 2   A.   No.
 3   Q.   Did you ever receive anything in writing from Vestagen
 4   raising concerns that you had violated or breached a
 5   confidentiality agreement?
 6   A.   No.
 7   Q.   Did you ever receive anything from Vestagen raising any
 8   concerns to you about alleged claims of false advertisement on
 9   the part of Strategic Partners?
10   A.   Never.
11   Q.   After you advised Mr. Favret of the intent to look
12   elsewhere for antimicrobial and fluid barrier technology -- and
13   I'm done with that exhibit.  Thank you -- did you then proceed
14   to look at other potential partners?
15   A.   Yes.
16   Q.   And what -- can you just briefly tell us what you did
17   thereafter in terms of looking for ingredient partners?
18   A.   Well, we determined that MediThreads was not the right
19   partner.  We determined that Vestagen, along the way, also was
20   not the right partner.
21        We ended up making an investment -- it was a company
22   called Polyguard that had a technology, a silver-ion-based
23   technology, and they were moving towards EPA approval.  And so
24   we agreed to fund their company and invest up to a million
25   dollars to acquire 25 percent of that company, and we actually
```

```
 1    planned on using that antimicrobial into our product.

 2             But eventually we ended up switching, and we -- we

 3    decided along the way that this -- we felt this was something

 4    that was going to be changing and we needed to be open to

 5    having multiple technologies, so we -- we leveraged several

 6    different technologies, two antimicrobial technologies and one

 7    fluid barrier technology.  So one came from Dow, one came from

 8    IFTNA, the two antimicrobial technologies, and the fluid

 9    barrier technology from Nanotex.

10    Q.   Okay.  So the antimicrobial technology is not something

11    that Strategic Partners owns or has a patent on; is that right?

12    A.   That's correct.  We license or use those technologies.

13    And we don't -- in most -- a lot of cases with Dow, we didn't

14    even use their product exclusively, or Nanotex.  Anyone in the

15    market could use their products, and their products were used

16    by Under Armour and all kinds of brand-name companies that

17    everyone would know.

18    Q.   And Strategic Partners does not own or have a patent on

19    the fluid barrier technology that they use, correct?

20    A.   No.  That patent is owned by Nanotex.  We license it from

21    them.

22    Q.   Mr. Singer, has the advertisement by Vestagen of the

23    public health claims that they make regarding their scrubs had

24    an impact on the goodwill or reputation of Strategic Partners?

25    A.   Yes, it does.
```

```
1   Q.   Can you explain how.

2   A.   Well, what typically happens is Vestagen has multiple ways

3   of communicating in the marketplace -- they communicate through

4   public relations, they communicate through advertising, and

5   they communicate through sales presentations -- and they are

6   frequently in hospitals all across the country making these

7   communications.

8            So, typically, what happens is that our retail

9   partners get approached by the hospital and say, "Hey, you

10  know, we're looking at this product, and this company's product

11  can reduce HAIs in our hospital.  It kills 99 percent of

12  pathogens.  It protects patients.  It protects healthcare

13  workers.  Why doesn't yours do that?  What's the issue?"

14           So then those retailers come back to our salespeople,

15  and we literally get bombarded all the time, "How are we

16  supposed to respond to this?  How are we supposed to respond to

17  this?"  And we are -- no one is allowed by the EPA to make

18  those kinds of claims.

19           So we find ourselves in a very difficult position.

20  We either have to completely ignore it and live with that chaos

21  or we have to make those kind of claims ourself, which we're

22  not going to do because it's not -- you know, we're not allowed

23  to make those claims via the EPA, or we can try and address it

24  and try and get Vestagen to stop.

25  Q.   Sir, do you have other competitors other than Vestagen?
```

```
 1   A.    Yes.  We have lots of competitors.

 2   Q.    Prior to this lawsuit, have you ever sued a competitor for

 3   false advertisement?

 4   A.    Never.

 5   Q.    Has a competitor ever sued Strategic Partners?

 6   A.    Never.

 7             MS. HANNA:  Thank you.  I have nothing further.

 8             THE COURT:  Okay.  Cross-examination.

 9             MS. HIGHTOWER:  Thank you, Your Honor.

10                        CROSS-EXAMINATION

11   BY MS. HIGHTOWER:

12   Q.    Good afternoon, Mr. Singer.

13   A.    Good afternoon.

14   Q.    I just have a couple of follow-up questions.  I won't keep

15   you very long.

16             Let me go back to -- you had testified initially that

17   one of the reasons that you're here and one of the claims that

18   you're making in this case is that there is a loss of income

19   due to the loss of business at Baptist Health.

20             Do you remember your testimony regarding that?

21   A.    Vaguely.

22   Q.    All right.  And you indicated that your interaction with

23   Baptist Health prior to Vestagen was atypical in that you were

24   dealing with a retail division of Baptist Health; is that

25   correct?
```

1    A.    That's correct.

2    Q.    All right.  And you believe you lost that client in 2012,

3    2013.

4            Since you testified there, have you come any closer

5    to a date when you actually lost the client?

6    A.    No.

7    Q.    All right.  Did you ever determine why you lost the

8    client?

9    A.    Yes.  Well, we did some research around it and we -- I

10   think we have a good understanding.

11   Q.    All right.  And that understanding would be -- why did you

12   lose it?

13   A.    Well, we believe it's partly because Vestagen made claims

14   about their product on their website, in their advertising, in

15   their marketing, in their sales presentations, that are claims

16   that they know, we know, and everyone who's doing antimicrobial

17   technology should know that they're not supposed to be making.

18   Q.    All right.  Have you -- has SPI ever met directly with

19   Baptist Hospital regarding the utilization of your products?

20   A.    I'm not sure I understand your question.

21   Q.    Did you ever meet with any of the decision makers at

22   Baptist Health as to why they no longer utilized your product

23   and instead used Vestagen?

24   A.    We were dealing with different people than Vestagen was,

25   so, yes, we spoke to the people that we had been dealing with.

1    Q.   Okay.  My question was did you deal with any of the

2    decision makers?  Did you meet with the decision makers?

3    A.   No.

4    Q.   Do you know who made the decision to switch from Strategic

5    to Vestagen as far as their scrubs were concerned?

6    A.   Yes.

7    Q.   And who was that?

8    A.   It was, I think, primarily Diane Raines.

9    Q.   All right.  Did she make the decision on her own?

10   A.   I don't believe so.

11   Q.   All right.  Do you know who else was part of that decision

12   making?

13   A.   There was a committee, but I don't recall the names of the

14   people on the committee.

15   Q.   All right.  Let's go back to did you ever have the

16   opportunity or take the opportunity to meet with the

17   epidemiologist at Baptist Health regarding their review of the

18   Vestagen products?

19   A.   No.

20   Q.   Do you know when Baptist Health first began meeting with

21   Vestagen regarding their VESTEX scrubs?

22   A.   I believe -- well, you said it was 2001, but then that was

23   corrected.  So I don't have a date other than that.

24   Q.   And that was my error and I apologize.  It was 2011.

25   A.   2011.  Okay.  Thank you.

1   Q.   All right.  And did you ever determine exactly what

2   materials or information that Baptist Health relied on in

3   making their decision to switch to the Vestagen scrubs from

4   SPI?

5   A.   No.  I did not ask Baptist for their materials.

6   Q.   All right.  Did you ever follow up after the decision was

7   made with Baptist Health?

8   A.   No.

9   Q.   All right.  And then the other part that we were talking

10  about in -- throughout this process and your meeting with

11  Vestagen, in 2010, did you have a product that was similar to

12  the VESTEX product?

13  A.   I would say yes and no.

14  Q.   Was that product out on the market?

15  A.   Yes.

16  Q.   And what was it?

17  A.   Well, it really depends.  You know, we would consider

18  non-treated scrubs in many ways, and most consumers today would

19  consider non-treated scrubs to be very familiar -- I mean, very

20  similar to treated scrubs.  Although we might personally

21  disagree with that and Vestagen might personally disagree, the

22  consumer -- many consumers would see them as being very

23  similar.

24  Q.   Did you have a treated fabric document on the market in

25  2010?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   A.   No.

 2   Q.   How about in 2011?

 3   A.   No.

 4   Q.   2012?

 5   A.   No.

 6   Q.   2013?

 7   A.   We did not.

 8   Q.   2014?

 9   A.   No.  Well, late 2014 we introduced it, but it did not ship

10   until April of 2015.

11   Q.   And the 2014 late, that was Certainty; is that correct?

12   A.   Correct.

13   Q.   And when did Certainty Plus come out?

14   A.   I believe it was September or October of 2015.

15   Q.   All right.  Now, one of the claims that I understand in

16   this case is that you believe you have lost sales as a result

17   of the Vestagen marketing or advertising, correct?

18   A.   Correct.

19   Q.   And what was the total of your sales in 2010?

20   A.   I don't recall the sales.  The gentleman mentioned it

21   earlier, but I don't recall the number.

22   Q.   Does 22 million sound correct?

23   A.   No.

24   Q.   Okay.  210 million?

25   A.   Something in that range.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   Q.   All right.  And can you give me an estimate of what your

 2   sales were in 2011?

 3   A.   Probably 10 percent more, roughly.

 4   Q.   How about in 2012?

 5   A.   I would say, you know, in a similar range, within 5 or 10

 6   percent of that.

 7   Q.   All right.  That's fair.

 8            How about 2013?

 9   A.   Probably pretty similar.

10   Q.   5 to 10 percent again?

11   A.   Probably.

12   Q.   Thank you, sir.

13            How about in 2014?

14   A.   Maybe 5 or 6 percent.

15   Q.   Okay.  I'm not even going to try the math because I'm

16   terrible at it, but going from 200-and-some million and

17   increasing it by 5 to 10 percent, would you agree that in 2014,

18   you were still in the $200 million range?

19   A.   Well, we were above -- you know, significantly above where

20   we were in 2010, so somewhere between that number and 300

21   million, I would -- I would estimate.

22   Q.   Okay.  Thank you.

23            When did you first become concerned about any

24   advertising of Vestagen?

25   A.   I don't recall exactly.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    Q.   Can you give me an estimate?

2    A.   I guess it depends what you mean by "concerned."

3    Q.   Okay.  One of the claims that you have made is that

4    Vestagen was falsely advertising their product and misleading

5    the consumer, correct?

6    A.   Correct.

7    Q.   When was that first -- those claims first brought to your

8    attention?  When do you believe that they were falsely

9    advertising?

10   A.   I believe they were falsely advertising likely from the

11   start, but when -- your question was when did we become

12   concerned about it, and --

13   Q.   Let me restate it.

14        When did it first come to your attention that there

15   was potentially any false advertising on the part of Vestagen?

16   A.   Probably would have been sometime prior to us launching --

17   after we began our relationship with Dow and they began to

18   educate us.  We had an approval process in place where any kind

19   of advertising or marketing that we were going to do had to be

20   approved by Dow.  So I would imagine it was sometime in 2013 or

21   2014 that it became an issue --

22   Q.   All right.

23   A.   -- or we became more focused on it.

24   Q.   And so was it through Dow that it came to your attention?

25   A.   No, I don't believe it was through Dow.  I think the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    concept and the understanding of what the rules were became

2    clear to us as we got closer and closer to actually launching

3    our product.

4    Q.   Was there a member of SPI that brought it to your

5    attention?

6    A.   Likely.  I don't remember exactly who it was, but, I mean,

7    there were multiple instances of it and I can think of

8    different people at different times who addressed it.

9    Q.   When it came to your attention of this alleged misleading

10   or false information, did you contact Vestagen?

11   A.   Eventually, we did.

12   Q.   And when was eventually?

13   A.   I believe we contacted them in April, around April of

14   2016, if not earlier.  I don't have -- you know, it's difficult

15   for me to remember all the dates, but it may have been April of

16   '16.

17   Q.   Okay.  So if I understand correctly -- and don't let me

18   misstate you -- you became aware of the advertising of Vestagen

19   and your belief that there may be false or misleading

20   statements in April of 2014 and you did not talk to Vestagen

21   about it until March of 2016; is that correct?

22   A.   We became aware of the concept from Dow in our development

23   process of what we could and could not say and what the rules

24   were around the EPA rules.

25           And so initially, we had developed -- in our

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   marketing department, had developed marketing materials, and

2   when we went to get those approved from Dow, basically learned

3   that we couldn't use them.

4          And so from that point forward, we started to get

5   more sensitive -- we started to recognize that we had really

6   strict limitations, legal limitations, of what claims could be

7   made in a healthcare environment because of EPA and FDA

8   regulations.  So at that period of time, we became very

9   sensitive to it.

10          And over time -- and I can't tell you the exact date,

11   but over time, you know, we became aware of Vestagen making

12   claims and repeatedly making claims, and at some point, we

13   gathered enough information to make that point convincing.

14          Because, you know, a lot of times we were hearing it

15   through sales presentations that they made, and then that would

16   come back to us through a retailer because that -- either they

17   were making a presentation directly to a retailer or they were

18   making a presentation to a hospital and then the hospital was

19   coming back to the retailer and they were coming back to us.

20          So those were more hearsay kind of things.  We

21   believed they were real, but they were events, you know, here

22   and there.

23          But over time, as we collected data and were able to

24   make a very convincing and compelling case that was evidential,

25   we shared that with them.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   Q.   All right.  And so in March of '16, did you pick up the

2   phone?

3   A.   No, we didn't pick up the phone.

4   Q.   All right.  You talked about someone at Dow explaining the

5   rules for you to follow for the EPA; is that correct?

6   A.   Correct.

7   Q.   And who was that?

8   A.   There were different people at Dow who explained --

9   explained it to us at different times.  I mean, I don't recall

10  all the names, but I certainly recall having discussions with a

11  gentleman named Karel Williams.

12  Q.   All right.  And how about information regarding the FDA?

13  A.   I don't believe that information came from Dow, although

14  it might have, but I remember Renata Ritcheson talking about

15  the FDA rules.

16  Q.   All right.  When did you consider Vestagen becoming a

17  competitor?

18  A.   Well, I think, you know, anyone who makes scrubs is a

19  competitor, and so Vestagen always was a potential competitor.

20  But just because someone is a competitor doesn't mean they also

21  can't be a potential partner or supplier.

22          MS. HIGHTOWER:  All right.  I don't have any other

23  questions.  Thank you very much.

24          THE WITNESS:  Thank you.

25          THE COURT:  Any redirect?

```
1              MS. HANNA:  Briefly.

2              THE COURT:  Oh, excuse me, Counsel.  You had no

3    questions, do you, on the counterclaim?  That will come up

4    later?

5              MR. VERDE:  That's correct.  We are reserving.

6              THE COURT:  Redirect.

7              MS. HANNA:  Thank you, Your Honor.

8                        REDIRECT EXAMINATION

9    BY MS. HANNA:

10   Q.   Mr. Singer, just briefly, sir, you mentioned that

11   Strategic Partners had spoken to individuals at Baptist as to

12   the reason why Baptist chose to go with VESTEX as opposed to

13   Strategic Partners?

14   A.   Correct.  We spoke to the retail people that we had worked

15   with in the past.

16   Q.   Okay.  And based on the information that you received from

17   them, what did you learn about that?

18   A.   We had learned that Vestagen came in and, you know, made a

19   presentation and that the hospital was going to be switching to

20   the VESTEX product.

21            But we may have heard it first from Vestagen, because

22   we were on, you know, Vestagen's distribution list and they

23   were constantly churning out e-mails and, you know, public

24   relations materials.

25            So I'm not -- I don't know if we actually heard it
```

1   first from the customer or we heard it first from Vestagen.

2   Q.   You mentioned that when you were first preparing marketing

3   materials for the Certainty and Certainty Plus products, you

4   initially were preparing marketing materials similar to the

5   type of public claims that Vestagen was making; is that right?

6   A.   Correct.

7   Q.   Did you ever actually publicly disclose any of that type

8   of marketing material?

9   A.   No, we did not.  None of that was published.

10  Q.   And why is that?

11  A.   Because it was -- it was discussing things beyond odor

12  control and fabric degradation, and those were the limitations.

13          And so, you know, what we learned is we could only

14  talk about antimicrobial reduction, reduces, inhibits,

15  eliminates on the fabric, and it had to have a qualifier about

16  odor control, and that -- that it, you know, fights germs

17  that -- or that the garment could last longer because of the --

18  you know, fighting germs that could create fabric degradation.

19          So we weren't allowed to go beyond that because that

20  was against the rules for us and for everybody else.

21  Q.   Other than you and Vestagen, are there other scrub

22  distributors that have antimicrobial and fluid barrier scrubs?

23  A.   Yes.  There are companies that have both.

24  Q.   Can you name a few?

25  A.   There's a company called Jaanuu; there is a company called

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   FIGS; there is a company called LifeThreads or something like
 2   that that has antimicrobial and fluid barrier.
 3   Q.   Thank you.
 4           You also mentioned that after a process of
 5   understanding the public health claims that Vestagen was
 6   making, that you brought your concerns to them -- "you" being
 7   Strategic Partners -- brought your concerns to them.  Counsel
 8   asked you did you pick up the phone.  You said no.
 9           What did you do to bring your concerns to them?
10   A.   Well, we sent them via e-mail all of the materials -- you
11   know, a volume of materials -- I don't know if it was all, but
12   a volume of materials -- that identified areas where they were
13   making claims that they were not allowed to be making.
14   Q.   Are those the public health claims that we've been talking
15   about?
16   A.   Yes.
17   Q.   And did they agree to stop making those claims in their
18   marketing and advertisement?
19   A.   They did.
20   Q.   And did you -- and based on your review of their marketing
21   material after that date, did they continue to make those
22   claims?
23   A.   Well, not only that, but the very next day they went to
24   one of our largest retailers and made those claims.
25           So, yes, they were making it in sales presentations
```

```
 1   continually and they were making it in their materials, and it

 2   was becoming, you know, just a very -- not only difficult for

 3   us, but we felt it was impacting, you know, our product and our

 4   brands.

 5           MS. HANNA:  Thank you.  I have nothing further.

 6           THE COURT:  Okay.  Any recross in that area?

 7           MS. HIGHTOWER:  Yes, Your Honor.  Just one question.

 8           THE COURT:  Sure.

 9                       RECROSS-EXAMINATION

10   BY MS. HIGHTOWER:

11   Q.   Mr. Singer, you just identified an e-mail that you sent to

12   Vestagen regarding the issues?

13   A.   Identified an e-mail that was sent to Vestagen.  I didn't

14   say that I sent an e-mail.

15   Q.   Okay.  Do you know who sent the e-mail?

16   A.   I believe it was Renata Ritcheson.

17   Q.   And do you have a copy of that e-mail or has a copy of

18   that e-mail been produced?

19   A.   I don't -- I believe that that e-mail was in conjunction

20   with -- with the proceedings where we had presented it to the

21   other body, as well, and it was in conjunction with that.

22           MS. HIGHTOWER:  All right.  Thank you.

23           No further questions.

24           THE COURT:  Okay.  You may step down.

25           Next witness.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1              MS. HANNA:  Your Honor, we had agreed to take one of

 2     defendant's witnesses out of order.  If that's not a convenient

 3     time, then we can put on some deposition testimony.

 4              THE COURT:  Okay.  Go ahead.

 5              MS. HIGHTOWER:  Okay.  You can go ahead.

 6     Your Honor --

 7              THE COURT:  You want to take the witness out of order

 8     or do you want deposition testimony?

 9              MS. HIGHTOWER:  They can certainly do the deposition

10     testimony.  I have a question.

11              THE COURT:  Yes.

12              MS. HIGHTOWER:  We had filed a number of objections

13     to their designations and we've never gotten rulings on any of

14     those objections.

15              THE COURT:  I never got a motion on it, Counsel.  I

16     never got a motion on it.

17              MS. HIGHTOWER:  All right.

18              THE COURT:  So this is -- I'm sorry, this is an

19     objection to the deposition?

20              MS. HIGHTOWER:  Certain portions of their designated

21     testimony, yes, sir.

22              THE COURT:  Okay.  Well, then you want to call the

23     other witness first and then we can --

24              MS. HIGHTOWER:  I can do that.

25              THE COURT:  I don't care.  Whatever --

1           MS. HIGHTOWER:  All right.

2           THE COURT:  It's your trial.  Try it any way you

3     want.

4           MS. HIGHTOWER:  Thank you.

5           The defense will call Bruce Isaacson, Dr. Isaacson.

6           THE COURT:  Okay.  Ladies and gentlemen, we're

7     calling a witness out of order now.  That means that this is a

8     witness that normally wouldn't be called until the defense put

9     their case on, but for logistical reasons, the availability of

10    the witness, et cetera, we're going to have that witness called

11    today, but it will apply to the defense when they put their

12    defense on.  Okay?

13          THE CLERK:  Please raise your right hand.

14          Do you solemnly swear that the testimony you shall

15    give in the cause now before this Court shall be the truth, the

16    whole truth, and nothing but the truth, so help you God?

17          THE WITNESS:  I do.

18          THE CLERK:  Thank you.  You may be seated.

19          May I please ask that you state your full name for

20    the record and spell your last name?

21          THE WITNESS:  My name is Dr. Bruce Isaacson,

22    I-s-a-a-c-s-o-n.  Sometimes I use the middle initial R.

23          THE COURT:  Okay.  You may inquire, counsel.

24          MS. HIGHTOWER:  Thank you, Your Honor.

25    ///

```
 1                        BRUCE ISAACSON,

 2                 having been first duly sworn,

 3                    testified as follows:

 4                    DIRECT EXAMINATION

 5   BY MS. HIGHTOWER:

 6   Q.   Good afternoon, Dr. Isaacson.

 7   A.   Good afternoon.

 8   Q.   Would you please explain your occupation for the Court.

 9   A.   I'm president of a marketing research and consulting firm.

10   The name of the firm is MMR Strategy Group.  I've been

11   president for the past 12 years.

12   Q.   Thank you.

13            And what is MMR?

14   A.   Well, we conduct research, and the research that we

15   conduct is primarily in the form of surveys.  And we use the

16   research to help companies understand what their customers and

17   consumers are doing and what they're thinking.

18            We primarily do three things.  One of the things that

19   we do -- we call each of these things practice areas, and one

20   of the practice areas is commercial marketing research and

21   consulting.  So we work with companies, we gather data, we

22   conduct surveys with consumers, and we use that information to

23   help them evaluate how to improve products, evaluate how to

24   grow businesses, evaluate how to attract or retain customers.

25            And our clients over the years in that practice area
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   have included companies like Allstate Insurance, Farmers

2   Insurance locally, the American Automobile Association,

3   Goodyear, and other companies.

4           The second thing that we do is we work with companies

5   to help them evaluate the claims that they make on -- in

6   advertisements and on packages.  And, again, we gather

7   research.  We understand how -- we evaluate how consumers

8   understand these claims and what they take them to mean, and

9   then we consult with the companies to help them decide what to

10  put on their packages or in their ads.

11          And the third thing that we do is we conduct and

12  evaluate surveys, such as the survey that's been provided in

13  this matter.

14  Q.  I see.  Okay.  Thank you.

15          Your experience with surveys, can you tell me how

16  many surveys that MMRI [sic] has designed or executed?

17  A.  Well, the company has been in business since approximately

18  1974, and in the -- a little more than 12 years that I've been

19  there, we've conducted close to 500 surveys and I've been

20  involved in virtually all of these surveys.  They have either

21  been conducted by me or under my direct or indirect

22  supervision.

23          I had experience with surveys, as well, prior to

24  coming to MMR, but at MMR over the last 12 years, it's been

25  close to 500 surveys.

1   Q.    Okay.  Have you ever provided testimony about surveys

2   before?

3   A.    I have.  I've provided testimony that's been about surveys

4   that's been used in matters involving federal court like this

5   one; state court; the Trademark Trial and Appeal Board, which

6   is an entity that is involved with assigning trademarks; the

7   National Advertising Division.  And the NAD is a part of the

8   Better Business Bureau and it's how advertisers regulate

9   themselves.  It's a self-regulatory body for advertisers.

10          I've also provided testimony before the International

11  Trade Commission, which is a court that's involved with

12  disputes involving international trade; I've provided testimony

13  before the Court of Federal Claims, which sees matters that

14  involve the federal government; and then I've been retained by

15  the Department of Justice for matters involving the federal

16  government and I've also been retained a number of times by the

17  Federal Trade Commission --

18  Q.    All right.

19  A.    -- for matters that involve consumers.

20  Q.    Can you give us a very brief background of your education,

21  please.

22  A.    I have an undergraduate degree in engineering.  That's

23  from Northwestern University.  I have an MBA, a master's of

24  business administration degree, from Harvard Business School.

25  I also have a DBA.  That stands for doctor of business

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    administration.  That's a degree also from Harvard Business

 2    School, and that's a doctorate in marketing.

 3    Q.   Do you -- have you had experience writing or speaking on

 4    matters relating to surveys and marketing?

 5    A.   I have.  I regularly write and speak on matters relating

 6    to surveys, and in particular relating to matters involving

 7    surveys that are used in litigation like this matter.

 8    Q.   All right.  Are you presently on any editorial boards or

 9    company boards?

10    A.   I am.  I sit on two -- the editorial boards for two peer

11    review journals, one journal called the Journal of

12    Business-to-Business Marketing, and that journal produces

13    scholarship on marketing that occurs between businesses.

14          I also sit on the editorial board of the Trademark

15    Reporter, which produces scholarship on trademarks and

16    trademark litigation, and then I sit on the board of a direct

17    marketing wine company.

18    Q.   Dr. Isaacson, in your -- the various times that you have

19    testified in court, have you been accepted as an expert?

20    A.   I have been accepted by [sic] an expert previously.

21    Q.   And has there been any occasion when your testimony or

22    reports were excluded from the court?

