1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3    HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

4    - - -

5    STRATEGIC PARTNERS, INC.,        )
                                      )
6                     PLAINTIFF,      )
                                      )
7          vs.                        ) No. CV16-5900 RGK (PLAx)
                                      )
8    VESTAGEN PROTECTIVE TECHNOLOGIES,)
     INC.,                            )
9                                     )
                      DEFENDANT.      )
10                                    )
     VESTAGEN PROTECTIVE TECHNOLOGIES,)
11   INC.,                            )
                                      )
12                    COUNTER-CLAIMANT,)
                                      )
13         vs.                        )
                                      )
14   STRATEGIC PARTNERS, INC.,        )
                                      )
15                    COUNTER-DEFENDANT.)

16

17            REPORTER'S TRANSCRIPT OF JURY TRIAL

18            DAY 3, VOLUME II; PAGES 515-653

19               LOS ANGELES, CALIFORNIA

20            THURSDAY, SEPTEMBER 21, 2017

21                    1:02 P.M.

22    _____

23          CINDY L. NIRENBERG, CSR 5059, FCRR
            U.S. Official Court Reporter
24             350 W. 1st Street, #4455
               Los Angeles, CA 90012
25                *www.msfedreporter.com*

```
 1    APPEARANCES OF COUNSEL:

 2

 3    FOR THE PLAINTIFF/COUNTER-DEFENDANT STRATEGIC PARTNERS, INC.:
                      MICHELMAN & ROBINSON
 4                    BY: MONA Z. HANNA, ATTORNEY AT LAW
                      17901 VON KARMAN AVENUE, SUITE 1000
 5                    IRVINE, CA 92614
                      714-557-7990
 6

 7                    MICHELMAN & ROBINSON
                      BY: SETH E. DARMSTADTER, ATTORNEY AT LAW
 8                    100 SOUTH WACKER DRIVE, SUITE 2900
                      CHICAGO, IL 60606
 9                    312-706-7746

10

11

12    FOR THE DEFENDANT/COUNTER-CLAIMANT VESTAGEN PROTECTIVE
      TECHNOLOGIES, INC.:
13                    ERICKSEN ARBUTHNOT
                      BY: SHARON L. HIGHTOWER, ATTORNEY AT LAW
14                    152 NORTH THIRD STREET, SUITE 700
                      SAN JOSE, CA 95112
15                    408-286-0880

16

17                    OGLETREE DEAKINS NASH SMOAK & STEWART
                      BY: VINCE M. VERDE, ATTORNEY AT LAW
18                        SEAN PAISAN, ATTORNEY AT LAW
                      PARK TOWER
19                    695 TOWN CENTER DRIVE, SUITE 1500
                      COSTA MESA, CA 92626
20                    714-800-7900

21

22    ALSO PRESENT:
                      MIKE SINGER, STRATEGIC PARTNERS, INC.
23
                      BEN FAVRET, VESTAGEN PROTECTIVE
24                        TECHNOLOGIES, INC.

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1                          I N D E X

2

3      DEFENDANT/COUNTER-CLAIMANT WITNESSES:    PAGE

4      RENATA RITCHESON

5          DIRECT BY MR. VERDE              520

6          CROSS BY MS. HANNA              589

7

8      BEN FAVRET

9          DIRECT BY MR. VERDE              594

10

11     WENDELL MOBLEY

12         DIRECT BY MR. VERDE              632

13

14

15

16     FURTHER PROCEEDINGS                    PAGE

17     DISCUSSION HELD OUTSIDE PRESENCE OF JURY  587

18     DISCUSSION HELD OUTSIDE PRESENCE OF JURY  648

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1                          E X H I B I T S

2    TRIAL EXHIBITS                  MARKED   ADMITTED

3    269                                      591

4    533.1, 533.5, 533.8, 533.20             532

5    533.16, 533.17                           533

6    634                                      549

7    660                                      552

8    749.5                                    536

9    1027                                     651

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          LOS ANGELES, CALIFORNIA; THURSDAY, SEPTEMBER 21, 2017

 2                            1:02 P.M.

 3                          - - - - -

 4      (Jury in at 1:02 P.M.)

 5          THE COURT:  Okay.  The record will reflect all of the

 6   members of the jury are in their respective seats in the jury

 7   box.

 8          And, Counsel, you want to call your first witness on

 9   the counterclaim?

10          MR. VERDE:  Yes, Your Honor.  I'd like to call a 611

11   witness, Renata Ritcheson.

12          THE COURT:  I'm sorry?

13          MR. VERDE:  I'd like to call a 611 witness, Renata

14   Ritcheson.

15          THE CLERK:  May I have the name of the witness,

16   please?

17          MR. VERDE:  Renata Ritcheson, being re-called.

18          THE CLERK:  I'll just remind you at this time you are

19   still under oath.  So you may be seated.

20          May I please ask that you state your full name for

21   the record and spell your last name.

22          THE WITNESS:  Renata Ritcheson, R-i-t-c-h-e-s-o-n.

23          THE COURT:  Okay.  Thank you.

24          Counsel, you may inquire.

25          MR. VERDE:  Thank you, Your Honor.
```

```
 1                        RENATA RITCHESON,

 2                having been previously duly sworn,

 3                       testified as follows:

 4                        DIRECT EXAMINATION

 5    BY MR. VERDE:

 6    Q.    Good afternoon.

 7    A.    Hello.

 8    Q.    Now, you testified earlier about your perceived views on

 9    the inaccuracies of Vestagen's advertising; is that right?

10    A.    Yes.

11    Q.    Okay.  And you had a certain perception of how those --

12    that the advertising was wrong because they were making public

13    healthcare claims; is that right?

14    A.    That is correct.

15    Q.    Okay.  Now, if Vestagen advertised that their

16    antimicrobial products added protection to the wearer and their

17    family, that's wrong, correct?

18    A.    That would be a potential health claim.

19    Q.    That means that would be wrong, correct?

20    A.    That could be wrong.

21    Q.    Okay.  If Vestagen advertises that their antimicrobial

22    products added protection to patients and their colleagues,

23    that would be wrong, correct?

24    A.    In the right context, yes.

25    Q.    And so if SPI did the same thing, that would be wrong,
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    too, correct?

 2    A.    If SPI did that.

 3    Q.    If SPI did that.  Okay.

 4          Now, SPI sells to retailers, correct?

 5    A.    We sell our products to retailers, yes.

 6    Q.    Retailers such as Walmart; is that right?

 7    A.    Walmart is a mass marketer, but, yes, Walmart does -- we

 8    do sell to Walmart.

 9    Q.    Okay.  Also Allstate -- other retailers, as well,

10    correct --

11    A.    Yes.

12    Q.    -- other than Walmart?

13          How many retailers do you sell to?

14    A.    I think we sell to something along the lines of 3,000 to

15    3500 retailers across the country.

16    Q.    And one of those -- some of the products that you sell,

17    that includes the Cherokee products, correct?

18    A.    Yes.

19    Q.    And there is the Infinity collection, Charity [sic]

20    Infinity collection?

21    A.    Yes, there is.

22    Q.    Okay.  And that has Certainty technology infused in

23    that -- in those scrubs, correct?

24    A.    Yes.

25    Q.    Okay.  I want you to take a look at Exhibit 107, just --
```

1    not to be published, but for you to take a look at.

2              1017, please -- 1117.

3              THE COURT:  I'm sorry.  1017 or 1117?

4              MR. VERDE:  But I do think that --

5              THE COURT:  I just want to make sure we get the right

6    one.

7              MR. VERDE:  Yeah, 1017.

8              THE WITNESS:  1017.  Okay.

9    BY MR. VERDE:

10   Q.   Taking a look at that exhibit, does that item show

11   advertising for a Cherokee product?

12             MS. HANNA:  Objection, Your Honor.  Violation of

13   Motion in Limine 8.

14             THE COURT:  Just a second.

15             Okay.  Overruled.

16   BY MR. VERDE:

17   Q.   Taking a look at that --

18   A.   Um-hmm.  Yes.

19   Q.   -- do you see where the product says, "From Infinity by

20   Cherokee.  These pants offer added protection for you, your

21   family, and your patients and colleagues."

22             Do you see that?

23   A.   I do see that statement.

24   Q.   Yeah.  That's an erroneous -- that's a wrong statement.

25   That shouldn't be made, correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   A.    It could be, but I also see on this same page that there
 2   is a disclaimer that says, "Wash all garments thoroughly after
 3   each use.  Garments featuring antimicrobial technology do not
 4   protect users or others against bacteria, viruses, or other" --
 5   and the rest of it appears to be cut off.
 6   Q.    Okay.  Absent that language, though, looking at the top
 7   portion, that could be potentially problematic, correct?
 8              MS. HANNA:  Objection.  Misstates the document.
 9              THE COURT:  Overruled.  Absent that language --
10   absent which language?
11              MR. VERDE:  Absent the footer.
12              THE COURT:  Okay.
13              THE WITNESS:  So absent the disclaimer?
14   BY MR. VERDE:
15   Q.    Yes.
16   A.    Then absent the disclaimer, it could be misleading.
17   Q.    Yeah.  That's because it's a public healthcare claim, as
18   you defined?
19   A.    It could be, but "protection" is somewhat -- it's not
20   really well defined.  It's protection from what.  So it's kind
21   of ambiguous.
22   Q.    So do you know what it was protection from?
23   A.    Could be protection against looking poorly.
24   Q.    Okay.  All right.  Let's take a look at Exhibit 1021.
25   A.    1021?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1    Q.   Yes.

2         Now, you -- SPI sells through a scrub apparel store,

3    correct?

4    A.   I actually do not know that name of a -- as a -- one of

5    our retail stores.

6    Q.   Now, taking a look at Exhibit 1021 --

7    A.   I'm still looking at it.  It's a number of pages.

8    Q.   Thank you.

9         THE COURT:  Going back -- and I just want to make

10   sure -- going back to the 1017 --

11        THE WITNESS:  Yes.

12        THE COURT:  -- was that an advertisement by

13   Strategic?

14        THE WITNESS:  No, it was not an advertisement by

15   Strategic.

16        THE COURT:  So somebody else made that advertisement?

17        THE WITNESS:  Somebody else did that.

18        THE COURT:  Then it will be stricken, Counsel.

19        MR. VERDE:  Let me follow up with a question, then.

20        THE COURT:  Okay.

21   BY MR. VERDE:

22   Q.   With respect to the retailers that sell your products,

23   isn't it true that SPI provided -- provides advertising

24   guidance to the retailers to sell your products?

25   A.   No.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    Q.   Isn't it true that you tell your retailers what they can

2    and cannot say in the advertising when they're selling your

3    product?

4    A.   That is not necessarily true.

5    Q.   I'm going to direct your attention to your deposition

6    testimony.

7               THE COURT:   Counsel, again, I want to make sure the

8    jury realizes any testimony about the advertising in 1017 is

9    stricken, okay, because it's somebody else's ad.

10              Okay.  Go ahead, Counsel.

11   BY MR. VERDE:

12   Q.   I want to direct your attention to your deposition

13   testimony, page 110, lines 13 through 18.  Just take a look at

14   it, please.

15              "Question:  So you don't send suggested language to

16              utilize for the sale of your own products?

17              "Answer:  We have sent language to our retailers on

18              what not to say about Certainty and Certainty Plus."

19              Does that refresh your memory?

20   A.   Yes.

21   Q.   Okay.  Now, isn't it true that you provide guidance to

22   your retailers in how to advertise on their websites?

23   A.   So to clar- -- you're asking me about overall.  This

24   particular statement is specifically about Certainty and

25   Certainty Plus, because there are certain limitations that are

1    out there about Certainty and Certainty Plus.

2    Q.    Okay.  So with respect to Exhibit 1017, that relates to

3    Certainty products, correct?

4    A.    That relates, 1017, on a third-party site that they

5    produced their own language.

6    Q.    That relates to a Certainty product, correct?

7    A.    That relates to a product that contains Certainty.

8    Q.    Correct.  And so since you testified that you have sent

9    language to your retailers on what not to say about Certainty

10   and Certainty Plus, the language on 1017 was something that was

11   approved by SPI, correct?

12   A.    I would not say that it has been approved by SPI.  We do

13   not -- retailers do not submit their product descriptions to

14   SPI for us to approve.  They go ahead -- they manage their own

15   websites.  They write their own language.

16          If we become aware of somebody making a statement,

17   like I'm becoming aware today of somebody making a statement,

18   we would then go back to them and say, "You need to remove this

19   statement."

20   Q.    So let's go back to what I asked you the question on.

21          You send language to your retailers about what not to

22   say about Certainty and Certainty Plus, correct?

23          MS. HANNA:  Asked and answered.

24          THE COURT:  Sustained.

25   ///

```
 1   BY MR. VERDE:

 2   Q.   So taking a look at 1017 -- taking a look at 1017, the

 3   section there where it talks about adding protection for you,

 4   your family, patients, and colleagues --

 5           MS. HANNA:  Objection.

 6   BY MR. VERDE:

 7   Q.   -- that's wrong, correct?

 8           THE COURT:  Sustained.  No, sustained, Counsel.  It's

 9   somebody else's ad.  It is not to be considered by the jury at

10   all.

11           I'll ask one question.  Did you approve this ad as

12   being run, or your company?

13           THE WITNESS:  I did not approve this ad.

14           THE COURT:  Okay.  It's not to be considered by you.

15   BY MR. VERDE:

16   Q.   Do you have --

17           THE COURT:  Next question.

18   BY MR. VERDE:

19   Q.   Do you have anybody at SPI that's hired or has

20   responsibility for checking on third-party ads of SPI products

21   related to Certainty and Certainty Plus?

22   A.   This is not an advertisement, this is a product

23   description.  And when we find out that a product description

24   has -- is erroneous in any way -- maybe it says that it's

25   different sizes that we don't offer or different colors that we
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   don't offer or the description is somehow wrong -- if we are

 2   made aware of it, then we will notify them.

 3          But there are -- we have 85,000 SKUs and 3500

 4   retailers.  We don't -- we don't have them submit those

 5   descriptions to us.  We don't have a process to review every

 6   single description that is out there.

 7   Q.   Do you have someone within SPI that has responsibility for

 8   checking websites of retailers to make sure that they're

 9   advertising or selling your products in an appropriate fashion?

10   A.   We do not have a person that does that.

11          THE COURT:  Got to give you credit for trying,

12   though, Counsel.

13          That -- anything on 1017 is not to be considered by

14   the jury at all.  It's outside the province of what you will be

15   looking at.

16          Okay.

17          MR. VERDE:  Thank you.

18          THE COURT:  Um-hmm.

19   BY MR. VERDE:

20   Q.   What's your current -- your current role with SPI is the

21   director of market research, correct?

22   A.   That is correct.

23   Q.   And you have historically done market research for SPI; is

24   that right?

25   A.   I have been doing market research for SPI as an employee
```

1    for the last five years.

2    Q.    And prior to being an employee of SPI, you also did market

3    research for them, correct?

4    A.    I did market research for SPI as a consultant for several

5    years prior.

6    Q.    And you did market research related to HAIs; is that

7    right?

8    A.    I did do a project related to HAIs.

9    Q.    Now, I'd like you to take a look at Exhibit 533.

10             THE COURT:  I'm sorry.  533?

11             MR. VERDE:  That's correct, Your Honor, 533.

12             THE COURT:  Okay.

13   BY MR. VERDE:

14   Q.    Taking a look at Exhibit 533 --

15   A.    I don't have it.

16   Q.    Oh, I'm sorry.

17             THE COURT:  Has it been introduced already?

18             MR. VERDE:  It has not been admitted, Your Honor.

19             THE COURT:  Okay.  Well, let's get her a copy of it.

20             MR. VERDE:  Sorry.  I'm on a clock, so --

21             THE COURT:  That's okay.

22             THE WITNESS:  What number was it?

23             THE COURT:  533.

24             THE WITNESS:  Okay.  I see it here.

25   ///

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   BY MR. VERDE:

 2   Q.   That's a study you performed for SPI, correct?

 3   A.   That is a study that I conducted for --

 4   Q.   Well, it's actually more of a survey, correct?

 5   A.   It was a survey that I conducted, yes.

 6   Q.   And that was done back in 2010?

 7   A.   That's what it says.

 8   Q.   So that's -- and you know that that's done in 2010 because

 9   of the first page.  It says October of 2010?

10   A.   That is correct.

11   Q.   I want to direct your attention to page 8.  That's -- of

12   your study, which is 533.8.

13   A.   Okay.

14   Q.   There's a top section there, which says, "Antimicrobial

15   scrubs are seen as being a part of the solution to curb the

16   spread of HAIs."

17            Do you see that?

18   A.   Yes.

19   Q.   Okay.  What are HAIs?

20   A.   Healthcare-acquired infections.

21   Q.   Okay.  And why were you doing this study?

22   A.   I was asked by the then head of marketing, Marty Morawski,

23   to conduct a study.

24   Q.   And what was the reason why there was a concern, as you

25   understood it?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   A.   I was not given that reason.  I was just an outside

2   consultant.  I was not an employee of the company.

3   Q.   Okay.  Going back -- going to the line below where -- the

4   first arrow point --

5   A.   Okay.

6   Q.   -- one of the concerns was, "Because nurses move from

7   one -- from room to room quickly, scrubs would need to kill

8   microbes immediately in order to be seen as being effective."

9           Do you see that?

10  A.   I do see that.

11  Q.   Okay.  That's part of the findings you had back in 2010,

12  correct?

13  A.   That was a summary of several questions.  This is in the

14  "Key Findings" section, so it's sort of a summary of several

15  questions that would have been asked.

16  Q.   So several questions were asked and the takeaway from

17  those several questions was that because nurses move from room

18  to room quickly, scrubs would need to kill microbes immediately

19  in order to be seen as being effective, correct?

20  A.   Yes.

21  Q.   Will you turn to page 20, please, and that's Bates labeled

22  533.20.

23  A.   Okay.

24  Q.   Top section.

25          You also found that "almost two-thirds of respondents

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    would require the antimicrobial scrub to work immediately for

2    them to consider these scrubs to be effective," correct?

3    A.    That is -- that is what this data says, yes.

4    Q.    Okay.  When you say "two-thirds," two-thirds from -- what

5    was the number of the two-thirds that that was coming from?

6    A.    It would be two-thirds of the respondents.  I'd have to

7    look to see.  It doesn't say what the -- what the N was.

8    Q.    Can you take a look at your report to see what that number

9    is?

10   A.    There were 165 nurses.

11   Q.    And what page of your report were you looking at?

12   A.    I'm looking at page 5.

13           MR. VERDE:  Your Honor, I'd like to have received

14   into evidence Exhibit 533.1, 533.5, 533.8, and 533.20.

15           THE COURT:  And what was the last one?  I didn't hear

16   it.

17           MR. VERDE:  533.20.

18           THE COURT:  .20.  Okay.  They will be received.

19        *(Trial Exhibits 533.1, 533.5, 533.8, 533.20 admitted into*

20        *evidence.)*

21   BY MR. VERDE:

22   Q.    Let's take a look at the 533.8.

23           MR. VERDE:  May I have that published, please?

24   BY MR. VERDE:

25   Q.    Top portion, "Antimicrobial scrubs are seen as being a

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1   part of the solution to curb the spread of HAIs."

2            Do you see that?

3   A.   I do see that.

4   Q.   Okay.  When you say "part," what do you mean by that?

5   A.   I would have to look at the rest of the study, that there

6   are multiple -- I'd have to look at the rest of it to see what

7   I meant by "part" in 2010.

8   Q.   Well, part of it could have been cleaning hands, washing

9   your hands?

10  A.   Maybe.  I don't -- I'd have to look and see what the

11  other -- what other things were looked at in here.

12  Q.   Go ahead.

13  A.   Okay.  So I see that nurses see themselves as part of the

14  problem; lack of hand washing is a contributor.

15  Q.   And what page are you referring to?

16  A.   16 and 17.

17           MR. VERDE:  Your Honor, I'd like to introduce 533 --

18  533.16 and 533.17 to be received as evidence.

19           THE COURT:  They will be received.

20       (Trial Exhibits 533.16, 533.17 admitted into evidence.)

21           MR. VERDE:  Thank you.

22  BY MR. VERDE:

23  Q.   When you say -- when you did your consumer survey and the

24  finding was that it would have to work immediately in order for

25  it to be -- in order for them to want to purchase it, what did
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    you mean by -- what was your understanding of the term

2    "immediate"?

3    A.   I just had -- "immediately" was just a terminology that I

4    was directed to use by Marty Morawski.  We had several -- there

5    were several different time frames that were indicated there --

6    Q.   Well --

7    A.   -- on that page.

8    Q.   -- what's your understanding of "immediate"?

9    A.   So immediately would be that it's upon contact.

10   Q.   Were there other different time frames that you were

11   looking at?

12   A.   In this particular study, this was -- you know, this

13   was -- this was just sort of exploratory and trying to get

14   opinions and thoughts from nurses.  This was trying to

15   understand what was going on in the market, what they were

16   thinking.

17        There were other time frames that were looked at, but

18   these were not time frames that were specific to any sort of

19   testing or anything like that.  These were just random time

20   frames that were looked at.

21   Q.   In 2010?

22   A.   Yes.

23   Q.   So when was the Certainty Plus and Certainty products

24   released for sale?

25   A.   The products were released for sale in October of 2014.

1    Q.    Well, isn't that where the URA -- URA convention was when

2    it was announced?

3    A.    And all of our sales reps took orders from any retailers

4    who were at the event, so it was released for sale in October

5    of 2014.

6    Q.    And delivery occurred when?

7    A.    Delivery occurred in April of 2015.

8    Q.    The URA convention, do you have a specific date for that?

9    A.    I just know it was October 2014.

10   Q.    Now, you were involved in -- excuse me.  Withdrawn.

11         I'd like you to take a look at Exhibit 749, please.

12         MR. VERDE:  Thank you, Madam Clerk.

13         THE WITNESS:  Okay.

14   BY MR. VERDE:

15   Q.    Do you recognize this document?

16   A.    Yes.

17   Q.    And you recognize this document as what?

18   A.    It appears to be a printout from our website for

19   certaintytechnologies.com.

20   Q.    I want to direct your attention to Exhibit -- to page

21   749.5 -- Exhibit 749.5.

22   A.    Okay.

23   Q.    And this is an exhibit you're familiar with as part of

24   your duties with SPI, correct?

25   A.    Yes.

```
 1            MR. VERDE:  Can I have this published, Your Honor, or

 2   received into evidence?

 3            THE COURT:  Yes.

 4        (Trial Exhibit 749.5 admitted into evidence.)

 5   BY MR. VERDE:

 6   Q.   Taking a look at the third page, 749.5 --

 7   A.   Third page or fifth page?

 8   Q.   I'm sorry.  The fifth page.  My numbers are wrong.  It

 9   doesn't match up with my mouth.

10            Okay.  749.5, please.

11   A.   Okay.

12   Q.   "How" -- the question is, "How quickly does the

13   antimicrobial fabric technology in Certainty and Certainty Plus

14   start working?"

15            Do you see that?

16   A.   Yes.

17   Q.   Okay.  And the response is, "The antimicrobial fabric

18   technology in Certainty and Certainty Plus starts to work upon

19   contact with unwanted bacteria on the fabric."

20            Do you see that section?

21   A.   Yes.

22   Q.   But the second sentence -- the second sentence says the

23   following:  "The technology affects the ability of the cell to

24   replicate, as well as its ability to remain viable;

25   essentially, the bacteria cell is rendered ineffective
```

1    immediately," correct?

2    A.   Yes.

3    Q.   Okay.  Now, testing was done for the Certainty and

4    Certainty Plus products, correct?

5    A.   Yes.

6    Q.   Okay.  And the testing that was done was pursuant to ASTM

7    standards, correct?

8    A.   Yes.

9    Q.   Okay.  That's ASTM E2149, correct?

10   A.   E2149 and we've also used AATCC 100.

11   Q.   And you're familiar with the way ASTM E2149 is run,

12   correct?

13   A.   Yes.

14   Q.   And how are you familiar with that?

15   A.   I'm familiar with it from having read the protocol.

16   Q.   All right.  And did you also review the test results?

17   A.   I have reviewed some of the test results, yes.

18   Q.   Take a look at the -- was one of the other tests also

19   AATCC 100?

20   A.   Yes.

21   Q.   Okay.  I want you to take a look at Exhibit 505.5, please.

22   A.   That is going to be a different binder.

23          THE COURT:  Different binder?

24          THE WITNESS:  Different binder.  Not in here.

25   ///

```
1    BY MR. VERDE:

2    Q.   Oh, sorry about that.

3    A.   Do you want me to keep this exhibit open?

4    Q.   Yes, please.  Yes, please.

5    A.   I will not get rid of this binder.

6              Okay.

7    Q.   Actually, take a look at 503.1.

8              Do you see it?

9    A.   I do see it.

10   Q.   That's one of the reports you reviewed, correct?

11   A.   I don't know if this is exactly one of the reports that I

12   specifically reviewed.  We conduct -- on every single color and

13   every single fabrication, we conduct testing and we have well

14   over 3- or 400 of these reports.  I am not in production, so I

15   don't review every single report.  I have reviewed some

16   reports.

17   Q.   And you've dealt with a person by the name of Shirley Yao,

18   correct?

19   A.   I have e-mailed with her a few times, yes.

20   Q.   And that's in connection with the testing of the SPI

21   products for Certainty and Certainty Plus, correct?

22   A.   It has been in connection solely with a -- one specific

23   series of tests, not with all of the tests that we conduct for

24   our products.

25   Q.   And what were those tests?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   A.   It was conducting some testing regarding our Code Happy
 2   product, as well as conducting testing on Vestagen's products.
 3   Q.   And the tests that they -- that was performed were
 4   pursuant to AATC [sic] 100, correct?
 5   A.   This one I think was -- this looks like it was -- this
 6   particular test result that I'm looking at right here is
 7   AATCC 100.
 8        With respect to what you were asking me about, the
 9   times that I have dealt with Shirley, she's conducted AATCC 100
10   and ASTM 2149.
11   Q.   Taking a look at 504.1, that deals with ASTM E2149,
12   correct?
13   A.   Yes, that's what this says.
14   Q.   Yeah.  And that's the test that you dealt with Shirley Yao
15   on, correct?
16   A.   I have dealt with her on conducting both tests, AATCC 100
17   and E2149.
18        MR. VERDE:  Your Honor, I'd like to have 503 and 504
19   received.
20        MS. HANNA:  Objection, Your Honor.  Lacks foundation.
21   Hearsay.
22        THE COURT:  Are those the test results?
23        THE WITNESS:  I don't know if those are the specific
24   test results from what she conducted for me.  These could be --
25        THE COURT:  But they're test results?
```

```
 1              THE WITNESS:  We provided test results in

 2   discovery --

 3              THE COURT:  Sustained.

 4   BY MR. VERDE:

 5   Q.   Now, during the course of discovery, you were involved in

 6   producing test results for Certainty and Certainty Plus,

 7   correct?

 8   A.   Yes.

 9   Q.   Okay.  You gathered the information together?

10   A.   We pulled some information together, yes.

11   Q.   And that relates to the testing results that were in the

12   files of SPI, correct?

13   A.   Yes.

14   Q.   Now, taking a look at the Document 503, there's a Bates

15   label at the bottom of that, correct?

16   A.   503?  Yes.

17   Q.   Yeah.  And it has a Bates label SP002306, correct?

18   A.   Yes.

19   Q.   Now, since you were involved in the production of

20   documents in the course of discovery, this is a Bates label by

21   SPI, correct?

22   A.   Yes.

23              MR. VERDE:  I'd like to move 503 into evidence, Your

24   Honor.

25              MS. HANNA:  Same objection, Your Honor.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1                 THE COURT:  Again, is this anything you prepared or
 2       was it prepared at your direction?
 3                 THE WITNESS:  This was not prepared -- I -- this test
 4       was not prepared -- I don't know that this test was prepared at
 5       my direction.  This is a test result.  It has a fabric
 6       composition.  I don't know what that fabric composition is.
 7                 THE COURT:  Sustained.
 8       BY MR. VERDE:
 9       Q.  Now, do you have familiarity with the type of tests that
10       are performed at SPI for Certainty and Certainty Plus products?
11       A.  I understand what tests we perform, but I am not part of
12       production, so I don't direct the tests; I don't get the test
13       results when they're done.
14       Q.  Yeah.  But you review them, correct?
15       A.  I don't review every single one.  We have -- I'm not part
16       of production.
17       Q.  Now, taking a look at 503, does that appear to you to be a
18       format of the tests that you have reviewed in the past?
19       A.  It is a format of a test that I've reviewed in the past,
20       but I have no idea what fabric this is.  It has a fabric of
21       FWP 63SAM.  I don't know what fabric that is.
22       Q.  Okay.  The test results that you have reviewed, the format
23       has a certain log reduction, correct?
24       A.  Yes.
25       Q.  Okay.  And what's your understanding of what a log
```

1    reduction is?

2    A.    A log reduction is a comparison between a control fabric

3    that doesn't have a treatment and a treated fabric.  And over a

4    certain period of time after exposure to a specified amount of

5    bacteria, something will -- you compare the control and the --

6    and the treated fabric to see what the difference is in terms

7    of bacteria on either one.

8    Q.    Now, is there a certain type of log reduction that SPI

9    would have been testing for in the past?

10   A.    We had tested to different standards.  We've tested to

11   a -- all of our initial runs of fabrics and colors have a

12   standard of 99.9 percent or greater.

13   Q.    Okay.  And what does that mean?  Why set a standard for

14   99.9 percent?

15   A.    It's actually to have quality control with our factories

16   so that we know if we can accept or reject certain fabric that

17   they deliver to us.  If they -- we use that to understand how

18   much chemical that they have applied to the product, because if

19   something comes back, say, at 50 percent, then we know that the

20   factory is not giving -- is not putting enough of the

21   antimicrobial solution on the product and, therefore, we're

22   going to reject the fabric because they're trying to cheat us.

23   Q.    But what is the 99.9 as it relates to antimicrobial

24   solution?  Are you looking for --

25   A.    I don't understand your question.

```
 1   Q.   The testing and log reduction for 99.9, does that relate
 2   to the reduction of bacteria in the particular fabric?
 3   A.   It relates to the reduction of bacteria on that -- on that
 4   tested fabric, yes.
 5   Q.   If it was a Certainty product or Certainty Plus product,
 6   you would test it to see if there was a reduction in bacteria
 7   for 99.9 -- 99.9 percent reduction, correct?
 8   A.   Right, in order to do quality control with our factory.
 9   Q.   Okay.  And the 99.9 percent, that means reduction of
10   bacteria -- withdrawn.
11        The 99.9 percent, that means the kill rate for
12   bacteria, correct?
13   A.   It's a reduction.  It's an amount -- basically, what it
14   has to do with -- it has nothing to do with -- it says that
15   compared to a control in a specific amount, if I gave a
16   million -- if I exposed fabric to a million units of bacteria,
17   after a specific period of time, 99.9 percent would be reduced,
18   would be gone, so I would count fewer.
19   Q.   So there would be .1 left, correct?
20   A.   There would be .1 percent of a million left.
21   Q.   Okay.  At what point do you count?  Do you count after 24
22   hours?  Do you count after 1 hour?  Do you count after 12
23   hours?  What point?
24   A.   It depends on what the test is.  The -- specifically on --
25   if I'm looking at this specific test report, this test report
```

```
 1   is an AATCC 100.  It says 24-hour contact, so the fabric is in
 2   contact with the bacteria for 24 hours and then -- and it's a
 3   specific amount of bacteria.  So this is -- this specifies how
 4   much bacteria the fabric was exposed to.
 5   Q.   Okay.  So the testing occurs after the 24-hour period,
 6   correct?
 7   A.   If I'm looking at this specific test result for this
 8   specific fabric, this specific one says 24 hours.
 9   Q.   Did SPI perform any testing where they could see whether
10   bacteria was killed immediately?
11   A.   So if you're going back to the original -- the exhibit
12   that we looked at earlier, which was --
13            MR. VERDE:  Your Honor, can I get a -- I just want to
14   ask -- have her answer the question.
15            THE COURT:  Okay.  Ask the question again.
16            MR. VERDE:  Yeah.
17   BY MR. VERDE:
18   Q.   Did SPI ever do any testing to determine whether bacteria
19   was killed immediately upon contact with any Certainty or
20   Certainty Plus products?
21   A.   We did not specifically conduct that testing.  That
22   information and that testing is part of the --
23   Q.   So the answer is no?
24   A.   We did not conduct that testing.
25            THE COURT:  Okay.
```

```
 1                MR. VERDE:  Thank you.
 2    BY MR. VERDE:
 3    Q.   Are you aware of any tests that would render -- that you
 4    would be able to determine whether there was a kill rate for a
 5    bacteria immediately?
 6    A.   I'm not a scientist.  I would rely on our -- you know, our
 7    scientific experts from Dow.
 8                THE COURT:  So you couldn't testify one way or the
 9    other?
10                THE WITNESS:  I can't testify one way or the other.
11    BY MR. VERDE:
12    Q.   But personally, you're not aware of any tests that would
13    indicate whether bacteria was killed immediately?
14    A.   As I'm not a scientist, personally I'm not aware of a
15    test.
16    Q.   I want to direct your attention to Exhibit 1008.1.
17    A.   1008.  I don't think I have that.
18         Do I still need these?
19    Q.   Probably not.
20    A.   Okay.  What was it?  1008 --
21    Q.   -- .1.
22    A.   Okay.
23    Q.   Do you recognize this document?
24    A.   I do.
25    Q.   It's your declaration, correct?
```

1    A.    Yes.

2    Q.    I want to direct your attention to paragraph 14.

3          Paragraph 14, "SPI tests its" -- withdrawn.

4          What testing does SPI test its Certainty and

5    Certainty Plus products?

6          MS. HANNA:   Objection.   Asked and answered.

7          THE COURT:   Overruled.

8          THE WITNESS:   AATCC 100 and ASTM 2149.

9    BY MR. VERDE:

10   Q.    And what is your understanding of when the readings are

11   conducted for AATCC 100?

12   A.    Depending on what you want to do, the readings can be

13   conducted anywhere between 1 and 24 hours.

14   Q.    How about with respect to ASTM E2149?

15   A.    That protocol is written for checking the results after 24

16   hours.

17   Q.    Taking a look at page 4 of your declaration, there's a

18   statement there -- withdrawn.

19         Are you aware of any current approved standard

20   protocol that calls for testing a garment immediately upon

21   exposure to bacteria?

22   A.    I'm not aware of any specific protocol, but, again, I'm

23   not a scientist.

24   Q.    I want to direct your attention to -- excuse me.

25         Withdrawn.

1        Were you involved -- withdrawn.

2        Certainty and Certainty Plus, they were rolled out at

3   the October 2014 convention, correct?

4   A.   URA convention.

5   Q.   URA, correct.

6        Prior to the URA rollout, were you involved in

7   preparing training material for SPI salespersons?

8   A.   I was involved in developing some of the training

9   material.

10  Q.   And what did that entail?

11  A.   Creating PowerPoint documents.  You know, basically,

12  putting PowerPoint documents together.

13  Q.   Okay.  Now, I want you to take a look at Exhibit 634.

14       THE COURT:  Do you have it?

15       THE WITNESS:  I don't think I have it.

16       THE COURT:  We'll get it for you.

17       THE WITNESS:  Okay.

18  BY MR. VERDE:

19  Q.   Taking a look at Exhibit 634, it's an e-mail that you sent

20  to Stephanie Kraus, correct?

21  A.   That is correct.

22  Q.   And there's an attachment there with a -- with a

23  PowerPoint?

24  A.   Yes.

25  Q.   And that is 634.1 through 634.21.

```
 1              Do you see that?
 2  A.    Yeah.
 3  Q.    Is that correct?
 4  A.    It goes to -21, yes.
 5  Q.    Okay.  And this is one of the -- this is one of the slides
 6  that you gathered to help train your sales force, correct?
 7  A.    No, this is not something that I gathered to help train
 8  our sales force.
 9  Q.    This is a document that you sent to -- for Stephanie Kraus
10  in order to consider whether they would use it as a deck for
11  your sales reps, correct?
12  A.    Not as a deck for our sales reps.  This is actually a deck
13  that I found on the internet on an organization's website
14  called changemakers.org, and I found it and it was interesting
15  because it was about Vestagen talking about the benefits of
16  silver and how good silver was and pointing out some studies
17  that silver was effective.
18              THE COURT:  Next question.
19  BY MR. VERDE:
20  Q.    Okay.  I understand that's what you say.
21              Let's take a look at the back end of this document,
22  the very end.  It says -- it's marked "Confidential, Do Not
23  Reproduce."
24              Do you see that?
25  A.    Yes.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    Q.    Okay.  And at the end of the document, what -- who --

2    whose name is affixed to that?

3    A.    Mr. Favret's name is.

4    Q.    Okay.  And you understood this to be a confidential

5    document, correct?

6    A.    I got it off of a website.  It was a website that was

7    publicly available.  It was -- at that point, it was not

8    confidential anymore and it was about silver.

9          MR. VERDE:  Your Honor, I'd like to move 634 into

10   evidence -- to be received into evidence.

11         THE COURT:  Be received.

12         (Trial Exhibit 634 admitted into evidence.)

13   BY MR. VERDE:

14   Q.    Now, as part of your role as the director of marketing,

15   did you -- withdrawn.

16         Who's Wendell Mobley?

17   A.    Wendell Mobley is -- was a former SPI employee and at one

18   point he served as my manager.

19   Q.    And as your role -- and what was his title?

20   A.    Director of public relations and industry relations, I

21   think, and -- I can't remember his title.

22   Q.    And did you and him -- well, withdrawn.

23         Is SPI a member of ASTM?

24   A.    Yes.

25   Q.    Okay.  What is your understanding of what ASTM is?

