1              UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

3          HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

4                          – – –

5    STRATEGIC PARTNERS, INC.,        )
                                      )
6                    PLAINTIFF,       )
                                      )
7          vs.                        ) No. CV16-5900 RGK (PLAx)
                                      )
8    VESTAGEN PROTECTIVE TECHNOLOGIES,)
     INC.,                            )
9                                     )
                     DEFENDANT.       )
10                                    )
     VESTAGEN PROTECTIVE TECHNOLOGIES,)
11   INC.,                            )
                                      )
12              COUNTER-CLAIMANT,     )
                                      )
13         vs.                        )
                                      )
14   STRATEGIC PARTNERS, INC.,        )
                                      )
15              COUNTER-DEFENDANT.    )

16

17           REPORTER'S TRANSCRIPT OF JURY TRIAL

18           DAY 4, VOLUME II; PAGES 738-791

19             LOS ANGELES, CALIFORNIA

20           FRIDAY, SEPTEMBER 22, 2017

21                  1:00 P.M.

22   _____

23        CINDY L. NIRENBERG, CSR 5059, FCRR
          SANDRA MacNEIL, CSR 9013, RPR, CRR, RMR
24           U.S. Official Court Reporters
                255 East Temple Street
25              Los Angeles, CA  90012

```
 1    APPEARANCES OF COUNSEL:

 2

 3    FOR THE PLAINTIFF/COUNTER-DEFENDANT STRATEGIC PARTNERS, INC.:
                        MICHELMAN & ROBINSON
 4                      BY: MONA Z. HANNA, ATTORNEY AT LAW
                        17901 VON KARMAN AVENUE, SUITE 1000
 5                      IRVINE, CA 92614
                        714-557-7990

 6

 7                      MICHELMAN & ROBINSON
                        BY: SETH E. DARMSTADTER, ATTORNEY AT LAW
 8                      100 SOUTH WACKER DRIVE, SUITE 2900
                        CHICAGO, IL 60606
 9                      312-706-7746

10

11

12    FOR THE DEFENDANT/COUNTER-CLAIMANT VESTAGEN PROTECTIVE
      TECHNOLOGIES, INC.:
13                      ERICKSEN ARBUTHNOT
                        BY: SHARON L. HIGHTOWER, ATTORNEY AT LAW
14                      152 NORTH THIRD STREET, SUITE 700
                        SAN JOSE, CA 95112
15                      408-286-0880

16

                        OGLETREE DEAKINS NASH SMOAK & STEWART
17                      BY: VINCE M. VERDE, ATTORNEY AT LAW
                            SEAN PAISAN, ATTORNEY AT LAW
18                      PARK TOWER
                        695 TOWN CENTER DRIVE, SUITE 1500
19                      COSTA MESA, CA 92626
                        714-800-7900

20

21

22    ALSO PRESENT:
                        MIKE SINGER, STRATEGIC PARTNERS, INC.
23
                        BEN FAVRET, VESTAGEN PROTECTIVE
24                                TECHNOLOGIES, INC.

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1                      I N D E X

 2

 3   PROCEEDINGS                              PAGE

 4   DISCUSSION HELD OUTSIDE PRESENCE OF JURY  741

 5   CLOSING BY MR. DARMSTADTER                744

 6   CLOSING ARGUMENT BY MS. HIGHTOWER         759

 7   REBUTTAL CLOSING BY MR. DARMSTADTER       768

 8   JURY INSTRUCTIONS BY THE COURT            773

 9   DISCUSSION HELD OUTSIDE PRESENCE OF JURY  784

10   VERDICT READ                             785

11   DISCUSSION HELD OUTSIDE PRESENCE OF JURY  789

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1            LOS ANGELES, CALIFORNIA; FRIDAY, SEPTEMBER 22, 2017

 2                            1:00 P.M.

 3                          - - - - -

 4       (The following was heard outside the presence of the

 5       jury.)

 6            THE COURT:  Yes, counsel.  Somebody had questions

 7       about jury instructions?

 8            MR. DARMSTADTER:  Yes, Your Honor, very briefly.

 9            It's our intention during closing arguments to inform

10       the jury when we get to the damages portion that they can issue

11       treble damages for willfulness under the Lanham Act, and we're

12       not sure that there was an instruction about that.

13            THE COURT:  There are no instructions, Counsel.  It

14       was never presented to the Court.  I've got no instructions on

15       that.

16            MR. DARMSTADTER:  Your Honor, may we submit one?

17            THE COURT:  Not now.  It's too late.  We're going to

18       instruct right now.  I've already gone through all of the

19       instructions on this.

20            What was I going to ask you?  I had a question I was

21       going to ask you.

22            Oh, since the issues have been narrowed, I gave you

23       40 minutes each side.  You have your 40 minutes each side, but

24       I'm hoping that we can do it in less than 40 minutes on each

25       side because it's been truncated a little bit.  But then again,
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    if I promised it, you got it.
 2           So -- now, second question is, does anybody want me
 3    to remind them when they are within ten minutes of --
 4           MR. DARMSTADTER:  (Indicating.)
 5           THE COURT:  Are you doing the closing or the opening
 6    or both?
 7           MR. DARMSTADTER:  I'm doing both, Your Honor.  So if
 8    you can remind me when there's ten minutes left in case I'm not
 9    done by then so I can reserve it for close.
10           THE COURT:  Oh, oh, I see.  Okay.  So whenever you've
11    got ten minutes left on your total time?
12           MR. DARMSTADTER:  Correct.
13           THE COURT:  Yeah, okay.  Be happy to.
14           MS. HIGHTOWER:  Your Honor, I don't think I'll be
15    taking that long.  My plan was much shorter, so I don't think
16    there's going to be a problem.
17           THE COURT:  Okay.
18           MS. HIGHTOWER:  You don't need to --
19           THE COURT:  No problem.
20           Okay.  Let's bring the jury back in and proceed.
21           THE CLERK:  All rise.
22        (Recess taken 1:03 to 1:05 P.M.)
23        (Jury in at 1:05 P.M.)
24           THE COURT:  Okay.  Ladies and gentlemen, the record
25    will reflect that all the jurors are in their respective seats
```

```
1    in the jury box.

2            We're going to be going into argument and then

3    instruction.

4            Let me inform you now that your work has been reduced

5    a little bit.  The only thing -- the only issues that are going

6    to be before you is the claim that Strategic Partners asserts

7    that Vestagen Protective Technology, Incorporated, engaged in

8    false advertising in violation of Title 18 of -- Title 15 of

9    the United States Code, Section 1125(a), and that Vestagen

10   Protective Technology, Incorporated, denies that claim.

11           That's the only claim that's going to be in front of

12   you and that's the only one that you are to focus on.

13           Any questions we have before we get into argument?

14           Then, remember, the argument of attorneys is not

15   evidence.  I've told you that before.  No one's going to try to

16   mislead you or anything else.  People see it different ways and

17   they're going to be telling you what they feel the evidence

18   shows and how you should -- in their mind, how you should

19   evaluate that evidence.

20           What determines your outcome is what -- you and your

21   memory and your recollection and your decision as to how to

22   treat the evidence, but it is important, so I'm going to ask

23   you to listen carefully to it, and then when they get through,

24   I will instruct you.

25           By the way, the plaintiff always goes first because
```

1   they've got the burden.  Then the defense goes, and then the

2   plaintiff always has rebuttal at the end because of the burden

3   of proof that they have.

4              Okay.  Counsel.

5              MR. DARMSTADTER:  May it please the Court.

6              THE COURT:  Yes.

7              MR. DARMSTADTER:  Counsel.

8              THE COURT:  Thank you.

9              MR. DARMSTADTER:  Ladies and gentlemen of the jury,

10  my name is Seth Darmstadter and, as you know, I represent

11  Strategic Partners, the plaintiff in this case.

12             First and foremost, thank you for your service this

13  week.  I could not be more grateful for your time and for your

14  attention.  Without the eight of you sitting in that box, our

15  civil system of justice does not work.

16             And for those of us who have the great fortune of

17  doing this for a living, trial lawyers, there is no greater

18  professional privilege or honor than to stand before you and

19  address a jury of my peers.

20             So on behalf of myself, on behalf of my partner,

21  Ms. Hanna, and our client, Strategic Partners, we express our

22  most sincere gratitude to each and every one of you.

23             A few days ago, Ms. Hanna came up before you and she

24  told you you were going to hear a story, a story about

25  truthful -- truth in advertising and fair competition, and I

1  believe we delivered that story to you.

2         Ms. Hanna also stood before you and she made certain

3  promises.  She promised you what she believed the evidence

4  would show, and I believe she made good on those promises.  We

5  all did together.

6         And Ms. Hanna also cautioned you, ladies and

7  gentlemen.  She cautioned you to avoid distraction.  She

8  cautioned you to avoid being distracted by any noise that

9  Vestagen might provide to try to distract you from the issues

10  at hand.

11         But for the purpose of my address to you today, we'll

12  be focusing simply on Strategic Partners' claim that Vestagen

13  engaged in false advertising.

14         Let's talk about what Ms. Hanna told you she believed

15  the evidence would show.

16         She told you the evidence would show that Vestagen

17  makes false and/or misleading advertising claims about their

18  scrubs.  I believe the evidence did show that.

19         She told you the evidence would show that Vestagen

20  knew and continues to know that its claims were and are false

21  and/or misleading.  I believe the evidence did show that.

22         She told you the evidence would show that certain

23  consumers believed Vestagen's false and/or misleading

24  advertising and that certain of those consumers purchased

25  Vestagen's products.  I believe the evidence showed that.

1          And, finally, she told you that as a result, the

2    evidence would show that Strategic Partners has been injured

3    and has lost customers and that consumers were injured, as

4    well, and I believe the evidence demonstrated that, as well.

5          But, ladies and gentlemen, what I believe really

6    doesn't matter today.  What matters today is what the eight of

7    you believe.

8          You'll recall a few days ago His Honor told you that

9    the attorneys in this case were going to hand you the pieces to

10   a puzzle and that it was going to be your responsibility, the

11   eight of you together, to take those pieces and construct a

12   puzzle not based on your preconceived notions, not based on

13   what I believe, but based on how you understand the facts and

14   the evidence that were presented to you this week.

15         It's almost time for you to build that puzzle, but

16   before you -- but before you do, there's some technical things

17   I need you to understand.

18         First, it's important that you understand the burden

19   in this case.  Strategic Partners has the burden of proving to

20   you that it's more likely than not that Vestagen utilized false

21   and/or misleading advertisements and that SPI was harmed as a

22   result.  And when I say "SPI," I mean Strategic Partners.

23         Ladies and gentlemen, I'm going to try to do my very

24   best to help you organize the pieces of that puzzle in the next

25   few minutes, the pieces that have been presented to you this

1   week, so that when you go back into that jury room, you'll have

2   an easier time building that puzzle, because we're going to ask

3   you to come back with a completed puzzle, and that completed

4   puzzle is called a verdict.  And we're going to ask you for a

5   verdict in favor of Strategic Partners and against Vestagen.

6          In order for Strategic Partners to prove its case, it

7   needs to show you that it's more likely than not that a

8   statement in Vestagen's advertising is literally false.  And a

9   statement is false when it explicitly says something that is

10  not true.

11         And if you determine that a statement in advertising

12  by Vestagen is literally false, then it's presumed that that

13  statement was also deceptive and material and you get to skip

14  two elements and consider whether those claims were addressed

15  in interstate commerce -- that means did Vestagen sell its

16  scrubs across states -- and, next, whether Strategic Partners

17  was injured.

18         Now, it's important to understand that that can mean

19  two things.  It could mean that Strategic Partners sustained an

20  actual injury that the evidence showed you, but it can also

21  mean that Strategic Partners is likely to be injured in the

22  future as a result of Vestagen's false advertising.

23         So back to that puzzle.  When I'm home and I build

24  puzzles with my kids, we always start with the edges.  You know

25  why?  Those are the easy pieces, the ones with the straight

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   lines and the corners.  They're a great way to get started.

 2              And in this case about Vestagen's false advertising,

 3   those straight pieces are the undisputed facts, the

 4   black-and-white claims made by Vestagen that have been admitted

 5   into evidence and that you're going to have the chance to

 6   review when you go back into the jury room.

 7              And then I'm going to try my very best to help show

 8   you how each of those claims, each of those straight-line

 9   pieces, connects with a piece of evidence to help you build

10   your entire puzzle.  The evidence is those middle pieces.

11              Ladies and gentlemen, you're going to find that

12   Strategic Partners introduced into evidence approximately 22

13   different instances where it believes Vestagen's advertising

14   was false, either literally false or misleading to consumers.

15              So to help in building this puzzle, to help make it

16   easier for you, I've tried to break it down into three

17   categories.

18              The first category are Vestagen's claims where its

19   own executives have testified under oath before you and told

20   you that those claims are false.

21              The second category, those are the claims that cite

22   to the Bearman study for fabrics that the Bearman study never

23   tested.

24              Ladies and gentlemen, remember, the Bearman study,

25   the evidence shows, was conducted in 2011 or 2012, and the
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    evidence showed that in that time period, Vestagen was making

2    scrubs that were a blend of polyester and cotton and that

3    sometime around 2015, they started making different scrubs.

4    They started making scrubs that were composed of entirely

5    synthetic materials.

6          You're going to have both sets of scrubs back in that

7    jury room with you.  I encourage you to hold them, feel them,

8    rub your hands on them.  You'll understand the difference.

9          The Bearman study didn't test any scrubs manufactured

10   by Vestagen from 2015 forward, any of the fully synthetic

11   scrubs.  Yet to this day, Mr. Favret stood on that stand and

12   told you Vestagen still cites to the Bearman study to support

13   the claims made in its advertising, claims made about a product

14   that the scientific study never tested.

15         Ladies and gentlemen, I believe that if you have a

16   product and it says it does something because a study says so

17   and the study never tested that product, then the statement is

18   untrue.

19         And the third category of documents, ladies and

20   gentlemen, are advertisements that overstate -- in our opinion,

21   that the evidence showed, overstate the findings of the

22   scientific studies in this case; in other words, presuming that

23   the scientific studies and their results are reliable and that

24   they tested the fabrics in the advertisements, the scientific

25   studies didn't say what the advertisements say.  That's what

1    that means.

2           So for those of you taking notes, I'm just going to

3    rattle off a list of the exhibits that are going to be back

4    with you that are examples of all of those false advertisements

5    I just described.  I'm going to go through some of them

6    specifically, but I'm just going to run off a quick list.

7           Exhibit 249-1 and -2; Exhibit 243-1; Exhibit 246-1,

8    -2, and -10; Exhibit 327-1; Exhibit 248-1 and -2; Exhibit

9    332-1; Exhibit 299-1; Exhibit 335-1; and Exhibit 293-1.  And I

10   encourage you, ladies and gentlemen, to look at the words, look

11   at the dates -- they matter -- and look at the citations.

12          Ladies and gentlemen, to prove the falsity of these

13   claims, Strategic Partners presented extensive evidence.  And

14   there wasn't a lot of defense, because Vestagen's executives

15   made a lot of admissions.

16          Remember Marc Lessem.  You saw his deposition early

17   on.  He's Vestagen's chief marketing officer, the guy in charge

18   of all the advertising.  He testified that VESTEX does not

19   reduce bacteria in a hospital setting.

20          Then you heard from JD Spangler right after.  They

21   were back to back.  He's the former chief commercial officer

22   for Vestagen.  He testified that he was not comfortable with

23   and would not approve statements such as, "VESTEX creates a

24   safer environment for patients and a safer environment for

25   healthcare professionals."  That's what the evidence shows.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              And you'll have those videos back there.  You can

 2    watch them if you want.  You don't have to take my word for it.

 3              And let's talk about Ben Favret.  Mr. Favret sat up

 4    on that stand four times in four days.  He's the founder and

 5    current president.  And he admitted to you, ladies and

 6    gentlemen, that there was a claims matrix created in

 7    conjunction with regulatory partners designed for FDA

 8    compliance.  The claims matrix makes it clear that Vestagen

 9    cannot make the claim that its product kills 99.99 percent of

10    MRSA.

11              And Ms. Hanna looked at Mr. Favret and she said, "Is

12    this what the claims matrix says?"

13              And he said, "Yes, ma'am."

14              And she said, "Do you still make that claim?"

15              And he said, "Yes, ma'am."

16              So when you go back to the jury room, I encourage you

17    to look at those exhibits, the ones that have evidence of

18    literal falsity.

19              And I'm going to tell you about a few of them.

20              I mentioned Exhibit 249-2.  It says, "VESTEX is

21    antimicrobial, reduces 99.99 percent of the bacteria in a

22    hospital setting."

23              I mentioned Exhibit 246-7, talks about Vestagen's

24    fabrics.  It says, "Protect healthcare workers and their

25    patients from unanticipated exposure to the dangerous
```

1    contaminants they encounter every day."

2           248-2, "Helps guard workers and patients from

3    microorganisms and other contaminants."

4           335-1, "VESTEX protection is designed to increase

5    healthcare worker and patient safety.  How?  By reducing the

6    risk that dangerous pathogens and other contaminants will

7    spread by attire."

8           Ladies and gentlemen, this one is really important,

9    and let me tell you why.  Look at the date.  You'll remember

10   that there was testimony that this was an advertisement for a

11   conference that's October 11th through October 13th of 2017.

12   That's two weeks from today.  So when you're thinking about

13   whether or not Strategic Partners is going to be harmed in the

14   future, think about this.

15          Ladies and gentlemen, I want to talk a little bit

16   more about Ben Favret.  He spent four days telling you that

17   Vestagen knowingly continues citing the Bearman study to

18   support claims, after freely admitting that the Bearman study

19   never tested the antimicrobial effectiveness of any scrubs it

20   produced after 2015.

21          But don't take my word for that not being okay or it

22   being literally false.  I don't want you to.  I want you to

23   take the word of Dr. Bearman.

24          You see, you will remember that Dr. John Mitchell

25   took that stand, the microbiologist, and he talked to you about

```
 1   the Bearman study.  And I asked him if the Bearman study had

 2   any limitations, the Bearman study, the one that Vestagen paid

 3   for.  And Dr. Mitchell told us all that Dr. Bearman, the guy

 4   who conducted the study, said that the findings of the study

 5   were specific and could not be translated in a general way.

 6          And I asked him, "What does that mean?" and he told

 7   me it means that the data from the study about specific

 8   fabrics -- he told you this, too -- were not transferable to

 9   other products.

10          And, remember, that's a statement by Dr. Bearman, who

11   Mr. Favret sat on the stand and told you was a preeminent

12   scientist.

13          And then we heard testimony that Vestagen cites the

14   Bearman study, and then even assuming that the study's findings

15   are accurate and reliable and even assuming that the study

16   tested the fabrics, that Vestagen overstated the findings of

17   the study.

18          We know from Dr. Mitchell.  He told you that the

19   findings of the study were limited to reducing MRSA on the

20   treated fabric.  That's it.  We know that the study proved

21   nothing about reducing general pathogens, nothing about

22   reducing general bacteria, nothing about reducing anything, not

23   even MRSA in the hospital setting.  The study only represented

24   a reduction in MRSA on the fabric if the contaminant came

25   directly in contact with the fabric.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    Remember the healthcare workers who had bare hands?