23    A.   There have been two occasions where my testimony has not

24    been accepted by the Court.  Both occasions have been on

25    technical grounds relating to things in some cases unrelated to
```

1    the survey.

2    Q.   All right.  And would you tell us just very, very briefly

3    about the first one.

4    A.   Well, in one case, I -- there was a -- I conducted a --

5    this was a matter between two restaurant chains.  I conducted a

6    survey of secondary meaning.  The survey showed that one of the

7    parties did not have secondary meaning, which is whether or not

8    the look and feel of their restaurant was associated with one

9    company.

10          After my survey, that party withdrew their claim and

11   subsequently my survey was no longer needed.

12   Q.   So it was declared moot?

13   A.   Correct.

14   Q.   All right.  And the second occasion?

15   A.   The second occasion had to do with a patent matter, and in

16   that case it was related to issues about how to define very

17   complex claims relating to a patent involving computer

18   software.

19   Q.   All right.  What were you asked to do in this case?

20   A.   I was asked to look at the report that was authored by

21   Mr. Roth in this matter, and I was also asked to look at the

22   survey and documents relating to the survey and provide an --

23   opinions, if I had any opinions, after reviewing those

24   materials.

25          MS. HIGHTOWER:  All right.  At this time, I'd like to

1    bring back -- and I believe it is Exhibit 206.

2              Is that it?  All right.

3    BY MS. HIGHTOWER:

4    Q.    And do you recognize this document?

5    A.    I do.

6    Q.    Is this the survey that you reviewed?

7    A.    It appears to be.  I reviewed multiple versions of this

8    survey, but this appears to be at least one of the versions.

9    It was also multiple pages.  But, again, this appears to be the

10   survey in this matter.

11   Q.    All right.  What other materials did you review other than

12   the survey itself?

13   A.    Well, I reviewed Mr. Roth's report.  As I mentioned, I

14   reviewed the survey.  I reviewed a presentation that

15   accompanied Mr. Roth's report.  That presentation was entitled

16   "Survey Research Report."

17             I reviewed the stimulus.  That was the materials that

18   were shown to respondents during the survey.  I reviewed the

19   complaint and the answer in this matter.  I went to the

20   websites of both companies that are involved in this matter.

21             And over time, I also reviewed deposition transcripts

22   from Mr. Roth and from Ms. Renata Ritcheson.

23   Q.    All right.  After reviewing the survey, the reports, all

24   of the materials that you reviewed in this matter, and assuming

25   them to be factually true, do you have any opinion as to their

1   reliability?

2   A.   I have an opinion as to the reliability of the survey

3   itself.

4   Q.   And what is that?

5   A.   I believe that that survey is deeply flawed and is not

6   reliable and should not be viewed as a measure of whether or

7   not Vestagen's marketing materials are misleading.

8   Q.   All right.   And can you tell us why?

9   A.   Well, there's a number of reasons, but to begin with, when

10  you look at the process by which the survey was conducted,

11  normally in a matter like this, there is an expert -- a survey

12  expert whose role it is to make sure that the research is

13  conducted properly, to safeguard the data, and to make sure

14  that the procedures followed in the survey are consistent with

15  generally accepted principles for conducting a survey

16  scientifically.

17        And the process here was exactly the opposite of

18  that.   My understanding is that Mr. Roth, from the beginning of

19  the survey process through the end, was not responsible for key

20  elements of the process.   So he did not design the

21  questionnaire that we're looking at here, he didn't initially

22  design it; he did not select the materials that respondents saw

23  during the survey; he didn't prepare those materials to be

24  viewed during the survey; he didn't execute the research; he

25  didn't communicate with the companies who were programming and

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    gathering the data relating to the survey; he didn't analyze

2    the data for the survey; and he didn't write the report that

3    was -- where the survey results were described.

4           And while he may have had interaction with

5    Ms. Ritcheson, who was actually underseeing [sic] all of these

6    tasks, he was not in a position where he could vouch that these

7    tasks were undertaken consistent with expected principles and

8    he also didn't take ownership of the data.  So we don't know

9    whether or not -- so he's not in a position to vouch for --

10   that he safeguarded the data throughout this process.

11   Q.   Does all of that really matter?

12   A.   It matters a great deal.  It matters a great deal.

13          It's highly unusual that somebody who is involved in

14   a litigation matter would be responsible for the survey itself.

15   This is somebody who has a vested interest in this matter and

16   also somebody who we don't know -- I don't know whether or not

17   she's qualified as a survey expert.

18          And, instead, what we have in this matter is we have

19   somebody, Mr. Roth, who is not in a position to manage this

20   process appropriately or to vouch for the integrity of the

21   data.  And, instead, when you look at the process, it has to

22   cast suspicion on how the data was gathered and how the data

23   was managed.  It matters a great deal.

24   Q.   One of the things that you mentioned was the reliance on

25   Renata for the survey itself.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1          Is that really unusual?  Can't a client be involved

2   in the research or the conduct- -- or in a survey such as this?

3   A.   I've never seen, not once, a case where the client was

4   involved in a survey like this.  I've never done it.  I

5   wouldn't ever consider doing it.

6          And there are texts that people -- resources that

7   people who conduct these kinds of surveys rely on that say that

8   that's not appropriate.  So I've never seen it and I don't

9   believe that it's appropriate for a survey like this.

10  Q.   Okay.  And why don't you explain why.

11  A.   It relates to what I was mentioning earlier, which is it's

12  the role of the expert to have the knowledge and experience to

13  manage the survey process consistent with how a survey like

14  this should be done and also to be an objective resource to

15  safeguard the data relating to the survey.

16         And that did not happen in this case.  In this case,

17  we had the client designing the survey, executing the survey,

18  and analyzing the survey, and it's exactly opposite to the way

19  these things normally are done and should be done.

20  Q.   One of the things that you identified was the materials

21  used as part of the survey.

22         Would you explain that a little bit further, please.

23  A.   Well, the way that the survey was conducted was that

24  people were qualified to be part of the survey universe.  Then

25  they were shown a page of -- that was originally taken from
```

1   a -- from the Vestagen website as of 2016.  I believe the date

2   of that website page was March 14th, 2016.

3          The page that was shown to people during the survey

4   looked nothing like how the page appeared when it was operating

5   on Vestagen's website, because what happened to that page is

6   somehow during this process, text was removed from that page

7   and graphics were removed from that page.

8          And so what people were shown in the survey was a

9   lump -- a very dense lump of text that went on for several

10  pages and was very complicated to read and was very different

11  than what you would have found if you had gone to Vestagen's

12  website on March 14th, 2016.

13         So what was shown in the survey was not what people

14  saw who were interacting with Vestagen in the marketplace.

15  Q.   You talked about the survey questions.  Do you believe the

16  survey questions were appropriate?

17  A.   They were not.  They were -- they were leading and they

18  were suggestive, and the questions themselves were phrased in a

19  way that suggested the answers to the questions.

20  Q.   Did you have any opinion about the control, if any was

21  used, in the survey?

22  A.    I did.  And the survey itself had, I understand from

23  Mr. Roth, two items that were intended to be used as controls,

24  but during the data analysis, there was no adjustment for those

25  two items.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1         More specifically, normally the way that a control is

2   used is that -- it's similar to how a placebo is used in

3   medical research.

4         If I wanted to test, let's say, a drug, I would take

5   one group of people and give them the medicine with that active

6   agreement and one group of people would receive the medicine

7   without the active agreement, and I would compare the two.

8         But no such comparison was done in the analysis of

9   the data from the survey, and if you account for that, it makes

10  a huge difference in the numbers that come out of Question 11

11  for the survey.

12  Q.   In analyzing the survey, did you look at whether or not

13  the respondents -- how the respondents were selected?

14  A.   I did, and I believe that the respondents for the survey

15  were selected inappropriately.  Said differently, the survey

16  interviewed the wrong group of people.

17  Q.   And why do you believe that?

18  A.   Well, if you think about the claims, what this dispute

19  involves, it involves a claim that Vestagen misled people in

20  the marketplace and caused them to be more likely to purchase

21  Vestagen's medical scrubs.

22        So you would think a survey in a matter like that

23  would talk to people who were in a position where they purchase

24  medical scrubs.  But this survey did not qualify people as

25  purchasing medical scrubs, it qualified people as wearing
```

1   medical scrubs.

2          And someone who wears medical scrubs, let's say at a

3   hospital or medical facility, may be given those scrubs to

4   wear.  They may or may not have a selection in whose scrubs

5   they wear at work.  They may or may not know whose scrubs they

6   wear at work.

7          But somebody who is purchasing those scrubs would be

8   more likely to be somebody who would be in a position where

9   they might see the advertisements and where, if these

10  advertisements were misleading, they would be affected by them.

11         But the survey did not interview purchasers, it

12  interviewed wearers.  And as a result, it started by selecting

13  the wrong group of people to interview, and this would have

14  affected the measures from the survey, as well.

15  Q.   Did you have any concerns about materiality?

16  A.   I did.  Normally, in a survey like this, one would want to

17  make sure that what you measure matters in the marketplace.

18         And, remember, again, if we go back to what's at

19  issue here, what's in dispute, what's in dispute is that

20  Vestagen made certain statements and those statements caused

21  people to be more likely to buy Vestagen's scrubs.

22         But the problem we have with how the survey was

23  organized is that there is no question in the survey that asks

24  whether anything that the survey measured matters in the

25  marketplace.  We call that materiality.  But the survey didn't

1    ask whether anything that it measures was material to

2    purchasing behavior or to anything else that goes on in the

3    marketplace.

4    Q.   You talked about some of the survey questions being

5    leading and suggestive.

6              Would you --

7              MS. HIGHTOWER:  If we can bring back up Exhibit 204.

8              Is that it?

9    BY MS. HIGHTOWER:

10   Q.   And look at page 2, please.

11             Are there questions there that you believe were

12   leading or suggestive?

13   A.   There are.  And if we could focus on these questions.

14             It's primarily Questions 9, 10, and 11, and these are

15   the closed -- what we call closed-ended questions.  These are

16   the questions in the survey that have fixed responses.

17             And what you see on the screen now is Question 9,

18   Question 10, and Question 11 actually had, I believe, 16 items

19   that people evaluate.  It's starting with Item A there -- and

20   including some other items on the next page.  But all of those

21   were leading.

22   Q.   Dr. Roth [sic], let's take these one at a time, please.

23             Would you explain to the jury why Question Number 9

24   appears to you to be leading.

25   A.   Sure.  So when we look at Question 9, Question 9 asks,

1   "Based only on what you read about VESTEX, does VESTEX provide

2   protection?"

3           And the answer to this question is obviously "yes."

4   These are medical scrubs.  They are long-sleeved, long pants

5   garments that, if we think about them, obviously, provide

6   protection, regardless of whether they have antimicrobial

7   properties, regardless of whether they have a fluid barrier.

8           Anything that you're going to wear that looks like a

9   medical scrub, for many people, they're going to interpret it

10  as providing protection.

11          I believe I could have phrased this as, "If I was

12  going to go down to Walmart and buy a shirt with long sleeves

13  and -- long sleeves and long pants and wear those, would that

14  provide protection?"  And many people would answer a question

15  like that "yes," as well.

16          And if you think about that Walmart example, that

17  example is a good reason why, when you look at Question 9, for

18  many people taking the survey -- maybe not for everybody, but

19  for many people taking the survey -- it's true by definition.

20  The question itself is leading and suggestive because it

21  suggests the answer.

22          Again, for many people taking the survey, they would

23  assume maybe that anything with long sleeves, maybe that

24  anything that's a medical scrub, would be likely to provide

25  protection.

1    You'll also notice just one other point.  It doesn't

2    say provide protection with regard to what, and so if I compare

3    VESTEX with shorts or with shorts and a tank top or with other

4    kinds of clothing that are not medical scrubs, for many people

5    who read this question, they're going to assume that it must be

6    providing protection.  But that doesn't mean that this question

7    is misleading.

8    Q.   And would you look at Question Number 10, please, and

9    explain to the jury why that would be leading or suggestive.

10   A.   Sure.  So 10 is leading or suggestive for very similar

11   reasons to 9.

12        So let's just focus on only one element.  It says,

13   "Based on what you read about VESTEX, which of the following,

14   if any, would be protected by VESTEX?"

15        And if we look at response B -- and they could select

16   all that apply -- "the wearer," this is essentially the same

17   question as Question 9.  And, again, for the same reasons that

18   Question 9 was leading, I think people are likely to assume

19   that medical scrubs provide some kind of protection, that

20   garments with long sleeves or long pants or without a lot of

21   pockets would provide protection, and so this question contains

22   its own answer.

23        And, again, as with Question 9, just because you get

24   a particular response from this question doesn't mean that it

25   provides a good measure of something that VESTEX is doing or

```
 1   that Vestegen is doing that's misleading.  It simply means that
 2   you're getting a message which is consistent with the way this
 3   question is phrased.
 4   Q.   Would you look at Question Number 11, please, and I
 5   believe this is one of them that you identified as misleading
 6   and suggestive.
 7        Would you tell the jury why.
 8   A.   Sure.  So Question 11 is similar to 9 and 10, and it says,
 9   "Based only on what you read about VESTEX, for each benefit
10   listed below, please indicate whether VESTEX delivers the
11   benefit or doesn't deliver the benefit," and then you're
12   supposed to click either "delivers" or "doesn't deliver."
13        So there's a number of problems with Question 11, and
14   some of the problems are similar to what I just described with
15   9 and 10.
16        So if we look at, for example, Item I, "Provides an
17   added layer of protection," there we go again with the same
18   problem that we just talked about in 9 and we just talked about
19   in 10.
20        If we can go to -- look at -- there's other problems,
21   though, with this list.
22        If you look at Item N in this list, Item N says, "Has
23   been approved by the EPA."  There is nothing at all in the
24   materials about the EPA.  The letters "EPA" are not used in
25   consecutive order, "EPA," in the materials that people were
```

```
 1    shown.  The word "environment" or "environmental," which is the
 2    first word in Environmental Protection, are not used in the
 3    materials that are shown, yet more than 50 percent of
 4    respondents selected this item, "Has been approved by the EPA,"
 5    even though there is nothing in the materials that is this item
 6    or anything remotely close to this item.
 7    Q.   When you say "in the materials," you are talking about the
 8    stimulus that had been given to people, correct?
 9    A.   Correct, the abstracted version of the Vestagen website
10    that I described earlier.  It had nothing about EPA, yet we had
11    more than 50 percent of people selecting this item.
12    Q.   Okay.  And Question Number 11, we've heard from Mr. Roth
13    that two of the items were intended to serve as controls.
14         Do you find that to be true, that those are controls?
15    A.   Well, the items that he is referring to are A and B in the
16    list, and if I had more time, I would talk in more detail about
17    whether those serve as appropriate controls.
18         But if we take him at his word that he intended those
19    to be controls, then what we have to do for all of the other
20    measures -- I believe there's 16 items here, and A and B are
21    two items, so that leaves us with 14 other items.  And if you
22    look at the measures from these two items, they average
23    approximately 55 percent, so we should be subtracting
24    55 percent from every other measure in this list.
25         But Mr. Roth or whoever did the survey did not do
```

1    that.  They didn't account for these controls.  If they

2    intended them as controls, they did not treat them as controls

3    in the data analysis process.

4    Q.   Going back to the comments that you made about the survey

5    respondents and that -- your belief that they were not properly

6    qualified, it's -- again -- and I understand about the

7    purchasing -- what we did here was an analogy from Mr. Roth

8    this morning that -- it was an explanation as to why certain

9    respondents were selected as users of scrubs.

10            And he analogized it to a sugary cereal that a child

11   would have, and if he was going to do a survey, he would -- he

12   would not survey the parent who had purchased the cereal, but

13   rather would want to survey the children who ate the cereal.

14            Would you agree with that?

15   A.   I think it's a very poor analogy on a number of levels.

16   Q.   And why?

17   A.   Well, if you think about -- let's take that analogy.

18            You would want to survey the children if the children

19   are making the decision about which cereal they're going to

20   buy.  You would want to survey the parents if the parents are

21   making the decision about which cereal they are going to buy.

22            In this case, you would want to survey the healthcare

23   worker, let's say, if they're making the decision about which

24   scrubs they're going to buy or which scrubs they're going to

25   wear, but you would want to survey the hospital administrator

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   or the administrator of the healthcare facility if they make

2   the decision about which scrubs to buy or which scrubs to wear.

3          So that cereal analogy is a poor analogy to the

4   extent that the child is not making the decision.  If the

5   parent decides what cereal that child will eat and whether or

6   not they will eat that sugary cereal, then you have to

7   interview the parent in that scenario and not the child.

8          THE COURT:  Okay.  Let me interrupt you at this time.

9   It is 2:15.  We're going to break at this time.  We're going to

10  have you come back in at 2:30, and at that time we'll wrap up

11  our last hour and we'll let you loose at 3:30.

12         Remember the admonishment not to discuss the case

13  among yourselves or with anybody else or form or express any

14  opinions about the matter until it's submitted to you and you

15  retire to the jury room.

16         When you leave, if you'll leave quietly.  I've got to

17  talk with the attorneys.

18      *(Jury out at 2:17 P.M.)*

19      *(The following was heard outside the presence of the*

20      *jury.)*

21         THE COURT:  Okay.  You can have seats.

22         The record will reflect that the jurors have left.

23         If there is an objection to what's going on in the

24  deposition, I haven't seen it yet.  If there is, if you could

25  put that in writing, give the other side the opportunity to

```
1    oppose or give their opposition to it, I'll make the decision

2    on it.  If you can do that tonight, by tomorrow morning you can

3    either put it in or not.

4              MR. DARMSTADTER:  Your Honor, the only objections

5    that were made to Strategic Partners' deposition designations

6    were objections to the fact that we had designated the

7    testimony of witnesses who might be available at trial.  That

8    is no longer the case.  There were no specific objections made

9    to any of the designations.  There were, however, some

10   counter-designations, but not objections to designations.

11             THE COURT:  Let me help you out.  As I've said

12   before, when the attorneys agree, I almost always go along with

13   it.  Talk to each other, see if there's any issues.  If there's

14   something you don't agree on where you want the Court to make

15   the call, put it in writing with your points and authorities.

16   The other side will have an opposition -- or opportunity to

17   oppose it.  And if there is -- you can't work it out, if we

18   could have those objections and opposition sometime tonight.

19             Now, the second thing is -- I just want to make sure

20   everybody understands.  The plaintiff has used -- has left

21   about 174 minutes, which is a little under three hours.

22             You understand that?

23             MR. DARMSTADTER:  Yes, Your Honor.

24             MS. HANNA:  Yes.

25             THE COURT:  Okay.  And the defense has about 318
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    minutes, which is a little bit more than five hours.

 2              Do you understand that?

 3              MS. HIGHTOWER:  Yes, sir.

 4              THE COURT:  Okay.  I just wanted to make sure I've

 5    conveyed everything to you.

 6              We'll see you back in about 15 minutes, then.  Thank

 7    you very much.

 8         (Recess taken 2:19 to 2:32 P.M.)

 9         (Jury in at 2:32 P.M.)

10              THE COURT:  Okay.  The record will reflect that all

11    of the members of the jury are in their respective seats in the

12    jury box, the witness is on the witness stand, and you may

13    continue your direct.

14              MS. HIGHTOWER:  Thank you, Your Honor.

15    BY MS. HIGHTOWER:

16    Q.   Dr. Isaacson, I only have a couple more questions.

17              We've talked -- or you've talked a lot about the

18    flaws that you have seen in the survey.

19              Do those flaws have an impact on the reliability of

20    the survey?

21    A.   Yes.

22    Q.   In what way?

23    A.   Well, the kinds of things that I've talked about are the

24    kinds of things that would tend to inflate the survey measures.

25              So if you think about it, if you use a stimulus like
```

1   this that doesn't have the graphics and if you interview the

2   wrong people and if you ask leading questions, then it's --

3   then you -- all of those are things that would tend to raise

4   the measures from the survey.

5           And the fact that those measures are elevated does

6   not necessarily mean that there's misleading practices; it

7   simply reflects the very flawed and biased nature of this

8   survey.

9   Q.   Now, there are parts of the survey that you didn't object

10  to; is that correct?

11  A.   That's correct.

12  Q.   And you didn't object to the sample size --

13  A.   I did not object to the sample size.

14  Q.   -- of the survey?

15          Do you -- or did you have any objection to it being

16  done as an online survey?

17  A.   I do not object to it being done as an online survey.

18  Q.   All right.  Did you conduct your own survey?

19  A.   I did not conduct my own survey.

20  Q.   Now, without conducting your own survey, how do you know

21  that any flaws or biases that you've identified this afternoon

22  affected the results of the survey?

23  A.   It's partly experience, but it's also partly common sense.

24  When you look at the way these questions are phrased and when

25  you think about who was interviewed and when you think --

```
 1              MR. DARMSTADTER:  Objection, Your Honor.

 2              THE COURT:  Sustained.

 3  BY MS. HIGHTOWER:

 4  Q.   All right.  And --

 5              THE COURT:  I'm assuming that not doing your own

 6  survey, you can't say it's wrong and you can't say it's right;

 7  it just has no meaning to you at all?

 8              THE WITNESS:  Well, in my opinion, the kinds of

 9  issues that are inherent in the survey are likely to elevate

10  the measures, so they would make it wrong and they would make

11  it higher than it should be.

12              THE COURT:  Go ahead, Counsel.

13              MS. HIGHTOWER:  Then I have no further questions.

14              Thank you very much, Doctor.

15              THE COURT:  Cross-examination.

16                          CROSS-EXAMINATION

17  BY MR. DARMSTADTER:

18  Q.   Good afternoon, Dr. Isaacson.

19  A.   Good afternoon.

20  Q.   My name is Seth Darmstadter.  I represent Strategic

21  Partners in this matter.  Thank you for being here today.

22  A.   Thank you.

23  Q.   Dr. Isaacson, it's true that you were hired by Vestagen in

24  this case to review the survey and opinions of Mr. Roth,

25  correct?
```

1    A.    That's correct.

2    Q.    It's also true that you have conducted surveys for use in

3    litigation in the past?

4    A.    That's correct.

5    Q.    One of the reasons why you and others in your profession

6    conduct surveys of consumer perception of advertising is

7    because it collects empirical data, correct?

8    A.    That's correct.

9    Q.    You would consider it to be a reliable measure of what

10   consumers think, correct?

11   A.    A survey can provide a reliable measure of what consumers

12   think.

13   Q.    Can focus groups do that?

14   A.    It depends in which context we're talking about.

15   Q.    Certain interviews can do that?

16   A.    I'm sorry.  I didn't hear the question.

17   Q.    You can get empirical data from interviews?

18   A.    Well, a survey consists of interviews, so, yes, you can

19   get empirical data from a survey interview, if that's what

20   you're asking me.

21   Q.    Are there other accepted methods to obtain empirical data

22   regarding consumer perception other than what we've just talked

23   about?

24   A.    It depends on the context, but many of the -- sometimes

25   things that are measured by surveys can be measured other ways,

1    as well, or either in addition to or instead of a survey.

2    Q.   You talked about the stimuli in this -- in this survey.

3    You called it an abstracted version of Vestagen's website,

4    correct?

5    A.   I don't remember the exact language that I used, but I

6    would agree with that language and it sounds like something I

7    probably said.

8    Q.   The stimuli contained words from the Vestagen website,

9    didn't it?

10   A.   It did contain some of the words from the Vestagen

11   website.

12   Q.   You also talked about there being the wrong people

13   surveyed.  Do you recall that?

14   A.   Yes.

15   Q.   You're aware that there is something called influencing

16   purchasing, correct?  A purchase influencer?

17   A.   I'm aware that in -- sometimes in certain organizations,

18   you can have someone who might make a purchasing decision and

19   someone who might influence that decision.

20   Q.   I'm sure you're also aware that in the hospital setting,

21   oftentimes in the -- in the instances where a hospital

22   purchases medical scrubs for its staff, that there is a

23   committee of healthcare workers who sit together and influence

24   that purchasing decision.

25        You're aware of that, right?

```
 1   A.   I'm not aware of it, but it seems plausible.

 2   Q.   Dr. Isaacson, you would agree that in litigation where one

 3   party claims that another party's advertising is misleading and

 4   confusing to consumers, one of the most effective measures for

 5   determining consumer confusion is to conduct a consumer survey

 6   and then to analyze its results, yes?

 7   A.   It's one of the methods that's commonly used to measure

 8   confusion, is a survey.

 9   Q.   You're aware that in this case, Steven Roth and Renata

10   Ritcheson collaborated to conduct a consumer survey, correct?

11   A.   I'm not sure how to answer the question.  I don't know

12   what one calls it.  You used the word "collaborated," but I

13   don't know what one calls it when the client is involved in the

14   conduct of the survey.  I wouldn't call it collaboration.

15   Q.   Dr. Isaacson, as a professional who conducts surveys, you

16   understand the difference between an open-ended question and a

17   closed-ended question?

18   A.   I understand the difference.

19   Q.   And you understand that a closed-ended question is a

20   question where specific responses are provided, a question that

21   allows you to answer, for example, "yes," "no," or "I don't

22   know"?

23   A.   Yes.  I would describe a "yes," "no," or "I don't" -- a

24   question with responses of "yes," "no," or "I don't know" as a

25   closed-ended question.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   Q.   I'm going to do my best to ask you some closed-ended

2   questions now, Dr. Isaacson.

3            You've offered several questions -- several

4   criticisms of Mr. Roth's survey, have you not?

5   A.   I have.  Well, I don't know whose survey it is.  You've

6   called it Mr. Roth's survey, but I've offered several

7   criticisms of the survey.

8   Q.   I'm going to try again, try to make that a closed-ended

9   question.

10           You've offered several criticisms of the only survey

11   in this case; isn't that correct?

12  A.   I've offered several criticisms of the only survey I'm

13  aware of in this case.

14  Q.   You've also offered criticisms of the conclusions of that

15  survey, correct?

16  A.   I've offered criticisms that were drawn from the survey.

17  I don't know if these were conclusions of the survey.

18  Q.   You've told the jury in this case, Dr. Isaacson, that

19  certain things, in your opinion, should have been done

20  differently in conducting the survey; isn't that correct?

21  A.   That's correct.

22  Q.   You've also told this jury that certain things, in your

23  opinion, should have been done differently in forming opinions

24  or conclusions in reliance on the survey; isn't that correct?

25  A.   That's correct, as well.

1    Q.   Had you conducted a survey to assess consumer confusion

2    relating to Vestagen's advertising, you would have done things

3    differently than the survey in this case, correct?

4    A.   Yes.

5    Q.   You could have taken all your suggested changes to the

6    survey and its interpretation and you could have applied them

7    and conducted your own survey in this case, could you not?

8    A.   I could have conducted a survey, that's correct.

9    Q.   And you did not do that here, did you?

10   A.   That's also correct.

11   Q.   Hypothetically, Dr. Isaacson, if you would have conducted

12   a survey, you would have gotten results, correct?

13   A.   I don't know what you mean by "results."

14   Q.   Well, the survey would have had results.  You would have

15   asked questions and you would have gotten answers, correct?

16   A.   That's correct, I would have asked questions and

17   respondents would have provided the answers.

18   Q.   You would have then analyzed those respondents' answers,

19   correct?

20   A.   Yes, sir.

21   Q.   And then had you done that, hypothetically, you could have

22   shared those -- your analysis of those answers with the ladies

23   and gentlemen of the jury, correct?

24   A.   That's correct, as well.

25   Q.   And then the ladies and gentlemen of the jury could have

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    compared your methods and your results with the methods and

2    results of the other survey before it?  They could have done

3    that, right?

4    A.   Yes, sir.

5    Q.   And, hypothetically, if they were able to do that, they'd

6    be able to determine which survey and which results they wished

7    to more heavily rely upon; isn't that right?

8    A.   I'm uncomfortable with the way the question is phrased

9    because it implies that there's only two answers to that

10   question when, in fact, there's more than two answers.

11   Q.   Well, if you would have submitted a survey to this jury,

12   they could have analyzed -- they could have evaluated whether

13   or not to rely upon it, correct?