```
 1   A.   ASTM is a public international standards board with about
 2   30,000 members.  They've been around for decades, but anybody
 3   can become a member of that organization.
 4   Q.   When did you -- when did SPI join ASTM?
 5   A.   I'm not certain when Wendell joined SPI.
 6   Q.   So Wendell took the lead on that, correct?
 7   A.   I believe Wendell was the first one.  I know that SPI may
 8   have -- SPI may have been a member in the past.  We follow ASTM
 9   standards for our development of our products.  Just regular
10   traditional scrubs, there are apparel standards, et cetera,
11   that we follow.
12   Q.   Okay.  Now, in -- have you ever attended any ASTM
13   meetings?
14   A.   I have.
15   Q.   In 2014, that was when you first attended ASTM meetings,
16   correct?
17   A.   I don't know that I actually attended an ASTM meeting
18   until 2015.
19   Q.   In 2015.
20        Was it the early part of 2015?
21   A.   No.  Actually, I believe my first physical attendance at
22   an ASTM meeting was in June 2015.
23   Q.   Did you attend any meetings with Wendell Mobley?
24   A.   In June 2015, yes, I did.
25   Q.   So nothing in January of 2015.  That's your recollection?
```

```
1    A.    January of 2015, I believe that meeting was in -- in New
2    Orleans and I attended by phone so I could listen, but I was --
3    I did not personally attend that meeting.
4    Q.    And did Wendell Mobley attend that meeting, as well?
5    A.    Wendell Mobley did attend the meeting personally.
6    Q.    And so you were able to hear what was going on in the
7    meetings?
8    A.    There was a conference line set up for the 60-plus members
9    of the committee to be able to listen in if they couldn't come.
10   Q.    And during that time frame while you were listening on the
11   phone, did you hear Mr. Mobley speaking at the meeting?
12   A.    I heard him, as well as a number of other members, speak.
13   Q.    And did there come a time that after you heard -- you
14   attended that meeting by phone in January of 2015, that you
15   provided some sort of a summary to what occurred at that
16   meeting?
17   A.    Yes, I did.
18   Q.    Okay.  Did you provide a summary to somebody by the name
19   of Zach Jennings?
20   A.    Sounds like I probably -- he would have been the head of
21   marketing at the time, so he is somebody I would have sent a
22   summary to.
23   Q.    Okay.  What was the reason why SPI -- excuse me.
24         I want to show you Exhibit 660, please.
25   A.    Okay.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   Q.   Do you recognize this e-mail that --

 2   A.   That I am on the thread of?  Yes.

 3   Q.   Yes.

 4          And this relates to a competitive strategy idea,

 5   correct?

 6   A.   That was -- yeah, it looks like it.

 7   Q.   And you received that back in -- Sunday -- on February 22

 8   of 2015, correct?

 9   A.   Actually, the thread starts on Thursday, February 19th.

10   Q.   From the very beginning, right?

11   A.   Um-hmm.

12   Q.   And then ends on February 22, 2015, correct?

13   A.   This printout of the thread, yes.

14   Q.   Yes.

15          MR. VERDE:  I'd like to have this document received

16   into evidence, Your Honor.

17          THE COURT:  Be received.

18      (Trial Exhibit 660 admitted into evidence.)

19   BY MR. VERDE:

20   Q.   Taking a look at this document, on the first page there is

21   a -- there is a notation where, "Renata drafted this synopsis.

22   Let me know if you need more background," and it -- there's a

23   page and it says "Wendell."

24          Do you see that?

25   A.   On the very bottom.  That's not what's highlighted.
```

1   Q.   Sorry.

2   A.   Yes.

3   Q.   And there goes on to be a synopsis of what transpired in

4   the meeting.

5            Is that an accurate statement by Wendell, that you

6   prepared the synopsis?

7   A.   I think so, yes.

8   Q.   And you had reviewed the synopsis?

9   A.   Yes.

10  Q.   And did the synopsis accurately describe what the ASTM

11  international stan- -- excuse me.   Withdrawn.

12           It actually describes what you believed ASTM was?

13  A.   It -- yes.

14  Q.   And that -- it also indicates that you -- that SPI

15  recently joined ASTM, correct?

16  A.   That's what it says there.

17  Q.   Okay.   And as of February 22, 2015, it's your

18  understanding that ASTM marketing recently joined -- SPI

19  marketing recently joined ASTM, correct?

20  A.   Yes.

21  Q.   And the purpose that you joined ASTM was to influence the

22  development of the standards regarding healthcare attire with

23  antimicrobial and fluid barrier properties, correct?

24  A.   Yes.   We worked with Ben.

25  Q.   Okay.   You had been working together with Ben, right?

```
 1   A.    We did work with Ben on that in -- he --

 2              THE COURT:  Okay.  Let's try to use --

 3              THE WITNESS:  Mr. Favret.

 4              THE COURT:  Thank you.

 5   BY MR. VERDE:

 6   Q.    You had been working with Ben Favret, correct?

 7   A.    Mr. Favret understood that we had some negatives and we

 8   worked with him to resolve our objections to the standard.

 9   Q.    You worked -- you provided in your summary that "OSHA has

10   told SPI that they intend to use the standard to help them

11   develop a rule for healthcare apparel and infectious disease,"

12   correct?

13   A.    That is what I --

14   Q.    That's your --

15   A.    -- understood.

16   Q.    -- summary?

17   A.    Yes.

18   Q.    And it's similar to their rule regarding blood-borne

19   pathogens, correct?

20   A.    Yes.

21   Q.    Okay.  "While the OSHA rule is not anticipated to be

22   passed for several years, it's in the process and could have a

23   significant impact on SPI's Certainty and Certainty Plus

24   business."

25              Do you see that?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1    A.    Yes.
2    Q.    Okay.  So marketing is one of about 70 members of the
3    committee working on this proposed standard and Ben Favret, the
4    CEO of Vestagen, is leading the development of the proposed
5    standard, correct?
6    A.    Yes.
7    Q.    Okay.  Now, before marketing of SPI joined ASTM, you
8    understood that a committee working on the proposed standards
9    were very close to having it finalized, correct?
10   A.    I understood that they were close based on what we had
11   been being told.
12   Q.    Okay.  And -- and it was very close to be put up for final
13   vote fairly soon, correct?
14   A.    At the time, that was my understanding.
15   Q.    And at the time, marketing had identified a number of
16   areas that, "If the standards were passed, it would make it
17   very difficult for SPI to develop compliant, fashion scrubs,"
18   correct?
19   A.    That's what it says there, yes.
20   Q.    Well, that's what it says and that's what you told people,
21   correct?
22   A.    I told an individual --
23   Q.    Okay.
24   A.    -- Zach Jennings.
25   Q.    Who was your boss?
```

1    A.   He was not my boss.

2    Q.   And what was his role again?

3    A.   He was the head of marketing.

4    Q.   Okay.  So when you told him that, you believed that,

5    right?

6    A.   I was in the process of learning this information, but,

7    yes, I probably believed it at the time.

8    Q.   Okay.  And you told him, "As a result of marketing's

9    objections, the proposed standard's approval has been

10   delayed...," correct?

11   A.   And we were one of several people.  I --

12           MR. VERDE:  Move to strike as nonresponsive.

13           THE COURT:  Ask the question again.

14           MR. VERDE:  Okay.

15   BY MR. VERDE:

16   Q.   And you told him that "as a result of marketing's

17   objections, the proposed standard approvals have been

18   delayed...," correct?

19   A.   I was -- in a synopsis, I was saying that, yes, it was

20   marketing's objections.

21   Q.   "Pending significant revisions to address" -- and you list

22   out what those following were, correct?

23   A.   Yes.

24   Q.   Now, you indicated here that -- this section says,

25   "Marketing identified a number of areas that, if the standards

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1  were passed..., would make it very difficult for SPI to develop

2  compliant, fashion scrubs," correct?

3  A.   The standards were passed as is.

4  Q.   As is.  And when you say "compliant, fashion scrubs,"

5  that's not just limited to Certainty and Certainty Plus,

6  correct?

7  A.   The standard was specific to something with

8  antimicrobial/fluid barrier only, and so it actually only would

9  apply to garments with Certainty Plus, it would not have

10  applied to anything else that we manufactured.

11  Q.   So in this section where you said, "...would make it very

12  difficult for SPI to develop compliant, fashion scrubs," what

13  you're referring to, is that on a much smaller scale --

14  A.   Yes.

15  Q.   -- Certainty and Certainty Plus?

16  A.   Because this standard was specifically only to

17  antimicrobial/fluid barrier scrubs.

18  Q.   Where does it say here that it would make it very

19  difficult for SPI to develop compliant, fashion scrubs as it

20  relates to Certainty and Certainty Plus?

21  A.   It doesn't say that there, but we all --

22  Q.   Thank you.

23        Now, one of the things that you raised, in which the

24  committee -- which was about to pass standards, were new things

25  to consider, correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   A.   It wasn't new things to consider; it was things that the

2   committee had already been considering due to the numerous

3   negative votes it had received over the years.

4   Q.   Okay.  So new items were brought up, correct, items that

5   you've identified here.  Excuse me.  Withdrawn.

6        "As a result of marketing's objections" -- you were

7   taking credit for that, right?

8        "As a result of marketing's objections, the proposed

9   standard approval has been delayed pending significant

10  revisions to address the following," and then you list out the

11  following, correct?

12  A.   We were one of many people objecting.

13  Q.   You didn't say that here, we were one of many; you took

14  credit for that.  You said, "As a result of marketing's

15  objections...."

16       You took credit for that from -- and -- and told that

17  to Zach Jennings, correct?

18  A.   It was --

19  Q.   Didn't you tell -- withdrawn.  Withdrawn.

20  A.   -- an e-mail.

21  Q.   Withdrawn.

22       Didn't you tell Zach Jennings that "as a result of

23  marketing's objections, the proposed standard approval has been

24  delayed pending significant revisions...," correct?

25  A.   And I also stated that there --

1    Q.   Didn't you tell that to Jack [sic] -- withdrawn.

2          THE REPORTER:  Hold on.  I can't take you both

3    talking at the same time all the time.

4          THE COURT:  Yeah.  Re- --

5          MR. VERDE:  Your Honor, can we -- can we have the

6    witness answer just the question?

7          THE COURT:  Restate the question on it.

8    BY MR. VERDE:

9    Q.   Didn't you tell Zach Jennings that "as a result of

10   marketing's objections, the proposed standard approval has been

11   delayed pending significant revisions to address the

12   following," correct?

13         THE COURT:  It's going to have to be more than

14   qualified there.  "Marketing's decision," meaning just

15   Strategic's marketing decision or marketing decisions by other

16   people?  If you can clarify that.

17   BY MR. VERDE:

18   Q.   You are referring to marketing, correct, your marketing?

19   A.   I am one of -- and I am a member of marketing, yes.

20   Q.   Okay.  Now, one of the things you talked about that they

21   needed to address was, the first point, "Moisture-wicking

22   properties."

23         That's one, correct?

24   A.   That is correct.

25   Q.   The other is, "Laundering requirements," correct?

```
 1    A.    That is correct.

 2    Q.    And then the other part is, "Whether or not the proposed

 3    standard should create a new class of healthcare worker

 4    attire."

 5          That's one of the things that they had to rethink

 6    again, correct?

 7    A.    That is correct.

 8    Q.    Okay.  Or just a level of attire that this -- that has

 9    antibacterial and fluid barrier properties that can be used in

10    the healthcare environment.

11          That's the options now, correct?

12    A.    Yes.

13    Q.    Okay.  Because before, you understood that they were going

14    to create a new class of healthcare worker attire, correct?

15    A.    That this standard would create a new class of healthcare

16    attire.

17    Q.    Right.  The ASTM standard that was just about to pass was

18    going to create a new class of healthcare worker attire,

19    correct?

20    A.    It --

21          MS. HANNA:  Objection.  Calls for speculation.

22          THE COURT:  Sustained.

23    BY MR. VERDE:

24    Q.    That's what you understood, correct?

25    A.    I understood if the standard were to be passed, the title
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   of the standard was "A New Class of Healthcare Attire."

 2   Q.   So you further indicated that "it is anticipated that the

 3   proposed standards will be approved in 2015 and that SPI will

 4   be able to compete in the market with compliant garments,"

 5   correct?

 6   A.   With some changes that we had been working on.

 7           So prior to this meeting, if I -- this breathability

 8   comment, for example, we'd been working with others on the

 9   committee and Mr. Favret to resolve this so that everybody --

10   not just SPI, but everybody -- could develop compliant

11   garments.

12           MR. VERDE:  Can I move to strike as nonresponsive?

13           THE COURT:  Okay.  Why don't you ask the question

14   again.  It will be stricken.

15   BY MR. VERDE:

16   Q.   After marketing's -- SPI marketing's involvement, you told

17   Zach Jennings that "it is anticipated that the proposed

18   standard will be -- will be approved in 2015 and that SPI will

19   be able to compete in the market with compliant garments,"

20   correct?

21   A.   Yes, because I worked for SPI.

22   Q.   Okay.  Now, you understood that as of -- oh, excuse me.

23           You understood that prior to joining ASTM, SPI did

24   not have compliant garments if they had been passed as written,

25   correct?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   A.   We had just launched our product and I was referring to
 2   the OSHA compliance, which was several years down the line.
 3   Q.   And this particular statement -- excuse me.  Withdrawn.
 4            You testified earlier that with that rule, it would
 5   make it very difficult for SPI to develop compliant, fashion
 6   scrubs, correct?
 7   A.   Yes.
 8   Q.   And now, after the new changes that you had proposed, that
 9   it is anticipated that in 2015, SPI will be able to compete in
10   the market with compliant garments, correct?
11   A.   No, I did not say that in 2015 we'd be able to compete
12   with compliant garments.  I just said that it would be approved
13   in 2015 and we'd be able to have a blueprint to then develop
14   compliant garments.  I did not say that our current garments
15   would be compliant.
16   Q.   Let's take a look -- where does the word "blueprint"
17   appear in that last sentence?
18   A.   It is based on discussions -- so standard --
19            THE COURT:  He's just saying --
20            THE WITNESS:  The --
21            THE COURT:  -- is that --
22   BY MR. VERDE:
23   Q.   Does the word "blueprint" --
24            THE COURT:  Excuse me.
25            MR. VERDE:  Sorry, Your Honor.
```

```
 1            THE COURT:  She can only take down one person.  If
 2  the Court's talking, that means everybody else be quiet.
 3            He just asked you whether or not the word "blueprint"
 4  is in that document.
 5            THE WITNESS:  The word "blueprint" does not appear,
 6  but it's --
 7            THE COURT:  Okay.  Now, next question.
 8            You've answered the question.
 9            MR. VERDE:  Thank you, Your Honor.
10  BY MR. VERDE:
11  Q.   Let's take a look at Exhibit 655.
12            MR. VERDE:  Oh, excuse me.  660 is in evidence, Your
13  Honor?  Has been received?  Thank you.
14            THE COURT:  Yes.
15  BY MR. VERDE:
16  Q.   655, please.
17  A.   655.
18  Q.   This is an e-mail that -- no, withdrawn.
19            Do you recognize 655?
20  A.   Yes.
21  Q.   Okay.  It's an e-mail exchange between you and Zach
22  Jennings, correct?
23  A.   That is correct.
24  Q.   655.1 and 655.2.  It's a two-page -- but not really much
25  on the second page.
```

```
1    A.    Right.

2    Q.    Okay.  Now, ASTM meets twice a year, correct?

3    A.    This specific committee meets twice a year.

4    Q.    Okay.  Once in January and then the other in June,

5    correct?

6    A.    Yes.

7    Q.    Okay.  And is it always in January and in June?

8    A.    It is my understanding those are the dates for this

9    specific committee.

10   Q.    Okay.  So the January 2015 committee was the first one you

11   attended by phone on, correct?

12   A.    That is correct.

13   Q.    And that Wendell Mobley attended in person, correct?

14   A.    That is correct.

15   Q.    Okay.  And so Wendell Mobley attended in person while you

16   were on the phone, and you provided a summary to Zach Jennings

17   on the successes that you had at that particular ASTM meeting,

18   correct?

19   A.    Not my personal successes.

20   Q.    Wendell's success, correct?

21   A.    Wendell's impact on the meeting.

22   Q.    Okay.  Impact on the meeting on behalf of SPI, correct?

23   A.    Yes.

24   Q.    He represented SPI's interests well, correct, in your

25   view?
```

```
 1    A.    In this meeting after our product had been launched, yes.

 2    Q.    Okay.  And that in your view, Wendell and you -- or excuse

 3    me -- Wendell went into the ASTM process in January of 2015 and

 4    he was "able to muck up the process," correct?

 5    A.    I know I wrote that word, but the idea was that we had

 6    already been -- we had already registered.  This was not a

 7    surprise --

 8              MR. VERDE:  Move to strike as nonresponsive.

 9              THE COURT:  Sustained.

10              Ask the question again and try to limit yourself just

11    to the question.

12              MR. VERDE:  I actually forgot it, Your Honor.  Let me

13    change it.

14              Can we have --

15              THE COURT:  Counsel on the other side can ask you to

16    explain on cross-examination, so she will cover that, okay?

17              THE WITNESS:  Okay.

18              MR. VERDE:  655, can I have that published, please?

19              THE COURT:  So there's no question pending now?

20              MR. VERDE:  I'm pulling back the question, Your

21    Honor.

22    BY MR. VERDE:

23    Q.    Taking a look at 655, first sentence -- well, where it

24    says, "Wendell was able...."

25              MR. VERDE:  Highlight that, "Wendell was able...."
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE WITNESS:  And I was referring to the --
 2              MR. VERDE:  No question pending.
 3              THE COURT:  Um-hmm.
 4  BY MR. VERDE:
 5  Q.   So you went back and you told Zach Jennings how well
 6  Wendell did at the ASTM meeting in January of 2015, correct?
 7  A.   I was trying to tell him that the vote was not taken.
 8  Q.   Okay.  Well, you were -- you told him that "Wendell was
 9  able to muck up the process," correct?
10  A.   We were able to -- we were able to disrupt the process to
11  get discussion.
12  Q.   Okay.  You mucked up the process and you disrupted it,
13  correct?
14  A.   We disrupted the process so that additional discussion
15  could happen.
16  Q.   Now, Ben Favret led that committee, correct?
17  A.   Mr. Favret did.
18  Q.   Do you know how long he had been in that committee?
19  A.   I do not.
20  Q.   So he's testified that he's been in that committee since
21  2011 and working on standards.
22       You wouldn't know that, right?
23  A.   I did not know that.
24  Q.   You were there for 30 -- well, you were there for, what,
25  days?  This was your first meeting?
```

1    A.    I had been working with Mr. Favret prior to the meeting

2    because we had to register our vote.

3    Q.    The question was this was your first meeting, correct?

4    A.    This was my first meeting, but not my first experience

5    with this particular standard.

6    Q.    Right.

7          So in your first meeting with Ben Favret, meaning he

8    was leading, you -- and after that meeting, you came back and

9    bragged to Zach Jennings that your colleague, Wendell Mobley,

10   had mucked up the process, correct?

11         MS. HANNA:  Objection, Your Honor.  Is there a

12   relevance to this?

13         THE COURT:  Sustained.  Sustained.

14   BY MR. VERDE:

15   Q.    Okay.  Well, let's take a look.

16         Once Wendell Mobley, in your observation, was "able

17   to muck up the process," okay, isn't it true that you believed

18   that the process was so mucked up that that was something that

19   Ben Favret couldn't recover from, correct?

20   A.    No.

21         MS. HANNA:  Objection.  Relevance, Your Honor.

22         THE COURT:  Sustained.

23   BY MR. VERDE:

24   Q.    Well, isn't it true that when -- well, withdrawn.

25         I want to take a look at the next -- there's a

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    sentence here.

 2             655, the following sentence:  "We were able to cause

 3    the group to think about addressing the need a different way."

 4             See that?

 5    A.   Yes.

 6    Q.   "Rather than creating a new class of healthcare attire,

 7    antibacterial/fluid barrier clothing should be a level of

 8    attire so that employers can specify what level of clothing

 9    different types need to wear."

10             There would be something else, a new level, correct,

11    that you referenced?

12    A.   That instead of it being a category, it would be a level

13    similar to what the ASTM committee already regulated or --

14    "regulated" isn't the right word -- that they already developed

15    a standard for with respect to surgical gowns and isolation

16    gowns.

17    Q.   So you suggested a different way of thinking, correct?

18             MS. HANNA:  Objection.  Relevance.

19             THE COURT:  Sustained.

20    BY MR. VERDE:

21    Q.   Okay.  Well, you observed, because of this rewrite -- you

22    observed that because of this rewrite that Ben Favret from

23    Vestagen was probably not up to task in rewriting those new

24    standards, correct?

25             MS. HANNA:  Objection, Your Honor.  Relevance.
```

```
 1              THE COURT:  Sustained.
 2   BY MR. VERDE:
 3   Q.   Let's take a look.
 4              After you told Zach Jennings about your -- Wendell
 5   Mobley's successes, you stated, "This is going to require a
 6   massive rewrite."
 7              MR. VERDE:  Next sentence below that, please.  Right
 8   in the middle.  The whole sentence.
 9   BY MR. VERDE:
10   Q.   "This is going to be -- this is going to require a massive
11   rewrite," correct?
12              MS. HANNA:  Objection.  Relevance.
13              THE COURT:  Sustained.
14              Ladies and gentlemen, if it's irrelevant, that means
15   you don't consider any of the event.
16   BY MR. VERDE:
17   Q.   Okay.  Well, you didn't think that -- you believed that
18   the process was so mucked up by Wendell Mobley that Ben Favret
19   would not be able to rewrite the process in a way that he could
20   recover, correct?
21              MS. HANNA:  I'm very sorry, Your Honor.  Objection.
22   Relevance.
23              THE COURT:  Sustained.
24   BY MR. VERDE:
25   Q.   I'd like you to take a look at Exhibit 630.
```

```
 1              MS. HANNA:  I'm sorry to interrupt, Counsel.

 2              Was that exhibit moved into evidence, Your Honor?

 3              MR. VERDE:  No.  I'd like to move it into evidence.

 4              MS. HANNA:  I would object.  Thank you.

 5              THE COURT:  Sustained.  It will not be received.

 6              Next question.

 7              You're going to look at what?  What was the number?

 8  6- -- Counsel, what was it?

 9              MR. VERDE:  630.

10              THE COURT:  630.

11  BY MR. VERDE:

12  Q.   Taking a look at Exhibit 630 -- take a look at that.

13  A.   Yes.

14  Q.   And you received this e-mail from Wendell Mobley, correct?

15  A.   My name is on the list, yes.

16  Q.   Okay.  And the e-mail relates to certain attachments by

17  Wendell Mobley, correct, that Wendell Mobley had prepared?

18  A.   It refers to it, yes.

19  Q.   And 630.1 through -- is a two-page -- 630 and -- 630.1 and

20  -2, it's a two-page e-mail, correct --

21  A.   Is it --

22  Q.   -- with the second page really not having much to it.

23  A.   Okay.  Yes.

24  Q.   Now, this relates to an e-mail that Wendell Mobley sent to

25  you.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              Did you review this e-mail?

 2   A.   I would have -- I believe I would have read it.

 3   Q.   Okay.  And then you would also -- it would have been your

 4   practice to review the attachments, correct?

 5   A.   Yes.

 6   Q.   And this was -- this was an e-mail that was sent in which

 7   you were cc'd on and you received in which Wendell Mobley was

 8   providing you with an update on the status of the ASTM

 9   standards that Ben Favret had been working on, correct?

10   A.   He said that it was the proposed -- he included the

11   proposed standard that ASTM was reviewing.

12   Q.   Okay.  And then he also provided you with -- he attached

13   two documents, which was a primer on OSHA and ASTM, as well as

14   a confidential file which was the draft proposed standards that

15   Ben Favret had been working on, correct?

16   A.   That he downloaded from the ASTM.

17   Q.   Okay.  And you reviewed the standards?

18   A.   That specific -- it's called a draft, and I would -- I

19   probably would have reviewed that draft.

20             MR. VERDE:  Okay.  Your Honor, I'd like to have this

21   document received into evidence.

22             MS. HANNA:  Relevance.

23             THE COURT:  I don't know.

24             MR. VERDE:  Okay.

25             THE COURT:  I don't know what the document is.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              MR. VERDE:  It's the update on the status of the ASTM

 2    standards.

 3              THE COURT:  Sustained.

      BY MR. VERDE:

 4

 5    Q.   Did you have an understanding that Ben Favret was working

 6    on developing ASTM standards that would be applied across the

 7    board?

 8    A.   I had an understanding that from early in 2010, based on

 9    articles that I had read, that Mr. Favret was working to

10    develop an industry standard.

11    Q.   Okay.  And the industry standard applied with respect to

12    the fabrics that he was -- he was working on, correct?

13    A.   An industry standard for a particular kind of product, not

14    across all medical apparel, but for a narrow definition of

15    medical apparel.

16    Q.   And what was that related to?  It related to antimicrobial

17    products, right?

18    A.   It had --

19              MS. HANNA:  I'm sorry.  Relevance.

20              THE COURT:  Overruled.

21              THE WITNESS:  It would be apparel that had

22    antimicrobial and fluid barrier properties.

      BY MR. VERDE:

23

24    Q.   Okay.  Which VESTEX -- which was part of VESTEX, correct?

25    A.   VESTEX does produce those.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   Q.   Okay.  And that one of the standards, as you understood

2   it, was that -- one of the strategies, as you understood it,

3   was that Ben Favret was trying to get standards across the

4   board that would relate to the medical apparel industry,

5   correct?

6   A.   I don't know what you mean by "standards across the

7   board."

8   Q.   Well, that they -- he was trying to create some sort of

9   new product, correct?

10  A.   That he was trying to --

11  Q.   Withdrawn.  Withdrawn.

12          The ASTM standard, you understood that that provides

13  certain testing standards for certain companies, correct -- or

14  industries, correct?

15  A.   That is not what I understand.

16  Q.   Okay.  Your understanding of ASTM is that there are --

17  well, withdrawn.

18          Certainty and Certainty Plus, they were tested using

19  ASTM standards, correct, ASTM-approved testing?

20  A.   Not a standard, a testing protocol.  Very different than a

21  standard.

22  Q.   Testing protocol approved by ASTM, correct?  That's why

23  it's called ASTM, correct?

24  A.   It was a testing protocol approved by a specific committee

25  within ASTM.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    Q.    Okay.  And so the protocols would be -- would have to be

2    followed by companies if they wanted to -- withdrawn.

3              These protocols, what did you understand them to be?

4    A.    So there is a difference between protocols and standards.

5              A protocol or a test is just you do X, Y, and Z and

6    you expose something to something else and you count what's

7    left or you see how long it takes something to burn, and that's

8    a test.

9              A standard would draw upon using several multiple

10   different tests and say, "Here are the specific levels you need

11   to have," whether it's for, you know, comfort or for abrasion

12   or how long it has to last in, you know, a laundry or how many

13   times you have to wash something while it's being -- while you

14   are in the test process.

15   Q.    The ASTM meeting that you attended in January of 2015, you

16   understood that there were certain standards that they were

17   working on as it relates to fabric, correct?

18   A.    There was a single -- there was not any standard that was

19   related to fabric.

20   Q.    Well, what was the -- was there a certain work order that

21   was being utilized or considered?

22              MS. HANNA:  Objection.  Relevance.

23              THE COURT:  Sustained.

24   BY MR. VERDE:

25   Q.    Well, taking a look at Exhibit 630 --

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Do you have that in front of you, 630?

 2              THE WITNESS:  I have 630 in front of me.

 3    BY MR. VERDE:

 4    Q.   And now I want you to take a look at Exhibit 631.1.

 5    A.   Okay.

 6    Q.   Exhibit 631.1, those are the attachments to Exhibit 630,

 7    correct?

 8    A.   They appear to be.

 9    Q.   And you understood -- excuse me, withdrawn -- that under

10    630, that Wendell Mobley was reporting to you and also Mike

11    Singer about their views concerning opinions made by Ben Favret

12    in the movement of OSHA and ASTM, correct?

13    A.   When you say "their views," I don't understand what you

14    mean.

15    Q.   Excuse me.  Taking a look at 630.1, Wendell Mobley writes

16    to you that -- as a member of the team, that "Vestagen CEO Ben

17    Favret is correct, there is movement by OSHA, ASTM, and AORN

18    towards antimicrobial apparel for healthcare workers."

19              Do you see that?

20    A.   I do see that.

21    Q.   Okay.  "His overall message to SPI, we need to adopt the

22    uniform specs being finalized by ASTM, which will be considered

23    for adoption by OSHA."

24              Do you see that?

25    A.   I do see that.
```

1    Q.   Okay.  Now, did you speak -- when did you -- did you speak

2    to Wendell Mobley about this particular item?

3    A.   I have no recollection.

4    Q.   Okay.  And then he attaches two key documents -- he calls

5    it two key documents -- a primer on OSHA and ASTM and the other

6    would be the confidential file on proposed standard

7    specifications for breathability and antibacterial barrier

8    attire for healthcare.

9             Do you see that?

10   A.   I do see that.

11   Q.   And you understood that Ben Favret was part of that

12   committee, correct?

13   A.   I don't remember what I understood at that time.

14   Q.   Okay.  Well, you do that now -- you understand that now,

15   right, that Ben Favret was part of that committee?

16   A.   Yes.

17   Q.   Okay.  And that that committee had -- that there was a --

18   taking a look at Exhibit 631.5, which was an attachment to

19   630 --

20   A.   Okay.

21   Q.   -- there is the proposed standard specifications for

22   breathability and antibacterial barrier attire for healthcare.

23            That's what ASTM had been working for -- working on,

24   correct?

25            MS. HANNA:  Objection.  Foundation.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1                THE COURT:  Overruled.
 2                THE WITNESS:  So I understood that this was a draft
 3     of a proposed standard for -- standard specification for
 4     breathable antibacterial barrier attire for healthcare.
 5     BY MR. VERDE:
 6     Q.   Okay.  And it was a draft that you -- excuse me.
 7                And right above that draft, there's a notation that
 8     says that the document is confidential, correct?
 9     A.   Right --
10     Q.   Right around this -- in the writing right above the top
11     page of 631.5.
12     A.   631.5.  I don't see where it says "Confidential."
13     Q.   "This document is -- this document is not an ASTM
14     standard.  It is under consideration within an ASTM technical
15     committee, but has not received all approvals required to
16     become an ASTM standard."
17                You see that, right?
18     A.   Um-hmm, I do see that.
19     Q.   It says you agree not to "reproduce or circulate or quote,
20     in whole or in part, this document outside the ASTM committee
21     society, or submit it in any other organization or standard
22     body, committee having jurisdiction, and the written
23     authorization of the president of the society, and if you do
24     not agree with these conditions, please immediately destroy all
25     copies of the document."
```

1              Do you see that?

2    A.    Yes.

3    Q.    You had an understanding that this was meant to be

4    confidential, correct?

5    A.    So that it should not be used outside of ASTM society

6    activities.   And I believe that Wendell was an ASTM committee

7    member at that time, so this was part of the activities.

8    Q.    Right.   And that's how he was able to get this, as you

9    understand it, correct?

10   A.    Yes.

11   Q.    And so you went over these standards with Wendell Mobley,

12   correct?

13   A.    I don't remember.

14   Q.    Okay.   Well, taking a look at this document, turn to page

15   631.10.

16   A.    631.10.   Okay.

17   Q.    And I want to direct your attention to ASTM E2149.

18   A.    Okay.

19   Q.    There is a section right in the middle where it says

20   "Minimum Antibacterial Performance Requirements."

21   A.    Yes.

22   Q.    Now, it sets forth, as you under- -- is it correct to say

23   that this sets forth a minimum -- performance requirements for

24   antibacterial fabrics, correct?

25   A.    On a -- on a particular test.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    Q.   Right.   That's what a standard committee was considering,

 2    correct?

 3    A.   Yes.

 4    Q.   And this was the standard that Mr. Favret was working on,

 5    correct?

 6              MS. HANNA:  Objection.

 7              THE COURT:  I'm sorry?

 8              MS. HANNA:  Objection.  Lacks foundation.  Calls for

 9    speculation.

10              THE COURT:  Overruled.

11              THE WITNESS:  So I know --

12              THE COURT:  Sustained.  No, no, sustained.

13              MS. HANNA:  Thank you.

14    BY MR. VERDE:

15    Q.   Well, you understood that this proposed standard, which

16    was called WK38455, that was something that Ben Favret had been

17    working on, correct?

18              MS. HANNA:  Same objection, Your Honor.

19              THE COURT:  Of foundation?

20              MS. HANNA:  Foundation.

21              THE COURT:  Overruled.

22              MS. HANNA:  Relevance.

23              THE COURT:  I'm sorry.  The second one was what?

24              MS. HANNA:  I'm sorry.  And relevance.

25              THE COURT:  You got it.  Sustained on relevance.
```

```
1    BY MR. VERDE:

2    Q.   So taking a look at the antimicrobial standards, there's a

3    section here that says "Log Reduction."

4             Do you see that?

5    A.   On --

6    Q.   Page 631.10.

7    A.   I see that.

8    Q.   Okay.  Now, there is a "Log Reduction" section that says

9    "Four or Greater."

10             Do you see that?

11   A.   On --

12   Q.   Right in the middle of the page.

13   A.   It's not a "Log Reduction" section.

14   Q.   It says, "A minimum required performance level."

15             Do you see that?

16   A.   That was for the proposed, yes.

17   Q.   Okay.  And so what's your understanding of what a log

18   reduction -- equal to and greater than four log reduction?

19             MS. HANNA:  Relevance.  Foundation.

20             THE COURT:  Overruled.

21             THE WITNESS:  99 -- that it would be greater than or

22   equal to 99.99 percent.

23   BY MR. VERDE:

24   Q.   Okay.  And that would be related to antibacterial, greater

25   than -- the new -- the upcoming standards would be 99.99 as it
```

1  relates to antibacterial products?

2  A.   Yeah.  And one of the questions that we had was that 2149,

3  it says here, is one hour, but the protocol is not one hour.

4  So we raised that as an issue of an inconsistency of how could

5  that particular test be used for one hour.  So it was

6  inconsistent.

7  Q.   So you were using this document to raise the

8  inconsistencies of ASTM?

9  A.   This would have -- may have been this document, it may

10  have been a June document.  But this was an inconsistency that

11  was still in the June document.

12  Q.   Okay.  And the log reduction of greater than four, that's

13  99.99 percent, correct?

14  A.   Yes.

15  Q.   Okay.  And that means a log reduction of 99.99 of

16  antimicrob- -- of bacteria on the fabric, correct?

17  A.   Yes.

18       MR. VERDE:  Your Honor, I'd like to have 630 and 631

19  moved into evidence --

20       MS. HANNA:  Objection.

21       MR. VERDE:  -- received.

22       THE COURT:  On?

23       MS. HANNA:  Relevance.  Hearsay.

24       THE COURT:  Sustained.

25       MS. HANNA:  Thank you.

```
 1   BY MR. VERDE:
 2   Q.    Let me go back to Exhibit 631.1, taking a look at that.
 3         This is a document that was prepared by Wendell
 4   Mobley and it was shared with you.
 5   A.    Okay.
 6   Q.    Now, what was one of the things that -- Wendell Mobley
 7   described to you a standard that was imminent, correct?
 8   A.    It appears that he wrote about a standard, yes.
 9   Q.    And that it was -- it was imminent in terms of "widespread
10   adoption by employers, professional associations, or other
11   influential bodies which could benefit Vestagen due to its
12   positioning as a licensor of technology that ostensibly meets
13   the ASTM draft specifications," correct?
14   A.    I see that that's what's written.
15   Q.    Okay.  And that was something that you read, correct?
16   A.    I can't -- I may have, I may not have.  I --
17   Q.    You testified earlier it's your practice, correct?
18   A.    It's my practice, so --
19   Q.    Okay.
20   A.    -- I probably would have read that.
21   Q.    When you read that, what was your reaction?
22   A.    I have no recollection.
23   Q.    Okay.  The next -- he makes a number of recommendations,
24   and let me know if you agree with this, the recommendations
25   that he has made.
```

```
 1                "If SPI" --

 2                MS. HANNA:  Objection, Your Honor.

 3                THE COURT:  I didn't hear the -- go ahead.

 4    BY MR. VERDE:

 5    Q.   He makes a number of recommendations.

 6                "If SPI is concerned about the prospect of widespread

 7                adoption by healthcare employers, we should consider

 8                meeting or beating the ASTM final specs.  I am unsure

 9                whether we have enough time to recommend any change

10                in specs at this late stage in the ASTM  balloting

11                process or whether a proposed change would be

12                entertained.  We would have to further research this

13                scenario."

14                Do you see that?

15    A.   I do see that.

16    Q.   Okay.  Was there a discussion within SPI whether they

17    should adopt or beat the upcoming ASTM final specs?

18                MS. HANNA:  Objection.  Relevance.

19                THE COURT:  Sustained.

20    BY MR. VERDE:

21    Q.   Did you have an understanding after talking to Wendell

22    Mobley that SPI was looking at standards that could potentially

23    impact its business if it was -- if it was passed by ASTM?

24                MS. HANNA:  Objection.  Relevance, Your Honor.

25                THE COURT:  Sustained.
```

```
1    BY MR. VERDE:

2    Q.   I want you to take a look at Exhibit 659, please.  Let me

3    know when you're done.

4    A.   Okay.

5    Q.   Do you recognize this document?

6    A.   It's an e-mail thread.

7    Q.   Okay.  And it's an e-mail thread regarding the performance

8    level of SPI products, correct?

9    A.   It's an e-mail thread, actually, about a comment that is

10   being made on Allheart about Vestagen.

11   Q.   And it's also related to advertising, correct?

12   A.   It's related to the way they described Vestagen --

13   Allheart describes Vestagen's product on their website.

14   Q.   Okay.  And there's a discussion there about Certainty and

15   Certainty Plus standards, correct?

16   A.   There is a -- there is a brief discussion about how we

17   manufacture product.

18   Q.   Okay.  And that your antimicrobial product had a log

19   reduction of 99.9 percent, correct?

20   A.   Yes.

21   Q.   Okay.  Your antimicrobial product did not have a log

22   reduction of 99.99 percent, as was indicated in the memo of

23   Wendell Mobley back in -- back as shown in Exhibit 630,

24   correct?

25   A.   I don't know what you're --
```

1    Q.   Sorry.  Withdrawn.  Withdrawn.

2         99.99, that was the level of antimicrobial log

3    reduction for Certainty and Certainty Plus, correct?

4    A.   That is the level that Vestagen has.

5    Q.   Well, with respect to you, was 99.9 that was -- Certainty

6    and Certainty Plus was 99.9 percent, correct?

7    A.   That we used with respect to our manufacturing facilities

8    in order to understand if they were applying enough

9    antimicrobial.

10   Q.   And the standard was 99.9 percent?

11   A.   That was a standard that we used in order to make sure

12   that they were not shorting us on applying chemical to the

13   product.

14   Q.   And it wasn't -- you weren't using a standard of 99.99

15   percent, correct?

16   A.   There was no need to.

17   Q.   And why was that?

18   A.   Because we were -- we talked about odor control and fabric

19   degradation, and we used this standard to help us make sure

20   that we were having good quality control with respect to our

21   manufacturing.

22   Q.   Okay.  And so if you were looking at antimicrobial

23   reduction in terms of kills, 99.99 percent matters, correct?

24   A.   Anything over .1 percent matters, because if you're doing

25   anything, then it matters.

1   Q.   There's a -- in Exhibit 659, Wendell Mobley says to you in

2   an e-mail, "We will release products that has a lower bacterial

3   reduction from 9" -- "We will release product that has a lower

4   bacterial reduction than 99.99 percent according to Vickie

5   Nellor."

6          Who's Vickie Nellor?

7   A.   Vickie Nellor is our director of production.

8   Q.   Okay.  And Wendell Mobley says, "I don't see how we can

9   make this claim."

10          Do you see that?

11  A.   Yes.

12  Q.   And your response, "Any claim that is not equal to or

13  greater than the one stated by Vestagen -- Vestagen doesn't

14  seem like a good strategy."