2    Their hands were contaminated even when the fabric wasn't.

3    Dr. John Mitchell testified that the science in the

4    Bearman study would not support any of the following claims if

5    Vestagen was to make them.  I'm going to read them to you.

6    "Vestagen is effective against healthcare-acquired

7    infections or HAIs.  VESTEX reduces 99.99 percent of bacteria

8    in a hospital setting.  VESTEX fabric protects healthcare

9    workers and their patients from unanticipated exposure to

10   dangerous contaminants.  VESTEX protects healthcare workers

11   from dangerous pathogens."  Not supported by the science.

12   Yet, the evidence you will review when you go back,

13   it will show you that these claims are made and they cite to

14   that science that doesn't support them.

15   I believe that means the evidence is literally

16   false -- sorry, not the evidence -- the advertising is

17   literally false.

18   And one more thing.  Please remember that Vestagen

19   mounted no evidentiary defense to any of these claims of

20   literal falsity.  Dr. Mitchell testified he was a scientist.

21   He was asked three questions on cross-examination by

22   Ms. Hightower and no scientist testified on behalf of Vestagen

23   to say that the claims were true.

24   Vestagen did not counterdesignate the deposition

25   transcripts of its executives that you heard.  They didn't play

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1  different portions because they didn't contradict their

2  statements.  They didn't even object to them in court.

3         Now, if somehow you don't find that those

4  advertisements are literally false, then I ask you to find that

5  they're misleading to consumers.

6         And how can you do that?  Well, ladies and gentlemen,

7  you've heard there's two ways to determine whether an

8  advertisement is misleading to a consumer.  The first way is a

9  survey -- sorry.  I'm stuck to this microphone.  The first way

10 is a survey, a survey that questions consumers and asks them

11 their opinion and their perceptions; and the second way is to

12 actually ask consumers, "Were you misled?"

13        Well, we gave you both.

14        You saw Steve Roth, the guy with 50 years of

15 experience in the consumer survey industry.  He sat up on that

16 stand.  He told you he surveyed 300 people with generally

17 accepted methods and that approximately 85 percent of the

18 people surveyed believed that after reading Vestagen's

19 advertisement, that VESTEX scrubs prevent the healthcare worker

20 from dangerous pathogens.  Protect the healthcare worker from

21 dangerous pathogens.

22        Now, there were some criticisms about the numbers,

23 but let's play with those numbers.  He said 85 percent.  They

24 said you have to reduce it by 53 percent for control.  That

25 gets you about 35 percent.  Remember that scientifically

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1  significant numbers in consumer surveys are anything other than

2  15 percent.  That is undisputed between the consumer survey

3  expert that came from Strategic Partners and the consumer

4  survey expert that came from Vestagen.

5       Now, one more thing about consumer surveys.  Vestagen

6  did have an expert.  He told you that Mr. Roth's survey was

7  lousy and that he shouldn't have worked with Ms. Ritcheson.

8  Apparently, he doesn't think two heads are better than one.  I

9  disagree.  It's up to you to decide.

10       But, remember, he didn't give you a survey.  But you

11  know what he did tell you?  He's conducted more than 50 surveys

12  for the purpose of litigation and testified in court about

13  them.  He didn't do one here.  Vestagen didn't hire him to.  I

14  wonder why?

15       Now, if you don't want to believe Mr. Roth -- and I

16  think you should -- then let's talk about Diane Raines, the

17  chief nursing officer from Baptist Hospital, who, at least at

18  one point, was by far Vestagen's biggest customer.  You saw her

19  deposition testimony in this case.

20       She was asked the question if Vestagen scrubs -- "If

21  you did not believe them to contribute to hospital workers'

22  safety, would you have purchased Vestagen's scrubs for the

23  hospital?"  Answer, "No."

24       Then she was asked, "So is it -- what is your

25  understanding?  That the VESTEX garments helped protect

```
 1   healthcare workers from contaminants?"  Answer, "Yes."
 2           And then she was asked, "And your understanding that
 3   the VESTEX garments' ability to protect healthcare workers from
 4   contaminants was a material factor in your decision to buy from
 5   Vestagen?"  And she said, "It was a factor, an important
 6   factor, yes."
 7           She was asked again, "So it was an important factor?"
 8   "Yes."
 9           Confusion led to a purchase, gives you deception and
10   materiality.  That's a misleading claim.
11           And while we're talking about Diane Raines -- if you
12   could bring up Exhibit 74.
13           My colleague, Ms. Hanna, she stood up here early on
14   and she told you that one of the other things you were going to
15   find out is that consumers were also injured by Vestagen, not
16   just Strategic Partners.
17           Remember that Diane Raines told you that up to 3- --
18   at least 300 people, nurses, healthcare workers, people who
19   devote their career to caring for others, had some sort of
20   reaction to VESTEX.  Vestagen didn't tell you about that.  They
21   left that out of their playing of Ms. Raines' deposition.
22           They also didn't tell you that a senior nurse at
23   Baptist Hospital, a pediatric intensive care nurse, got so sick
24   from Vestagen's scrubs they had to send her to Mayo Clinic and,
25   in Ms. Raines' words, they had to pay her a severance and help
```

```
 1   her get a job at another hospital because the reaction was so

 2   severe she couldn't even work in a place that had Vestagen's

 3   products.

 4             Ladies and gentlemen of the jury, I believe you now

 5   have all of the pieces of that puzzle.  And when you put them

 6   together, there's only one conclusion that the law allows and

 7   the evidence requires, and that's a conclusion that Vestagen's

 8   advertising is false, and that results in a verdict for

 9   Strategic Partners.

10             I haven't used this toy before.

11             Ladies and gentlemen, you're going to be handed a

12   verdict form when you're back in the jury room.  It's a simple

13   form.

14             The first question on the form says, "Do you find

15   that the plaintiff, Strategic Partners, proved that there was

16   false advertising by Defendant Vestagen Protective

17   Technologies, Inc.?"

18             (Indicating.)

19             And then it says, "If you answered 'yes' to

20   Question 1, please proceed to Question 2.  If you answered 'no'

21   to Question 1, please sign and date the verdict and inform the

22   bailiff that you're ready to return to court."

23             Well, at least for now, I struck Question 1, so I get

24   to go to Question 2.

25             Question 2 says, "In finding that there were false
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   advertisement by Defendant Vestagen Protective Technologies,

2   we, the jury, award damages to Plaintiff Strategic Partners,"

3   and then it asks you to give an amount.

4          You have two choices, disgorgement or lost profits.

5          You heard testimony from experts on damages.  We

6   would ask that you disgorge Vestagen, meaning make them give

7   back the money that they earned by misleading consumers with

8   false advertising.  If that's the case, we ask you for a

9   verdict in the amount of $2,072,000 -- sorry, $2,072,496.

10          And in lost profits, you will recall how that was

11   calculated.  The number is about $500,000 -- a little over

12   $500,000.

13          Ladies and gentlemen of the jury, once again, I ask

14   you to go back to that jury room, take your time, look at all

15   the evidence, think about the witnesses, think about who you

16   trust and believe, think about who you found credible and what

17   they told you, and come back to this room again with the only

18   verdict that we believe the evidence supports and the law

19   allows, and, again, a verdict in favor of my client, Strategic

20   Partners, and against Vestagen.

21          Thank you very much for your time and attention.

22          THE COURT:  Thank you, counsel.

23          Counsel.

24          MS. HIGHTOWER:  Thank you.

25          Your Honor, counsel, and ladies and gentlemen of the

1  jury.

2          At the beginning of this trial, I told you that I

3  would tell you the story that you did not hear from Strategic.

4  I believe that we have done just that.

5          Strategic began their presentation by telling you

6  that this case is about the importance of truth in advertising

7  and fair competition.  I agree with that.  You have now heard

8  and seen a great deal of testimony and documentation that you

9  will need to consider as you determine what is truth and what

10  is fair.

11          In an effort to comply with all of this, I would

12  simply remind you of a couple things.  Strategic Partners,

13  Incorporated, provided you, first of all, with the testimony of

14  Ben Favret, who testified that Vestagen markets its product,

15  VESTEX, a medical device that is part of an infection control

16  strategy, which includes other parts, such as hand washing,

17  disinfection, and environmental cleansing.

18          He told you in that initial presentation that VESTEX

19  is a registered medical device with the Federal Drug

20  Administration and pursuant to the product category as

21  classified by the FDA.

22          You were shown and he identified the FDA registration

23  and device list and that it is registered as a product as a

24  surgical suit.

25          He explained the evolution of VESTEX and the change

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1   in materials.  Mr. Favret talked to you about the advertising

2   and his understanding of the difference in the advertising,

3   even when it was presented to him as a press release.

4           And notwithstanding the efforts of counsel, he

5   explained the studies, including the Bearman study and the

6   Hardwick study, that had been performed on VESTEX and the

7   reasons why the outcome of those studies are applicable to both

8   versions of VESTEX --

9           MR. DARMSTADTER:  Objection, Your Honor.

10          THE COURT:  Overruled.

11          MS. HIGHTOWER:  -- the cotton/polyester and the

12  synthetic.

13          Plaintiff also presented the testimony of Renata

14  Ritcheson as the marketing director for Strategic.  She told

15  you how she researched issues of advertising by Vestagen as

16  early as 2014.  How did she do it but by reviewing the FDA and

17  the EPA websites, interpreting them without ever contacting

18  anyone in those agencies, and provided the information to her

19  superiors.

20          With all of her concerns and those by her superiors,

21  did she contact the FDA or the EPA or Vestagen?  No, she did

22  not, nor did anyone else at SPI.  They waited for more than two

23  years before raising any concerns that they may have had.

24          Ms. Ritcheson also claimed that she had never

25  conducted a survey regarding Vestagen; yet, she admitted that
```

```
 1    for their expert --

 2              MR. DARMSTADTER:  Objection, Your Honor.  Misstates

 3    testimony.

 4              THE COURT:  Counsel, overruled.

 5              Ladies and gentlemen, I told you before, counsel is

 6    going to be talking to you about how they see the evidence and

 7    what they saw.  No one is trying to mislead anybody and what

 8    controls is what you remember of the evidence.  Okay?

 9              Overruled.

10              MS. HIGHTOWER:  Thank you, Your Honor.

11              Yet, she admitted to preparing questions for a survey

12    for their expert, recommended and secured entities to identify

13    the pool of participants, prepared the stimulus, received the

14    tabulations, and wrote the initial parts of the report of the

15    survey.

16              You heard Mike Singer identify a single client that

17    SPI had lost to Vestagen in 2013 or 2014, not in 2009 and not

18    in 2010, 2011, or 2012.

19              He admitted SPI never met with any of the real

20    decision makers at Baptist Health in an effort to keep them as

21    a client and never had contact other than selling their scrubs

22    in a gift shop at one of the hospitals.

23              With all of the claims of SPI of a financial loss,

24    Mr. Singer also admitted that the sales revenue of SPI based on

25    the sales of their scrubs increased 5 to 10 percent every year
```

1  from 2011 to 2017, to where their revenue is currently more

2  than $330 million.  That, to me, is not a loss.

3          What else did you hear?  You heard their expert,

4  Mr. Steve Roth, who primarily testified to his collaboration

5  with an employee of SPI, Renata Ritcheson.  He admitted to her

6  part in making the context for the survey, writing questions,

7  the stimulus, and reports, with his review and suggestions, but

8  this was not his own independent work to determine any issues.

9  It was not objective.

10          David Weiner presented you with financials, the

11  alleged losses for SPI at approximately $500,000 and a claimed

12  profit by Vestagen that it was $2.1 million.  But where did he

13  get those figures?  He looked solely at the sales without any

14  consideration of costs and expenses that would naturally be

15  incurred by a small start-up company.

16          Finally, you heard from John Mitchell, who was

17  recently addressed, and he talked about the two studies relied

18  upon by Vestagen.  He admitted that both of these studies had

19  been peer reviewed and published in well-known publications, a

20  standard that is not easily met.  He cited to those studies for

21  you and you can look at the Bearman study yourself.

22          Now we come to the rest of the story.  Mr. Favret

23  retook the stand -- and I wasn't counting how many times, but

24  it was probably the second or third time -- told you about the

25  history of Vestagen, the development of VESTEX, the studies

 1     they had commissioned to test the efficacy of VESTEX.

 2             He told you about -- and when I say "the studies,"

 3     the Bearman study, which you will be able to read yourself, how

 4     they were conducted, and why the conclusions are applicable yet

 5     today.

 6             He talked to you about the interaction of Vestagen

 7     with the FDA as early as 2009; that they had submitted their

 8     materials and their advertising to the FDA for review; that

 9     the -- he talked to you about the registration of VESTEX as a

10     Class 1 medical device, per the parameters of the FDA; and why,

11     under the XFO classification, that VESTEX believed that they

12     could identify VESTEX as a device that is intended to be worn

13     by personnel to protect them from organisms, bodily fluids, or

14     other pathogens.

15             He told you about their continued efforts to get a

16     Class II registration for VESTEX and that it is currently in

17     process.

18             Mr. Favret talked to you about the mission and the

19     goals of Vestagen and their continued efforts to provide an

20     adjunct to a strategy for healthcare providers to reduce the

21     bioburden on their employees and their patients.

22             You heard from Dr. Bruce Isaacson, who explained why

23     the survey of Steve Roth was deeply flawed, biased, and

24     unreliable.  He detailed the problems with the survey, with the

25     questions, with the stimulus, and with the report itself, and

 1    the undeniable influence on the survey by an employee of SPI.

 2              You also heard from Dr. Bruce Strombom.  He went

 3    through the issues of the claim of a loss of sales by SPI, as

 4    well as explaining what should have been the appropriate

 5    methodology that should have been used to measure any alleged

 6    profit of Vestagen.

 7              What he showed you was that Vestagen is operating at

 8    a loss.  This is not unusual for a start-up that must bear the

 9    costs of development.  But you would see by his graph -- and

10    you'll be able to look at that -- that there is a loss of

11    almost $23 million.  There's not a profit.

12              Finally, you saw the videotaped testimony of Diane

13    Raines.  This was the rest of the testimony that you didn't see

14    from SPI.  In this testimony, she identified why they chose to

15    require that their direct patient employees wear the VESTEX as

16    part of their bundle of techniques to achieve a safer

17    environment in each of their hospitals.

18              You heard how they met with Vestagen over a number of

19    years on a number of occasions beginning as early as 2011.  You

20    heard that the leadership at Baptist Health reviewed the

21    studies that had been cited by Vestagen.  This included both

22    the Bearman -- the Bearman study.

23              They consulted the physicians on their staff and

24    their own epidemiologists, other specialists, as well as

25    obtaining all of the necessary information needed to make that

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    very important decision in 2014.

2              Most notable was the fact that Baptist Health did not

3    rely on any advertising, and she told you that; rather, they

4    relied on their own assessment of the facts.

5              You also heard, from the injuries or the 300 people

6    that was mentioned this afternoon, that there's no evidence

7    that's been submitted to you indicating that it is the VESTEX

8    garment that has caused any reaction.

9              You were told that the -- there was a single person

10   who went to -- had to go to the Mayo Clinic and then had to be

11   transferred.  This, I believe, was a unique individual with

12   unique responses.

13             The other side of the story is this:  Any

14   advertisements done by Vestagen is compatible with the

15   requirements of the Federal Drug Administration.  VESTEX is

16   properly registered as a Class I medical device and Strategic

17   has not shown that it suffered any harm or loss as a result of

18   the development and sale of VESTEX.

19             The only loss that they did identify was the sale of

20   regular scrubs in a gift shop at Baptist Health, without any

21   documentation of any amount that they would have sold in 2014.

22   They didn't provide you with any evidence of damages or losses

23   from 2010 through 2013, nor did they show you a monetary loss

24   from 2014 to the date that they filed their lawsuit in August

25   of 2016.

 1          The burden of proof, as you have been told, is on

 2     Strategic to prove that it is more likely than not that

 3     Vestagen violated the provisions of the law by false and

 4     misleading advertising that caused SPI damage.  They have not

 5     done so with any reliable evidence.

 6          You saw the verdict form that is going to be

 7     presented to you.  I agree with SPI that there is one question

 8     that says, "Do you find that plaintiff, Strategic Partners,

 9     Inc., proved that there was false advertising by Defendant

10     Vestagen Protective Technologies, Inc."  That was shown to you

11     on the screen.

12          I'm not sure I can operate this.

13          It didn't come up.

14          There it is.

15          So as was so eloquently done before, as you read that

16     first question, there are two options.  There's a "yes" and

17     there's a "no."  I'm going to suggest that you mark it as a

18     "no" (indicating).

19          But even if you find that there was any false or

20     misleading advertising done by Vestagen, you'll be asked to go

21     to the second page.