14   A.   That's correct.

15   Q.   But you did not conduct a survey in this case, correct?

16   A.   No, I did not.

17   Q.   So you have no results to share with this jury, do you,

18   Dr. Isaacson?

19   A.   I do not have survey results to share.

20          MR. DARMSTADTER:  Thank you.  I have nothing further,

21   Your Honor.

22          THE COURT:  Redirect?

23          MS. HIGHTOWER:  No further questions, Your Honor.

24          THE COURT:  All right.  You may step down.  Thank you

25   very much, Doctor, for coming in.

```
 1                THE WITNESS:  Thank you.

 2                THE COURT:  Okay.  Next witness.

 3                Back to the plaintiff.

 4                MR. DARMSTADTER:  Thank you, Your Honor.  At this

 5      time, the plaintiff calls Dr. John Mitchell.

 6                And I believe we're going to need black binder Number

 7      2, please.

 8                THE CLERK:  Please raise your right hand.

 9                Do you solemnly swear that the testimony you shall

10      give in the cause now before this Court shall be the truth, the

11      whole truth, and nothing but the truth, so help you God?

12                THE WITNESS:  Yes, I do.

13                THE CLERK:  May I please ask that you state your full

14      name for the record and spell your last name.

15                THE WITNESS:  My name is John Mitchell, last name

16      M-i-t-c-h-e-l-l.

17                MR. VERDE:  Your Honor, a brief clarification.  Is

18      this witness being placed out of order because it was a -- is

19      this on the cross-complaint or is it on the direct case?

20                THE COURT:  Counsel, is it on the cross-complaint

21      or -- excuse me -- the counterclaim or is it on the

22      case-in-chief?

23                MR. DARMSTADTER:  It is on both, Your Honor.

24                THE COURT:  Okay.

25                MS. HIGHTOWER:  May I have further clarification,
```

```
 1   Your Honor?  You granted a motion in limine in part and denied

 2   it in part, with -- the part to be granted was as to

 3   advertising.

 4             THE COURT:  I don't understand.

 5             MR. DARMSTADTER:  I also don't understand,

 6   Your Honor.

 7             MS. HIGHTOWER:  The ruling on Motion in Limine -- I

 8   believe it's Number 5.

 9             THE COURT:  What is your -- what's your request?  I

10   mean, based on that ruling, what are you asking the Court to

11   do?

12             MS. HIGHTOWER:  I'm asking the Court to instruct

13   counsel and his expert that he's not to testify on advertising.

14             THE COURT:  Oh, I've already done that.

15             MS. HIGHTOWER:  Oh, okay.  Thank you.

16             THE COURT:  Let me just make sure exactly what that

17   was.  I don't have it.

18             Okay.  Go ahead.

19             MR. VERDE:  Your Honor, if that's my understanding,

20   then this witness is being brought in out of order, because

21   what's left is on the defense of the counterclaim.

22             THE COURT:  Counsel?  You understand the ruling on

23   the motion?

24             MR. DARMSTADTER:  Your Honor, I understand the

25   ruling, yes.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1              THE COURT:  Okay.  And so he's got a witness.  If he
2    wants to call a witness, it may very well be on the
3    counterclaim.
4              MR. VERDE:  And that's right.  I just wanted to
5    clarify that that's what we're dealing with.
6              THE COURT:  Okay.
7              MR. VERDE:  If that is the case, then it's only
8    limited to the counterclaim.
9              MR. DARMSTADTER:  No, Your Honor, it's not limited to
10   the counterclaim.
11             THE COURT:  Go ahead.
12             MR. DARMSTADTER:  Thank you.
13             THE COURT:  This is a process of trying the case.
14   You call your witness, and if there's an objection to the
15   testimony given, that's fine.
16             At this time, you're indicating that you'd like to
17   call on both as to the case-in-chief, your case, and the
18   counterclaim that's being made by the defendant as to the, I'm
19   assuming, false advertising, trade secret, and contract?
20             MR. DARMSTADTER:  Yes, Your Honor.
21             THE COURT:  Okay.  And you can, if you wish, reserve
22   all your cross-examination for your -- to call him in your
23   case-in-chief.
24             Okay.  Okay.
25   ///
```

```
 1                    JOHN MITCHELL,

 2              having been first duly sworn,

 3                  testified as follows:

 4                  DIRECT EXAMINATION

 5  BY MR. DARMSTADTER:

 6  Q.   Dr. Mitchell, would you please introduce yourself to the

 7  jury?

 8  A.   Yes.  Again, my name is John Mitchell.  I am a broadly

 9  trained microbiologist with specific training in subdisciplines

10  that relate pretty specifically to the case in question here.

11  Q.   Okay.  What specialties do you have that are relevant to

12  this case, Dr. Mitchell?

13  A.   Medical microbiology, medical mycology, parasitology.

14          THE COURT:  And just to clarify the record so I don't

15  get a lot of interruptions, he's being called to testify as to

16  the scientific backgrounds, not as to the research -- or excuse

17  me -- not as to the marketing or effect of the marketing.

18          Okay.  Let's go.

19  BY MR. DARMSTADTER:

20  Q.   Dr. Mitchell, do you also have relevant expertise related

21  to the FDA?

22  A.   Yes.

23  Q.   And how about the EPA?

24  A.   Both.

25  Q.   And when you say that you have relevant specialties with
```

```
 1    regard to the FDA and EPA, what does that mean?
 2    A.   That means that they both have regulatory that is directed
 3    at controlling the ideas of marketing and the science that
 4    supports them.  You must have the science to support what
 5    you're claiming, and they approve the science before you can
 6    claim it.
 7    Q.   Before we get to the substance of your opinions,
 8    Dr. Mitchell, can you tell the jury whether or not you are
 9    being compensated for your testimony today?
10    A.   Yes, I am.
11    Q.   Is there anything, however, that would prevent you from
12    providing the jury with truthful and accurate testimony today?
13    A.   Nothing.
14    Q.   I'd just like to spend a minute or two talking about your
15    educational background.
16         Would you please tell us about that background.
17    A.   I took a bachelor of science degree from Oklahoma State
18    University in Stillwater and a Ph.D. from the University of
19    Montana in Missoula.
20    Q.   In addition to receiving those degrees, have you also
21    taught at the university or graduate level?
22    A.   Yes.  I've held faculty positions at Montana University,
23    Montana State University, and Pacific University.
24    Q.   After receiving your degrees, have you ever worked in the
25    science field?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    A.    Yes, I have.

 2    Q.    Can you tell us about that?

 3    A.    For 20 years, I have worked in the field of antimicrobial

 4    testing for the FDA and the EPA.  Specifically, I worked for 17

 5    years at Bioscience Laboratories in Bozeman, Montana, whose

 6    only business is testing antimicrobials for their efficacy to

 7    provide data for submission to the FDA or the EPA.

 8    Q.    Dr. Mitchell, what were the titles that you held at

 9    Bioscience Laboratories over your 17-year career there?

10    A.    Early on, director of laboratories; then moved up, at

11    least in that organization, to director of quality assurance;

12    and eventually became the chief science officer for the

13    corporation.

14    Q.    During that time, did you prepare testing protocols for

15    antimicrobial agents?

16    A.    Yes.

17    Q.    Did you review tests that were done of antimicrobial

18    products?

19    A.    Yes.

20    Q.    How many different tests regarding antimicrobial products

21    did you participate in?

22    A.    A thousand.  A lot.

23    Q.    How many of them did you analyze the scientific results?

24    A.    The vast majority of the final reports that went out from

25    our company were reviewed by me.
```

1    Q.    Are you currently employed, Dr. Mitchell?

2    A.    Yes.

3    Q.    What do you do?

4    A.    I am a consultant to the antimicrobial industry through

5    Wordsmith -- that's my company, Wordsmith Scientific and

6    Regulatory, LLC -- and I'm the only -- I'm the only member of

7    the company.

8              And I help them craft protocols or provide data for

9    submission to the regulatory bodies.  That's my primary

10   function.

11   Q.    Have you ever been found unqualified as an expert witness

12   by a court?

13   A.    No.

14   Q.    Have you previously testified as an expert witness in a

15   court in this country?

16   A.    No.

17   Q.    This is your first time?

18   A.    Yes.

19   Q.    In addition to your teaching and your employment

20   background, Dr. Mitchell, have you participated in any capacity

21   in any professional organizations relevant to this case?

22   A.    Yes.

23   Q.    What organizations?

24   A.    The American Society for Testing and Materials

25   International.

1    Q.   Is that ASTM?

2    A.   ASTM, right.

3         I was the chair of E35.15 subcommittee that was

4    specifically directed at developing test methods for

5    antimicrobials of various kinds.

6    Q.   Can I ask you to just either lean forward or pull the

7    microphone a little closer to you?  I'm having trouble hearing

8    you.  Thank you.

9         How long were you the chairman of subcommittee

10   E35.15, the committee on antimicrobial agents?

11   A.   I was the chair for 13 years, but I stepped down in

12   December and became a member of the audience for the committee.

13   Q.   Can you explain to the ladies and gentlemen of the jury

14   what ASTM is?

15   A.   It's one of the largest methods-developing organizations

16   in the world, and, believe me, methods on almost everything you

17   can imagine for validating claims.

18        In the specific instance here, E35.15, which is my

19   subcommittee, was antimicrobials.

20   Q.   Dr. Mitchell, is it hard to become a member of ASTM?

21   A.   Not at all.

22   Q.   How does one become a member of ASTM?

23   A.   Get on the website, join a committee or subcommittee, and

24   pay $75.

25   Q.   If I wanted to join a subcommittee of ASTM in order to

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1    participate in the testing of antimicrobials, would I need you

 2    to invite me?

 3    A.    No.

 4    Q.    Would I need anybody to invite me?

 5    A.    No.

 6    Q.    I can just pay $75 and join?

 7    A.    Yes, you could.

 8    Q.    And once I joined that subcommittee, I'd have a vote just

 9    like everybody else?

10    A.    Yes.

11    Q.    Could I get more than one vote if I paid $150?

12    A.    No.  No.

13    Q.    How does that work?

14    A.    Well, many of the companies that, for example,

15    participated in the work of my subcommittee at that time had

16    three or four members, but they only got one vote.

17    Q.    Have you ever experienced a situation where one company on

18    a subcommittee had the power to influence the entire committee

19    with multiple votes?

20          MR. VERDE:  Objection.  Outside the scope.

21          THE COURT:  Outside the scope?

22          MR. VERDE:  It's outside the scope of the expert

23    designation and the report that the expert had prepared.

24          THE COURT:  Sustained.

25    ///

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   BY MR. DARMSTADTER:

 2   Q.   As the chairman of Subcommittee E35.15, what role did you

 3   play relevant to this litigation, Dr. Mitchell?

 4   A.   I oversaw the work of about 150 members in the creation of

 5   methods for the testing of antimicrobial agents of all kinds,

 6   disinfectants, topical antimicrobials, fabric treatments.

 7   Q.   And in this case, Dr. Mitchell, were you retained to

 8   review the scientific support that is used by Vestagen in its

 9   advertising?

10   A.   Yes, I was.

11   Q.   What specifically was your role?

12   A.   My role was to examine some of the marketing claims that

13   were made by Vestagen and then, where they were cited to

14   scientific studies, to evaluate the scientific studies to

15   determine if the data actually supported the claim.

16          MS. HIGHTOWER:  Objection, Your Honor, and move to

17   strike the last comment.

18          THE COURT:  Overruled.

19   BY MR. DARMSTADTER:

20   Q.   Dr. Mitchell, ultimately, did you form opinions in this

21   case?

22   A.   Yes.

23   Q.   Did you submit a written report in this case?

24   A.   Yes, I did.

25   Q.   Dr. Mitchell, right next to you, there is a binder.  If
```

1   you could turn to Exhibit 201 for me.

2           THE COURT:  Counsel, I think one of the problems that

3   you're going to have to address is what we talked about before.

4   It has got to be done on a hypothetical basis, not whether or

5   not these claims were accurate or not or whether or not a

6   particular thing was accurate, and then it's up to the jury to

7   decide whether or not that claim was made or not.

8           MR. DARMSTADTER:  Thank you, Your Honor.  I

9   understand.

10          THE COURT:  Okay.

11  BY MR. DARMSTADTER:

12  Q.   Have you seen Exhibit 201, Dr. Mitchell?

13  A.   Yes, I can.

14  Q.   Do you recognize that?

15  A.   Yes.  This is my expert report, a true copy of that.

16  Q.   Did you create that report on your own?

17  A.   Yes, I did.

18  Q.   Is all the science contained in that expert report and all

19  the opinions, are they all your own?

20  A.   Yes.

21  Q.   Can you turn to Exhibit B of that report.

22  A.   Yes.

23  Q.   Looking at Exhibit B, do you see where it says "Materials

24  Reviewed in Formulating Opinions"?

25  A.   Yes, I do.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1  Q.   Could you please describe the categories of information

2  that you reviewed in forming opinions in this case for the

3  ladies and gentlemen of the jury.

4  A.   Yes.   I reviewed the papers that were used by Vestagen to

5  support the claims made and a couple of other papers that

6  related to the claims that weren't necessarily the ones in

7  support.

8            And I also went on the internet and took a look at a

9  few websites, specifically Dow Chemical website and the

10  Silvadur website sponsored or maintained by Dow and the

11  Vestagen website and the buyvestex.com website.

12  Q.   Did you review something called the Bearman study?

13  A.   Yes, I did.

14  Q.   Did you review something called the Hardwick study?

15  A.   Yes, I did.

16  Q.   Mitchell letter?

17  A.   I beg your pardon?

18  Q.   Mitchell letter?  Did you review something called --

19  A.   Yes, I reviewed the Mitchell letter.

20  Q.   It wasn't your letter, was it?

21  A.   No, it was not mine.

22  Q.   Different Mitchell?

23  A.   Different.

24  Q.   Did you review something called the Mathers poster?

25  A.   Yes, I did.

```
 1    Q.   And you reviewed something called the Hardwick poster?

 2    A.   Yes, I did.

 3    Q.   Thank you.

 4              After reviewing all those scientific materials,

 5    including those cited by Vestagen in support of its advertising

 6    and as well as the websites you mentioned and all of the items

 7    listed in Exhibit B, did you also review certain advertising in

 8    this case?

 9    A.   Yes.

10              MS. HIGHTOWER:  Objection, Your Honor.  Again, this

11    goes to your ruling on the motion in limine.

12              THE COURT:  Overruled.  Overruled.  At this point,

13    overruled.

14    BY MR. DARMSTADTER:

15    Q.   Dr. Mitchell, did you also review certain advertising in

16    this case?

17              THE COURT:  He can testify as to what he reviewed in

18    coming up with his opinions.  He can testify to what he

19    reviewed.  Even if it's the LA Times, he can say, "I reviewed

20    that."

21              Go ahead.

22    BY MR. DARMSTADTER:

23    Q.   Did you review the LA Times, Dr. Mitchell?

24         (Laughter.)

25    A.   Yes.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Go ahead, counsel.
 2   BY MR. DARMSTADTER:
 3   Q.   Dr. Mitchell, did you also review certain advertisements
 4   and advertising claims made by Vestagen about its VESTEX
 5   antimicrobial scrubs?
 6   A.   Yes, I did.
 7   Q.   After reviewing those claims and the supporting science,
 8   based upon your knowledge, experience, skill, and education as
 9   a microbiologist who's worked in the antimicrobial field for 20
10   years, who's chaired for 13 years the organization that writes
11   the testing standards for the efficacy of antimicrobial agents,
12   who's consulted with companies regarding their antimicrobial
13   agents, who has knowledge of the FDA and EPA regulations as
14   they relate to antimicrobials --
15              THE COURT:  Counsel, let's get to the question.
16   Going through a litany of things is not going to make your
17   question any more significant.
18   BY MR. DARMSTADTER:
19   Q.   Were you able to form opinions in this case regarding
20   literal truthfulness or falsity?
21              THE COURT:  Of what, counsel?
22   BY MR. DARMSTADTER:
23   Q.   Of any claims that you reviewed.
24              THE COURT:  Sustained.
25              MS. HIGHTOWER:  Thank you.
```

```
 1              THE COURT:  Thank you.  Sustained.

 2              Counsel, there has been a motion in limine.  It's

 3    been ruled on.  I expect counsel to follow the rulings of the

 4    Court.

 5              Next question.

 6    BY MR. DARMSTADTER:

 7    Q.   You reviewed the Bearman study, didn't you?

 8    A.   Yes, I did.

 9    Q.   What is the Bearman study?

10    A.   The Bearman study was an in-use study -- that means to say

11    a clinical study -- in which human subjects were used.  In this

12    case, they were healthcare workers who worked in an intensive

13    care unit at a hospital.

14    Q.   Is the Bearman study the primary study utilized by

15    Vestagen to support claims made in its advertising?

16    A.   Yes.

17    Q.   Dr. Mitchell, for the purpose of the rest of my questions,

18    I'm going to ask you to assume that the Bearman study and all

19    of its results are reliable.

20              Can you do that?

21    A.   Yes.

22    Q.   With that in mind, can you tell the ladies and gentlemen

23    of the jury what the Bearman study tested?

24    A.   The Bearman study was a cross-over kind of study in which

25    half of the subjects, who, once again, were personnel in the
```

1  ICU, wore the treated fabric scrubs and half wore untreated

2  scrubs.  And this took place over a 16-week period.  Every four

3  weeks, they would trade which scrub they were wearing, vice

4  versa.

5          And then samples were taken weekly from specific

6  areas in the scrubs, that being the one cargo pocket on the leg

7  and the two abdominal pockets on the shirt.

8  Q.   Were samples taken from anywhere other than those two

9  places?

10 A.   Sure.  They also sampled the hands.

11 Q.   And the people that participated in the study, were they

12 wearing VESTEX scrubs on their hands?

13 A.   No.

14 Q.   They had bare hands?

15 A.   They had bare hands.

16 Q.   After the scientists took those samples off of the treated

17 scrubs, the untreated scrubs, and the bare hands of the

18 subjects, do you know what they did next?

19 A.   Next, they did what a microbiologist would do, which is to

20 culture them to see if they have any of the bacteria that they

21 were looking for to begin with in three different categories

22 there and how many there were on one scrub versus the other

23 scrub, a direct comparison.

24 Q.   And, Dr. Mitchell, you said the bacteria they were looking

25 for.  Did they test for every bacteria?  Is that your

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   understanding?

2   A.    No.   They tested for three specific categories.

3   Q.    Can you tell me what those three were?

4   A.    Yes.   Gram-negative rods, abbreviated GNRs --

5   Q.    What else?

6   A.    Also, they tested for vancomycin-resistant enterococci,

7   and finally they tested for methicillin-resistant

8   Staphylococcus aureus, also known as MRSA or MRSA [pronounced

9   differently].

10  Q.    And the second one you said, can we call that VRE?

11  A.    VRE, yes.

12  Q.    So they tested for three bacteria, GNR, VRE, and MRSA,

13  correct?

14  A.    Three types of bacteria, yes.

15  Q.    Dr. Mitchell, based upon your understanding and review of

16  the Bearman study -- and we're still assuming that it's

17  reliable -- what, if anything, did the Bearman study

18  demonstrate scientifically with regards to what it tested?

19  A.    Well, the Bearman study showed that the VESTEX fabric, the

20  treated fabric, significantly reduced MRSA,

21  methicillin-resistant Staphylococcus aureus, in the specific

22  areas of the scrubs that were sampled.

23         It did not show -- it failed to show any difference

24  in the bioload of the hands of the patients [sic] whether they

25  were wearing the treated scrubs or weren't.

```
 1              It also failed to show a difference in gram-negative
 2    rods, which would include E. Coli.  It did not get enough of a
 3    sample to show any kind of result for vancomycin-resistant
 4    enterococci.
 5    Q.   Did the Bearman study demonstrate a significant reduction
 6    in MRSA any place other than on the treated fabric that it
 7    tested?
 8    A.   No.
 9    Q.   Based on your scientific review, did the Bearman study
10    show significant reductions in GNRs on the fabric that it
11    tested?
12    A.   No.
13    Q.   Based on your scientific review, did the Bearman study
14    show significant reductions in VREs on the fabric that it
15    tested?
16    A.   No.
17    Q.   You mentioned that the scientists who conducted the
18    Bearman study also tested the hands of healthcare workers for a
19    number of bacteria, correct?
20    A.   Yes.
21    Q.   It was the same three bacteria that we talked about?
22    A.   That's right.
23    Q.   There are other bacteria other than GNR, VRE, and MRSA,
24    right, Dr. Mitchell?
25    A.   Many.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   Q.   Do you know how many?

2   A.   No, I couldn't estimate, but there are many, many other

3   species.

4   Q.   Are GNR, VRE, and MRSA pathogens?

5   A.   Yes, they are.

6   Q.   Are they the only pathogens?

7   A.   No, they are not.

8   Q.   Do you know how many there are?

9   A.   Well, major pathogens, invasive pathogens, I'd say

10  probably 20, 25.

11  Q.   Are the results of the Bearman study consistent with what

12  you would expect, given your experience, education, and

13  knowledge of antimicrobials?

14  A.   Yes.

15  Q.   Can you explain how an antimicrobial works?

16  A.   Well, it's fairly direct.  The bacterium has to contact

17  the antimicrobial and be bound in order to be killed.

18  Q.   Is it true that there's two different ways that an

19  antimicrobial can work?

20  A.   Yes.

21  Q.   Is one of those ways that the antimicrobial can kill

22  bacteria?

23  A.   Yes, bactericidal.

24  Q.   And is the other that an antimicrobial can prevent a

25  bacteria from reproducing?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    A.    Yes, bacteriostasis.

2    Q.    What does bactericidal mean?

3    A.    Bactericidal means that the bacterium is killed within

4    some reasonable period of time.  Obviously, it would be killed

5    sometime.

6    Q.    What does bacteriostasis mean?

7    A.    Bacteriostasis is a really unusual situation in which the

8    bacterium is rendered unable to grow -- and in this term, it

9    means reproduce, make more of itself -- but it's not killed.

10   It continues metabolically active.

11   Q.    In order for bacteria to be effective, it has to be able

12   to reproduce; is that right?

13   A.    For it to be -- yeah, a pathogen, if it doesn't reproduce,

14   it's not going to be pathogenic.

15   Q.    Do you know what antimicrobial was used on SPI's

16   antimicrobial product?

17   A.    I'm sorry.  Say again.

18   Q.    Do you know that SPI uses Silvadur on its antimicrobial

19   product?

20   A.    Yes, I do.

21   Q.    Do you know whether Silvadur is bactericidal or

22   bacteriostatic?

23   A.    It's bacteriostatic, and that's what it's intended to be.

24   Q.    So that means it prevents bacteria from reproducing once

25   the bacteria contacts it?

1    A.    Yes.

2    Q.    And, again, a bacteria needs to be able to reproduce to

3    have an adverse effect?

4    A.    Yes.

5    Q.    With regards to the findings of the Bearman study,

6    Dr. Mitchell, did Dr. Bearman place any restrictions or

7    qualifications on his findings?

8    A.    Yes.  He said that the findings of the study were specific

9    to this study and could not be translated in a general way.

10   Q.    What does that mean?

11   A.    Well, that means that you had conditions of the study,

12   criteria that had to be met in order to do that study, and he

13   got data, but that doesn't mean that those data are

14   translatable to the rest of the world.  He warned about that,

15   and it's true.

16   Q.    Did Dr. Bearman make any statements in his study regarding

17   healthcare-acquired infections?

18   A.    Yes.  He said that the results of this study do not imply

19   that antimicrobial-treated fabrics are actually important in

20   healthcare-associated infection reduction.

21   Q.    And, Dr. Mitchell, earlier I asked you a whole list of

22   different scientific studies that you told me you reviewed.

23          Do you remember that?

24   A.    Yes.

25   Q.    For the purpose of my next question, I'm going to ask you

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   to assume that -- just like I did with the Bearman study --

2   A.   Yes.

3   Q.   -- that each one of those studies and each one of those

4   papers is scientifically reliable.

5            Can you do that?

6   A.   Yes, I can.

7   Q.   Based on each of the studies that I mentioned and -- well,

8   I'm going to ask you, based on that, a series of hypothetical

9   questions.

10  A.   Okay.

11  Q.   You know what a hypothetical question is?

12  A.   Yes.

13  Q.   I want you to continue to assume that the Bearman study

14  and all of the other studies and their results are reliable for

15  these hypothetical questions.

16           You understand that?

17  A.   Yes.

18  Q.   And when answering these questions, I'd like you to rely

19  on all of your education, skill, knowledge, and experience.

20           Do you understand that?

21  A.   Yes, I do.

22  Q.   And I need you to be able to answer these questions with a

23  reasonable degree of scientific certainty.

24           Do you understand that?

25  A.   Yes.

1    Q.   And if you're not able to do that, you'll stop and tell

2    us?

3    A.   Yes.

4    Q.   If Vestagen -- based on the Bearman study, based on all of

5    the other studies and all their findings that we just talked

6    about and assuming that all those findings are reliable, if

7    hypothetically Vestagen advertised that its antimicrobial was

8    99.99 per- -- reduced 99.99 percent of bacteria in a hospital

9    setting and it cited the Bearman study for that representation,

10   would that advertisement be literally true?

11            MS. HIGHTOWER:  Objection, Your Honor.

12            THE COURT:  Sustained, Counsel, and I told you not to

13   go to that area.  It's not permitted.  Next question.

14            He is not an expert as to what is or is not

15   fraudulent or false.  That's the jury's determination.  He can

16   testify to the science, but the science only.

17   BY MR. DARMSTADTER:

18   Q.   Dr. Mitchell, does the Bearman study support the finding

19   that VESTEX antimicrobial reduces 99.99 percent of bacteria in

20   a hospital setting?

21   A.   No.

22   Q.   Dr. Mitchell, does the Bearman study support the statement

23   that VESTEX apparel from Vestagen Technologies is effective

24   against HAIs?

25   A.   No, it doesn't.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1  Q.   Does the Bearman study or any of the other scientific

2  studies that we talk about support the statement that VESTEX

3  fabrics protect healthcare workers and their patients from

4  unanticipated exposure to dangerous contaminants?

5  A.   No, it doesn't do that.

6           MS. HIGHTOWER:  Your Honor, I have to object to this

7  continued line of questioning related to advertising.

8           THE COURT:  Overruled.  He hasn't related it to

9  advertising.  He's been asking questions.

10  BY MR. DARMSTADTER:

11  Q.   Dr. Mitchell, if the Bearman study, the Hardwick study,

12  and each of the other posters and studies that we talked about

13  tested a fabric that was composed of 65 percent polyester and

14  35 percent cotton, could the results of those studies be

15  related to fabrics that are 79 percent polyester, 18 percent

16  rayon, and 3 percent spandex?

17  A.   No.

18  Q.   How about fabrics that were 77 percent polyester and 23

19  percent rayon?

20  A.   No.

21  Q.   Those studies would not apply to those types of fabrics?

22  A.   No, they wouldn't.

23  Q.   Do the studies that we just discussed support a claim that

24  the fabrics tested protect patients from illness?

25  A.   No, it would not support that claim.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1                    MS. HIGHTOWER:  Objection.

 2                    THE COURT:  Overruled.

 3    BY MR. DARMSTADTER:

 4    Q.   How about protecting healthcare workers from dangerous

 5    pathogens?

 6    A.   No, that wouldn't support that.

 7                    MR. DARMSTADTER:  Thank you, Your Honor.  I have

 8    nothing further.

 9                    THE COURT:  Okay.  Cross-examination.

10                         CROSS-EXAMINATION

11    BY MS. HIGHTOWER:

12    Q.   Good afternoon, Dr. Mitchell.

13                    I just have a couple of questions for you and then

14    you'll be free.

15                    One of the things that I didn't hear you say -- when

16    you were talking about the Bearman study, was this a study that

17    was actually published?

18    A.   Yes, it was.

19    Q.   Do you know where it was published?

20    A.   Yeah.  The -- Hospital Infection Control and Epidemiology,

21    I believe.

22    Q.   And is that an accepted scientific journal?

23    A.   It certainly is.

24    Q.   All right.  And do you know if the Bearman study article

25    as published in that journal was peer reviewed?
```

```
 1    A.    Yes, it would have been.

 2    Q.    All right.  You mentioned another -- a number of other

 3    studies were brought to your attention during the direct

 4    examination, including the Hardwick study.

 5          Do you know that study?

 6    A.    Yes, I do.

 7    Q.    Was that also published?

 8    A.    Yes, it was.

 9    Q.    Do you know what the conclusion of the Hardwick study was?

10    A.    Yes.  That the VESTEX fabric and the Semeltec, which is

11    what -- with what it's treated, killed the bacteria that were

12    challenged.  In this case, it was MRSA.

13    Q.    All right.  And was this a peer-reviewed article that came

14    out?

15    A.    Yes.

16    Q.    And do you know where that one was published?

17    A.    ASTM.

18          MS. HIGHTOWER:  All right.  Thank you very much.

19          I don't have any other questions.

20          THE COURT:  Okay.  Any redirect?

21          MR. DARMSTADTER:  No, Your Honor.

22          THE COURT:  Okay.  You may step down.  Thank you very

23    much for coming in, sir.

24          Okay.  Next witness.

25          MS. HANNA:  Your Honor, the remaining portion of the
```

```
 1   day was to be spent on the deposition transcripts, which I

 2   understand there's an objection to now.

 3               THE COURT:  Okay.  We're going to be -- and how many

 4   witnesses, then, do you have tomorrow on the plaintiff's case?

 5               MS. HANNA:  We have one live witness coming in

 6   tomorrow and that will be it --

 7               THE COURT:  Okay.

 8               MS. HANNA:  -- in addition to the deposition

 9   testimony.

10               THE COURT:  How many depositions are we talking

11   about?

12               MS. HANNA:  Two.

13               THE COURT:  Two tomorrow or just the two you talked

14   about?  One that was supposed to be played today, one tomorrow?