15  A.   I did not make that statement.

16  Q.   That's Wendell Mobley.

17  A.   You attributed it to me.

18  Q.   Okay.  No, I'm saying Wendell Mobley made that statement,

19  right, to you?  "Any claim that is not equal to or greater than

20  the one stated by Vestagen doesn't seem like a good strategy,"

21  correct?

22  A.   He made that statement.

23  Q.   What was your reaction when he said that to you?

24          MS. HANNA:  Objection.  Relevance.

25          THE COURT:  Sustained.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    BY MR. VERDE:

 2    Q.   Okay.  Well, didn't you decide later on that perhaps you

 3    could modify the statement to say "99.9 percent or greater

 4    bacterial reduction," rather than saying "99.99 percent"?

 5              MS. HANNA:  Objection.  Relevance.

 6              THE COURT:  Sustained.

 7              Ladies and gentlemen, we're going to break at this

 8    time.  It's 2:30.  It's our afternoon break.  We'll come back

 9    in in 15 minutes and we'll -- we'll go ahead until 4 o'clock.

10    We will be breaking at 4 o'clock.

11              Remember the admonishment not to discuss the case

12    among yourselves or with anybody else or form or express any

13    opinions about the matter until it's submitted to you and you

14    retire to the jury room.

15              We'll be in recess.

16              MR. VERDE:  Your Honor, may we have an opportunity to

17    address the Court briefly?

18              THE COURT:  We are in recess.

19         (Recess taken 2:30 to 2:47 P.M.)

20         (The following was heard outside the presence of the

21         jury.)

22              MR. VERDE:  Your Honor, can I address the Court

23    briefly?

24              THE COURT:  Yes, Counsel, just briefly.  We have a

25    jury and I don't like to keep them waiting.
```

```
 1              MR. VERDE:  No, I do understand, Your Honor, but the
 2    crux of our case is the ASTM.
 3              THE COURT:  Counsel, I don't care about the crux of
 4    your case; I care about how you put it on.  It's got to be put
 5    on in a legal and proper way.
 6              MR. VERDE:  My preference, then, Your Honor, is if I
 7    can re-call Renata Ritcheson, I'll put on Ben Favret.
 8              I would like to excuse her for a few minutes.  I'd
 9    like to excuse her, put Ben Favret on, and then --
10              THE COURT:  For five or ten minutes or what?  Because
11    she has a right to be excused also.  You called her.  She has
12    the right to have her entire testimony taken at the same time
13    and then be excused.  That's the way the court works.
14              MR. VERDE:  No, I understand, Your Honor, but I'd
15    like to put Mr. Favret on for about 30 minutes and then perhaps
16    have the option of re-calling her.
17              MS. HANNA:  We would object to that, Your Honor.
18    Counsel had the opportunity to tell us the order.
19              THE COURT:  Sustained.
20              MS. HANNA:  Thank you.
21              THE COURT:  Let's put the jury back in the jury box.
22         (Recess taken 2:48 to 2:50 P.M.)
23         (Jury in at 2:50 P.M.)
24              THE COURT:  Okay.  The record will reflect all of the
25    members of the jury are in their respective seats in the jury
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   box.  The witness is on the witness stand and we are in direct

2   examination.

3            MR. VERDE:  Your Honor, based on our off-the-record

4   discussions with -- we have no more questions.

5            THE COURT:  Okay.  Cross.

6            MS. HANNA:  Yes.  Thank you, Your Honor.

7                       CROSS-EXAMINATION

8   BY MS. HANNA:

9   Q.   Ms. Ritcheson, good afternoon.

10  A.    Hello.

11  Q.   Okay.  I just have a couple of questions for you following

12  up on counsel's direct examination.

13            Specifically, I'd like to take you back to -- and I

14  believe this has been admitted into evidence -- the "Frequently

15  Asked Questions" page for -- and that's 749.

16            It's been admitted, so we can publish that to your

17  monitor if that's more convenient.

18            749-5, if you could look at that, please.

19  A.    Yes.

20            MS. HANNA:  And if we could blow up the section that

21  talks about, "How quickly does it act?"  Thank you.

22  BY MS. HANNA:

23  Q.   All right.  Did you have any input with respect to the

24  wording of that claim?

25  A.    Yes, I did.

```
 1    Q.   And how did you come up with --

 2              THE COURT:  Move closer to the microphone, please.

 3              THE WITNESS:  Yes, I did.

 4    BY MS. HANNA:

 5    Q.   How did you arrive at the specific wording of that section

 6    of the "Frequently Asked Questions" page of the web page?

 7    A.   I spoke with both of our technology providers, Dow and

 8    IFTNA, and got an understanding of what happens to a single

 9    cell when it comes into contact with treated fabric, as opposed

10    to what happens during a test when millions of cells are

11    exposed.  They approved the statement before we published it to

12    our website.

13    Q.   And can I ask you to take a look at Exhibit 269.  It

14    should be Binder 2, black Binder 2.

15              THE CLERK:  269?

16              MS. HANNA:  Yes, 269-1.

17              THE WITNESS:  Okay.

18    BY MS. HANNA:

19    Q.   Do you have that e-mail in front of you?

20    A.   I do have that e-mail in front of me.

21    Q.   Can you identify the date on that e-mail, please?

22    A.   The date on that e-mail is 6/21/2016.

23    Q.   Is that at or about the time that the wording on the

24    "Frequently Asked Questions" was first published to the

25    website?
```

```
 1   A.   That is correct.

 2   Q.   And is that -- who are the senders and receivers of that

 3   e-mail?

 4   A.   It is between myself and a gentleman by the name of Bob

 5   Monticello.  Bob Monticello was the representative -- the

 6   individual that Dow had identified to -- for me to understand

 7   the mode of action and to approve this statement.

 8            MS. HANNA:  Your Honor, I'd like to admit 269 into

 9   evidence.

10            THE COURT:  Be received.

11       (Trial Exhibit 269 admitted into evidence.)

12   BY MS. HANNA:

13   Q.   Can we go ahead and put that up so that we can take a look

14   at it on the monitor with you.

15            Starting at the -- it would be helpful if I had it,

16   too, so let me just get that.

17            Going from the bottom up of that e-mail, can you

18   please describe the discussion between you and the

19   representative from Dow Chemical with respect to that -- the

20   wording on the website?

21   A.   So my understanding -- my conversation with Dow Chemical

22   from the very beginning of the conversation back at the

23   beginning of June was to understand how a -- what happens to a

24   single cell.

25            And Dow referred me to Bob Monticello, who is a
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   gentleman that they have under contract, and I spoke with him

 2   several times on phone calls.  The e-mails talk about us trying

 3   to get a call together.

 4            He explained it.  I crafted a statement and then sent

 5   it to him and said, "Do you" -- basically, "Do you approve this

 6   statement?"

 7   Q.   So let's take a look at the bottom e-mail on 269-1 from

 8   Renata to Mr. Monticello dated June 16, 2016.

 9            "Bob, Hope all is well.  I just wanted to run a

10   question and answer by you for our FAQ from Certainty -- about

11   Certainty and Certainty Plus," and then you have there,

12   verbatim, "How quickly does the antimicrobial fabric technology

13   in Certainty and Certainty Plus start working?"

14            And then the response that you've crafted is below

15   that, correct?

16   A.   That is correct.

17   Q.   And it includes the statement that Counsel read to you:

18   "The technology affects the ability of the cell to replicate,

19   as well as its ability to remain viable.  Essentially, the

20   bacteria cell is rendered ineffective immediately."

21            That's what you submitted to Dow for approval?

22   A.   Yes, it is.

23   Q.   And just to quickly remind the jury, why are you

24   submitting it to Dow for approval?

25   A.   Dow -- per our contract with Dow, they required us to
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1    submit any marketing materials to them.

2    Q.   And then I guess you followed up after that.  And then

3    there is a response from him at the very top of that page,

4    correct?

5    A.   Yes.

6    Q.   "Hi, Renata.  Sorry for the late response.  I did see this

7    and thought that you worded this VERY," all caps, "well.  The

8    Silvadur does start working on contact just as you describe."

9            Do you see that?

10   A.   Yes.

11   Q.   After you received this confirmation from Dow, is that

12   when you posted the question and answer as you crafted it here

13   onto the "Frequently Asked Questions" website?

14   A.   We -- in similar timing, we got this response from IFTNA

15   and we posted the response shortly thereafter.

16            MS. HANNA:  Thank you.  I have nothing further.

17            THE COURT:  Redirect in that area?

18            MR. VERDE:  None, Your Honor.

19            THE COURT:  Okay.  You may step down.

20            I'm going to ask you to hold this witness until the

21   end of the day, Counsel.

22            MS. HANNA:  Yes, Your Honor.

23            THE COURT:  Okay.  Next witness.

24            MR. VERDE:  Ben Favret, Your Honor.

25            THE COURT:  Okay.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1          THE CLERK:  You may be seated, and I will just remind

2    you you are still under oath.

3          THE WITNESS:  Yes, ma'am.

4          THE COURT:  Okay.  You may inquire, Counsel.

5                    BEN FAVRET,

6          having been previously duly sworn,

7               testified as follows:

8                 DIRECT EXAMINATION

9    BY MR. VERDE:

10   Q.   Good afternoon, Mr. Favret.

11   A.   Good afternoon.

12   Q.   When did you first meet Mr. Singer?

13   A.   I want to say it was in early 2011.

14   Q.   Well, what was the purpose of you meeting Mr. Singer?

15   A.   Marty Morawski had contacted Brian Crawford and invited us

16   to their offices to present our research and technology.

17   Q.   And concerning what?

18   A.   Our VESTEX apparel.

19   Q.   And what is your -- and your VESTEX apparel is what you

20   previously testified to?

21   A.   Correct.

22   Q.   Now, did they have -- at that time, did they -- did you

23   understand SPI to have a similar product as Vestagen?

24   A.   They had nothing similar.

25   Q.   Okay.  Now, did you conduct any research regarding SPI

1    prior to meeting with SPI?

2    A.   Very little is available.  There -- not a lot of

3    information is available about Strategic Partners.

4    Q.   What is your --

5    A.   We looked around, but we couldn't find anything.

6    Q.   What was your understanding as to who Strategic Partners

7    was?

8    A.   I knew they were the largest player in the marketplace and

9    they had many brands, Dickies, Cherokee, things like that.

10   Q.   Marketplace for what?

11   A.   Healthcare worker apparel.

12   Q.   And why was that attractive to you?

13   A.   As an entrepreneurial startup company, partnering with the

14   biggest player in that side of the market would have been

15   transformative and helped us get our technology out to more

16   healthcare workers.

17   Q.   And when you say get your technology out, what do you mean

18   by that?

19   A.   Make it available to them.

20   Q.   What, if any, limitations did you have?  Why did you feel

21   like you needed to meet with SPI?

22   A.   Sure.  Sure.  We were a very small start-up company.

23   Originally, we only had about $2 million of funding to do all

24   of our research and everything, so we were looking for partners

25   who could kind of give us more distribution and access to the

1   marketplace that we didn't have as a small start-up company.

2   Q.   Did you have discussions over your -- over your

3   technology?

4   A.   Multiple.

5   Q.   Now, when you had these discussions with Mr. Singer and

6   Mr. Morawski, how did they receive your presentation, your

7   understanding?

8   A.   The comment was that "y'all have the best solution out

9   there."  They were thoroughly impressed by the research and our

10  technology.  It was something they'd never seen before.  And

11  the quote from Mr. Singer was, "If we do something in this

12  market, we'll do it with you."

13  Q.   Okay.  Now, did you guys discuss entering into some sort

14  of confidentiality agreement?

15  A.   We did.

16  Q.   And can you explain the context in how you entered --

17  decided to enter --

18          THE COURT:  First of all, what was the date, the date

19  that you entered into the confidentiality agreement?

20          THE WITNESS:  I don't remember the exact date.

21          THE COURT:  No, I mean the year.

22          THE WITNESS:  It was end of 2011, something like

23  that, I believe.

24          THE COURT:  Go ahead, counsel.

25  ///

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   BY MR. VERDE:
 2   Q.   Now, prior to 2011, was there a discussion about the
 3   exchange of information being kept confidential?
 4   A.   Yeah.  When we -- from our first meeting, we talked about
 5   the importance of confidentiality and things that we shared in
 6   the market.
 7   Q.   Okay.  And why was that important to you?
 8   A.   Because we had proprietary information, strategies,
 9   compendiums of research that we had done, market knowledge, and
10   technology that had results that no one had ever seen before in
11   the marketplace.
12   Q.   And when you say your "strategies," what were you -- what
13   did you consider as a secret, trade secret, with respect to
14   your strategy?
15   A.   Our approach to the market, in that how we were going to
16   work with and had engaged with the regulatory agencies to set
17   new standards in the marketplace that filled the gap in
18   healthcare worker safety between non-protective apparel and
19   personal protective equipment and bring those products to
20   market.
21   Q.   How were you going to go ahead and do that?
22   A.   Through our meetings with OSHA and NIOSH, we were working
23   with ASTM, the standard-setting organization and had been
24   appointed the leader -- the chairperson of the work group to
25   promulgate that standard.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   Q.   What made you decide to go to ASTM and be a member of that

2   group?

3   A.   The conversations that we had with OSHA and NIOSH had led

4   us to ASTM and their desire to create a standard to protect

5   healthcare workers.

6   Q.   And what was your understanding of the role of ASTM

7   standards they promulgated as it relates to OSHA?

8   A.   OSHA prefers to have consensus standards from the market

9   to reference in their regulations, as opposed to just

10  writing -- writing law.

11  Q.   And so what was the role of ASTM on that end?

12  A.   ASTM becomes the body that certifies the standard and

13  publishes it and gets it out to the market, and then when OSHA

14  writes their law, then they reference that standard.

15  Q.   And so in 2011, had you already joined ASTM?

16  A.   I did.

17  Q.   Okay.  Now, the -- that was just -- how long have you been

18  at -- had you joined ASTM in 2011?

19  A.   I had just started.

20  Q.   And so the -- and your goal when you joined ASTM was what?

21  A.   Well, initially, I was just meeting the people and stuff

22  like that and kind of learning the lay of the land, and then

23  eventually proposed the idea of the standard to the committee.

24  Q.   When you say a "standard," what do you mean by that?

25  A.   I made -- was invited to make a presentation on what a new

```
 1    standard would look like and where it would fit into the market

 2    and how the committee could work together to write and develop

 3    the standard.

 4    Q.   Okay.  And what was the -- what was your goal with respect

 5    to that standard that you were trying to develop?

 6              MS. HANNA:  Objection.  Relevance, Your Honor.

 7              THE COURT:  Overruled.

 8              THE WITNESS:  The goal was to develop the standard

 9    and have it create this new category of healthcare worker

10    apparel that filled the gap in healthcare worker safety.

11    BY MR. VERDE:

12    Q.   When you say "healthcare apparel" -- "healthcare worker

13    apparel," what are you referring to?

14    A.   The scrubs, the stuff that doctors and nurses wear every

15    day in the hospital or in healthcare settings.

16    Q.   And when you say "healthcare settings," what kind of

17    settings?  Like dental offices?

18    A.   Hospitals, nursing homes, surgery centers, long-term care

19    facilities, oncology offices.  Any place where healthcare

20    workers or their patients have a risk of blood, bodily fluids,

21    or microbial transmission, we felt that this was a better

22    solution than the non-protective apparel that they wear today.

23    Q.   And how did you come to that solution?  How did you go

24    about coming up with that solution?

25    A.   The research that we had done is what a standard is based
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1    off of.  You can't just write a standard unless you have a

 2    product that can actually meet those parameters, and then you

 3    can come up with a standard.

 4              And the standard is to protect the consumer and to

 5    give guidance to the market, as well.

 6    Q.    Okay.  And are you familiar with the term "HAI"?

 7    A.    Of course.

 8    Q.    What is "HAI"?

 9    A.    Healthcare-acquired infections.

10    Q.    And what does HAI have to do with the product that you

11    were creating?

12    A.    Well, by breaking the chain of transmission and by

13    lowering the bioburden on the garment, you hope that you can --

14    just like when you wash your hands.  You don't prevent an

15    infection with washing your hands or wiping a surface, you

16    lower the bioburden.  By lowering the bioburden on more

17    surfaces, you lower the probability or the risk of infection.

18              MS. HANNA:  Your Honor, is this the witness's opinion

19    or scientific testimony?  Lacks foundation.  Outside --

20              THE COURT:  What's -- what's the --

21              MS. HANNA:  Move to strike.

22              THE COURT:  Sustained.  It will be stricken.

23              MS. HANNA:  Thank you.

24    BY MR. VERDE:

25    Q.    What's your understanding of the role of your product as

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1    it relates to the reduction of bacteria on clothing -- or on

2    scrubs worn by healthcare workers?

3    A.   Sure.

4             MS. HANNA:  Objection.  Relevance.

5             THE COURT:  Sustained.

6    BY MR. VERDE:

7    Q.   Okay.  What were the type of standards that you were

8    trying to develop?

9    A.   Standards that documented how much contamination is

10   removed from the garment and the level of fluid barrier

11   protection, as well as the level of breathability.

12   Q.   Was that measured in any fashion?

13   A.   Yes, it was.

14   Q.   And how was it measured?

15   A.   The antimicrobial activity was -- 99.99 percent reduction

16   is what was required in under one hour; the fluid barrier was a

17   test called impact penetration, that you had to have a score of

18   below 10; and then the breathability -- they had a

19   breathability score, as well.

20            MS. HANNA:  I'm sorry, Your Honor.  Again, objection.

21   Lacks foundation.

22            THE COURT:  Overruled.

23   BY MR. VERDE:

24   Q.   And in your mind, what was the significance of 99.99?

25   A.   That was what the Food and Drug Administration had said is
```

```
 1    required for --
 2              MS. HANNA:  Objection.  Hearsay.
 3              THE COURT:  Sustained.
 4    BY MR. VERDE:
 5    Q.   What is your understanding of what the Food and Drug
 6    Administration's position is with respect to 99.99?
 7              MS. HANNA:  Objection.  Hearsay.
 8              THE COURT:  Sustained.
 9    BY MR. VERDE:
10    Q.   Did you have any contact with the Food and Drug
11    Administration?
12    A.   Yes, sir.
13    Q.   Okay.  And what was the purpose of you having contact with
14    the FDA?
15    A.   Relative to the standard, it was to come up and have their
16    opinions and thoughts put into the standards.  And we had
17    multiple meetings with them to get their guidance into the
18    standard.
19    Q.   The 99.99 percent -- withdrawn.
20              After meeting with the FDA, what standard did you
21    decide to implement?
22    A.   Based on the recommendations --
23              MS. HANNA:  Objection.
24              THE COURT:  Sustained.
25    ///
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   BY MR. VERDE:

 2   Q.   Just answer the question.

 3           Based on -- after meeting with the F- --

 4   A.   A 99.99 percent reduction in under one hour using the ASTM

 5   E2149 test method.

 6           THE COURT:  That's what you recommended?

 7           That's what you recommended?

 8           THE WITNESS:  Yes, sir.

 9           THE COURT:  Okay.

10   BY MR. VERDE:

11   Q.   Now, why under one hour?

12   A.   Because healthcare workers move quickly from room to room,

13   patient to patient, and it was important that you had an

14   antimicrobial that -- or bioburden reduction rapidly.

15   Q.   Why not 99.9?

16   A.   Because that isn't a clinically relevant reduction.

17           MS. HANNA:  Objection.  Beyond the scope.

18           THE COURT:  Sustained.

19   BY MR. VERDE:

20   Q.   Now, when you --

21           MS. HANNA:  Move to strike.

22           THE COURT:  Be stricken.

23   BY MR. VERDE:

24   Q.   Now, when you -- when did you provide the submission to

25   ASTM?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    A.   The first draft was probably in the January meeting in

 2    2012 or so, would be my guess.  I can't remember exactly the

 3    date of the first draft submission that I wrote.

 4    Q.   At that time, had you already executed the confidentiality

 5    agreement with SPI?

 6    A.   I believe so.

 7    Q.   Okay.  Now, what, if any, communications did you have --

 8              THE COURT:  Let me ask you a question.  Was that

 9    confidentiality agreement in writing?

10              THE WITNESS:  Yes, sir.

11              THE COURT:  Okay.

12    BY MR. VERDE:

13    Q.   And there's also discussions between you and Mike Singer

14    regarding confidentiality, correct?

15    A.   Extensive.

16    Q.   And the conversations that you had with Mike Singer

17    regarding confidentiality, can you describe what that is?

18    A.   We talked about the importance of what we were doing and,

19    as a small company, how important it was for us to be

20    protected.

21    Q.   Okay.  And one of the things -- excuse me.

22              The information regarding the work that you were

23    doing with ASTM, did you consider that to be confidential?

24    A.   Absolutely.

25    Q.   Why?
```

```
 1              MS. HANNA:  Objection, Your Honor.  Relevance.
 2              THE COURT:  Sustained.
 3   BY MR. VERDE:
 4   Q.   Why do you believe -- did you have an understanding
 5   that -- withdrawn.
 6              What was your background prior to becoming a --
 7   working in this particular field?
 8   A.   I worked in the healthcare/biotech/pharma field for 22
 9   years at the time.
10   Q.   Okay.  Now, with your -- withdrawn.
11              With your involvement with ASTM, did you -- were you
12   involved in any committees?
13   A.   Yes.
14   Q.   And what type of committees were you involved in?
15   A.   The personal protective equipment committee.
16   Q.   Did you lead any committees?
17   A.   I did.  The biologics subcommittee work group on this
18   standard.
19   Q.   And did that work group have a certain number or name
20   towards it?
21   A.   It had -- it was WK -- I can't remember the number of the
22   work group right now, but it did have a number.
23   Q.   WK38455?
24   A.   I assume that's correct.
25   Q.   Now, what was your role in that particular work group?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   A.   I was the chairman of the work group.

 2   Q.   And how long -- how often did you, as the chairman of that

 3   work group, meet -- withdrawn.

 4             How many members were in that work group?

 5   A.   There were about 15 or 20.

 6   Q.   And how often did you meet?

 7   A.   We'd have conference calls pretty regularly, once a month,

 8   once every six weeks, something like that, and then we'd have,

 9   you know, face-to-face meetings twice a year.

10   Q.   Okay.  And what was the purpose of that work group?

11   A.   To promulgate and develop the standard.

12   Q.   A standard for what?

13   A.   Antimicrobial, fluid barrier, breathable attire.

14   Q.   And what was the goal once those standards were

15   promulgated?

16             MS. HANNA:  Relevance, Your Honor.

17             THE COURT:  Sustained.

18   BY MR. VERDE:

19   Q.   What were those -- what were those standards that you were

20   trying to develop in terms of what -- in terms of log

21   reduction?

22   A.   99.99 percent for log reduction.

23   Q.   And did that -- were your efforts ever memorialized in

24   writing?

25   A.   Yes.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   Q.   Okay.  I'd like you to take a look at Exhibit 631.5.

 2           Do you recognize 631.5?

 3   A.   631?

 4           THE COURT:  Yeah, 631.5.

 5   BY MR. VERDE:

 6   Q.   631.5.

 7   A.   Oh, 631.5.  Yes.  Okay.  I was at the wrong place.

 8   Q.   And does that document go through 631.13?

 9   A.   It does.

10   Q.   What is this document?

11   A.   This is a copy of the draft standard as of February 23,

12   2014.

13   Q.   Who drafted this standard?

14   A.   I did.

15   Q.   And what was the purpose of you drafting the standard?

16           MS. HANNA:  Objection.  Relevance.

17           THE COURT:  I don't know.  What was the purpose of

18   it?  It may or may not be.

19           THE WITNESS:  It was drafted to submit to the

20   committee for review and valid- --

21           THE COURT:  Sustained.

22           MS. HANNA:  Thank you.  Move to strike.

23           THE COURT:  It will be stricken.

24   BY MR. VERDE:

25   Q.   When you say "the committee," what do you mean by that?
```

```
 1   A.   The work group and the ASTM committee that we were working

 2   on the standard on behalf of.

 3   Q.   Okay.  Now, the standard -- there's a reference in the

 4   standard for a certain log reduction, correct?

 5   A.   Correct.

 6   Q.   And what is that -- what is your understanding what the

 7   standard was as you had drafted it back then?

 8   A.   It was a --

 9           MS. HANNA:  I'm sorry, Your Honor.  I have to object.

10           THE WITNESS:  -- four log reduction in under one

11   hour.

12           THE COURT:  Pardon me?

13           MS. HANNA:  I am objecting again on relevance.

14           THE COURT:  On relevancy.  Sustained.

15           MS. HANNA:  Thank you.

16   BY MR. VERDE:

17   Q.   Was joining ASTM part of your overall market strategy?

18   A.   Absolutely.

19   Q.   And was the preparation and the completion of ASTM

20   standards, was that within -- excuse me.

21           Was the preparation of ASTM standards for the -- for

22   the healthcare industry one of your strategies?

23   A.   Absolutely.

24   Q.   Okay.  Was -- were you aware of anyone else doing this

25   particular strategy when you -- that had the similar strategy
```

```
 1   as you did back in 2014?

 2           THE COURT:  I don't understand.  You mean joining

 3   that organization, ASTM?

 4           MR. VERDE:  For the purpose of -- for the purpose of

 5   crafting a particular strategy -- for the purpose of crafting a

 6   particular standard.

 7           THE COURT:  Okay.

 8           THE WITNESS:  We were the only people developing this

 9   with any of the standard-setting organizations.

10           THE COURT:  Were there other people in this

11   organization who were discussing these standards when you

12   brought them in or were you the only one who --

13           THE WITNESS:  No.  We were the first one to ever

14   bring the idea.

15           THE COURT:  Not whether you were the first.  Were you

16   the only one in the entire organization on the subcommittee

17   that discussed these standards?

18           THE WITNESS:  Correct.

19           THE COURT:  How do you discuss a standard if there is

20   nobody to discuss it with?

21           THE WITNESS:  Well, I misunderstood your question.

22           THE COURT:  Yeah.  I said are you the only person in

23   this subcommittee or organization that discussed these

24   standards or were you discussing them with other people in the

25   organization?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE WITNESS:  I presented the idea of the standard to

 2   the organization.

 3              THE COURT:  So the organization had other people that

 4   were interested about the standard?  I mean, you were

 5   presenting it to somebody.

 6              THE WITNESS:  Correct.

 7              THE COURT:  Okay.  About how many people are you

 8   talking about?

 9              THE WITNESS:  The original meeting was probably 15,

10   20 people.

11              THE COURT:  Okay.  Next question, Counsel.

12   BY MR. VERDE:

13   Q.   And when you talked to these individuals about the

14   standard, what was the purpose of the standard that were to be

15   developed?

16              MS. HANNA:  Objection.  Relevance.

17              THE COURT:  I'm sorry?

18              MS. HANNA:  Relevance.

19              THE COURT:  Sustained.

20              MS. HANNA:  Thank you, Your Honor.

21   BY MR. VERDE:

22   Q.   Okay.  The standard that you provided -- aside from the

23   log reduction, were there any type -- other types of standards

24   that were discussed?

25   A.   Yes.  There were standards for safety.  There were
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    standards on -- you know, to make sure that the technology was
 2    safe to wear.  There were standards for fluid barrier
 3    protection.  There were standards for how to precondition the
 4    article to make sure that it was effective post laundering.
 5    Q.   And what's your understanding of once there was a
 6    consensus within this committee, what happens next?
 7              MS. HANNA:  Objection.  Relevance.
 8              THE COURT:  Sustained.
 9              Counsel, I don't know where you're going on this.
10    For the last almost hour-and-a-half, we've been talking about
11    some standard committee and everything that so far has been
12    irrelevant.
13              Next question.
14    BY MR. VERDE:
15    Q.   Okay.  The ASTM, what was your -- what was the overall
16    goal of SPI as it relates to the ASTM standards being set and
17    the propagation of your products?
18    A.   Ask that again, please.  I'm sorry.
19    Q.   Sure.
20              With the role of ASTM and the standards that were
21    developed for ASTM being promulgated by your committee, what
22    was your -- what was the goal of the committee as it relates to
23    healthcare workers?
24              MS. HANNA:  Again, objection.  Relevance.
25              THE COURT:  Sustained.
```

```
1    BY MR. VERDE:

2    Q.   The product that Vestagen had, what was the log reduction

3    standard, as you understood it?

4              THE COURT:  Are you -- I'm sorry.  I didn't hear the

5    question.  One more time.

6    BY MR. VERDE:

7    Q.   The product that Vestagen had, VESTEX, what was the log

8    reduction for that?

9    A.   We had shown a four to seven log reduction.

10   Q.   Was that 99.99?

11   A.   Correct.

12   Q.   Was that the same standard that the committee was working

13   on establishing?

14   A.   Yes, the performance level of that or --

15   Q.   Okay.  Now, what's your understanding of once ASTM's

16   standards are developed, what -- what role does -- does those

17   standards have as it relates to OSHA's involvement?

18             MS. HANNA:  Objection.  Relevance.

19             THE COURT:  Sustained -- or, excuse me.  Foundation

20   or relevance?

21             MS. HANNA:  Relevance and foundation.

22             THE COURT:  Sustained.

23   BY MR. VERDE:

24   Q.   The -- with your committee, what happens -- what's the

25   purpose -- with your committee, which is about 10 or 15 people,
```

```
 1    once the standards or consensus have been developed, what

 2    happens to those standards?

 3              MS. HANNA:  Asked and answered.

 4              THE COURT:  Sustained.

 5    BY MR. VERDE:

 6    Q.   With respect to that committee of 10 to 15 people and --

 7    withdrawn.

 8              Taking a look at the Exhibit 631.5 and going through

 9    631.10, there is a reference there to fluid repellancy.

10              Do you see that?

11    A.   Yes, sir.

12    Q.   Okay.  And what does that mean?

13    A.   The level of fluid repellancy based on certain test

14    methods that would be required to meet this standard.

15    Q.   Okay.  And then how was that -- how is the -- does the

16    Vestagen product meet these -- this particular standard?

17    A.   It meets three of the four.

18    Q.   Okay.  And does the -- with respect to the barrier

19    standard, does that -- does the Vestagen product meet that?

20              MS. HANNA:  Objection.  Relevance.

21              THE COURT:  Overruled.

22              MS. HANNA:  Foundation.

23              THE COURT:  Overruled.

24              THE WITNESS:  It meets the AATCC 127, greater than

25    10.
```

```
 1   BY MR. VERDE:
 2   Q.   With respect to the antibacterial standard, did the
 3   Vestagen product meet that?
 4   A.   Yes, it does.
 5   Q.   With respect -- was there a reference to antimicrobial
 6   leaching, as well?
 7   A.   Yes.
 8   Q.   And did -- did the Vestagen product meet the standards for
 9   antimicrobial leaching?
10   A.   Yes, it does.
11   Q.   Was there a breathability -- there's a breathability
12   reporting section on that, correct?
13   A.   Correct.
14   Q.   And one of it has drop absorbency.
15        Do you see that?
16   A.   Yes, sir.
17   Q.   Did the Vestagen product meet that, as well?
18   A.   Yes.
19   Q.   And air permeability, did the -- section, did the Vestagen
20   product meet that?
21   A.   Yes, sir.
22   Q.   Now, did you ever have any conversations with Mr. Singer
23   about the status of ASTM and where they are at in terms of
24   developing certain standards?
25   A.   Multiple.
```

```
 1   Q.   Okay.  And what was the nature of why you were

 2   communicating that with Mr. -- with Mr. Singer?

 3   A.   One of the things that Mr. Singer had said was that he

 4   didn't feel the market was quite ready for this product, that

 5   we may be a little ahead of our time, but when the market is

 6   ready, that we would be the technology he wanted to partner

 7   with because we had the best solution and the best strategy to

 8   go after it and the best data.

 9   Q.   And as a result of those statements made to you by

10   Mr. Singer, did you keep him updated on what you were doing

11   with ASTM?

12   A.   Yes.

13   Q.   And why was that?

14   A.   Well, he would call me or send me an e-mail asking me

15   questions, and from where I sat, my thought was we were still

16   in discussions on a partnership and was trying to figure out a

17   way to make the deal work.

18   Q.   Okay.  With the passing of the standard for ASTM, was that

19   a signature to you that the market was opening up?

20   A.   Yes, absolutely.

21   Q.   Now, I want to direct your attention to Exhibit 618.

22   A.   Yes, sir.

23   Q.   Do you recognize this document?

24   A.   Yes, sir.

25   Q.   Is this an e-mail exchange between you and Mr. Singer?
```

```
 1   A.   Yes, sir.

 2   Q.   And when did this occur?

 3   A.   June 10th, 2014.

 4   Q.   And what was the -- what was the reason why you exchanged

 5   communication with Mr. Singer?

 6   A.   He was asking questions about what does the standard --

 7   you know, it's getting close to being done and asking what does

 8   the standard do and things like that.

 9   Q.   When you say it was close to being done, was that you

10   telling him that?

11   A.   That was what was happening within the committee.

12   Q.   That you were working on?

13   A.   Yes.

14             MR. VERDE:  I'd like to move Exhibit 618 into

15   evidence, Your Honor.

16             MS. HANNA:  Objection.  Relevance.

17             THE COURT:  Sustained.

18   BY MR. VERDE:

19   Q.   So what was -- when you were giving him updates regarding

20   the status of the ASTM back in June of 2014, what standards

21   were -- what standards were you referring to?

22   A.   The ASTM standard I had been the chairman of the committee

23   for.

24   Q.   Okay.  And what was the purpose of you reaching out to him

25   and telling him about the status of what you were working on?
```

```
1    A.    To let him know the progress we've made and how the market

2    is getting real close to adopting the standard, that it could

3    be transformative to the business.

4    Q.    And when you say "transformative," in what way?

5    A.    It creates a whole new category of product, and we had

6    talked about the interaction with OSHA and how that will impact

7    the marketplace.

8    Q.    And if those standards were passed, what was your

9    understanding of how that would affect your product?

10              MS. HANNA:  Objection.  Relevance.

11              THE COURT:  Let me ask you a question.

12              You were briefing him on what the committee was

13   doing; is that correct?

14              THE WITNESS:  Correct.

15              THE COURT:  Okay.  He wasn't a member of the

16   committee?

17              THE WITNESS:  No, they were not.

18              THE COURT:  Was anybody on --

19              THE WITNESS:  No, sir.

20              THE COURT:  Okay.  But -- so you were briefing him on

21   what the committee was doing.

22              THE WITNESS:  Correct --

23              THE COURT:  Okay.

24              THE WITNESS:  -- because we had a confidentiality

25   agreement signed with him.
```

```
 1              THE COURT:  No, no.  You were briefing him on what a
 2    committee was doing; is that correct?  This was a public
 3    committee.
 4              THE WITNESS:  It was a confidential committee.  The
 5    ASTM --
 6              THE COURT:  That will be stricken because there is no
 7    evidence of that.
 8              And, Counsel, I think we're beating, the last two
 9    hours, a dead horse, but go on and I'll go ahead and field the
10    objections as they come in.
11    BY MR. VERDE:
12    Q.   And you were telling him about the ASTM standard?
13    A.   Yes, sir.
14    Q.   Okay.  And that the standards were about to be passed,
15    correct?
16    A.   Correct.
17    Q.   And these were standards you had prepared?
18    A.   Correct.
19    Q.   And you believed the market was about to open because
20    these standards were about to pass, correct?
21    A.   I did.
22              MS. HANNA:  Sorry, Your Honor.  I'm going to object
23    again on relevance.
24              THE COURT:  Sustained.
25    ///
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1   BY MR. VERDE:

2   Q.    Now, did he ask you -- did he ask you whether or not --

3   did you consider the information that you shared with him

4   regarding ASTM and its status to be confidential?

5   A.    Yes, I did.

6               MS. HANNA:  Objection.  I'm sorry.  Relevance.

7               THE COURT:  As to whether or not he considered it

8   confidential?

9               MR. VERDE:  Yes.

10              THE COURT:  The -- which information is he talking

11  about now?

12              MR. VERDE:  The information that he gave him

13  regarding the status of ASTM and how it's about to -- the

14  standards were about to be passed.

15  BY MR. VERDE:

16  Q.    Did you consider that to be confidential?

17              MS. HANNA:  Whether or not he considered them to be

18  confidential is irrelevant.

19              THE COURT:  Sustained.

20  BY MR. VERDE:

21  Q.    Did you consider it to be a trade secret?

22  A.    I did.

23              MS. HANNA:  Objection.  Relevance.

24              THE COURT:  Sustained.  Doesn't make any difference

25  whether he considered it, Counsel; it's whether or not it was
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   confidential.

 2            MS. HANNA:  May I have that stricken, Your Honor?

 3            THE COURT:  Yes.  It will be stricken.

 4   BY MR. VERDE:

 5   Q.   Well, you were -- the reason -- what was the reason why

 6   you shared that information with Mr. Singer?

 7   A.   Because I thought we were working as partners to develop

 8   this product line.

 9   Q.   Now, was one of the reasons also because you had a

10   confidentiality agreement with him?

11   A.   Yes.

12            MS. HANNA:  Objection, Your Honor.  This is beyond

13   the scope.  This witness was designated as 30(b)(6) on trade

14   secret and confidentiality.  The term "ASTM" was never spoken

15   in any deposition.

16            THE COURT:  I think I've made it clear that all of

17   this testimony about this standards organization so far has

18   been completely irrelevant on it, Counsel.  And if you want to

19   keep beating the dead horse, go ahead and ask the questions and

20   I'll keep sustaining the objections.

21   BY MR. VERDE:

22   Q.   Was SPI a member of ASTM at the time?

23   A.   No, sir.

24            MS. HANNA:  Objection.  Asked and answered.

25            THE COURT:  Sustained.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   BY MR. VERDE:

 2   Q.   Did you invite SPI to attend these meetings?

 3             THE COURT:  Now, wait, wait, wait, wait, wait.

 4             Are you the president of the committee?

 5             THE WITNESS:  I was the chairman of the work group.

 6             THE COURT:  Okay.  But you're not the one that

 7   determines who's a member of the committee or who's not.  I'm

 8   assuming the organization is; isn't that correct?

 9             THE WITNESS:  Yes, sir.

10             THE COURT:  Okay.

11             MS. HANNA:  Objection.

12             THE COURT:  Sustained.

13   BY MR. VERDE:

14   Q.   Did you consider the progress of the committee being

15   confidential?

16             MS. HANNA:  Objection.

17             THE COURT:  Sustained.

18   BY MR. VERDE:

19   Q.   Were there any -- with respect to the report that was

20   prepared by you, was that -- was the report prepared by you,

21   did it have confidentiality markings?

22   A.   It did.

23   Q.   Taking a look at 631.5 at the top.

24   A.   Yes, sir.

25   Q.   Is this document supposed to be circulated to anyone
```

```
 1   outside of that 10- or 15-person committee?