22          "In finding there was false advertising by Defendant

23     Vestagen Protective Technologies, Inc., we, the jury, award

24     damages to Plaintiff Strategic Partners, Inc., in the amount

25     of" -- now I have a suggestion.  Where it says "disgorgement,"

```
 1    you can put zero.  Where it says "lost profits," you can put

 2    zero.  Where it adds you to total -- asks you to total, you can

 3    put zero, as well.

 4            We ask that you consider everything that you have

 5    heard and return a verdict in favor of Vestagen.

 6            Ladies and gentlemen, this is a case of truth,

 7    fairness, and common sense.

 8            We wish you well with your deliberations.  We thank

 9    you very much for all the time and effort you have provided for

10    the parties.

11            THE COURT:  Okay.  Thank you very much, Counsel.

12            Rebuttal?

13            MR. DARMSTADTER:  Yes, Your Honor.

14            THE COURT:  You've got about ten minutes on that,

15    Counsel.

16            MR. DARMSTADTER:  Thank you, Judge.

17            I'm back.

18            Ladies and gentlemen of the jury, one of the things

19    that Ms. Hightower told you was that you were going to get to

20    review the Bearman study when you went back into the jury room.

21    I just want to let you know that you're not going to.

22            It's not part of the evidence that's been admitted in

23    this case, and the reason it's not part of the evidence that's

24    been admitted in this case is that nobody was called by

25    Vestagen who could have laid the foundation for its admission
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1    into evidence.
2              I next want to mention that Ms. Hightower told you
3    that Renata Ritcheson was the head of marketing for SPI.  It's
4    actually not true.  She's the head of market research, and
5    that's an important distinction.  Ms. Ritcheson is a
6    researcher, she's not the head of marketing.  Vestagen could
7    have brought in the head of marketing for SPI.  They chose not
8    to.  Why?
9              The other thing Ms. Hightower told you is that
10   Strategic Partners didn't complain for years about Vestagen's
11   advertising.  You heard testimony.  Mr. Favret told you.  He
12   told you that a guy named Tony Pruna, the former CEO of -- CFO
13   of Vestagen, made an agreement to change some of Vestagen's
14   claims.  Those claims haven't changed.  You saw the 2017
15   conference advertisement.
16             Strategic Partners doesn't want to be in court.
17   Mr. Singer told you just today that he's had hundreds of
18   competitors and he's never sued one for false advertising.
19   He's here because there was no other way to make Vestagen stop
20   their false advertisement, and he's asking you to be that
21   mechanism.  You have the power.
22             The other thing Ms. Hightower told you is that
23   Vestagen is just a small start-up and that our damages expert
24   refused to deduct what she described as normal costs for a
25   small start-up.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              Let's remember what those costs were that our damages

 2    expert didn't subtract.  They were not cost of goods.

 3              100 percent of the cost of goods was subtracted from

 4    the amount of revenue that Vestagen made to come up with what

 5    is called a gross profits number.  Nobody disagreed on that

 6    number.

 7              Vestagen's expert wanted to deduct some more costs.

 8    Let me tell you what they were.  You've already heard this.

 9              4.2 million spent on legal.  2.4 million spent on

10    travel.  1.1 million spent on unidentifiable miscellaneous

11    costs.  And none of those are really the offensive one.

12              Over $10 million spent on personnel, executive

13    salaries, he said.  He wants you to deduct those.  He wants you

14    to take Mr. Favret's salary out of the damage number before you

15    pay Strategic Partners.

16              Ladies and gentlemen, that is an unreasonable ask,

17    and I'd ask you to use your common sense when you're figuring

18    out damages in this case, because I do believe you're going to

19    get to the point of figuring out damages.

20              The other thing I want to talk about is that

21    Ms. Hightower told you that Vestagen has been working with the

22    FDA on Class II clearance since 2009.  That's what she just

23    told you.

24              Can you pull up Exhibit 24-2.

25              Mr. Favret told everybody in this room that Vestagen
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    is still working on Class II clearance, that it does not have

2    it.

3                And this is the claims matrix, the one that says what

4    you are and what you are not allowed to do until you are a

5    registered Class II medical device with the FDA.

6                And on 24-2, something you're going to get to see

7    when you go back, one of the things you're not allowed to say

8    is that "tests have demonstrated VESTEX kills 99.99 percent of

9    MRSA in under one hour of contact with the surface of the

10   fabric under test conditions."  He told you they're saying it.

11   You're going to read it in the advertisements.

12               And, finally -- can you pull up 336-1.

13               This is the FDA registration that you saw.  It says

14   "Vestagen Protective Technologies," a "Class I" registration,

15   not Class II.  There's a big difference.  It's not

16   insignificant.  And it doesn't say that VESTEX scrubs are

17   registered as a Class I medical device; it says surgical suits

18   made by Vestagen are registered as a Class I medical device.

19               And this is a big one, ladies and gentlemen, because

20   this is where you get to decide whether or not you believe

21   Mr. Favret.

22               He spent a lot of time up there talking to you and

23   you have to decide what level of consideration to give to his

24   testimony.  And he told you that every single scrub

25   manufactured by Vestagen has always been, from the first day, a

 1    surgical suit.  Really?

 2              Can you put up 327-1.

 3              Can you blow up the top, please, the headline.

 4              It's on Vestagen letterhead, March 9th, 2015, six

 5    years after Vestagen started working with the FDA, six years

 6    after Vestagen started selling scrubs.  It says, "VESTEX now

 7    available in operating room scrubs."

 8              And then it says -- this is on Vestagen letterhead,

 9    by the way -- "Vestagen adds active barrier attire to its

10    growing line of protective apparel."  It's six years later.  He

11    told you it was the whole time.  Do you believe him?

12              You can take that down.

13              Ladies and gentlemen, thank you so much for your

14    time.  Thank you for your commitment.  Thank you for going back

15    to the jury room and considering the facts and the law and the

16    evidence.

17              And, once again, I will ask you to please return a

18    verdict against Vestagen in favor of Strategic Partners.

19              Thank you.

20              THE COURT:  Thank you, counsel.

21              Ladies and gentlemen, I'm going to give you your

22    choice.

23              You've heard the argument now of the attorneys.

24    You've heard the -- all of the evidence.  I've got instructions

25    that will probably take about 15 or 20 minutes.  We can either

1   go ahead and do them now and then send you back to the jury

2   room and give it all to you now, or if you want to take a short

3   break, then I can come back and read the jury instructions.

4           A JUROR:  No, do it now.

5           THE COURT:  Do it now?

6           Anybody vote for not doing it now?  Okay.  We'll do

7   it now.

8           Okay.  Members of the jury, now that you have heard

9   all of the evidence and the argument of the attorneys, it's my

10  duty to instruct you on the law as it applies in this case.

11          A copy of these instructions will be sent to the jury

12  room for you to consult during your deliberations.

13          It is your duty to find the facts from all the

14  evidence in this case.  To those facts, you will apply the law

15  that I give to you.  You must follow the law as I give it to

16  you whether you agree with it or not and you must not be

17  influenced by any personal likes or dislikes, opinions,

18  prejudices, or sympathy.  That means that you must decide this

19  case solely on the evidence before you.  You will recall that

20  you took an oath doing -- to do so.

21          Please do not read into these instructions or

22  anything that I may say or have done during this trial that I

23  have expressed regarding the evidence or what your verdict

24  should be.  That is a matter that's completely up to you.

25          The parties have agreed on certain facts.  Any facts

1   that the parties have agreed to must be taken by you as facts

2   being proved.

3          A deposition, as I've told you earlier, just to

4   remind you, is sworn testimony of a witness taken before trial.

5   The witness is placed under oath to tell the truth and the

6   lawyers from each side may ask questions.  The questions and

7   answers are recorded.

8          Insofar as possible, you should consider deposition

9   testimony presented to you in court in lieu of the testimony in

10  the same way as if that witness had been present here and

11  testified.

12         You have heard testimony from witnesses who have

13  testified to opinions and the reasons given for their opinions.

14  We call this expert testimony.  The opinion testimony is

15  allowed because of the education or experience of the

16  witnesses.

17         Each opinion testimony should be judged like any

18  other testimony.  You may accept it or reject it or give it as

19  much weight as you feel that it deserves, considering the

20  witness's education and experience, the reasons given for the

21  opinion, and all other evidence in the case.

22         Certain charts and summaries not admitted into

23  evidence have been shown to you in order to help you explain --

24  in order to help explain the contents of books, records,

25  documents, or other evidence in this case.  Charts and

1    summaries are only as good as the underlying evidence that

2    supports them.  You should, therefore, give them only such

3    weight as you think the underlying evidence deserves.

4           Now, there are some charts and summaries that have

5    been admitted into evidence to illustrate information brought

6    out at this trial.  Charts and summaries are only as good,

7    again, as the testimony -- excuse me -- only as good as the

8    testimony and other admitted evidence that supports them.  You

9    should, therefore, give it the weight that you feel that it --

10   that you feel the underlying evidence deserves.

11          All parties are equal before the law and corporations

12   are entitled to the same fair and conscientious consideration

13   as any party is.

14          Under the law, a corporation is considered to be a

15   person.  It can be -- it can act only through its employees,

16   agents, directors, or officers.  Therefore, a corporation is

17   responsible for the acts of its employees, agents, directors,

18   and officers performed within the scope of their authority.

19          Okay.  For Stra- -- oops.  For Strategic Partners to

20   succeed on this claim, Strategic Partners, Incorporated, must

21   prove five things by a preponderance of the evidence:

22          Number one, that Vestagen Protective Technologies,

23   Incorporated, made a false or misleading statement of fact in a

24   commercial advertisement about the nature, quality, or

25   characteristics of its product.  A statement is misleading if

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   it conveys a false impression and actually misleads the

 2   consumer.  A statement can be misleading even if it is

 3   literally true or ambiguous;

 4          A statement actually deceives or has a tendency to

 5   deceive a substantial segment of Vestagen Protective

 6   Technology, Incorporated's audiences;

 7          Three, the deception was likely to influence the

 8   purchasing decision of customers;

 9          Four, that Vestagen Protective Technology,

10   Incorporated, caused a false statement to be entered into

11   interstate commerce; and,

12          Five, Strategic Partners, Incorporated, has been or

13   is likely to be injured as a result of the false statement.

14   Injury includes direct diversion of sales from itself to

15   Vestagen Protective Technologies, Incorporated, or loss of

16   goodwill associated with its product.

17          If you find that Strategic Partners has proved each

18   of these things, then you must find for Strategic Partners,

19   Incorporated.

20          The first element I just read to you requires to be

21   proved false advertising under the Lanham Act that a statement

22   is commercial advertisement, has false or misleading statements

23   about its product.

24          Strategic Partners, Incorporated, may prove that a

25   statement was false or misleading and, therefore, establishes
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   this element in one of the following three ways:

2           One, by showing that the statement in Vestagen's

3   Protective Technology, Incorporated, advertisement is literally

4   false on its face.  A statement is literally -- or false on its

5   face when it explicitly states something that is not true; or,

6           Two, by showing that the statement in Vestagen's

7   Protective Technology, Incorporated, advertisement is literally

8   false by necessary implication.  A statement is literally false

9   by necessary implication only when it does not explicitly state

10  something that is not true, but considering the advertisement

11  in its entirety, the audience would recognize the untruth claim

12  as reality as if it had been explicitly stated.  If the

13  statement is susceptible to more than one reasonable

14  interpretation, however, the statement cannot be literally

15  false by necessity of implication; or,

16          Three, by showing that Vestagen Protective

17  Technology, Incorporated's, advertisement -- advertising,

18  excuse me, contains a misleading statement.  A misleading

19  statement is one that is literally true, but has misled,

20  confused, or deceived the consuming public.

21          In determining whether or not a statement is -- an

22  advertisement is -- excuse me.  In determining whether or not a

23  statement in an advertisement is false or misleading, you must

24  consider it in context with the entire advertisement.

25          The second element that I read to you earlier,

1    deception, can be established by showing that the advertising

2    was literally false or that the advertising actually deceived

3    or had a tendency to deceive a substantial segment of its

4    audience.

5            If you determine that an advertisement was literally

6    false, either on its face or by way of necessary implication,

7    then you should consider that second element to be satisfied.

8            The third element of a false advertising claim is

9    that the deception is material.  To establish that the

10   deception is material, the statement at issue must be likely to

11   influence a purchasing decision of a target audience.

12   Literally false statements are presumed to be material.

13           The fourth element of false advertising claim

14   addresses interstate commerce.  For the Lanham Act to apply,

15   the advertising statement in question must have been made in

16   interstate commerce or in such a way as to have an impact on

17   interstate commerce.

18           Vestagen Protective Technology, Incorporated, caused

19   a false statement to interstate commerce if Vestagen Protective

20   Technology product is transferred, advertised, or sold across

21   state lines or Strategic Partners, Incorporated, product is

22   transferred, advertised, or sold across straight lines and

23   Vestagen Protective Technology, Incorporated, activities have a

24   substantial effect on Strategic Partners' business.

25           The fifth element the party must prove -- the party

1    must prove in advertising injuries by the diversion of its

2    sales or by lessening of the goodwill that its product

3    enjoyed -- let me go through that again.

4           The fifth element a party must prove addresses

5    injuries to [sic] the diversion of its sales or by the

6    lessening of goodwill that its product enjoyed with the buying

7    public.

8           Strategic Partners must [sic] prove the element by

9    showing either:

10          That it has sustained actual injury as a result of

11   the challenged advertising statement; or,

12          That it's likely to be injured as a result of those

13   advertising statements.

14          To recover damages for lost profits, Strategic

15   Partners must prove it is reasonably certain it would have

16   earned profits from the Vestagen Protective Technology,

17   Incorporated's conduct -- or excuse me -- but for Vestagen

18   Protective Technology, Incorporated's, conduct.

19          To decide the amount of damages for lost profits, you

20   must determine the gross amount Strategic Partners,

21   Incorporated, would have received from the Vestagen Protective

22   Technology, Incorporated's, conduct and then subtract from that

23   amount the expenses, including the value of the labor,

24   materials, rents, all expenditures, interest on the capital

25   employed by the Strategic Partners, Incorporated, would have

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   had if Vestagen Protective Technology's conduct had not

2   occurred.

3        The amount of the lost profits may be calculated with

4   mathematical -- excuse me.  The amount of the lost profits need

5   not be calculated with mathematical precision, but there must

6   be a reasonable basis for computing that loss.

7        In addition, Strategic Partners is entitled to any

8   profits earned by Vestagen Protective Technology that are

9   attributed to false advertising which Strategic Partners proves

10  by a preponderance of the evidence.  You may not, however,

11  include any award of profits on any amount that you took into

12  account during determining the actual damages.

13       Profit is determined by deducting all expenses from

14  gross revenue.

15       Gross revenue is all of Vestagen Protective

16  Technologies, Incorporated's, receipts from using the false

17  advertisement in the sale of its products.  Strategic Partners

18  has the burden of proving Vestagen Protective Technologies'

19  gross revenue by a preponderance of the evidence.

20       The expenses are all operating and production costs

21  incurred in the production of the gross revenue.  Vestagen

22  Protective Technologies has the burden of proving the expenses

23  and that portion of the profits attributable to factors other

24  than the use of the false advertisement by a preponderance of

25  the evidence.

```
 1            And unless you find that a portion of the profits

 2   from the sale of Vestagen Protective Technology,

 3   Incorporated's, products used -- using the accused false

 4   advertisement is attributed to factors other than the use of

 5   the accused false advertisement, you will find that the total

 6   profits is attributable to the false advertising.

 7            Now, before you begin your deliberations, you will

 8   elect one of your members of the jury who will preside over the

 9   jury.  The presiding juror will preside over the deliberations

10   and serve as a spokesperson for that jury here in court.

11            You shall diligently strive to reach an agreement

12   with all of the other jurors if you can do so.  The verdict

13   must be unanimous.

14            Each of you must decide this case for yourselves, but

15   you should do so only after you have considered all of the

16   evidence, discussed it fully with all of the other jurors, and

17   listened to their views.

18            It is important that you attempt to reach a unanimous

19   verdict, but only if each of you can do so after having made

20   your own conscientious decision.  Do not be unwilling to change

21   your opinion if the discussion persuades you that you should,

22   but do not come to a consideration -- excuse me -- do not come

23   to a decision simply because the other jurors think it's right,

24   or change an honest belief about the weight or effect of the

25   evidence simply to reach a verdict.
```

1          Because you must -- and we've talked about this

2     before -- because you must base your verdict only on the

3     evidence received in this case and on these instructions, I

4     remind you that you must not be exposed to any other

5     information about the case or to the issues it involves.

6          Except for discussing the case with your fellow

7     jurors during your deliberations:

8          Do not communicate with anyone in any way and do not

9     let anyone else communicate with you in any way about the

10    merits of this case or anything to do with it.

11         If you are asked or approached in any way about your

12    jury service or anything to do with this case, you should

13    respond that you have been ordered by this Court not to discuss

14    this matter and then report it to this Court immediately.

15         Do not do any type of research, such as considering

16    dictionaries -- and we've talked about why -- such as

17    consulting dictionaries, searching the internet, or using other

18    reference materials, and do not make any independent

19    investigation or in any other way try to learn anything about

20    this case on your own.  It all has to come from the evidence

21    you received here.

22         These rules protect each party's right to have the

23    case decided only on the evidence that has been presented to

24    you here in court.

25         A juror who violates these instructions jeopardizes

 1   the fairness of the proceedings and a mistrial could result

 2   that would require the entire trial proceedings to start over.

 3   If any juror is exposed to any outside information, please

 4   notify the Court immediately.

 5           If it becomes necessary during your deliberations to

 6   communicate with me, you may send a note through the bailiff

 7   signed by one or more of the jurors.  No member of the jury

 8   should ever attempt to communicate with me except through a

 9   signed writing here in court.  I will not communicate with any

10   members of the jury on anything concerning this case except in

11   writing or here in court.

12           If you send out a question, I will consult with the

13   attorneys before answering it, which may take some time.  And

14   we also have other matters, so it may take considerable time

15   before I can get back to you because of the other matters and

16   consulting with the attorneys and all.  So I want to make sure

17   you understand you may continue your deliberations while

18   waiting for an answer to any question.

19           Remember that you are not to tell anyone, including

20   the Court, how the jury stands, whether it is in terms of the

21   vote count or otherwise, until you have reached a unanimous

22   verdict or until you have been discharged by this Court.

23           A verdict form has been prepared for you.  After you

24   have reached a unanimous verdict on that -- agreement on that

25   verdict, your foreperson should have a complete -- or should

1    complete the verdict form according to your deliberations, sign

2    it, and date it, and advise the bailiff that you are ready to

3    return to this court.

4              Okay.  Any questions you have before we send you

5    back?

6              Do you want to swear the bailiff.

7              THE CLERK:  Please come forward and raise your right

8    hand.

9              Please state your full name for the record and spell

10   your last name.

11             THE BAILIFF:  Peter A. Recendez, R-e-c-e-n-d-e-z.

12             THE CLERK:  Do you solemnly swear to keep this jury

13   together in some private and convenient place; that you will

14   not permit any person to speak to, communicate with them, nor

15   do so yourself unless by order of the Court or to ask whether

16   they have agreed upon a verdict; and that you will return them

17   to court when they have so agreed or when ordered by the Court,

18   so help you God?

19             THE BAILIFF:  I do.

20             THE CLERK:  All rise.

21       *(Jury out at 2:21 P.M.)*

22       *(The following was heard outside the presence of the*

23       *jury.)*

24             THE COURT:  Counsel, I do want to -- you may have

25   seats.  I do want to tell you at this time -- and I don't talk

1    to you after the verdict comes in because people are very

2    emotional then -- but I do want to tell you that this Court, as

3    I said earlier, has been very impressed with the

4    professionalism of the attorneys in this case.  All of you have

5    fought hard for your client.  You've done the best you can with

6    what you have and you've done an outstanding job, and you've

7    conducted yourself very, very professionally.

8              I thought it was going to come apart at the end of

9    the case -- they normally do -- but all of you have kept it

10   together as far as being professional officers of the Court,

11   and I thank you for that.  We'll be in recess.

12             MR. DARMSTADTER:  Thank you, Judge.

13             MS. HIGHTOWER:  Thank you, Your Honor.

14             THE CLERK:  All rise.

15        (Recess taken 2:23 to 4:11 P.M.)

16        (The following proceedings were reported

17        by Sandra MacNeil, Official Federal Reporter:)

18        (In the presence of the jury at 4:11 p.m.:)

19             THE COURT:  Okay.  I have a form here that says that

20   you've reached a unanimous verdict.  Is that correct?

21             JUROR NO. 8:  Yes.

22             THE COURT:  Okay.  And who is the foreperson?  Juror

23   number what?

24             JUROR NO. 8:  I am.

25             THE COURT:  Juror number --

```
 1              JUROR NO. 8:  Eight.

 2              THE COURT:  -- eight.

 3              Have you signed and dated the verdict?

 4              JUROR NO. 8:  I have.

 5              THE COURT:  And why don't you go ahead and pass it up

 6    to the bailiff, then.

 7              THE CLERK:  Thank you.

 8              THE COURT:  Now, before I read this verdict, I

 9    understand that you had asked a question and then withdrew the

10    question.  So you didn't need any question answered; is that

11    correct?

12              JUROR NO. 8:  We didn't.  We answered our own

13    question.

14              THE COURT:  Okay.  Okay.  Let me take a look.

15              Okay.  Do you want to read the verdict, please.

16              THE CLERK:  (Reading:)

17              "Strategic Partners, Inc., versus Vestagen Protective

18    Technologies, Inc., Case Number Civil 16-5 -- excuse me,

19    5900-RGK.

20              "Verdict.

21              "Question No. 1:  Do you find that plaintiff,

22    Strategic Partners, Inc., proved there was false advertising by

23    defendant, Vestagen Technologies, Inc.?

24              "Answer:  No.

25              "If you answered question 'No' to Question 1, please
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    sign and date the verdict and inform the bailiff you are ready

2    to return to court."

3            Signed the 22nd day of September by the foreperson of

4    the jury.