15               MS. HANNA:  Yes.

16               THE COURT:  Okay.  Ladies and gentlemen, we're going

17   to break at this time.  We're going to have you come back in

18   tomorrow morning -- what time?

19               A JUROR:  8:15.

20               THE COURT:  8:15.  Get in at 8:15 so we can start

21   right away so we can keep this case moving.

22               Remember the admonishment not to discuss the case

23   among yourselves or with anybody else or form or express any

24   opinions about the matter until it's submitted to you and you

25   retire to the jury room.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1              Have a pleasant evening.  As I say, leave quietly.
2    I'm going to be talking to the attorneys a little bit here.
3         (Jury out at 3:20 P.M.)
4         (The following was heard outside the presence of the
5         jury.)
6              THE COURT:  Okay.  The record will reflect the jurors
7    left the courtroom.
8              Tomorrow, if there is still disputes over the
9    admission of the deposition, why don't we come on in -- why
10   don't you be available as of 8 o'clock tomorrow morning so that
11   I can give you that ruling before we go back into the trial.
12   Okay?
13             MS. HIGHTOWER:  What time?
14             THE COURT:  8:00.
15             MS. HIGHTOWER:  Okay.
16             THE COURT:  That will give us a half hour to do
17   whatever you have to do on the depositions.
18             MR. DARMSTADTER:  Your Honor, we do have one more
19   live witness tomorrow in the morning.  He's flying in and
20   there's an emergency motion pending to block his testimony that
21   counsel for Vestagen filed.
22             THE COURT:  Is that the one that you mentioned,
23   Counsel, earlier?  That's the motion that was filed that you
24   mentioned earlier today?
25             MR. VERDE:  Yes, Your Honor.
```

1           THE COURT:  I think it's been ruled on.  And you're

2     going to have to go to the website to find out, but it's been

3     ruled on.  But it was denied.

4           MR. DARMSTADTER:  Thank you, Your Honor.

5        *(Evening recess taken 3:22 P.M.)*

6                         --oOo--

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE

    I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: SEPTEMBER 21, 2017

                    /s/  Cindy L. Nirenberg, CSR No. 5059
                              Official Court Reporter

A JUROR: [1] 393/18
MR. DARMSTADTER: [16]
357/3 357/22 359/25 366/19
367/3 367/22 368/4 368/23
369/8 369/11 369/19 377/7
391/6 392/20 394/17 395/3
MR. VERDE: [8] 332/4
367/16 368/18 369/3 369/6
375/19 375/21 394/24
MS. HANNA: [22] 304/4
306/18 306/21 306/24
307/13 307/16 307/18
310/25 311/2 311/11 317/4
322/6 331/25 332/6 335/4
335/25 357/23 392/24 393/4
393/7 393/11 393/14
MS. HIGHTOWER: [34]
311/13 311/15 322/8 331/21
335/6 335/21 336/4 336/8
336/11 336/16 336/19
336/23 336/25 337/3 337/23
342/24 350/6 358/2 358/13
360/12 366/22 367/24 368/6
368/11 368/14 376/15 379/9
380/24 389/10 390/5 390/25
392/17 394/12 394/14
THE CLERK: [8] 306/22
310/23 311/1 311/4 337/12
337/17 367/7 367/12
THE COURT: [80] 304/4
306/20 306/23 307/15
307/17 311/14 311/16 317/2
322/7 331/24 332/1 332/5
335/5 335/7 335/23 336/3
336/6 336/10 336/14 336/17
336/21 336/24 337/1 337/5
337/22 356/7 356/20 357/10
357/24 358/3 358/9 360/1
360/4 360/11 360/14 366/21
366/23 367/1 367/19 367/23
368/3 368/8 368/13 368/15
368/21 368/25 369/5 369/10
369/12 369/20 370/13
375/20 375/23 376/17 377/1
377/9 379/11 379/16 379/25
380/14 380/20 380/23
380/25 389/11 390/7 391/1
391/8 392/19 392/21 393/2
393/6 393/9 393/12 393/15
393/19 394/5 394/13 394/15
394/21 394/25
THE WITNESS: [7] 331/23
337/16 337/20 360/7 366/25
367/11 367/14

$
$1.50 [1] 314/19
$10 [3] 315/1 315/5 315/8
$11 [1] 314/23
$150 [1] 375/11
$2 [1] 314/19
$20 [1] 315/6
$200 [1] 327/18
$50 [1] 315/9
$75 [2] 374/24 375/6

'15 [1] 318/22
'16 [2] 329/16 331/1

--oOo [1] 395/6
-11 [1] 305/21
-2 [3] 307/15 307/16 307/20

/
/s [1] 396/17

0
0880 [1] 301/15

1
10 [14] 305/21 314/23 315/1
327/3 327/5 327/10 327/17
350/14 350/18 352/8 352/10
353/8 353/15 353/19
100 [1] 301/8
1000 [1] 301/4
11 [8] 305/21 348/10 350/14
350/18 353/4 353/8 353/13
354/12
12 [3] 338/11 339/18 339/24
13 [2] 374/11 380/10
14 [2] 304/21 354/21
14th [2] 347/2 347/12
15 [1] 358/6
150 [1] 376/4
1500 [1] 301/18
152 [1] 301/14
16 [2] 350/18 354/20
16-week [1] 382/2
17 [1] 372/4
17-year [1] 372/9
174 [1] 357/21
17901 [1] 301/4
18 [1] 390/15
1974 [1] 339/18
1:00 [2] 300/21 304/2
1:02 [1] 304/4
1st [1] 300/24

2
20 [6] 300/20 304/1 305/25
372/3 380/9 385/10
200-and-some [1] 327/16
2001 [1] 324/22
201 [2] 377/1 377/12
2010 [4] 325/11 325/25
326/19 327/20
2011 [8] 304/21 307/4
307/12 318/18 324/24
324/25 326/2 327/2
2012 [3] 323/2 326/4 327/4
2013 [4] 323/3 326/6 327/8
328/20
2014 [8] 318/21 326/8 326/9
326/11 327/13 327/17
328/21 329/20
2015 [2] 326/10 326/14
2016 [5] 329/14 329/21
347/1 347/2 347/12
2017 [3] 300/20 304/1
396/12

201 [1] 350/7
206 [1] 343/1
21 [1] 396/12
210 [1] 326/24
22 [1] 326/22
23 [1] 390/18
24 [2] 306/4 306/4
248 [1] 304/16
25 [2] 319/25 385/10
26 [1] 306/9
28 [1] 396/6
2900 [1] 301/8
2:15 [1] 356/9
2:17 [1] 356/18
2:19 [1] 358/8
2:30 [1] 356/10
2:32 [2] 358/8 358/9

3
300 [1] 327/20
300-396 [1] 300/18
312-706-7746 [1] 301/9
318 [1] 357/25
35 [1] 390/14
350 [1] 300/24
396 [1] 300/18
3:20 [1] 394/3
3:22 [1] 395/5
3:30 [1] 356/11

4
40 [1] 315/9
408-286-0880 [1] 301/15
4455 [1] 300/24
4th [2] 307/4 307/12

5
50 [2] 354/3 354/11
500 [2] 339/19 339/25
5059 [2] 300/23 396/17
548 [2] 304/18 306/22
548-10 [1] 305/21
548-20 [1] 305/25
548-24 [1] 306/4
548-26 [1] 306/9
548-3 [1] 305/8
548-6 [1] 305/15
55 [2] 354/23 354/24
553 [2] 307/2 308/3
553-1 [3] 307/14 307/16
307/20
553-2 [1] 307/24
573 [2] 310/2 311/1
577 [3] 310/23 311/7 317/16
577-1 [2] 311/13 311/18
577-3 [1] 312/16
577-6 [2] 311/13 311/18
5900 [1] 300/7

6
60606 [1] 301/8
65 [1] 390/13
695 [1] 301/18

7
700 [1] 301/14
714-557-7990 [1] 301/5
714-800-7900 [1] 301/19

353 [1] 396/5
97 [1] 390/18
7746 [1] 301/9
79 [1] 390/15
7900 [1] 301/19
7990 [1] 301/5

8
8:00 [1] 394/14
8:15 [3] 393/19 393/20
393/20

9
90012 [1] 300/24
92614 [1] 301/5
92626 [1] 301/19
95112 [1] 301/14
99 [1] 321/11
99.9 [1] 308/5
99.99 [3] 389/8 389/8 389/19
99.999 [1] 308/5

A
abbreviated [1] 383/4
abdominal [1] 382/7
able [10] 315/18 315/25
330/23 366/5 366/6 380/19
386/11 387/2 388/22 389/1
about [88] 305/17 307/12
307/13 307/24 308/4 308/12
308/17 308/21 309/3 309/18
312/19 314/10 314/25
314/25 319/8 323/14 325/10
326/2 327/4 327/8 327/13
327/23 328/12 329/21 331/4
331/12 331/14 332/17
333/14 333/15 334/15 340/1
340/3 342/3 342/16 347/15
347/20 348/18 349/15 350/4
351/1 351/5 351/16 352/13
353/9 353/18 353/18 353/24
354/7 354/10 354/16 355/4
355/6 355/17 355/19 355/21
355/23 356/2 356/14 357/21
357/25 358/6 358/17 358/23
358/25 359/25 361/14
361/23 362/2 362/12 370/23
371/14 371/16 372/2 376/4
377/3 380/4 384/21 387/14
389/6 390/2 390/12 390/18
391/4 391/16 393/11 393/14
393/24
above [3] 327/19 327/19
396/8
above-entitled [1] 396/8
abstracted [2] 354/9 362/3
accepted [6] 341/19 341/20
341/24 344/15 361/21
391/22
accompanied [1] 343/15
account [2] 348/9 355/1
accurate [3] 371/12 377/5
377/6
acknowledged [1] 305/12
acquire [1] 319/25
acquired [1] 387/17
across [1] 321/6

**A**

**active [3]** 348/5 348/7 386/10

**actually [13]** 305/4 307/13 309/1 319/25 323/5 329/2 332/25 333/7 345/5 350/18 376/15 387/19 391/17

**added [1]** 353/17

**addition [4]** 362/1 371/20 373/19 393/8

**address [2]** 321/23 377/3

**addressed [1]** 329/8

**adjustment [1]** 347/24

**administration [2]** 340/24 341/1

**administrator [2]** 355/25 356/1

**admission [1]** 394/9

**admitted [3]** 303/2 307/20 311/18

**admonishment [2]** 356/12 393/22

**ads [1]** 339/10

**adverse [1]** 387/3

**advertised [1]** 389/7

**advertisement [5]** 319/8 320/22 322/3 334/18 389/10

**advertisements [4]** 339/6 349/9 349/10 380/3

**advertisers [2]** 340/8 340/9

**advertising [26]** 313/14 321/4 323/14 326/17 327/24 328/4 328/9 328/10 328/15 328/19 329/18 340/7 361/6 363/3 365/2 368/3 368/13 369/19 376/9 379/5 379/7 379/15 380/4 381/15 390/7 390/9

**advise [5]** 313/24 314/2 316/3 317/12 317/22

**advised [1]** 319/11

**advises [1]** 305/10

**affected [3]** 349/10 349/14 359/22

**after [16]** 308/20 314/5 318/11 318/15 319/11 325/6 328/17 334/4 334/21 342/10 342/23 343/23 371/24 379/4 380/7 382/16

**afternoon [8]** 322/12 322/13 338/6 338/7 359/21 360/18 360/19 391/12

**again [20]** 304/22 306/21 308/4 311/21 314/6 327/10 339/6 343/9 349/18 351/22 352/17 352/23 353/17 355/6 364/8 370/8 379/10 381/25 386/17 387/2

**against [2]** 333/20 389/24

**agents [5]** 372/15 374/10 376/5 380/11 380/13

**agree [8]** 312/7 327/17 334/17 355/14 357/12 357/14 362/6 363/2

**agreed [5]** 310/18 310/21 312/16 319/24 336/1

**agreement [20]** 304/23

**A** 306/17 308/10 308/13 309/21 309/24 310/12 310/17 310/20 311/16 312/16 312/22 313/2 313/16 317/17 318/16 318/18 319/5 348/6 348/7

**ahead [7]** 336/4 336/5 360/12 368/18 369/11 379/21 380/1

**all [82]** 304/5 305/1 306/16 306/16 308/9 311/21 316/25 318/3 318/4 320/16 321/6 321/15 322/22 323/2 323/7 323/11 323/18 324/9 324/11 324/15 325/1 325/6 325/9 326/15 327/1 327/7 328/22 329/15 331/1 331/4 331/10 331/12 331/16 331/22 334/10 334/11 335/22 336/17 337/1 339/20 340/18 341/8 342/2 342/14 342/19 342/25 343/2 343/11 343/23 343/23 344/8 345/5 345/11 350/20 352/16 353/23 354/19 358/10 359/3 359/18 360/4 360/7 365/5 366/24 369/22 374/21 376/5 377/18 377/18 377/19 379/4 379/6 381/18 388/14 388/19 389/4 389/5 389/6 391/24 392/2 392/13 392/18

**alleged [2]** 319/8 329/9

**allowed [4]** 321/17 321/22 333/19 334/13

**allows [1]** 363/21

**Allstate [1]** 339/1

**almost [2]** 357/12 374/16

**along [4]** 314/8 319/19 320/3 357/12

**already [1]** 368/14

**also [40]** 301/22 310/8 310/10 312/5 317/12 319/19 331/20 334/4 340/10 340/16 340/25 341/1 341/14 342/21 343/9 343/21 345/8 345/16 346/14 352/1 359/23 361/2 362/12 362/20 364/14 364/22 365/10 368/5 370/20 371/20 378/8 379/7 379/15 380/3 382/10 383/6 383/8 384/1 384/18 392/7

**although [2]** 325/20 331/13

**always [3]** 314/16 331/19 357/12

**am [4]** 341/10 370/8 371/10 373/4

**America [1]** 309/2

**American [2]** 339/2 373/24

**among [2]** 356/13 393/23

**analogized [1]** 355/10

**analogy [5]** 355/7 355/15 355/17 356/3 356/3

**analysis [4]** 347/24 348/8 355/3 365/22

**analyze [3]** 345/1 363/6 372/23

**analyzed [2]** 365/18 366/12

**A** analyzing [2] 346/18 348/12

**ANGELES [3]** 300/15 300/24 304/1

**announced [1]** 318/11

**another [4]** 314/6 314/6 363/3 392/2

**answer [8]** 343/19 351/3 351/14 351/21 352/22 363/11 363/21 388/22

**answering [1]** 388/18

**answers [7]** 347/19 365/15 365/17 365/18 365/22 366/9 366/10

**antimicrobial [36]** 309/4 309/7 315/13 316/10 319/12 320/1 320/6 320/8 320/10 323/16 333/14 333/22 334/2 351/6 372/3 372/15 372/17 372/20 373/4 374/10 376/5 380/15 385/7 385/15 385/17 385/19 385/21 385/24 386/15 386/16 386/18 387/19 389/7 389/19

**antimicrobial-treated [1]** 387/19

**antimicrobials [7]** 372/6 374/5 374/19 375/1 376/6 380/14 385/13

**any [47]** 304/23 305/6 306/17 308/10 309/13 318/2 318/5 319/7 323/4 323/21 324/1 327/23 328/15 328/18 331/22 331/25 333/7 335/6 336/13 337/2 341/8 341/21 342/23 343/25 347/20 347/20 349/15 352/14 356/13 357/9 357/13 359/15 359/21 373/20 373/21 380/17 380/23 382/20 383/23 384/3 384/6 387/6 387/16 390/1 392/19 392/20 393/23

**anybody [3]** 356/13 375/4 393/23

**anyone [2]** 320/14 331/18

**anything [11]** 319/3 319/7 349/24 350/1 350/2 351/8 351/23 351/24 354/6 371/11 383/17

**anywhere [1]** 382/8

**apologize [1]** 324/24

**apparel [1]** 389/23

**Appeal [1]** 340/5

**APPEARANCES [1]** 301/1

**appeared [1]** 347/4

**appears [4]** 343/7 343/8 343/9 350/24

**applied [1]** 365/6

**apply [4]** 315/19 337/11 352/16 390/21

**applying [1]** 315/13

**approach [1]** 314/5

**approached [2]** 314/6 321/9

**approaching [2]** 314/12 314/24

**appropriate [4]** 346/8 346/9

**A** 347/16 354/17

**approval [5]** 312/8 312/12 312/14 319/23 328/18

**approve [1]** 371/5

**approved [4]** 328/20 330/2 353/23 354/4

**approximately [2]** 339/17 354/23

**April [6]** 318/22 326/10 329/13 329/13 329/15 329/20

**Arbuthnot [1]** 301/13

**are [70]** 304/6 310/11 313/11 321/5 321/15 321/16 321/17 323/15 332/5 333/21 333/23 334/14 338/17 341/7 341/8 343/20 344/7 344/14 346/6 346/19 350/11 350/13 350/14 350/15 351/4 351/4 352/4 352/18 353/14 353/24 354/2 354/3 354/7 354/14 354/15 354/20 355/19 355/20 355/21 358/11 358/23 359/3 359/5 359/9 359/24 360/9 360/9 361/21 361/25 363/20 368/10 370/11 371/8 373/1 377/19 381/19 384/23 385/2 385/4 385/6 385/7 385/8 385/11 387/13 387/19 388/14 389/6 390/15 393/10

**area [3]** 335/6 338/25 389/13

**areas [5]** 334/12 338/19 338/20 382/6 383/22

**arguing [1]** 317/1

**Armour [1]** 320/16

**around [5]** 309/15 309/18 323/9 329/13 329/24

**article [2]** 391/24 392/13

**as [83]** 304/12 305/5 309/10 312/10 312/10 312/25 313/15 313/19 314/16 314/17 315/3 315/3 315/25 316/5 316/5 316/7 323/22 324/5 324/5 325/22 326/16 329/2 330/23 332/11 332/12 335/21 338/3 339/12 339/23 341/19 343/13 343/25 344/2 344/6 345/17 346/2 346/21 347/1 347/23 348/24 348/25 349/12 349/14 351/10 351/11 351/15 352/17 352/23 353/5 354/13 354/17 355/2 355/2 355/8 355/9 357/11 359/16 359/17 362/1 363/15 363/24 364/25 365/24 368/2 369/17 369/18 370/3 370/15 370/16 370/17 373/11 373/14 376/2 379/6 379/6 379/17 380/13 383/8 389/14 391/25 394/1 394/10

**as well [1]** 379/6

**Asia [1]** 315/17

**ask [14]** 305/1 307/2 310/2

**A**

ask... **[11]** 310/23 325/5
337/19 350/1 359/2 364/1
367/13 374/6 381/18 387/25
388/8
asked **[7]** 334/8 342/19
342/20 342/21 365/15
365/16 387/21
asking **[6]** 318/8 318/25
361/20 368/10 368/12 390/9
asks **[2]** 349/23 350/25
assess **[1]** 365/1
assigning **[1]** 340/6
associated **[2]** 342/8 387/20
Association **[1]** 339/2
assume **[6]** 351/23 352/5
352/18 381/18 388/1 388/13
assuming **[5]** 343/24 360/5
369/19 383/16 389/6
assurance **[1]** 372/11
ASTM **[8]** 307/24 374/1
374/2 374/14 374/20 374/22
374/25 392/17
ate **[1]** 355/13
attaches **[1]** 311/9
attention **[8]** 312/18 317/19
328/8 328/14 328/24 329/5
329/9 392/3
attorney **[6]** 301/4 301/7
301/13 301/17 301/17 310/9
attorneys **[3]** 356/17 357/12
394/2
attract **[1]** 338/24
atypical **[1]** 322/23
audience **[1]** 374/12
aureus **[2]** 383/8 383/21
authored **[1]** 342/20
authorities **[1]** 357/15
authorized **[1]** 318/3
Automobile **[1]** 339/2
availability **[1]** 337/9
available **[4]** 312/25 313/5
357/7 394/10
Avenue **[1]** 301/4
average **[1]** 354/22
avoid **[2]** 305/6 310/15
aware **[11]** 307/11 329/18
329/22 330/11 362/15
362/17 362/20 362/25 363/1
363/9 364/13
away **[1]** 393/21

**B**

bachelor **[1]** 371/17
back **[18]** 308/3 310/17
317/16 321/14 322/16
324/15 330/16 330/19
330/19 343/1 349/18 350/7
355/4 356/10 358/6 367/3
393/17 394/11
background **[4]** 340/20
371/15 371/16 373/20
backgrounds **[1]** 370/16
bacteria **[17]** 382/20 382/24
382/25 383/12 383/14
384/19 384/21 384/23
385/22 385/25 386/11

386/24 386/25 387/2 389/8
389/19 392/11
bactericidal **[4]** 385/23
386/2 386/3 386/21
bacteriostasis **[3]** 386/1
386/6 386/7
bacteriostatic **[2]** 386/22
386/23
bacterium **[3]** 385/16 386/3
386/8
Baptist **[12]** 322/19 322/23
322/24 323/19 323/22
324/17 324/20 325/2 325/5
325/7 332/11 332/12
bare **[3]** 382/14 382/15
382/17
barrier **[8]** 315/14 319/12
320/7 320/9 320/19 333/22
334/2 351/7
based **[16]** 305/17 319/22
332/16 334/20 351/1 352/13
353/9 368/10 380/8 383/15
384/9 384/13 388/7 388/8
389/4 389/4
basically **[1]** 330/2
basis **[2]** 313/5 377/4
be **[85]** 309/7 310/6 311/17
312/21 313/10 314/15 315/8
315/18 315/23 315/23 318/2
318/8 319/1 320/4 320/4
323/11 323/17 325/19
328/19 329/19 330/6 331/21
332/19 334/13 337/8 337/15
337/18 343/7 343/8 343/9
343/25 344/6 344/23 345/14
346/1 346/14 346/14 346/19
346/24 347/23 348/20 349/3
349/7 349/8 349/8 349/10
349/21 350/24 351/24 352/5
352/9 352/14 354/14 354/19
354/23 357/7 360/11 361/9
361/25 366/6 367/10 368/2
369/2 377/4 385/17 385/17
386/4 386/11 386/11 386/13
386/14 386/23 387/2 387/9
387/12 388/22 389/10
390/14 391/14 393/1 393/3
393/6 393/14 394/2 394/10
Bearman **[29]** 378/12 381/7
381/9 381/10 381/14 381/14
381/23 381/24 383/16
383/17 383/19 384/5 384/9
384/13 384/18 385/11 387/5
387/6 387/16 388/1 388/13
389/4 389/9 389/18 389/22
390/1 390/11 391/16 391/24
became **[9]** 328/21 328/23
329/1 329/18 329/22 330/8
330/11 372/12 374/12
because **[23]** 314/4 315/4
315/6 316/11 316/18 321/22
323/13 327/15 330/7 330/14
330/16 331/20 332/21
333/11 333/17 333/19 347/5
351/20 352/23 361/7 366/9
367/18 368/20
become **[4]** 327/23 328/11

374/20 374/22
becomes **[1]** 312/24
becoming **[4]** 308/18 308/21
331/16 335/2
been **[40]** 304/11 308/25
316/11 316/12 323/25
326/16 329/15 334/14
335/18 338/2 338/10 339/12
339/17 339/18 339/19
339/21 339/24 340/3 340/4
340/14 340/16 341/19
341/20 341/21 341/23
341/24 341/24 353/23 354/4
354/8 364/19 364/23 370/2
373/11 381/2 381/3 390/9
392/1 395/1 395/2
before **[12]** 304/23 337/15
340/2 340/10 340/13 357/12
366/2 367/10 371/5 371/7
377/3 394/11
beg **[1]** 378/17
began **[5]** 309/23 318/21
324/20 328/17 328/17
begin **[2]** 344/9 382/21
beginning **[1]** 344/18
behavior **[1]** 350/2
being **[14]** 308/10 325/22
334/6 350/4 359/15 359/17
360/21 362/12 367/18
368/20 369/18 370/15 371/9
382/6
belief **[2]** 329/19 355/5
believe **[32]** 309/2 309/19
315/15 323/2 323/13 324/10
324/22 326/14 326/16 328/8
328/10 328/25 329/13
331/13 335/16 335/19 343/1
344/5 346/9 347/1 347/15
348/14 348/17 350/11
350/15 351/11 353/5 354/20
367/6 368/8 374/16 391/21
believed **[2]** 316/19 330/21
below **[1]** 353/10
BEN **[5]** 301/23 307/4
307/22 309/16 309/20
benefit **[3]** 353/9 353/11
353/11
best **[3]** 314/14 316/19
364/1
Better **[1]** 340/8
between **[6]** 304/23 307/4
327/20 341/13 342/5 363/16
beyond **[2]** 333/11 333/19
biased **[1]** 359/7
biases **[1]** 359/21
binder **[2]** 367/6 376/25
bioload **[1]** 383/24
Bioscience **[2]** 372/5 372/9
bit **[3]** 346/22 358/1 394/2
black **[1]** 367/6
block **[1]** 394/20
board **[5]** 310/9 312/5 340/5
341/14 341/16
boards **[3]** 341/8 341/9
341/10
bodies **[1]** 373/9
body **[2]** 335/21 340/9

bombarded **[1]** 321/15
both **[7]** 333/23 341/24
343/20 367/23 369/17
370/24 371/2
bottom **[1]** 307/22
bought **[1]** 314/18
bound **[1]** 385/17
box **[2]** 304/7 358/12
Bozeman **[1]** 372/5
brand **[2]** 308/24 320/16
brand-name **[1]** 320/16
brands **[1]** 335/4
breached **[1]** 319/4
break **[2]** 356/9 393/17
brief **[2]** 340/20 367/17
briefly **[4]** 319/16 332/1
332/10 342/2
bring **[3]** 334/9 343/1 350/7
broadly **[1]** 370/8
brought **[6]** 328/7 329/4
334/6 334/7 368/20 392/3
BRUCE **[4]** 302/15 337/5
337/21 338/1
Bureau **[1]** 340/8
business **[12]** 314/11 315/7
322/19 339/17 340/8 340/24
340/24 340/25 341/1 341/12
341/12 372/6
Business-to-Business **[1]**
341/12
businesses **[2]** 338/24
341/13
buy **[6]** 349/21 351/12
355/20 355/21 355/24 356/2
buyvestex.com **[1]** 378/11

**C**

CA **[4]** 300/24 301/5 301/14
301/19
CALIFORNIA **[3]** 300/2
300/19 304/1
call **[12]** 336/22 337/5
338/19 349/25 350/15
357/15 363/14 369/2 369/14
369/17 369/22 383/10
called **[18]** 316/13 316/17
319/22 333/25 333/25 334/1
337/8 337/10 341/11 362/3
362/15 364/6 370/15 378/12
378/14 378/18 378/24 379/1
calling **[1]** 337/7
calls **[3]** 363/12 363/13
367/5
Cambodia **[1]** 315/25
came **[8]** 308/16 320/7 320/7
328/24 329/9 331/13 332/18
392/13
can **[60]** 308/15 310/2
310/16 310/24 312/18
319/16 321/1 321/11 321/23
327/1 328/1 329/7 333/24
336/3 336/5 336/9 336/23
336/24 339/15 340/20 344/8
350/7 353/20 356/21 357/2
357/2 361/11 361/13 361/15
361/17 361/18 361/25
362/18 369/21 371/5 371/8