 2   A.   No, it is not.

 3   Q.   And is there a notation on that document that indicates

 4   that -- that it's not supposed to be circulated to anyone

 5   outside of the committee?

 6              MS. HANNA:  Objection.  Doc- --

 7              THE WITNESS:  Yes, there is.

 8              THE COURT:  I'm sorry?

 9              MS. HANNA:  Misstates the document.  I'm sorry,

10   Your Honor.  It misstates the document and it's not relevant.

11              THE COURT:  The document speaks for itself.

12              MS. HANNA:  And it's not relevant.

13              THE COURT:  Okay.  Sustained on the second grounds.

14              MS. HANNA:  Thank you.

15   BY MR. VERDE:

16   Q.   So after you told Mr. Singer that the ASTM committee you

17   were working on was about to come up with certain standards,

18   did you ask him any questions?

19              MS. HANNA:  Objection.  Relevance.

20              THE COURT:  Well, I don't know what the question was.

21   Overruled.

22              Did he ask any questions?

23              THE WITNESS:  Did Mr. Singer ask any questions?

24              THE COURT:  Yeah.

25              THE WITNESS:  Yes.
```

1   BY MR. VERDE:

2   Q.   And was the question, "What will be the implication?"

3   A.   Yes, it was.

4   Q.   Okay.  And then what did you tell him?

5          MS. HANNA:  Objection.  Relevance.

6          THE COURT:  Sustained.

7   BY MR. VERDE:

8   Q.   Did you provide him information about a new category of

9   garments?

10  A.   I did.

11  Q.   Okay.  And did he ask you whether or not you were certain

12  of whether or not this was going to occur?

13  A.   Yes, I did -- or, yes, he did.

14  Q.   And how did he phrase that to you?

15  A.   He said, "Can you say that with certainty?"

16          MS. HANNA:  Objection.

17          THE COURT:  Overruled.

18  BY MR. VERDE:

19  Q.   Okay.  When he said "certainty," looking at the e-mail,

20  how did he spell it?

21  A.   Capital C-e-r-t-a-i-n-t-y.

22  Q.   And at the end was what?  Was there a period?

23  A.   Question mark.

24  Q.   And at the time -- this e-mail was sent on June 10 of

25  2014, correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   A.   Yes, sir.

 2   Q.   Okay.  At the time, did you know that SPI was creating a

 3   competing product against Vestagen?

 4   A.   I had no knowledge whatsoever.

 5   Q.   Did you know that SPI was creating competing product

 6   called Certainty --

 7   A.   No, sir.

 8   Q.   -- in -- June 10 of 2014?

 9   A.   No, sir.

10   Q.   Had you known that SPI was creating a competing product

11   called Certainty, would you have given him that information

12   regarding ASTM?

13   A.   Absolutely not.

14   Q.   Why not?

15   A.   Because it was vital to what we were trying to accomplish

16   as a company in creating the standard.

17            MS. HANNA:  Objection, Your Honor.  Relevance.

18            THE COURT:  Sustained.

19            MS. HANNA:  Move to strike.

20            THE COURT:  Sustained.  It will be stricken.

21   BY MR. VERDE:

22   Q.   Now, at some point, there was a meeting with ASTM in

23   January of 2015, correct?

24   A.   Correct.

25   Q.   Now, during that meeting in January of 2015, were there
```

1    any SPI members there?

2    A.   Yes.   I believe Wendell Mobley was there.

3    Q.   And when Wendell Mobley was there, were you -- did you

4    have -- what was your understanding of where the standards were

5    about to be -- that the standards that were about to be passed

6    were -- what status were you at?

7              MS. HANNA:  Objection.  Relevance.

8              THE COURT:  Sustained.

9              This is information that everybody on the committee

10   knew, I'm assuming?

11             THE WITNESS:  What information?  Where the --

12             THE COURT:  Where the committee was going, what they

13   were doing.  There's 15 other people who were doing it.  It

14   wasn't just you; is that correct?

15             THE WITNESS:  Correct.

16             THE COURT:  Okay.  Sustained.

17   BY MR. VERDE:

18   Q.   But the votes were tabulated by you, correct?

19   A.   Well, they're done online, but then I got the results.

20             MS. HANNA:  Objection.

21             THE COURT:  Sustained.

22             Counsel, you can beat this all day long if you want

23   and waste all your time on it, but I can't believe that after

24   two hours you haven't figured out what's going on here.

25             But go ahead.  Next question.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1    BY MR. VERDE:

2    Q.   Was the standard that you had been working on, was that

3    subsequently passed by the committee?

4    A.   No, it was not.

5    Q.   So what was your understanding of what happened?

6              MS. HANNA:  Objection.  Relevance.

7              THE COURT:  Sustained.

8    BY MR. VERDE:

9    Q.   So your understanding in January of 2015 prior to the

10   meeting occurring, how far along were you on the standards?

11             MS. HANNA:  Objection.  Relevance.

12             THE COURT:  Sustained.

13   BY MR. VERDE:

14   Q.   After the committee failed to pass the standards that you

15   were working -- how many years had you been working on those

16   standards?

17             MS. HANNA:  Objection.  Relevance.

18             THE WITNESS:  About four.

19             THE COURT:  Sustained.  Be stricken.

20   BY MR. VERDE:

21   Q.   When those standards weren't passed, what did you do next?

22             Well, how did you feel?

23             MS. HANNA:  Well, objection.  Relevance.

24             THE COURT:  Sustained as to how he felt.

25             And I don't know -- after the standards weren't
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    passed, I don't know what time period you're -- if you want to
 2    ask what he did after a certain time period, that's fine.
 3    BY MR. VERDE:
 4    Q.   Now, did you go back and explain the standards that
 5    weren't passed to your board?
 6    A.   I did.
 7    Q.   Okay.  How was it received?
 8              MS. HANNA:  Objection.  Relevance.
 9              THE COURT:  Sustained.
10    BY MR. VERDE:
11    Q.   Okay.  In terms of your plans to expand Vestagen as a --
12    as the VESTEX product, with those standards not being passed,
13    what, if any, effect did that have with respect to your
14    strategy?
15              MS. HANNA:  Objection.  Relevance.
16              THE COURT:  Sustained.  Counsel, let me tell you one
17    more time.  What went on in the standard committee and what he
18    told people about the standard committee I've already told you
19    is irrelevant.
20              Now, you can keep asking these questions, but I
21    suggest that you probably shouldn't and you should probably
22    move on to the rest of your case, because the Court has
23    determined it's irrelevant what the standard committee did to
24    this case.
25              Go ahead.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    BY MR. VERDE:
 2    Q.   In terms of your -- in terms of your business model, when
 3    these standards were not passed, how does that affect your
 4    business model?
 5              MS. HANNA:  Objection.  Relevance.
 6              THE COURT:  Sustained.
 7    BY MR. VERDE:
 8    Q.   In terms of your marketing strategy, how did that affect
 9    your marketing strategy going forward when the ASTM standards
10    were not passed?
11              MS. HANNA:  Objection.  Relevance.
12              THE COURT:  Overruled.
13              THE WITNESS:  It drastically impacted it.
14    BY MR. VERDE:
15    Q.   In what way?
16    A.   Confusion in the marketplace, other knockoff products
17    claiming to be the same without any research documenting
18    effectiveness.  It creates confusion in the marketplace and the
19    loser ends up being the end user of the product, because they
20    don't know what is --
21              MS. HANNA:  Objection, Your Honor.
22              THE WITNESS:  -- science versus snake oil.
23              MS. HANNA:  Objection.
24              THE COURT:  Next question.
25    ///
```

```
 1   BY MR. VERDE:
 2   Q.    Now, did that cause you -- did that cause you any -- did
 3   Vestagen have to expend any more money after that?
 4   A.    Yes.  We had to go out and raise more capital.
 5   Q.    Why?
 6   A.    Because --
 7            MS. HANNA:  Objection.  Relevance.
 8            THE COURT:  Sustained.
 9   BY MR. VERDE:
10   Q.    What was the -- what was the reason why you were looking
11   for additional capital?
12   A.    We had spent a great deal of money and time and energy
13   working on these -- these efforts and we were running out of
14   capital.
15   Q.    What is an F23 group?
16   A.    It's the personal protective equipment group of ASTM.
17   Q.    Was that the group you were in?
18   A.    The F2340, which is the biologics subcommittee, was the
19   group that I was in.
20   Q.    And then what was the next -- and what was the -- and your
21   involvement with -- excuse me.
22            What industries were in that group that was with you?
23   A.    Personal protective equipment companies, other scrub
24   companies, regulatory bodies, professional societies.
25   Q.    Okay.  In 2013, did you have any conversations with
```

1    Michael Singer concerning partnership?

2    A.    Yes.

3    Q.    Okay.  And what was the nature of your conversation with

4    him?

5    A.    We had multiple conversations about different deal

6    structures.  You know, we talked about joint ventures.  We

7    talked about them becoming an investor.  We talked about us

8    supplying fabric to them.  We talked about multiple things.

9            In fact, at one time, Mike had an idea from another

10   company that Amazon had bought that had marketed and sold one

11   way versus what Amazon did, and he said, "Maybe we can do

12   something like that.  Since they sell to retailers and you sell

13   direct, maybe we can do something -- a joint venture-type

14   deal."

15   Q.    Did you have -- did you get a sense that he was still

16   interested in partnering up with you?

17   A.    Yes.

18   Q.    Okay.  What was the reason why he told you that he could

19   not partner up with you at the time?

20   A.    The market wasn't ready, is what he'd always say, that he

21   felt like we were kind of ahead of our time and the market just

22   wasn't ready for a product like ours yet.

23           And he would cite that, you know, "I'm not seeing

24   y'all take off like crazy, getting lots of customers yet."

25   That was kind of his justification for that.

```
 1   Q.    If the ASTM standards had passed, what did your

 2   expectations occur [sic]?

 3             MS. HANNA:  Objection.  Relevance.

 4             THE COURT:  Sustained.

 5             MR. VERDE:  No more questions.

 6             THE COURT:  Cross?

 7             MS. HANNA:  No cross, Your Honor.

 8             THE COURT:  You may step down.

 9             Next witness.

10             MR. VERDE:  I'd like to call Wendell Mobley.

11             MS. HANNA:  Your Honor, may Ms. Ritcheson be excused?

12             THE COURT:  I'm sorry?

13             MS. HANNA:  Renata Ritcheson, may she be excused or

14   do you want me to still hold that witness?

15             THE COURT:  No.  Wait until the end of the day.

16             MS. HANNA:  Yes.

17             THE CLERK:  Please raise your right hand.

18             Do you solemnly swear that the testimony you shall

19   give in the cause now before this Court shall be the truth, the

20   whole truth, and nothing but the truth, so help you God?

21             THE WITNESS:  I do.

22             THE CLERK:  Thank you.  You may be seated.

23             And may I please ask that you state your full name

24   for the record and spell your last name.

25             THE WITNESS:  My name is Wendell Scott Mobley,
```

```
 1    M-O-B-L-E-Y.

 2                        WENDELL MOBLEY,

 3                having been first duly sworn,

 4                    testified as follows:

 5                    DIRECT EXAMINATION

 6    BY MR. VERDE:

 7    Q.   Good afternoon.

 8    A.   Good afternoon.

 9    Q.   Mr. Mobley, we haven't met before, correct?

10    A.   I don't think so.

11    Q.   Okay.  Now --

12            THE COURT:  Can you do me a favor and bring that mic

13    up closer to you so we can hear you?

14            THE WITNESS:  Is that better, Your Honor?

15            THE COURT:  Yeah, that's better.

16    BY MR. VERDE:

17    Q.   In 2014, who were you employed by?

18    A.   Strategic Partners.

19    Q.   And what was your role with Strategic Partners?

20    A.   I was the executive director of marketing communications

21    and healthcare industry relations.

22    Q.   Okay.  And in your role with SPI, what kind of contact did

23    you have with Mike Singer, the president?

24    A.   Frequent.

25    Q.   Okay.  And what was the purpose of your contact with
```

1    Mr. Singer?

2    A.   Wide ranging.

3    Q.   Okay.  And did you have contact with him regarding --

4    withdrawn.

5         Did you discuss with him -- marketing strategies with

6    Michael Singer?

7    A.   Yes.

8    Q.   Okay.  What type of marketing strategies did you speak

9    with Mike Singer about?

10   A.   Strategic Partners is a large company that has a lot of

11   brands and was constantly innovating new technology and new

12   brands, and so it was not unusual for us to engage in issues

13   that pertained to that, pertained to marketing issues,

14   communications issues, public relations issues.

15   Q.   Okay.  Now, as part of your duties on behalf of SPI, did

16   you join an entity called ASTM?

17   A.   I did, um-hmm.

18   Q.   Okay.  Now, did you join that entity at the behest of Ben

19   Favret?

20   A.   Yes.  He encouraged that.

21   Q.   Okay.  And when did Ben Favret encourage you to join ASTM?

22   A.   I do not recall.

23   Q.   You joined ASTM, what, in 2014?

24   A.   Again, I just don't recall.

25   Q.   Okay.  Now, did you join ASTM prior to the launch of the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1  Certainty Plus product?
 2  A.   I don't recall if it was before or -- I think it was
 3  before.
 4  Q.   Right around that time frame?
 5  A.   It was before, I believe.
 6  Q.   Okay.  Same year?
 7  A.   I don't recall.
 8  Q.   Okay.  What was the reason why you joined ASTM?
 9  A.   Ben recommended it.
10          MS. HANNA:  Objection.  Relevance.
11          THE COURT:  Overruled.
12  BY MR. VERDE:
13  Q.   Ben Favret had recommended it?
14  A.   Correct.
15  Q.   And why did Ben Favret -- did you speak to Ben Favret
16  prior to him recommending -- well, withdrawn.
17          What discussions did you have with Ben Favret
18  regarding ASTM?
19  A.   Ben suggested that it would be a good idea for Strategic
20  Partners to get involved with ASTM to become better familiar
21  with the work item that he was the technical contact for.
22  Q.   Okay.  And did he give you updates regarding what was
23  happening at ASTM?
24  A.   Once we joined, we were on the committee, so we would
25  receive updates.
```

```
1    Q.   But prior to that, prior to you joining, were you getting
2    updates from Ben Favret regarding the status of ASTM?
3    A.   Periodically.  I -- that's my recollection.
4    Q.   Did you find the information that was given to you by Ben
5    Favret regarding ASTM useful?
6    A.   I think I just found it informational.  I don't -- I'm not
7    sure how useful I found it.
8    Q.   Was one of your reasons for joining ASTM was to get a
9    better feel for what was going on in ASTM?
10   A.   Well, sir -- well, I think the -- we wanted to get
11   involved with ASTM to -- based upon Ben's recommendation to be
12   involved in the process.
13   Q.   Did you join the --
14            THE COURT:  Let me interrupt for a second.  Let me
15   just ask, how many members are in ASTM?
16            THE WITNESS:  I don't remember, but quite a few.
17            THE COURT:  Over 20?
18            THE WITNESS:  I think so.
19            THE COURT:  And the subcommittee that you are in, how
20   many members?
21            THE WITNESS:  I don't remember exactly how many.  I'm
22   going to -- well, first of all, back to your first question of
23   ASTM, it was a much higher count than 20.
24            THE COURT:  Okay.
25            THE WITNESS:  On the subcommittee, I would guess it
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   was probably, you know, 25, 30.
 2            THE COURT:  Were these members from different
 3   companies?
 4            THE WITNESS:  They were.
 5            THE COURT:  Okay.  And one of the companies was the
 6   defendant in this case and one of the companies was your
 7   company, right?
 8            THE WITNESS:  That's correct.
 9            THE COURT:  Okay.  Go ahead.  You can ask further,
10   Counsel.
11   BY MR. VERDE:
12   Q.   And Mr. Favret was the chairman of that committee,
13   correct?
14   A.   I think he was -- his formal title was technical contact.
15   Q.   Okay.  Now, you understood that the committee had been
16   working on certain standards that were -- that would affect
17   the -- SPI's business?
18            MS. HANNA:  Objection.  Relevance.
19            THE COURT:  Sustained.
20   BY MR. VERDE:
21   Q.   What was your understanding of the committee that you
22   joined?  What standards were they working on?
23            MS. HANNA:  Objection.  Relevance.
24            THE COURT:  Sustained.
25   ///
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    BY MR. VERDE:

 2    Q.   What was the status of -- withdrawn.

 3              I want you to take a look at Exhibit 630.

 4              I'm sorry, 630 and 631.

 5    A.   Did you say 631?

 6    Q.   Yeah, 630 and 631.

 7              Let me know when you're done.

 8    A.   I have them in front of me.

 9    Q.   What do you recognize 630 and 631 to be?

10    A.   630 is an e-mail and 631 is a wrap- -- excuse me -- is a

11    synopsis of OSHA and ASTM and the organization called AORN.

12    Q.   Is this a document that you prepared?

13    A.   I believe so.

14    Q.   Okay.  And the ASTM -- there is a -- under 631.5, there is

15    a -- do you recognize that document under 631.5?

16    A.   Yes.

17    Q.   What do you recognize it to be?

18    A.   It's the proposed standard specification for breathable

19    antibacterial barrier attire for healthcare, which was the item

20    that was in committee -- in the subcommittee of ASTM pertaining

21    to Vestagen's involvement.

22    Q.   Okay.  And what was your understanding of what Vestagen's

23    involvement was in that committee?

24              MS. HANNA:  Objection.  Relevance.

25              THE COURT:  Sustained.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    BY MR. VERDE:
 2    Q.   Okay.  Is this a document that you would -- how did you
 3    obtain this document?
 4    A.   I don't recall if it was actually on the internet and I
 5    copy and pasted.  I just don't recall.
 6    Q.   Okay.  I want to direct your attention to the document
 7    entitled -- or Bates labeled 631.1.
 8             This is one of the documents you prepared, correct?
 9    A.   631.1?
10    Q.   Yes.
11    A.   Yes.
12    Q.   You made a reference in this document that "an ASTM
13    standard as described below appears imminent."
14             Do you see that?
15             MS. HANNA:  Objection.  Relevance.
16             THE COURT:  Sustained.
17    BY MR. VERDE:
18    Q.   Do you see that document?
19    A.   I see 631.1.
20    Q.   Okay.  Now, is there a -- there's a reference to a --
21    excuse me.  Withdrawn.
22             Was there a -- prior to you joining ASTM, was there a
23    concern within SPI that ASTM would -- would promulgate new
24    standards that would affect the healthcare -- that would affect
25    employers or -- healthcare employers such as SPI?
```

```
1              MS. HANNA:  Objection.  Relevance.

2              THE COURT:  Sustained.

3              Again, ladies and gentlemen of the jury -- I mean,

4   this has been going on for a long time, but you are not to

5   assume any questions that were asked where I sustained the

6   objections are truth or have any validity at all.  It's not

7   relevant to what you have to decide in this case, unless I

8   allow it in.

9              Go ahead, Counsel.

10  BY MR. VERDE:

11  Q.  I want to direct your attention to Exhibit 648.

12             Do you recognize this document?

13  A.  It certainly has my name on it.  I don't recall the actual

14  document without having reviewed it.

15  Q.  Okay.  You have no reason to believe it wasn't something

16  you sent, correct?

17  A.  That would be correct.

18  Q.  Okay.  And this document indicates that you sent it to Ben

19  Favret, correct?

20  A.  That's what it says.

21  Q.  And looking at this document, it relates to "ASTM and

22  Breathability Recommended Change"; is that right?

23  A.  I -- again, I would need to review it.

24  Q.  Do you mind taking a few minutes to review it?

25  A.  Of course.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1           (Phone ringing.)

2               THE COURT:  The Court made a mistake this time.

3               Everyone turn your cell phones off.

4           (Laughter.)

5               THE COURT:  Okay.

6    BY MR. VERDE:

7    Q.   Almost done?

8    A.   Go ahead.

9    Q.   Okay.  Does that refresh your memory?

10   A.   Somewhat, yeah.

11   Q.   Okay.  Now, there's a -- first, it's an e-mail by you to

12   Ben Favret, correct?

13   A.   That's correct.

14   Q.   And then it says, "Thank you for taking so much time with

15   us today."  And this e-mail was dated 12/2/2014; is that right?

16   A.   That's what it says.

17   Q.   And this relates to communication you had with Ben Favret

18   regarding standards with ASTM; is that right?

19   A.   Actually, I don't recall exactly what this was responding

20   to.

21   Q.   But it relates to breathability standards concerning A- --

22   A.   Certainly seems to, yeah.

23   Q.   And at the end, you say to him, "Thank you again" -- at

24   the very end -- "Thank you again for your time yesterday and

25   for your leadership and efforts to better protect healthcare
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   workers, their coworkers, and patients."
 2           Do you see that?
 3   A.   Yes, mm-hmm.
 4   Q.   Why did you write that last sentence?
 5           MS. HANNA:  Objection.  Relevance.
 6           THE COURT:  Sustained.
 7   BY MR. VERDE:
 8   Q.   Did you think that Ben Favret was a leader in the ASTM
 9   committee -- community?
10           MS. HANNA:  Objection.  Relevance.
11           THE COURT:  Sustained.
12   BY MR. VERDE:
13   Q.   Did you think Ben Favret was protecting healthcare
14   workers?
15           MS. HANNA:  Objection.  Relevance.
16           THE COURT:  Sustained.
17   BY MR. VERDE:
18   Q.   Did you have an understanding of what SPI's -- or, excuse
19   me, what Vestagen's mission statement was?
20           MS. HANNA:  Objection.  Relevance.
21           THE COURT:  Sustained.
22   BY MR. VERDE:
23   Q.   I'd like you to take a look at Exhibit 605.
24           Let me know when you're done.
25   A.   I have it in front of me.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1    Q.   Okay.  There's a -- there's an e-mail by you to Joe

2    Schlesinger, correct?

3    A.   Yes.  That's what it says.

4    Q.   And there's a reference to "Bearman, Schlesinger, and

5    Berger."

6              Do you see that?

7    A.   Mm-hmm.  Yes, I do.

8    Q.   And in this e-mail that you read at the top, was there a

9    discussion related to advertising that SPI was -- excuse me,

10   advertising that Vestagen was conducting?

11   A.   I don't recall if it actually had to do with advertising

12   or whether it had to do with claims pertaining to the Bearman

13   study.

14   Q.   What was your understanding of what was SP- -- excuse me,

15   Vestagen's claims regarding the Bearman study?

16              MS. HANNA:  Objection.  Relevance.

17              THE COURT:  Sustained.

18   BY MR. VERDE:

19   Q.   Okay.  Now, there's a section here that says, "To your

20   concern about Vestagen's marketing educational activities at

21   AON [sic], I share your concerns."

22              What's your understanding of that?

23              MS. HANNA:  Objection.  Relevance.

24              THE COURT:  Sustained.

25   ///
```

```
 1   BY MR. VERDE:
 2   Q.   Okay.  There's another section here that says, "I've
 3   discussed this with Stephanie and Kay and we don't want to
 4   sabotage their presentation and we see the importance of full
 5   disclosure."
 6            Do you see what that is?  Do you see that sentence?
 7   A.   I'm sorry.  Which paragraph is that?
 8   Q.   The first paragraph.  "I've discussed this with Stephanie
 9   and Kay and we don't want to sabotage their presentation and we
10   see the importance of full disclosure."
11            Do you see that?
12   A.   I do.
13   Q.   What is your -- what does that mean?
14   A.   I don't exactly recall.  It's been three-and-half years or
15   so.  But I think it was that I wanted to make sure that their
16   presentation at AONE was -- if, in fact -- and, again, I
17   haven't reviewed this entire thread, but I wanted the
18   presentation to be able to stand on its own, and I think that
19   was it.
20   Q.   Okay.  The following sentence, "SPI is also trying to
21   maintain a relationship with Vestagen to keep communication
22   channels open," what did you mean by that?
23   A.   I think SPI -- well, from my perspective, SPI always
24   considered Vestagen to be a potential partner, and I never
25   really saw that door slam shut.  I always saw it as an
```

```
 1   opportunity.

 2           So if they had come up with an idea, if they had

 3   additional research, if -- whatever, if there was an

 4   opportunity for us to deliver a better product to market with

 5   their assistance, we would have certainly looked at that

 6   possibility.

 7   Q.   So you wanted to make sure that the lines of communication

 8   stayed open between Vestagen and SPI?

 9   A.   Yeah, right.

10   Q.   And when you say "lines of communication," that's the

11   sharing of information -- of market information that Vestagen

12   would provide to SPI?

13   A.   Potentially, it would work both ways.

14   Q.   Okay.  But you understood that Vestagen would be providing

15   marketing information to SPI and you wanted to keep the

16   channels of communication open, correct?

17   A.   Market information pertained to one piece of it.  It may

18   have also had to do with additional research.  It may have --

19   you know, if they had retained additional researchers or

20   academicians to actually do additional work, we would have been

21   interested in that.  We were interested in any new information

22   that they had available.

23   Q.   How about the status of ASTM?  Were you interested in

24   that, as well?

25           MS. HANNA:  Objection.  Relevance.
```

```
 1              THE COURT:  I'm sorry, Counsel, I missed the

 2     question.

 3              MR. VERDE:  About the status of where they were at

 4     with ASTM.

 5              MS. HANNA:  Objection.  Relevance.

 6              THE COURT:  How about what?  What's the question?

 7     About --

 8              MR. VERDE:  The status of where the committees were

 9     at ASTM, if he still had -- as of -- excuse me.  Withdrawn.

10     BY MR. VERDE:

11     Q.   As of February 28, 2014, you hadn't joined the

12     committee -- the ASTM committee yet, correct?

13     A.   I don't recall when exactly I joined the ASTM committee.

14     Q.   Okay.  Now, you indicated that you -- that Ben Favret was

15     the one that invited you to join the ASTM committee, correct?

16     A.   He encouraged me to do so.

17     Q.   Okay.  And that once you joined the ASTM committee, you

18     were able to get an inside look at what was going on at the

19     ASTM committee, correct?

20     A.   Somewhat, yeah.

21     Q.   Okay.  Prior to that, you had to rely on information

22     provided to you by Ben Favret, correct?

23              MS. HANNA:  Objection.  Relevance.

24              THE COURT:  Sustained.

25     ///
```

```
 1    BY MR. VERDE:

 2    Q.   Okay.  Next paragraph:

 3              "I read the Bearman study and I pointed out some of

 4              the same problematic areas to Mike and Marty that you

 5              identified.  Subsequently, Marty and I had numerous

 6              discussions surrounding the need for an objective

 7              scientific medical consultant to evaluate Vestagen's

 8              claims, along with the other antimicrobial

 9              technologies we were considering, and to issue

10              informed recommendations."

11              Do you see that?

12    A.   I do.

13    Q.   What were the problematic areas that you had regarding the

14    Bearman study?

15              MS. HANNA:  Objection.  Relevance.

16              THE COURT:  Overruled.

17              MS. HANNA:  Outside the scope.

18              THE COURT:  Overruled.

19              THE WITNESS:  So if I interpret your question, it's

20    what were my concerns with the Bearman study?

21    BY MR. VERDE:

22    Q.   Yes.

23    A.   Was -- the main concern was the perception by the

24    healthcare public, meaning healthcare professionals, that would

25    read that study and jump to the conclusion that Vestagen
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1    product helped to prevent the spread of healthcare-acquired

2    infections when, in fact, the concluding part of that study

3    indicated that that wasn't the case and that more research

4    was -- more was required.

5    Q.   Okay.  So as of February 28th, 2014, SPI -- you and SPI

6    already had concerns over the Bearman study, correct?

7    A.   I certainly did.  I don't recall to what extent there was

8    discussion internally.

9    Q.   Well, who is Joe Schlesinger?

10   A.   Joe Schlesinger, I believe, at that time was the head of

11   sales for SPI.

12   Q.   And when you sent this e-mail on February 28, 2014,

13   expressing your concerns about the accuracies in the Bearman

14   study, how did Mr. Schlesinger react to you?  What was his

15   response?

16             MS. HANNA:  Objection.  Hearsay.

17             THE COURT:  Sustained.

18             Okay.  Ladies and gentlemen, we're going to break at

19   this time, being 4 o'clock.  I told you we would get you out at

20   4:00.  Going to have you in tomorrow morning -- let's try it

21   again.  What time?

22             THE JURY:  8:15.

23             THE COURT:  8:15.

24             You guys were great this morning.  Let's see if we

25   can do the same thing tomorrow.  And I would assume this case
```

1    will be to you tomorrow.

2         Remember the admonishment not to discuss the case

3    among yourselves or with anybody else or form or express any

4    opinions about the matter until it's submitted to you and you

5    retire to the jury room.

6         If you'll leave quietly, because I'll still be

7    talking to the attorneys.

8         THE CLERK:  All rise.

9         *(Jury out at 4:00 P.M.)*

10        *(The following was heard outside the presence of the*

11        *jury.)*

12        THE COURT:  You may step down.

13        You can have a seat.  The jury has left.

14        The witness that we were holding here, Ritcheson --

15        MS. HANNA:  Renata Ritcheson.

16        THE COURT:  -- yeah -- may be excused at this time.

17        MS. HANNA:  Thank you, Your Honor.

18        THE COURT:  We have left -- from the plaintiff's side

19   as far as time left, we have 93 minutes.  And from the defense

20   side, we have 50 minutes left.

21        MR. VERDE:  50 minutes, Your Honor?

22        THE COURT:  50, 5-0.

23        In this particular matter, we will give you the

24   instructions.  I'll tell you what the instructions are, but not

25   until we finish the evidence.

```
1          As soon as the evidence is in, we'll give you the
2   instructions, then we'll go into -- sometimes people wonder,
3   because courts do it differently.  We instruct after argument,
4   so argument will go first and then the Court will instruct.
5          MS. HANNA:  But we will know what the jury
6   instructions will be before closing arguments?
7          THE COURT:  You're going to know before closing
8   argument after the evidence is finished.
9          MS. HANNA:  Is in, but after -- but then the Court
10  reads the instructions after closing?
11         THE COURT:  Yep.  Yep.
12         MR. VERDE:  May I address the Court briefly for the
13  record?
14         THE COURT:  Yes.
15         MR. VERDE:  We believe that the Court's ruling on the
16  evidence is severely prejudicing the main case of the
17  cross-complaint.
18         THE COURT:  Well, I would think you would think it
19  was.
20         MR. VERDE:  The trade secret, Your Honor, is the ASTM
21  information.
22         THE COURT:  Counsel, put it in writing by 8 o'clock
23  tonight.  I'll take a look at it.  If you have any objections
24  to the Court's ruling and how it affects the case, put it in
25  writing, get it to the Court by 8 o'clock tonight, and I'll be
```

```
 1    happy to consider it before tomorrow morning.  Okay?  And if

 2    you do it, you can have an -- you can file any opposition to

 3    it.

 4              MS. HANNA:  Thank you, Your Honor.

 5              MS. HIGHTOWER:  One more thing, Your Honor.

 6              THE COURT:  Yes.

 7              MS. HIGHTOWER:  It's my fault and I apologize, but we

 8    saw the video of Diane Raines without objection from counsel --

 9              THE COURT:  Wait.

10              MS. HIGHTOWER:  My error.  We watched the video of

11    Diane Raines without objection from opposing Counsel --

12              THE COURT:  Okay.

13              MS. HIGHTOWER:  -- and I failed to mark it or have it

14    marked as an exhibit.

15              THE COURT:  It will be received.

16              MR. DARMSTADTER:  Your Honor, we have no objection.

17              THE COURT:  It'll -- well --

18              MS. HANNA:  It's fine.  No objection.

19              MS. HIGHTOWER:  You're not arguing with me?

20              MR. DARMSTADTER:  No.

21              MS. HIGHTOWER:  Okay.  Can it be marked --

22              THE COURT:  No.  It's no fun if people don't want to

23    argue.

24              It will be marked --

25              MS. HIGHTOWER:  1027.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1                THE COURT:  -- 1027.

 2                MS. HIGHTOWER:  And I will -- we will present a

 3     printed copy to you tomorrow.

 4                THE COURT:  Okay.

 5                MR. DARMSTADTER:  Thank you.

 6                MS. HIGHTOWER:  You're welcome.

 7                THE COURT:  Okay.  Thank you.

 8          (Trial Exhibit 1027 admitted into evidence.)

 9                THE COURT:  We'll be in --

10                MR. VERDE:  Your Honor, our last point is that we

11     also want to submit deposition transcript testimony from Renata

12     Ritcheson, and I will provide -- we'll be submitting that to

13     the Court, as well.

14                MS. HANNA:  Well, I would object to that, Your Honor.

15     We had her here live.

16                THE COURT:  She is here as a live witness, Counsel.

17                MR. VERDE:  But under --

18                THE COURT:  Is there an objection to it?

19                MS. HANNA:  Yes.  I mean, I would object to it,

20     absolutely.

21                THE COURT:  Sustained.

22                She was here as a live witness.  You could have

23     cross-examined her.  You could have asked her questions.

24                Okay.

25                MS. HANNA:  Thank you.
```

1          THE CLERK:  All rise.

2          THE COURT:  We'll be in recess.

3      *(Afternoon recess taken 4:03 P.M.)*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1                        CERTIFICATE

 2

 3       I hereby certify that pursuant to Section 753,

 4   Title 28, United States Code, the foregoing is a true and

 5   correct transcript of the stenographically reported

 6   proceedings held in the above-entitled matter and that the

 7   transcript page format is in conformance with the

 8   regulations of the Judicial Conference of the United States.