5            THE COURT:  Okay.  Ladies and gentlemen of the jury,

6    is that your verdict, say you one, say you all?

7            JUROR NO. 8:  Yes.

8            THE COURT:  Okay.  What we do at the end -- every

9    verdict that we get on any trial, we have to do what we refer

10   to as "polling the jury."  So we'll go through and ask each

11   juror, 1 through 8, does the verdict as read by the clerk just

12   now reflect your own individual verdict?  To make sure it's

13   unanimous.

14           Number 1?

15           JUROR NO. 1:  Excuse me?

16           THE COURT:  Does the verdict as read by the clerk

17   reflect your own individual verdict?

18           JUROR NO. 1:  Yes.

19           THE COURT:  Number 2?

20           JUROR NO. 2:  Yes.

21           THE COURT:  Number 3?

22           JUROR NO. 3:  Yes.

23           THE COURT:  Number 4?

24           JUROR NO. 4:  Yes.

25           THE COURT:  Number 5?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              JUROR NO. 5:  Yes.

 2              THE COURT:  Number 6?

 3              JUROR NO. 6:  Yes.

 4              THE COURT:  Number 7?

 5              JUROR NO. 7:  Yes.

 6              THE COURT:  Juror No. 8?

 7              JUROR NO. 8:  Yes.

 8              THE COURT:  Okay.  The Court will order the verdict

 9   to be recorded.

10              At this time I want to thank you very much for your

11   participation.  You've been a great jury.  We appreciate you

12   being here.  We will be cutting you loose now.

13              Normally, jurors like to just go home and not talk to

14   anybody, but if you wish to talk, if you go out into the

15   hallway, if the attorneys are out there, you can talk with the

16   attorneys or anybody else, at home, anyone else you want to

17   about the case.  One thing you cannot discuss, though, is

18   anything that went on in the jury room between you; in other

19   words, what somebody else said, because that's sacred, what

20   you're discussing in the jury room yourself.  That's not

21   something that other jurors should be sharing with other

22   people.  But they may want to know what strength did you see in

23   my case, what strength didn't you see?  Feel free to talk to

24   them if you want.  Many times, in fact, most cases, jurors

25   don't particularly want to talk to anybody after the case; they
```

```
1    just want to go home.  And if you want to do that, the bailiff

2    will make sure that you can exit the courthouse without talking

3    to anybody.

4            Anything else we can do for you?  If not, thank you

5    very much for being with us.  We appreciate it.

6            JUROR NO. 8:  Thank you.

7            THE CLERK:  All rise.

8        (Outside the presence of the jury:)

9            THE COURT:  Okay.  I will state again what I stated

10   earlier -- you can have a seat -- that I thought the attorneys,

11   with what they had, did an excellent job, and all the attorneys

12   went to the utmost as they could for their clients, and I

13   appreciate that and your professionalism you showed.

14           We'll be in recess.

15           MS. HIGHTOWER:  Thank you, Your Honor.

16           MR. VERDE:  Thank you, Your Honor.

17           THE CLERK:  All rise.

18           Court is adjourned.

19       (Proceedings concluded at 4:15 p.m.)