## C

**can...** [24] 372/2 374/6 374/13 374/17 375/6 377/13 377/21 379/17 379/18 379/19 381/20 381/22 383/3 383/10 385/15 385/19 385/21 385/24 388/5 388/6 389/15 393/20 393/21 394/11
**can't** [6] 330/10 331/21 346/1 357/17 360/6 360/6
**capacity** [2] 315/24 373/20
**capital** [1] 309/16
**care** [2] 336/25 381/13
**career** [1] 372/9
**cargo** [1] 382/6
**Carolina** [2] 315/16 316/21
**case** [44] 317/25 322/18 326/16 330/24 337/9 342/4 342/16 342/19 346/3 346/16 346/16 355/22 356/12 357/8 360/24 363/9 364/11 364/13 364/18 365/3 365/7 366/15 367/19 367/22 369/7 369/13 369/17 369/17 369/23 370/10 370/17 372/3 376/7 376/21 376/23 378/2 379/8 379/16 380/19 381/12 392/12 393/4 393/21 393/22
**case-in-chief** [3] 367/22 369/17 369/23
**cases** [2] 320/13 341/25
**cast** [1] 345/22
**categories** [3] 378/1 382/21 383/2
**cause** [2] 337/15 367/10
**caused** [2] 348/20 349/20
**Center** [1] 301/18
**CENTRAL** [1] 300/2
**cereal** [8] 355/10 355/12 355/13 355/19 355/21 356/3 356/5 356/6
**certain** [10] 336/20 349/20 355/8 361/15 362/17 364/19 364/22 379/7 379/15 380/3
**certainly** [3] 331/10 336/9 391/23
**certainty** [9] 318/12 318/12 318/20 318/24 326/11 326/13 333/3 333/3 388/23
**CERTIFICATE** [1] 396/3
**certified** [1] 318/3
**certify** [1] 396/5
**cetera** [2] 318/6 337/10
**chain** [2] 307/22 309/2
**chains** [1] 342/5
**chair** [2] 374/3 374/11
**chaired** [1] 380/10
**chairman** [2] 374/9 376/2
**challenged** [1] 392/12
**challenging** [1] 315/21
**changes** [3] 310/14 310/18 365/5
**changing** [2] 315/23 320/4
**chaos** [1] 321/20
**Charlotte** [1] 316/21
**Chemical** [1] 378/9

**Chicago** [1] 301/8
**chief** [4] 367/22 369/17 369/23 372/12
**child** [4] 355/10 356/4 356/5 356/7
**children** [3] 355/13 355/18 355/18
**chose** [1] 332/12
**churning** [1] 332/23
**CINDY** [2] 300/23 396/17
**circumstances** [1] 308/15
**cited** [3] 376/13 379/5 389/9
**claim** [7] 342/10 348/19 371/6 376/15 377/7 390/23 390/25
**CLAIMANT** [2] 300/12 301/12
**claiming** [1] 371/5
**claims** [36] 319/8 320/23 321/18 321/21 321/23 322/17 323/13 323/15 326/15 328/3 328/7 330/6 330/12 330/12 333/5 334/5 334/13 334/14 334/17 334/22 334/24 339/5 339/8 340/13 342/17 348/18 363/3 374/17 376/12 377/5 378/5 378/6 380/4 380/7 380/23 381/15
**clarification** [2] 367/17 367/25
**clarify** [2] 369/5 370/14
**clear** [1] 329/2
**clearly** [2] 314/8 317/7
**click** [1] 353/12
**client** [7] 323/2 323/5 323/8 346/1 346/3 346/17 363/13
**clients** [1] 338/25
**clinical** [1] 381/11
**clinically** [1] 305/12
**close** [3] 339/19 339/25 354/6
**closed** [7] 350/15 350/15 363/17 363/19 363/25 364/1 364/8
**closed-ended** [6] 350/15 363/17 363/19 363/25 364/1 364/8
**closer** [4] 323/4 329/2 329/2 374/7
**clothing** [1] 352/4
**Code** [1] 396/6
**Coli** [1] 384/2
**collaborated** [1] 363/10 363/12
**collaboration** [1] 363/14
**collected** [1] 330/23
**collects** [1] 361/7
**come** [11] 316/21 321/14 323/4 326/13 328/14 330/16 332/3 348/10 356/10 393/17 394/9
**coming** [7] 330/19 330/19 339/24 366/25 379/18 392/23 393/5
**comment** [1] 376/17
**comments** [1] 355/4

**commercial** [1] 338/20
**Commission** [2] 340/14 340/17
**committee** [7] 324/13 324/14 362/23 374/10 374/12 374/23 375/18
**committees** [1] 307/24
**common** [1] 359/23
**commonly** [1] 363/7
**communicate** [4] 321/3 321/4 321/5 344/25
**communicating** [1] 321/3
**communications** [2] 307/11 321/7
**companies** [14] 316/4 316/12 320/16 333/23 338/16 338/21 339/1 339/3 339/4 339/9 343/20 344/25 375/14 380/12
**company** [20] 308/24 308/25 312/7 316/13 316/16 316/18 319/21 319/24 319/25 333/25 333/25 334/1 339/17 341/9 341/17 342/9 372/25 373/5 373/7 375/17
**company's** [1] 321/10
**compare** [2] 348/7 352/2
**compared** [2] 316/9 366/1
**comparison** [2] 348/8 382/23
**compelling** [1] 330/24
**compensated** [1] 371/9
**competitor** [6] 322/2 322/5 331/17 331/19 331/19 331/20
**competitors** [2] 321/25 322/1
**complaint** [3] 343/19 367/19 367/20
**completely** [1] 321/20
**complex** [1] 342/17
**complicated** [1] 347/10
**composed** [1] 390/13
**computer** [1] 342/17
**concept** [2] 329/1 329/22
**concern** [1] 315/4
**concerned** [4] 324/5 327/23 328/2 328/12
**concerns** [6] 319/4 319/8 334/6 334/7 334/9 349/15
**conclusion** [1] 392/9
**conclusions** [3] 364/14 364/17 364/24
**conditions** [1] 387/11
**conduct** [13] 338/14 338/15 338/22 339/11 346/2 346/7 359/18 359/19 361/6 363/5 363/10 363/14 366/15
**conducted** [13] 339/19 339/21 342/4 342/5 344/10 344/13 346/23 361/2 365/1 365/7 365/8 365/1 384/17
**conducting** [3] 344/15 359/20 364/20
**conducts** [1] 363/15
**Conference** [1] 396/10
**confidential** [2] 318/9 319/1

**confidentiality** [16] 304/23 306/17 308/10 308/13 309/21 309/24 310/11 310/17 310/20 311/10 312/15 313/16 317/17 318/16 318/18 319/5
**confirm** [1] 306/19
**conformance** [1] 396/9
**confusing** [1] 363/4
**confusion** [4] 305/6 363/5 363/8 365/1
**conjunction** [2] 335/19 335/21
**consecutive** [1] 353/25
**consider** [5] 325/17 325/19 331/16 346/5 361/9
**consistent** [5] 344/14 345/7 346/13 353/2 385/11
**consists** [1] 361/18
**constantly** [1] 332/23
**consult** [1] 339/9
**consultant** [1] 373/4
**consulted** [1] 380/12
**consulting** [2] 338/9 338/21
**consumer** [10] 314/14 314/21 325/22 328/5 361/6 361/22 363/5 363/5 363/10 365/1
**consumers** [9] 325/18 325/22 338/17 338/22 339/7 340/19 361/10 361/11 363/4
**contact** [2] 329/10 385/16
**contacted** [1] 329/13
**contacts** [1] 386/25
**contain** [1] 362/10
**contained** [2] 362/8 377/18
**contains** [1] 352/21
**contaminants** [1] 390/4
**context** [2] 361/14 361/24
**continually** [1] 335/1
**continue** [4] 304/7 334/21 358/13 388/13
**continued** [1] 390/7
**continues** [1] 386/10
**continuing** [1] 316/3
**contract** [1] 369/19
**control** [5] 333/12 333/16 347/20 348/1 391/20
**controlling** [1] 371/3
**controls** [8] 347/23 354/13 354/14 354/14 354/19 355/1 355/2 355/2
**convenient** [1] 336/2
**conveyed** [1] 358/5
**convincing** [2] 330/13 330/24
**copies** [1] 318/4
**copy** [4] 310/14 335/17 335/17 377/15
**corporation** [2] 309/1 372/13
**correct** [58] 304/24 306/17 308/10 310/21 318/16 318/17 320/12 320/19 322/25 323/1 326/11 326/12 326/17 326/18 326/22 328/5 328/6 329/21 331/5 331/6

**C**

correct... **[38]** 332/5 332/14 333/6 342/13 354/8 354/9 359/10 359/11 360/25 361/1 361/4 361/7 361/8 361/10 362/4 362/16 363/10 364/11 364/15 364/20 364/21 364/24 364/25 365/3 365/8 365/10 365/12 365/15 365/16 365/19 365/23 365/24 366/13 366/14 366/15 383/13 384/19 396/7
corrected **[1]** 324/23
correctly **[1]** 329/17
cost **[2]** 306/13 317/13
Costa **[1]** 301/19
costing **[1]** 306/13
cotton **[1]** 390/14
could **[35]** 310/23 312/7 314/15 314/17 315/10 315/14 315/19 320/15 329/23 329/23 330/6 333/13 333/17 333/18 345/6 350/13 351/11 352/15 356/24 357/18 365/5 365/6 365/7 365/8 365/21 365/25 366/2 366/12 366/12 375/7 375/11 377/1 378/1 387/9 390/14
couldn't **[2]** 330/3 385/2
counsel **[20]** 301/1 310/24 317/4 332/2 334/7 336/15 337/23 360/12 367/20 368/13 368/22 377/2 380/1 380/15 380/21 381/2 381/3 389/12 394/21 394/23
counter **[5]** 300/12 300/15 301/3 301/12 357/10
**COUNTER-CLAIMANT [1]** 300/12
**COUNTER-DEFENDANT [1]** 300/15
counter-designations **[1]** 357/10
counterclaim **[7]** 332/3 367/21 368/21 369/3 369/8 369/10 369/18
country **[3]** 309/3 321/6 373/15
couple **[5]** 310/15 322/14 358/16 378/5 391/13
court **[19]** 300/1 300/23 337/15 338/8 340/4 340/5 340/11 340/13 341/19 341/22 341/24 357/14 367/10 368/10 368/12 373/12 373/15 381/4 396/18
courtroom **[1]** 394/7
covered **[1]** 312/21
craft **[1]** 373/8
create **[2]** 333/18 377/16
creation **[1]** 376/4
criteria **[2]** 308/6 387/12
criticisms **[6]** 364/4 364/7 364/10 364/12 364/14 364/16
cross **[13]** 302/6 302/12 302/17 322/8 322/10 360/15

360/16 367/19 367/20 369/22 381/24 391/9 391/10
cross-complaint **[2]** 367/19 367/20
cross-examination **[7]** 322/8 322/10 360/15 360/16 369/22 391/9 391/10
cross-over **[1]** 381/24
CSR **[2]** 300/23 396/17
culture **[1]** 382/20
currently **[1]** 373/1
cursory **[1]** 309/15
customer **[1]** 333/1
customers **[2]** 338/16 338/24
CV16 **[1]** 300/7
CV16-5900 **[1]** 300/7

**D**

dangerous **[2]** 390/4 391/4
Darmstadter **[4]** 301/7 302/11 302/17 360/20
data **[24]** 305/11 330/23 338/21 344/13 345/1 345/2 345/8 345/10 345/21 345/22 345/22 346/15 347/24 348/9 355/3 361/7 361/17 361/19 361/21 372/7 373/8 376/15 387/13 387/13
date **[8]** 307/12 318/15 323/5 324/23 330/10 334/21 347/1 396/12
dated **[1]** 318/18
dates **[1]** 329/15
day **[3]** 300/18 334/23 393/1
DBA **[1]** 340/25
Deakins **[1]** 301/16
deal **[4]** 324/1 345/12 345/12 345/23
dealing **[4]** 322/24 323/24 323/25 369/5
December **[1]** 374/12
decide **[2]** 339/9 377/7
decided **[1]** 320/3
decides **[1]** 356/5
decision **[21]** 313/19 313/22 313/24 317/22 323/21 324/2 324/2 324/4 324/9 324/11 325/3 325/6 355/19 355/21 355/23 356/2 356/4 357/1 362/18 362/19 362/24
declared **[1]** 342/12
deemed **[2]** 318/8 319/1
deeply **[1]** 344/5
defendant **[5]** 300/9 300/15 301/3 301/12 369/18
defendant's **[2]** 302/14 336/2
**DEFENDANT/COUNTER-CLAIMANT [1]** 301/12
defense **[6]** 337/5 337/8 337/11 337/12 357/25 368/21
define **[1]** 342/16
defines **[1]** 312/21
defining **[1]** 307/25
definition **[1]** 351/19

degradation **[2]** 333/12 333/18
degree **[5]** 340/22 340/24 341/1 371/17 388/23
degrees **[2]** 371/20 371/24
deliver **[4]** 314/16 314/20 353/11 353/12
delivers **[2]** 353/10 353/12
demand **[1]** 305/25
demonstrate **[2]** 383/18 384/5
denied **[2]** 368/1 395/3
dense **[1]** 347/9
department **[3]** 307/9 330/1 340/15
depends **[4]** 325/17 328/2 361/14 361/24
deposition **[10]** 336/3 336/8 336/9 336/19 343/21 356/24 357/5 393/1 393/8 394/9
depositions **[2]** 393/10 394/17
describe **[2]** 311/22 363/23 378/1
described **[3]** 345/3 353/14 354/10
design **[2]** 344/20 344/22
designated **[2]** 336/20 357/6
designation **[1]** 375/23
designations **[5]** 336/13 357/5 357/9 357/10 357/10
designed **[1]** 339/16
designing **[1]** 346/17
destroy **[3]** 318/2 318/8 318/25
destruction **[1]** 318/2
detail **[1]** 354/16
determination **[2]** 312/10 389/15
determine **[5]** 317/20 323/7 325/1 366/6 376/15
determined **[2]** 319/18 319/19
determining **[1]** 363/5
developed **[2]** 329/25 330/1
developing **[2]** 374/4 374/15
development **[1]** 329/22
Diane **[1]** 324/8
did **[118]**
didn't **[18]** 320/13 331/3 335/13 344/21 344/23 344/24 344/25 345/1 345/2 345/8 349/25 355/1 359/9 359/12 361/16 362/9 381/7 391/15
difference **[5]** 348/10 363/16 363/18 383/23 384/1
different **[16]** 308/18 314/11 314/12 320/6 323/24 329/8 329/8 331/8 331/9 347/10 372/20 378/22 378/23 382/21 385/18 387/22
differently **[5]** 348/15 364/20 364/23 365/3 383/9
difficult **[3]** 321/19 329/14 335/2
direct **[15]** 302/5 302/11

302/16 304/13 312/18 317/19 338/4 339/21 341/16 358/13 367/19 370/4 382/23 385/16 392/3
directed **[2]** 371/2 374/4
directly **[2]** 323/18 330/17
director **[2]** 372/10 372/11
directors **[2]** 310/9 312/5
disagree **[2]** 325/21 325/21
disclose **[1]** 333/7
disclosure **[2]** 313/1 313/6
disclosures **[3]** 313/9 313/11 313/11
discuss **[2]** 356/12 393/22
discussed **[2]** 304/23 390/23
discussing **[2]** 307/23 333/11
discussion **[5]** 302/21 302/22 308/12 309/13 309/23
discussions **[7]** 308/17 308/19 309/15 309/18 314/3 314/5 331/10
disinfectants **[1]** 376/6
dispute **[3]** 348/18 349/19 349/19
disputes **[2]** 340/12 394/8
distribution **[1]** 332/22
distributors **[1]** 333/22
**DISTRICT [3]** 300/1 300/2 300/3
division **[3]** 300/2 322/24 340/7
do **[115]**
doctor **[3]** 340/25 360/14 366/25
doctorate **[1]** 341/2
document **[3]** 305/5 325/24 343/4
documents **[1]** 342/22
does **[16]** 312/23 320/18 320/25 326/22 345/11 351/1 359/5 371/1 374/22 375/13 386/2 386/6 387/10 389/18 389/22 390/1
doesn't **[12]** 321/13 331/20 352/1 352/6 352/24 353/11 353/12 359/1 386/13 387/13 389/25 390/5
doing **[6]** 323/16 338/17 346/5 352/25 353/1 360/5
dollars **[1]** 319/25
don't **[40]** 320/13 324/10 324/13 324/23 326/20 326/21 327/25 328/25 329/6 329/14 329/17 331/9 331/13 331/22 332/25 334/11 335/19 336/25 345/8 345/16 345/16 346/8 346/10 357/14 362/5 363/11 363/13 363/21 363/23 363/24 364/5 364/17 365/13 368/4 368/5 368/17 370/14 392/19 394/9 394/10
done **[16]** 319/13 346/4 346/14 346/19 346/19 348/8 359/16 359/17 364/19

**D**

done... [7] 364/23 365/2 365/21 366/2 368/14 372/17 377/4
door [1] 316/1
Dow [14] 316/15 320/7 320/13 328/17 328/20 328/24 328/25 329/22 330/2 331/4 331/8 331/13 378/9 378/10
down [6] 316/21 335/24 351/12 366/24 374/11 392/22
Dr. [43] 337/5 337/21 338/6 341/18 350/22 358/16 360/18 360/23 363/2 363/15 364/2 364/18 365/11 366/18 367/5 370/6 370/12 370/20 371/8 372/8 373/1 373/20 374/20 376/3 376/7 376/20 376/25 377/12 379/15 379/23 380/3 381/17 382/24 383/15 384/24 387/6 387/16 387/21 389/18 389/22 390/11 391/12
Dr. Bearman [2] 387/6 387/16
Dr. Bruce [1] 337/21
Dr. Isaacson [12] 337/5 338/6 341/18 358/16 360/18 360/23 363/2 363/15 364/2 364/18 365/11 366/18
Dr. John [1] 367/5
Dr. Mitchell [26] 370/6 370/12 370/20 371/8 372/8 373/1 373/20 374/20 376/3 376/7 376/20 376/25 377/12 379/15 379/23 380/3 381/17 382/24 383/15 384/24 387/6 387/21 389/18 389/22 390/11 391/12
Dr. Roth [1] 350/22
drawn [1] 364/16
Drive [2] 301/8 301/18
drives [1] 305/25
drug [1] 348/4
due [1] 322/19
duly [4] 304/11 318/3 338/2 370/2
during [8] 343/18 344/23 344/24 347/3 347/6 347/24 372/14 392/3

**E**

e-mail [15] 307/4 307/22 308/4 310/4 311/9 311/21 311/22 334/10 335/11 335/13 335/14 335/15 335/17 335/18 335/19
e-mails [2] 310/16 332/23
E35.15 [4] 374/3 374/10 374/18 376/2
each [7] 338/19 353/9 357/13 388/3 388/3 388/7 390/12
earlier [7] 326/21 329/14 346/11 354/10 387/21

394/23 394/24
Early [1] 372/10
eat [2] 356/5 356/6
editorial [3] 341/8 341/10 341/14
educate [1] 328/18
education [4] 340/20 380/8 385/12 388/19
educational [1] 371/15
effect [2] 370/17 387/3
effective [3] 363/4 386/11 389/23
efficacy [2] 372/6 380/11
either [8] 318/1 321/20 330/16 339/20 353/12 357/3 362/1 374/6
election [1] 318/1
element [1] 352/12
elements [1] 344/20
elevate [1] 356/9
elevated [1] 359/5
eliminates [1] 333/15
else [7] 324/11 333/20 350/2 356/13 375/9 383/5 393/23
elsewhere [1] 319/12
emergency [1] 394/20
empirical [4] 361/7 361/17 361/19 361/21
employed [1] 373/1
employment [1] 373/19
end [2] 314/14 344/19
ended [9] 319/21 320/2 350/15 363/16 363/17 363/19 363/25 364/1 364/8
engaging [1] 316/12
engineering [1] 340/22
enough [2] 330/13 384/2
enterococci [2] 383/6 384/4
entire [2] 315/2 375/18
entitled [3] 305/25 343/15 396/8
entity [1] 340/6
environment [2] 330/7 354/1
environmental [2] 354/1 354/2
EPA [17] 319/23 321/17 321/23 329/24 330/7 331/5 353/23 353/24 353/24 353/25 354/4 354/10 370/23 371/1 372/4 372/7 380/13
epidemiologist [1] 324/17
Epidemiology [1] 391/20
equation [1] 314/20
equity [8] 308/23 308/24 309/1 309/17 310/8 310/11 312/2 312/12
Ericksen [1] 301/13
error [1] 324/24
essentially [1] 352/16
estimate [4] 327/1 327/21 328/1 385/2
et [2] 318/5 337/10
evaluate [8] 338/23 338/23 338/24 339/5 339/7 339/12 350/19 376/14
evaluated [1] 366/12

evaluation [3] 312/19 372/23 318/4
even [6] 308/21 315/25 320/14 327/15 354/5 379/19
evening [2] 394/1 395/5
events [1] 330/21
eventually [4] 320/2 329/11 329/12 372/12
ever [18] 318/7 318/24 319/3 319/7 322/2 322/5 323/7 323/18 323/21 324/15 325/1 325/6 333/7 340/1 346/5 371/24 373/11 375/17
every [3] 354/24 382/2 382/25
everybody [4] 333/20 351/18 357/20 375/9
everyone [2] 320/17 323/16
everything [2] 358/5 374/16
evidence [8] 305/17 306/20 306/23 307/15 307/20 311/3 311/13 311/19
evidence-based [1] 305/17
evidential [1] 330/24
exact [2] 330/10 362/5
exactly [6] 325/1 327/25 329/6 344/17 346/18 368/16
examination [14] 304/8 304/13 322/8 322/10 332/8 335/9 338/4 360/15 360/16 369/22 370/4 391/9 391/10 392/4
examine [1] 376/12
examining [1] 316/18
example [5] 351/16 351/17 353/16 363/21 375/14
excluded [1] 341/22
exclusively [1] 320/14
excuse [3] 332/2 367/21 370/16
execute [1] 344/24
executed [2] 308/10 339/16
executing [2] 308/12 346/17
exhibit [18] 304/16 304/18 305/2 305/4 307/2 307/14 310/2 310/25 311/12 317/16 319/13 343/1 350/7 377/1 377/12 377/21 377/23 379/7
EXHIBITS [3] 303/2 307/20 311/18
expect [2] 381/3 385/12
expected [1] 345/7
experience [8] 339/15 339/23 341/3 346/12 359/23 380/8 385/12 388/19
experienced [1] 375/17
expert [14] 341/19 341/20 344/11 344/12 345/17 346/12 368/13 373/11 373/14 375/22 375/23 377/15 377/18 389/14
expertise [1] 370/20
explain [5] 308/15 321/1 338/8 346/10 346/22 350/23 352/9 374/13 385/15
explained [4] 314/8 315/12 331/8 331/9

explaining [1] 331/4
explanation [1] 355/8
exploring [1] 309/11
exposure [1] 390/4
express [2] 356/13 393/23
extent [1] 356/4

**F**

fabric [19] 314/25 315/1 315/3 315/8 315/18 317/13 325/24 333/12 333/15 333/18 376/6 382/1 383/19 383/20 384/6 384/10 384/14 390/13 392/10
fabrics [10] 314/18 315/17 315/19 316/5 387/19 390/3 390/15 390/18 390/21 390/24
facility [2] 349/3 356/1
fact [5] 309/6 316/8 357/6 359/5 366/10
factory [1] 315/15
factually [1] 343/25
faculty [1] 371/22
failed [2] 383/23 384/1
fair [1] 327/7
fairly [1] 385/16
false [7] 319/8 322/3 328/15 329/10 329/19 369/19 389/15
falsely [3] 328/4 328/8 328/10
falsity [1] 380/20
familiar [1] 325/19
far [1] 324/5
Farmers [1] 339/1
fast [1] 306/5
FAVRET [24] 301/23 304/21 304/24 305/10 307/4 307/12 307/22 307/23 308/4 308/9 309/9 309/20 310/12 310/13 313/15 313/24 314/5 314/24 315/12 315/22 316/3 316/7 317/8 319/11
FCRR [1] 300/23
FDA [9] 308/5 330/7 331/12 331/15 370/21 371/1 372/4 372/7 380/13
federal [5] 340/4 340/13 340/14 340/15 340/17
feel [1] 342/8
felt [4] 309/6 315/9 320/3 335/3
few [3] 310/14 333/24 378/9
field [3] 371/25 372/3 380/9
fighting [1] 333/18
fights [1] 333/16
FIGS [1] 334/1
filed [3] 336/12 394/21 394/23
final [2] 311/9 372/24
finally [2] 312/16 383/7
financial [2] 309/19 309/23
find [3] 321/19 354/14 395/2
finding [1] 389/18
findings [5] 387/5 387/7 387/8 389/5 389/6