 9

10   Date: SEPTEMBER 22, 2016

11

12

13                        _____

14                        Cindy L. Nirenberg, CSR No. 5059

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

**MR. DARMSTADTER: [3]**
650/15 650/19 651/4
**MR. VERDE: [69]** 519/9
519/12 519/16 519/24 522/3
522/6 523/10 524/18 528/16
529/10 529/17 529/19
532/12 532/16 532/22
533/16 533/20 535/11
535/25 539/17 540/22
544/12 544/15 544/25 549/8
552/14 556/11 556/13 559/4
561/11 562/24 563/8 563/11
565/7 565/11 565/17 565/19
565/24 566/1 569/6 570/2
570/8 571/19 571/23 571/25
581/17 581/20 587/15
587/21 587/25 588/5 588/13
589/2 593/17 593/23 609/3
616/13 619/8 619/11 631/4
631/9 645/2 645/7 648/20
649/11 649/14 649/19 651/9
651/16
**MS. HANNA: [137]** 522/11
523/7 526/22 527/4 539/19
540/24 546/5 560/20 567/10
567/20 568/17 568/24
569/11 569/20 569/25 570/3
571/21 572/18 574/21
576/24 579/5 579/7 579/12
579/17 579/19 579/21
579/23 580/18 581/19
581/22 581/24 583/1 583/17
583/23 586/23 587/4 588/16
588/19 589/5 589/19 590/15
591/7 593/15 593/21 599/5
600/17 600/20 600/22 601/3
601/19 602/1 602/6 602/22
603/16 603/20 604/25
606/15 607/15 607/21 608/8
608/12 608/14 610/15
610/17 610/19 611/6 611/23
612/17 612/10 612/3 613/19
613/21 616/15 617/9 618/21
619/5 619/16 619/22 620/1
620/11 620/23 621/10
621/15 622/5 622/8 622/11
622/13 622/18 623/4 623/15
624/16 624/18 625/6 625/19
626/5 626/10 626/16 626/22
627/7 627/14 628/4 628/10
628/20 628/22 629/6 631/2
631/6 631/10 631/12 631/15
634/9 636/17 636/22 637/23
638/14 638/25 641/4 641/9
641/14 641/19 642/15
642/22 644/24 645/4 645/22
646/14 646/16 647/15
648/14 648/16 649/4 649/8
650/3 650/17 651/13 651/18
651/24
**MS. HIGHTOWER: [9]**
650/4 650/6 650/9 650/12
650/18 650/20 650/24 651/1
651/5
**THE CLERK: [8]** 519/14
519/17 590/14 593/25

631/16 631/21 648/7 651/25
**THE COURT: [254]**
**THE JURY: [1]** 647/21
**THE REPORTER: [1]** 559/1
**THE WITNESS: [72]** 519/21
522/7 523/12 524/10 524/13
524/16 527/12 529/21
529/23 535/12 537/23
539/22 539/25 541/2 545/9
546/7 547/14 547/16 554/2
562/19 563/4 565/16 565/25
572/20 575/1 577/1 579/10
580/20 590/2 590/16 594/2
596/19 596/21 599/7 603/7
604/9 607/18 608/9 609/7
609/12 609/17 609/20
609/25 610/5 610/8 613/23
617/13 617/16 617/18
617/21 617/23 618/3 621/4
621/8 622/6 622/22 622/24
625/10 625/14 626/17
628/12 628/21 631/20
631/24 632/13 635/15
635/17 635/20 635/24 636/3
636/7 646/18

**$**

**$2 [1]** 595/23

**-**

**-2 [1]** 570/20
**-21 [1]** 548/4

**.**

**...would [1]** 557/11
**.1 [4]** 543/19 543/20 545/21
585/24
**.20 [1]** 532/18

**0**

**0880 [1]** 516/15

**1**

**10 [7]** 601/18 612/25 613/6
613/25 622/1 623/24 624/8
**100 [10]** 516/8 537/10
537/19 539/4 539/7 539/9
539/16 544/1 546/8 546/11
**1000 [1]** 516/4
**1008 [2]** 545/17 545/20
**1008.1 [1]** 545/16
**1017 [12]** 522/2 522/3 522/7
522/8 524/10 525/8 526/2
526/4 526/10 527/2 527/2
528/13
**1021 [3]** 523/24 523/25
524/6
**1027 [3]** 650/25 651/1 651/8
**107 [1]** 521/25
**10th [1]** 616/3
**110 [1]** 525/13
**1117 [2]** 522/2 522/3
**12 [1]** 543/22
**12/2/2014 [1]** 640/15
**12/2 [1]** 613/24
**13 [1]** 525/13
**14 [2]** 546/2 546/3
**15 [6]** 587/9 606/5 610/9

612/25 613/6 625/13
**15-person [1]** 622/1
**1500 [1]** 516/18
**152 [1]** 516/14
**16 [2]** 533/16 592/8
**165 [1]** 532/10
**17 [1]** 533/16
**17901 [1]** 516/4
**18 [1]** 525/13
**19th [1]** 552/9
**1:02 [3]** 515/21 519/2 519/4
**1st [1]** 515/24

**2**

**20 [5]** 531/21 606/5 610/10
635/17 635/23
**2010 [7]** 530/6 530/8 530/9
531/11 533/7 534/21 572/8
**2011 [6]** 566/21 594/13
596/22 597/2 598/15 598/18
**2012 [1]** 604/2
**2013 [1]** 629/25
**2014 [17]** 534/25 535/5
535/9 547/3 550/15 607/12
609/1 616/3 616/20 623/25
624/8 632/17 633/23 640/15
645/11 647/5 647/12
**2015 [24]** 535/7 550/18
550/19 550/20 550/22
550/24 550/25 551/1 551/14
552/8 552/12 553/17 561/3
561/18 562/9 562/11 562/13
564/10 565/3 566/6 574/15
624/23 624/25 626/9
**2016 [3]** 590/22 592/8
653/10
**2017 [2]** 515/20 519/1
**21 [3]** 515/20 519/1 548/4
**2149 [3]** 539/10 546/8 581/2
**22 [5]** 552/7 552/12 553/17
605/8 653/10
**23 [1]** 607/11
**24 [5]** 543/21 544/2 544/8
546/13 546/15
**24-hour [2]** 544/1 544/5
**25 [1]** 636/1
**269 [4]** 590/13 590/15 591/8
591/11
**269-1 [2]** 590/16 592/7
**28 [3]** 645/11 647/12 653/4
**28th [1]** 647/5
**2900 [1]** 516/8
**2:30 [2]** 587/8 587/19
**2:47 [1]** 587/19
**2:48 [1]** 588/22
**2:50 [2]** 588/22 588/23

**3**

**3,000 [1]** 521/14
**30 [4]** 566/24 588/15 620/13
636/1
**30,000 [1]** 550/2
**312-706-7746 [1]** 516/9
**350 [1]** 515/24
**3500 [2]** 521/15 528/3

**4**

**400 [1]** 538/14
**408-286-0880 [1]** 516/15
**4455 [1]** 515/24
**4:00 [2]** 647/20 648/9
**4:03 [1]** 652/3

**5**

**5-0 [1]** 648/22
**50 [4]** 542/19 648/20 648/21
648/22
**503 [5]** 539/18 540/14
540/16 540/23 541/17
**503.1 [1]** 538/7
**504 [1]** 539/18
**504.1 [1]** 539/11
**505.5 [1]** 537/21
**5059 [2]** 515/23 653/14
**515-653 [1]** 515/18
**533 [6]** 529/9 529/10 529/11
529/14 529/23 533/17
**533.1 [2]** 532/14 532/19
**533.16 [2]** 533/18 533/20
**533.17 [2]** 533/18 533/20
**533.20 [4]** 531/22 532/14
532/17 532/19
**533.5 [2]** 532/14 532/19
**533.8 [4]** 530/12 532/14
532/19 532/22
**5900 [1]** 515/7

**6**

**6/21/2016 [1]** 590/22
**60-plus [1]** 551/8
**605 [1]** 641/23
**60606 [1]** 516/8
**611 [2]** 519/10 519/13
**618 [2]** 615/21 616/14
**630 [18]** 569/25 570/9
570/10 570/12 570/19
574/25 575/1 575/2 575/6
575/10 576/19 581/18
584/23 637/3 637/4 637/6
637/9 637/10
**630.1 [3]** 570/19 570/19
575/15
**631 [7]** 581/18 607/3 637/4
637/5 637/6 637/9 637/10
**631.1 [6]** 575/4 575/6 582/2
638/7 638/9 638/19
**631.10 [4]** 578/15 578/16
580/6 613/9
**631.13 [1]** 607/8
**631.5 [12]** 576/18 577/11
577/12 607/1 607/2 607/4
607/6 607/7 613/8 621/23
637/14 637/15
**634 [4]** 547/13 547/19 549/9
549/12
**634.1 [1]** 547/25
**634.21 [1]** 547/25
**63SAM [1]** 541/21
**648 [1]** 639/11
**653 [1]** 515/18
**655 [7]** 563/11 563/16
563/17 563/19 565/18
565/23 568/2

**6**

**655.1 [1]** 563/24
**655.2 [1]** 563/24
**659 [2]** 584/2 586/1
**660 [3]** 551/24 552/18 563/12
**695 [1]** 516/18

**7**

**70 [1]** 555/2
**700 [1]** 516/14
**714-557-7990 [1]** 516/5
**714-800-7900 [1]** 516/19
**749 [2]** 535/11 589/15
**749-5 [1]** 589/18
**749.5 [5]** 535/21 535/21 536/4 536/6 536/10
**753 [1]** 653/3
**7746 [1]** 516/9
**7900 [1]** 516/19
**7990 [1]** 516/5

**8**

**85,000 [1]** 528/3
**8:15 [2]** 647/22 647/23

**9**

**90012 [1]** 515/24
**92614 [1]** 516/5
**92626 [1]** 516/19
**93 [1]** 648/19
**95112 [1]** 516/14
**99 [1]** 580/21
**99.9 [15]** 542/12 542/14 542/23 543/1 543/7 543/7 543/9 543/11 543/17 584/19 585/5 585/6 585/10 587/3 603/15
**99.99 [17]** 580/22 580/25 581/13 581/15 584/22 585/2 585/14 585/23 586/4 587/4 601/15 601/24 602/6 602/19 603/4 606/22 612/10

**A**

**AATC [1]** 539/4
**AATCC [9]** 537/10 537/19 539/7 539/9 539/16 544/1 546/8 546/11 613/24
**AATCC 100 [1]** 539/7
**ability [4]** 536/23 536/24 592/18 592/19
**able [20]** 545/4 551/6 551/9 561/4 561/19 562/9 562/11 562/13 565/4 565/24 565/25 566/9 566/10 566/10 567/16 568/2 569/19 578/8 643/18 645/18
**about [84]** 520/8 525/8 525/18 525/23 525/24 526/1 526/9 526/21 526/22 527/3 538/2 539/8 546/14 548/15 548/15 549/8 550/1 555/2 557/24 559/20 560/17 568/3 569/4 575/11 576/2 582/8 583/6 584/9 584/10 584/14 584/16 585/18 587/13 588/3

**588/4 588/10 588/21 590/23 592/2 592/10 595/3 595/22 597/2 597/4 599/24 604/19 606/5 610/4 610/7 610/8 610/13 611/10 612/25 614/23 616/6 616/25 617/6 618/12 618/14 618/19 618/20 619/11 619/13 619/14 620/17 622/17 623/8 625/5 625/5 626/18 627/18 630/5 630/6 630/7 630/7 630/8 633/9 642/20 644/23 645/3 645/6 645/7 647/13 648/4
**above [3]** 577/7 577/10 653/6
**above-entitled [1]** 653/6
**abrasion [1]** 574/11
**absent [6]** 523/6 523/9 523/10 523/11 523/13 523/16
**absolutely [6]** 604/24 608/18 608/23 615/20 624/13 651/20
**absorbency [1]** 614/14
**academicians [1]** 644/20
**accept [1]** 542/16
**access [1]** 595/25
**accomplish [1]** 624/15
**according [1]** 586/4
**accuracies [1]** 647/13
**accurate [1]** 553/5
**accurately [1]** 553/10
**acquired [3]** 530/20 600/9 647/1
**across [5]** 521/15 572/6 572/14 573/3 573/6
**act [1]** 589/21
**action [1]** 591/7
**activities [3]** 578/6 578/7 642/20
**activity [1]** 601/15
**actual [1]** 639/13
**actually [17]** 524/4 530/4 538/7 542/15 548/12 550/17 550/21 552/9 553/12 557/8 565/12 584/9 600/2 638/4 640/19 642/11 644/20
**ad [4]** 525/9 527/9 527/11 527/13
**added [3]** 520/16 520/22 522/20
**adding [1]** 527/3
**additional [6]** 566/14 629/11 644/3 644/18 644/19 644/20
**address [7]** 556/21 558/10 559/11 559/21 587/17 587/22 649/12
**addressing [1]** 568/3
**Administration [2]** 601/25 602/11
**Administration's [1]** 602/6
**admit [1]** 591/8
**admitted [11]** 518/2 529/18 532/19 533/20 536/4 549/12 552/18 589/14 589/16 591/11 651/8

**admonishment [2]** 587/11 648/2
**adopt [2]** 575/21 583/17
**adopting [1]** 617/2
**adoption [3]** 575/23 582/10 583/7
**ads [1]** 527/20
**advertise [1]** 525/22
**advertised [1]** 520/15
**advertisement [4]** 524/12 524/14 524/16 527/22
**advertises [1]** 520/21
**advertising [11]** 520/9 520/12 522/11 524/23 525/2 525/8 528/9 584/11 642/9 642/10 642/11
**affect [6]** 617/9 628/3 628/8 636/16 638/24 638/24
**affects [3]** 536/23 592/18 649/24
**affixed [1]** 549/2
**after [30]** 523/2 542/4 543/17 543/21 543/22 543/22 544/5 546/15 551/13 561/16 562/8 565/1 567/8 569/4 583/21 593/2 593/11 602/20 603/3 615/8 622/16 625/23 626/14 626/25 627/2 629/3 649/3 649/8 649/9 649/10
**afternoon [8]** 520/6 587/8 589/9 594/10 594/11 632/7 632/8 652/3
**again [21]** 525/7 541/1 544/15 546/22 556/2 556/13 560/6 561/14 565/10 601/20 608/13 611/18 611/24 618/23 633/24 639/3 639/23 640/23 640/24 643/16 647/21
**against [3]** 523/4 523/23 624/3
**agencies [1]** 597/16
**agree [3]** 577/19 577/24 582/24
**agreement [6]** 596/14 596/19 604/5 604/9 617/25 620/10
**ahead [17]** 525/10 526/14 533/12 583/3 587/9 591/13 596/24 597/21 615/5 618/9 620/19 625/25 627/25 630/21 636/9 639/9 640/8
**air [1]** 614/19
**all [27]** 519/5 523/2 523/24 527/10 528/14 535/3 537/16 538/23 542/11 557/21 559/3 572/14 577/15 577/24 588/24 589/23 592/9 593/7 595/25 596/18 620/16 625/22 625/23 635/22 639/6 648/8 652/1
**Allheart [2]** 584/10 584/13
**allow [1]** 639/8
**Allstate [1]** 521/9
**almost [3]** 531/25 611/10 640/7

**along [3]** 521/14 626/10 646/8
**already [10]** 529/17 558/2 565/6 565/6 568/13 568/14 598/15 604/4 627/18 647/6
**also [20]** 516/22 521/9 523/1 529/2 531/25 537/10 537/16 537/18 553/14 558/25 571/3 571/12 575/10 584/11 588/11 604/13 620/9 643/20 644/18 651/11
**always [4]** 564/7 630/20 643/23 643/25
**am [7]** 538/14 541/11 552/2 559/19 559/19 583/8 608/13
**Amazon [2]** 630/10 630/11
**ambiguous [1]** 523/21
**among [1]** 587/12 648/3
**amount [4]** 542/4 543/13 543/15 544/3
**ANGELES [3]** 515/19 515/24 519/1
**announced [1]** 535/2
**another [2]** 630/9 643/2
**answer [7]** 525/17 544/14 544/23 559/6 592/10 593/12 603/2
**answered [5]** 526/23 546/6 563/8 613/3 620/24
**antibacterial [11]** 560/9 568/7 576/7 576/12 577/4 578/20 578/24 580/24 581/1 614/2 637/19
**antibacterial/fluid [1]** 568/7
**anticipated [4]** 554/21 561/2 561/17 562/9
**antimicrob [1]** 581/16
**antimicrobial [29]** 520/16 521/3 523/3 530/14 532/1 532/25 536/13 536/17 542/21 542/23 553/23 557/8 557/17 572/16 572/22 575/18 580/2 584/18 584/21 585/2 585/9 585/22 592/12 601/15 603/14 606/13 614/5 614/9 646/8
**antimicrobial/fluid [2]** 557/8 557/17
**any [51]** 525/8 527/24 534/18 535/3 544/9 544/18 544/19 545/3 545/12 546/19 546/22 550/12 550/23 569/15 574/18 577/21 583/9 586/12 586/19 587/12 589/23 593/1 594/25 595/20 599/19 601/12 602/10 604/7 605/12 605/16 609/9 610/23 614/22 619/24 620/15 621/19 622/18 622/22 622/23 625/1 627/13 628/17 639/3 629/25 639/15 639/6 644/21 648/3 649/23 650/2
**anybody [5]** 527/19 550/2 587/12 617/18 648/3
**anymore [1]** 549/8
**anyone [3]** 608/24 621/25

**A**

**anyone...** [1] 622/4

**anything** [7] 528/13 534/19 541/1 557/10 585/24 585/25 595/5

**anywhere** [1] 546/13

**AON** [1] 642/21

**AONE** [1] 643/16

**AORN** [2] 575/17 637/11

**apologize** [1] 650/7

**apparel** [16] 524/2 550/10 554/11 572/14 572/15 572/21 573/4 575/18 594/18 594/19 595/11 597/18 599/10 599/12 599/13 599/22

**appear** [4] 541/17 562/17 563/5 575/8

**APPEARANCES** [1] 516/1

**appears** [4] 523/5 535/18 582/8 638/13

**applied** [4] 542/18 557/10 572/6 572/11

**apply** [1] 557/9

**applying** [2] 585/8 585/12

**appointed** [1] 597/24

**approach** [1] 597/15

**appropriate** [1] 528/9

**approval** [6] 556/9 558/9 558/23 559/10 592/21 592/24

**approvals** [2] 556/17 577/15

**approve** [5] 526/14 527/11 527/13 591/7 592/5

**approved** [10] 526/11 526/12 546/19 561/3 561/18 562/12 573/19 573/22 573/24 590/11

**April** [1] 535/7

**Arbuthnot** [1] 516/13

**are** [47] 519/6 519/18 525/25 525/25 528/1 528/3 530/15 530/19 532/25 533/6 533/15 536/8 537/14 539/22 539/23 541/10 542/24 545/3 546/10 546/19 550/10 559/18 564/8 573/16 574/10 574/14 575/6 587/18 588/25 589/1 590/10 591/2 592/23 594/2 599/13 600/6 609/22 610/7 612/4 612/16 614/23 621/4 635/15 635/19 639/4 639/6 648/24

**area** [1] 593/17

**areas** [4] 555/16 556/25 646/4 646/13

**argue** [1] 650/23

**arguing** [1] 650/19

**argument** [3] 649/3 649/4 649/8

**arguments** [1] 649/6

**around** [4] 550/2 577/10 595/5 634/4

**arrive** [1] 590/5

**arrow** [1] 531/4

**article** [1] 611/4

**articles** [1] 572/9

**as** [116] 520/3 521/6 521/9 523/17 524/4 527/11 528/25 529/4 530/15 530/24 531/19 532/25 533/13 533/18 535/17 535/23 536/24 536/24 539/2 539/2 542/23 545/14 548/10 548/12 549/14 549/14 549/18 549/19 551/4 551/12 551/12 553/17 556/8 556/12 556/16 557/3 557/4 557/19 558/6 558/8 558/14 558/22 559/9 561/12 561/22 561/24 565/8 571/13 571/13 573/1 573/2 574/17 575/16 578/8 578/22 580/25 581/4 582/12 584/22 584/23 590/9 592/17 592/19 593/8 593/12 594/7 594/23 595/6 595/13 596/1 597/13 598/7 598/9 600/5 600/25 601/11 601/11 601/19 604/19 606/2 607/11 608/7 609/1 611/16 611/22 612/3 612/17 614/6 614/17 615/9 618/10 619/7 620/7 620/13 624/16 626/24 627/11 627/12 632/4 633/15 638/13 638/25 643/25 644/24 645/9 645/11 647/5 648/19 648/19 649/1 649/1 650/14 651/13 651/16 651/22

**aside** [1] 610/22

**ask** [24] 519/20 527/11 544/14 544/15 556/13 561/13 565/10 565/15 590/13 593/20 604/8 611/18 617/11 619/2 619/2 620/19 622/18 622/22 622/23 623/11 627/2 631/23 635/15 636/9

**asked** [15] 526/20 526/23 530/22 531/15 531/16 546/6 563/3 589/15 590/6 590/24 593/13 613/3 620/24 639/5 651/23

**asking** [6] 525/23 539/8 615/14 616/6 616/7 627/20

**assistance** [1] 644/5

**associations** [1] 582/10

**assume** [3] 605/24 639/5 647/25

**assuming** [2] 621/8 625/10

**ASTM** [135] 537/6 537/9 537/11 539/10 539/11 546/8 546/14 549/23 549/25 550/1 550/4 550/8 550/12 550/15 550/17 550/22 553/10 553/12 553/15 553/18 553/19 553/21 555/7 560/17 561/23 564/2 564/17 565/3 566/6 568/13 571/8 571/11 571/13 571/16 572/12 572/6 573/12 573/16 573/19 573/19 573/22 573/23 573/25 574/15 575/12 575/17 575/22 576/5 576/23

**ASTM's** [1] 612/15

**ASTM-approved** [1] 573/19

**attached** [1] 571/12

**attaches** [1] 576/4

**attachment** [2] 547/22 576/18

**attachments** [3] 570/16 571/4 575/6

**attend** [5] 550/23 551/3 551/4 551/5 621/2

**attendance** [1] 550/21

**attended** [9] 550/12 550/15 550/17 551/2 551/14 564/11 564/13 564/15 574/15

**attention** [11] 525/5 525/12 530/11 535/20 545/16 546/2 546/24 578/17 615/21 638/6 639/11

**attire** [14] 553/22 560/4 560/8 560/14 560/16 560/18 561/1 568/6 568/8 576/8 576/22 577/4 606/13 637/19

**attorney** [5] 516/4 516/7 516/13 516/17 516/17

**attorneys** [1] 648/7

**attractive** [1] 595/12

**attributed** [1] 586/17

**authorization** [1] 577/23

**available** [5] 549/7 595/2 595/3 595/19 644/22

**Avenue** [1] 516/4

**aware** [9] 526/16 526/17 528/2 545/3 545/12 545/14 546/19 546/22 608/24

**B**

**back** [26] 524/9 524/10 526/18 526/20 530/6 531/3 531/11 542/19 544/11 548/21 552/7 565/20 566/5 567/8 582/2 584/23 584/23 587/8 588/21 589/13 591/22 608/7 609/1 616/20 620/7

**577/13 577/14 577/16 577/20 578/5 578/6 578/17 581/8 582/13 583/8 583/10 583/17 583/23 588/2 597/23 589/1 598/4 598/6 598/11 598/12 598/15 598/18 598/20 603/4 603/25 604/23 605/11 608/1 608/17 608/19 608/21 609/3 611/15 611/16 611/20 611/21 614/23 615/11 615/18 616/20 616/22 618/5 618/12 619/4 619/13 620/14 620/22 622/16 624/12 624/22 628/9 629/16 631/1 633/16 633/21 633/23 633/25 634/8 634/14 634/20 634/23 635/2 635/5 635/8 635/9 635/11 635/15 635/23 637/11 637/14 637/20 638/12 638/22 638/23 639/21 640/18 641/8 644/23 645/4 645/9 645/12 645/13 645/15 645/17 645/19 649/20**

**635/22**

**background** [2] 552/22 605/6

**bacteria** [22] 523/4 536/19 536/25 542/5 542/7 543/2 543/3 543/6 543/10 543/12 543/16 544/2 544/3 544/4 544/10 544/18 545/5 545/13 546/21 581/16 592/20 601/1

**bacterial** [3] 586/2 586/4 587/4

**balloting** [1] 583/10

**barrier** [15] 553/23 557/8 557/17 560/9 568/7 572/22 576/7 576/22 577/4 601/10 601/16 606/13 611/2 613/18 637/19

**based** [9] 555/10 562/18 572/8 589/3 599/25 602/22 603/3 613/13 635/11

**basically** [3] 543/13 547/11 592/5

**Bates** [5] 531/21 540/14 540/17 540/20 638/7

**be** [143]

**Bearman** [8] 642/4 642/12 642/15 646/3 646/14 646/20 647/6 647/13

**beat** [2] 583/17 625/22

**beating** [3] 583/8 618/8 620/19

**because** [34] 520/12 523/17 525/9 525/25 530/8 531/6 531/17 542/18 542/22 548/15 557/16 560/13 561/21 567/2 568/21 568/22 585/18 585/24 588/10 597/8 603/12 603/16 615/7 617/24 618/6 618/19 620/7 620/9 624/15 627/22 628/19 629/6 648/6 649/3

**become** [4] 526/16 550/3 577/16 634/20

**becomes** [1] 598/12

**becoming** [3] 526/17 605/6 630/7

**been** [55] 520/2 526/12 528/25 529/17 529/18 531/15 533/8 538/22 542/9 550/2 550/8 551/20 553/25 554/6 555/11 556/9 556/17 558/2 558/9 558/23 559/10 561/6 561/8 561/24 563/13 565/1 565/6 566/18 566/20 567/1 571/3 571/9 571/15 571/15 589/14 589/16 594/6 595/14 597/23 598/17 611/10 611/11 613/1 616/22 620/18 626/2 626/15 632/3 636/15 639/4 643/14 644/20

**before** [13] 555/7 560/13 590/11 596/10 597/10 631/19 632/9 634/2 634/3 634/5 649/6 649/7 650/1

**beginning** [3] 552/10 591/22 591/23

**B**

**behalf [3]** 564/22 608/2 633/15
**behest [1]** 633/18
**being [22]** 519/17 527/12 529/2 530/15 531/8 531/19 532/25 555/11 568/12 574/13 574/21 575/22 584/10 597/3 611/16 611/21 616/7 616/9 621/14 627/12 628/19 647/19
**believe [16]** 550/7 550/21 551/1 571/2 578/6 589/14 596/23 604/6 605/4 625/2 625/23 634/5 637/13 639/15 647/10 649/15
**believed [6]** 553/12 556/4 556/7 567/17 569/17 618/19
**below [5]** 531/3 569/7 592/14 601/18 638/13
**BEN [42]** 516/23 517/8 553/24 553/25 554/1 554/6 555/3 566/16 567/7 567/19 568/22 569/18 571/9 571/15 572/5 573/3 575/11 575/16 576/11 576/15 579/16 588/7 588/9 593/24 594/5 633/18 633/21 634/9 634/13 634/15 634/15 634/17 634/19 635/2 635/4 639/18 640/12 640/17 641/8 641/13 645/14 645/22
**Ben's [1]** 635/11
**benefit [1]** 582/11
**benefits [1]** 548/15
**Berger [1]** 642/5
**best [4]** 596/8 615/7 615/7 615/8
**better [7]** 599/21 632/14 632/15 634/20 635/9 640/25 644/4
**between [10]** 542/2 546/13 563/21 574/4 591/4 591/18 597/18 604/13 615/25 644/8
**beyond [2]** 603/17 620/12
**biggest [1]** 595/14
**binder [6]** 537/22 537/23 537/24 538/5 590/14 590/14
**bioburden [4]** 600/13 600/16 600/16 603/14
**biologics [2]** 605/17 629/18
**biotech [1]** 605/8
**black [1]** 590/14
**blood [2]** 554/18 599/20
**blood-borne [1]** 554/18
**blow [1]** 589/20
**blueprint [5]** 562/13 562/16 562/23 563/3 563/5
**board [5]** 550/1 572/7 573/4 573/7 627/5
**Bob [4]** 591/4 591/5 591/25 592/9
**bodies [2]** 582/11 629/24
**bodily [1]** 599/20
**body [2]** 577/22 598/12
**borne [1]** 554/18
**boss [2]** 555/25 556/1
**both [4]** 539/16 559/2 590/7

644/13
611/4 591/17 592/7
**bottom [4]** 540/15 552/25 591/17 592/7
**bought [1]** 630/10
**box [3]** 519/7 588/21 589/1
**bragged [1]** 567/9
**brands [3]** 595/9 633/11 633/12
**break [3]** 587/7 587/8 647/18
**breaking [2]** 587/10 600/12
**breathability [10]** 561/7 576/7 576/22 601/11 601/18 601/19 614/11 614/11 622/9 640/21
**breathable [3]** 577/4 606/13 637/18
**Brian [1]** 594/15
**brief [1]** 584/16
**briefing [3]** 617/12 617/20 618/1
**briefly [4]** 587/17 587/23 587/24 649/12
**bring [3]** 597/19 609/14 632/12
**brought [2]** 558/4 609/12
**burn [1]** 574/7
**business [6]** 554/24 583/23 617/3 628/2 628/4 636/17

**C**

**C-e-r-t-a-i-n-t-y [1]** 623/21
**CA [4]** 515/24 516/5 516/14 516/19
**CALIFORNIA [3]** 515/2 515/19 519/1
**call [7]** 519/8 519/10 519/13 588/7 592/3 615/14 631/10
**called [11]** 519/17 548/14 571/18 573/23 579/16 588/11 601/17 624/6 624/11 633/16 637/11
**calling [1]** 588/16
**calls [6]** 546/20 560/21 576/4 579/8 592/2 606/7
**came [1]** 567/8
**can [44]** 525/1 532/8 536/1 542/16 544/13 546/12 550/3 559/5 559/5 559/16 560/9 561/12 563/1 565/14 565/15 565/18 568/8 586/8 587/22 588/7 589/16 590/13 590/21 591/13 591/13 591/17 596/16 600/2 600/3 600/13 604/17 623/15 625/22 627/20 630/11 630/13 632/12 632/13 636/9 647/25 648/13 650/2 650/2 650/21
**can't [8]** 545/10 549/21 559/2 582/16 600/1 604/2 605/21 625/23
**cannot [1]** 525/2
**capital [4]** 623/21 629/4 629/11 629/14
**caps [1]** 593/7
**care [3]** 588/3 588/4 599/18
**case [1]** 587/11 588/2

588/4 627/22 627/24 636/6
639/7 647/3 647/25 649/2
649/16 649/24
**category [4]** 568/12 599/9 617/5 623/8
**cause [4]** 568/2 629/2 629/2 631/19
**cc'd [1]** 571/7
**cell [7]** 536/23 536/25 590/9 591/24 592/18 592/20 640/3
**cells [1]** 590/10
**Center [1]** 516/18
**centers [1]** 599/18
**CENTRAL [1]** 515/2
**CEO [2]** 555/4 575/16
**certain [20]** 520/11 525/25 541/23 542/4 542/8 542/16 550/5 570/16 573/13 573/13 574/16 574/20 605/19 608/4 613/13 614/24 622/17 623/11 627/2 636/16
**certainly [4]** 639/13 640/22 644/5 647/7
**certainty [65]** 521/22 525/18 525/18 525/24 525/25 526/1 526/1 526/3 526/6 526/7 526/9 526/10 526/22 526/22 527/21 527/21 534/23 534/23 536/13 536/13 536/16 536/18 537/3 537/4 538/21 538/21 540/6 540/6 541/10 541/10 543/5 543/5 544/19 544/20 546/4 546/5 547/2 547/2 554/23 554/23 557/5 557/5 557/9 557/15 557/15 557/20 557/20 573/18 573/18 584/14 584/15 585/3 585/3 585/5 585/6 592/10 592/11 592/11 592/13 592/13 623/15 623/19 624/6 624/11 634/1
**certaintytechnologies.com [1]** 535/19
**CERTIFICATE [1]** 653/1
**certifies [1]** 598/12
**certify [1]** 653/3
**cetera [1]** 550/10
**chain [1]** 600/12
**chairman [5]** 606/1 606/2 616/22 621/5 636/12
**chairperson [1]** 597/24
**change [4]** 565/13 583/9 583/11 639/22
**changemakers.org [1]** 548/14
**changes [2]** 561/6 562/8
**channels [2]** 643/22 644/16
**Charity [1]** 521/19
**cheat [1]** 542/22
**checking [3]** 527/20 528/8 546/15
**chemical [4]** 542/18 585/12 591/19 591/21
**Cherokee [4]** 521/17 522/11 522/20 595/9
**Chicago [1]** 516/8
**CINDY [2]** 515/23 653/14

**circulate [1]** 577/19
**circulated [2]** 621/25 622/4
**cite [1]** 630/23
**claim [6]** 520/18 523/17 586/9 586/12 586/19 589/24
**CLAIMANT [1]** 515/12 516/12 517/3
**claiming [1]** 628/17
**claims [4]** 520/13 642/12 642/15 646/8
**clar [1]** 525/23
**clarify [1]** 559/16
**class [6]** 560/3 560/14 560/15 560/18 561/1 568/6
**cleaning [1]** 533/8
**clear [1]** 620/16
**Clerk [1]** 535/12
**clinically [1]** 603/16
**clock [1]** 529/20
**close [6]** 555/9 555/10 555/12 616/7 616/9 617/2
**closer [2]** 590/2 632/13
**closing [3]** 649/6 649/7 649/10
**clothing [3]** 568/7 568/8 601/1
**Code [2]** 539/1 653/4
**colleague [1]** 567/9
**colleagues [3]** 520/22 522/21 527/4
**collection [2]** 521/19 521/20
**color [1]** 538/12
**colors [2]** 527/25 542/11
**come [10]** 551/9 551/13 587/8 590/1 599/23 600/3 602/15 618/10 622/17 644/2
**comes [2]** 542/19 590/2
**comfort [1]** 574/11
**coming [2]** 532/5 599/24
**comment [3]** 561/8 584/9 596/8
**committee [70]** 551/9 555/3 555/8 557/24 558/2 561/9 564/3 564/9 564/10 566/16 566/18 566/20 568/13 573/24 576/12 576/15 576/17 577/15 577/20 577/22 578/6 579/1 598/23 599/2 605/15 607/20 607/25 608/1 611/6 611/11 611/21 611/22 612/12 612/24 612/25 613/6 616/11 616/22 617/12 617/16 617/21 618/2 618/3 618/4 621/4 621/7 621/14 622/1 622/5 622/16 625/9 625/12 626/3 626/14 627/17 627/18 627/23 634/24 636/12 636/15 636/21 637/20 637/23 641/9 645/12 645/12 645/13 645/15 645/17 645/18
**committees [4]** 605/12 605/14 605/16 645/8
**communicating [1]** 615/2
**communication [6]** 616/5 640/17 643/21 644/7 644/10 644/16

## C

**communications [3]** 604/7 632/20 633/14
**community [1]** 641/9
**companies [7]** 573/13 574/2 629/23 629/24 636/3 636/5 636/6
**company [10]** 527/12 531/2 595/13 595/22 596/1 604/19 624/16 630/10 633/10 636/7
**compare [1]** 542/5
**compared [1]** 543/15
**comparison [1]** 542/2
**compendiums [1]** 597/9
**compete [4]** 561/4 561/19 562/9 562/11
**competing [3]** 624/3 624/5 624/10
**competitive [1]** 552/4
**complaint [1]** 649/17
**completely [1]** 620/18
**completion [1]** 608/19
**compliance [1]** 562/2
**compliant [14]** 555/17 557/2 557/4 557/12 557/19 561/4 561/10 561/19 561/24 562/5 562/10 562/12 562/14 562/15
**composition [2]** 541/6 541/6
**concern [4]** 530/24 638/23 642/20 646/23
**concerned [1]** 583/6
**concerning [4]** 575/11 594/17 630/1 640/21
**concerns [5]** 531/6 642/21 646/20 647/6 647/13
**concluding [1]** 647/2
**conclusion [1]** 646/25
**conditions [1]** 577/24
**conduct [7]** 530/23 538/12 538/13 538/23 544/21 544/24 594/25
**conducted [6]** 530/3 530/5 539/9 539/24 546/11 546/13
**conducting [4]** 539/1 539/2 539/16 642/10
**conference [3]** 551/8 606/7 653/8
**confidential [17]** 548/22 549/4 549/8 571/14 576/6 577/8 577/12 578/4 597/3 604/23 618/4 619/4 619/8 619/16 619/18 620/1 621/15
**confidentiality [11]** 596/14 596/19 597/5 604/4 604/9 604/14 604/17 617/24 620/10 620/14 621/21
**confirmation [1]** 593/11
**conformance [1]** 653/7
**confusion [2]** 628/16 628/18
**connection [2]** 538/20 538/22
**consensus [3]** 598/8 611/6 613/1
**consider [13]** 532/2 548/10

557/25 558/1 569/15 583/7 597/13 604/29 619/3 619/16 619/21 621/14 650/17
**consideration [1]** 577/14
**considered [9]** 527/9 527/14 528/13 574/21 575/22 619/7 619/17 619/25 643/24
**considering [3]** 558/2 579/1 646/9
**constantly [1]** 633/11
**consultant [3]** 529/4 531/2 646/7
**consumer [2]** 533/23 600/4
**contact [14]** 534/9 536/19 544/1 544/2 544/19 590/9 593/8 602/10 602/13 632/22 632/25 633/3 634/21 636/14
**contacted [1]** 594/15
**contains [1]** 526/7
**contamination [1]** 601/9
**context [2]** 520/24 596/16
**contract [2]** 592/1 592/25
**contributor [1]** 533/14
**control [7]** 542/2 542/5 542/15 543/8 543/15 585/18 585/20
**convenient [1]** 589/17
**convention [4]** 535/1 535/8 547/3 547/4
**conversation [3]** 591/21 591/22 630/3
**conversations [5]** 598/3 604/16 614/22 629/25 630/5
**copies [1]** 577/25
**copy [4]** 529/19 607/11 638/5 651/3
**correct [221]**
**Costa [1]** 516/19
**could [26]** 520/20 523/1 523/7 523/16 523/19 523/23 533/8 539/24 544/9 551/2 554/22 561/10 566/15 569/19 581/4 582/11 583/22 587/3 589/18 589/20 595/25 599/2 617/2 630/18 651/22 651/23
**couldn't [4]** 545/8 551/9 567/19 595/5
**counsel [32]** 516/1 519/8 519/24 524/18 525/7 525/10 527/8 528/12 565/15 570/1 570/8 587/24 588/3 588/18 592/17 593/21 594/4 596/24 610/11 611/9 618/8 619/25 620/18 625/22 627/16 636/10 639/9 645/1 649/22 650/8 650/11 651/16
**counsel's [1]** 589/12
**count [7]** 543/18 543/21 543/21 543/22 543/22 574/6 635/23
**COUNTER [5]** 515/12 515/15 516/3 516/12 517/3
**COUNTER-CLAIMANT [1]** 515/12
**COUNTER-DEFENDANT [1]**

515/15
**counterclaim [1]** 519/9
**country [1]** 521/15
**couple [1]** 589/11
**course [4]** 540/5 540/20 600/7 639/25
**court [13]** 515/1 515/23 587/17 587/22 588/13 627/22 631/19 640/2 649/4 649/9 649/12 649/25 651/13
**Court's [2]** 563/2 649/15 649/24
**courts [1]** 649/3
**cover [1]** 565/16
**coworkers [1]** 641/1
**crafted [3]** 592/4 592/14 593/12
**crafting [2]** 609/5 609/5
**Crawford [1]** 594/15
**crazy [1]** 630/24
**create [7]** 560/3 560/14 560/15 560/18 573/8 598/4 599/9
**creates [2]** 617/5 628/18
**creating [5]** 547/11 566/8 600/11 624/2 624/5 624/10 624/16
**credit [4]** 528/11 558/7 558/14 558/16
**cross [8]** 517/6 565/16 589/5 589/7 631/6 631/7 649/17 651/23
**cross-complaint [1]** 649/17
**cross-examination [2]** 565/16 589/7
**cross-examined [1]** 651/23
**crux [2]** 588/2 588/3
**CSR [2]** 515/23 653/14
**curb [2]** 530/15 533/1
**current [4]** 528/20 528/20 546/19 562/14
**customers [1]** 630/24
**cut [1]** 523/5
**CV16 [1]** 515/7
**CV16-5900 [1]** 515/7

## D

**Darmstadter [1]** 516/7
**data [2]** 532/3 615/8
**date [8]** 535/8 590/21 590/22 596/18 596/18 596/20 604/3 653/10
**dated [2]** 592/8 640/15
**dates [1]** 564/8
**day [5]** 515/18 593/21 599/15 625/22 631/15
**days [1]** 566/25
**dead [2]** 618/9 620/19
**Deakins [1]** 516/16
**deal [4]** 615/17 629/12 630/5 630/14
**deals [1]** 539/11
**dealt [4]** 538/17 539/9 539/14 539/16
**decades [1]** 550/2
**decide [4]** 587/2 598/1 607/7

**decided [1]** 596/17
**decision [2]** 559/14 559/15
**decisions [1]** 559/15
**deck [3]** 548/10 548/12 548/12
**declaration [2]** 545/25 546/17
**defendant [6]** 515/9 515/15 516/3 516/12 517/3 636/6
**DEFENDANT/COUNTER-CLAIMANT [2]** 516/12 517/3
**defense [1]** 648/19
**defined [2]** 523/18 523/20
**definition [1]** 572/14
**degradation [1]** 585/19
**delayed [5]** 556/10 556/18 558/9 558/24 559/11
**deliver [1]** 542/17 644/4
**delivery [2]** 535/6 535/7
**dental [1]** 599/17
**Depending [1]** 546/12
**depends [1]** 543/24
**deposition [4]** 525/5 525/12 620/15 651/11
**describe [4]** 553/10 591/18 593/8 604/17
**described [3]** 582/7 584/12 638/13
**describes [3]** 553/12 584/13
**description [4]** 527/23 527/23 528/1 528/6
**descriptions [2]** 526/13 528/5
**designated [1]** 620/13
**desire [1]** 598/4
**destroy [1]** 577/24
**determine [2]** 544/18 545/4
**determined [1]** 627/23
**determines [1]** 621/7
**develop [16]** 554/11 555/17 557/1 557/12 557/19 561/10 562/5 562/13 572/10 599/2 599/5 599/8 601/8 606/11 606/20 620/7
**developed [5]** 568/14 610/15 611/21 612/16 613/1
**developing [4]** 547/8 572/6 609/8 614/24
**development [3]** 550/9 553/22 555/4
**Diane [2]** 650/8 650/11
**Dickies [1]** 595/9
**did [160]**
**didn't [12]** 532/15 558/13 558/19 558/22 559/1 559/9 569/17 583/3 587/2 596/1 612/4 615/4
**difference [3]** 542/6 574/4 619/24
**different [15]** 527/25 527/25 534/5 534/10 537/22 537/23 537/24 542/10 568/3 568/9 568/17 573/20 574/10 630/5 636/2
**differently [1]** 649/3
**difficult [5]** 555/17 557/1 557/12 557/19 562/5