20                        --oOo--

21

22

23

24

25
```

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: SEPTEMBER 23, 2017

/s/  Cindy L. Nirenberg, CSR No. 5059

Official Court Reporter

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1

2

3                              CERTIFICATE

4

5        I hereby certify that pursuant to Section 753,

6   Title 28, United States Code, the foregoing is a true and

7   correct transcript of the stenographically reported proceedings

8   held in the above-entitled matter and that the transcript page

9   format is in conformance with the regulations of the

10  Judicial Conference of the United States.

11

12  Date:  SEPTEMBER 23, 2017

13

14

15

16                      /S/ SANDRA MACNEIL

17                  Sandra MacNeil, CSR No. 9013

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

**A JUROR: [1]** 773/3
**JUROR NO. 8: [7]** 785/20
785/23 785/25 786/3 786/11
787/6 789/5
**MR. DARMSTADTER: [13]**
741/7 741/15 742/3 742/6
742/11 744/4 744/6 744/8
761/8 762/1 768/12 768/15
785/11
**MR. VERDE: [1]** 789/14
**MS. HIGHTOWER: [7]**
742/13 742/17 759/23
761/10 762/9 785/12 789/14
**THE BAILIFF: [2]** 784/10
784/18
**THE CLERK: [9]** 742/20
784/6 784/11 784/19 785/13
786/6 786/15 789/6 789/16
**THE COURT: [38]** 741/5
741/12 741/16 742/4 742/9
742/12 742/16 742/18
742/23 744/5 744/7 759/21
761/9 762/3 768/10 768/13
772/19 773/4 784/23 785/18
785/21 785/24 786/1 786/4
786/7 786/13 787/4 787/7
787/15 787/18 787/20
787/22 787/24 788/1 788/3
788/5 788/7 789/8

**$**
**$10 [1]** 770/12
**$2,072,000 [1]** 759/9
**$2,072,496 [1]** 759/9
**$2.1 [1]** 763/12
**$2.1 million [1]** 763/12
**$23 [1]** 765/11
**$330 [1]** 763/2
**$500,000 [3]** 759/11 759/12
763/11

**'**
**'no' [2]** 758/20 786/25
**'yes' [1]** 758/19

**-**
**--o0o [1]** 789/20
**-10 [1]** 750/8
**-2 [3]** 750/7 750/8 750/8

**/**
**/s [2]** 790/18 791/16

**0**
**0880 [1]** 739/15

**1**
**1.1 million [1]** 770/10
**10 [2]** 750/8 762/25
**100 [2]** 739/8 770/3
**1000 [1]** 739/4
**1125 [1]** 743/9
**11th [1]** 752/11
**13th [1]** 752/11
**15 [3]** 743/8 756/2 772/25
**1500 [1]** 739/18

**152 [1]** 739/14
**16-5 [1]** 766/18
**17901 [1]** 739/4
**18 [1]** 743/8
**1:00 [2]** 738/21 741/2
**1:03 [1]** 742/22
**1:05 [2]** 742/22 742/23

**2**
**2.4 million [1]** 770/9
**20 [1]** 772/25
**2009 [3]** 762/17 764/7
770/22
**2010 [2]** 762/18 766/23
**2011 [4]** 748/25 762/18
763/1 765/19
**2012 [2]** 748/25 762/18
**2013 [2]** 762/17 766/23
**2014 [5]** 761/16 762/17
766/1 766/21 766/24
**2015 [4]** 749/3 749/10
752/20 772/4
**2016 [1]** 766/25
**2017 [7]** 738/20 741/1
752/11 763/1 769/14 790/13
791/12
**22 [3]** 738/20 741/1 748/12
**22nd [1]** 787/3
**23 [2]** 790/13 791/12
**24-2 [2]** 770/24 771/6
**243-1 [1]** 750/7
**246-1 [1]** 750/7
**246-7 [1]** 751/23
**248-1 [1]** 750/8
**248-2 [1]** 752/2
**249-1 [1]** 750/7
**249-2 [1]** 751/20
**255 [1]** 738/24
**28 [2]** 790/7 791/6
**2900 [1]** 739/8
**293-1 [1]** 750/9
**299-1 [1]** 750/9
**2:21 [1]** 784/21
**2:23 [1]** 785/15

**3**
**300 [3]** 755/16 757/18 766/5
**312-706-7746 [1]** 739/9
**327-1 [2]** 750/8 772/2
**332-1 [1]** 750/9
**335-1 [2]** 750/9 752/4
**336-1 [1]** 771/12
**35 [1]** 755/25

**4**
**4.2 million [1]** 770/9
**40 [3]** 741/23 741/23 741/24
**408-286-0880 [1]** 739/15
**4:11 [2]** 785/15 785/18
**4:15 [1]** 789/19

**5**
**50 [2]** 755/14 756/11
**5059 [2]** 738/23 790/18
**53 [1]** 755/24
**5900 [1]** 738/7
**5900-RGK [1]** 786/19

**6**
**60606 [1]** 739/8
**695 [1]** 739/18

**7**
**700 [1]** 739/14
**714-557-7990 [1]** 739/5
**714-800-7900 [1]** 739/19
**738-791 [1]** 738/18
**74 [1]** 757/12
**753 [2]** 790/6 791/5
**7746 [1]** 739/9
**784 [1]** 740/9
**785 [1]** 740/10
**789 [1]** 740/11
**7900 [1]** 739/19
**791 [1]** 738/18
**7990 [1]** 739/5

**8**
**85 [2]** 755/17 755/23

**9**
**90012 [1]** 738/25
**9013 [2]** 738/23 791/17
**92614 [1]** 739/5
**92626 [1]** 739/19
**95112 [1]** 739/14
**99.99 [4]** 751/9 751/21 754/7
771/8
**9th [1]** 772/4

**A**
**ability [1]** 757/3
**able [2]** 764/3 765/10
**about [53]** 741/7 741/12
744/24 745/14 745/17 748/2
749/13 751/3 751/19 751/23
752/12 752/14 752/16
752/25 753/7 753/21 753/21
753/22 755/22 755/25 756/5
756/12 756/16 757/11
757/20 759/11 759/15
759/15 759/16 760/6 761/1
762/6 763/17 763/24 764/2
764/6 764/9 764/15 764/18
768/14 769/10 770/20
772/25 775/24 776/23
781/24 782/1 782/5 782/9
782/11 782/16 782/19
788/17
**above [2]** 790/9 791/8
**above-entitled [2]** 790/9
791/8
**accept [1]** 774/18
**accepted [1]** 755/17
**according [1]** 784/1
**account [1]** 780/12
**accurate [1]** 753/15
**accused [2]** 781/3 781/5
**achieve [1]** 765/16
**acquired [1]** 754/6
**across [3]** 747/16 778/20
778/22
**act [4]** 741/11 775/15 776/21
778/14
**active [1]** 772/9

**activities [1]** 778/23
**acts [1]** 775/19
**actual [3]** 747/20 779/10
780/12
**actually [5]** 755/12 769/4
776/1 776/4 778/2
**addition [1]** 780/7
**address [2]** 744/19 745/11
763/17
**addresses [2]** 778/14 779/4
**adds [2]** 768/2 772/9
**adjacent [1]** 789/18
**adjunct [1]** 764/20
**Administration [2]** 760/20
766/15
**admission [1]** 768/25
**admissions [1]** 750/15
**admitted [13]** 748/4 751/5
761/25 762/11 762/19
762/24 763/5 763/18 768/22
768/24 774/22 775/5 775/8
**admitting [1]** 752/18
**advertised [2]** 778/20
778/22
**advertisement [20]** 752/10
755/8 755/19 759/1 769/15
769/20 775/24 776/22 777/3
777/7 777/10 777/17 777/22
777/23 777/24 778/5 780/17
780/24 781/4 781/5
**advertisements [8]** 746/21
749/20 749/24 749/25 750/4
755/4 766/14 771/11
**advertising [41]** 743/8
744/25 745/13 745/17
745/24 747/8 747/11 747/22
748/2 748/13 749/13 750/18
754/16 758/8 758/16 759/8
760/6 761/1 761/2 761/15
764/8 766/3 767/4 767/9
767/20 767/22 769/11
769/18 776/21 777/17 778/1
778/2 778/8 778/13 778/15
779/1 779/19 779/13 780/9
781/6 786/22
**advise [1]** 784/2
**after [11]** 750/20 752/18
752/20 755/18 772/5 772/6
781/15 781/19 783/23 785/1
788/25
**afternoon [1]** 766/6
**again [9]** 741/25 757/7
759/13 759/17 759/19
772/17 775/7 779/3 789/9
**against [4]** 747/5 754/6
759/20 772/18
**agencies [1]** 761/18
**agents [2]** 775/16 775/17
**ago [2]** 744/23 746/8
**agree [3]** 760/7 767/7
773/16
**agreed [4]** 773/25 774/1
784/16 784/17
**agreement [3]** 769/13
781/11 783/24
**ahead [2]** 773/1 786/5

## A

**all [38]** 741/18 742/21
742/25 745/5 750/4 750/18
753/3 758/5 759/14 760/11
760/13 761/20 762/23
765/25 768/9 772/24 773/2
773/9 773/13 774/21 775/11
779/24 780/13 780/15
780/20 781/12 781/15
781/16 782/20 783/16
784/20 785/4 785/9 785/14
787/6 789/7 789/11 789/17
**alleged [2]** 763/11 765/5
**allowed [3]** 771/4 771/7
774/15
**allows [2]** 758/6 759/19
**almost [2]** 746/15 765/11
**already [2]** 741/18 770/8
**also [13]** 739/22 745/2 745/6
747/13 747/20 757/15
757/22 761/13 761/24
762/24 765/2 766/5 783/14
**always [4]** 743/25 744/2
747/24 771/25
**am [1]** 785/24
**ambiguous [1]** 776/3
**amount [11]** 759/3 759/9
766/21 767/24 770/4 779/19
779/20 779/23 780/3 780/4
780/11
**and/or [4]** 745/17 745/21
745/23 746/21
**ANGELES [3]** 738/19
738/25 741/1
**another [1]** 758/1
**answer [4]** 756/23 757/1
783/18 786/24
**answered [5]** 758/19 758/20
786/10 786/12 786/25
**answering [1]** 783/13
**answers [1]** 774/7
**antimicrobial [2]** 751/21
752/19
**any [44]** 743/13 745/8 749/9
749/10 752/19 753/2 754/4
754/19 761/23 762/19 763/8
763/13 765/5 766/3 766/8
766/13 766/17 766/20
766/21 766/22 767/5 767/19
773/17 773/25 774/17
775/13 780/7 780/11 780/11
782/4 782/8 782/9 782/11
782/15 782/18 782/19 783/3
783/3 783/9 783/18 784/4
784/14 786/10 787/9
**anybody [7]** 742/2 762/7
773/6 788/14 788/16 788/25
789/3
**anyone [6]** 761/18 761/22
782/8 782/9 783/19 788/16
**anything [10]** 741/16 753/22
756/1 773/22 782/10 782/12
782/19 783/10 788/18 789/4
**apart [1]** 785/8
**apparel [1]** 772/10
**Apparently [1]** 756/8
**APPEARANCES [1]** 739/1

## B

**back [24]** 742/20 747/1

**applicable [2]** 761/7 764/4
**applies [1]** 773/10
**apply [2]** 773/14 778/14
**appreciate [3]** 788/11 789/5
789/13
**approached [1]** 782/11
**appropriate [1]** 765/4
**approve [1]** 750/23
**approximately [3]** 748/12
755/17 763/11
**Arbuthnot [1]** 739/13
**are [45]** 741/13 742/3 742/5
742/25 743/5 743/12 745/20
747/25 748/3 748/18 748/20
748/21 749/20 749/23 750/3
750/4 753/15 754/13 755/4
756/1 756/8 761/7 764/4
767/16 770/11 771/4 771/4
771/4 771/16 771/18 774/7
775/1 775/4 775/6 775/11
775/12 778/12 780/8 780/20
782/11 783/19 784/2 785/1
787/1 788/15
**argument [6]** 740/6 743/2
743/13 743/14 772/23 773/9
**arguments [1]** 741/9
**around [1]** 749/3
**as [71]**
**ask [17]** 741/20 741/21
743/22 747/2 747/4 755/4
755/12 759/6 759/8 759/13
768/4 770/16 770/17 772/17
774/6 784/15 787/10
**asked [10]** 753/1 753/6
754/21 756/20 756/24 757/2
757/7 767/20 782/11 786/9
**asking [1]** 769/20
**asks [3]** 755/10 759/3 768/2
**asserts [1]** 743/6
**assessment [1]** 766/4
**associated [1]** 776/16
**assuming [2]** 753/14 753/15
**attempt [2]** 781/18 783/19
**attention [2]** 744/14 759/21
**attire [2]** 752/7 772/9
**attorney [5]** 739/4 739/7
739/13 739/17 739/17
**attorneys [11]** 743/14 746/9
772/23 773/9 783/13 783/16
785/4 788/15 788/16 789/10
789/11
**attributable [2]** 780/23
781/6
**attributed [2]** 780/9 781/4
**audience [3]** 777/11 778/4
778/11
**audiences [1]** 776/6
**August [1]** 766/24
**authority [1]** 775/18
**available [1]** 772/7
**Avenue [1]** 739/4
**avoid [2]** 745/7 745/8
**award [3]** 759/2 767/23
780/11

**747/3 747/23 748/6 749/6
754/22**
**being [7]** 745/8 752/21
752/22 774/2 785/10 788/12
789/5
**belief [1]** 781/24
**believe [21]** 745/1 745/4
745/18 745/21 745/25 746/4
746/5 746/7 746/13 749/15
754/15 756/15 756/21 758/4
759/16 759/18 760/4 766/11
770/18 771/20 772/11
**believed [5]** 745/3 745/14
745/23 755/18 764/11
**believes [1]** 748/13
**BEN [4]** 739/23 751/3
752/16 760/14
**best [3]** 746/24 748/7 785/5
**better [1]** 756/8
**between [2]** 756/2 788/18
**biased [1]** 764/23
**big [2]** 771/15 771/19
**biggest [1]** 756/18
**bioburden [1]** 764/21
**bit [3]** 741/25 743/5 752/15
**black [1]** 748/4
**black-and-white [1]** 748/4
**blend [1]** 749/2
**blow [1]** 772/3
**bodily [1]** 764/13
**books [1]** 774/24
**both [7]** 742/6 742/7 749/6
755/13 761/7 763/18 765/21
**box [2]** 743/1 744/14
**break [2]** 748/16 773/3
**briefly [1]** 741/8
**bring [2]** 742/20 757/12
**brought [2]** 769/7 775/5
**Bruce [2]** 764/22 765/2
**build [3]** 746/15 747/23
748/9
**building [2]** 747/2 748/15
**bundle [1]** 765/16
**burden [1]** 744/1 744/2
746/18 746/19 767/1 780/18
780/22
**business [1]** 778/24
**buy [1]** 757/4
**buying [1]** 779/6

## C

**CA [4]** 738/25 739/5 739/14
739/19
**calculated [3]** 759/11 780/3
780/5
**CALIFORNIA [3]** 738/2
738/19 741/1
**call [1]** 774/14
**called [3]** 747/4 768/24
770/5
**came [4]** 744/23 753/24
756/3 756/4
**can [32]** 741/10 741/24
742/8 742/9 747/18 747/20
751/1 755/6 763/21 767/12
768/1 768/1 768/2 770/24
771/12 772/2 772/3 772/12
772/25 773/3 775/15 775/15**

**C**

can... [10] 776/2 778/1
781/12 781/19 783/15 785/5
788/15 789/2 789/4 789/10
cannot [3] 751/9 777/14
788/17
capital [1] 779/24
care [1] 757/23
career [1] 757/19
carefully [1] 743/23
caring [1] 757/19
case [34] 742/8 744/11
746/9 746/19 747/6 748/2
749/22 756/19 759/8 760/6
768/6 768/23 768/24 770/18
773/10 773/14 773/19
774/21 774/25 781/14 782/3
782/5 782/6 782/10 782/12
782/20 782/23 783/10 785/4
785/9 786/18 788/17 788/23
788/25
cases [1] 788/24
categories [1] 748/17
category [4] 748/18 748/21
749/19 760/20
caused [4] 766/8 767/4
776/10 778/18
cautioned [3] 745/6 745/7
745/8
Center [1] 739/18
CENTRAL [1] 738/2
CEO [1] 769/12
certain [6] 745/2 745/22
745/24 773/25 774/22
779/15
CERTIFICATE [2] 790/4
791/3
certify [2] 790/6 791/5
CFO [1] 769/12
challenged [1] 779/11
chance [1] 748/5
change [4] 760/25 769/13
781/20 781/24
changed [1] 769/14
characteristics [1] 775/25
charge [1] 750/17
charts [4] 774/22 774/25
775/4 775/6
Chicago [1] 739/8
chief [3] 750/17 750/21
756/17
choice [1] 772/22
choices [1] 759/4
chose [2] 765/14 769/7
CINDY [2] 738/23 790/18
citations [1] 750/11
cite [2] 748/21 754/13
cited [2] 763/20 765/21
cites [2] 749/12 753/13
citing [1] 752/17
civil [2] 744/15 786/18
claim [12] 743/6 743/10
743/11 745/12 751/9 751/14
757/10 765/3 775/20 777/11
778/8 778/13
CLAIMANT [2] 738/12
739/12

claimed [2] 761/24 763/11
claims [23] 745/17 745/20
747/14 748/4 748/8 748/13
748/20 748/21 749/13
749/13 750/13 751/6 751/8
751/12 752/18 754/4 754/13
754/19 754/23 762/23
769/14 769/14 771/3
Class [10] 764/10 764/16
766/16 770/22 771/1 771/5
771/14 771/15 771/17
771/18
classification [1] 764/11
classified [1] 760/21
cleansing [1] 760/17
clear [1] 751/8
clearance [2] 770/22 771/1
clerk [2] 787/11 787/16
client [5] 744/21 759/19
762/16 762/21 785/5
clients [1] 789/12
Clinic [2] 757/24 766/10
close [1] 742/9
closing [5] 740/5 740/6
740/7 741/9 742/5
Code [3] 743/9 790/7 791/6
collaboration [1] 763/4
colleague [1] 757/13
come [11] 747/3 759/17
763/22 767/13 770/4 773/3
781/22 781/22 782/20 784/7
785/8
comes [1] 785/1
comfortable [1] 750/22
commerce [6] 747/15
776/11 778/14 778/16
778/17 778/19
commercial [3] 750/21
775/24 776/22
commissioned [1] 764/1
commitment [1] 772/14
common [2] 768/7 770/17
communicate [6] 782/8
782/9 783/6 783/8 783/9
784/14
company [1] 763/15
compatible [1] 766/14
competition [2] 744/25
760/7
competitors [1] 769/18
complain [1] 769/10
complete [2] 783/25 784/1
completed [2] 747/3 747/3
completely [1] 773/24
compliance [1] 751/8
comply [1] 760/11
composed [1] 749/4
computing [1] 780/6
concerning [1] 783/10
concerns [2] 761/20 761/23
concluded [1] 789/19
conclusion [2] 758/6 758/7
conclusions [1] 764/4
conditions [1] 771/10
conduct [4] 779/17 779/18
779/22 780/1
conducted [6] 748/25 753/4

756/1 761/25 764/4 785/7
conference [4] 752/11
769/15 790/11 791/10
conformance [2] 790/10
791/9
confused [1] 777/20
Confusion [1] 757/9
conjunction [1] 751/7
connects [1] 748/9
conscientious [2] 775/12
781/20
consider [6] 747/14 760/9
768/4 774/8 777/24 778/7
considerable [1] 783/14
consideration [4] 763/14
771/23 775/12 781/22
considered [2] 775/14
781/15
considering [4] 772/15
774/19 777/10 782/15
construct [1] 746/11
consult [2] 773/12 783/12
consulted [1] 765/23
consulting [2] 782/17
783/16
consumer [7] 755/8 755/15
756/1 756/2 756/3 756/5
776/2
consumers [9] 745/23
745/24 746/3 748/14 755/5
755/10 755/12 757/15 759/7
consuming [1] 777/20
contact [4] 753/25 761/21
762/21 771/9
contacting [1] 761/17
contains [1] 777/18
contaminant [1] 753/24
contaminants [6] 752/1
752/3 752/6 754/10 757/1
757/4
contaminated [1] 754/2
contents [1] 774/24
context [2] 763/6 777/24
continue [1] 783/17
continued [2] 764/15
764/19
continues [2] 745/20 752/17
contradict [1] 755/1
contribute [1] 756/21
control [2] 755/24 760/15
controls [1] 762/8
convenient [1] 784/13
conveys [1] 776/1
copy [1] 773/11
corners [1] 748/1
corporation [2] 775/14
775/16
corporations [1] 775/11
correct [5] 742/12 785/20
786/11 790/8 791/7
cost [2] 770/2 770/3
Costa [1] 739/19
costs [7] 763/14 765/9
769/24 770/1 770/7 770/11
780/20
cotton [2] 749/2 761/11
cotton/polyester [1] 761/11

could [9] 744/13 747/19
753/5 757/12 764/12 768/25
769/6 783/1 789/12
couldn't [1] 758/2
counsel [15] 739/1 741/6
741/13 744/4 744/7 759/22
759/23 759/25 761/4 762/4
762/5 768/11 768/15 772/20
784/24
count [1] 783/21
COUNTER [4] 738/12
738/15 739/3 739/12
COUNTER-CLAIMANT [1]
738/12
COUNTER-DEFENDANT [1]
738/15
counterdesignate [1]
754/24
counting [1] 763/23
couple [1] 770/12
court [29] 738/1 738/24
740/8 741/14 744/5 755/2
756/12 758/22 769/16 774/9
781/10 782/13 782/14
782/24 783/4 783/9 783/11
783/20 783/22 784/3 784/15
784/17 784/17 785/2 785/10
787/2 788/8 789/18 790/19
courthouse [1] 789/2
created [1] 744/10
creates [1] 750/23
credible [1] 759/16
criticisms [1] 755/22
cross [1] 754/21
cross-examination [1]
754/21
CRR [1] 738/23
CSR [2] 738/23 738/23
790/18 791/17
current [1] 751/5
currently [2] 763/1 764/16
customer [1] 756/18
customers [2] 746/3 776/8
cutting [1] 788/12
CV16 [1] 738/7
CV16-5900 [1] 738/7

**D**

damage [2] 767/4 770/14
damages [13] 741/10
741/11 759/2 759/5 766/22
767/24 769/23 770/1 770/18
770/19 779/14 779/19
780/12
dangerous [6] 751/25 752/6
754/10 754/11 755/20
755/21
darmstadter [4] 739/7 740/5
740/7 744/10
data [1] 753/7
date [7] 752/9 758/21
766/24 784/2 787/1 790/13
791/12
dated [1] 786/3
dates [1] 750/11
David [1] 763/10
day [5] 738/18 749/11 752/1