**E**

**fine** [1] 369/15
**firm** [4] 310/8 312/2 338/9 338/10
**first** [19] 308/3 314/6 316/8 318/22 324/20 327/23 328/7 328/7 328/14 332/21 333/1 333/1 333/2 336/23 338/2 342/3 354/2 370/2 373/17
**five** [2] 315/3 358/1
**fixed** [1] 350/16
**flawed** [2] 344/5 359/7
**flaws** [3] 358/18 358/19 359/21
**flexible** [1] 317/13
**fluid** [8] 315/14 319/12 320/7 320/8 320/19 333/22 334/2 351/7
**flying** [1] 394/19
**focus** [4] 309/23 350/13 352/12 361/13
**focused** [1] 328/23
**follow** [4] 322/14 325/6 331/5 381/3
**follow-up** [1] 322/14
**followed** [1] 344/14
**following** [3] 352/13 356/19 394/4
**follows** [3] 304/12 338/3 370/3
**foregoing** [1] 396/6
**foreign** [1] 315/24
**form** [5] 338/15 356/13 376/20 380/19 393/23
**format** [1] 396/9
**forming** [2] 364/23 378/2
**Formulating** [1] 377/24
**forth** [1] 310/18
**forward** [3] 310/12 330/4 374/6
**forwarded** [1] 310/13
**found** [2] 347/11 373/11
**four** [2] 375/16 382/2
**frame** [2] 309/22 318/13
**fraudulent** [1] 389/15
**free** [1] 391/14
**frequently** [1] 321/6
**front** [3] 304/16 304/18 311/7
**full** [2] 337/19 367/13
**function** [1] 373/10
**fund** [1] 319/24
**further** [11] 302/20 304/12 322/7 335/5 335/23 346/22 360/13 366/20 366/23 367/25 391/8
**future** [2] 309/7 315/23

**G**

**garment** [2] 315/2 333/17
**garments** [2] 351/5 352/20
**GARY** [1] 300/3
**gather** [2] 338/21 339/6
**gathered** [2] 330/13 345/22
**gathering** [1] 345/1
**general** [2] 313/12 387/9
**generally** [2] 312/25 344/15

**gentleman** [2] 326/20 331/11
**gentlemen** [8] 310/7 337/6 365/23 365/25 374/13 378/3 381/22 393/16
**germs** [2] 333/16 333/18
**get** [16] 310/24 321/9 321/15 321/24 330/2 330/4 352/23 361/17 361/19 370/15 371/7 374/23 375/11 380/15 384/2 393/20
**getting** [1] 353/2
**give** [10] 327/1 328/1 337/15 340/20 348/5 356/25 357/1 367/10 394/11 394/16
**given** [4] 349/3 354/8 369/15 385/12
**GNR** [3] 383/12 384/23 385/4
**GNRs** [2] 383/4 384/10
**go** [22] 308/3 317/16 322/16 324/15 332/12 333/19 336/4 336/5 349/18 351/12 353/17 353/20 357/12 360/12 368/18 369/11 370/18 379/21 380/1 389/13 394/11 395/2
**God** [2] 337/16 367/11
**goes** [2] 350/2 379/11
**going** [47] 304/20 305/1 305/4 309/6 310/15 310/17 312/13 312/21 315/23 315/23 317/8 317/19 320/4 321/22 327/15 327/16 328/19 332/19 337/10 351/8 351/9 351/12 352/5 355/4 355/11 355/19 355/21 355/24 355/24 356/9 356/9 356/23 364/1 364/8 367/6 377/3 380/16 380/16 381/18 386/14 387/25 388/8 393/3 393/16 393/17 394/2 395/2
**gone** [1] 347/11
**good** [10] 322/12 322/13 323/10 338/6 338/7 351/17 352/25 360/18 360/19 391/12
**goodwill** [1] 320/24
**Goodyear** [1] 339/3
**got** [8] 329/2 336/15 336/16 356/16 369/1 375/16 377/4 387/13
**gotten** [3] 336/13 365/12 365/15
**government** [2] 340/14 340/16
**graduate** [1] 371/21
**gram** [2] 383/4 384/1
**gram-negative** [2] 383/4 384/1
**granted** [2] 368/1 368/2
**graphics** [2] 347/7 359/1
**great** [3] 345/12 345/12 345/23
**grounds** [1] 341/25
**group** [5] 338/10 348/5 348/6 348/16 349/13

**groups** [1] 361/13
**grow** [2] 338/24 386/6
**guess** [1] 328/2
**guidelines** [1] 307/25

**H**

**had** [61] 308/23 308/24 308/24 308/25 309/20 314/3 314/4 314/11 315/8 315/13 316/7 316/9 316/10 316/11 316/12 316/13 316/17 316/19 319/4 319/22 320/23 322/16 323/25 328/18 328/19 329/25 330/1 330/5 332/2 332/11 332/14 332/18 333/15 335/20 336/1 336/12 339/23 341/3 342/15 342/23 345/4 346/17 347/11 347/22 350/18 354/8 354/10 354/10 354/16 355/12 357/6 365/1 365/14 365/21 375/15 375/18 375/23 382/14 382/15 387/11 387/12
**HAIs** [2] 321/11 389/24
**half** [3] 381/25 382/1 394/16
**hand** [2] 337/13 367/8
**hands** [7] 382/10 382/12 382/14 382/15 382/17 383/24 384/18
**Hanna** [3] 301/4 302/5 302/7
**happen** [2] 306/5 346/16
**happened** [1] 347/5
**happens** [2] 321/2 321/8
**hard** [1] 374/20
**Hardwick** [5] 378/14 379/1 390/11 392/4 392/9
**Harvard** [2] 340/24 341/1
**has** [25] 316/15 320/11 320/22 321/2 322/5 323/18 334/2 335/17 339/16 339/17 341/21 341/23 345/15 345/21 353/22 354/4 357/20 357/20 357/25 360/7 377/4 380/13 381/2 385/16 386/11
**hasn't** [1] 390/8
**have** [145]
**haven't** [1] 356/24
**having** [8] 304/11 308/17 308/19 320/5 331/10 338/2 370/2 374/7
**he** [46] 305/21 307/9 307/13 307/24 310/13 310/25 314/6 315/12 315/14 315/24 316/8 316/8 317/1 317/1 344/20 344/21 344/22 344/23 344/24 344/24 345/1 345/2 345/4 345/6 345/6 345/8 345/10 354/15 354/18 355/10 355/11 355/11 355/11 369/1 379/17 379/17 379/18 379/18 379/19 387/8 387/12 387/14 387/18 389/14 389/15 390/8
**he'd** [1] 316/9
**he's** [6] 345/9 368/13 369/1 370/15 390/9 394/19
**headquarters** [1] 316/22

**health** [11] 330/23 332/19 322/23 322/24 385/20 324/17 324/20 325/2 325/7 334/5 334/14
**healthcare** [12] 309/1 321/12 330/7 355/22 356/1 362/23 381/12 384/18 387/17 387/20 390/3 391/4
**healthcare-acquired** [1] 387/17
**healthcare-associated** [1] 387/20
**hear** [2] 361/16 391/15
**heard** [6] 332/21 332/25 333/1 354/12 356/19 394/4
**hearing** [2] 330/14 374/7
**hearsay** [1] 330/20
**heart** [1] 314/22
**heavily** [2] 316/13 366/7
**held** [5] 302/21 302/22 371/22 372/8 396/8
**help** [8] 337/16 338/16 338/23 339/5 339/9 357/11 367/11 373/8
**her** [1] 324/9
**here** [12] 322/17 330/21 344/17 344/21 349/19 352/20 355/7 360/21 365/9 370/10 374/18 394/2
**hereby** [1] 396/5
**Hey** [1] 321/9
**higher** [1] 360/11
**highly** [1] 345/13
**Hightower** [5] 301/13 302/6 302/8 302/12 302/16
**him** [8] 309/10 314/2 314/7 314/10 317/1 317/12 354/18 369/22
**hired** [1] 360/23
**his** [10] 314/25 315/1 315/13 315/14 354/18 368/13 379/18 387/7 387/16 394/20
**Honor** [36] 304/9 306/19 307/14 311/12 322/9 332/7 335/7 336/1 336/6 337/24 357/4 357/23 358/14 360/1 366/21 366/23 367/4 367/17 367/23 368/1 368/6 368/19 368/24 369/9 369/20 376/16 377/8 379/10 389/11 390/6 391/7 392/21 392/25 394/18 394/25 395/4
**HONORABLE** [1] 300/3
**hospital** [15] 309/2 321/9 321/11 323/19 330/18 330/18 332/19 349/3 355/25 362/20 362/21 381/13 389/8 389/20 391/20
**hospitals** [1] 321/6
**hour** [2] 356/11 394/16
**hours** [2] 357/21 358/1
**house** [1] 310/10
**how** [43] 305/25 306/5 314/2 316/9 321/1 321/15 321/16 326/2 327/4 327/8 327/13 331/12 338/23 338/24 338/24 339/7 339/7

## H

**how... [26]** 339/15 340/8 342/16 345/22 345/22 346/13 347/4 348/2 348/13 349/22 359/20 363/11 370/23 372/20 372/23 374/9 374/22 375/13 382/22 385/1 385/8 385/15 390/18 391/4 393/3 393/10
**however [4]** 312/24 315/22 357/9 371/11
**huge [1]** 348/10
**human [1]** 381/11
**hypothetical [4]** 377/4 388/8 388/11 388/15
**hypothetically [4]** 365/11 365/21 366/5 389/7

## I

**I'd [6]** 311/12 342/25 371/14 375/8 385/9 388/18
**I'll [1]** 357/1
**I'm [33]** 304/17 305/1 305/4 311/15 317/3 317/19 319/13 323/20 327/15 327/15 332/25 336/18 338/9 360/5 361/16 362/17 362/20 363/1 363/11 364/1 364/8 364/12 366/8 368/12 369/18 373/6 373/6 374/7 381/18 386/17 387/25 388/8 394/2
**I've [20]** 338/10 339/18 339/19 340/3 340/10 340/12 340/14 340/16 346/3 346/4 346/8 356/16 357/11 358/4 358/23 364/6 364/12 364/16 368/14 371/22
**I-s-a-a-c-s-o-n [1]** 337/22
**ICU [1]** 382/1
**ideas [1]** 371/3
**identified [6]** 334/12 335/11 335/13 346/20 353/5 359/21
**IFTNA [1]** 320/8
**ignore [1]** 321/20
**II [1]** 300/18
**IL [1]** 301/8
**illness [1]** 390/24
**imagine [2]** 328/20 374/17
**impact [2]** 320/24 358/19
**impacting [1]** 335/3
**implies [1]** 366/9
**imply [1]** 387/18
**important [1]** 387/19
**impressed [2]** 309/9 316/9
**improve [1]** 338/23
**in-house [1]** 310/10
**in-use [1]** 381/10
**inappropriately [1]** 348/15
**INC [8]** 300/5 300/8 300/11 300/14 301/3 301/12 301/22 301/24
**include [2]** 312/24 384/2
**included [1]** 339/1
**including [4]** 318/4 350/20 379/5 392/4
**income [1]** 322/18
**increasing [1]** 327/17

**indicate [1]** 353/10
**indicated [1]** 322/22
**indicating [1]** 369/16
**indirect [1]** 339/21
**individuals [1]** 332/11
**industry [1]** 373/4
**infection [2]** 387/20 391/20
**infections [1]** 387/17
**inflate [1]** 358/24
**influence [3]** 362/19 362/23 375/18
**influencer [1]** 362/16
**influencing [1]** 362/15
**information [17]** 304/20 304/22 306/16 309/19 309/23 312/24 313/15 318/9 319/1 325/2 329/10 330/13 331/12 331/13 332/16 338/22 378/1
**informed [3]** 316/7 317/1 317/8
**ingredient [5]** 316/14 316/14 316/15 316/17 319/17
**inherent [1]** 360/9
**inhibits [1]** 333/14
**initial [1]** 337/22
**initially [4]** 322/16 329/25 333/4 344/21
**inquire [1]** 337/23
**inquired [1]** 314/24
**instance [1]** 374/18
**instances [2]** 329/7 362/21
**instead [4]** 323/23 345/18 345/21 362/1
**instruct [1]** 368/12
**Insurance [2]** 339/1 339/2
**integrity [1]** 345/20
**intended [5]** 347/23 354/13 354/18 355/2 386/23
**intensive [1]** 381/12
**intent [1]** 319/11
**interacting [1]** 347/14
**interaction [2]** 322/22 345/4
**interest [1]** 345/15
**interesting [1]** 309/8
**international [3]** 340/10 340/12 373/25
**internet [1]** 378/8
**interpret [1]** 351/9
**interpretation [1]** 365/6
**interrupt [1]** 356/8
**interruptions [1]** 370/15
**interview [5]** 349/11 349/13 356/7 359/1 361/19
**interviewed [3]** 348/16 349/12 359/25
**interviews [3]** 361/15 361/17 361/18
**introduce [2]** 309/6 370/6
**introduced [2]** 318/21 326/9
**introduction [1]** 309/17
**invasive [1]** 385/9
**invest [4]** 312/7 312/11 313/19 319/24
**invested [1]** 313/23
**investing [5]** 308/22 309/13

314/8 314/20 314/10
**investment [4]** 312/13 316/18 317/9 319/21
**invite [2]** 375/2 375/4
**invited [1]** 316/20
**involve [2]** 340/14 340/19
**involved [8]** 339/20 340/6 340/11 343/20 345/13 346/1 346/4 363/13
**involves [2]** 348/19 348/19
**involving [5]** 340/4 340/12 340/15 341/6 342/17
**ion [1]** 319/22
**Irvine [1]** 301/5
**is [172]**
**ISAACSON [16]** 302/15 337/5 337/5 337/21 338/1 338/6 341/18 358/16 360/18 360/23 363/2 363/15 364/2 364/18 365/11 366/18
**isn't [4]** 364/11 364/20 364/24 366/7
**issue [6]** 315/11 315/12 321/13 328/21 349/19
**issues [6]** 315/20 315/21 335/12 342/16 357/13 360/9
**it [204]**
**it's [47]** 305/20 321/22 323/13 329/14 337/2 339/24 340/8 340/9 345/13 346/9 346/11 346/18 348/2 350/14 350/19 351/19 355/6 355/15 356/14 359/2 359/23 359/23 360/6 360/6 360/23 361/2 363/7 368/8 369/7 369/9 374/15 375/22 377/6 379/19 381/2 383/16 385/16 386/9 386/14 386/23 386/23 387/15 389/13 392/11 393/24 395/1 395/2
**item [8]** 350/19 353/16 353/22 353/22 354/4 354/5 354/18 350/20 354/13 354/15 354/20 354/21 354/22 379/6
**items [11]** 347/23 347/25 350/18 350/20 354/13 354/15 354/20 354/21 354/22 354/22 379/6
**its [13]** 313/6 318/11 352/22 362/22 363/6 365/6 376/8 379/5 380/4 381/15 381/19 386/18 389/7
**itself [7]** 343/12 344/3 345/14 345/25 347/22 351/20 386/9

## J

**Jaanuu [1]** 333/25
**JOHN [5]** 302/10 367/5 367/15 370/1 370/8
**join [3]** 374/23 374/25 375/6
**joined [1]** 375/8
**Jose [1]** 301/14
**journal [5]** 341/11 341/11 341/12 391/22 391/25
**journals [1]** 341/11
**JUDGE [1]** 300/3
**Judicial [1]** 396/10

**jurors [2]** 356/22 394/6
**jury [31]** 300/17 302/21 302/22 304/4 304/6 304/6 350/23 352/9 353/7 356/15 356/18 356/20 358/9 358/11 358/12 364/18 364/22 365/23 365/25 366/11 366/17 370/7 371/8 371/12 374/13 377/6 378/3 381/23 393/25 394/3 394/5
**jury's [1]** 389/15
**just [40]** 305/5 306/19 310/16 310/25 311/21 311/22 312/1 315/5 315/9 316/14 319/16 322/14 331/20 332/10 335/2 335/7 335/11 342/2 352/1 352/12 352/23 353/14 353/18 353/18 357/19 358/4 360/7 361/22 368/16 369/4 370/14 371/14 374/6 375/6 375/8 388/1 389/5 390/23 391/13 393/13
**Justice [1]** 340/15

## K

**Karel [1]** 331/11
**Karman [1]** 301/4
**keep [2]** 322/14 393/21
**Kevin [2]** 310/7 311/23
**key [1]** 344/19
**kill [2]** 308/5 385/21
**killed [5]** 385/17 386/3 386/4 386/9 392/11
**kills [1]** 321/11
**kind [7]** 314/20 321/21 328/18 330/20 352/19 381/24 384/3
**kinds [9]** 320/16 321/18 346/7 352/4 358/23 358/24 360/8 374/5 376/5
**KLAUSNER [1]** 300/3
**knew [1]** 317/1
**know [66]** 309/5 309/8 309/9 309/17 309/20 309/25 313/12 313/13 314/11 315/2 315/5 315/9 315/22 320/17 321/10 321/22 323/16 323/16 323/17 324/4 324/11 324/20 325/17 327/5 327/19 329/14 330/11 330/14 330/21 331/18 332/18 332/22 332/22 332/25 333/13 333/16 333/18 334/11 334/11 335/2 335/3 335/15 345/8 345/16 345/16 349/5 359/20 363/11 363/13 363/22 363/24 364/5 364/17 365/13 382/18 385/1 385/8 386/15 386/18 386/21 388/11 391/19 391/24 392/5 392/9 392/16
**knowledge [6]** 316/10 346/12 380/8 380/13 385/13 388/19
**known [2]** 318/23 383/8

**L**

laboratories [3]  372/5 372/9 372/10
ladies [7]  337/6 365/22 365/25 374/13 378/3 381/22 393/16
language [2]  362/5 362/6
largest [3]  309/2 334/24 374/15
last [8]  317/19 333/17 337/20 339/24 356/11 367/14 367/15 376/17
late [3]  318/21 326/9 326/11
later [1]  332/4
Laughter [1]  379/24
launching [2]  328/16 329/2
law [5]  301/4 301/7 301/13 301/17 301/17
lawsuit [1]  322/2
layer [1]  353/17
leading [10]  347/17 350/5 350/12 350/21 350/24 351/20 352/9 352/10 352/18 359/2
lean [1]  374/6
learn [1]  332/17
learned [3]  330/2 332/18 333/13
least [1]  343/8 372/11
leave [3]  356/16 356/16 394/1
leaves [1]  354/21
left [5]  316/1 356/22 357/20 368/21 394/7
leg [1]  382/6
legal [1]  330/6
let [9]  312/18 316/25 322/16 328/13 329/17 356/8 356/11 357/11 368/16
let's [13]  311/21 311/22 312/15 315/5 324/15 348/4 349/2 350/22 352/12 355/17 355/23 370/18 380/15
letter [4]  378/16 378/18 378/19 378/20
letters [1]  353/24
level [1]  371/21
levels [1]  355/15
leveraged [1]  320/5
license [3]  316/16 320/12 320/20
LifeThreads [1]  334/1
like [26]  309/25 311/12 315/8 316/14 317/16 334/1 339/1 340/4 341/7 342/25 344/11 346/4 346/9 346/13 347/4 348/22 349/16 351/8 351/15 358/25 362/6 369/16 371/14 375/9 388/1 388/18
likely [8]  328/10 329/6 348/20 349/8 349/21 351/24 352/18 360/9
limine [4]  368/1 368/7 379/11 381/2
limitations [3]  330/6 330/6 333/12
limited [2]  369/8 369/9

line [1]  390/7
list [6]  332/22 353/21 353/22 354/16 354/24 387/27
listed [1]  353/10 379/7
litany [1]  380/16
literal [1]  380/20
literally [2]  321/15 389/10
litigation [6]  341/7 341/16 345/14 361/3 363/2 376/3
little [6]  339/18 346/22 357/21 358/1 374/7 394/2
live [3]  321/20 393/5 394/19
LLC [1]  373/6
locally [1]  339/2
logistical [1]  337/9
long [11]  316/11 322/15 351/4 351/4 351/12 351/13 351/13 351/23 352/20 352/20 374/9
long-sleeved [1]  351/4
longer [4]  323/22 333/17 342/11 357/8
look [21]  311/21 319/11 319/14 342/8 342/20 342/21 344/10 345/21 348/12 350/10 350/25 351/17 352/8 352/15 353/4 353/16 353/20 353/22 354/22 359/24 378/8
looked [1]  347/4
looking [10]  309/16 310/25 316/11 317/12 319/17 321/10 344/21 377/23 382/21 382/24
looks [1]  351/8
loose [1]  356/11
LOS [3]  300/19 300/24 304/1
lose [1]  323/12
loss [2]  322/18 322/19
lost [4]  323/2 323/5 323/7 326/16
lot [6]  320/13 330/14 352/20 358/17 370/15 372/22
lots [1]  322/1
lower [1]  317/13
lowest [1]  314/15
lump [2]  347/9 347/9

**M**

M-i-t-c-h-e-l-l [1]  367/16
made [19]  318/23 323/19 324/4 325/7 328/3 330/7 330/15 332/18 334/24 349/20 355/4 357/5 357/8 369/18 376/13 377/7 378/5 380/4 381/15
mail [15]  307/4 307/22 308/4 310/4 311/9 311/21 311/22 334/10 335/11 335/13 335/14 335/15 335/17 335/18 335/19
mails [2]  310/16 332/23
maintained [1]  378/10
major [1]  385/9
majority [2]  312/4 372/24
make [37]  307/11 309/16 312/1 312/13 313/12 313/12

list/13 318/14 313/19
314/15 315/7 315/15 320/23
321/17 321/21 321/23 324/9
330/13 330/24 334/21 339/5
344/12 344/13 349/17 356/1
357/1 357/14 357/19 358/4
360/10 360/10 362/18 364/8
368/16 380/16 386/9 387/16
makers [3]  323/21 324/2 324/2
makes [2]  331/18 348/9
making [24]  310/14 315/17 316/18 319/21 321/6 322/18 323/17 324/12 325/3 330/11 330/12 330/17 330/18 333/5 334/6 334/13 334/13 334/17 334/25 335/1 355/19 355/21 355/23 356/4
manage [2]  345/19 346/13
managed [1]  345/23
manufacturing [1]  317/14
many [21]  325/18 325/22 326/16 351/9 351/14 351/18 351/19 351/25 352/4 361/24 372/20 372/23 375/14 382/22 384/25 385/1 385/2 385/2 385/8 393/3 393/10
March [4]  329/21 331/1 347/2 347/12
MARKED [1]  303/2
market [10]  305/11 306/4 309/7 309/8 314/12 314/22 316/10 320/15 325/14 325/24
marketing [23]  307/9 323/15 326/17 328/19 330/1 330/1 333/2 333/4 333/8 334/18 334/20 338/9 338/20 341/2 341/4 341/12 341/13 341/17 344/7 370/17 370/17 371/3 376/12
marketplace [6]  321/3 347/14 348/20 349/17 349/25 350/3
markets [1]  315/24
master's [1]  340/23
material [6]  312/19 312/23 318/4 333/8 334/21 350/1
materiality [2]  349/15 349/25
materials [26]  325/2 325/5 330/1 332/24 333/3 333/4 334/10 334/11 334/12 335/1 342/24 343/11 343/17 343/24 344/7 344/22 344/23 346/20 353/24 353/25 354/3 354/5 354/7 373/24 377/23 379/4
math [1]  327/15
Mathers [1]  378/24
matter [20]  316/8 339/13 341/7 342/5 342/15 342/21 343/10 343/19 343/20 343/24 344/11 345/11 345/14 345/15 345/18 348/22 356/14 360/21 393/24 396/8

matters [12]  340/4 340/13 340/13 340/19 341/4 341/5 341/6 345/12 345/12 345/23 349/17 349/24
may [22]  304/7 306/20 307/14 329/15 329/19 332/21 335/24 337/18 337/19 337/23 345/4 349/3 349/4 349/4 349/5 349/5 358/12 366/24 367/13 367/25 369/2 392/22
maybe [4]  327/14 351/18 351/23 351/23
MBA [1]  340/23
me [27]  307/13 310/11 312/18 316/20 316/25 322/16 327/1 328/1 328/13 329/15 329/17 332/2 339/15 339/21 356/8 357/11 361/20 367/21 368/16 370/17 372/25 374/16 375/2 375/4 377/1 383/3 387/22
mean [17]  315/4 325/19 328/2 329/6 331/9 331/20 339/8 352/6 352/24 359/6 365/13 368/10 371/1 386/2 386/6 387/10 387/13
meaning [3]  342/6 342/7 360/7
means [8]  337/7 353/1 371/2 381/10 386/3 386/9 386/24 387/11
measure [7]  344/6 349/17 352/25 354/24 361/9 361/11 363/7
measured [3]  349/24 361/25 361/25
measures [9]  349/14 350/1 354/20 354/22 358/24 359/4 359/5 360/10 363/4
medical [15]  348/3 348/21 348/24 348/25 349/1 349/2 349/3 351/4 351/9 351/24 352/4 352/19 362/22 370/13 370/13
medicine [2]  348/5 348/6
MediThreads [3]  316/13 316/17 319/18
meet [4]  309/10 323/21 324/2 324/16
meeting [2]  324/20 325/10
meetings [1]  316/9
member [5]  329/4 373/6 374/12 374/20 374/22
members [5]  304/6 310/8 358/11 375/16 376/4
mentioned [13]  315/24 326/20 332/10 333/2 334/4 343/13 345/24 379/6 384/17 388/7 392/2 394/22 394/24
mentioning [1]  346/11
Mesa [1]  301/19
message [2]  306/1 353/2
met [4]  309/9 316/8 323/18 387/12
metabolically [1]  386/10
methicillin [2]  383/7 383/21

## M

methicillin-resistant [2] 383/7 383/21
methods [8] 361/21 363/7 366/1 366/1 374/4 374/15 374/16 376/5
methods-developing [1] 374/15
MICHAEL [2] 302/4 304/10
Michelman [2] 301/3 301/7
Micro [1] 317/2
Microban [1] 316/17
Microban's [1] 316/21
microbe [1] 307/23
microbiologist [3] 370/9 380/9 382/19
microbiology [1] 370/13
microphone [1] 374/7
middle [4] 305/10 311/23 312/18 337/22
might [10] 313/12 313/13 313/14 325/20 325/21 331/14 349/9 357/7 362/18 362/19
MIKE [1] 301/22
million [6] 319/24 326/22 326/24 327/16 327/18 327/21
mills [1] 315/18
mind [2] 318/13 381/22
mine [1] 378/21
minute [1] 371/14
minutes [3] 357/21 358/1 358/6
misleading [10] 328/4 329/9 329/19 344/7 349/10 352/7 353/1 353/5 359/6 363/3
misled [1] 348/19
Missoula [1] 371/19
misstate [1] 329/18
MITCHELL [35] 302/10 367/5 367/15 370/1 370/6 370/8 370/12 370/20 371/8 372/8 373/1 373/20 374/20 376/3 376/7 376/20 376/25 377/12 378/16 378/18 378/19 378/22 379/15 379/23 380/3 381/17 382/24 383/15 384/24 387/6 387/21 389/18 389/22 390/11 391/12
MMR [4] 338/10 338/13 339/24 339/24
MMRI [1] 339/16
Mobley [5] 307/5 307/8 307/11 307/23 308/4
Mona [1] 301/4
money [1] 315/7
Montana [4] 371/19 371/22 371/23 372/5
moot [1] 342/12
more [26] 314/21 314/21 315/1 315/2 317/13 327/3 328/23 330/5 330/20 339/18 348/1 348/20 349/8 349/21 354/3 354/11 354/16 354/16 358/1 358/16 366/7 366/10

375/1 380/17 386/9 394/18 393/18 394/6
morning [5] 355/8 357/20 393/18 394/10 394/19
most [4] 316/9 320/13 325/18 363/4
mostly [1] 315/17
motion [9] 336/15 336/16 368/1 368/7 368/23 379/11 381/2 394/20 394/23
move [4] 306/20 307/14 311/12 376/16
moved [2] 311/3 372/10
moving [2] 319/23 393/21
MR [5] 302/11 302/17 307/23 307/23 312/2
Mr. [40] 304/16 304/21 304/24 305/10 307/11 307/12 308/4 308/4 308/9 309/9 309/20 310/12 310/13 313/15 313/24 314/5 314/24 315/12 315/22 316/3 316/7 317/8 319/11 320/22 322/12 332/10 335/11 342/21 343/13 343/15 343/22 344/18 345/19 347/23 354/12 354/25 355/7 360/24 364/4 364/6
Mr. Favret [20] 304/21 304/24 305/10 307/12 308/4 308/9 309/9 309/20 310/12 310/13 313/15 313/24 314/5 314/24 315/12 315/22 316/3 316/7 317/8 319/11
Mr. Mobley [2] 307/11 308/4
Mr. Roth [9] 342/21 343/22 344/18 345/19 347/23 354/12 354/25 355/7 360/24
Mr. Roth's [4] 343/13 343/15 364/4 364/6
Mr. Singer [5] 304/16 320/22 322/12 332/10 335/11
MRSA [8] 383/8 383/8 383/12 383/20 384/6 384/23 385/4 392/12
MS [6] 302/5 302/6 302/7 302/8 302/12 302/16
Ms. [2] 343/22 345/5
Ms. Renata [1] 343/22
Ms. Ritcheson [1] 345/5
much [9] 314/16 315/3 316/10 331/23 358/7 360/14 366/25 392/18 392/23
multiple [10] 314/4 314/4 315/17 315/19 320/5 321/2 329/7 343/7 343/9 375/19
must [2] 352/5 371/4
my [24] 317/7 324/1 324/24 337/21 339/21 341/23 342/10 342/11 344/18 359/19 360/8 360/20 364/1 367/15 368/19 370/8 373/5 373/9 374/18 375/15 376/12 377/15 381/17 387/25
mycology [1] 370/13

## N

NAD [1] 340/7
name [12] 320/16 333/24 337/19 337/20 337/21 338/10 360/20 367/14 367/14 367/15 367/15 370/8
named [1] 331/11
names [2] 324/13 331/10
Nanotex [2] 320/9 320/14 320/20
Nash [1] 301/16
National [1] 340/7
nature [1] 359/7
necessarily [2] 359/6 378/6
need [5] 309/23 367/6 375/1 375/4 388/22
needed [3] 315/18 320/4 342/11
needs [2] 315/7 387/2
negative [2] 383/4 384/1
negotiations [1] 314/4
never [10] 313/23 319/10 322/4 322/6 336/13 336/15 336/16 346/3 346/4 346/8
new [2] 308/24 308/25
next [13] 307/2 310/15 334/23 335/25 350/20 367/2 376/25 381/5 382/18 382/19 387/25 389/13 392/24
NIRENBERG [2] 300/23 396/17