**D**

**direct [21]** 517/5 517/9
517/12 520/4 525/5 525/12
530/11 535/20 541/12
545/16 546/2 546/24 578/17
589/1 589/12 594/8 615/21
630/13 632/5 638/6 639/11
**directed [1]** 534/4
**direction [2]** 541/2 541/5
**director [5]** 528/21 549/14
549/20 586/7 632/20
**disclaimer [3]** 523/2 523/13
523/16
**disclosure [2]** 643/5 643/10
**discovery [3]** 540/2 540/5
540/20
**discuss [6]** 587/11 596/13
609/19 609/20 633/5 648/2
**discussed [5]** 609/17
609/23 610/24 643/3 643/8
**discussing [2]** 609/11
609/24
**discussion [11]** 517/17
517/18 566/11 566/14
583/16 584/14 584/16
591/18 597/2 642/9 647/8
**discussions [8]** 562/18
589/4 596/2 596/5 604/13
615/16 634/17 646/6
**disease [1]** 554/11
**disrupt [1]** 566/10
**disrupted [2]** 566/12 566/14
**distribution [1]** 595/25
**DISTRICT [3]** 515/1 515/2
515/3
**DIVISION [1]** 515/2
**do [124]** 521/8 521/13 522/4
522/19 522/22 522/23 523/3
523/22 524/4 526/12 526/13
527/16 527/19 528/7 528/10
529/8 530/17 531/9 531/10
533/2 533/3 533/4 535/8
535/15 536/15 536/20 538/3
538/8 538/9 541/9 543/8
543/14 543/14 543/21
543/21 543/22 543/22
544/18 545/18 545/23
545/24 546/12 547/14 548/1
548/22 548/24 552/1 552/24
554/25 563/19 566/18
566/19 574/5 574/5 575/19
575/20 575/24 575/25 576/9
576/10 576/14 577/18
577/23 578/11 580/4 580/10
580/15 583/14 583/15 584/5
586/10 588/1 590/19 590/20
592/5 592/5 593/9 595/17
595/23 596/11 596/12
597/21 598/24 600/10 605/4
607/2 607/25 609/19 613/10
614/15 615/23 616/8 626/21
630/11 630/13 631/14
631/18 631/21 632/12
633/22 637/9 637/15 637/17
638/14 638/18 639/12
639/24 641/2 642/6 642/7
642/11 642/12 643/6 643/6
**643/11 643/12 644/18
644/20 645/16 646/1 646/2
646/12 647/25 649/3 650/2**
**Doc [1]** 622/6
**doctors [1]** 599/14
**document [45]** 523/8
535/15 535/17 540/14
545/23 548/9 548/21 549/1
549/5 552/15 552/20 563/4
571/21 571/25 577/8 577/13
577/13 577/20 577/25
578/14 581/7 581/9 581/10
581/11 582/3 584/5 607/8
607/10 615/23 621/25 622/3
622/9 622/10 622/11 637/12
637/15 638/2 638/3 638/6
638/12 638/18 639/12
639/14 639/18 639/21
**documented [1]** 601/9
**documenting [1]** 628/17
**documents [7]** 540/20
547/11 547/12 571/13 576/4
576/5 638/8
**does [34]** 521/7 522/10
525/19 528/10 536/12
541/17 542/13 543/1 546/4
557/18 562/16 562/23 563/5
572/25 589/21 592/12 593/8
600/10 607/8 607/9 612/16
612/16 613/2 613/15
613/18 613/19 613/19 614/4
614/10 616/6 616/7 628/3
640/9 643/13
**doesn't [7]** 532/7 536/9
542/3 557/21 586/13 586/20
619/24
**doing [12]** 528/25 530/21
585/24 604/18 604/23
608/24 615/10 617/13
617/21 618/2 625/13 625/13
**don't [61]** 525/15 527/25
528/1 528/4 528/4 528/5
529/15 533/10 538/11
538/15 539/23 541/4 541/6
541/12 541/12 541/15
541/21 542/25 545/17
547/15 550/17 561/13
569/15 571/23 571/25 573/6
575/13 576/13 577/12
578/13 584/20 586/8 587/25
588/3 596/20 600/14 607/17
609/2 611/9 622/20 626/25
627/1 628/20 632/10 633/24
634/2 634/7 635/6 635/16
635/21 638/4 638/5 639/13
640/19 642/11 643/3 643/9
643/14 645/13 647/7 650/22
**done [15]** 528/23 530/6
530/8 537/3 537/6 541/13
584/3 597/9 599/25 616/7
616/9 625/19 637/7 640/7
641/24
**door [1]** 643/25
**Dow [11]** 545/7 590/7 591/6
591/19 591/21 591/25
592/21 592/24 592/25
592/25 591/14
**down [5]** 562/2 563/1
593/19 631/8 648/12
**downloaded [1]** 571/16
**draft [10]** 571/14 571/18
571/19 577/2 577/6 577/7
582/13 604/1 604/3 607/11
**drafted [4]** 552/21 607/13
607/19 608/7
**drafting [1]** 607/15
**draw [1]** 574/9
**Drive [2]** 516/8 516/18
**drop [1]** 614/14
**Drug [3]** 601/25 602/5
602/10
**due [2]** 558/2 582/11
**duly [3]** 520/2 594/6 632/3
**during [4]** 540/5 551/10
590/10 624/25
**duties [2]** 535/24 633/15**

**E**

**e-mail [32]** 547/19 552/1
558/20 563/18 563/21
570/14 570/16 570/20
570/24 571/1 571/6 584/6
584/7 584/9 586/2 590/19
590/20 590/21 590/22 591/3
591/17 592/7 615/14 615/25
619/23 623/24 637/10
640/11 640/15 642/1 642/8
647/12
**e-mailed [1]** 538/19
**e-mails [1]** 592/2
**E2149 [8]** 537/9 537/10
537/11 539/11 539/17
546/14 578/17 603/5
**each [1]** 523/3
**earlier [4]** 520/8 544/12
642/4 582/17
**early [3]** 550/20 572/8
594/13
**educational [1]** 642/20
**effect [1]** 627/13
**effective [5]** 531/8 531/19
532/2 548/17 611/4
**effectiveness [1]** 628/18
**efforts [3]** 606/23 629/13
640/25
**either [1]** 542/7
**else [9]** 524/16 524/17
557/10 563/2 568/10 574/6
587/12 608/24 648/3
**else's [2]** 525/9 527/9
**employed [1]** 632/17
**employee [4]** 528/25 529/2
531/2 549/17
**employers [5]** 568/8 582/10
583/7 638/25 638/25
**encourage [1]** 633/21
**encouraged [2]** 633/20
645/16
**end [11]** 548/21 548/22
549/1 593/21 596/22 598/11
623/22 628/19 631/15
640/23 640/24
**ends [2]** 542/12 628/19**

**energy [1]** 629/12
**engage [1]** 633/12
**engaged [1]** 597/16
**enough [3]** 542/20 583/9
585/8
**entail [1]** 547/10
**enter [1]** 596/17
**entered [2]** 596/16 596/19
**entering [1]** 596/13
**entertained [1]** 583/12
**entire [3]** 588/12 609/16
643/17
**entitled [2]** 638/7 653/6
**entity [2]** 633/16 633/18
**entrepreneurial [1]** 595/13
**environment [1]** 560/10
**equal [4]** 580/18 580/22
586/12 586/19
**equipment [4]** 597/19
605/15 629/16 629/23
**Ericksen [2]** 516/13
**erroneous [2]** 522/24
527/24
**error [1]** 650/10
**essentially [2]** 536/25
592/19
**establishing [1]** 612/13
**et [1]** 550/10
**evaluate [1]** 646/7
**event [2]** 535/4 569/15
**eventually [1]** 598/23
**ever [6]** 544/18 550/12
597/10 606/23 609/13
614/22
**every [7]** 528/5 538/12
538/13 538/15 541/15
599/14 606/8
**everybody [4]** 561/9 561/10
563/2 625/9
**Everyone [1]** 640/3
**everything [2]** 595/24
611/11
**evidence [27]** 532/14
532/20 533/18 533/20 536/2
536/4 540/23 549/10 549/10
549/12 552/16 552/18
563/12 570/2 570/3 571/21
581/19 589/14 591/9 591/11
616/15 618/7 648/25 649/1
649/8 649/16 651/8
**exact [1]** 596/20
**exactly [6]** 538/11 604/2
635/21 640/19 643/14
645/13
**examination [7]** 520/4
565/16 589/2 589/7 589/12
594/8 632/5
**examined [1]** 651/23
**example [1]** 561/8
**exchange [3]** 563/21 597/3
615/25
**exchanged [1]** 616/4
**excuse [25]** 535/10 546/24
551/23 553/11 558/5 561/22
562/3 562/24 563/12 565/2
575/9 575/15 577/6 588/8
588/9 604/21 608/20 612/19**

## E

**excuse... [7]** 629/21 637/10 638/21 641/18 642/9 642/14 645/9
**excused [5]** 588/11 588/13 631/11 631/13 648/16
**executed [1]** 604/4
**executive [1]** 632/20
**exhibit [46]** 521/25 522/10 523/24 524/6 526/2 529/9 529/14 532/14 535/11 535/20 535/21 535/23 536/4 537/21 538/3 544/11 545/16 547/13 547/19 549/12 551/24 552/18 563/11 569/25 570/2 570/12 574/25 575/4 575/6 575/6 576/18 582/2 584/2 584/23 586/1 590/13 591/11 607/1 613/8 615/21 616/14 637/3 639/11 641/23 650/14 651/8
**EXHIBITS [3]** 518/2 532/19 533/20
**expand [1]** 627/11
**expectations [1]** 631/2
**expend [1]** 629/3
**experience [1]** 567/4
**experts [1]** 545/7
**explain [3]** 565/16 596/16 627/4
**explained [1]** 592/4
**exploratory [1]** 534/13
**expose [1]** 574/6
**exposed [3]** 543/16 544/4 590/11
**exposure [2]** 542/4 546/21
**express [2]** 587/12 648/3
**expressing [1]** 647/13
**Extensive [1]** 604/15
**extent [1]** 647/7

## F

**F23 [1]** 629/15
**F2340 [1]** 629/18
**fabric [26]** 536/13 536/17 536/19 541/5 541/6 541/20 541/20 541/21 542/2 542/3 542/6 542/16 542/22 543/2 543/4 543/16 544/1 544/4 544/8 574/17 574/19 581/16 585/18 590/9 592/12 630/8
**fabrication [1]** 538/13
**fabrics [3]** 542/11 572/12 578/24
**face [2]** 606/9 606/9
**face-to-face [1]** 606/9
**facilities [2]** 585/7 599/19
**fact [3]** 630/9 643/16 647/2
**factories [1]** 542/15
**factory [2]** 542/20 543/8
**failed [2]** 626/14 650/13
**fairly [1]** 555/13
**familiar [6]** 535/23 537/11 537/14 537/15 600/6 634/20
**familiarity [1]** 541/9
**family [3]** 520/17 522/21 527/4

**FAQ [1]** 592/10
**far [4]** 617/11 620/17 626/10 648/19
**fashion [8]** 528/9 555/17 557/2 557/4 557/12 557/19 562/5 601/12
**fault [1]** 650/7
**favor [1]** 632/12
**FAVRET [47]** 516/23 517/8 554/3 554/6 554/7 555/3 561/9 566/16 566/17 567/1 567/7 567/19 568/22 569/18 571/9 571/15 572/5 572/9 573/3 575/11 575/17 576/11 576/15 579/4 579/16 588/7 588/9 588/15 593/24 594/5 594/10 633/19 633/21 634/13 634/15 634/15 634/17 635/2 635/5 636/12 639/19 640/12 640/17 641/8 641/13 645/14 645/22
**Favret's [1]** 549/3
**FCRR [1]** 515/23
**FDA [2]** 602/14 602/20
**featuring [1]** 523/3
**February [8]** 552/7 552/9 552/12 553/17 607/11 645/11 647/5 647/12
**feel [4]** 595/20 615/4 626/22 635/9
**felt [3]** 599/21 626/24 630/21
**few [4]** 538/19 588/8 635/16 639/24
**fewer [1]** 543/18
**field [3]** 605/7 605/8 618/9
**fifth [2]** 536/7 536/8
**figure [1]** 615/16
**figured [1]** 625/24
**file [3]** 571/14 576/6 650/2
**files [1]** 540/12
**filled [2]** 597/17 599/10
**final [3]** 555/12 583/8 583/17
**finalized [2]** 555/9 575/22
**find [3]** 527/23 595/5 635/4
**finding [1]** 533/24
**findings [2]** 531/11 531/14
**fine [2]** 627/2 650/18
**finish [1]** 648/25
**finished [1]** 649/8
**first [29]** 519/8 530/9 531/4 550/7 550/15 550/21 552/20 559/21 564/10 565/23 566/25 567/3 567/4 567/4 567/7 590/24 594/12 596/18 597/4 604/1 604/3 609/13 609/15 632/3 635/22 635/22 640/11 643/8 649/4
**fit [1]** 599/1
**five [2]** 529/1 588/10
**fluid [12]** 553/23 557/8 557/17 560/9 568/7 572/22 601/10 601/16 606/13 611/2 613/9 613/13
**fluids [1]** 599/20
**follow [3]** 524/19 550/8

**550/11**
**followed [2]** 574/2 593/2
**following [10]** 536/23 556/22 558/10 558/11 559/12 568/2 587/20 589/11 643/20 648/10
**follows [3]** 520/3 594/7 632/4
**Food [3]** 601/25 602/5 602/10
**footer [1]** 523/11
**force [2]** 548/6 548/8
**foregoing [1]** 653/4
**forgot [1]** 565/12
**form [2]** 587/12 648/3
**formal [1]** 636/14
**format [4]** 541/18 541/19 541/22 653/7
**former [1]** 549/17
**forth [2]** 578/22 578/23
**forward [1]** 628/9
**found [4]** 531/25 548/13 548/14 635/6 635/7
**foundation [11]** 539/20 576/25 579/8 579/19 579/20 580/19 600/19 601/21 612/19 612/21 613/22 four [7]** 580/9 580/18 581/12 608/10 612/9 613/17 626/18
**frame [2]** 551/10 634/4
**frames [3]** 534/5 534/10 534/17 534/18 534/20
**Frequent [1]** 632/24
**Frequently [2]** 589/14 590/6 590/24 593/13
**front [6]** 575/1 575/2 590/19 590/20 637/8 641/25
**full [4]** 519/20 631/23 643/4 643/10
**fun [1]** 650/22
**funding [1]** 595/23
**further [5]** 517/16 561/2 583/12 593/16 636/9
**FWP [1]** 541/21

## G

**gap [2]** 597/17 599/10
**garment [3]** 546/20 600/13 601/10
**garments [12]** 523/2 523/3 557/9 561/4 561/11 561/19 561/24 562/10 562/12 562/14 562/14 623/9
**GARY [1]** 515/3
**gathered [3]** 540/9 548/6 548/7
**gave [2]** 543/15 619/12
**gentleman [2]** 591/4 592/1
**gentlemen [4]** 569/14 587/7 639/3 647/18
**get [22]** 522/5 529/19 534/13 538/5 541/12 544/13 547/16 566/11 573/3 578/8 591/16 592/3 595/15 595/17 602/17 630/15 634/20 635/8 635/10 645/18 647/19 649/25

**gets [1]** 598/13
**getting [4]** 616/7 617/2 630/24 635/1
**give [7]** 528/11 595/25 600/5 631/19 634/22 648/23 649/1
**given [3]** 531/1 624/11 635/4
**giving [2]** 542/20 616/19
**go [27]** 525/10 526/14 526/18 526/20 533/12 582/2 583/3 587/9 591/13 596/24 597/21 598/1 599/23 607/8 615/8 618/9 618/9 620/19 625/25 627/4 627/25 629/4 636/9 639/9 640/8 649/2 649/4
**goal [6]** 598/20 599/4 599/8 606/14 611/16 611/22
**God [1]** 631/20
**goes [2]** 548/4 553/3
**going [36]** 524/9 524/10 525/5 531/3 531/3 534/15 537/22 542/22 544/11 551/6 559/13 560/13 560/18 569/5 569/10 569/10 570/7 587/7 591/17 593/20 597/15 597/21 611/9 613/8 618/22 623/12 625/12 625/24 628/9 635/9 635/22 639/4 645/18 647/18 647/20 649/7
**gone [1]** 543/18
**good [11]** 520/6 548/16 585/20 586/14 586/20 589/9 594/10 594/11 632/7 632/8 634/19
**got [7]** 528/11 549/6 579/25 588/4 590/8 593/14 625/19
**gowns [2]** 568/15 568/16
**great [2]** 629/12 647/24
**greater [10]** 542/12 580/9 580/18 580/21 580/24 581/12 586/13 586/19 587/3 613/24
**grounds [1]** 622/13
**group [18]** 568/3 597/24 598/2 605/17 605/19 605/22 605/25 606/1 606/3 606/4 606/10 608/1 621/5 629/15 629/16 629/17 629/19 629/22
**guess [3]** 593/2 604/2 635/25
**guidance [4]** 524/24 525/21 600/5 602/17
**guys [2]** 596/13 647/24

## H

**had [107]** 520/11 531/11 534/3 534/4 542/10 553/8 553/25 554/6 554/7 555/10 555/15 558/2 558/3 560/5 561/6 561/24 562/1 562/8 565/11 565/5 565/6 566/18 567/1 567/2 567/10 570/17 571/9 571/15 572/8 572/9 572/18 572/21 576/17 576/23 578/3 579/16 581/2

# H

**had...** [69] 584/18 588/18 591/6 591/15 594/15 594/24 595/9 595/23 596/5 597/8 597/9 597/10 597/10 597/16 597/23 598/3 598/3 598/15 598/18 598/19 599/25 601/17 601/18 601/25 602/16 603/13 604/4 604/16 605/21 608/7 608/25 610/3 612/2 612/7 612/9 615/3 615/7 616/22 617/5 617/24 618/17 620/9 624/4 624/10 626/2 626/15 629/4 629/12 630/5 630/9 630/10 630/10 631/1 634/13 636/15 640/17 642/11 642/12 644/2 644/2 644/18 644/19 644/22 645/9 645/21 646/5 646/13 647/6 651/15

**hadn't** [1] 645/11
**HAI** [3] 600/6 600/8 600/10
**HAIs** [5] 529/6 529/8 530/16 530/19 533/1
**half** [2] 611/10 643/14
**hand** [2] 533/14 631/17
**hands** [4] 533/8 533/9 600/14 600/15
**Hanna** [2] 516/4 517/6
**happen** [1] 566/15
**happened** [1] 626/5
**happening** [2] 616/11 634/23
**happens** [6] 590/8 590/10 591/23 611/6 612/24 613/2
**happy** [2] 539/1 650/1
**has** [38] 521/22 526/12 527/19 527/24 528/7 529/17 529/18 538/22 540/17 541/5 541/20 541/23 543/14 543/14 554/9 556/9 558/9 558/23 559/10 560/8 563/13 574/12 577/15 582/25 585/4 586/2 586/3 588/11 588/11 589/14 611/11 614/14 620/17 627/22 633/10 639/4 639/13 648/13
**have** [155]
**haven't** [3] 625/24 632/9 643/17
**having** [10] 520/2 537/15 555/9 570/22 577/22 585/20 594/6 602/13 632/3 639/14
**he** [65] 549/18 551/20 551/21 554/1 556/1 556/3 563/3 564/24 565/4 566/18 567/7 569/19 571/10 571/10 571/12 571/12 571/16 572/12 572/12 573/8 573/10 576/4 576/4 578/8 582/8 582/23 582/25 583/5 586/22 586/23 592/4 615/3 615/6 615/14 616/6 617/15 619/2 619/2 619/7 619/10 619/12 619/17 619/25 622/22 623/11 623/13 623/14 623/15 623/19 623/20

**626/24 627/2 627/17 630/11** 630/15 630/18 630/18 630/20 630/20 630/23 633/20 634/21 634/22 636/14 645/9 645/16
**he'd** [1] 630/20
**he's** [3] 562/19 566/20 566/20
**head** [4] 530/22 551/20 556/3 647/10
**health** [1] 520/18
**healthcare** [43] 520/13 523/17 530/20 553/22 554/11 560/3 560/10 560/14 560/15 560/18 561/1 568/6 575/18 576/8 576/22 577/4 583/7 595/11 595/16 597/18 598/5 599/9 599/10 599/12 599/12 599/15 599/16 599/19 600/9 601/2 603/12 605/8 608/22 611/23 632/21 637/19 638/24 638/25 640/25 641/13 646/24 646/24 647/1
**healthcare-acquired** [3] 530/20 600/9 647/1
**healthcare/biotech/pharma** [1] 605/8
**hear** [6] 532/15 551/6 551/11 583/3 612/4 632/13
**heard** [4] 551/12 551/13 587/20 648/10
**Hearsay** [5] 539/21 581/23 602/2 602/7 647/16
**held** [3] 517/17 517/18 653/6
**Hello** [2] 520/7 589/10
**help** [5] 548/6 548/7 554/10 585/19 631/20
**helped** [2] 595/15 647/1
**helpful** [1] 591/15
**her** [12] 529/19 538/19 539/16 544/14 588/8 588/9 588/11 588/12 588/16 651/15 651/23 651/23
**here** [20] 529/24 533/11 537/24 539/6 556/24 557/18 558/5 558/13 568/1 574/10 580/3 581/3 593/12 625/24 642/19 643/2 648/14 651/15 651/16 651/22
**hereby** [1] 653/3
**Hi** [1] 593/6
**higher** [1] 635/23
**Highlight** [1] 565/25
**highlighted** [1] 552/25
**Hightower** [1] 516/13
**him** [34] 549/22 551/12 554/8 556/4 556/8 556/16 566/7 566/8 592/1 592/5 593/3 615/10 616/10 616/19 616/24 616/25 617/1 617/12 617/20 617/25 618/1 618/12 619/3 619/12 620/10 622/18 623/4 623/8 624/11 630/4 633/3 633/5 634/16 640/23
**hired** [1] 527/19

**his** [7] 519/19 549/1 556/2 575/21 630/25 636/12 647/14
**historically** [1] 528/23
**hmm** [8] 522/18 528/18 552/11 566/3 577/18 633/17 641/3 642/7
**hold** [3] 559/2 593/20 631/14
**holding** [1] 648/14
**homes** [1] 599/18
**Honor** [68] 519/10 519/25 522/12 529/11 529/18 532/13 533/17 536/1 539/18 539/20 540/24 540/25 544/13 549/9 552/16 559/5 562/25 563/9 563/13 565/12 565/21 567/11 567/21 568/25 569/21 570/2 571/20 579/18 581/18 583/2 583/24 587/16 587/22 588/1 588/6 588/14 588/17 589/3 589/6 591/8 593/18 593/22 593/24 599/6 600/18 601/20 605/1 606/16 608/9 610/20 616/15 618/22 620/2 620/12 622/10 624/17 628/21 631/7 631/11 632/14 648/17 648/21 649/20 650/4 650/5 650/16 651/10 651/14
**HONORABLE** [1] 515/3
**hope** [2] 592/9 600/13
**horse** [2] 618/9 620/19
**hospital** [1] 599/15
**Hospitals** [1] 599/18
**hour** [11] 543/22 544/1 544/5 581/3 581/3 581/5 601/16 603/4 603/11 608/11 611/10
**hour-and-a-half** [1] 611/10
**hours** [8] 543/22 543/23 544/2 544/8 546/13 546/16 618/9 625/24
**how** [67] 520/11 521/13 525/22 536/12 536/12 537/14 542/17 544/3 546/14 548/16 566/5 566/18 574/7 574/12 574/12 578/8 581/4 584/16 586/8 588/4 589/21 590/1 590/5 591/23 592/12 596/6 596/16 597/15 597/21 598/17 599/2 599/23 599/23 601/9 601/14 604/19 606/2 606/2 606/4 606/6 609/19 610/7 611/3 613/15 613/15 617/1 617/6 617/9 619/13 623/14 623/20 626/10 626/15 626/22 626/24 627/7 628/3 628/8 635/7 635/15 635/19 635/21 638/2 644/23 645/6 647/14 649/24

# I

**I'd** [25] 519/10 519/13 529/9 532/6 532/13 533/6 533/10 533/17 535/11 539/18 540/23 544/16 555/22 569/25

**570/3 571/20 581/18 588/8** 588/14 589/13 591/8 607/1 616/14 631/10 641/23
**I'll** [9] 519/18 527/11 588/7 618/9 620/20 648/6 648/24 649/23 649/25
**I'm** [48] 519/12 522/3 524/7 525/5 526/17 529/10 529/16 529/20 532/12 536/8 537/15 539/6 541/15 543/25 544/7 545/6 545/14 545/14 546/22 546/22 550/5 565/20 569/21 570/1 572/19 579/7 579/23 579/24 586/18 593/20 601/20 608/9 610/17 611/18 612/4 618/22 619/6 621/7 622/8 622/9 625/10 630/23 631/12 635/6 635/21 637/4 643/7 645/1
**I've** [5] 541/19 620/16 627/18 643/2 643/8
**idea** [9] 541/20 552/4 565/5 598/23 609/14 610/1 630/9 634/19 644/2
**identified** [5] 555/15 556/25 558/5 591/6 646/5
**identify** [1] 590/21
**IFTNA** [2] 590/8 593/14
**II** [1] 515/18
**IL** [1] 516/8
**immediate** [2] 534/2 534/8
**immediately** [14] 531/8 531/18 532/1 533/24 534/3 534/9 537/1 544/10 544/19 545/5 545/13 546/20 577/24 592/20
**imminent** [3] 582/7 582/9 638/13
**impact** [6] 554/23 564/21 564/22 583/23 601/17 617/6
**impacted** [1] 628/13
**implement** [1] 602/21
**implication** [1] 623/2
**importance** [4] 597/5 604/18 643/4 643/10
**important** [3] 597/7 603/13 604/19
**impressed** [1] 596/9
**inaccuracies** [1] 520/9
**INC** [8] 515/5 515/8 515/11 515/14 516/3 516/12 516/22 516/24
**included** [1] 571/10
**includes** [2] 521/17 592/17
**inconsistencies** [1] 581/8
**inconsistency** [2] 581/4 581/10
**inconsistent** [1] 581/6
**indicate** [1] 545/13
**indicated** [6] 534/5 556/24 561/2 584/22 645/14 647/3
**indicates** [3] 553/14 622/3 639/18
**individual** [2] 555/22 591/6
**individuals** [1] 610/13
**industries** [2] 573/14 629/22

## I

**industry** [7]  549/20 572/10
572/11 572/13 573/4 608/22
632/21
**ineffective** [2]  536/25
592/20
**infection** [2]  600/15 600/17
**infections** [3]  530/20 600/9
647/2
**infectious** [1]  554/11
**Infinity** [3]  521/19 521/20
522/19
**influence** [1]  553/21
**influential** [1]  582/11
**information** [24]  540/9
540/10 544/22 556/6 595/3
597/3 597/8 604/22 619/3
619/10 619/12 620/6 623/8
624/11 625/9 625/11 635/4
644/11 644/11 644/15
644/17 644/21 645/21
649/21
**informational** [1]  635/6
**informed** [1]  646/10
**infused** [1]  521/22
**initial** [1]  542/11
**initially** [1]  598/21
**innovating** [1]  633/11
**input** [1]  589/23
**inquire** [2]  519/24 594/1
**inside** [1]  645/18
**instead** [1]  568/12
**instruct** [2]  649/3 649/4
**instructions** [5]  648/24
648/24 649/2 649/6 649/10
**intend** [1]  554/10
**interaction** [1]  617/6
**interested** [5]  610/4 630/16
644/21 644/21 644/23
**interesting** [1]  548/14
**interests** [1]  564/24
**internally** [1]  647/8
**international** [2]  550/1
553/11
**internet** [2]  548/13 638/4
**interpret** [1]  646/19
**interrupt** [2]  570/1 635/14
**introduce** [1]  533/17
**introduced** [1]  529/17
**investor** [1]  630/7
**invite** [1]  621/2
**invited** [3]  594/15 598/25
645/15
**involved** [11]  535/10 540/5
540/19 547/1 547/6 547/8
605/12 605/14 634/20
635/11 635/12
**involvement** [6]  561/16
605/11 612/17 629/21
637/21 637/23
**irrelevant** [6]  569/14 611/12
619/18 620/18 627/19
627/23
**Irvine** [1]  516/5
**is** [229]
**isn't** [9]  524/23 525/1
525/21 535/1 567/17 567/24

568/14 603/16 621/8
**isolation** [1]  568/15
**issue** [2]  581/4 646/9
**issues** [4]  633/12 633/13
633/14 633/14
**it** [309]
**it'll** [1]  650/17
**it's** [64]  523/17 523/19
523/20 523/20 524/7 525/9
527/8 527/14 527/24 528/14
530/4 531/14 534/9 542/15
543/13 543/13 544/2 545/25
547/19 548/22 553/17
554/18 554/22 559/13 563/6
563/21 563/24 569/14
570/20 571/18 572/1 573/23
574/11 574/13 580/13
582/17 582/18 584/6 584/7
584/9 584/11 584/12 587/8
587/8 587/13 588/4 589/16
616/7 619/13 619/25 622/4
622/10 622/12 627/23
629/16 637/18 639/6 640/11
643/14 646/19 648/4 650/7
650/18 650/22
**item** [4]  522/10 576/2
634/21 637/19
**items** [2]  558/4 558/4
**its** [8]  536/24 546/3 546/4
582/11 583/23 592/19 619/4
643/18
**itself** [1]  622/11

## J

**Jack** [1]  559/1
**January** [13]  550/25 551/1
551/14 564/4 564/7 564/10
565/3 566/6 574/15 604/1
624/23 624/25 626/9
**Jennings** [11]  551/19
555/24 558/17 558/22 559/9
561/17 563/22 564/16 566/5
567/9 569/4
**Joe** [3]  642/1 647/9 647/10
**join** [7]  550/4 633/16 633/18
633/21 633/25 635/13
645/15
**joined** [16]  550/5 553/15
553/18 553/19 553/21 555/7
598/15 598/18 598/20
633/23 634/8 634/24 636/22
645/11 645/13 645/17
**joining** [6]  561/23 608/17
609/2 635/1 635/8 638/22
**joint** [2]  630/6 630/13
**Jose** [1]  516/14
**JUDGE** [1]  515/3
**Judicial** [1]  653/8
**jump** [1]  646/25
**June** [12]  550/22 550/24
564/4 564/7 581/10 581/11
591/23 592/8 616/3 616/20
623/24 624/8
**jurisdiction** [1]  577/22
**jury** [24]  515/17 517/17
517/18 519/4 519/6 519/6
525/8 527/9 528/14 587/14

587/21 587/25 588/2
588/21 588/23 588/25
588/25 592/23 639/3 648/5
648/9 648/11 648/13 649/5
**just** [46]  519/18 521/25
522/5 522/14 524/9 525/13
531/1 534/3 534/3 534/13
534/19 535/9 544/13 550/9
557/5 559/6 559/14 560/8
560/17 561/10 562/1 562/12
562/19 563/3 565/10 574/5
587/24 589/11 591/16 592/9
592/23 593/8 594/1 598/9
598/17 598/19 598/21 600/1
600/14 603/2 625/14 630/21
633/24 635/6 635/15 638/5
**justification** [1]  630/25

## K

**Karman** [1]  516/4
**Kay** [2]  643/3 643/9
**keep** [8]  538/3 587/25
615/10 620/19 620/20
627/20 643/21 644/15
**kept** [1]  597/3
**key** [3]  531/14 576/4 576/5
**kill** [4]  531/7 531/18 543/11
545/4
**killed** [3]  544/10 544/19
545/13
**kills** [1]  585/23
**kind** [8]  523/20 572/13
595/25 598/22 599/16
630/21 630/25 632/22
**KLAUSNER** [1]  515/3
**knew** [2]  595/8 625/10
**knockoff** [1]  628/16
**know** [50]  523/22 524/4
530/8 534/12 535/9 538/11
539/23 541/4 541/6 541/21
542/16 542/19 545/6 547/11
550/7 550/17 552/22 565/5
566/18 566/22 566/23
571/23 571/25 573/6 574/11
574/12 579/11 582/24 584/3
584/25 606/9 607/17 611/1
611/9 616/7 617/1 622/20
624/2 624/5 626/25 627/1
628/20 630/6 630/23 636/1
637/7 641/24 644/19 649/5
649/7
**knowledge** [2]  597/9 624/4
**known** [1]  624/10
**Kraus** [2]  547/20 548/9

## L

**label** [3]  540/15 540/17
540/20
**labeled** [2]  531/21 638/7
**lack** [1]  533/14
**Lacks** [4]  539/20 579/8
600/19 601/21
**ladies** [4]  569/14 587/7
639/3 647/18
**land** [1]  598/22
**language** [10]  523/6 523/9
523/10 525/15 525/17 525/5

526/9 526/10 526/15 526/21
**large** [1]  633/10
**largest** [1]  595/8
**last** [10]  519/21 529/1
532/15 562/17 574/12
611/10 618/8 631/24 641/4
651/10
**late** [2]  583/10 593/6
**later** [1]  587/2
**Laughter** [1]  640/4
**launch** [1]  633/25
**launched** [2]  562/1 565/1
**laundering** [2]  559/25 611/4
**laundry** [1]  574/12
**law** [7]  516/4 516/7 516/13
516/17 516/17 598/10
598/14
**lay** [1]  598/22
**leaching** [2]  614/6 614/9
**lead** [2]  550/6 605/16
**leader** [2]  597/24 641/8
**leadership** [1]  640/25
**leading** [2]  555/4 567/8
**learning** [2]  556/6 598/22
**leave** [1]  648/6
**led** [2]  566/16 598/3
**left** [7]  543/19 543/20 574/7
648/13 648/18 648/19
648/20
**legal** [1]  588/5
**let** [15]  524/19 552/22
565/12 582/2 582/24 584/2
591/16 604/8 617/1 617/11
627/16 635/14 635/14 637/7
641/24
**let's** [14]  523/24 526/20
529/19 532/22 548/21 554/2
562/16 563/11 567/15 569/3
588/21 592/7 647/20 647/24
**level** [13]  560/8 568/7 568/8
568/10 568/12 580/14 584/8
585/2 585/4 601/10 601/11
612/14 613/13
**levels** [1]  574/10
**licensor** [1]  582/12
**like** [44]  519/10 519/13
526/17 529/9 532/13 533/17
534/19 535/11 539/5 539/18
540/23 549/9 551/20 552/6
552/15 569/25 570/3 571/20
581/18 586/14 586/20
587/25 588/8 588/9 588/15
589/13 591/8 595/9 595/21
596/22 598/22 599/1 599/17
600/14 606/8 607/1 616/8
616/14 630/12 630/21
630/22 630/24 631/10
641/23
**Limine** [1]  522/13
**limit** [1]  565/10
**limitations** [2]  525/25
595/20
**limited** [1]  557/5
**line** [4]  531/3 551/8 562/2
620/8
**lines** [4]  521/14 525/13
644/7 644/10

**L**

list [3] 556/21 558/10 570/15
listen [2] 551/2 551/9
listening [1] 551/10
little [1] 595/2 615/5
live [3] 651/15 651/16 651/22
log [23] 541/23 541/25 542/2 542/8 543/1 580/3 580/8 580/13 580/17 580/18 581/12 581/15 584/18 584/21 585/2 606/20 606/22 608/4 608/10 610/23 612/2 612/7 612/9
long [8] 566/18 574/7 574/12 598/17 599/18 606/2 625/22 639/4
long-term [1] 599/18
look [60] 521/25 522/1 522/10 522/17 523/24 524/6 525/13 527/2 527/2 529/9 529/14 532/7 532/8 532/22 533/5 533/6 533/10 535/11 536/6 537/18 537/21 538/7 539/11 540/14 541/17 546/17 547/13 547/19 548/21 552/20 562/16 563/11 565/23 567/15 567/25 569/3 569/25 570/7 570/12 570/12 574/25 575/4 575/15 576/18 578/14 580/2 582/2 584/2 589/18 590/13 591/13 592/7 599/1 607/1 613/8 621/23 637/3 641/23 645/18 649/23
looked [6] 533/11 534/17 534/20 544/12 595/5 644/5
looking [17] 523/6 523/23 524/7 528/15 532/11 532/12 534/11 539/6 542/24 543/25 544/7 583/22 585/22 595/24 623/19 629/10 639/21
looks [2] 539/5 552/6
LOS [3] 515/19 515/24 519/1
loser [1] 628/19
lot [2] 595/2 633/10
lots [1] 630/24
lower [4] 586/2 586/3 600/16 600/17
lowering [2] 600/13 600/16

**M**

M-O-B-L-E-Y [1] 632/1
ma'am [1] 594/3
Madam [1] 535/12
made [15] 522/25 524/16 528/2 575/11 582/25 584/10 586/18 586/22 598/1 598/25 615/9 617/1 620/16 638/12 640/2
mail [32] 547/19 552/1 558/20 563/18 563/21 570/14 570/16 570/20 570/24 571/1 571/6 584/6 584/7 584/9 586/2 590/19 590/20 590/21 590/22 591/3