**D**

**day...** [2] 771/25 787/3
**days** [4] 744/23 746/8 751/4 752/16
**Deakins** [1] 739/16
**deal** [1] 760/8
**deceive** [2] 776/5 778/3
**deceived** [2] 777/20 778/2
**deceives** [1] 776/4
**deception** [5] 757/9 776/7 778/1 778/9 778/10
**deceptive** [1] 747/13
**decide** [6] 756/9 771/20 771/23 773/18 779/19 781/14
**decided** [1] 782/23
**decision** [8] 743/21 757/4 762/20 766/1 776/8 778/11 781/20 781/23
**deduct** [3] 769/24 770/7 770/13
**deducting** [1] 780/13
**deeply** [1] 764/23
**defendant** [9] 738/9 738/15 739/3 739/12 758/16 759/1 767/9 767/22 786/23
**DEFENDANT/COUNTER-CL AIMANT** [1] 739/12
**defense** [3] 744/1 750/14 754/19
**deliberations** [8] 768/8 773/12 781/7 781/9 782/7 783/5 783/17 784/1
**delivered** [1] 745/1
**demonstrated** [2] 746/4 771/8
**denies** [1] 743/10
**deposition** [6] 750/16 754/24 756/19 757/21 774/3 774/8
**described** [2] 750/5 769/24
**deserves** [3] 774/19 775/3 775/10
**designed** [2] 751/7 752/4
**detailed** [1] 764/24
**determine** [6] 747/11 755/7 760/9 763/8 778/5 779/20
**determined** [1] 780/13
**determines** [1] 743/20
**determining** [3] 777/21 777/22 780/12
**development** [3] 763/25 765/9 766/18
**device** [9] 760/15 760/19 760/23 764/10 764/12 766/16 771/5 771/17 771/18
**devote** [1] 757/19
**Diane** [4] 756/16 757/11 757/17 765/12
**dictionaries** [2] 782/16 782/17
**did** [20] 745/5 745/18 745/21 747/15 754/24 756/6 756/11 756/21 760/3 761/16 761/21 761/21 761/22 763/3 763/12 766/2 766/19 766/23 788/22 789/11

**didn't** [18] 749/9 749/25 754/25 755/1 755/2 756/10 756/13 756/13 757/20 757/22 765/13 766/22 767/13 769/10 770/2 786/10 786/12 788/23
**difference** [3] 749/8 761/2 771/15
**different** [4] 743/16 748/13 749/3 755/1
**diligently** [1] 781/11
**direct** [2] 765/15 776/14
**directly** [1] 753/25
**director** [1] 761/14
**directors** [2] 775/16 775/17
**disagree** [1] 756/9
**disagreed** [1] 770/5
**discharged** [1] 783/22
**discuss** [2] 782/13 788/17
**discussed** [1] 781/16
**discussing** [2] 782/6 788/20
**discussion** [4] 740/4 740/9 740/11 781/21
**disgorge** [1] 759/6
**disgorgement** [2] 759/4 767/25
**disinfection** [1] 760/17
**dislikes** [1] 773/17
**distinction** [1] 769/5
**distract** [1] 745/9
**distracted** [1] 745/8
**distraction** [1] 745/7
**DISTRICT** [3] 738/1 738/2 738/3
**diversion** [3] 776/14 779/1 779/5
**DIVISION** [1] 738/2
**do** [45] 741/24 746/16 746/23 751/14 755/6 756/13 758/14 761/16 767/8 770/18 771/4 772/11 773/1 773/4 773/5 773/6 773/20 773/21 781/12 781/15 781/19 781/20 781/22 781/22 782/8 782/8 782/10 782/12 782/15 782/18 784/6 784/12 784/15 784/19 784/24 784/25 785/2 785/9 786/15 786/21 787/8 787/9 789/1 789/4
**documentation** [2] 760/8 766/21
**documents** [2] 749/19 774/25
**does** [9] 742/2 744/15 749/16 750/18 753/6 771/1 777/9 787/11 787/16
**doesn't** [5] 746/6 754/14 756/8 769/16 771/16
**doing** [5] 742/6 742/7 744/17 773/6 773/20
**don't** [11] 742/14 742/15 742/18 751/2 752/21 752/22 755/3 756/15 784/25 786/5 788/25
**done** [9] 742/9 760/4 766/14 766/15 767/15 767/20 773/22

**785/5** 785/6
**down** [2] 748/16 772/12
**Dr.** [10] 752/23 752/24 753/3 753/3 753/10 753/18 754/3 754/20 764/22 765/18
**Dr. Bearman** [3] 752/23 753/3 753/10
**Dr. Bruce** [2] 764/22 765/2
**Dr. John** [2] 752/24 754/3
**Dr. Mitchell** [3] 753/3 753/18 754/20
**Drive** [2] 739/8 739/18
**Drug** [2] 760/19 766/15
**during** [6] 741/9 773/12 773/22 780/12 782/7 783/5
**duty** [2] 773/10 773/13

**E**

**each** [14] 741/23 741/23 741/24 744/22 744/8 748/8 765/17 774/6 774/17 776/17 781/14 781/19 782/22 787/10
**earlier** [4] 774/3 777/25 785/3 789/10
**early** [5] 750/16 757/13 761/16 764/7 765/19
**earned** [3] 759/7 779/16 780/8
**easier** [2] 747/2 748/16
**easily** [1] 763/20
**East** [1] 738/24
**easy** [1] 747/25
**edges** [1] 747/24
**education** [2] 774/15 774/20
**effect** [2] 778/24 781/24
**effective** [1] 754/6
**effectiveness** [1] 752/19
**efficacy** [1] 764/1
**effort** [3] 760/11 762/20 768/9
**efforts** [3] 761/4 764/15 764/19
**eight** [5] 744/14 746/6 746/11 786/1 786/2
**either** [4] 748/14 772/25 778/6 779/1
**elect** [1] 781/8
**element** [9] 776/20 777/1 777/25 778/7 778/8 778/13 778/25 779/4 779/8
**elements** [1] 747/14
**eloquently** [1] 767/15
**else** [8] 743/16 761/22 763/3 782/9 788/16 788/16 788/19 789/4
**emotional** [1] 785/2
**employed** [1] 779/25
**employee** [2] 763/5 765/1
**employees** [4] 764/21 765/15 775/15 775/17
**encounter** [1] 752/1
**encourage** [3] 749/7 750/10 751/16
**end** [3] 744/2 785/8 787/8
**engaged** [2] 743/7 745/15
**enjoyed** [2] 779/3 779/6

**entered** [1] 776/10
**entire** [3] 749/10 777/24 783/2
**entirely** [1] 749/4
**entirety** [1] 777/11
**entities** [1] 762/12
**entitled** [4] 775/12 780/7 790/9 791/8
**environment** [3] 750/24 750/24 765/17
**environmental** [1] 760/17
**EPA** [2] 761/17 761/21
**epidemiologists** [1] 765/24
**equal** [1] 775/11
**Ericksen** [1] 739/13
**establish** [1] 778/9
**established** [1] 770/5
**establishes** [1] 776/25
**evaluate** [1] 743/19
**even** [9] 753/14 753/15 753/23 754/2 755/2 758/2 761/3 767/19 776/2
**ever** [2] 761/17 783/8
**every** [5] 744/22 752/1 762/25 771/24 787/8
**everybody** [1] 770/25
**everything** [1] 768/4
**evidence** [63]
**evidentiary** [1] 754/19
**evolution** [1] 760/25
**examination** [1] 754/21
**examples** [1] 750/4
**excellent** [1] 789/11
**except** [3] 782/6 783/8 783/10
**excuse** [8] 775/7 777/18 777/22 779/17 780/4 781/22 786/18 787/15
**executive** [1] 770/12
**executives** [3] 748/19 750/14 754/25
**Exhibit** [13] 750/7 750/7 750/7 750/8 750/8 750/8 750/9 750/9 750/9 751/20 751/23 757/12 770/24
**exhibits** [2] 750/3 751/17
**exit** [1] 789/2
**expenditures** [1] 779/24
**expenses** [5] 763/14 779/23 780/13 780/20 782/20
**experience** [2] 755/15 774/15 774/20
**expert** [10] 756/3 756/4 756/6 762/1 762/12 763/3 769/23 770/2 770/7 774/14
**experts** [1] 759/5
**explain** [2] 774/23 774/24
**explained** [3] 760/25 761/5 764/22
**explaining** [1] 765/4
**explicitly** [4] 747/9 777/5 777/9 777/12
**exposed** [2] 782/4 783/3
**exposure** [2] 751/25 754/9
**express** [1] 744/21
**expressed** [1] 773/23
**extensive** [1] 750/13

**F**

fabric [6] 753/20 753/24 753/25 754/2 754/8 771/10
fabrics [5] 748/22 749/24 751/24 753/8 753/16
face [3] 777/4 777/5 778/6
fact [3] 766/2 775/23 788/24
factor [4] 757/4 757/5 757/6 757/7
factors [2] 780/23 781/4
facts [9] 746/13 748/3 766/4 772/15 773/13 773/14 773/25 773/25 774/1
fair [4] 744/25 760/7 760/10 775/12
fairness [2] 768/7 783/1
false [55]
falsity [3] 750/12 751/18 754/20
far [2] 756/18 785/10
favor [4] 747/5 759/19 768/5 772/18
FAVRET [14] 739/23 749/11 751/3 751/3 751/11 752/16 753/11 760/14 761/1 763/22 764/18 769/11 770/25 771/21
Favret's [1] 770/14
FCRR [1] 738/23
FDA [12] 751/7 760/21 760/22 761/16 761/21 764/7 764/8 764/10 770/22 771/5 771/13 772/5
Federal [3] 760/19 766/15 785/17
feel [6] 743/17 749/7 774/19 775/9 775/10 788/23
fellow [1] 782/6
few [4] 744/23 746/8 746/25 751/19
fifth [2] 778/25 779/4
figures [1] 763/13
figuring [2] 770/17 770/19
filed [1] 766/24
finally [4] 746/1 763/16 765/12 771/12
financial [1] 762/23
financials [1] 763/10
find [13] 748/11 755/3 755/4 757/15 758/14 767/8 767/19 773/13 776/17 776/18 781/1 781/5 786/21
finding [2] 758/25 767/22
findings [5] 749/21 753/4 753/14 753/16 753/19
first [11] 743/25 744/12 746/18 748/18 755/8 755/9 758/14 760/13 767/16 771/25 776/20
five [2] 775/21 776/12
flawed [1] 764/23
fluids [1] 764/13
focus [1] 743/12
focusing [1] 745/12
follow [1] 773/15
following [5] 741/4 754/4 777/1 784/22 785/16

**F** (col 2)

foregoing [2] 790/7 791/6
foremost [1] 744/12
foreperson [3] 783/25 785/22 787/3
form [7] 758/12 758/13 758/14 767/6 783/23 784/1 785/19
format [2] 790/10 791/9
former [2] 750/21 769/12
fortune [1] 744/16
forward [2] 749/10 784/7
fought [1] 785/5
found [1] 759/16
foundation [1] 768/25
founder [1] 751/4
four [4] 751/4 751/4 752/16 776/9
fourth [1] 778/13
free [1] 788/23
freely [1] 752/18
FRIDAY [2] 738/20 741/1
front [1] 743/11
full [1] 784/9
fully [2] 749/10 781/16
future [2] 747/22 752/14

**G**

garment [1] 766/8
garments [1] 756/25
garments' [1] 757/3
GARY [1] 738/3
gave [2] 741/22 755/13
general [3] 753/5 753/21 753/22
generally [1] 755/16
gentlemen [27] 742/24 744/9 745/7 746/5 746/23 748/11 748/24 749/15 749/20 750/10 750/12 751/6 752/8 752/15 755/6 758/4 758/11 759/13 759/25 762/5 768/6 768/18 770/16 771/19 772/13 772/21 787/5
get [15] 741/10 743/13 743/23 747/13 748/1 758/1 758/23 763/13 764/15 768/19 770/19 771/6 771/20 783/15 787/9
gets [1] 755/25
gift [2] 762/22 766/20
give [11] 756/10 759/3 759/6 771/23 772/21 773/2 773/15 773/15 774/18 775/2 775/9 775/15 774/15 775/25 787/9
given [2] 774/13 774/20
gives [1] 757/9
go [17] 747/1 748/6 750/5 751/16 754/12 758/24 759/14 766/10 767/20 771/7 773/1 779/3 786/5 787/10 788/13 788/14 789/1
goals [1] 764/19
God [1] 784/18
goes [2] 743/25 744/1
going [41] 741/17 741/20 741/21 742/16 743/2 743/2 743/5 743/11 743/15 743/17 743/22 744/24 746/9 746/10

**G** (col 3)

746/23 747/2 747/4 748/5
747/7 748/1 749/6 750/2
750/3 750/5 750/6 751/19
752/13 754/5 757/14 758/11
762/6 767/6 767/17 768/19
768/21 770/18 771/6 771/11
772/14 772/21 785/8
gone [1] 741/18
good [4] 745/4 775/1 775/6 775/7
goods [2] 770/2 770/3
goodwill [3] 776/16 779/2 779/6
got [7] 741/14 742/1 742/11 744/1 757/23 768/14 772/24
graph [1] 765/9
grateful [1] 744/13
gratitude [1] 744/22
great [4] 744/16 748/1 760/8 788/11
greater [1] 744/17
gross [6] 770/5 779/20 780/14 780/15 780/19 780/21
growing [1] 772/10
guard [1] 752/2
guy [4] 750/17 753/3 755/14 769/12

**H**

had [27] 741/6 741/20 753/1 754/1 757/19 757/24 757/25 758/2 761/6 761/23 761/24 762/17 762/21 763/18 764/1 764/7 765/21 766/10 766/10 769/17 774/10 777/12 778/3 780/1 780/1 786/9 789/11
HAIs [1] 754/7
hallway [1] 788/15
hand [4] 745/10 746/9 760/16 784/8
handed [1] 758/11
hands [3] 749/8 754/1 754/2 751/11 757/13
happy [1] 742/13
hard [1] 785/5
Hardwick [1] 761/6
harm [1] 766/17
harmed [2] 746/21 752/13
has [21] 743/4 744/2 746/2 746/3 746/19 766/8 766/17 770/21 771/25 776/4 776/12 776/17 776/22 777/19 779/10 780/18 780/22 782/20 782/23 783/23 785/3
have [73]
haven't [2] 758/10 769/14
having [1] 781/19
he [49] 750/18 750/22 750/22 751/5 751/13 751/15 752/16 752/25 753/6 753/8 753/18 754/20 754/21 755/15 755/16 755/16 755/23 756/6 756/7 756/8 756/10 756/11 756/13

**H** (col 4)

760/18 760/22 760/25 761/4
762/19 763/5 763/12 763/13
763/17 763/18 763/20 764/2
764/6 764/9 764/15 764/24
765/2 765/7 769/11 770/13
770/13 770/13 771/10
771/22 771/24 772/10
he's [8] 750/17 750/21 751/4
756/11 769/17 769/18
769/19 769/20
head [4] 769/3 769/4 769/6
769/7
headline [1] 772/3
heads [1] 756/8
Health [4] 762/20 765/20
766/2 766/20
healthcare [13] 750/25
751/24 752/5 754/1 754/6
754/8 754/10 755/19 755/20
757/1 757/3 757/18 764/20
healthcare-acquired [1]
754/6
hear [3] 744/24 760/3 763/3
heard [23] 741/4 750/20
753/13 754/25 755/7 759/5
760/7 762/16 763/3 763/16
764/22 765/2 765/18 765/20
766/5 768/5 769/11 770/8
772/23 772/24 773/8 774/12
784/22
held [5] 740/4 740/9 740/11
790/9 791/8
help [9] 746/24 748/7 748/9
748/15 748/15 757/25
774/23 774/24 784/18
helped [1] 756/25
Helps [1] 752/2
her [8] 756/18 757/24
757/25 758/1 761/18 761/20
761/20 763/5
here [11] 756/13 757/13
769/19 774/10 781/10
782/21 782/24 783/9 783/11
785/19 788/12
hereby [2] 790/6 791/5
hightower [8] 739/13 740/6
754/22 768/19 769/2 769/9
769/22 770/21
him [5] 753/1 753/6 756/13
761/3 772/11
hire [1] 756/13
his [8] 746/8 750/16 761/2
763/4 763/7 763/8 765/9
771/23
history [1] 763/25
hold [1] 749/7
home [4] 747/23 788/13
788/16 789/1
honest [1] 781/24
honor [14] 741/8 741/16
742/7 742/14 744/18 746/8
759/25 761/9 762/2 762/10
768/13 785/13 789/15
789/16
HONORABLE [1] 738/3
hoping [1] 741/24
hospital [9] 750/19 751/22

**H**

hospital... [7]  753/23 754/8
756/17 756/21 756/23
757/23 758/1
hospitals [2]  762/22 765/17
hour [1]  771/9
how [15]  743/18 743/18
743/21 746/13 748/8 752/5
755/6 759/10 761/15 761/16
762/6 763/23 764/3 765/18
783/20
however [2]  777/14 780/10
hundreds [1]  769/17

**I**

I'd [1]  770/17
I'll [1]  742/14
I'm [17]  741/24 742/7 742/8
743/22 746/23 747/23 748/7
750/2 750/5 750/6 751/19
754/5 755/9 767/12 767/17
768/17 772/21
I've [6]  741/14 741/18
743/15 748/16 772/24 774/3
identified [2]  760/22 765/14
identify [4]  762/12 762/16
764/12 766/19
II [6]  738/18 764/16 770/22
771/1 771/5 771/15
IL [1]  739/8
illustrate [1]  775/5
immediately [2]  782/14
783/4
impact [1]  778/16
implication [4]  777/8 777/9
777/15 778/6
importance [1]  760/6
important [9]  743/22 746/18
747/18 752/8 757/5 757/7
766/1 769/5 781/18
impressed [1]  785/3
impression [1]  776/1
INC [17]  738/5 738/8 738/11
738/14 739/3 739/12 739/22
739/24 758/17 767/9 767/10
767/23 767/24 786/17
786/18 786/22 786/23
include [1]  780/11
included [1]  765/21
includes [2]  760/16 776/14
including [3]  761/5 779/23
783/19
Incorporated [17]  743/7
743/10 760/13 775/20
775/23 776/10 776/12
776/15 776/19 776/24 777/3
777/7 778/18 778/21 778/23
779/21 779/25
Incorporated's [7]  776/6
777/17 779/17 779/18
779/22 780/16 781/3
increase [1]  752/4
increased [1]  762/25
incurred [2]  763/15 780/21
independent [2]  763/8
782/18
indicating [4]  742/4 758/18

766/7 767/18
individual [3]  766/11 787/12
787/17
industry [1]  755/15
infection [1]  760/15
infections [1]  754/7
influence [3]  765/1 776/7
778/11
influenced [1]  773/17
inform [4]  741/9 743/4
758/21 787/1
information [5]  761/18
765/25 775/5 782/5 783/3
initial [2]  760/18 762/14
injured [7]  746/2 746/3
747/17 747/21 757/15
776/13 779/12
injuries [3]  766/5 779/1
779/5
injury [3]  747/20 776/14
779/10
insignificant [1]  771/16
Insofar [1]  774/8
instances [1]  748/13
instruct [3]  741/18 743/24
773/10
instruction [2]  741/12 743/3
instructions [11]  740/8
741/7 741/13 741/14 741/19
772/24 773/3 773/11 773/21
782/3 782/25
intended [1]  764/12
intensive [1]  757/23
intention [1]  741/9
interaction [1]  764/6
interest [1]  779/24
internet [1]  782/17
interpretation [1]  777/14
interpreting [1]  761/17
interstate [6]  747/15 776/11
778/14 778/16 778/17
778/19
introduced [1]  748/12
investigation [1]  782/19
involves [1]  782/5
Irvine [1]  739/5
Isaacson [1]  764/22
issue [2]  741/10 778/10
issues [7]  741/22 743/5
745/9 761/15 763/8 765/3
782/5
it [102]
it's [21]  741/9 741/17 741/25
746/15 746/18 746/20 747/7
747/12 747/18 756/9 758/12
768/22 768/23 769/3 771/15
772/4 772/10 773/9 779/12
781/23 787/12
its [25]  745/20 747/6 747/15
748/18 749/13 751/9 754/25
760/14 768/25 772/9 775/15
775/17 775/25 776/16
776/23 777/4 777/4 777/11
778/3 778/6 779/1 779/2
779/5 779/6 780/17
itself [2]  764/25 776/14

766/7 767/18
**J**

JD [1]  750/20
jeopardizes [1]  782/25
job [3]  758/1 785/6 789/11
John [3]  752/24 754/3
763/16
Jose [1]  739/14
JUDGE [3]  738/3 768/16
785/12
judged [1]  774/17
Judicial [2]  790/11 791/10
juror [16]  781/9 782/25
783/3 785/22 785/25 787/11
787/15 787/18 787/20
787/22 787/24 788/1 788/3
788/5 788/6 788/7
jurors [9]  742/25 781/12
781/16 781/23 782/7 783/7
788/13 788/21 788/24
jury [49]  738/17 740/4 740/8
740/9 740/11 741/5 741/7
741/10 742/20 742/23 743/1
744/9 744/19 747/1 748/6
749/7 751/16 758/4 758/12
759/2 759/13 759/14 760/1
767/23 768/18 768/20
772/15 773/1 773/3 773/8
773/11 781/8 781/9 781/10
782/12 783/7 783/10 783/20
784/12 784/21 784/23
785/18 787/4 787/5 787/10
788/11 788/18 788/20 789/8
just [14]  750/2 750/5 750/6
757/16 760/4 768/21 769/17
769/23 770/22 774/3 776/20
787/11 788/13 789/1
justice [1]  744/15

**K**

Karman [1]  739/4
keep [2]  762/20 784/12
kept [1]  785/9
kids [1]  747/24
kills [2]  751/9 771/8
KLAUSNER [1]  738/3
knew [1]  745/20
know [8]  744/10 745/20
747/24 753/18 753/20
756/11 768/21 788/22
knowingly [1]  752/17
known [1]  763/19

**L**

labor [1]  779/23
ladies [27]  742/24 744/9
745/6 746/5 746/23 748/11
746/24 749/15 749/19
750/10 750/12 751/5 752/8
752/15 755/6 758/4 758/11
759/13 759/25 762/5 768/6
768/22 768/24 776/1 776/1
772/13 772/21 787/5
laid [1]  768/25
Lanham [3]  741/11 776/21
778/14
last [1]  784/10
late [1]  741/17

later [1]  772/10
law [14]  739/4 739/7 739/13
739/17 739/17 758/6 759/18
767/3 772/15 773/10 773/14
773/15 775/11 775/14
lawsuit [1]  766/24
lawyers [2]  744/17 774/6
leadership [1]  765/20
learn [1]  782/19
least [3]  756/17 757/18
758/23
led [1]  757/9
left [3]  742/8 742/11 757/21
legal [1]  770/9
less [1]  741/24
Lessem [1]  750/16
lessening [2]  779/2 779/6
let [7]  743/4 752/9 768/21
770/8 779/3 782/9 786/14
let's [6]  742/20 745/14 751/3
755/23 756/16 770/1
letterhead [2]  772/4 772/8
level [1]  771/23
lieu [1]  774/9
like [2]  774/17 788/13
likely [8]  746/20 747/7
747/21 767/2 776/7 776/13
778/10 779/12
likes [1]  773/17
limitations [1]  753/2
limited [1]  753/19
line [2]  748/8 772/10
lines [3]  748/1 778/21