no [68] 300/7 311/14 311/16 312/9 314/5 317/3 318/10 319/2 319/6 320/20 321/17 323/6 323/22 324/3 324/19 325/5 325/8 325/13 326/1 326/3 326/5 326/9 326/23 328/25 331/3 332/2 333/9 334/8 335/23 342/11 347/24 348/8 349/23 357/8 357/8 360/7 360/13 363/21 363/23 363/24 366/16 366/17 366/23 369/9 373/13 373/16 375/3 375/5 375/12 375/12 378/21 382/13 383/2 384/8 384/12 384/16 385/2 385/7 389/21 389/25 390/5 390/17 390/20 390/22 390/25 391/6 392/21 396/17
non [2] 325/18 325/19
non-treated [2] 325/18 325/19
nonconfidential [3] 313/5 313/9 313/11
None [1] 333/9
normally [5] 337/8 344/11 346/19 348/1 349/16
North [3] 301/14 315/16 316/21
Northwestern [1] 340/23
not [116]
nothing [11] 322/7 335/5 337/16 347/4 353/23 354/5 354/10 366/20 367/11 371/13 391/8
notice [2] 318/25 352/1
November [2] 309/25

318/18
now [12] 307/22 314/21 326/15 337/7 337/15 350/17 357/19 359/9 359/20 364/2 367/10 393/2
number [17] 306/21 310/24 326/21 327/20 336/12 340/16 344/9 350/23 352/8 353/4 353/13 354/12 355/15 367/6 368/8 384/19 392/2
numbers [2] 305/5 305/5 348/10
nurses [1] 315/10

## O

o'clock [1] 394/10
object [5] 359/9 359/12 359/13 359/17 390/6
objection [13] 311/14 311/16 336/19 356/23 359/15 360/1 369/14 375/20 376/16 379/10 389/11 391/1 393/2
objections [7] 336/12 336/14 357/4 357/6 357/8 357/10 357/18
objective [1] 346/14
obtain [1] 361/21
obtaining [1] 316/5
obviously [3] 351/3 351/5 386/4
occasion [3] 341/21 342/14 342/15
occasions [2] 341/23 341/24
occupation [1] 338/8
occurs [1] 341/13
October [4] 307/4 307/12 318/21 326/14
odor [2] 333/11 333/16
off [1] 382/16
offered [6] 364/3 364/6 364/10 364/12 364/14 364/16
officer [1] 372/12
Official [2] 300/23 396/18
oftentimes [1] 362/21
Ogletree [1] 301/16
Oh [3] 332/2 368/14 368/15
okay [71] 304/5 304/20 305/7 305/9 305/15 307/3 309/22 310/3 310/6 310/15 310/20 310/23 312/10 312/15 312/17 313/18 316/23 317/5 317/18 317/25 320/10 322/8 324/1 324/25 326/24 327/15 327/22 328/3 329/17 332/16 335/6 335/15 335/24 336/4 336/5 336/22 337/6 337/12 337/23 339/14 340/1 346/10 354/12 356/8 356/21 357/25 358/4 358/10 367/2 367/24 368/16 368/18 369/1 369/6 369/21 369/24 369/24 370/11 370/18 377/10 388/10 391/9 392/20 392/22 392/24 393/3 393/7

**Q**

okay... [4] 393/16 394/6 394/12 394/15
Oklahoma [1] 371/17
once [4] 346/3 375/8 381/25 386/24
one [63] 310/7 310/8 310/10 315/11 315/15 315/25 316/13 316/20 317/8 320/6 320/7 320/7 321/17 322/17 322/17 326/15 328/3 334/24 335/7 336/1 338/18 338/19 340/5 341/11 342/3 342/4 342/6 342/8 343/8 345/24 346/20 348/5 348/6 349/16 350/22 352/1 352/12 353/5 361/5 363/2 363/4 363/7 363/12 363/13 374/15 374/22 375/11 375/16 375/17 377/2 382/6 382/22 383/10 385/21 388/3 388/3 391/15 392/16 393/5 393/14 393/14 394/18 394/22
ones [1] 378/6
ongoing [1] 314/3
online [2] 359/16 359/17
only [20] 314/7 315/14 333/13 334/23 335/2 351/1 352/12 353/9 357/4 358/16 364/10 364/12 366/9 369/7 372/6 373/6 373/6 375/16 385/6 389/16
oOo [1] 395/6
open [3] 316/1 320/4 363/16
open-ended [1] 363/16
opening [1] 315/24
operating [1] 347/4
opinion [6] 343/25 344/2 347/20 360/8 364/19 364/23
opinions [13] 342/23 342/23 356/14 360/24 364/23 371/7 376/20 377/19 377/24 378/2 379/18 380/19 393/24
opportunities [2] 309/12 317/13
opportunity [5] 317/9 324/16 324/16 356/25 357/16
oppose [2] 357/1 357/17
opposed [2] 305/5 332/12
opposite [2] 344/17 346/18
opposition [3] 357/1 357/16 357/18
options [2] 317/13 317/14
order [11] 314/20 336/2 336/7 337/7 353/25 367/18 368/20 374/25 385/17 386/11 387/12
organization [2] 372/11 380/10
organizations [4] 362/17 373/21 373/23 374/15
organized [1] 349/23
originally [1] 346/25
other [49] 307/10 308/5 312/25 315/12 315/20 316/4 316/12 317/12 319/14

321/25 321/25 324/20 325/9 331/22 333/21 333/2 339/8 335/21 336/23 339/3 343/11 350/20 352/1 352/3 353/20 354/19 354/21 354/24 356/25 357/13 357/16 361/21 361/22 361/25 366/2 378/5 382/8 382/22 384/6 384/23 384/23 385/2 385/24 388/14 389/5 390/1 390/12 392/2 392/19
others [2] 308/19 361/5
our [22] 307/9 308/24 308/25 310/9 313/6 314/19 315/7 318/1 320/1 321/8 321/11 321/14 328/17 329/3 329/22 329/25 334/24 335/3 335/3 338/25 356/11 372/25
ourself [1] 321/21
ourselves [1] 321/19
out [19] 318/11 318/20 318/24 325/14 326/13 332/23 336/2 336/7 337/7 348/10 356/18 357/11 357/17 367/18 368/20 372/24 392/14 394/3 395/2
outside [8] 302/21 302/22 315/10 356/19 375/20 375/21 375/22 394/4
over [10] 330/10 330/11 330/23 338/25 339/24 343/21 372/9 381/24 382/2 394/8
overruled [6] 376/18 379/12 379/12 379/13 390/8 391/2
oversaw [1] 376/4
own [10] 320/18 324/9 352/22 359/18 359/19 359/20 360/5 365/7 377/16 377/19
owned [3] 309/1 312/3 320/20
owner [1] 312/4
ownership [1] 345/8
owns [1] 320/11

**P**

P.M [8] 300/21 304/2 304/4 356/18 358/8 358/9 394/3 395/5
Pacific [1] 371/23
packages [2] 339/6 339/10
packet [1] 304/20
page [20] 302/3 305/1 305/4 305/5 305/8 305/15 308/3 312/19 317/16 317/20 346/25 347/2 347/3 347/4 347/5 347/6 347/7 350/10 350/20 396/9
pages [3] 300/18 343/9 347/10
paid [2] 315/3 375/11
PAISAN [1] 301/17
pants [3] 351/4 351/13 352/20
papers [3] 378/4 378/5 388/4

paragraph [2] 305/10 317/20
parameters [1] 305/22
parasitology [1] 370/13
pardon [1] 378/17
parent [3] 355/12 356/5 356/7
parents [2] 355/20 355/20
Park [1] 301/18
part [11] 312/10 319/9 324/11 325/9 328/15 340/7 346/21 346/24 368/1 368/2 368/2
partially [1] 312/3
participate [2] 372/21 375/1
participated [3] 373/20 375/15 382/11
particular [4] 315/1 341/6 352/24 377/6
parties [1] 342/7
partly [3] 323/13 359/23 359/23
partner [11] 308/23 308/25 309/1 309/17 316/14 316/15 316/15 316/17 319/19 319/20 331/21
partnering [1] 316/4
partners [25] 300/5 300/14 301/3 301/22 309/8 310/11 312/3 312/4 312/7 312/11 312/12 313/19 318/11 319/9 319/14 319/17 320/11 320/18 320/24 321/9 322/5 332/11 332/13 334/7 360/21
Partners' [1] 357/5
parts [1] 359/9
party [2] 342/10 363/3
party's [1] 363/3
past [3] 332/15 338/11 361/3
patent [5] 320/11 320/18 320/20 342/15 342/17
pathogen [1] 386/13
pathogenic [1] 386/14
pathogens [6] 321/12 385/4 385/6 385/9 385/9 391/5
patients [4] 321/12 383/24 390/3 390/24
Paul [1] 310/10
pay [5] 306/9 306/9 315/10 374/24 375/6
paying [1] 314/19
peer [3] 341/10 391/25 392/13
peer-reviewed [1] 392/13
pending [2] 317/3 394/20
people [38] 306/9 309/3 313/12 323/24 323/25 324/14 329/8 331/8 332/14 346/6 346/7 346/24 347/3 347/8 347/13 348/5 348/6 348/16 348/19 348/23 348/24 348/25 349/13 349/21 350/19 351/9 351/14 351/18 351/19 351/22 352/4 352/18 353/25 354/8 354/11 359/2 362/12 392/11

per [4] 389/8
percent [21] 309/5 319/25 317/20 321/11 327/3 327/6 327/10 327/14 327/17 354/3 354/11 354/23 354/24 389/8 389/19 390/13 390/14 390/15 390/15 390/16 390/18 390/19
perception [2] 361/6 361/22
performance [4] 305/22 306/10 307/25 308/6
period [4] 310/16 330/8 382/2 386/4
permitted [1] 389/13
personally [2] 325/20 325/21
personnel [1] 381/25
Ph.D [1] 371/18
philosophies [1] 314/12
phone [3] 331/2 331/3 334/8
phrased [5] 347/18 351/11 353/3 359/24 366/8
pick [3] 331/1 331/3 334/8
place [5] 309/21 328/18 382/2 384/6 387/6
placebo [1] 348/2
placed [1] 367/18
places [1] 382/9
plaintiff [5] 300/6 301/3 357/20 367/3 367/5
plaintiff's [2] 302/3 393/4
PLAINTIFF/COUNTER-DEFENDANT [1] 301/3
plan [1] 306/1
planned [1] 320/1
plausible [1] 363/1
PLAx [1] 300/7
play [1] 376/3
played [1] 393/14
pleasant [1] 394/1
please [17] 310/23 337/13 337/19 338/8 340/21 346/22 350/10 350/22 352/8 353/4 353/10 367/7 367/8 367/13 370/6 371/16 378/1
Plus [3] 318/12 326/13 333/3
pocket [1] 382/6
pockets [2] 352/21 382/7
point [11] 308/12 309/13 309/19 313/18 313/18 318/23 330/4 330/12 330/13 352/1 379/12
points [2] 314/3 357/15
polyester [3] 390/13 390/15 390/18
Polyguard [1] 319/22
poor [2] 355/15 356/3
portion [1] 392/25
portions [1] 336/20
position [6] 321/19 345/6 345/9 345/19 348/23 349/8
positions [1] 371/22
possession [2] 318/5 318/5
possibilities [2] 308/18 316/2
possibility [1] 308/18

**P**

possible [2] 314/14 314/15
possibly [2] 308/21 316/4
poster [2] 378/24 379/1
posters [1] 390/12
potential [2] 308/21 309/8 319/14 331/19 331/21
potentially [1] 328/15
power [1] 375/18
practice [3] 338/19 338/20 338/25
practices [1] 359/6
Predicting [1] 306/4
prepare [2] 344/23 372/14
prepared [1] 375/23
preparing [2] 333/2 333/4
presence [4] 302/21 302/22 356/19 394/4
present [1] 301/22
presentation [5] 330/17 330/18 332/19 343/14 343/15
presentations [5] 313/14 321/5 323/15 330/15 334/25
presented [1] 335/20
presently [1] 341/8
president [2] 338/9 338/11
press [1] 313/12
pretty [4] 316/8 316/12 327/9 370/10
prevent [2] 371/11 385/24
prevents [1] 386/24
previous [1] 308/24
previously [2] 304/11 341/20 373/14
price [5] 314/15 314/19 314/25 315/2 315/8
primarily [4] 324/8 338/15 338/18 350/14
primary [2] 373/9 381/14
principles [2] 344/15 345/7
prior [9] 306/17 308/9 308/20 313/6 313/16 322/2 322/23 328/16 339/23
private [8] 308/23 308/24 308/25 309/17 310/8 310/10 312/2 312/12
probably [6] 327/3 327/9 327/11 328/16 362/7 385/10
problem [3] 305/12 349/22 353/18
problems [4] 353/13 353/14 353/20 377/2
procedures [1] 344/14
proceed [3] 313/24 317/21 319/13
proceedings [3] 302/20 335/20 396/8
process [18] 309/11 315/13 315/18 325/10 328/18 329/23 334/4 344/10 344/17 344/19 344/20 345/10 345/20 345/21 346/13 347/6 355/3 369/13
produced [1] 335/18
produces [2] 341/12 341/15
product [22] 306/1 314/14

products [11] 314/22 314/23 318/12 320/15 320/15 323/19 324/18 333/3 338/23 372/18 372/20
profession [1] 361/5
professional [2] 363/15 373/21
profit [1] 314/15
programming [1] 344/25
promptly [2] 317/22 317/25
pronounced [1] 383/8
properly [2] 344/13 355/5
properties [1] 351/7
proposed [1] 317/21
proprietary [1] 315/13
protect [2] 390/3 390/24
protected [1] 352/14
protecting [1] 391/4
protection [11] 351/2 351/6 351/10 351/14 351/25 352/2 352/6 352/19 352/21 353/17 354/2
PROTECTIVE [4] 300/8 300/10 301/12 301/23
protects [2] 321/12 321/12
protocols [2] 372/14 373/8
provide [12] 314/14 342/22 351/1 351/5 351/14 351/24 352/2 352/19 352/21 361/11 372/7 373/8
provided [9] 308/9 318/2 339/12 340/1 340/3 340/10 340/12 363/20 365/17
provides [3] 305/21 352/25 353/16
providing [3] 351/10 352/6 371/12
public [9] 307/9 312/25 313/13 320/23 321/4 332/23 333/5 334/5 334/14
publicly [2] 318/23 333/7
published [6] 333/9 391/17 391/19 391/25 392/7 392/16
pull [1] 374/6
purchase [3] 348/20 348/23 362/16
purchased [1] 355/12
purchasers [1] 349/11
purchases [1] 362/22
purchasing [7] 348/25 349/7 350/2 355/7 362/16 362/18 362/24
purpose [2] 381/17 387/25
pursuant [1] 396/5
pursue [1] 317/8
put [8] 309/20 336/3 337/8 337/11 339/10 356/25 357/3 357/15

**Q**

qualifications [1] 387/7

qualified [4] 345/17 346/24 348/25 359/6
qualifier [1] 333/15
qualify [1] 348/24
quality [1] 372/11
question [52] 317/3 317/7 323/20 324/1 328/11 335/7 336/10 348/10 349/23 350/17 350/18 350/18 350/23 350/25 350/25 351/3 351/14 351/17 351/20 352/5 352/6 352/8 352/17 352/17 352/18 352/21 352/23 352/24 353/3 353/4 353/8 353/13 354/12 361/16 363/11 363/16 363/17 363/19 363/20 363/20 363/24 363/25 364/9 366/8 366/10 370/10 380/15 380/17 381/5 387/25 388/11 389/13
questioning [1] 390/7
questionnaire [1] 344/21
questions [31] 322/14 331/23 332/3 335/23 347/15 347/16 347/18 347/19 350/4 350/11 350/13 350/14 350/15 350/16 358/16 359/2 359/24 360/13 364/2 364/3 365/15 365/16 366/23 381/17 388/9 388/15 388/18 388/22 390/9 391/13 392/19
quickly [1] 311/22
quietly [2] 356/16 394/1

**R**

Raines [1] 324/8
raise [3] 337/13 359/3 367/8
raising [2] 319/4 319/7
range [3] 326/25 327/5 327/18
rather [1] 355/13
rayon [2] 390/16 390/19
read [5] 347/10 351/1 352/5 352/17 330/5 345/11 346/1 346/7
real [1] 330/21
really [7] 314/22 317/7 325/17 330/5 345/11 346/1 346/7
reason [2] 332/12 351/17
reasonable [2] 386/4 388/23
reasons [6] 322/17 337/9 344/9 352/11 352/17 361/5
recall [8] 309/22 324/13 326/20 326/21 327/25 331/9 331/10 362/13
receive [5] 318/7 318/24 319/3 319/7 348/6
received [4] 304/22 306/16 311/17 332/16
receiving [2] 371/20 371/24
recently [1] 308/25
recess [2] 358/8 395/5
recognize [5] 310/4 310/6 330/5 343/4 377/14
record [7] 304/5 337/20 356/22 358/10 367/14

370/14 394/6
recross [3] 302/8 335/6 335/9
**RECROSS-EXAMINATION** [1] 335/9
redirect [6] 302/7 331/25 332/6 332/8 366/22 392/20
reduce [1] 321/11
reduced [2] 383/20 389/8
reduces [2] 333/14 389/19
reduction [3] 333/14 384/5 387/20
reductions [2] 384/10 384/14
refer [1] 305/4
referring [1] 354/15
reflect [4] 304/5 356/22 358/10 394/6
reflects [1] 359/7
regard [2] 352/2 371/1
regarding [16] 305/11 305/11 309/13 317/9 320/23 322/20 323/19 324/17 324/21 331/12 335/12 361/22 372/20 380/12 380/19 387/16
regardless [2] 351/6 351/7
regards [2] 383/18 387/5
regularly [1] 341/5
regulate [1] 340/8
regulations [3] 330/8 380/13 396/10
regulatory [4] 340/9 371/2 373/6 373/9
relate [2] 370/10 380/14
related [6] 342/16 370/20 378/6 390/7 390/8 390/15
relates [1] 346/11
relating [9] 341/4 341/5 341/6 341/25 342/17 342/22 345/1 346/15 365/2
relations [3] 307/10 321/4 332/24
relationship [1] 328/17
releases [1] 313/13
relevant [5] 370/11 370/20 370/25 373/21 376/3
reliability [3] 344/1 344/2 358/19
reliable [8] 344/6 361/9 361/11 381/19 383/17 388/4 388/14 389/6
reliance [2] 345/24 364/24
relied [1] 325/2
rely [4] 346/7 366/7 366/13 388/18
remaining [1] 392/25
remember [9] 322/20 329/6 329/15 331/14 349/18 356/12 362/5 387/23 393/22
remotely [1] 354/6
removed [2] 347/6 347/7
Renata [5] 331/14 335/16 343/22 345/25 363/9
rendered [1] 386/8
repeatedly [1] 330/12
replies [1] 310/14

**R**

report [11] 342/20 343/13 343/15 343/16 345/2 375/23 376/23 377/15 377/16 377/18 377/21
reported [2] 305/12 396/7
Reporter [3] 300/23 341/15 396/18
REPORTER'S [1] 300/17
reports [3] 341/22 343/23 372/24
represent [1] 360/20
representation [1] 389/9
representative [3] 313/1 318/3 318/5
representatives [1] 313/6
reproduce [4] 386/9 386/12 386/13 387/2
reproducing [2] 385/25 386/24
reputation [1] 320/24
request [3] 318/1 318/7 368/9
require [2] 312/11 312/14
research [16] 305/11 305/18 305/21 323/9 338/9 338/14 338/14 338/16 338/20 339/7 343/16 344/12 344/24 346/2 348/3 370/16
researching [1] 316/5
reserve [1] 369/21
reserving [1] 332/5
resistant [4] 383/6 383/7 383/21 384/3
resource [1] 346/14
resources [1] 346/6
respect [1] 308/6
respective [2] 304/6 358/11
respond [2] 321/16 321/16
respondents [9] 343/18 344/22 348/13 348/13 348/14 354/4 355/5 355/9 365/17
respondents' [1] 365/18
response [2] 352/15 352/24
responses [3] 350/16 363/20 363/24
responsible [2] 344/19 345/14
rest [2] 381/17 387/14
restate [1] 328/13
restaurant [2] 342/5 342/8
restrictions [1] 387/6
result [4] 312/25 326/16 349/12 384/3
results [20] 305/18 305/22 306/5 345/3 359/22 363/6 365/12 365/13 365/14 366/1 366/2 366/6 366/17 366/19 372/23 381/19 385/11 387/18 388/14 390/14
RESUMED [2] 302/5 304/14
retail [5] 314/23 315/6 321/8 322/24 332/14
retailer [4] 315/7 330/16 330/17 330/19
retailers [3] 314/13 321/2

334/24
retain [1] 338/24
retained [3] 340/14 346/16 376/7
retire [2] 356/15 393/25
return [3] 318/1 318/8 318/25
review [18] 324/17 334/20 341/11 343/11 360/24 372/17 376/8 378/12 378/14 378/18 378/24 379/7 379/15 379/23 380/3 383/15 384/9 384/13
reviewed [23] 343/6 343/7 343/13 343/14 343/14 343/17 343/18 343/21 343/24 372/25 377/24 378/2 378/4 378/19 379/1 379/17 379/19 379/19 380/23 381/7 387/22 391/25 392/13
reviewing [4] 342/23 343/23 379/4 380/7
RGK [1] 300/7
right [66] 305/1 305/25 306/1 306/1 306/16 311/21 312/3 314/20 316/25 319/18 319/20 320/11 322/22 323/2 323/7 323/11 323/18 324/9 324/11 324/15 325/1 325/6 325/9 326/15 327/1 327/7 328/22 331/1 331/4 331/12 331/16 331/22 333/5 335/22 336/17 337/1 337/13 340/18 341/8 342/2 342/14 342/19 342/25 343/2 343/11 343/23 344/8 359/18 360/4 360/6 362/25 366/3 366/7 366/24 367/8 369/4 374/2 376/25 384/22 384/24 386/12 391/24 392/2 392/13 392/18 393/21
Ritcheson [5] 331/14 335/16 343/22 345/5 363/10
Robinson [2] 301/3 301/7
rods [2] 383/4 384/2
role [5] 344/12 346/12 376/2 376/11 376/12
rolled [2] 318/11 318/20
rolling [1] 318/24
room [2] 356/15 393/25
Roth [11] 342/21 343/22 344/18 345/19 347/23 350/22 354/12 354/25 355/7 360/24 363/9
Roth's [4] 343/13 343/15 364/4 364/6
roughly [1] 327/3
rolled [3] 381/3 395/1 395/3
rules [6] 329/1 329/23 329/24 331/5 331/15 333/20
ruling [6] 368/7 368/10 368/22 368/25 379/11 394/11
rulings [1] 336/13 381/3
run [2] 315/7 316/1

**S**

safeguard [2] 344/13 346/15
safeguarded [1] 345/10
said [11] 314/5 315/22 324/22 334/8 348/15 357/11 362/7 382/24 383/10 387/8 387/18
sales [9] 313/14 321/5 323/15 326/16 326/19 326/20 327/2 330/15 334/25
salespeople [1] 321/14
same [5] 308/20 352/16 352/17 353/17 384/21
sample [3] 359/12 359/13 384/3
sampled [2] 382/10 383/22
samples [3] 382/5 382/8 382/16
San [1] 301/14
sat [1] 312/5
saw [2] 344/22 347/14
say [21] 315/5 321/9 325/13 327/5 329/23 335/14 346/7 348/4 349/2 352/2 354/7 355/23 360/6 360/6 370/25 379/19 381/10 385/9 386/17 391/15 394/1
says [7] 312/23 317/20 317/25 352/12 353/8 353/22 377/23
scenario [1] 356/7
Schlipp [1] 310/10
Schoeller [1] 316/16
scholarship [2] 341/13 341/15
School [2] 340/24 341/2
science [10] 371/3 371/4 371/5 371/17 371/25 372/12 377/18 380/7 389/16 389/16
scientific [13] 370/16 372/23 373/5 376/8 376/14 376/14 379/4 384/9 384/13 387/22 388/23 390/1 391/22
scientifically [3] 344/16 383/18 388/4
scientists [2] 382/16 384/17
scope [3] 375/20 375/21 375/22
screen [1] 350/17
scrub [6] 333/21 351/9 351/24 382/3 382/22 382/23
scrubs [38] 315/10 320/23 324/5 324/21 325/3 325/18 325/19 325/20 331/18 333/22 348/21 348/24 348/25 349/1 349/2 349/3 349/4 349/5 349/7 349/21 351/4 352/4 352/19 355/9 355/24 355/24 356/2 356/2 362/22 380/5 382/1 382/2 382/6 382/12 382/17 382/17 383/22 383/25
SEAN [1] 301/17
seated [1] 337/18
seats [3] 304/6 356/21 358/11
second [5] 339/4 342/14

342/15 357/19 383/10
secondary [2] 342/6 342/7
secret [1] 369/19
Section [1] 396/5
see [22] 305/13 305/19 305/23 306/2 306/7 306/11 307/6 308/1 308/7 311/24 312/18 312/23 313/3 313/7 325/22 339/14 349/9 350/17 357/13 358/6 377/23 382/20
seems [1] 363/1
seen [5] 346/3 346/8 356/24 358/18 377/12
sees [1] 340/13
select [2] 344/22 352/15
selected [4] 348/13 348/15 354/4 355/9
selecting [2] 349/12 354/11
selection [1] 349/4
self [1] 340/9
self-regulatory [1] 340/9
sell [2] 315/2 315/5
selling [1] 314/13
sells [1] 315/6
Semeltec [1] 392/10
sending [1] 310/11
sense [1] 359/23
sensitive [2] 330/5 330/9
sent [7] 304/21 313/15 334/10 335/11 335/13 335/14 335/15
SEPTEMBER [5] 300/20 304/1 304/21 326/14 396/12
series [2] 314/3 388/8
serve [2] 354/13 354/17
Seth [2] 301/7 360/20
setting [3] 362/20 389/9 389/20
several [8] 318/15 320/5 347/9 364/3 364/3 364/6 364/10 364/12
shall [5] 318/2 337/14 337/15 367/9 367/10
share [2] 366/17 366/19
shared [2] 330/25 365/22
sharing [1] 309/19
Sharon [1] 301/13
she [1] 324/9
she's [1] 345/17
ship [1] 326/9
shipping [1] 318/22
shirt [2] 351/12 382/7
short [1] 316/1
shorts [2] 352/3 352/3
should [9] 315/10 323/17 344/6 346/14 346/19 354/23 360/11 364/19 364/23
show [6] 383/23 383/23 384/1 384/3 384/10 384/14
showed [2] 342/6 383/19
shown [7] 343/18 346/25 347/3 347/8 347/13 354/1 354/3
sic [5] 339/16 341/20 345/5 350/22 383/24
side [2] 356/25 357/16
significant [4] 380/17 384/5

## S

significant... [2] 384/10 384/14
significantly [2] 327/19 383/20
signing [1] 310/14
Silvadur [3] 378/10 386/18 386/21
silver [1] 319/22
silver-ion-based [1] 319/22
similar [10] 325/11 325/20 325/23 327/5 327/9 333/4 348/2 352/10 353/8 353/14
simply [2] 353/1 359/7
since [2] 323/4 339/17
SINGER [8] 301/22 302/4 304/10 304/16 320/22 322/12 332/10 335/11
sir [12] 304/22 306/16 308/10 317/23 321/25 327/12 332/10 336/8 358/3 365/20 366/4 392/23
sit [4] 341/10 341/14 341/16 362/23
situation [2] 375/17 386/7
size [2] 359/12 359/13
skeptical [1] 309/3
skill [2] 380/8 388/19
sleeved [1] 351/4
sleeves [4] 351/12 351/13 351/23 352/20
Smoak [1] 301/16
so [81] 305/8 309/5 309/11 309/16 309/19 310/13 311/21 312/10 314/2 314/7 314/13 314/16 314/24 315/4 315/10 315/20 315/25 316/20 316/24 316/25 317/1 317/7 317/23 319/23 320/5 320/7 320/10 321/8 321/14 321/19 323/25 324/10 324/23 327/20 328/20 328/24 329/17 329/25 330/4 330/8 330/20 331/1 331/19 332/25 333/13 333/19 334/25 336/18 337/16 338/21 342/12 344/20 345/8 345/9 346/8 347/8 347/13 348/22 350/25 352/2 352/10 352/12 352/21 353/8 353/13 353/16 354/21 354/23 356/3 358/25 360/10 361/18 366/17 367/11 369/1 370/14 383/12 386/24 393/20 393/21 394/10