591/17 592/7 615/14 618/25 623/19 623/24 637/10 640/11 640/15 642/1 642/6 647/12
mailed [1] 538/19
mails [1] 592/2
main [2] 646/23 649/16
maintain [1] 643/21
make [21] 522/5 524/9 525/7 528/8 555/16 557/1 557/11 557/18 562/5 585/11 585/19 586/9 586/15 595/19 598/25 611/1 611/4 615/17 619/24 643/15 644/7
makes [2] 582/23 583/5
making [3] 520/12 526/16 526/17
manage [1] 526/14
manager [1] 549/18
manufacture [1] 584/17
manufactured [1] 557/10
manufacturing [2] 585/7 585/21
many [11] 521/13 558/12 558/13 574/12 595/9 606/4 610/7 626/15 635/15 635/20 635/21
mark [2] 623/23 650/13
marked [5] 518/2 548/22 650/14 650/21 650/24
market [31] 528/21 528/23 528/25 529/2 529/4 529/6 534/15 561/4 561/19 562/10 595/14 596/12 597/6 597/9 597/15 597/20 598/8 598/13 599/1 600/5 608/17 615/4 615/5 615/19 617/1 618/19 630/20 630/21 644/4 644/11 644/17
marketed [1] 630/10
marketer [1] 521/7
marketing [24] 530/22 549/14 551/21 553/18 553/19 555/2 555/7 555/15 556/3 556/25 559/15 559/15 559/18 559/18 559/19 593/1 628/8 628/9 632/20 633/5 633/8 633/13 642/20 644/15
marketing's [11] 556/8 556/16 556/20 558/6 558/8 558/14 558/23 559/10 559/14 561/16 561/16
marketplace [8] 595/8 595/10 596/1 597/11 597/17 617/7 628/16 628/18
markings [1] 621/21
Marty [5] 530/22 534/4 594/15 646/4 646/5
mass [1] 521/7
massive [2] 569/6 569/10
match [1] 536/9
material [2] 547/7 547/9
materials [1] 593/1
matter [4] 587/13 648/4 648/23 653/6
matters [3] 585/23 585/24 585/25

may [29] 519/15 519/19 519/20 519/24 532/23 550/7 550/8 581/9 581/9 582/16 582/16 587/16 593/19 594/1 594/4 607/18 607/18 615/5 620/2 631/8 631/11 631/13 631/22 631/23 644/17 644/18 648/12 648/16 649/12
maybe [4] 527/24 533/10 630/11 630/13
me [56] 524/19 525/23 535/10 538/3 539/8 539/24 546/24 551/23 552/22 553/11 558/5 561/22 562/3 562/24 563/12 565/3 565/12 575/2 575/9 575/15 577/6 582/2 582/24 584/2 586/17 590/20 591/6 591/16 591/25 604/8 604/21 608/12 608/20 612/19 615/14 615/14 615/14 617/1 617/26 629/21 631/14 632/12 635/14 635/14 637/7 637/8 637/10 638/21 641/19 641/24 641/25 642/9 642/14 645/9 645/16 650/19
mean [16] 533/4 534/1 542/13 573/6 575/14 595/17 596/21 598/24 607/25 609/2 610/4 613/12 639/3 643/13 643/22 651/19
meaning [3] 559/14 567/7 646/24
means [6] 520/19 543/9 543/11 563/2 569/14 581/15
meant [2] 533/7 578/3
measured [2] 601/12 601/14
medical [4] 572/14 572/15 573/4 646/7
meet [12] 594/12 595/21 600/2 606/3 606/6 613/14 613/16 613/19 614/3 614/8 614/17 614/20
meeting [35] 550/17 550/22 551/1 551/3 551/4 551/5 551/11 551/14 551/16 553/4 567/1 564/17 564/11 564/22 565/1 566/6 566/25 567/1 567/3 567/4 567/7 567/8 574/15 583/8 594/14 595/1 597/4 598/21 602/20 603/3 604/1 610/9 624/22 624/25 626/10
meetings [8] 550/13 550/15 550/23 551/7 597/22 602/17 606/9 621/2
meets [5] 564/2 564/3 582/12 613/17 613/24
member [10] 549/23 550/3 550/8 559/19 575/16 578/7 598/1 617/15 620/22 621/7
members [11] 519/6 550/2 551/8 551/12 555/2 588/25 606/4 625/1 635/15 635/20 636/2
memo [1] 584/22

memorialized [1] 606/23
memory [2] 523/9 640/9
Mesa [1] 516/19
message [1] 575/21
met [1] 632/9
method [1] 603/5
methods [1] 613/14
mic [1] 632/12
Michael [2] 630/1 633/6
Michelman [2] 516/3 516/7
microbes [2] 531/8 531/18
microbial [1] 599/21
microphone [1] 590/2
middle [3] 569/8 578/19 580/12
MIKE [8] 516/22 575/10 604/13 604/16 630/9 632/23 633/9 646/4
million [4] 543/16 543/16 543/20 595/23
millions [1] 590/10
mind [2] 601/24 639/24
minimum [3] 578/20 578/23 580/14
minutes [6] 587/9 588/8 588/10 588/15 639/24 648/19 648/20 648/21
misleading [1] 523/16
missed [1] 645/1
mission [1] 641/19
misstates [3] 523/8 622/9 622/10
mistake [1] 640/2
misunderstood [1] 609/21
mm [2] 641/3 642/7
mm-hmm [1] 641/3 642/7
MOBLEY [35] 517/11 549/16 549/17 550/23 551/4 551/5 551/11 564/13 564/15 567/9 567/16 569/18 570/14 570/17 570/17 570/24 571/7 575/10 575/15 576/2 578/11 582/4 582/6 583/22 584/23 586/1 586/8 586/16 586/18 625/2 625/3 631/10 631/25 632/2 632/9
Mobley's [1] 569/5
mode [1] 591/7
model [2] 628/2 628/4
modify [1] 587/3
Moisture [1] 559/21
Moisture-wicking [1] 559/21
Mona [1] 516/4
money [3] 629/3 629/12
monitor [2] 589/17 591/14
month [1] 606/7
Monticello [4] 591/5 591/5 591/25 592/8
Morawski [4] 530/22 534/4 594/15 596/6
more [16] 530/4 552/22 559/13 589/4 589/17 595/15 595/25 600/16 612/5 627/17 629/3 629/4 631/5 647/3 647/4 650/5
more was [2] 647/4

## M

**morning [3]** 647/20 647/24 650/1
**Motion [1]** 522/13
**mouth [1]** 536/9
**move [16]** 531/6 531/17 540/23 549/9 556/12 561/12 565/8 570/3 590/2 600/21 603/12 603/21 607/22 616/14 624/19 627/22
**moved [2]** 570/2 581/19
**movement [2]** 575/12 575/17
**MR [7]** 517/5 517/9 517/12 554/3 554/7 615/2 616/5
**Mr. [27]** 549/3 551/11 561/9 566/17 567/1 572/9 579/4 588/15 592/8 594/10 594/12 594/14 596/5 596/6 596/11 614/22 615/2 615/3 615/10 615/25 620/6 622/16 622/23 632/9 633/1 636/12 647/14
**Mr. Favret [8]** 561/9 566/17 567/1 572/9 579/4 588/15 594/10 636/12
**Mr. Favret's [1]** 549/3
**Mr. Mobley [2]** 551/11 632/9
**Mr. Monticello [1]** 592/8
**Mr. Morawski [1]** 596/6
**Mr. Schlesinger [1]** 647/14
**Mr. Singer [13]** 594/12 594/14 596/5 596/11 614/22 615/2 615/3 615/10 615/25 620/6 622/16 622/23 633/1
**MS [1]** 517/6
**Ms. [2]** 589/9 631/11
**Ms. Ritcheson [2]** 589/9 631/11
**much [8]** 542/18 544/4 557/13 563/24 570/22 601/9 635/23 640/14
**muck [3]** 565/4 566/9 567/17
**mucked [4]** 566/12 567/10 567/18 569/18
**multiple [7]** 533/6 574/9 596/4 602/17 614/25 630/5 630/8
**my [25]** 536/8 536/9 541/5 549/18 550/21 555/14 556/1 564/8 564/19 567/4 567/4 570/15 582/18 588/6 591/21 591/21 604/2 615/15 631/25 635/3 639/13 643/23 646/20 650/7 650/10
**myself [1]** 591/4

## N

**name [15]** 519/15 519/20 519/21 524/4 538/17 549/2 549/3 551/18 570/15 591/4 605/19 631/23 631/24 631/25 639/13
**narrow [1]** 572/14
**Nash [1]** 516/16
**nature [2]** 615/1 630/3
**necessarily [1]** 525/4

**need [12]** 526/18 531/7 531/18 545/18 552/22 568/3 568/9 574/10 575/21 585/18 639/23 646/6
**needed [2]** 559/21 595/21
**negative [1]** 558/3
**negatives [1]** 554/7
**Nellor [3]** 586/5 586/6 586/7
**never [3]** 596/10 620/14 643/24
**new [24]** 551/1 557/24 558/1 558/4 560/3 560/14 560/15 560/18 561/1 562/8 568/6 568/10 568/23 573/9 580/25 597/17 598/25 599/9 617/5 623/8 633/11 633/11 638/23 644/21
**next [17]** 527/17 548/18 563/7 567/25 569/7 570/6 582/23 593/23 610/11 611/6 611/13 625/25 626/21 628/24 629/20 631/9 646/2
**NIOSH [2]** 597/22 598/3
**NIRENBERG [2]** 515/23 653/14
**no [47]** 515/7 524/14 524/25 527/8 541/20 544/23 548/7 550/21 562/11 563/18 565/19 566/2 567/20 570/3 576/3 579/12 579/12 582/22 585/16 586/18 588/1 588/14 589/4 596/21 597/10 609/13 617/17 617/19 618/1 618/1 618/6 620/23 622/2 624/4 624/7 624/9 626/4 631/5 631/7 631/15 639/15 650/16 650/18 650/20 650/22 650/22 653/14
**nobody [1]** 609/20
**non [2]** 597/18 599/22
**non-protective [1]** 597/18 599/22
**None [1]** 593/18
**nonresponsive [3]** 556/12 561/12 565/8
**North [1]** 516/14
**not [121]** 522/1 523/3 523/19 524/4 524/14 525/4 525/18 526/9 526/12 526/13 526/13 526/21 527/9 527/17 527/17 527/22 528/10 528/13 529/18 531/1 531/2 534/18 537/24 538/5 538/14 538/23 541/3 541/4 541/11 541/15 542/20 542/20 544/21 544/24 545/6 545/12 545/14 545/14 545/19 546/22 546/23 548/7 548/12 548/22 549/7 550/5 551/3 552/25 554/21 556/1 557/5 557/9 560/2 561/10 561/24 562/11 562/14 563/3 563/5 563/24 564/19 565/6 566/7 566/19 566/23 567/4 568/23 569/19 570/5 570/22 572/13 573/15 573/20 574/18 577/13 577/15 577/19

**577/24** 578/5 580/13 581/3 582/16 584/21 585/12 586/12 586/15 586/19 587/11 595/2 603/15 607/18 609/15 617/17 619/2 619/7 619/17 619/25 621/6 621/7 622/2 622/4 622/10 622/12 623/11 623/12 624/13 624/14 626/4 627/12 628/3 628/10 630/19 630/23 633/12 633/22 635/6 639/4 639/6 648/2 648/24 650/19
**notation [3]** 552/21 577/7 622/3
**nothing [5]** 543/14 550/25 593/16 594/24 631/20
**notify [1]** 528/2
**now [73]** 520/8 520/15 521/4 524/2 524/6 525/21 529/9 535/10 537/3 540/5 540/14 540/19 541/9 541/17 542/8 547/13 549/14 550/12 555/7 556/24 557/23 559/20 560/11 561/22 562/8 563/7 564/2 565/19 566/16 570/24 575/4 576/1 576/14 576/14 578/22 580/8 582/6 594/22 594/25 596/5 596/13 597/2 598/17 603/11 603/20 603/24 604/7 605/10 605/22 605/25 608/3 612/15 614/22 615/21 619/2 619/11 620/9 621/3 624/22 624/25 627/4 627/20 629/2 631/19 632/11 633/15 633/18 633/25 636/15 638/20 640/11 642/19 645/14
**number [13]** 524/7 529/22 532/5 532/8 551/12 555/15 556/25 570/7 582/23 583/5 605/19 605/21 605/22
**numbers [1]** 536/8
**numerous [2]** 558/2 646/5
**nurses [6]** 531/6 531/17 532/10 533/13 534/14 599/14
**nursing [1]** 599/18

## O

**o'clock [5]** 587/9 587/10 647/19 649/22 649/25
**oath [2]** 519/19 594/2
**object [6]** 570/4 588/17 608/9 618/22 651/14 651/19
**objecting [2]** 518/12 608/13
**objection [87]** 522/12 523/8 527/5 539/20 540/25 546/6 560/21 567/11 567/21 568/18 568/25 569/12 569/21 574/22 576/25 579/6 579/8 579/18 581/20 583/2 583/18 583/24 586/24 587/5 599/6 601/4 601/20 602/2 602/7 602/23 603/17 605/1 607/16 610/16 611/7 611/24 612/18 613/20 616/16 617/10 619/6 619/23 620/12

**620/24** 621/11 621/16 622/6 622/19 623/5 623/16 624/17 625/7 625/20 626/6 626/11 626/17 626/23 627/8 627/15 628/5 628/11 628/21 628/23 629/7 631/3 634/10 636/18 636/23 637/24 638/15 639/1 641/5 641/10 641/15 641/20 642/16 642/23 644/25 645/5 645/23 646/15 647/16 650/8 650/11 650/16 650/18 651/18
**objections [13]** 554/8 556/9 556/17 556/20 558/6 558/8 558/15 558/23 558/25 559/10 618/10 620/20 639/6 649/23
**objective [1]** 646/6
**observation [1]** 567/16
**observed [2]** 568/21 568/22
**obtain [1]** 638/3
**occur [2]** 616/2 623/12 631/2
**occurred [3]** 535/6 535/7 551/15
**occurring [1]** 626/10
**occurs [1]** 544/5
**October [5]** 530/9 534/25 535/4 535/9 547/3
**odor [1]** 585/18
**off [6]** 523/5 549/6 589/3 600/1 630/24 640/3
**off-the-record [1]** 589/3
**offer [3]** 522/20 527/25 528/1
**offices [3]** 594/16 599/17 599/19
**Official [1]** 515/23
**often [2]** 606/2 606/6
**Ogletree [1]** 516/16
**oh [5]** 529/16 538/2 561/22 563/12 607/7
**oil [1]** 628/22
**okay [242]**
**once [10]** 564/4 567/16 606/7 606/8 606/14 611/5 612/15 613/1 634/24 645/17
**oncology [1]** 599/19
**one [67]** 521/16 522/6 524/4 527/11 531/6 531/7 532/15 537/18 538/10 538/11 538/22 539/5 541/15 542/7 544/8 545/8 545/10 548/5 548/5 549/17 550/7 555/2 556/11 557/23 558/12 558/13 559/19 559/20 559/23 560/5 563/1 564/10 573/1 573/2 579/23 581/2 581/3 581/3 581/5 582/6 586/13 586/20 597/10 601/16 603/4 603/11 604/21 608/10 608/22 609/12 609/13 609/14 612/5 614/14 615/3 620/9 621/6 627/16 630/9 630/10 635/8 636/5 636/6 638/8 644/17 645/15 650/5
**online [1]** 625/19

**Q**

**only** [9] 557/8 557/8 557/16
563/1 595/23 609/8 609/12
609/16 609/22
**open** [5] 538/3 618/19
643/22 644/8 644/16
**opening** [1] 615/19
**opinion** [1] 600/18
**opinions** [5] 534/14 575/11
587/13 602/16 648/4
**opportunity** [4] 587/16
588/18 644/1 644/4
**opposed** [2] 590/9 598/9
**opposing** [1] 650/11
**opposition** [1] 650/2
**option** [1] 588/16
**options** [1] 560/11
**order** [10] 531/8 531/19
533/24 533/25 543/8 548/10
574/20 585/8 585/11 588/18
**orders** [1] 535/3
**organization** [13] 550/3
577/21 597/23 609/3 609/11
609/16 609/23 609/25 610/2
610/3 620/17 621/8 637/11
**organization's** [1] 548/13
**organizations** [1] 609/9
**original** [2] 544/11 610/9
**Originally** [1] 595/23
**Orleans** [1] 551/2
**OSHA** [15] 554/9 554/21
562/2 571/13 575/12 575/17
575/23 576/5 597/22 598/3
598/7 598/8 598/13 617/6
637/11
**OSHA's** [1] 612/17
**ostensibly** [1] 582/12
**other** [27] 521/9 521/12
523/4 533/11 533/11 534/10
534/17 537/18 545/9 545/10
551/12 559/15 559/25 560/2
564/4 565/15 576/5 577/21
582/10 609/10 609/24 610/3
610/23 625/13 628/16
629/23 646/8
**others** [2] 523/4 561/8
**our** [42] 521/5 524/5 525/17
535/3 535/18 538/24 539/1
542/11 542/15 543/8 545/6
545/6 548/8 548/12 550/9
550/9 554/8 562/1 562/14
565/1 567/2 585/7 585/20
586/7 587/8 588/2 589/3
590/7 590/12 592/10 592/25
594/16 594/18 595/15
595/24 596/9 597/4 597/15
597/22 615/5 630/21 651/10
**ours** [1] 630/22
**out** [19] 526/1 527/23 528/6
547/2 548/16 556/22 558/10
595/15 595/17 596/8 598/13
615/16 616/24 625/24 629/4
629/13 646/3 647/19 648/9
**outside** [12] 517/17 517/18
528/14 531/1 577/20 578/5
587/20 600/19 622/1 622/5
646/17 648/10

**over** [9] 538/14 542/3 558/3
578/11 585/24 606/2 632/2
635/17 647/6
**overall** [4] 525/23 575/21
608/17 611/15
**Overruled** [18] 522/15 523/9
546/7 572/20 577/1 579/10
579/21 580/20 599/7 601/22
613/21 613/23 622/21
623/17 628/12 634/11
646/16 646/18
**own** [5] 525/16 526/5
526/14 526/15 643/18

**P**

**P.M** [8] 515/21 519/2 519/4
587/19 588/22 588/23 648/9
652/3
**page** [33] 517/3 517/16
523/1 525/13 530/9 530/11
531/21 532/11 532/12
533/15 534/7 535/20 536/6
536/7 536/7 536/8 546/17
552/20 552/23 563/24
563/25 570/19 570/20
570/22 577/11 578/14 580/6
580/12 589/15 590/6 590/6
593/3 653/7
**pages** [2] 515/18 524/7
**PAISAN** [1] 516/17
**pants** [1] 522/20
**paragraph** [5] 546/2 546/3
643/7 643/8 646/2
**parameters** [1] 600/2
**Pardon** [1] 608/12
**Park** [1] 516/18
**part** [22] 530/15 531/11
533/1 533/4 533/7 533/8
533/13 535/23 541/11
541/15 544/22 549/14
550/20 560/2 572/24 576/11
576/15 577/20 578/7 608/17
633/15 647/2
**particular** [18] 525/24
534/12 539/6 543/2 562/3
564/17 567/5 572/13 576/2
578/25 581/5 605/7 605/25
608/25 609/5 609/6 613/16
648/23
**partner** [3] 615/6 630/19
643/24
**partnering** [2] 595/13
630/16
**partners** [12] 515/5 515/14
516/3 516/22 595/3 595/6
595/24 620/7 632/18 632/19
633/10 634/20
**partnership** [2] 615/16
630/1
**party** [2] 526/4 527/20
**pass** [4] 557/24 560/17
618/20 626/14
**passed** [19] 554/22 555/16
557/1 557/3 560/25 561/24
583/23 617/8 618/14 619/14
625/5 626/3 626/21 627/1
627/5 627/18 627/23 628/10

**passing** [1] 615/18
**past** [4] 541/18 541/19
542/9 550/8
**pasted** [1] 638/5
**pathogens** [1] 554/19
**patient** [2] 603/13 603/13
**patients** [5] 520/22 522/21
527/4 599/20 641/1
**pending** [6] 556/21 558/9
558/24 559/11 565/19 566/2
**penetration** [1] 601/17
**people** [17] 555/20 556/11
558/12 559/16 598/21 609/8
609/10 609/24 610/3 610/7
610/10 612/25 613/6 625/13
621/17 628/9 642/2 650/22
**per** [1] 592/25
**perceived** [1] 520/8
**percent** [24] 542/12 542/14
542/19 543/7 543/9 543/11
543/17 543/20 580/22
581/13 584/19 584/22 585/6
585/10 585/15 585/23
585/24 586/4 587/3 587/4
601/15 602/19 603/4 606/22
**perception** [2] 520/11
646/23
**perform** [2] 541/11 544/9
**performance** [5] 578/20
578/23 580/14 584/7 612/14
**performed** [3] 530/2 539/3
541/10
**perhaps** [2] 587/2 588/15
**period** [6] 542/4 543/17
544/5 623/22 627/1 627/2
**Periodically** [1] 635/3
**permeability** [1] 614/19
**person** [7] 528/10 538/17
563/1 564/13 564/15 609/22
622/1
**personal** [5] 564/19 597/19
605/15 629/16 629/23
**personally** [4] 545/12
545/14 551/3 551/5
**perspective** [1] 643/23
**pertained** [3] 633/13 633/13
644/17
**pertaining** [2] 637/20
642/12
**pharma** [1] 605/8
**phone** [7] 551/2 551/11
551/14 564/11 564/16 592/2
640/1
**phones** [1] 640/3
**phrase** [1] 623/14
**physical** [1] 550/21
**piece** [1] 644/17
**place** [2] 599/19 607/7
**PLAINTIFF** [2] 515/6 516/3
**plaintiff's** [1] 648/18
**PLAINTIFF/COUNTER-DEF
ENDANT** [1] 516/3
**plans** [1] 627/11
**PLAx** [1] 515/7
**player** [2] 595/8 595/14
**please** [24] 519/16 519/20

522/2 525/14 531/21 532/23
539/11 536/10 537/21 538/4
538/4 551/24 563/16 565/18
569/7 577/24 584/2 589/18
590/2 590/21 591/18 611/18
631/17 631/23
**plus** [30] 525/18 525/25
526/1 526/10 526/22 527/21
534/23 536/13 536/18 537/4
538/21 540/6 541/10 543/5
544/20 546/5 547/2 551/8
554/23 557/5 557/9 557/15
557/20 573/18 584/15 585/3
585/6 592/11 592/13 634/1
**point** [8] 531/4 543/21
543/23 549/7 549/18 559/21
624/22 651/10
**pointed** [1] 646/3
**pointing** [1] 548/16
**poorly** [1] 523/23
**portion** [2] 523/7 532/25
**position** [1] 602/6
**positioning** [1] 582/12
**possibility** [1] 644/6
**post** [1] 611/4
**posted** [2] 593/12 593/15
**potential** [2] 520/18 643/24
**potentially** [3] 523/7 583/22
644/13
**PowerPoint** [3] 547/11
547/12 547/23
**practice** [3] 571/4 582/17
582/18
**precondition** [1] 611/3
**preference** [1] 588/6
**prefers** [1] 598/8
**prejudicing** [1] 649/16
**preparation** [2] 608/19
608/21
**prepared** [13] 541/1 541/2
541/3 541/4 541/4 553/6
570/17 582/3 618/17 621/20
621/20 637/12 638/8
**preparing** [1] 547/7
**presence** [4] 517/17 517/18
587/20 648/10
**present** [3] 516/22 594/16
651/2
**presentation** [6] 596/6
598/25 643/4 643/9 643/16
643/18
**presented** [1] 610/1
**presenting** [1] 610/5
**president** [3] 577/23 621/4
632/23
**pretty** [1] 606/7
**prevent** [2] 600/14 647/1
**previously** [3] 520/2 594/6
594/20
**primer** [2] 571/13 576/5
**printed** [1] 615/3
**printout** [2] 535/18 552/13
**prior** [16] 529/2 529/5 547/6
561/7 561/23 567/1 595/1
597/2 605/6 626/9 633/25
634/16 635/1 635/1 638/22
645/21

**P**

**probability [1]** 600/17
**probably [11]** 545/19 551/20
556/7 568/23 571/19 582/20
604/1 610/9 627/21 627/21
636/1
**problem [1]** 533/14
**problematic [3]** 523/7 646/4
646/13
**proceedings [2]** 517/16
653/6
**process [17]** 528/5 554/22
556/6 565/3 565/4 566/9
566/10 566/12 566/14
567/10 567/17 567/18
569/18 569/19 574/14
583/11 635/12
**produce [1]** 572/25
**produced [1]** 526/5
**producing [1]** 540/6
**product [48]** 522/11 522/19
525/3 526/6 526/7 526/13
527/22 527/23 539/2 542/18
542/21 543/5 543/5 562/1
565/1 572/13 573/9 584/13
584/17 584/18 584/21
585/13 586/3 594/23 600/2
600/10 600/25 612/2 612/7
613/16 613/19 614/3 614/8
614/17 614/20 615/4 617/5
617/9 620/8 624/3 624/5
624/10 627/12 628/19
630/22 634/1 644/4 647/1
**production [5]** 538/14
540/19 541/12 541/16 586/7
**products [28]** 520/16
520/22 521/5 521/16 521/17
524/22 524/24 525/16 526/3
527/20 528/9 534/23 534/25
537/4 538/21 538/24 539/2
541/10 544/20 546/5 550/9
572/17 581/1 584/8 586/2
597/19 611/17 628/16
**professional [2]** 582/10
629/24
**professionals [1]** 646/24
**progress [2]** 617/1 621/14
**project [1]** 529/8
**promulgate [3]** 597/25
606/11 638/23
**promulgated [3]** 598/7
606/15 611/21
**propagation [1]** 611/17
**proper [1]** 588/5
**properties [4]** 553/23
559/22 560/9 572/22
**proposed [23]** 555/3 555/4
555/8 556/9 556/17 558/8
558/23 559/10 560/2 561/3
561/17 562/8 571/10 571/11
571/14 576/6 576/21 577/3
579/15 580/16 583/11
598/23 637/18
**proprietary [1]** 597/8
**prospect [1]** 583/6
**protect [4]** 523/4 598/4
600/4 640/25

**protected [1]** 604/20
**protecting [1]** 641/13
**protection [10]** 520/16
520/22 522/20 523/19
523/20 523/22 523/23 527/3
601/11 611/3
**protective [10]** 515/8 515/10
516/12 516/23 597/18
597/19 599/22 605/15
629/16 629/23
**protocol [9]** 537/15 546/15
546/20 546/22 573/20
573/22 573/24 574/5 581/3
**protocols [3]** 574/1 574/3
574/4
**provide [6]** 525/21 551/18
603/24 623/8 644/12 651/12
**provided [6]** 524/23 540/1
551/15 554/9 564/16 571/12
610/22 645/22
**providers [1]** 590/7
**provides [2]** 524/23 573/12
**providing [2]** 571/8 644/14
**province [1]** 528/14
**public [7]** 520/12 523/17
549/20 550/1 618/2 633/14
646/24
**publicly [1]** 549/7
**publish [1]** 589/16
**published [6]** 522/1 532/23
536/1 565/18 590/11 590/24
**publishes [1]** 598/13
**pulled [1]** 540/10
**pulling [1]** 565/20
**purchase [1]** 533/25
**purpose [13]** 553/21 594/14
602/13 606/10 607/15
607/17 609/4 609/4 609/5
610/14 612/25 616/24
632/25
**pursuant [3]** 537/6 539/4
653/3
**put [11]** 555/12 588/4 588/4
588/7 588/9 588/15 588/21
591/13 602/16 649/22
649/24
**putting [2]** 542/20 547/12

**Q**

**qualified [1]** 559/14
**quality [3]** 542/15 543/8
585/20
**question [41]** 524/19 525/15
526/20 527/11 527/17
536/12 542/25 544/14
544/15 548/18 556/13 559/6
559/7 561/13 563/7 563/8
565/10 565/11 565/19
565/20 566/2 567/3 570/6
592/10 593/12 603/2 604/8
609/21 610/11 611/13 612/5
617/11 622/20 623/2 623/23
625/25 628/24 635/22 645/2
645/6 646/19
**questions [21]** 531/13
531/15 531/16 531/17 581/2
589/4 589/11 589/15 590/6

**protected [1]** 604/20 (top second)
**590/14** 592/13 615/15 616/6
620/19 622/18 622/22
622/23 627/20 631/5 639/5
651/23
**quickly [7]** 531/7 531/18
536/12 589/21 592/12
592/23 603/12
**quiet [1]** 563/2
**quietly [1]** 648/6
**quite [2]** 615/4 635/16
**quote [2]** 577/19 596/11

**R**

**R-i-t-c-h-e-s-o-n [1]** 519/22
**Raines [2]** 650/8 650/11
**raise [3]** 581/7 629/4 631/17
**raised [2]** 557/23 581/4
**random [1]** 534/19
**ranging [1]** 633/2
**rapidly [1]** 603/14
**rate [2]** 543/11 545/4
**rather [2]** 568/6 587/4
**re [4]** 519/17 559/4 588/7
588/16
**re-call [1]** 588/7
**re-called [1]** 519/17
**re-calling [1]** 588/16
**reaching [1]** 616/24
**react [1]** 647/14
**reaction [2]** 582/21 586/23
**read [10]** 537/15 571/2
572/9 582/15 582/20 582/21
592/17 642/8 646/3 646/25
**readings [2]** 546/10 546/12
**reads [1]** 649/10
**ready [4]** 615/4 615/6
630/20 630/22
**real [1]** 617/2
**realizes [1]** 525/8
**really [4]** 523/20 563/24
570/22 643/25
**reason [10]** 530/24 531/1
551/23 616/4 620/5 620/5
629/10 630/18 634/8 639/15
**reasons [2]** 620/9 635/8
**recall [12]** 633/22 633/24
634/2 634/7 638/4 638/5
639/13 640/19 642/11
643/14 645/13 647/7
**receive [2]** 596/6 634/25
**received [23]** 532/13 532/18
533/18 533/19 536/2 539/19
549/10 549/11 552/7 552/15
552/17 558/3 563/13 570/5
570/14 571/7 571/21 577/15
581/21 591/10 593/11 627/7
650/15
**receivers [1]** 591/2
**recently [3]** 553/15 553/18
553/19
**recess [6]** 587/15 587/18
587/19 588/22 652/2 652/3
**recognize [12]** 535/15
535/17 545/23 552/1 563/19
584/5 607/2 615/23 637/9
637/15 637/17 639/12
**recollection [4]** 550/25

**576/3 582/22 653/3**
**recommend [1]** 563/9
**recommendation [1]** 635/11
**recommendations [5]**
582/23 582/24 583/5 602/22
646/10
**recommended [6]** 603/6
603/7 634/9 634/13 639/22
**recommending [1]** 634/16
**record [6]** 519/5 519/21
588/24 589/3 631/24 649/13
**recover [2]** 567/19 569/20
**Redirect [1]** 593/17
**reduced [1]** 543/17
**reduction [30]** 541/23 542/1
542/2 542/8 543/1 543/2
543/3 543/6 543/7 543/9
543/13 580/3 580/8 580/13
580/18 580/18 581/12
581/15 584/19 584/22 585/3
585/23 586/3 586/4 587/4
601/1 601/15 603/4 603/14
603/16 606/21 606/22 608/4
608/10 610/23 612/2 612/8
612/9
**reference [8]** 598/9 598/14
608/3 613/9 614/5 638/12
638/20 642/4
**referenced [1]** 568/11
**referred [1]** 591/25
**referring [7]** 533/15 557/13
559/18 562/1 566/1 599/13
616/21
**refers [1]** 570/18
**reflect [2]** 519/5 588/24
**refresh [1]** 525/19 640/9
**regarding [20]** 539/1 553/22
554/18 584/7 594/25 604/14
604/17 604/22 616/19 619/4
619/13 624/12 633/3 634/18
634/22 635/2 635/5 640/18
642/15 646/13
**register [1]** 567/2
**registered [1]** 565/6
**regular [1]** 550/9
**regularly [1]** 606/7
**regulated [2]** 568/13 568/14
**regulations [2]** 599/8 653/8
**regulatory [2]** 597/16
629/24
**reject [2]** 542/16 542/22
**relate [2]** 543/1 573/4
**related [10]** 527/21 529/6
529/8 572/16 572/16 574/19
580/24 584/11 584/12 642/9
**relates [21]** 526/2 526/4
526/6 526/7 540/11 542/23
543/3 552/4 557/20 570/16
570/24 574/17 581/1 598/7
601/1 611/16 611/22 612/17
639/21 640/17 640/21
**relations [4]** 549/20 549/20
632/21 633/14
**relationship [1]** 643/21
**Relative [1]** 602/15
**release [2]** 586/2 586/3
**released [3]** 534/24 534/25

**R**

released... [1] 535/4
relevance [67] 567/12
567/21 568/18 568/25
569/12 569/22 571/22
572/19 574/22 579/22
579/24 579/25 580/19
581/23 583/18 583/24
586/24 587/5 599/6 601/4
605/1 606/16 607/16 608/13
610/16 610/18 611/7 611/24
612/18 612/20 612/21
613/20 616/16 617/10
618/23 619/6 619/23 622/19
623/5 624/17 625/7 626/6
626/11 626/17 626/23 627/8
627/15 628/5 628/11 629/7
631/3 634/10 636/18 636/23
637/24 638/15 639/1 641/5
641/10 641/15 641/20
642/16 642/23 644/25 645/5
645/23 646/15
relevancy [1] 608/14
relevant [4] 603/16 622/10
622/12 639/7
rely [2] 545/6 645/21
remain [2] 536/24 592/19
remember [10] 549/21
576/13 578/13 587/11
596/20 604/2 605/21 635/16
635/21 648/2
remind [3] 519/18 592/23
594/1
remove [1] 526/18
removed [1] 601/10
RENATA [13] 517/4 519/11
519/13 519/17 519/22 520/1
552/21 588/7 592/8 593/6
631/13 648/15 651/11
render [1] 545/3
rendered [2] 536/25 592/20
repellancy [2] 613/9 613/13
replicate [2] 536/24 592/18
report [7] 532/8 532/11
538/15 543/25 543/25
621/19 621/20
reported [1] 653/5
Reporter [1] 515/23
REPORTER'S [1] 515/17
reporting [2] 575/10 614/12
reports [4] 538/10 538/11
538/14 538/16
representative [2] 591/5
591/19
represented [1] 564/24
reproduce [2] 548/23
577/19
reps [3] 535/3 548/11
548/12
require [3] 532/1 569/5
569/10
required [7] 577/15 580/14
592/25 601/16 602/1 613/14
647/4
requirements [3] 559/25
578/20 578/23
research [17] 528/21 528/23

528/25 529/3 529/4 529/6
583/12 594/16 594/25
595/24 596/9 597/9 599/25
628/17 644/3 644/18 647/3
researchers [1] 644/19
resolve [2] 554/8 561/9
respect [20] 524/22 526/2
539/8 546/14 568/15 572/11
585/5 585/7 585/20 589/23
591/19 597/13 599/4 602/6
613/6 613/18 614/2 614/5
621/19 627/13
respective [2] 519/6 588/25
respondents [2] 531/25
532/6
responding [1] 640/19
response [8] 536/17 586/12
592/14 593/3 593/6 593/14
593/15 647/15
responsibility [2] 527/20
528/7
rest [4] 523/5 533/5 533/6
627/22
Restate [1] 559/7
result [11] 539/6 541/5
544/7 556/8 556/16 558/6
558/8 558/14 558/22 559/9
615/9
results [13] 537/16 537/17
539/22 539/24 539/25 540/1
540/6 540/11 541/13 541/22
546/15 597/10 625/19
retail [1] 524/5
retailers [18] 521/4 521/5
521/6 521/9 521/13 521/15
524/22 524/24 525/1 525/17
525/22 526/9 526/13 526/21
528/4 528/8 535/3 630/12
retained [1] 644/19
rethink [1] 560/5
retire [2] 587/14 648/5
review [10] 528/5 537/16
538/15 541/14 541/15 571/1
571/4 607/20 639/23 639/24
reviewed [12] 537/17
538/10 538/12 538/15
541/18 541/19 541/22 553/8
571/7 571/19 639/14
643/17
reviewing [1] 571/11
revisions [4] 556/21 558/10
558/24 559/11
rewrite [5] 568/21 568/22
569/6 569/11 569/19
rewriting [1] 568/23
RGK [1] 515/7
rid [1] 538/5
right [44] 520/9 520/13
520/24 521/6 522/5 523/24
528/24 529/7 537/16 539/6
543/8 552/10 553/25 556/5
558/7 560/17 564/1 566/22
567/6 568/14 569/7 572/17
576/15 577/7 577/9 577/10
577/10 577/17 578/8 578/19
579/1 580/12 586/19 588/11
588/12 589/23 605/22

631/17 634/4 636/7 639/22
640/15 640/16 644/9
ringing [1] 640/1
rise [2] 648/8 652/1
risk [2] 599/20 600/17
RITCHESON [13] 517/4
519/11 519/14 519/17
519/22 520/1 588/7 589/9
631/11 631/13 648/14
648/15 651/12
Robinson [2] 516/3 516/7
role [12] 528/20 549/14
549/19 556/2 598/6 598/11
600/25 605/25 611/20
612/16 632/19 632/22
rolled [1] 547/2
rollout [1] 547/2
room [8] 531/7 531/7 531/11
531/18 587/14 603/12
603/12 648/5
rule [4] 554/11 554/18
554/21 562/4
ruling [2] 649/15 649/24
run [3] 527/12 537/11 592/9
running [1] 629/13
runs [1] 542/11

**S**

sabotage [2] 643/4 643/9
safe [1] 611/2
safety [3] 597/18 599/10
610/25
said [12] 557/11 558/14
562/12 571/10 586/23 592/5
601/25 609/22 615/3 623/15
623/19 630/11
sale [4] 525/16 534/24
534/25 535/4
sales [6] 535/3 548/6 548/8
548/11 548/12 647/11
salespersons [1] 547/7
same [11] 520/25 523/1
540/25 559/3 579/18 588/12
612/12 628/17 634/6 646/4
647/25
San [1] 516/14
sat [1] 615/15
saw [3] 643/25 643/25 650/8
say [36] 525/2 525/18 526/9
526/12 526/18 526/22 532/4
532/7 533/4 533/23 542/19
548/20 557/4 557/18 557/21
558/13 562/11 562/14
574/10 575/13 578/22 587/3
594/13 595/17 597/12
598/24 599/12 599/16
607/25 616/9 617/4 623/15
630/20 637/5 640/23 644/10
saying [4] 556/19 562/19
586/18 587/4
says [35] 522/19 523/2
527/24 530/7 530/9 530/14
532/3 536/22 539/13 543/14
544/1 544/8 548/22 552/23
553/16 555/19 555/20
556/24 565/24 577/8 577/12
577/19 577/19 580/3 580/8

580/11 581/3 586/1 586/8
639/20 640/16 640/16 642/3
642/19 643/2
scale [1] 557/13
scenario [1] 583/13
Schlesinger [5] 642/2 642/4
647/9 647/10 647/14
science [1] 628/22
scientific [3] 545/7 600/19
646/7
scientist [3] 545/6 545/14
546/23
scope [3] 603/17 620/13
646/17
score [2] 601/17 601/19
Scott [1] 631/25
scrub [3] 524/2 532/1
629/23
scrubs [16] 521/23 530/15
531/7 531/18 532/2 532/25
550/10 555/17 557/2 557/4
557/12 557/17 557/19 562/6
599/14 601/2
SEAN [1] 516/17
seat [1] 648/13
seated [3] 519/19 594/1
631/22
seats [2] 519/6 588/25
second [8] 522/14 536/22
536/22 563/25 570/22
579/23 622/13 635/14
secret [5] 597/13 597/13
619/21 620/14 649/20
section [18] 527/3 530/14
531/14 531/24 536/20
556/24 557/11 578/19 580/3
580/8 580/13 589/20 590/5
614/12 614/19 642/19 642/2
653/3
see [64] 522/19 522/22
522/23 523/1 529/24 530/17
531/9 531/10 532/7 532/8
533/3 533/3 533/6 536/15
536/20 538/8 538/9 542/6
543/6 544/9 548/1 548/24
552/24 554/25 568/4 574/7
575/19 575/20 575/24
575/25 576/9 576/10 577/12
577/17 577/18 578/1 580/4
580/7 580/10 580/15 582/14
583/14 583/15 586/8 586/10
593/6 593/9 613/10 614/15
638/14 638/18 638/19 641/2
642/6 643/4 643/6 643/6
643/10 643/11 646/11
647/24
seeing [1] 630/23
seem [2] 586/14 586/20
seems [1] 640/22
seen [6] 530/15 531/8
531/19 532/25 596/10
597/10
sell [9] 521/5 521/8 521/13
521/14 521/16 524/22
524/24 630/12 630/12
selling [2] 525/2 528/9