778/22
list [3]  750/3 750/6 760/23
listen [1]  743/23
listened [1]  781/17
literal [2]  751/18 754/20
literally [17]  747/8 747/12
748/14 752/22 754/15
754/17 755/4 776/3 777/3
777/4 777/7 777/8 777/14
777/19 778/2 778/5 778/12
litigation [1]  756/12
little [4]  741/25 743/5
752/15 759/11
living [1]  744/17
long [1]  742/15
look [9]  750/10 750/10
750/11 751/17 752/9 759/14
763/21 765/10 786/14
looked [2]  751/11 763/13
loose [1]  788/12
LOS [3]  738/19 738/25
741/1
loss [10]  762/23 763/2 765/3
765/8 765/10 766/17 766/19
766/23 776/15 780/6
losses [2]  763/11 766/22
lost [9]  746/3 759/4 759/10
762/17 768/1 779/14 779/19
780/3 780/4
lot [3]  750/14 750/15 771/22
lousy [1]  756/7

**M**

ma'am [2]  751/13 751/15

**M**

MacNEIL [4] 738/23 785/17 791/16 791/17
made [13] 745/2 745/4 748/4 749/13 749/13 750/15 754/13 769/13 770/4 771/18 775/23 778/15 781/19
make [11] 748/15 751/9 751/14 754/7 759/6 765/25 769/19 782/18 783/16 787/12 789/2
makers [1] 762/20
makes [2] 745/17 751/8
making [4] 749/1 749/3 749/4 763/6
manufactured [2] 749/9 771/25
many [2] 763/23 788/24
Marc [1] 750/16
March [1] 772/4
mark [1] 767/17
market [1] 769/4
marketing [5] 750/17 761/14 769/3 769/6 769/7
markets [1] 760/14
material [3] 747/13 757/4 778/9 778/10 778/12
materiality [1] 757/10
materials [5] 749/5 761/1 764/8 779/24 782/18
mathematical [2] 780/4 780/5
matrix [4] 751/6 751/8 751/12 771/3
matter [6] 746/6 750/11 773/24 782/14 790/9 791/8
matters [3] 746/6 783/14 783/15
may [15] 741/16 744/5 761/23 773/22 774/6 774/18 776/24 780/3 780/10 783/6 783/13 783/14 783/17 784/24 788/22
Mayo [2] 757/24 766/10
me [19] 742/2 742/8 743/4 752/9 753/7 763/2 770/8 775/7 777/18 777/22 779/3 779/17 780/4 781/22 783/6 783/8 786/14 786/18 787/15
mean [5] 746/22 747/18 747/19 747/21 753/6
meaning [1] 759/6
means [5] 747/15 750/1 753/7 754/15 773/18
measure [1] 765/5
mechanism [1] 769/21
medical [7] 760/15 760/19 764/10 766/16 771/5 771/17 771/18
member [1] 783/7
members [3] 773/8 781/8 783/10
memory [1] 743/21
mention [1] 769/2
mentioned [3] 751/20 751/23 766/6
merits [1] 782/10

**Mesa [1]** 739/19
met [3] 762/9 763/20 765/18
methodology [1] 765/5
methods [1] 755/17
Michelman [2] 739/3 739/7
microbiologist [1] 752/25
microorganisms [1] 752/3
microphone [1] 755/9
middle [1] 740/12
might [1] 745/9
MIKE [2] 739/22 762/16
million [2] 763/2 763/12 765/11 770/9 770/9 770/10 770/12
mind [1] 743/18
minutes [9] 741/23 741/23 741/24 742/3 742/8 742/11 746/25 768/14 772/25
miscellaneous [1] 770/10
mislead [2] 743/16 762/7
misleading [19] 745/17 745/21 745/23 746/21 748/14 755/5 755/8 757/10 759/7 767/4 767/20 775/23 775/25 776/2 776/22 776/25 777/18 777/18 777/23
misleads [1] 776/1
misled [2] 755/12 777/19
mission [1] 764/18
Misstates [1] 762/2
mistrial [1] 783/1
Mitchell [6] 752/24 753/3 753/18 754/3 754/20 763/16
Mona [1] 739/4
monetary [1] 766/23
money [1] 759/7
more [13] 744/13 746/20 747/7 752/16 754/18 756/5 756/11 761/22 763/1 767/2 770/7 777/13 783/7
most [3] 744/22 766/2 788/24
mounted [1] 754/19
mr [2] 740/5 740/7
Mr. [16] 749/11 751/3 751/11 753/11 756/6 756/15 761/1 762/24 763/4 763/22 764/18 769/11 769/17 770/14 770/25 771/21
Mr. Favret [10] 749/11 751/3 751/11 753/11 761/1 763/22 764/18 769/11 770/25 771/21
Mr. Favret's [1] 770/14
Mr. Roth [1] 756/15
Mr. Roth's [1] 756/6
Mr. Singer [2] 762/24 769/17
Mr. Steve [1] 763/4
MRSA [5] 751/10 753/19 753/23 753/24 771/9
ms [3] 740/6 769/2 769/5
Ms. [16] 744/21 744/23 745/2 745/6 745/14 751/11 754/22 756/7 757/13 757/21 757/25 761/24 768/19 769/9

769/22 770/21
**Ms. Hanna [7]** 744/21 744/23 745/2 745/6 745/14 751/11 757/13
Ms. Hightower [5] 754/22 768/19 769/9 769/22 770/21
Ms. Raines' [2] 757/21 757/25
Ms. Ritcheson [2] 756/7 761/24
much [8] 742/15 759/21 768/9 768/11 772/13 774/19 788/10 789/5
must [22] 765/8 773/15 773/16 773/18 774/1 775/20 776/18 777/23 778/10 778/15 778/25 779/1 779/4 779/8 779/15 779/20 780/5 781/13 781/14 782/1 782/2 782/4
my [14] 742/15 744/10 744/19 744/20 745/11 746/23 747/24 748/7 751/2 752/21 757/13 759/19 773/9 788/23
myself [1] 744/20

**N**

name [3] 744/10 784/9 784/10
named [1] 769/12
narrowed [1] 741/22
Nash [1] 739/16
naturally [1] 763/14
nature [1] 775/24
necessary [2] 765/25 777/8 777/9 778/6 783/5
necessity [1] 777/15
need [5] 742/18 746/17 760/9 780/4 786/10
needed [1] 765/25
needs [1] 747/7
never [9] 741/14 748/22 749/14 749/17 752/19 761/24 762/19 762/21 769/18
next [3] 746/24 747/16 769/2
NIRENBERG [2] 738/23 769/18
no [31] 738/7 741/13 741/14 742/19 743/15 744/17 754/19 754/22 756/23 761/21 762/7 766/6 767/17 767/18 769/19 773/4 783/7 786/21 786/24 787/15 787/18 787/20 787/22 787/24 788/1 788/3 788/5 788/6 788/7 790/18 791/17
nobody [2] 768/24 770/5
noise [1] 745/8
none [1] 770/11
normal [1] 769/24
normally [2] 785/9 788/13
North [1] 739/14
not [81]
notable [1] 766/2

**note [1]** 783/6
notes [1] 750/2
nothing [3] 753/21 753/21 753/22
notify [1] 783/4
notions [1] 746/12
notwithstanding [1] 761/4
now [28] 741/17 741/18 742/2 743/4 747/18 755/3 755/22 756/5 756/15 758/4 758/23 760/7 763/22 767/25 772/6 772/23 773/1 773/2 773/4 773/5 773/6 773/7 773/8 775/4 781/7 786/8 787/12 788/12
number [17] 759/11 765/18 765/19 770/5 770/6 770/14 775/22 785/23 785/25 786/18 787/14 787/19 787/21 787/23 787/25 788/2 788/4
numbers [3] 755/22 755/23 756/1
nurse [2] 757/22 757/23
nurses [1] 757/18
nursing [1] 756/17

**O**

o0o [1] 789/20
oath [3] 748/19 773/20 774/5
object [1] 755/2
Objection [2] 761/9 762/2
objective [1] 763/9
obtaining [1] 765/25
occasions [1] 765/19
occurred [1] 780/2
October [2] 752/11 752/11
off [2] 750/3 750/6
offensive [1] 770/11
officer [3] 750/17 750/21 756/17
officers [3] 775/16 775/18 785/10
Official [3] 738/24 785/17 790/19
Ogletree [1] 739/16
oh [3] 741/22 742/10 742/10
okay [22] 742/10 742/13 742/17 742/20 742/24 744/4 752/21 762/8 768/11 773/6 773/8 775/19 784/4 785/19 785/22 786/14 786/14 786/15 787/5 787/8 788/8 789/9
once [2] 759/13 772/17
one [31] 741/16 743/12 744/22 752/8 753/2 754/18 756/5 756/8 756/13 756/18 757/14 758/6 762/7 762/22 767/7 768/18 769/18 770/11 771/3 771/7 771/9 771/19 775/22 777/1 777/2 777/13 777/19 781/8 783/7 786/6 788/17
one's [1] 743/15
ones [2] 747/25 751/17

**Q**

**only** [18] 743/5 743/5
743/11 743/12 753/23 758/6
759/17 766/19 775/1 775/2
775/6 775/7 775/15 777/9
781/15 781/19 782/2 782/23
**oops** [1] 775/19
**opening** [1] 742/5
**operate** [1] 767/12
**operating** [3] 765/7 772/7
780/20
**opinion** [6] 749/20 755/11
774/14 774/17 774/21
781/21
**opinions** [3] 773/17 774/13
774/13
**options** [1] 767/16
**order** [5] 747/6 774/23
774/24 784/15 788/8
**ordered** [2] 782/13 784/17
**organisms** [1] 764/13
**organize** [1] 746/24
**other** [32] 749/22 752/3
752/6 753/9 756/1 757/14
765/24 766/13 769/9 769/19
769/22 770/20 774/18
774/21 774/25 775/8 780/23
781/4 781/12 781/16 781/23
782/4 782/17 782/19 783/14
783/15 788/18 788/21
788/21
**others** [1] 757/19
**otherwise** [1] 783/21
**our** [8] 741/9 744/14 744/21
744/21 749/20 769/23 770/1
786/12
**out** [10] 757/15 757/21
770/14 770/18 770/19 775/6
783/12 784/21 788/14
788/15
**outcome** [2] 743/20 761/7
**outside** [7] 740/4 740/9
740/11 741/4 783/3 784/22
789/8
**outstanding** [1] 785/6
**over** [6] 759/11 765/18
770/12 781/8 781/9 783/2
**overruled** [3] 761/10 762/4
762/9
**overstate** [2] 749/20 749/21
**overstated** [1] 753/16
**own** [9] 748/19 763/8
765/24 766/4 781/20 782/20
786/12 787/12 787/17

**P**

**p.m** [8] 738/21 741/2 742/22
742/23 784/21 785/15
785/18 789/19
**page** [4] 740/3 767/21
790/10 791/8
**PAGES** [1] 738/18
**paid** [1] 753/2
**PAISAN** [1] 739/17
**parameters** [1] 764/10
**Park** [1] 739/18

**part** [5] 760/15 763/6 765/16
768/22 768/23
**participants** [1] 762/13
**participation** [1] 788/11
**particularly** [1] 788/25
**parties** [4] 768/10 773/25
774/1 775/11
**partner** [1] 744/20
**partners** [48] 738/5 738/14
739/3 739/22 743/6 744/11
744/21 746/2 746/19 746/22
747/5 747/6 747/16 747/19
747/21 748/12 750/13 751/7
752/13 756/3 757/16 758/9
758/15 759/2 759/20 760/12
767/8 767/24 769/10 769/16
770/15 772/18 775/19
775/20 776/12 776/17
776/18 776/24 778/21 779/8
779/15 779/20 779/25 780/7
780/9 780/17 786/17 786/22
**Partners'** [2] 745/12 778/24
**parts** [2] 760/16 762/14
**party** [4] 775/13 778/25
778/25 779/4
**party's** [1] 782/22
**pass** [1] 786/5
**pathogens** [6] 752/6 753/21
754/11 755/20 755/21
764/14
**patient** [2] 752/5 765/15
**patients** [5] 750/24 751/25
752/2 754/9 764/21
**pay** [2] 757/25 770/15
**pediatric** [1] 757/23
**peer** [1] 763/19
**peers** [1] 744/19
**people** [8] 743/16 755/16
755/18 757/18 757/18 766/5
785/1 788/22
**per** [1] 764/10
**percent** [11] 751/9 751/21
754/7 755/17 755/23 755/24
755/25 756/2 762/25 770/3
771/8
**perceptions** [1] 755/11
**performed** [2] 761/6 775/18
**period** [1] 749/1
**permit** [1] 784/14
**person** [3] 766/9 775/15
784/14
**personal** [1] 773/17
**personnel** [2] 764/13
770/12
**persuades** [1] 781/21
**Peter** [1] 784/11
**physicians** [1] 765/23
**piece** [1] 748/9
**pieces** [9] 746/9 746/11
746/24 746/25 747/25 748/3
748/9 748/10 758/5
**place** [2] 758/2 784/13
**placed** [1] 774/5
**plaintiff** [11] 738/6 739/3
743/25 744/2 744/11 758/15
759/2 761/13 767/8 767/24
786/21

**PLAINTIFF/COUNTER-DEF**
**ENDANT** [1] 739/3
**plan** [1] 742/15
**PLAx** [1] 738/7
**play** [2] 754/25 755/23
**playing** [1] 757/21
**please** [12] 744/5 754/18
758/20 758/21 772/3 772/17
773/21 783/3 784/7 784/9
786/15 786/25
**point** [2] 756/18 770/19
**polling** [1] 787/10
**polyester** [2] 749/2 761/11
**pool** [1] 762/13
**portion** [3] 741/10 780/23
781/1
**portions** [1] 755/1
**possible** [1] 774/8
**power** [1] 769/21
**precision** [1] 780/5
**preconceived** [1] 746/12
**preeminent** [1] 753/11
**prejudices** [1] 773/18
**prepared** [2] 762/13 783/23
**preparing** [1] 762/11
**preponderance** [4] 775/21
780/10 780/19 780/24
**presence** [7] 740/4 740/9
740/11 741/4 784/22 785/18
789/8
**present** [2] 739/22 774/10
**presentation** [2] 760/5
760/18
**presented** [10] 741/14
746/14 746/25 750/13 761/3
761/13 763/10 767/7 774/9
782/23
**preside** [2] 781/8 781/9
**president** [1] 751/5
**presiding** [1] 781/9
**press** [1] 761/3
**presumed** [2] 747/12 778/12
**presuming** [1] 749/22
**prevent** [1] 755/19
**primarily** [1] 763/4
**private** [1] 784/13
**privilege** [1] 744/18
**probably** [2] 763/24 772/25
**problem** [2] 742/16 742/19
**problems** [1] 764/24
**proceed** [2] 742/20 758/20
**proceedings** [7] 740/3
783/1 783/2 785/16 789/19
790/9 791/7
**process** [1] 764/17
**produced** [1] 752/20
**product** [14] 749/13 749/16
749/17 751/9 760/14 760/20
760/23 775/25 776/16
776/23 778/20 778/21 779/2
779/6
**production** [2] 780/20
780/21
**products** [5] 745/25 753/9
758/3 780/17 781/3
**professional** [2] 744/18
785/10

**professionalism** [2] 785/4
789/13
**professionally** [1] 785/7
**professionals** [1] 750/25
**profit** [2] 763/12 765/6
765/11 780/13
**profits** [11] 759/4 759/10
768/1 770/5 779/14 779/16
779/19 780/3 780/4 780/8
780/11 780/23 781/1 781/6
**promised** [2] 742/1 745/3
**promises** [2] 745/3 745/4
**proof** [2] 744/3 767/1
**properly** [1] 766/16
**protect** [5] 751/24 755/20
756/25 757/3 764/13 782/22
**protection** [1] 752/4
**protective** [32] 738/8 738/10
739/12 739/23 743/7 743/10
758/16 759/1 767/10 767/23
771/14 772/10 775/22 776/5
776/9 776/15 777/3 777/7
777/16 778/18 778/19
778/23 779/16 779/18
779/21 780/1 780/8 780/15
780/18 780/22 781/2 786/17
**protects** [2] 754/8 754/10
**prove** [10] 747/6 750/12
767/2 775/21 776/24 778/25
779/1 779/4 779/8 779/15
**proved** [7] 753/20 758/15
767/9 774/2 776/17 776/21
786/22
**proves** [1] 780/9
**provide** [3] 745/9 764/19
766/22
**provided** [3] 760/13 761/18
768/9
**providers** [1] 764/20
**proving** [3] 746/19 780/18
780/22
**provisions** [1] 767/3
**Pruna** [1] 769/12
**public** [2] 777/20 779/7
**publications** [1] 763/19
**published** [1] 763/19
**pull** [2] 770/24 771/12
**purchase** [1] 757/9
**purchased** [2] 745/24
756/22
**purchasing** [2] 776/8
778/11
**purpose** [2] 745/11 756/12
**pursuant** [3] 760/20 790/6
791/5
**put** [5] 758/5 768/1 768/1
768/3 772/2
**puzzle** [11] 746/10 746/12
746/15 746/24 747/2 747/3
747/4 747/23 748/10 748/15
758/5
**puzzles** [1] 747/24

**Q**

**quality** [1] 775/24
**question** [22] 741/20 742/2
756/20 758/14 758/20

**Q**

question... [17] 758/20
758/21 758/23 758/24
758/25 767/7 767/16 778/15
783/12 783/18 786/9 786/10
786/10 786/13 786/21
786/25 786/25
Question 1 [1] 758/20
questions [10] 741/6 743/13
754/21 755/10 762/11 763/6
764/25 774/6 774/6 784/4
quick [1] 750/6

**R**

R-e-c-e-n-d-e-z [1] 784/11
Raines [4] 756/16 757/17
757/17 765/13
Raines' [2] 757/21 757/25
raise [1] 784/7
raising [1] 761/23
rather [1] 766/3
rattle [1] 750/3
reach [3] 781/11 781/18
781/25
reached [3] 783/21 783/24
785/20
reaction [3] 757/20 758/1
766/8
read [13] 740/10 754/5
764/3 767/15 771/11 773/3
773/21 776/20 777/25 786/8
786/15 787/11 787/16
reading [2] 755/18 786/16
ready [3] 758/22 784/2
787/1
real [1] 762/19
reality [1] 777/12
really [4] 746/5 752/8
770/11 772/1
reason [1] 768/23
reasonable [2] 777/13 780/6
reasonably [1] 779/15
reasons [3] 761/7 774/13
774/20
rebuttal [3] 740/7 744/2
768/12
recall [3] 746/8 759/10
773/19
receipts [1] 780/16
received [4] 762/13 779/21
782/3 782/21
Recendez [1] 784/11
recently [1] 763/17
recess [4] 742/22 785/11
785/15 789/14
recognize [1] 777/11
recollection [1] 743/21
recommended [1] 762/12
record [2] 742/24 784/9
recorded [2] 774/7 788/9
records [1] 774/24
recover [1] 779/14
reduce [3] 750/19 755/24
764/20
reduced [1] 743/4
reduces [2] 751/21 754/7
reducing [5] 752/5 753/19

753/21 753/22 753/22
reduction [1] 753/21
refer [1] 787/9
reference [1] 782/18
reflect [3] 742/25 787/12
787/17
refused [1] 769/24
regarding [2] 761/25 773/23
registered [6] 760/19
760/23 766/16 771/5 771/17
771/18
registration [5] 760/22
764/9 764/16 771/13 771/14
regular [1] 766/20
regulations [2] 790/11
791/9
regulatory [1] 751/7
reject [1] 774/18
release [1] 761/3
reliable [3] 749/23 753/15
767/5
relied [2] 763/17 766/4
rely [1] 766/3
remember [14] 743/14
748/24 750/16 752/9 752/24
753/10 754/1 754/18 755/25
756/10 757/17 762/8 770/1
783/19
remind [5] 742/3 742/8
760/12 774/4 782/4
Renata [3] 761/13 763/5
769/3
rents [1] 779/24
report [3] 762/14 764/25
782/14
reported [3] 785/16 790/8
791/7
Reporter [2] 785/17 790/19
REPORTER'S [1] 738/17
Reporters [1] 738/24
reports [1] 763/7
represent [1] 744/10
represented [1] 753/23
require [2] 765/15 783/2
requirements [1] 766/15
requires [2] 758/7 776/20
research [2] 769/4 782/15
researched [1] 761/15
researcher [1] 769/6
reserve [1] 742/9
respective [1] 742/25
respond [1] 782/13
responses [1] 766/12
responsibility [1] 746/10
responsible [1] 775/17
rest [2] 763/22 765/13
result [8] 746/1 746/22
747/22 766/17 776/13
779/10 779/12 783/1
results [2] 749/23 758/8
retook [1] 763/23
return [6] 758/22 768/5
772/17 784/3 784/16 787/2
revenue [7] 762/24 763/1
770/4 780/14 780/15 780/19
780/21
review [5] 748/6 754/12

767/7 764/8 768/20
reviewed [2] 763/19 765/20
reviewing [1] 761/16
RGK [2] 738/7 786/19
right [5] 741/18 750/20
781/23 782/22 784/7
rise [5] 742/21 784/20
785/14 789/7 789/17
risk [1] 752/6
Ritcheson [6] 756/7 761/14
761/24 763/5 769/3 769/5
RMR [1] 738/23
Robinson [2] 739/3 739/7
room [15] 747/1 748/6 749/7
751/16 758/12 759/14
759/17 768/20 770/25 772/7
772/15 773/2 773/12 788/18
788/20
Roth [4] 755/14 756/15
763/4 764/23
Roth's [1] 756/6
RPR [1] 738/23
rub [1] 749/8
rules [1] 782/22
run [1] 750/6

**S**

sacred [1] 788/19
safer [3] 750/24 750/24
765/16
safety [2] 752/5 756/22
said [11] 751/11 751/13
751/14 751/15 753/4 755/23
755/24 757/5 770/13 785/3
788/19
salaries [1] 770/13
salary [1] 770/14
sale [4] 766/18 766/19
780/17 781/2
sales [7] 762/24 762/25
763/13 765/3 776/14 779/2
779/5
same [2] 774/10 775/12
San [1] 739/14
SANDRA [4] 738/23 785/17
791/16 791/17
sat [3] 751/3 753/11 755/15
satisfied [1] 778/7
saw [8] 750/16 755/14
756/18 762/7 765/12 767/6
769/14 771/13
say [10] 746/22 749/25
749/25 754/23 764/2 771/7
771/16 773/22 787/6 787/6
saying [1] 771/10
says [18] 747/9 749/16
749/16 751/12 751/20
751/24 758/14 758/19
758/25 767/8 767/25 768/1
771/3 771/13 771/17 772/6
772/8 785/19
science [3] 754/3 754/11
754/14
scientific [4] 749/14 749/22
749/23 749/24
scientifically [1] 755/25
scientist [3] 753/12 754/20

754/22
scope [1] 775/18
screen [1] 767/11
scrub [1] 771/24
scrubs [19] 745/18 747/16
749/2 749/3 749/4 749/6
749/9 749/11 752/19 755/19
756/20 756/22 757/24
762/21 762/25 766/20
771/16 772/6 772/7
SEAN [1] 739/17
searching [1] 782/17
seat [1] 789/10
seats [2] 742/25 784/25
second [5] 742/2 748/21