Society [1] 373/24
software [1] 342/18
sold [2] 308/25 314/23
solemnly [2] 337/14 367/9
solution [3] 305/12 305/17 316/19
some [25] 308/12 308/20 308/20 309/3 309/15 309/18 310/16 310/18 313/18 313/18 314/23 323/9 327/16 330/12 336/3 341/25 350/4 350/20 352/19 353/14 357/9

somehow [1] 347/6
someone [5] 331/4 331/20 349/2 362/18 362/19
something [14] 316/1 320/3 320/10 326/25 334/1 352/25 357/14 362/6 362/15 378/12 378/14 378/18 378/24 379/1
sometime [4] 328/16 328/20 357/18 386/5
sometimes [4] 314/21 337/22 361/24 362/17
somewhere [2] 315/15 327/20
sorry [6] 304/17 311/15 317/3 336/18 361/16 386/17
sort [2] 310/15 314/19
sound [1] 326/22
sounds [1] 362/6
South [2] 301/8 315/16
spandex [1] 390/16
speak [2] 316/4 341/5
speaking [1] 341/3
specialties [2] 370/11 370/25
species [1] 385/3
specific [8] 357/8 363/20 370/9 374/18 382/5 383/2 383/21 387/8
specifically [6] 348/1 370/10 372/4 374/4 376/11 378/9
specifications [1] 308/5
speed [1] 306/4
spell [2] 337/20 367/14
spend [1] 371/14
spent [1] 393/1
SPI [4] 323/18 325/4 329/4 386/18
SPI's [1] 386/15
spoke [2] 323/25 332/14
spoken [1] 332/11
sponsored [1] 378/10
staff [1] 362/22
stand [2] 304/7 358/12
standards [1] 380/11
stands [1] 340/25
Staphylococcus [2] 383/8 383/21
start [3] 316/7 328/11 393/20
started [3] 330/4 330/5 349/12
starting [1] 350/19
starts [1] 312/16
state [5] 337/19 340/5 367/13 371/17 371/23
statement [2] 389/22 390/2
statements [4] 329/20 349/20 349/20 387/16
STATES [3] 300/1 396/6 396/10
stenographically [1] 396/7
step [1] 335/24 366/24

stepped [1] 374/11
Steven [1] 363/9
Stewart [1] 301/16
still [6] 304/16 304/18 314/15 327/18 383/16 394/8
Stillwater [1] 371/18
stimuli [2] 362/2 362/8
stimulus [3] 343/17 354/8 358/25
stop [3] 321/24 334/17 389/1
STRATEGIC [21] 300/5 300/14 301/3 301/22 312/3 312/4 312/7 312/11 313/18 318/11 319/9 320/11 320/18 320/24 322/5 324/4 332/11 332/13 334/7 357/5 360/20 strategy [2] 306/13 338/10
Street [2] 300/24 301/14
strict [1] 330/6
strike [2] 304/17 376/17
studies [13] 376/14 376/14 387/22 388/3 388/7 388/14 389/5 390/2 390/12 390/14 390/21 390/23 392/3
study [44] 378/12 378/14 381/7 381/9 381/10 381/10 381/11 381/14 381/14 381/18 381/23 381/24 381/24 382/11 383/16 383/17 383/19 384/5 384/9 384/13 384/18 385/11 387/5 387/8 387/9 387/11 387/12 387/16 387/18 388/1 388/13 389/4 389/9 389/18 389/22 390/1 390/11 390/11 391/16 391/16 391/24 392/4 392/5 392/9
subcommittee [9] 374/3 374/9 374/19 374/23 374/25 375/8 375/15 375/18 376/2
subdisciplines [1] 370/9
subjects [5] 381/11 381/25 382/18
submission [2] 372/7 373/9
submit [1] 376/23
submitted [3] 356/14 366/11 393/24
subsequently [1] 342/11
substance [1] 371/7
subtracting [1] 354/23
successful [1] 314/16
such [5] 313/15 318/2 339/12 346/2 348/8
sued [2] 322/2 322/5
sugary [2] 355/10 356/6
suggested [4] 309/10 309/20 347/19 365/5
suggestive [7] 347/18 350/5 350/12 351/20 352/9 352/10 353/6
suggests [1] 351/21
SUITE [4] 301/4 301/8 301/14 301/18
summarizes [1] 306/13
supervision [1] 339/22

supplier [3] 308/19 308/21 337/21
support [12] 371/4 376/8 378/5 378/7 379/5 381/15 389/18 389/22 390/2 390/23 390/25 391/6
supported [1] 376/15
supporting [1] 380/7
supports [1] 371/4
supposed [5] 321/16 321/16 323/17 353/12 393/14
sure [15] 312/1 323/20 335/8 344/12 344/13 349/17 350/25 352/10 353/8 357/19 358/4 362/20 363/11 368/16 382/10
survey [126]
surveyed [1] 362/13
surveys [19] 338/15 338/22 339/12 339/15 339/16 339/19 339/20 339/23 339/25 340/1 340/3 341/4 341/6 341/7 346/7 361/2 361/6 361/25 363/15
suspicion [1] 345/22
Sustained [5] 360/2 375/24 380/24 381/1 389/12
swear [2] 337/14 367/9
switch [2] 324/4 325/3
switching [2] 320/2 332/19
sworn [3] 304/11 338/2 370/2

## T

take [10] 311/21 324/16 336/1 336/7 339/8 345/8 348/4 350/22 354/18 355/17
taken [6] 346/25 358/8 365/5 382/5 382/8 395/5
taking [3] 351/18 351/19 351/22
talk [8] 307/13 329/20 333/14 348/23 354/16 356/17 357/13 390/2
talked [16] 331/4 347/15 350/4 353/18 353/18 358/17 358/17 358/23 361/22 362/2 362/12 377/3 384/21 389/5 390/12 393/13
talking [11] 308/4 308/20 325/9 331/14 334/14 354/7 361/14 371/14 391/16 393/10 394/2
talks [3] 305/17 307/24 312/19
tank [1] 352/3
Tapalaga [3] 310/7 311/23 312/2
target [1] 314/19
tasks [2] 345/6 345/7
taught [1] 371/21
teaching [1] 373/10
technical [1] 341/25
technologies [12] 300/8 300/10 301/12 301/24 309/4 309/7 320/5 320/6 320/6 320/8 320/12 389/23

**T**

**technology [9]** 316/16 319/12 319/22 319/23 320/7 320/9 320/10 320/19 323/17

**tell [15]** 310/16 314/7 314/10 319/16 330/10 339/15 342/2 344/8 353/7 371/8 371/16 372/2 381/22 383/3 389/1

**tend [2]** 358/24 359/3

**term [1]** 386/8

**terms [1]** 319/17

**terrible [1]** 327/16

**test [3]** 348/4 374/4 382/25

**tested [12]** 381/23 383/2 383/6 383/7 383/12 383/18 384/7 384/11 384/15 384/18 390/13 390/24

**testified [7]** 304/12 322/16 323/4 338/3 341/19 370/3 373/14

**testify [5]** 368/13 370/15 379/17 379/18 389/16

**testimony [19]** 322/20 336/3 336/8 336/10 336/21 337/14 340/1 340/3 340/10 340/12 341/21 341/23 357/7 367/9 369/15 371/9 371/12 393/9 394/20

**testing [7]** 372/4 372/6 372/14 373/24 375/1 376/5 380/11

**tests [2]** 372/17 372/20

**text [2]** 347/6 347/9

**texts [1]** 346/6

**than [21]** 312/25 315/1 315/3 321/25 323/24 324/23 333/21 339/18 343/11 347/11 354/3 354/11 358/1 360/11 361/22 365/3 366/10 375/11 382/8 384/6 384/23

**Thank [44]** 304/9 306/25 307/19 311/2 311/4 311/5 317/5 319/13 322/7 322/9 324/25 327/12 327/22 331/23 331/24 332/7 334/3 335/5 335/22 337/4 337/18 337/24 338/12 339/14 358/6 358/14 360/14 360/21 360/22 366/20 366/24 367/1 367/4 368/15 369/12 374/8 377/8 379/3 380/25 381/1 391/7 392/18 392/22 395/4

**that [524]**

**that's [41]** 311/23 316/15 320/12 323/1 327/7 332/5 336/2 339/12 340/3 340/4 340/11 340/22 341/1 341/2 346/8 351/24 353/1 359/11 361/1 361/4 361/8 361/19 363/7 364/21 364/25 365/8 365/10 365/16 365/24 366/14 368/19 369/4 369/5 369/15 369/18 373/5 373/9 384/22 386/23 389/15 394/23

**their [43]** 304/6 309/3 310/9 312/8 312/14 313/14 319/24

**T**

**thing [4]** 339/4 339/11 357/19 377/6

**things [20]** 307/10 316/20 330/20 333/11 338/18 338/18 338/19 341/25 345/24 346/19 346/20 358/23 358/24 359/3 361/25 364/19 364/22 365/2 380/16 391/15

**think [20]** 309/25 323/10 324/8 328/25 329/7 331/18 348/18 348/22 351/5 351/16 352/18 355/15 355/17 358/25 359/25 359/25 361/10 361/12 377/2 395/1

**thinking [1]** 338/17

**third [2]** 301/14 339/11

**this [139]**

**those [48]** 315/20 320/12 321/14 321/18 321/21 321/23 328/7 330/2 330/20 333/12 334/14 334/17 334/21 334/24 336/14 342/23 344/23 347/24 349/3 349/7 349/20 350/20 351/13 354/14 354/17 354/18 357/18 358/19 359/3 359/5 365/18 365/22 365/22 371/20 379/4 379/15 380/7 382/8 382/16 383/3 385/21 387/13 388/3 388/3 389/6 390/14 390/21 390/21

**though [3]** 315/25 353/21 354/5

**thousand [1]** 372/22

**three [9]** 338/18 357/21 375/16 382/21 383/2 383/3 383/12 383/14 384/21

**thresholds [1]** 307/23

**through [14]** 304/20 310/15 311/13 311/18 321/3 321/4 321/5 328/24 328/25 330/15 330/16 344/19 373/4 380/16

**throughout [2]** 325/10 345/10

**time [37]** 308/20 308/23 309/18 309/22 310/16 314/4 314/6 314/6 314/7 315/1 315/14 316/8 316/11 317/9 318/13 321/15 330/8 330/10 330/11 330/23 336/3 342/25 342/9 350/22 354/16 356/8 356/9 356/10 367/5 369/16 372/14 373/17 375/15 386/4 393/17 393/18 394/13

**times [8]** 315/3 329/8 330/14 331/9 340/16 341/18 379/19 379/23

**Title [1]** 396/6

**titles [1]** 372/8

**today [2]** 316/14 325/18 337/11 360/21 371/9 371/12 393/14 394/24

**together [1]** 362/23

**told [4]** 364/18 364/22 387/22 387/12

**tomorrow [9]** 357/2 393/4 393/6 393/13 393/14 393/18 394/8 394/10 394/19

**tonight [2]** 357/2 357/18

**too [1]** 315/8

**took [4]** 371/17 378/8 382/2 382/16

**top [1]** 352/3

**topical [1]** 376/6

**total [1]** 326/19

**towards [1]** 319/23

**Tower [1]** 301/18

**Town [1]** 301/18

**trade [5]** 340/11 340/12 340/17 369/19 382/3

**trademark [3]** 340/5 341/14 341/16

**trademarks [2]** 340/6 341/15

**trained [1]** 370/9

**training [1]** 370/9

**transaction [2]** 313/25 317/21

**transcript [3]** 300/17 396/7 396/9

**transcripts [2]** 343/21 393/1

**transformation [1]** 306/5

**translatable [1]** 387/14

**translated [1]** 387/9

**treat [1]** 355/2

**treated [11]** 325/18 325/19 325/20 325/24 382/1 382/16 383/20 383/25 384/6 387/19 392/11

**treatments [1]** 376/6

**trial [8]** 300/17 303/2 307/20 311/18 337/2 340/5 357/7 394/11

**trouble [1]** 374/7

**true [10]** 343/25 351/19 354/14 360/23 361/2 377/15 385/18 387/15 389/10 396/6

**truth [6]** 337/15 337/16 337/16 367/10 367/11 367/11

**truthful [1]** 371/12

**truthfulness [1]** 380/20

**try [6]** 321/23 321/24 327/15 337/2 364/8 364/8

**trying [4]** 309/5 314/13 314/16 369/13

**turn [9]** 305/1 305/8 307/2 307/24 310/2 310/23 312/15 377/1 377/21

**two [25]** 314/11 314/12 315/20 316/12 320/6 320/8 341/10 341/10 341/23 342/5 347/23 347/25 348/7 354/13 354/21 354/22 366/9 366/10 371/14 382/7 382/8 385/18 393/12 393/13 393/13

**type [2]** 333/5 333/7

**types [2]** 383/14 390/21

**typically [4]** 314/18 315/5 321/2 321/8

**testified [7]** 304/12 322/16

**them [36]** 308/18 308/21 309/6 309/9 309/12 315/25 316/4 316/5 317/9 320/21 325/22 329/13 330/3 330/25 332/17 334/6 334/7 334/9 334/10 338/23 339/5 339/8 339/9 343/25 348/5 348/20 349/10 351/5 353/5 355/2 355/2 365/6 371/4 372/23 373/8 382/20

**themselves [2]** 340/9 347/18

**then [39]** 307/24 308/3 310/13 310/13 312/15 317/25 318/21 319/13 321/14 324/22 325/9 330/15 330/18 336/3 336/22 336/23 339/9 340/14 341/16 346/24 353/11 354/19 356/6 358/6 359/2 359/3 360/13 363/6 365/18 365/21 365/25 368/20 369/7 372/10 376/13 377/6 382/5 391/13 393/4

**there [59]** 308/3 308/12 309/6 309/8 309/13 309/15 309/18 310/16 310/17 315/20 317/3 322/18 323/4 324/13 328/14 329/4 329/7 329/19 330/22 331/8 333/21 333/23 333/25 334/1 339/19 341/21 341/23 342/4 344/11 346/6 347/24 349/23 350/11 350/11 350/13 350/19 353/17 353/23 354/5 356/23 356/24 357/8 357/9 357/17 359/9 361/21 362/12 362/15 362/22 371/11 372/9 376/25 381/2 382/22 382/22 384/23 385/2 385/8 394/8

**there's [14]** 333/25 344/9 353/13 353/20 354/20 357/13 357/13 359/6 366/9 366/10 369/14 385/18 393/2 394/20

**thereafter [2]** 306/6 319/17

**thereof [1]** 318/4

**these [23]** 309/12 321/6 338/19 339/8 339/20 345/5 345/6 346/7 346/19 349/9 350/13 350/14 350/15 350/22 351/4 354/22 355/1 359/24 364/17 377/5 388/15 388/18 388/22

**they [111]**

**they'd [1]** 366/5

**they're [8]** 323/17 338/17 351/9 352/5 355/19 355/23

# U

**ultimately [4]** 310/20 314/11 314/25 376/20
**unable [1]** 386/8
**unanticipated [1]** 390/4
**uncomfortable [1]** 366/8
**under [4]** 308/15 320/16 339/21 357/21
**undergraduate [1]** 340/22
**underseeing [1]** 345/5
**understand [24]** 312/1 313/9 323/20 326/15 329/17 338/16 339/7 339/8 347/22 355/6 357/22 358/2 363/16 363/18 363/19 368/4 368/5 368/22 368/24 377/9 388/16 388/20 388/24 393/2
**understanding [8]** 323/10 323/11 329/1 334/5 344/18 368/19 383/1 383/15
**understands [1]** 357/20
**undertaken [1]** 345/7
**unit [2]** 315/9 381/13
**UNITED [3]** 300/1 396/6 396/10
**universe [1]** 346/24
**university [7]** 340/23 371/18 371/18 371/21 371/22 371/23 371/23
**unqualified [1]** 373/11
**unrelated [1]** 341/25
**until [6]** 310/18 326/10 329/21 337/8 356/14 393/24
**untreated [2]** 382/1 382/17
**unusual [3]** 345/13 346/1 386/7
**up [16]** 308/16 315/24 319/21 319/24 320/2 322/14 325/6 331/1 331/3 332/3 334/8 350/7 356/10 372/10 377/6 379/18
**upon [7]** 310/18 310/21 318/1 366/7 366/13 380/8 383/15
**upscale [1]** 314/22
**us [28]** 308/15 308/19 308/21 310/16 313/6 314/5 314/6 314/24 316/8 317/22 318/1 319/16 328/16 328/18 329/2 330/16 330/19 331/9 333/20 335/3 340/20 342/2 344/8 354/21 371/16 372/2 389/2 394/16
**use [11]** 320/12 320/14 320/15 320/19 330/3 337/22 338/15 338/22 358/25 361/2 381/10
**used [19]** 320/15 323/23 340/4 341/7 346/21 347/21 347/23 348/2 348/2 353/24 354/2 357/20 362/5 363/7 363/12 376/8 378/4 381/11 386/15
**users [1]** 355/9
**uses [1]** 386/18
**using [1]** 320/1
**utilization [1]** 323/19

**utilized [2]** 323/22 381/14

# V

**Vaguely [1]** 322/21
**validating [1]** 374/17
**value [2]** 314/17 314/20
**vancomycin [2]** 383/6 384/3
**vancomycin-resistant [2]** 383/6 384/3
**various [4]** 314/3 315/24 341/18 374/5
**vast [1]** 372/24
**Verde [1]** 301/17
**versa [1]** 382/4
**version [3]** 311/9 354/9 362/3
**versions [2]** 343/7 343/8
**versus [1]** 382/22
**very [29]** 309/3 315/13 316/19 321/19 322/15 325/19 325/19 325/22 330/8 330/24 331/23 334/23 335/2 340/20 342/2 342/2 342/16 347/9 347/10 347/10 352/10 355/15 358/7 359/7 360/14 366/25 369/2 392/18 392/22
**VESTAGEN [72]** 300/8 300/10 301/12 301/23 306/14 306/17 308/17 308/22 309/14 312/11 312/14 313/20 313/23 316/6 316/15 318/7 318/25 319/3 319/7 319/19 320/22 321/2 321/24 321/25 322/23 323/13 323/23 323/24 324/5 324/18 324/21 325/3 325/11 325/21 326/17 327/24 328/4 328/15 329/10 329/18 329/20 330/11 331/16 331/19 332/18 332/21 333/1 333/5 333/21 334/5 335/12 335/13 347/1 347/14 348/19 349/20 353/1 354/9 360/23 362/8 362/10 376/8 376/13 378/4 378/11 379/5 380/4 381/15 389/4 389/7 389/23 394/21
**Vestagen's [8]** 332/22 344/7 347/5 347/11 348/21 349/21 362/3 365/2
**vested [1]** 345/15
**VESTEX [20]** 305/25 324/21 325/12 332/12 332/20 351/1 351/1 352/3 352/13 352/14 352/25 353/9 380/13 380/4 382/12 383/19 389/19 389/23 390/2 392/10
**via [2]** 321/23 334/10
**vice [1]** 382/3
**viewed [2]** 344/6 344/24
**Vince [1]** 301/17
**violated [1]** 319/4
**violation [1]** 313/1
**virtually [1]** 339/20
**visit [1]** 316/21
**volume [3]** 300/18 334/11 334/12

**Von [1]** 301/4
**vote [3]** 375/8 375/17 375/16
**votes [1]** 375/19
**vouch [3]** 345/6 345/9 345/20
**VRE [5]** 383/10 383/11 383/12 384/23 385/4
**VREs [1]** 384/14

# W

**Wacker [1]** 301/8
**Walmart [2]** 351/12 351/16
**want [15]** 306/19 312/1 336/7 336/8 336/22 337/3 349/16 355/13 355/18 355/20 355/22 355/25 357/14 357/19 388/13
**wanted [5]** 309/16 348/4 358/4 369/4 374/25
**wants [1]** 369/2
**warned [1]** 387/14
**was [180]**
**wasn't [1]** 378/20
**way [14]** 314/8 315/10 319/19 320/3 337/2 346/18 346/23 347/19 348/1 353/2 358/22 359/24 366/8 387/9
**ways [6]** 314/12 321/2 325/18 361/25 385/18 385/21
**we [190]**
**we'll [2]** 356/10 356/11 358/6
**we're [15]** 321/10 321/21 322/12 337/6 337/10 344/21 356/9 356/9 361/14 367/6 369/5 383/16 393/3 393/16 393/17
**we've [6]** 334/14 336/13 339/19 354/12 358/17 361/22
**wear [7]** 349/4 349/5 349/6 351/8 351/13 355/25 356/2
**wearer [1]** 352/16
**wearers [1]** 349/12
**wearing [4]** 348/25 382/3 382/12 383/25
**wears [1]** 349/2
**website [15]** 323/14 347/1 347/2 347/5 347/12 354/9 362/3 362/8 362/11 374/23 378/9 378/10 378/11 378/11 395/2
**websites [3]** 343/20 378/9 379/6
**WEDNESDAY [2]** 300/20 304/1
**week [1]** 382/2
**weekly [1]** 382/5
**weeks [1]** 382/3
**well [46]** 309/10 313/11 314/11 316/5 319/18 321/2 323/9 323/13 324/22 325/17 326/9 327/19 331/18 334/10 334/23 335/21 336/22 338/14 339/17 339/23 342/4

343/13 344/9 346/23 348/18 349/14 351/1 351/5 354/15 355/17 358/23 360/8 361/18 362/1 364/5 364/25 365/14 365/24 366/11 369/2 375/14 379/6 383/19 385/9 385/16 387/11 388/7
**Wendell [3]** 307/5 307/8 307/9
**went [6]** 330/2 334/23 343/19 347/9 372/24 378/8
**were [23]**
**weren't [4]** 314/7 333/19 378/6 383/25
**WESTERN [1]** 300/2
**what [98]**
**what's [7]** 321/13 349/18 349/19 349/19 356/23 368/9 368/21
**whatever [2]** 336/25 394/17
**when [39]** 309/22 314/5 314/18 314/24 316/8 318/20 318/23 323/5 324/20 326/13 327/23 328/7 328/8 328/11 328/11 328/14 329/9 329/12 330/2 331/16 333/2 337/11 341/21 344/9 345/21 347/4 350/25 351/17 354/7 356/16 357/12 359/24 359/24 359/25 363/13 366/10 370/25 388/18 391/15
**where [25]** 310/17 312/19 312/23 314/15 317/20 327/19 328/18 334/12 335/20 341/23 345/3 345/6 346/3 348/23 349/8 349/9 357/14 362/21 363/2 363/20 375/17 376/13 377/23 391/19 392/16
**whether [22]** 312/10 313/19 317/7 342/7 344/6 345/9 345/16 348/12 349/24 350/1 351/6 351/7 353/10 354/17 356/5 366/12 371/8 377/4 377/5 377/7 383/24 386/21
**which [36]** 308/15 309/2 312/24 315/15 317/16 321/21 340/5 340/11 340/13 341/15 342/7 344/10 346/11 352/13 353/2 354/1 355/19 355/21 355/23 355/24 356/2 356/2 357/21 358/1 361/14 364/6 366/6 374/18 381/11 381/24 382/3 382/19 384/2 386/7 392/10 393/1
**while [1]** 345/4
**who [41]** 307/8 308/23 310/7 310/7 310/8 310/9 310/10 324/4 324/7 324/11 329/6 329/8 331/7 331/8 331/18 335/15 344/25 345/5 345/13 345/15 345/16 346/7 347/14 348/23 349/2 349/7 349/8 352/5 355/12 355/13 357/7 359/25 362/18 362/19 362/23 363/15 380/13 381/12

**W**

**who... [2]** 381/25 384/17
**who's [4]** 323/16 380/9
380/10 380/12
**whoever [1]** 354/25
**whole [3]** 337/16 367/11
387/21
**wholesale [1]** 315/6
**whose [5]** 344/12 349/4
349/5 364/5 372/5
**why [22]** 314/8 314/10 317/1
321/13 323/7 323/11 323/22
332/12 333/10 344/8 346/10
346/10 348/17 350/23
351/17 352/9 353/7 355/8
355/16 361/5 394/9 394/9
**will [17]** 304/5 306/5 306/9
311/17 317/22 317/25 332/3
337/5 337/11 356/5 356/6
356/22 357/16 358/10 393/6
394/6 394/16
**William [1]** 310/9
**Williams [1]** 331/11
**wine [1]** 341/17
**wish [2]** 317/21 369/21
**wished [1]** 366/6
**withdrew [1]** 342/10
**within [2]** 327/5 386/3
**without [4]** 312/8 348/7
352/20 359/20
**witness [22]** 304/7 304/7
335/25 336/7 336/23 337/7
337/8 337/10 337/10 358/12
358/12 367/2 367/18 368/20
369/1 369/2 369/14 373/11
373/14 392/24 393/5 394/19
**witnesses [5]** 302/3 302/14
336/2 357/7 393/4
**won't [1]** 322/14
**Woo [1]** 310/9
**word [4]** 354/1 354/2 354/18
363/12
**words [2]** 362/8 362/10
**Wordsmith [2]** 373/5 373/5
**wore [2]** 382/1 382/1
**work [9]** 338/21 339/4 349/5
349/6 357/17 375/13 375/15
376/4 385/19
**worked [6]** 332/14 371/24
372/3 372/4 380/9 381/12
**worker [1]** 355/23
**workers [6]** 321/13 362/23
381/12 384/18 390/3 391/4
**works [1]** 385/15
**world [2]** 374/16 387/14
**would [92]** 307/2 312/11
312/13 312/14 314/5 314/21
315/2 315/4 315/8 317/16
320/17 323/11 325/13
325/17 325/18 325/22 327/5
327/17 327/21 327/21
328/16 328/20 330/15 338/8
342/2 345/14 346/22 347/11
348/4 348/6 348/7 348/22
348/23 349/7 349/8 349/10
349/13 349/16 350/6 350/23
351/13 351/14 351/22

**who... [2]** 351/24 352/8 352/9 352/14
352/21 353/4 353/7 354/6
355/11 355/11 355/12
355/13 355/14 355/18
355/20 355/22 355/25
358/24 359/3 360/10 360/10
361/9 362/6 363/2 363/23
365/2 365/11 365/12 365/14
365/14 365/15 365/16
365/17 365/18 366/11 370/6
371/11 371/16 375/1 375/4
382/3 382/19 384/2 385/12
386/4 389/10 390/21 390/25
392/1
**wouldn't [5]** 337/8 346/5
363/14 390/22 391/6
**wrap [1]** 356/10
**write [2]** 341/5 345/2
**writes [1]** 380/10
**writing [4]** 319/3 341/3
356/25 357/15
**written [4]** 318/1 318/7
318/25 376/23
**wrong [6]** 348/16 349/13
359/2 360/6 360/10 362/12
**www.msfedreporter.com
 [1]** 300/25

**Y**

**yard [3]** 314/19 315/1 315/8
**yeah [2]** 386/13 391/20
**year [2]** 310/1 372/9
**years [10]** 318/15 338/11
338/25 339/18 339/24 372/3
372/5 374/11 380/10 380/10
**yes [141]**
**yet [3]** 354/3 354/10 356/24
**you [496]**
**you'd [1]** 369/16
**you'll [4]** 352/1 356/16
389/1 391/14
**you're [15]** 322/17 322/18
351/8 353/2 353/11 361/20
362/15 362/20 362/25 363/9
369/16 371/5 377/3 389/1
395/1
**you've [8]** 358/17 359/21
364/3 364/5 364/10 364/14
364/18 364/22
**your [118]**
**Your Honor [28]** 304/9
306/19 311/12 322/9 332/7
336/1 336/6 337/24 357/4
358/14 360/1 366/21 366/23
367/4 367/17 367/23 368/1
368/6 368/24 376/16 377/8
379/10 389/11 390/6 391/7
392/25 394/18 395/4
**yours [2]** 318/3 321/13
**yourself [1]** 370/6
**yourselves [2]** 356/13
393/23