**S**

**sells** [2]  521/4 524/2
**send** [3]  525/15 526/21 615/14
**senders** [1]  591/2
**sense** [1]  630/15
**sent** [12]  525/17 526/8 547/19 548/9 551/21 570/24 571/6 592/4 623/24 639/16 639/18 647/12
**sentence** [11]  536/22 536/22 562/17 565/23 568/1 568/2 569/7 569/8 641/4 643/6 643/20
**SEPTEMBER** [3]  515/20 519/1 653/10
**series** [1]  538/23
**served** [1]  549/18
**set** [4]  542/13 551/8 597/16 611/16
**Seth** [1]  516/7
**sets** [2]  578/22 578/23
**setting** [2]  597/23 609/9
**settings** [3]  599/15 599/16 599/17
**seven** [1]  612/9
**several** [12]  529/4 531/13 531/14 531/16 531/17 534/4 534/5 554/22 556/11 562/2 574/9 592/2
**severely** [1]  649/16
**shall** [2]  631/18 631/19
**share** [1]  642/21
**shared** [4]  582/4 597/5 619/3 620/6
**sharing** [1]  644/11
**Sharon** [1]  516/13
**she** [8]  539/24 563/1 565/16 588/11 588/11 631/13 651/16 651/22
**she's** [1]  539/9
**Shirley** [3]  538/17 539/9 539/14
**shorting** [1]  585/12
**shortly** [1]  593/15
**should** [7]  560/3 568/7 578/5 583/7 583/17 590/14 627/21
**shouldn't** [2]  522/25 627/21
**show** [2]  522/10 551/24
**shown** [2]  584/23 612/9
**shut** [1]  643/25
**sic** [5]  521/19 539/4 559/1 631/2 642/21
**side** [4]  565/15 595/14 648/18 648/20
**signature** [1]  615/19
**signed** [1]  617/25
**significance** [1]  601/24
**significant** [5]  554/23 556/21 558/9 558/24 559/11
**Silvadur** [1]  593/8
**silver** [4]  548/16 548/16 548/17 549/8
**similar** [6]  554/18 568/13 593/14 594/23 594/24 608/25

**since** [4]  526/8 540/19 566/20 630/12
**SINGER** [22]  516/22 594/12 594/14 596/5 596/11 604/13 604/16 614/22 615/2 615/3 615/10 615/25 616/5 620/6 622/16 622/23 630/1 632/23 633/1 633/6 633/9
**single** [8]  528/6 538/12 538/13 538/15 541/15 574/18 590/8 591/24
**sir** [18]  602/12 603/8 604/10 613/11 614/16 614/21 615/22 615/24 616/1 617/19 618/13 620/23 621/9 621/24 624/1 624/7 624/9 635/10
**site** [1]  526/4
**six** [1]  606/8
**sizes** [1]  527/25
**SKUs** [1]  528/3
**slam** [1]  643/25
**slides** [1]  548/5
**small** [3]  595/22 596/1 604/19
**smaller** [1]  557/13
**Smoak** [1]  516/16
**snake** [1]  628/22
**so** [106]  519/19 520/25 523/13 523/20 523/22 524/16 525/15 525/23 526/2 526/8 526/20 527/2 529/20 530/8 531/14 531/16 533/13 534/9 534/23 535/4 538/14 541/12 542/16 543/18 543/19 544/1 544/3 544/5 544/11 544/23 545/8 550/6 550/25 551/2 551/6 551/21 553/7 555/2 556/4 557/8 557/11 558/4 561/2 561/7 561/9 562/18 564/10 564/15 565/16 565/19 566/5 566/14 566/20 567/7 567/18 568/8 568/17 569/18 574/1 574/4 577/2 578/5 578/7 578/11 579/11 580/2 580/17 581/4 581/5 581/7 582/18 585/22 589/16 591/13 591/16 591/21 592/7 595/24 598/11 598/15 598/20 604/2 604/6 610/3 611/11 616/19 617/20 620/17 622/16 626/5 626/9 631/20 632/10 632/13 633/12 634/24 635/18 637/13 640/14 643/15 644/2 644/7 645/16 646/19 647/5 649/4
**societies** [1]  629/24
**society** [3]  577/21 577/23 578/5
**sold** [1]  630/10
**solely** [1]  538/22
**solemnly** [1]  631/18
**solution** [9]  530/15 533/1 542/21 542/24 596/8 599/22 599/23 599/24 615/7
**some** [15]  521/16 537/17 538/15 539/1 540/10 547/8

**548/16** 550/15 554/7 561/6 566/15 573/9 573/20 573/21 573/8 590/3 611/11 624/22 646/3
**somebody** [9]  524/16 524/17 525/9 526/16 526/17 527/9 551/18 551/21 610/5
**somehow** [1]  528/1
**someone** [1]  528/7
**something** [21]  521/14 526/10 542/5 542/19 548/7 557/7 567/18 568/10 574/6 574/6 574/7 574/13 579/16 582/15 596/10 596/11 596/22 606/8 630/12 630/13 639/15
**sometimes** [1]  649/2
**somewhat** [3]  523/19 640/10 645/20
**soon** [2]  555/13 649/1
**sorry** [30]  519/12 522/3 529/10 529/16 529/20 536/8 538/2 553/1 562/25 569/21 570/1 572/19 579/7 579/23 579/24 585/1 593/6 601/20 608/9 610/17 611/18 612/4 618/22 619/6 622/8 622/9 631/12 637/4 643/7 645/1
**sort** [6]  531/14 534/13 534/18 551/15 573/8 596/13
**Sounds** [1]  551/20
**South** [1]  516/8
**SP** [1]  642/14
**SP002306** [1]  540/17
**speak** [5]  551/12 576/1 576/1 633/8 634/15
**speaking** [1]  551/11
**speaks** [1]  622/11
**specific** [19]  534/18 535/8 538/22 539/23 543/15 543/17 543/25 544/3 544/7 544/8 544/8 546/22 557/7 564/3 564/9 571/18 573/24 574/10 590/5
**specifically** [6]  525/24 538/12 543/24 544/21 557/16 589/13
**specification** [2]  577/3 637/18
**specifications** [3]  576/7 576/21 582/13
**specified** [1]  542/4
**specifies** [1]  544/3
**specify** [1]  568/8
**specs** [4]  575/22 583/8 583/10 583/17
**speculation** [2]  560/21 579/9
**spell** [3]  519/21 623/20 631/24
**spent** [1]  629/12
**SPI** [85]  520/25 521/2 521/3 521/4 524/2 524/23 526/11 526/12 526/14 527/19 527/20 528/7 528/20 528/23 528/25 529/2 529/4 530/2 535/24 538/20 540/12 540/21 541/10 542/8 546/19

**544/18** 546/3 546/4 547/7 549/17 549/23 550/4 550/5 550/7 550/8 551/23 553/14 553/18 554/10 555/7 555/17 557/1 557/12 557/19 561/3 561/10 561/16 561/18 561/21 561/23 562/5 562/9 564/22 575/21 583/1 583/6 583/16 583/22 584/8 594/23 594/25 595/1 595/21 604/5 611/16 620/22 621/2 624/2 624/5 624/10 625/1 632/22 633/15 638/23 638/25 642/9 643/20 643/23 643/23 644/8 644/12 644/15 647/5 647/5 647/11
**SPI's** [4]  554/23 564/24 636/17 641/18
**spoke** [2]  590/7 592/1
**spoken** [2]  620/14
**spread** [3]  530/16 533/1 647/1
**stage** [1]  583/10
**stan** [1]  553/11
**stand** [2]  589/1 643/18
**standard** [103]  542/12 542/13 546/19 554/8 554/10 555/3 555/5 556/17 557/7 557/16 558/9 558/23 559/10 560/3 560/15 560/17 560/25 561/1 561/18 562/18 567/5 568/15 571/11 572/10 572/11 572/13 573/12 573/20 573/21 574/9 574/18 576/6 576/21 577/3 577/3 577/14 577/16 577/21 579/1 579/4 579/15 582/7 582/8 585/10 585/11 585/14 585/19 597/23 597/25 598/4 598/12 598/14 598/23 598/24 599/1 599/3 599/5 599/8 599/25 600/1 600/3 600/4 602/15 602/18 602/20 605/18 606/11 606/12 607/11 607/13 607/15 608/2 608/3 608/4 608/7 609/6 609/9 609/19 610/1 610/4 610/14 610/14 610/22 611/11 612/3 612/12 613/14 613/16 613/19 614/2 615/18 616/6 616/8 616/22 617/2 618/12 624/16 626/2 627/17 627/18 627/23 637/18 638/13
**standard's** [1]  556/9
**standard-setting** [1]  597/23 609/9
**standards** [83]  537/7 542/10 550/1 550/9 550/10 553/22 555/8 555/16 556/25 557/3 557/24 561/3 566/21 568/24 571/9 571/14 571/17 572/2 572/6 573/1 573/3 573/6 573/13 573/19 574/4 574/16 578/11 580/2 580/25 583/22 584/15 597/17 598/7 598/8 601/7 601/9 602/16 606/14

## S

**standards... [45]** 606/19 608/20 608/21 609/11 609/17 609/24 610/23 610/25 611/1 611/2 611/3 611/16 611/20 612/16 612/17 613/1 613/2 614/8 614/24 616/20 616/21 617/8 618/14 618/17 618/20 619/14 620/17 622/17 625/4 625/5 626/10 626/14 626/16 626/21 626/25 627/4 627/12 628/3 628/9 631/1 636/16 636/22 638/24 640/18 640/21
**start [5]** 536/14 592/13 593/8 595/22 596/1
**start-up [2]** 595/22 596/1
**started [1]** 598/19
**Starting [1]** 591/15
**starts [2]** 536/18 552/9
**startup [1]** 595/13
**state [2]** 519/20 631/23
**stated [4]** 558/25 569/5 586/13 586/20
**statement [19]** 522/23 522/24 525/24 526/16 526/17 526/19 546/18 553/5 562/3 586/15 586/18 586/22 587/3 590/11 591/7 592/4 592/6 592/17 641/19
**statements [1]** 615/9
**STATES [3]** 515/1 653/4 653/8
**status [13]** 571/8 572/1 614/23 616/20 616/25 619/4 619/13 625/6 635/2 637/2 644/23 645/3 645/8
**stayed [1]** 644/8
**stenographically [1]** 653/5
**step [3]** 593/19 631/8 648/12
**Stephanie [4]** 547/20 548/9 643/3 643/8
**Stewart [1]** 516/16
**still [10]** 519/19 524/7 545/18 581/11 594/2 615/15 630/15 631/14 645/9 648/6
**store [1]** 524/2
**stores [1]** 524/5
**STRATEGIC [12]** 515/5 515/14 516/3 516/22 524/13 524/15 595/3 595/6 632/18 632/19 633/10 634/19
**Strategic's [1]** 559/15
**strategies [6]** 573/2 597/8 597/12 608/22 633/5 633/8
**strategy [12]** 552/4 586/14 586/20 597/14 608/17 608/25 608/25 609/5 615/7 627/14 628/8 628/9
**Street [2]** 515/24 516/14
**stricken [11]** 524/18 525/9 561/14 600/22 603/22 607/23 618/6 620/2 620/3 624/20 626/19
**strike [7]** 556/12 561/12

565/8 600/21 603/21 607/22 624/19
**structures [1]** 630/6
**studies [1]** 548/16
**study [16]** 530/2 530/3 530/12 530/21 530/23 533/5 534/12 642/13 642/15 646/3 646/14 646/20 646/25 647/2 647/6 647/14
**stuff [2]** 598/21 599/14
**subcommittee [7]** 605/17 609/16 609/23 629/18 635/19 635/25 637/20
**submission [2]** 603/24 604/3
**submit [6]** 526/13 528/4 577/21 593/1 607/19 651/11
**submitted [3]** 587/13 592/21 648/4
**submitting [2]** 592/24 651/12
**subsequently [2]** 626/3 646/5
**success [1]** 564/20
**successes [3]** 564/17 564/19 569/5
**such [2]** 521/6 638/25
**suggest [1]** 627/21
**suggested [2]** 525/15 568/17 634/19
**SUITE [4]** 516/4 516/8 516/14 516/18
**summary [8]** 531/13 531/14 551/15 551/18 551/22 554/9 554/16 564/16
**Sunday [1]** 552/7
**supplying [1]** 630/8
**supposed [2]** 621/25 622/4
**sure [15]** 522/5 524/10 525/7 528/8 585/11 585/19 595/22 595/22 601/3 611/1 611/4 611/19 635/7 643/15 644/7
**surface [1]** 600/15
**surfaces [1]** 600/17
**surgery [1]** 599/18
**surgical [1]** 568/15
**surprise [1]** 565/7
**surrounding [1]** 646/6
**survey [3]** 530/4 530/5 533/23
**sustained [80]** 526/24 527/8 527/8 540/3 541/7 560/22 565/9 567/13 567/13 567/22 568/19 569/1 569/13 569/23 570/5 572/3 574/23 579/12 579/12 579/25 581/24 583/19 583/25 586/25 587/6 588/19 600/22 601/5 602/3 602/8 602/24 603/18 605/2 606/17 607/21 608/14 610/19 611/8 611/25 612/19 612/22 613/4 616/17 618/24 619/19 619/24 620/25 621/12 621/17 622/13 623/6 624/18 624/20 625/8 625/16 625/21 626/7 626/12 626/16

626/21 627/9 627/16 628/6 629/8 631/4 636/19 636/24 637/25 638/16 639/2 639/5 641/6 641/11 641/16 641/21 642/17 642/24 645/24 647/17 651/21
**sustaining [1]** 620/20
**swear [1]** 631/18
**sworn [3]** 520/2 594/6 632/3
**synopsis [7]** 552/21 553/3 553/6 553/8 553/10 556/19 637/11

## T

**tabulated [1]** 625/18
**take [33]** 521/25 522/1 523/24 525/13 529/9 532/8 532/22 535/11 537/18 537/21 538/7 547/13 548/21 559/2 562/16 563/1 563/11 567/15 567/25 569/3 569/25 570/12 575/4 584/2 589/13 590/13 591/13 592/7 607/1 630/24 637/3 641/23 649/23
**takeaway [1]** 531/16
**taken [5]** 566/7 587/19 588/12 588/22 652/3
**takes [1]** 574/7
**taking [26]** 522/10 522/17 524/6 527/2 527/2 529/14 536/6 539/11 540/14 541/17 546/17 547/19 552/20 558/7 565/23 570/12 574/25 575/5 575/16 578/14 580/2 582/2 613/8 621/23 639/24 640/14
**talk [1]** 592/2
**talked [10]** 559/20 585/18 597/4 604/18 610/13 617/6 630/6 630/7 630/7 630/8
**talking [8]** 548/15 559/3 563/2 583/21 610/8 611/10 619/10 648/7
**talks [2]** 527/3 589/21
**task [1]** 568/23
**team [1]** 575/16
**technical [3]** 577/14 634/21 636/14
**technologies [5]** 515/8 515/10 516/12 516/24 646/9
**technology [18]** 521/22 523/3 536/13 536/18 536/23 582/12 590/7 592/12 592/18 594/16 595/15 595/17 596/3 596/10 597/10 611/1 615/6 633/11
**tell [10]** 525/1 558/19 558/22 559/1 559/9 566/7 588/18 623/4 627/16 648/24
**telling [3]** 616/10 616/25 618/12
**ten [1]** 588/10
**term [4]** 534/1 599/18 600/6 620/14
**terminology [1]** 534/3
**terms [10]** 542/6 582/9 582/23 606/20 606/20

614/23 627/11 628/2 628/2 628/8
**test [31]** 537/16 537/17 539/6 539/14 539/22 539/24 539/25 540/1 540/6 541/3 541/4 541/5 541/12 541/19 541/22 543/6 543/24 543/25 543/25 544/7 545/15 546/4 574/5 574/8 574/14 578/25 581/5 590/10 601/17 603/5 613/13
**tested [4]** 542/10 542/10 543/4 573/18
**testified [9]** 520/3 520/8 526/8 562/4 566/20 582/17 594/7 594/20 632/4
**testify [2]** 545/8 545/10
**testimony [8]** 525/6 525/13 588/12 600/19 620/17 631/18 651/11
**testing [23]** 534/19 537/3 537/6 538/13 538/20 539/1 539/2 540/11 542/9 543/1 544/5 544/9 544/18 544/21 544/22 544/24 546/4 546/20 573/13 573/19 573/20 573/22 573/24
**tests [14]** 537/18 538/23 538/23 538/25 539/3 539/16 541/9 541/11 541/12 541/18 545/3 545/12 546/3 574/10
**than [15]** 521/12 559/13 568/6 573/20 580/18 580/21 580/25 581/12 586/4 586/13 586/19 587/4 599/22 613/24 635/23
**Thank [32]** 519/23 519/25 524/8 528/17 533/21 535/12 545/1 554/4 557/22 563/9 563/13 570/4 579/13 581/25 588/20 589/6 589/21 593/16 600/23 607/22 608/15 610/20 622/14 631/22 640/14 640/23 640/24 648/17 650/4 651/5 651/7 651/25
**that [722]**
**that's [57]** 520/17 522/24 522/24 523/17 527/7 527/19 529/11 529/21 530/2 530/7 530/8 530/8 530/11 531/11 531/21 537/9 538/10 538/20 539/13 539/14 548/20 550/25 552/25 553/16 554/14 555/19 555/20 555/20 557/5 559/23 560/5 560/11 560/24 573/22 574/7 576/23 578/8 579/1 581/12 582/14 586/16 588/13 589/15 589/17 592/21 603/6 603/7 605/24 627/2 632/15 635/3 636/8 639/20 640/13 640/16 642/3 644/10
**their [27]** 519/6 520/15 520/16 520/21 520/22 525/22 526/5 526/13 526/14 526/15 554/18 575/11

**T**

**their... [15]** 575/13 584/13
588/25 594/16 598/4 598/9
598/14 599/20 602/15
602/17 641/1 643/4 643/9
643/15 644/5

**them [19]** 526/18 528/2
528/4 529/3 532/2 533/25
541/14 554/10 574/3 587/25
593/1 595/19 602/17 609/12
609/24 619/17 630/7 630/8
637/8

**themselves [1]** 533/13

**then [41]** 523/16 524/18
524/19 526/18 528/2 530/22
542/19 544/2 552/12 558/10
560/2 562/13 564/4 571/3
571/12 576/4 585/25 588/6
588/9 588/13 588/15 592/4
592/11 592/14 593/2 593/2
598/13 598/14 598/22 600/2
601/18 606/8 608/7 613/15
623/4 625/19 629/20 640/14
649/2 649/4 649/9

**there [91]** 521/19 521/21
523/1 525/25 526/1 527/3
528/3 528/6 530/14 530/24
532/10 533/5 534/15
534/10 534/17 542/8 543/6
543/19 543/20 545/4 546/18
547/22 550/10 551/8 551/13
552/20 552/21 553/3 553/16
555/19 557/21 558/25
559/14 566/24 566/24
567/11 568/10 573/16 574/4
574/16 574/18 574/18
574/20 575/17 576/17
576/21 578/19 580/8 583/16
584/14 584/16 584/16
585/16 592/11 593/3 595/2
596/9 597/2 606/5 609/10
609/19 610/23 610/25
610/25 611/2 611/3 611/5
613/9 613/9 614/5 614/11
618/6 621/19 622/3 622/7
623/22 624/22 624/25 625/1
625/2 625/3 637/14 637/14
638/20 638/22 638/22 642/8
644/3 647/7 651/18

**there's [22]** 530/14 540/14
546/17 547/22 552/22
565/19 567/25 577/7 580/2
584/14 586/1 604/13 608/3
614/11 625/13 638/20
640/11 642/1 642/1 642/4
642/19 643/2

**thereafter [1]** 593/15

**therefore [1]** 542/21

**these [24]** 522/20 532/2
534/18 534/19 538/14
539/24 545/18 574/3 577/24
578/11 596/5 609/11 609/17
609/23 610/13 613/16
618/17 618/20 621/2 627/20
628/3 629/13 629/13 636/2

**they [60]** 520/12 525/1
526/4 526/14 526/14 526/15

**T**

532/18 533/19 534/15 539/3
542/17 542/17 542/19 543/9
547/2 548/10 551/9 554/16
555/10 559/20 560/5 560/13
561/24 568/14 573/8 573/18
574/2 574/16 575/8 583/16
584/12 585/8 585/12 590/11
592/1 592/25 594/22 594/22
594/24 595/8 595/9 596/6
596/9 598/7 598/14 599/22
601/18 614/23 617/17
618/10 625/12 628/19
630/12 636/4 636/22 644/2
644/2 644/19 644/22 645/3

**they'd [1]** 596/10

**they're [6]** 525/2 528/8
539/25 541/13 542/22
625/19

**They've [1]** 550/2

**thing [3]** 520/25 647/25
650/5

**things [14]** 533/11 557/23
557/24 558/1 558/1 559/20
560/5 582/6 595/9 597/5
604/21 615/3 616/8 630/8

**think [24]** 521/14 522/4
539/5 545/17 547/15 549/21
553/7 568/3 569/17 618/8
620/16 632/10 634/2 635/6
635/10 635/18 636/14 641/8
641/13 643/15 643/18
643/23 649/18 649/18

**thinking [2]** 534/16 568/17

**third [5]** 516/14 526/4
527/20 536/6 536/7

**third-party [2]** 526/4 527/20

**thirds [5]** 531/25 532/4
532/4 532/5 532/6

**this [179]**

**thoroughly [2]** 523/2 596/9

**those [25]** 520/11 521/16
521/23 528/4 531/17 538/25
539/22 539/23 556/22 564/8
568/23 572/25 575/6 597/19
600/2 606/14 606/19 606/19
612/16 613/2 615/9 617/8
626/15 626/21 627/12

**though [2]** 523/6 528/12

**thought [3]** 593/7 615/15
620/7

**thoughts [2]** 534/14 602/16

**thread [7]** 552/2 552/9
552/13 584/6 584/7 584/9
643/17

**three [2]** 613/17 643/14

**three-and-half [1]** 643/14

**through [7]** 524/2 525/13
547/25 570/19 597/22 607/8
613/8

**THURSDAY [3]** 515/20
519/1 552/9

**time [48]** 519/18 534/5
534/10 534/17 534/18
534/19 542/4 543/17 551/10
551/13 551/21 555/14
555/15 556/7 559/3 559/3
576/13 578/7 583/9 587/8

**U**

588/12 590/23 594/22 604/4
605/9 612/5 615/5 626/25
623/24 624/2 625/23 627/1
627/2 627/17 629/12 630/9
630/19 630/21 634/4 639/4
640/2 640/14 640/24 647/10
647/19 647/21 648/16
648/19

**times [4]** 538/19 539/9
574/13 592/2

**timing [1]** 593/14

**title [5]** 549/19 549/21
560/25 636/14 653/4

**today [3]** 526/17 599/22
640/15

**together [6]** 540/9 540/10
547/12 553/25 592/3 599/2

**told [17]** 554/10 555/11
555/20 555/22 556/4 556/8
556/16 558/16 561/16 566/5
566/8 569/4 622/16 627/18
627/18 630/18 647/19

**tomorrow [5]** 647/20 647/25
648/1 650/1 651/3

**tonight [2]** 649/23 649/25

**too [2]** 521/1 591/16

**took [4]** 535/3 550/6 558/13
558/16

**top [8]** 523/6 530/14 531/24
532/25 577/10 593/3 621/23
642/8

**towards [2]** 575/18 605/20

**Tower [1]** 516/18

**Town [1]** 516/18

**trade [4]** 597/13 619/21
620/13 649/20

**traditional [1]** 550/10

**train [2]** 548/6 548/7

**training [2]** 547/7 547/8

**transcript [4]** 515/17 651/11
653/5 653/7

**transformative [3]** 595/15
617/3 617/4

**transmission [2]** 599/21
600/12

**transpired [1]** 553/3

**treated [3]** 542/3 542/6
590/9

**treatment [1]** 542/3

**TRIAL [9]** 515/17 518/2
532/19 533/20 536/4 549/12
552/18 591/11 651/8

**true [7]** 524/23 525/1 525/4
525/21 567/17 567/24 653/4

**truth [4]** 631/19 631/20
631/20 639/6

**try [3]** 554/2 565/10 647/20

**trying [15]** 528/11 534/13
534/14 542/22 566/7 573/3
573/8 573/10 592/2 599/5
601/8 606/20 615/16 624/15
643/20

**turn [3]** 531/21 578/14 640/3

**twice [3]** 564/2 564/3 606/9

**two [13]** 531/25 532/4 532/4
532/5 532/6 563/24 570/19
570/20 571/13 578/19 578/19

**U**

618/8 625/24

**two-page [3]** 568/24 570/19
570/20

**two-thirds [5]** 531/25 532/4
532/4 532/5 532/6

**type [7]** 541/9 542/8 601/7
605/14 610/23 630/13 633/8

**types [2]** 568/9 610/23

**U**

**U.S [2]** 515/3 515/23

**um [6]** 522/18 528/18
552/11 566/3 577/18 633/17

**um-hmm [6]** 522/18 528/18
552/11 566/3 577/18 633/17

**under [13]** 519/19 575/9
577/14 578/22 592/1 594/2
601/16 603/4 603/11 608/10
637/14 637/15 651/17

**understand [17]** 534/15
541/11 542/17 542/25
548/20 573/15 574/3 575/13
576/14 578/9 585/8 588/1
588/14 591/6 591/23 594/23
609/2

**understanding [34]** 534/1
534/8 541/25 546/10 549/25
553/18 555/14 564/8 572/5
572/8 573/16 578/3 580/17
583/21 590/8 591/21 595/6
596/7 598/6 600/25 602/5
605/4 608/6 611/5 612/15
617/9 625/4 626/5 626/9
636/21 637/22 641/18
642/14 642/22

**understood [23]** 530/25
549/4 554/7 554/15 555/8
555/10 560/13 560/24
560/25 561/22 561/23 573/1
573/2 573/12 574/16 575/9
576/11 576/13 577/2 579/15
612/3 636/15 644/14

**uniform [1]** 575/22

**UNITED [3]** 515/1 653/4
653/8

**units [1]** 543/16

**unless [2]** 600/1 639/7

**unsure [1]** 583/8

**until [7]** 550/18 587/9
587/13 593/20 631/15 648/4
648/25

**unusual [1]** 633/12

**unwanted [1]** 536/19

**up [31]** 524/19 536/9 551/8
555/12 558/4 565/4 566/9
566/12 567/10 567/17
567/18 568/23 569/18
589/12 589/20 590/1 591/13
591/17 593/2 595/22 596/1
599/24 600/3 602/15 615/19
622/17 628/19 630/16
630/19 632/13 644/2

**upcoming [2]** 580/25
583/17

**update [2]** 571/8 572/1

**updated [1]** 615/10

**updates [2]** 616/19 634/22

## U

updates... [2] 634/25 635/2
upon [6] 534/9 536/18
 544/19 546/20 574/9 635/11
URA [6] 535/1 535/1 535/8
 547/4 547/5 547/6
us [18] 526/14 528/5 542/17
 542/22 585/12 585/19
 588/18 592/2 592/25 594/15
 595/15 595/25 598/4 604/19
 630/7 633/12 640/15 644/4
use [6] 523/3 534/4 542/17
 548/10 554/2 554/10
used [7] 537/10 560/9 578/5
 581/5 585/7 585/11 585/19
useful [2] 635/5 635/7
user [1] 628/19
users [1] 523/4
using [5] 573/18 574/9
 581/7 585/14 603/4
utilize [1] 525/16
utilized [1] 574/21

## V

valid [1] 607/20
validity [1] 639/6
venture [1] 630/13
venture-type [1] 630/13
ventures [1] 630/6
verbatim [1] 592/12
Verde [4] 516/17 517/5
 517/9 517/12
versus [2] 628/22 630/11
very [18] 548/22 552/10
 552/25 555/9 555/12 555/17
 557/1 557/11 557/18 562/5
 569/21 573/20 591/22 593/3
 593/7 595/2 595/22 640/24
VESTAGEN [36] 515/8
 515/10 516/12 516/23
 520/15 520/21 548/15 555/4
 568/23 575/16 582/11
 584/10 584/12 585/4 586/13
 586/13 586/20 594/23 612/2
 612/7 613/16 613/19 614/3
 614/8 614/17 614/19 624/3
 627/11 629/3 642/10 643/21
 643/24 644/8 644/11 644/14
 646/25
Vestagen's [9] 520/9 539/2
 584/13 637/21 637/22
 641/19 642/15 642/20 646/7
VESTEX [7] 572/24 572/24
 572/25 594/18 594/19 612/7
 627/12
viable [2] 536/24 592/19
Vickie [3] 586/4 586/6 586/7
video [2] 650/8 650/10
view [2] 564/25 565/2
views [3] 520/8 575/11
 575/13
Vince [1] 516/17
Violation [1] 522/12
viruses [1] 523/4
vital [1] 624/15
VOLUME [1] 515/18
Von [1] 516/4

## V

vote [3] 555/13 566/7 567/2
Votes [2] 558/3 625/18

## W

Wacker [1] 516/8
wait [7] 621/3 621/3 621/3
 621/3 621/3 631/15 650/9
waiting [1] 587/25
Walmart [5] 521/6 521/7
 521/7 521/8 521/12
want [35] 519/8 521/25
 522/5 524/9 525/7 525/12
 530/11 533/25 535/20
 537/21 538/3 544/13 545/16
 546/2 546/12 546/24 547/13
 551/24 567/25 575/4 578/17
 584/2 594/13 615/21 620/18
 625/22 627/1 631/14 637/3
 638/6 639/11 643/3 643/9
 650/22 651/11
wanted [8] 574/2 592/9
 615/6 635/10 643/15 643/17
 644/7 644/15
was [395]
wash [3] 523/2 574/13
 600/14
washing [3] 533/8 533/14
 600/15
wasn't [8] 558/1 585/14
 617/15 625/14 630/20
 630/22 639/15 647/3
waste [1] 625/23
watched [1] 650/10
way [14] 527/24 537/11
 545/8 545/10 568/3 568/17
 569/19 584/12 588/5 588/13
 615/17 617/4 628/15 630/11
ways [1] 644/13
we [165]
we'd [5] 561/8 562/11
 562/13 606/7 606/8
we'll [11] 547/16 587/8
 587/9 587/9 587/15 596/12
 649/1 649/2 651/9 651/12
 652/2
we're [4] 542/21 587/7 618/8
 647/18
we've [4] 537/10 542/10
 611/10 617/1
wear [4] 568/9 599/14
 599/22 611/2
wearer [1] 520/16
web [1] 590/6
website [9] 535/18 548/13
 549/6 549/6 584/13 590/12
 590/25 591/20 593/13
websites [3] 525/22 526/15
 528/8
weeks [1] 606/8
welcome [1] 651/6
well [63] 521/9 523/20
 529/19 530/4 533/8 534/6
 535/1 536/24 538/13 539/22
 549/22 551/4 551/12 555/20
 564/24 565/23 566/5 566/8
 566/24 567/15 567/24
 567/24 568/21 569/17

## W

571/13 573/8 573/17 574/20
 574/25 576/14 578/14
 579/15 585/5 587/2 592/9
 592/19 593/7 594/14 598/21
 600/5 600/12 601/11 601/19
 609/21 614/6 614/17 615/14
 620/5 622/20 625/19 626/22
 626/23 634/16 635/10
 635/10 635/22 643/23
 644/24 647/9 649/18 650/17
 651/13 651/14
WENDELL [46] 515/11
 549/16 549/17 550/5 550/6
 550/7 550/23 551/4 551/5
 552/23 553/5 564/13 564/15
 565/2 565/3 565/24 565/25
 566/6 566/8 567/9 567/16
 569/4 569/18 570/14 570/17
 570/17 570/24 571/7 575/10
 575/15 576/2 578/6 578/11
 582/3 582/6 583/21 584/23
 586/1 586/8 586/16 586/18
 625/2 625/3 631/10 631/25
 632/2
Wendell's [2] 564/20 564/21
went [4] 565/3 566/5 578/11
 627/17
were [165]
weren't [4] 585/14 626/21
 626/25 627/5
WESTERN [1] 515/2
what [252]
what's [16] 528/20 534/8
 541/25 552/25 574/6 580/17
 582/14 600/20 600/20
 600/25 611/5 612/15 612/24
 625/24 642/22 645/6
whatever [1] 644/3
whatsoever [1] 624/4
when [61] 525/2 527/23
 532/4 533/4 533/23 533/23
 534/23 535/1 535/6 541/13
 546/10 550/4 550/4 550/5
 550/15 556/4 557/4 567/24
 575/13 576/1 582/21 584/3
 586/23 590/9 590/10 593/12
 594/12 595/17 596/5 597/4
 597/12 598/13 598/20
 598/24 599/12 599/16
 600/14 603/20 603/24
 603/24 607/25 608/25
 609/11 610/13 615/5 616/2
 616/9 616/19 617/4 623/19
 625/3 626/21 628/2 628/9
 633/21 637/7 641/24 644/10
 645/13 647/2 647/12
where [23] 522/19 527/3
 531/3 535/1 544/9 552/21
 557/11 557/18 562/16
 565/23 577/12 578/19 599/1
 599/19 611/9 614/23 615/15
 625/4 625/11 625/12 639/5
 645/3 645/8
whether [20] 544/9 544/18
 545/4 545/13 548/10 560/2
 563/3 574/11 583/9 583/11
 583/16 609/15 619/2 619/7

## W

571/23 573/8 573/17 574/20
 619/17 619/25 619/25
 629/1 623/12 642/12
which [22] 523/10 530/12
 530/14 544/12 557/23
 557/24 562/2 571/6 571/7
 571/13 571/14 572/24
 572/24 575/22 576/18
 579/15 582/11 612/25
 619/10 629/18 637/19 643/7
while [5] 551/10 554/21
 564/15 574/13 574/13
who [31] 535/4 549/1
 555/25 591/2 591/25 595/6
 595/25 607/13 609/11
 609/12 625/13 632/17 647/9
who's [4] 549/16 586/6
 621/7 621/7
whole [4] 569/8 577/20
 617/5 631/20
whose [1] 549/2
why [26] 530/21 530/24
 542/13 551/23 561/13
 573/22 585/17 592/23
 595/12 595/20 597/7 603/11
 603/15 604/25 605/4 615/1
 615/13 616/4 620/5 624/14
 629/5 629/10 630/18 634/8
 634/15 641/4
wicking [1] 559/21
Wide [1] 633/2
widespread [2] 582/9 583/6
will [42] 519/5 524/18 528/2
 528/14 531/21 532/18
 533/19 538/5 542/5 561/3
 561/3 561/14 561/18 561/18
 561/18 562/9 565/16 570/5
 575/22 586/2 586/3 587/10
 588/24 594/1 600/22 607/23
 617/6 618/6 620/3 623/2
 624/20 648/1 648/23 649/4
 649/4 649/5 649/6 650/15
 650/24 651/2 651/2 651/12
wiping [1] 600/15
withdrawn [34] 535/10
 543/10 546/3 546/18 546/25
 547/1 549/15 549/22 553/11
 558/5 558/19 558/19 558/21
 559/1 562/3 563/18 567/24
 573/11 573/11 573/17 574/2
 575/9 585/1 585/1 602/19
 605/5 605/10 606/3 613/7
 633/4 634/16 637/2 638/21
 645/9
within [8] 528/7 573/25
 577/14 583/16 608/20 611/6
 616/11 638/23
without [4] 628/17 639/14
 650/8 650/11
witness [15] 519/8 519/11
 519/13 519/15 559/6 589/1
 589/1 593/20 593/23 620/13
 631/9 631/14 648/14 651/16
 651/22
witness's [1] 600/18
WITNESSES [1] 517/3
WK [1] 605/21
WK38455 [2] 579/16 605/23

## W

**wonder [1]** 649/2
**word [6]** 562/16 562/23
563/3 563/5 565/5 568/14
**worded [1]** 593/7
**wording [4]** 589/24 590/5
590/23 591/20
**work [23]** 532/1 533/24
536/18 554/1 574/20 597/16
597/24 599/2 604/22 605/17
605/19 605/22 605/25 606/1
606/3 606/4 606/10 608/1
615/17 621/5 634/21 644/13
644/20
**worked [5]** 553/24 554/8
554/9 561/21 605/8
**worker [8]** 560/3 560/14
560/18 595/11 597/18 599/9
599/10 599/12
**workers [9]** 575/18 595/16
598/5 599/20 601/2 603/12
611/23 641/1 641/14
**working [35]** 536/14 553/25
554/6 555/3 555/8 561/6
561/8 566/21 567/1 571/9
571/15 572/5 572/9 572/12
574/17 576/23 576/23 579/4
579/17 592/13 593/8 597/22
605/7 608/1 612/12 616/12
616/25 620/7 622/17 626/2
626/15 626/15 629/13
636/16 636/22
**works [1]** 588/13
**worn [1]** 601/2
**would [97]** 520/18 520/19
520/23 520/25 526/12
526/18 531/7 531/15 531/18
532/1 532/6 533/5 533/24
534/9 542/9 543/6 543/17
543/18 543/18 543/19
543/20 545/3 545/4 545/6
545/12 548/10 551/20
551/21 555/16 557/1 557/8
557/9 557/18 560/15 562/4
562/12 562/15 568/10
568/12 569/19 570/4 571/2
571/2 571/3 571/3 571/18
571/19 572/6 572/21 573/4
574/1 574/1 574/9 576/6
580/21 580/24 580/25 581/9
582/20 583/11 583/12 588/8
588/17 591/15 595/14 599/1
599/1 604/2 613/14 615/6
615/14 617/9 624/11 630/23
634/19 634/24 635/25
636/16 638/2 638/23 638/23
638/24 638/24 639/17
639/23 644/5 644/12 644/13
644/14 644/20 646/24
647/19 647/25 649/18
649/18 651/14 651/19
**wouldn't [1]** 566/22
**wrap [1]** 637/10
**write [4]** 526/15 599/2 600/1
641/4
**writes [2]** 575/15 598/14
**writing [7]** 577/10 598/10

598/10 604/9 606/24 649/22
649/25
**written [4]** 546/15 561/24
577/22 582/14
**wrong [11]** 520/12 520/17
520/19 520/20 520/23
520/25 522/24 527/7 528/1
536/8 607/7
**wrote [3]** 565/5 582/8 604/3
**www.msfedreporter.com
[1]** 515/25

## Y

**y'all [2]** 596/8 630/24
**Yao [2]** 538/17 539/14
**yeah [22]** 522/7 522/24
523/17 539/14 540/17
541/14 544/16 548/2 552/6
559/4 581/2 597/4 607/4
609/22 622/24 632/15 637/6
640/10 640/22 644/9 645/20
648/16
**year [5]** 564/2 564/3 596/21
606/9 634/6
**years [8]** 529/1 529/5
554/22 558/3 562/2 605/9
626/15 643/14
**Yep [2]** 649/11 649/11
**yes [157]**
**yesterday [1]** 640/24
**yet [3]** 630/22 630/24 645/12
**you [651]**
**you'll [1]** 648/6
**you're [18]** 525/23 535/23
537/11 544/11 545/12
557/13 570/7 584/3 584/25
585/24 611/9 621/6 627/1
637/7 641/24 649/7 650/19
651/6
**you've [4]** 538/17 558/5
563/8 592/14
**your [223]**
**Your Honor [34]** 522/12
529/11 532/13 533/17 536/1
539/18 539/20 544/13 549/9
565/12 567/11 567/21
568/25 569/21 571/20
581/18 583/24 587/16 589/6
591/8 593/24 599/6 605/1
606/16 608/9 616/15 620/12
622/10 624/17 631/7 631/11
632/14 648/17 650/4
**yourself [1]** 565/10
**yourselves [2]** 587/12 648/3

## Z

**Zach [11]** 551/19 555/24
558/17 558/22 559/9 561/17
563/21 564/16 566/5 567/9
569/4