755/11 763/24 767/21
777/25 778/7
Section [3] 743/9 790/6
791/5
secured [1] 762/12
see [9] 742/10 743/16
752/24 762/6 765/9 765/13
771/6 788/22 788/23
seen [1] 760/8
segment [2] 776/5 778/3
sell [1] 747/15
selling [2] 762/21 772/6
send [5] 757/24 773/1 783/6
783/12 784/4
senior [1] 757/22
sense [2] 768/7 770/17
sent [1] 773/11
SEPTEMBER [5] 738/20
741/1 787/3 790/13 791/12
serve [1] 781/10
service [2] 744/12 782/12
Seth [2] 739/7 744/10
sets [1] 749/6
setting [4] 750/19 751/22
753/23 754/8
severance [1] 757/25
severe [1] 758/2
shall [1] 781/11
sharing [1] 788/21
Sharon [1] 739/13
she [34] 744/23 745/2 745/3
745/3 745/4 745/7 745/7
745/14 745/16 745/19
745/22 746/1 751/11 751/14
756/20 756/24 757/2 757/5
757/7 757/13 757/14 758/2
761/14 761/15 761/16
761/21 761/21 761/24
761/25 762/11 765/14 766/3
769/24 770/22
she's [2] 769/4 769/6
shop [2] 762/22 766/20
short [1] 773/2
shorter [1] 742/15
should [18] 743/18 743/18
756/16 765/4 765/5 773/24
774/8 774/17 775/2 775/9
778/7 781/15 781/21 782/12
783/8 783/25 783/25 788/21
shouldn't [1] 756/7
show [12] 745/4 745/15
754/25 755/18 745/19

**S**

show... [7] 745/21 745/22 746/2 747/7 748/7 754/13 766/23
showed [6] 745/25 747/20 749/1 749/21 765/7 789/13
showing [5] 777/2 777/6 777/16 778/1 779/9
shown [4] 760/22 766/17 767/10 774/23
shows [3] 743/18 748/25 750/25
sic [2] 779/5 779/8
sick [1] 757/23
side [5] 741/23 741/23 741/25 766/13 774/6
sign [3] 758/21 784/1 787/1
signed [4] 783/7 783/9 786/3 787/3
significant [1] 756/1
simple [1] 758/12
simply [4] 745/12 760/12 781/23 781/25
since [2] 741/22 770/22
sincere [1] 744/22
SINGER [4] 739/22 762/16 762/24 769/17
single [3] 762/16 766/9 771/24
sitting [1] 744/14
six [3] 772/4 772/5 772/10
skip [1] 747/13
small [3] 763/15 769/23 769/25
Smoak [1] 739/16
so [34] 742/2 742/7 742/9 742/10 742/15 743/22 744/20 747/1 747/23 748/15 749/16 750/2 751/16 752/12 756/24 757/7 757/23 758/1 758/23 767/5 767/15 767/15 772/13 773/20 781/12 781/15 781/19 783/14 783/16 784/15 784/17 784/18 786/10 787/10
sold [3] 766/21 778/20 778/22
solely [2] 763/13 773/19
solemnly [1] 784/12
some [9] 746/16 750/5 755/22 757/19 769/13 770/7 775/4 783/13 784/13
somebody [2] 741/6 788/19
somehow [1] 755/3
something [6] 747/9 749/16 771/6 777/5 777/10 788/21
sometime [1] 749/3
sorry [3] 754/16 755/9 759/9
sort [1] 757/19
South [1] 739/8
Spangler [1] 750/20
speak [1] 784/14
specialists [1] 765/24
specific [2] 753/5 753/7
specifically [1] 750/6
spell [1] 784/9
spent [6] 752/16 770/9

779/9 770/10 770/12 771/22 780/21 786/21 786/22 786/25
SPI [16] 746/21 746/25 761/22 762/17 762/19 762/23 762/24 763/5 763/11 765/1 765/3 765/14 767/4 767/7 769/3 769/7
spokesperson [1] 781/10
spread [1] 752/7
staff [1] 765/23
stand [7] 744/18 749/11 751/4 752/25 753/11 755/16 763/23
standard [1] 763/20
stands [1] 783/20
start [6] 747/24 763/15 765/8 769/23 769/25 783/2
start-up [4] 763/15 765/8 769/23 769/25
started [5] 748/1 749/3 749/4 772/5 772/6
state [4] 777/9 778/21 784/9 789/9
stated [2] 777/12 789/9
statement [28] 747/8 747/9 747/11 747/13 749/17 753/10 775/23 775/25 776/2 776/4 776/10 776/13 776/21 776/25 777/2 777/4 777/6 777/8 777/13 777/14 777/18 777/19 777/21 777/23 778/10 778/15 778/19 779/11
statements [5] 750/23 755/2 776/22 778/12 779/13
states [8] 738/1 743/9 747/16 777/5 790/7 790/11 791/6 791/10
stenographically [2] 790/8 791/7
Steve [3] 755/14 763/4 764/23
Stewart [1] 739/16
still [3] 749/12 751/14 771/1
stimulus [3] 762/13 763/7 764/25
stood [3] 745/2 749/11 757/13
stop [1] 769/19
story [6] 744/24 744/24 745/1 760/3 763/22 766/13
Stra [1] 775/19
straight [4] 747/25 748/3 748/8 778/22
straight-line [1] 748/8
STRATEGIC [54] 738/5 738/14 739/3 739/22 743/6 744/11 744/21 745/12 746/2 746/19 746/22 747/5 747/6 747/16 747/19 747/21 748/12 750/13 752/13 756/3 757/16 758/9 758/15 759/2 759/19 760/3 760/5 760/12 761/14 766/16 767/2 767/8 767/24 769/10 769/16 770/15 772/18 775/19 775/20 776/12 776/17 776/18 778/6 778/21

778/24 778/9 779/14 779/20 779/25 780/7 780/9 780/17 786/17 786/22
strategy [2] 760/16 764/20
Street [2] 738/24 739/14
strength [2] 788/22 788/23
strive [1] 781/11
Strombom [1] 765/2
struck [1] 758/23
stuck [1] 755/9
studies [11] 749/22 749/23 749/25 761/5 761/7 763/17 763/18 763/20 763/25 764/2 765/21
study [29] 748/22 748/22 748/24 749/9 749/12 749/14 749/16 749/17 752/17 752/18 753/1 753/1 753/2 753/4 753/4 753/7 753/14 753/15 753/17 753/19 753/20 753/23 754/4 761/5 761/6 763/21 764/3 765/22 768/20
study's [1] 753/14
submit [1] 741/16
submitted [2] 764/7 766/7
substantial [3] 776/5 778/3 778/24
subtract [2] 770/2 779/22
subtracted [1] 770/3
succeed [1] 775/20
such [6] 750/23 760/16 775/2 778/16 782/15 782/16
sued [1] 769/18
suffered [1] 766/17
suggest [1] 767/17
suggestion [1] 767/25
suggestions [1] 763/7
suit [2] 760/24 772/1
SUITE [4] 739/4 739/8 739/14 739/18
suits [1] 771/17
summaries [4] 774/22 775/1 775/4 775/6
superiors [2] 761/19 761/20
support [4] 749/12 752/18 754/4 754/14
supported [1] 754/11
supports [3] 759/18 775/2 775/8
sure [5] 741/12 767/12 783/16 787/12 789/2
surface [1] 771/17
surgical [3] 760/24 771/17 772/1
survey [15] 755/9 755/10 755/10 755/15 756/2 756/4 756/6 756/10 761/25 762/11 762/15 763/6 764/23 764/24 765/1
surveyed [2] 755/16 755/18
surveys [3] 756/1 756/5 756/11
susceptible [1] 777/13
sustained [2] 747/19 779/10
swear [2] 784/6 784/12
sworn [1] 774/4

sympathy [1] 773/18
synthetic [3] 748/5 749/10 761/12
system [1] 744/15

**T**

tabulations [1] 762/14
take [12] 746/11 751/2 752/21 752/23 759/14 770/14 772/12 772/25 773/2 783/13 783/14 786/14
taken [4] 742/22 774/1 774/4 785/15
taking [2] 742/15 750/2
talk [11] 745/14 751/3 752/15 756/16 770/20 784/25 788/13 788/14 788/15 788/23 788/25
talked [8] 752/25 761/1 763/17 764/6 764/9 764/18 782/1 782/16
talking [4] 757/11 762/6 771/22 789/2
talks [1] 751/23
target [1] 778/11
technical [1] 746/16
techniques [1] 765/16
TECHNOLOGIES [15] 738/8 738/10 739/12 739/24 758/17 759/1 767/10 767/23 771/14 775/22 776/15 780/16 780/22 786/18 786/23
Technologies' [1] 780/18
Technology [15] 743/7 743/10 776/6 776/9 777/3 777/7 777/17 778/18 778/20 778/23 779/16 779/18 779/22 780/8 781/2
Technology's [1] 780/1
tell [11] 751/19 752/9 756/11 757/20 757/22 760/3 770/8 757/20 757/22 760/3 770/8 760/5
telling [3] 743/17 752/16 760/5
Temple [1] 738/24
ten [4] 742/3 742/8 742/11 768/14
tendency [2] 776/4 778/3
terms [1] 783/20
test [3] 749/9 764/1 771/10
tested [6] 748/23 749/14 749/17 749/24 752/19 753/16
testified [1] 748/19 750/18 750/22 754/3 754/20 754/22 756/12 760/14 763/4 774/11 774/13
testimony [23] 752/10 753/13 756/19 759/5 760/8 760/13 761/13 762/3 765/12 765/13 765/25 769/11 771/24 774/4 774/9 774/9 774/12 774/14 774/14 774/17 774/18 775/7 775/8
tests [1] 771/8
than [14] 741/24 744/18

**T**

**than... [12]** 746/20 747/7 756/1 756/8 756/11 761/22 762/21 763/2 767/2 777/13 780/24 781/4

**thank [23]** 744/8 744/12 759/21 759/22 759/24 762/10 768/8 768/11 768/16 772/13 772/14 772/14 772/19 772/20 785/11 785/12 785/13 786/7 788/10 789/4 789/6 789/15 789/16

**that [328]**

**that's [20]** 743/11 743/11 743/12 749/25 750/25 752/11 752/12 753/10 753/20 757/10 758/7 759/8 766/7 768/22 768/23 769/5 770/22 773/24 788/19 788/20

**their [37]** 742/25 743/18 745/17 749/23 751/24 754/2 754/9 755/1 755/11 755/11 757/19 757/21 760/5 762/1 762/12 762/21 762/25 763/1 763/3 764/7 764/8 764/15 764/19 764/21 764/21 765/15 765/16 765/17 765/23 765/24 766/4 766/24 769/20 774/13 775/18 781/17 789/12

**them [26]** 742/3 749/7 749/7 749/8 750/5 751/2 751/19 754/5 754/5 754/14 755/2 755/10 756/13 756/21 758/5 759/6 761/17 762/20 764/13 773/1 775/2 775/2 775/8 784/14 784/16 788/24

**then [30]** 741/25 742/9 743/2 743/14 743/23 744/1 744/1 747/12 748/7 749/17 750/20 753/13 753/14 755/4 756/16 756/24 757/2 758/19 759/3 766/10 772/8 773/1 773/3 776/18 778/7 779/22 782/14 785/2 786/6 786/9

**there [24]** 741/12 741/13 744/17 750/14 751/1 751/6 752/10 755/22 758/15 758/25 765/10 766/9 767/7 767/9 767/14 767/16 767/19 767/22 769/19 771/22 775/4 780/5 786/22 788/15

**there's [10]** 742/8 742/16 746/16 755/7 758/6 765/11 766/6 767/16 767/17 771/15

**therefore [4]** 775/2 775/9 775/16 776/25

**these [10]** 750/12 754/13 754/19 763/18 773/11 773/21 776/18 782/3 782/22 782/25

**they [50]** 741/10 742/3 743/17 743/23 744/3 749/3 749/4 749/24 750/11 750/20 752/1 754/13 754/25 755/1 755/2 755/23 757/20 757/22

**Tony [1]** 769/12

**too [2]** 747/11 753/8

**took [3]** 752/25 773/20 780/11

**top [1]** 772/3

**total [4]** 742/11 768/2 768/2 781/5

**Tower [1]** 739/18

**Town [1]** 739/18

**toy [1]** 758/10

**transcript [5]** 738/17 790/8 790/10 791/7 791/8

**transcripts [1]** 754/25

**transferable [1]** 753/8

**transferred [1]** 766/11 778/20 778/22

**translated [1]** 753/5

**travel [1]** 770/10

**treat [1]** 743/22

**treated [1]** 753/20

**treble [1]** 741/11

**trial [8]** 738/17 744/17 760/2 773/22 774/4 775/6 783/2 787/9

**tried [1]** 748/16

**true [9]** 747/10 754/23 769/4 776/3 777/5 777/10 777/19 790/7 791/6

**truncated [1]** 741/25

**trust [1]** 759/16

**truth [5]** 744/25 760/6 760/9 768/6 774/5

**truthful [1]** 744/25

**try [5]** 743/15 745/9 746/23 748/7 782/19

**trying [1]** 762/7

**two [10]** 747/14 747/19 752/12 755/7 756/8 759/4 761/22 763/17 767/16 777/6 790/7 791/6

**type [1]** 782/15

**U**

**U.S [2]** 738/3 738/24

**unanimous [6]** 781/13 781/18 783/21 783/24 785/20 787/13

**unanticipated [2]** 751/25 754/9

**undeniable [1]** 765/1

**under [8]** 741/11 748/19 764/11 771/9 771/10 774/5 775/14 776/21

**underlying [3]** 775/1 775/3 775/10

**understand [7]** 746/13 746/17 746/18 747/18 749/8 783/17 786/9

**understanding [3]** 756/25 757/2 761/2

**undisputed [2]** 748/3 756/2

**unidentifiable [1]** 770/10

**unique [2]** 766/11 766/12

**UNITED [6]** 738/1 743/9 790/7 790/11 791/6 791/10

**unless [2]** 781/1 784/15

**unreasonable [1]** 770/16

**unreliable [1]** 764/24

**until [3]** 771/4 783/21 783/22

**untrue [1]** 749/18

**untruth [1]** 777/11

**unusual [1]** 765/8

**unwilling [1]** 781/20

**up [20]** 744/23 751/3 755/15 756/9 757/12 757/13 757/17 763/15 765/8 767/13 769/23 769/25 770/4 770/24 771/12 771/22 772/2 772/3 773/24 786/5

**upon [2]** 763/18 784/16

**us [3]** 744/16 753/3 789/5

**use [3]** 770/17 780/24 781/4

**used [3]** 758/10 765/5 781/3

**using [3]** 780/16 781/3 782/17

**utilized [1]** 746/20

**utmost [1]** 789/12

**V**

**value [1]** 779/23

**Verde [1]** 739/17

**verdict [37]** 740/10 747/4 747/5 758/8 758/12 758/21 759/9 759/18 759/19 767/6 768/5 772/18 773/23 781/12 781/19 781/25 782/2 783/22 783/23 784/23 784/25 784/1 784/16 785/1 785/20 786/3 786/8 786/15 786/20 787/1 787/6 787/9 787/11 787/12 787/16 787/17 788/8

**versions [1]** 761/8

**versus [1]** 786/17

**very [13]** 741/8 746/23 748/7 759/21 766/1 768/9 768/11 785/1 785/3 785/7 785/7 788/10 789/5

**VESTAGEN [96]**

**Vestagen's [21]** 745/23 745/25 747/8 747/22 748/2 748/13 748/18 750/14 750/17 751/23 755/18 756/18 756/22 757/24 758/2 758/7 769/10 769/13 770/7 777/2 777/6

**VESTEX [29]** 750/18 750/23 751/20 752/4 754/7 754/8 754/10 755/19 756/25 757/3 757/20 760/15 760/18 760/25 761/6 761/8 763/25 764/1 764/9 764/11 764/12 764/16 765/15 766/7 766/15 766/18 771/8 771/16 772/6

**videos [1]** 751/1

**videotaped [1]** 765/12

**views [1]** 781/17

**Vince [1]** 739/17

**violated [1]** 767/3

**violates [1]** 782/25

**violation [1]** 743/8

**VOLUME [1]** 738/18

**Von [1]** 739/4

**vote [2]** 773/6 783/21

**thing [7]** 743/5 754/18 756/5 769/9 769/22 770/20 788/17

**things [8]** 746/16 747/19 757/14 760/12 768/18 771/7 775/21 776/18

**think [10]** 742/14 742/15 752/14 756/8 756/16 759/15 759/15 759/16 775/3 781/23

**thinking [1]** 752/12

**third [4]** 739/14 749/19 763/24 778/8

**this [71]**

**those [29]** 744/16 745/4 745/24 746/11 747/14 747/25 748/3 748/8 748/8 748/10 748/20 748/21 750/2 750/4 751/1 751/17 755/3 755/23 761/1 761/18 761/20 763/13 763/20 769/14 770/1 770/11 770/13 773/14 779/12

**though [1]** 788/17

**thought [2]** 785/8 789/10

**three [5]** 748/16 754/21 776/7 777/1 777/16

**through [12]** 741/18 743/23 750/5 752/11 765/3 766/23 775/15 779/3 783/6 783/8 787/10 787/11

**time [16]** 742/11 744/13 746/15 747/2 749/1 759/14 759/21 763/24 768/9 771/22 772/11 772/14 783/13 783/14 784/25 788/10

**times [3]** 751/4 763/23 788/24

**Title [4]** 743/8 743/8 790/7 791/6

**today [6]** 745/11 746/6 746/6 752/12 764/5 769/17

**together [5]** 745/5 746/11 758/6 784/13 785/10

**told [44]** 743/15 744/24 745/14 745/16 745/19 745/22 746/1 746/8 748/19 749/12 753/3 753/6 753/8 753/11 753/18 755/16 756/6 757/14 757/17 759/17 760/2 760/18 761/14 762/5 763/24 764/2 764/15 766/3 766/9 767/1 768/19 769/2 769/9 769/11 769/12 769/17 769/22 770/21 770/23 770/25 771/10 771/24 772/11 774/3

**W**

waited [1] 761/22
waiting [1] 783/18
want [24] 742/2 751/2
752/15 752/22 752/22
756/15 768/21 769/2 769/16
770/20 773/2 783/16 784/6
784/24 784/25 785/2 786/15
788/10 788/16 788/22
788/24 788/25 789/1 789/1
wanted [1] 770/7
wants [2] 770/13 770/13
was [65]
washing [1] 760/16
wasn't [3] 750/14 754/2
763/23
watch [1] 751/2
way [15] 743/25 748/1 753/5
755/8 755/9 755/11 769/19
772/9 774/10 778/6 778/16
782/8 782/9 782/11 782/19
ways [3] 743/16 755/7 777/1
we [37] 741/10 741/16
741/24 743/13 743/13
744/21 745/1 745/4 747/24
753/13 753/18 753/20
755/13 759/2 759/5 759/8
759/18 760/4 763/22 767/23
768/4 768/8 768/8 772/25
774/14 783/14 784/4 786/12
786/12 787/8 787/9 787/9
787/9 788/11 788/12 789/4
789/5
we'll [5] 745/11 773/6
785/11 787/10 789/14
we're [6] 741/11 741/17
743/2 747/2 747/4 757/11
we've [2] 782/1 782/16
wear [1] 765/15
websites [1] 761/17
week [3] 744/13 746/14
747/1
weeks [1] 752/12
weight [4] 774/19 775/3
775/9 781/24
Weiner [1] 763/10
well [10] 746/4 746/4 755/6
755/13 758/23 763/19 765/4
765/24 768/3 768/8
well-known [1] 763/19
went [5] 765/2 766/10
768/20 788/18 789/12
were [27] 744/24 745/20
746/3 746/9 746/14 747/14
749/2 749/4 750/21 753/5
753/8 753/19 754/2 754/23
755/12 755/22 757/14
757/15 758/25 760/22 764/4
766/9 768/19 770/1 770/2
770/8 785/16
WESTERN [1] 738/2
what [45] 741/20 743/17
743/20 743/20 745/3 745/14
746/5 746/6 746/6 746/13
749/25 749/25 750/25
751/12 753/6 756/11 756/24
759/16 760/9 760/9 762/7

762/7 762/8 763/3 765/4
765/7 769/24 770/1 770/1
770/8 770/22 771/3 771/4
771/23 773/23 785/6 785/23
787/8 787/9 788/19 788/19
788/22 788/23 789/9 789/11
when [24] 741/10 742/3
742/8 743/23 746/22 747/1
747/9 747/23 748/6 751/16
752/12 754/2 754/12 758/5
758/12 761/3 764/2 768/20
770/17 771/7 777/5 777/9
784/17 784/17
whenever [1] 742/10
where [8] 748/13 748/18
763/1 763/12 767/25 768/1
768/2 771/20
whether [10] 747/14 747/16
752/13 755/7 771/20 773/16
777/21 777/22 783/20
784/15
which [4] 760/16 764/3
780/9 783/13
while [2] 757/11 783/17
white [1] 748/4
who [18] 744/16 753/4
753/10 754/1 756/17 757/18
759/15 759/16 760/14 763/4
763/16 764/22 766/10
768/25 774/12 781/8 782/25
785/22
whole [1] 772/11
why [11] 747/25 752/9
756/14 761/7 764/4 764/10
764/22 765/14 769/8 782/16
786/5
will [26] 742/25 743/24
752/6 752/24 754/12 754/13
759/10 760/9 764/3 772/17
772/25 773/11 773/14
773/19 781/5 781/7 781/8
781/9 783/9 783/12 784/13
784/16 788/8 788/12 789/2
789/9
willfulness [1] 741/11
wish [2] 768/8 788/14
withdrew [1] 786/9
within [2] 742/3 775/18
without [5] 744/14 761/17
763/13 766/20 789/2
witness [3] 774/4 774/5
774/10
witness's [1] 774/20
witnesses [3] 759/15
774/12 774/16
wonder [1] 756/14
word [3] 751/2 752/21
752/23
words [4] 749/22 750/10
757/25 788/19
work [4] 743/4 744/15 758/2
763/8
worked [1] 756/7
worker [3] 752/5 755/19
755/20
workers [8] 751/24 752/2
754/1 754/9 754/10 757/1

757/3 757/18
workers [1] 756/21
working [3] 770/21 771/1
772/5
worn [1] 764/12
would [20] 745/4 745/15
745/16 745/19 745/22 746/2
750/23 754/4 756/22 759/6
760/3 760/11 763/14 765/9
766/21 777/11 779/15
779/21 779/25 783/2
writing [3] 763/6 783/9
783/11
wrote [1] 762/14

**X**

XFO [1] 764/11

**Y**

Yeah [1] 742/13
year [1] 762/25
years [7] 755/14 761/23
765/19 769/10 772/5 772/5
772/10
yes [20] 741/6 741/8 744/6
751/13 751/15 757/1 757/6
757/8 767/16 768/13 785/21
787/7 787/18 787/20 787/22
787/24 788/1 788/3 788/5
788/7
yet [5] 749/11 754/12 761/25
762/11 764/4
you [383]
you'll [7] 746/8 747/1 749/8
751/1 752/9 765/10 767/20
you're [14] 748/5 748/11
749/6 752/12 758/11 758/12
758/22 768/21 770/17
770/18 771/6 771/7 771/11
788/20
you've [11] 742/10 755/7
768/14 770/8 772/23 772/24
785/5 785/6 785/6 785/20
788/11
your [61]
Your Honor [4] 759/25
761/9 762/2 762/10
yourself [5] 763/21 764/3
784/15 785/7 788/20
yourselves [1] 781/14

**Z**

zero [3] 768/1 768/2 768/3